AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

DENICOLE YOUNG
and
VANESSA GHEE

**SUMMONS IN A CIVIL CASE**

V.

WILLIAM F. BURTON, ESQUIRE
and
LEWIS & TOMPKINS, P.C.

Case: 1:07-cv-00983
Assigned To : Huvelle, Ellen S.
Assign. Date : 5/29/2007
Description: PI/Malpractice

TO: (Name and address of Defendant)   LEWIS & TOMPKINS, P. C.

        Serve: D. C. Registered Agent, Inc.
        1120 20th Street, N. W.
        S. Tower, #300-RLK
        Washington, D.C. 20036

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Peter C. Grenier, Esquire
Bode & Grenier, LLP
1150 Connecticut Ave., NW
Ninth Floor
Washington, DC 20036

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

MAY 29 2007

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | May 29, 2007 |
| NAME OF SERVER *(PRINT)* Peter C. Grenier, Esq. | TITLE Attorney for Plaintiffs |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Service by hand delivery upon Defendant's counsel, Paul Maloney, Esq., per agreement of counsel

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   5/29/07
             Date

*Signature of Server* Peter C. Grenier

1150 Connecticut Avenue, N.W., 9th floor
Washington, D.C. 20036

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

DENICOLE YOUNG
and
VANESSA GHEE

**SUMMONS IN A CIVIL CASE**

V.

WILLIAM F. BURTON, ESQUIRE
and
LEWIS & TOMPKINS, P.C.

CASE N

Case: 1:07-cv-00983
Assigned To : Huvelle, Ellen S.
Assign. Date : 5/29/2007
Description: PI/Malpractice

TO: (Name and address of Defendant)  WILLIAM F. BURTON, ESQUIRE
1221 E Street, S. E.
Washington, D. C. 20003

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Peter C. Grenier, Esquire
Bode & Grenier, LLP
1150 Connecticut Ave., NW
Ninth Floor
Washington, DC 20036

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                              MAY 29 2007
CLERK                                                 DATE

_Maureen Higgins_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE May 30, 2007 |
| NAME OF SERVER (PRINT) Peter C. Grenier, Esq. | TITLE Attorney for Plaintiffs |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Service by hand delivery upon Defendant's counsel, Deborah M. Whelihan, Esquire, per agreement of Counsel.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/30/07
              Date

Signature of Server: Peter C. Grenier

Address of Server: 1150 Connecticut Avenue, N.W., Ninth Floor, Washington, DC 20036

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.