UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| DENICOLE YOUNG and<br>VANESSA GHEE,<br><br>    Plaintiffs,<br><br>    v.<br><br>LEWIS & TOMPKINS, P.C, et al.,<br><br>    Defendants. | :<br>:<br>:<br>:<br>:<br>:   Case No.: 1:07cv983 (ESH)<br>:<br>:<br>:<br>: |

**ENTRY OF APPEARANCE**

    PLEASE enter the appearance of Colleen E. Durbin as co-counsel for Lewis & Tompkins, P.C.

        Respectfully submitted,

        CARR MALONEY P.C.


    By:    /s/
        Paul J. Maloney, 362533
        Colleen E. Durbin, 500039
        1615 L Street, N.W.
        Suite 500
        Washington, D.C.  20036
        (202) 310-5500 (telephone)
        (202) 310-5555 (facsimile)

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing Entry of Appearance was mailed, postage pre-paid, on this 18th day of June, 2007 to:

>Peter Grenier, Esquire
>Bode & Grenier
>1150 Connecticut Avenue, N.W.
>9th Floor
>Washington, D.C.  20036
>
>Deborah M. Whelihan, Esquire
>Jordan Coyne & Savits, LLP
>1100 Connecticut Avenue, N.W.
>Suite 600
>Washington, D.C.  20036

>    /s/
>Colleen E. Durbin