IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUL 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DENICOLE YOUNG, et al., )
)
Plaintiffs, )
) Civil Action No.: 07-cv-00983 (ESH)
)
)
WILLIAM F. BURTON, ESQUIRE, et al., )
)
Defendants. )
)
)

~~DEFENDANTS' PROPOSED~~ SCHEDULING ORDER

This matter having come before this Court for an initial Status and Scheduling Conference, and the Court having considered the Joint Report to the Court submitted by counsel, it is hereby ORDERED that the parties will comply with the following schedule:

1. ~~(1)~~  That the Deadline for parties to exchange their Initial Disclosures in accordance with Rule (26)(a)(1) shall be ~~July 30, 2007~~ August 15, 2007; with the exception of the exchange of Initial Disclosures for electronically stored information;

~~(2) That the Deadline for the parties to exchange their Initial Disclosure for Electronically stored information shall be August 15, 2007;~~

2. ~~(3)~~  That the Deadline for the service of Interrogatories and Document Requests shall be September 28, 2007;

3. ~~(4)~~  That the Deadline for Plaintiffs to file their Expert Report and Designation in accordance with Rule 26(a)(2) shall be September 19, 2007;

4. ~~(5)~~  That the Deadline for Defendants to file their Expert Report and Designation in accordance with Rule 26(a)(2) shall be December 19, 2007;

5.
(6)    That the Deadline for Close of Discovery and filing of the Joint Report as to whether any party intends to file for summary judgment shall be ~~May 30,~~ April 30 2008;

6.
(7)    That the Deadline for Filing of Dispositive Motions shall be ~~June~~ May 30, 2008;

7.
(8)    That the Deadline for Filing of Oppositions to Dispositive Motions, if any Party files for summary judgment shall be ~~July 18~~ June 19, 2008;

8.
(9)    That the Deadline for Filing of Replies in Support of Dispositive Motions, if any party files for summary judgment shall be ~~July 31~~ July 11, 2008;

9.
~~(10)    That Dispositive Motions shall be decided by September 14, 2008;~~ August 14

10.
~~(11)    That the Pre-Trial Conference date shall be scheduled for thirty (30) days after the Court's decision on any dispositive motions; and~~

11.
~~(12)    That the trial date shall be scheduled between thirty (30) days and sixty (60) days after the pre-trial conference.~~

*Ellen S. Huvelle* (signature)
Ellen S. Huvelle
UNITED STATES DISTRICT JUDGE

Copies To:

Peter C. Grenier, Esquire
Bode & Grenier, L.L.P.
1150 Connecticut Avenue, N.W.
9th Floor
Washington, D.C. 20036

2

Paul J. Maloney, Esquire
Colleen E. Durbin, Esquire
Carr Maloney, P.C.
1615 L Street, N.W.
Suite 500
Washington, D.C. 20006

Deborah Murrell Whelihan, Attorney-at-Law
Jordan, Coyne & Savits, L.L.P.
1100 Connecticut Avenue, N.W., Suite 600
Washington, DC 20036