UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| DENICOLE YOUNG and<br>VANESSA GHEE | : <br> : <br> : <br> : <br> : |
| Plaintiffs, | : <br> : |
| v. | :     Case No.: 1:07cv983 (ESH) |
| | : |
| WILLIAM F. BURTON and<br>LEWIS & TOMPKINS, P.C. | : <br> : <br> : <br> : |
| Defendants. | : <br> : |

**CERTIFICATE REQUIRED BY LOCAL RULE 7.1**

I, the undersigned, counsel of record for Lewis & Tompkins, P.C., certify that to

the best of my knowledge and belief, there are no parent companies, subsidiaries or

affiliates which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determinate

the need for recusal.

Respectfully submitted,

CARR MALONEY P.C.

By     /s/
                   Paul J. Maloney, 362533
                   Colleen E. Durbin, 500039
                   1615 L Street, N.W.
                   Suite 500
                   Washington, D.C.  20006
                   (202) 310-5500 (telephone)
                   (202) 310-5555 (facsimile)

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a copy of the foregoing was electronically filed this 16th day of July, 2007, to:

Peter Grenier, Esquire
Bode & Grenier, LLP
1150 Connecticut Avenue, N.W.
9th Floor
Washington, D.C.  20036

Deborah M. Whelihan, Esquire
Jordan Coyne & Savits, LLP
1100 Connecticut Avenue, N.W.
Suite 600
Washington, D.C.  20036


_____/s/_____
Paul J. Maloney