UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| DENICOLE YOUNG and VANESSA GHEE | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 07-CV-983 (ESH) |
| WILLIAM F. BURTON and LEWIS & TOMPKINS, P.C. | ) ) ) ) | |
| Defendants. | ) ) | |

## PLAINTIFFS' INITIAL DISCLOSURES

Pursuant to Fed. R. Civ. P. 26(a)(1), Plaintiffs Denicole Young and Vanessa Ghee, by undersigned counsel, provide the following Initial Disclosures, which they reserve the right to supplement and to amend as necessary:

(A)  The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information:

    Denicole Young
    5990 Richmond Highway, Apt. 201
    Alexandria, Virginia  22303
    Plaintiff – all aspects of the claim.

    Vanessa Ghee
    5990 Richmond Highway, Apt. 201
    Alexandria, Virginia  22303
    Plaintiff – all aspects of the claim.

    William F. Burton, Esq.
    1221 E Street, S.E.
    Washington, D.C.  20003
    Defendant – all aspects of the claim.

Sharon L. Tompkins
1030 15th Street, N.W.
Washington, D.C. 20005
Partner in Defendant law firm – all aspects of the claim.

David E. Tompkins
1030 15th Street, N.W.
Washington, D.C. 20005
Partner in Defendant law firm – all aspects of the claim.

Joseph G. Kisha, Natalie Bishop, Rita Horsley, Michael Curtis, Anthony Wilcox, and other unknown representatives, agents, employees, and/or residents of Castle Management Corporation, Stanton Glen Limited Partnership, and First Housing and Construction Corporation.
Address 1:   Castle Management Corporation
             3040 Stanton Road, S.E.
             Washington, D.C. 20020
Address 2:   Stanton Glen Limited Partnership
             2459 Elvans Road, S.E.
             Washington, D.C. 20020
Address 3:   First Housing and Construction Corporation
             3040 Stanton Road, S.E., #101
             Washington, D.C. 20020
Mr. Kisha is the registered agent for all three entities and the manager of the property where the exposure occurred. Ms. Bishop and Ms. Horsley were property managers for the Stanton Glenn Apartments. Mr. Curtis and Mr. Wilcox worked in maintenance at the subject apartment complex.

Shonn M. Gilkes, Chantae Dessau, Gwen Johnson, and other former and current residents of the Stanton Glenn Apartments.
3064 Stanton Road, S.E.
Washington, D.C. 20020
Residents of Stanton Glenn Apartments who possess knowledge of the apartment complex and the hazardous condition of the apartments. Ms. Johnson's telephone number is (202) 889-4798.

Keith T. Keemer
District Department of Environment
51 N Street, N.E. 6th Floor
Washington, D.C. 20002
(202) 535-2600
Environmental specialist who investigated the Stanton Glenn Apartments in 2002.

Philip Pugh, Diane Duckett and other members of the District Department of Consumer and Regulatory Affairs
941 North Capitol Street, N.E.
Washington, D.C. 20002
(202) 442-4400
Knowledge of the housing violation(s) at Stanton Glenn Apartments that caused the hazardous condition at the subject apartments in 2002.

Jeffrey Smith, M.D., Shirley Kalwaney, M.D., and other hospital and emergency room doctors and nurses at George Washington University Hospital
900 23rd Street, N.W.
Washington, D.C. 20037
(202) 715-4000
Healthcare providers at the hospital and emergency room at George Washington University Hospital.

Timothy Crimmins, M.D.
George Washington University Medical Faculty Associates
2150 Pennsylvania Avenue, N.W.
Washington, D.C. 20037
(202) 741-3000
Healthcare provider through George Washington Hospital.

Dr. Raval, Dr. Henry, Dr. Mittleman, and other doctors and nurses at Unity Health Care, Inc.
3020 14th Street, N.W., Suite 20009
Washington, D.C. 20009
(202) 612-3153
Regular healthcare providers for Ms. Young.

Puja Chitkara, M.D., Gregory Dennis, M.D., Nilo A. Avila, M.D., Suvimol C. Hill, M.D., Mark T. Gladwin, and other doctors and nurses at
National Institutes of Health
10 Center Drive, MSC 1192
Building 10, Room 1N205
Bethesda, Maryland 20892
(301) 496-3331
Healthcare providers for Ms. Young.

Washington ENT Group
2021 K Street, N.W.
Washington, D.C. 20006
(202) 785-5000

      Ear, nose, and throat care for Ms. Ghee.

      Valerie Augello Carregal, D.O., P.C.
      2308 L Street, N.W.
      Washington, D.C. 20037
      (202) 861-8888
      Allergy, asthma, and clinical immunologist for Ms. Ghee.

(B)    A copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment:

      Plaintiffs incorporate all documents and things previously provided to Defendants, including Plaintiffs' August 14, 2007 medical records document production. Plaintiffs also incorporate and refer Defendants to the documents produced by first class mail on August 15, 2007 in response to Defendant Lewis & Tompkins, P.C.'s document requests.

(C)    A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered:

**Past medical expenses to date:**

**Denicole Young**

| | | |
|---|---|---|
| George Washington University Hospital | $ | 106,144.75 |
| Unity Health Care, Inc. | $ | 3,469.85 |
| **Total** | **$** | **109,614.60** |

**Vanessa Ghee**

| | | |
|---|---|---|
| George Washington University Hospital | $ | 320.00 |
| Washington ENT Group | $ | 715.00 |
| Valerie Augello Carregal, D.O., P.C. | $ | 593.00 |
| **Total** | **$** | **1,628.00** |

**Additional medical expenses and other economic and non-economic damages remain to be determined.**

(D)  For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment:

   Not applicable.


                                        Respectfully submitted,

                                        DENICOLE YOUNG and
                                        VANESSA GHEE


                                By:    /s/  Peter C. Grenier
                                        Peter C. Grenier (D.C. Bar No. 418570)
                                        Bode & Grenier, L.L.P.
                                        1150 Connecticut Avenue, N.W.
                                        Ninth Floor
                                        Washington, D.C.  20036
                                        (202) 828-4100
                                        (202) 828-4130 (fax)
                                        *Counsel for Plaintiffs*

Dated: August 15, 2007

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 15th day of August, 2007, I served a true and correct copy of the foregoing Plaintiffs' Initial Disclosures by electronic filing to:

Paul J. Maloney, Esquire
Colleen E. Durbin, Esquire
Carr Maloney, P.C.
1615 L Street, N.W.
Suite 500
Washington, D.C.  20006
*Counsel for Defendant Lewis & Tompkins, P.C.*

Deborah Murrell Whelihan, Attorney-at-Law
Jordan, Coyne & Savits, L.L.P.
1100 Connecticut Avenue, N.W., Suite 600
Washington, D.C. 20036
*Counsel for Defendant William F. Burton*

            /s/   Peter C. Grenier
            Peter C. Grenier