UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| DENICOLE YOUNG and <br> VANESSA GHEE <br><br> Plaintiffs, <br><br> v. <br><br> WILLIAM F. BURTON and <br> LEWIS & TOMPKINS, P.C. <br><br> Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : Case No.: 1:07cv983 (ESH) <br> : <br> : <br> : <br> : <br> : <br> : |

**<u>LEWIS & TOMPKINS, P.C. INITIAL DISCLOSURES</u>**

Defendant, Lewis & Tompkins, P.C. by and through counsel, Carr Maloney PC. hereby serve its initial disclosure statement pursuant to Fed.R.Civ.P. 26(a)(1)(A-D). Lewis & Tompkins reserves its rights to supplement this disclosure based upon continuing discovery and investigation.

All disclosures are made without waiving or intending to waive all objections with regard to testimony and documents including competency, relevancy, privilege, and immateriality. Lewis & Tompkins specifically reserves its right to assert the attorney-client privilege, the work product doctrine, or other applicable privileges relating to any document identified within this initial disclosure. By identifying documents herein, Lewis & Tompkins reserves its right to challenge the admissibility or relevancy at the time of trial.

Lewis & Tompkins makes the following disclosures as required by the Rules cited

above:

(1) **The name, and if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims for defenses, unless solely for impeachment, identifying the subjects of the information.**

The following individuals may have discoverable information that Lewis & Tompkins may use to support its defenses.

1. William Burton
   1221 E Street, SE
   Washington, DC 20003

2. Sharon Tompkins
   927 15th Street, NW
   9th Floor
   Washington, DC 20005

3. David Tompkins
   927 15th Street, NW
   9th Floor
   Washington, DC 20005

4. Dr. Yasmin Panahy
   660 Pennsylvania Ave., SE
   Suite 100
   Washington, DC 20003

5. Dr. Raval
   Congress Heights Health Clinic
   3720 Martin Luther King Jr Avenue, SE
   Washington, DC 20032

6. Penny Jacobs
   Congress Heights Health Clinic
   3720 Martin Luther King Jr Avenue, SE
   Washington, DC 20032

7. Anese Henry
   Congress Heights Health Clinic
   3720 Martin Luther King Jr Avenue, SE

        Washington, DC 20032

8.     Dr. Robert Smith
       Quest Diagnostics, Inc.
       1901 Sulphur Spring Road
       Baltimore, MD 21227

9.     Dr. Mittleman
       Congress Heights Health Clinic
       3720 Martin Luther King Jr Avenue, SE
       Washington, DC 20032

10.    Dr. Colburn
       Congress Heights Health Clinic
       3720 Martin Luther King Jr Avenue, SE
       Washington, DC 20032

11.    Dr. Puja Chitkara
       Cardozo Clinic
       3020 14th St NW
       Washington, DC 20009

12.    Dr. Gregory Dennis
       Cardozo Clinic
       3020 14th St NW
       Washington, DC 20009

13.    Dr. Mark Gladwin
       National Institutes of Health
       Clinical Center
       Building 10
       Bethesda, MD 20892

14.    Dr. Nilo Avila
       National Institutes of Health
       Clinical Center
       Building 10
       Bethesda, MD 20892

15.    Dr. Suvimol Hill
       National Institutes of Health
       Clinical Center
       Building 10
       Bethesda, MD 20892

16. Rhiannon Dun
    C & T Associates
    4700 Corridor Place
    Suite A
    Beltsville, MD 20705

17. Rita Horsley
    (Address unknown)

18. Darlene Bryant
    (Address unknown)

19. Anthony Willcok
    (Address unknown)

20. Joseph Kisha
    2459 Elbans Road, SE
    Washington, DC 20020

21. Douglas Sparks, Esq.
    3221 M Street, NW
    Washington, DC 20007

22. Richard F. Silber, Esq.
    3221 M Street, NW
    Washington, DC 20007

23. Shonn Gilkes
    3064 Stanton Rd., NE
    #101
    Washington, DC 20020

24. Nathalie Bishop
    Regional Property Manager
    Stanton Glenn Apartments
    3040 Stanton Road, SE
    Suite 2A
    Washington, DC 20020

25. Chantae Dessau
    (Address unknown)

26. Gwen Johnson
    (Address unknown)

27. Keith Keemer
    Department of Health
    51 N St., NE
    5th Floor
    Washington, DC 20002

28. Stanley Johnson
    Department of Consumer and Regulatory Affairs
    Housing Regulation Enforcement
    P.O. Box 37200
    Washington, DC 20013

29. On Point Carpet Service
    (Address unknown)

30. Vanessa Ghee
    5990 Richmond Highway
    Apt. 201
    Alexandria, VA 22303

31. Denicole Young
    5990 Richmond Highway
    Apt. 201
    Alexandria, VA 22303

32. Archer Courier/ Orient Express
    P.O. Box 7927
    Gaithersburg, MD 20898

33. Patricia Burton
    1221 E Street, SE
    Washington, DC 20003

34. Julie Wilson
    8104 Prince George's Drive
    Ft. Washington, MD 20744

Lewis & Tompkins incorporates by reference any additional witnesses whose names may appear in documents referenced in Paragraph (2) below, as well as the witnesses listed in plaintiffs' Initial Disclosure Statement and co-defendant's Initial Disclosure Statement. Lewis & Tompkins reserves the right to supplement this

disclosure statement or amend its response as discovery in the action proceeds.

(2)     **A copy of, or description by category and location of, all documents, data compilations, tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims for defenses, unless solely for impeachment.**

At this time, Lewis & Tompkins identifies the following relevant documents:

1. Plaintiffs' litigation file related to the underlying case.

2. Hard copies of electronic data retrieved from Lewis & Tompkins related to the underlying case.

3. All medical records for plaintiffs currently in the possession of Lewis & Tompkins.

4. Courier invoices.

(3)     **A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Fed. R. Civ. P. 34. The documents or other evidence  are immaterial, not privileged or protected from disclosure, on which such computation is based, including materials baring on the nature and extent of injuries suffered.**

Lewis & Tompkins claims no damages at this time.

(4)     **Produced for inspection and copying as under Fed. R. Civ. P. 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in this action or to indemnify or reimburse for payments to satisfy the judgment.**

The relevant insurance policy will be produced.

>Respectfully submitted,
>
>CARR MALONEY P.C.
>
>By   \_\_/s/_____
>Paul J. Maloney, 362533
>Colleen E. Durbin, 500039
>1615 L Street, N.W.
>Suite 500
>Washington, D.C. 20006
>(202) 310-5500 (telephone)
>(202) 310-5555 (facsimile)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served by electronic filing, this 15th day of August, 2007, to:

>Peter Grenier, Esquire
>Bode & Grenier, LLP
>1150 Connecticut Avenue, N.W.
>9th Floor
>Washington, D.C. 20036
>
>Deborah M. Whelihan, Esquire
>Jordan Coyne & Savits, LLP
>1100 Connecticut Avenue, N.W.
>Suite 600
>Washington, D.C. 20036
>
>\_\_\_\_\_/s/_____
>Paul J. Maloney