IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DENICOLE YOUNG, <u>et al.</u>, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Civil Action No.:  07-cv-00983 (ESH) |
| | ) |
| | ) |
| WILLIAM F. BURTON, ESQUIRE, <u>et al.</u>, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

## DEFENDANT WILLIAM F. BURTON, ESQUIRE'S
## <u>RULE 26(a)(1) DISCLOSURE STATEMENT</u>

In accordance with Federal Rule of Civil Procedure 26(a)(1), Local Civil Rule 26.2, and

this Honorable Court's Scheduling Order issued on July 6, 2007, the Defendant, William F.

Burton, Esquire, by and through his attorneys, JORDAN, COYNE & SAVITS, L.L.P. and

Deborah Murrell Whelihan, provides his Rule 26(a)(1) Initial disclosures and states as follows:

**A.     Individuals likely to or who may have discoverable information that the
Defendant Burton may use to support his claims or defenses include:**

1.      William F. Burton, Esquire
        325 Pennsylvania Avenue, SE
        Suite 150
        Washington, D.C.  20003
        (202) 538-5707

The Defendant Burton has knowledge of his employment relationship with the Co-
Defendant, Lewis & Tompkins, P.C., and of his representation of the Plaintiffs;

2.      Sharon Lewis Tompkins, Attorney-at-Law
        Lewis & Tompkins, P.C.
        1030 15th Street, N.W.
        Suite 760
        Washington, D.C.  20005
        (202) 296-0666;

Ms. Tompkins has knowledge of Mr. Burton's employment relationship with the Co-Defendant, Lewis & Tompkins, P.C., and of the representation of the Plaintiffs by Mr. Burton and the Co-Defendant, Lewis & Tompkins, P.C.;

3.    David E. Tompkins, Esquire
      Lewis & Tompkins, P.C.
      1030 15th Street, N.W.
      Suite 760
      Washington, D.C.  20005
      (202) 296-0666

Mr. Tompkins has knowledge of Mr. Burton's employment relationship with the Co-Defendant, Lewis & Tompkins, P.C., and of the representation of the Plaintiffs by Mr. Burton and the Co-Defendant, Lewis & Tompkins, P.C.;

4.    Ms. Julie A. Marks Wilson
      c/o The Cochran Firm
      1100 New York Avenue, N.W.
      Suite 340
      Washington, D.C.  20005
      (202) 682-5800;

Ms. Wilson has knowledge that the Co-Defendant, Lewis & Tompkins, P.C., represented the Plaintiffs and has knowledge of the office procedures and practices of the Co-Defendant, Lewis & Tompkins, P.C., during her employment by it as a paralegal;

5.    Archer Courier Services
      811 Russell Avenue, Suite H
      Gaithersburg, Maryland 20879
      (301) 590-9500

Archer Courier Services may have records and knowledge regarding the filing of the Complaint prepared by the Defendant Burton on behalf of the Plaintiffs;

6.    Mr. Joseph G. Kisha
      2459 Elvans Road, S.E.
      Washington, D.C.  20020
      (202) 610-2032

Mr. Kisha has knowledge of the condition of the Stanton Glenn apartments and the condition of apartment 2A of the 3064 Stanton Road, S.E. in August and September of 2002 and of conversations with the Plaintiffs about that apartment;

2

7.      Representatives, partners and employees of
        Stanton Glenn Limited Partnership, including but not limited to
        Ms. Shonn M. Gilkes, Rita Horsley, and Ms. Natalie Bishop
        3040-3098 Stanton Road, SE
        Washington, D.C.  20020
        (202) 889-2222

These individuals may have knowledge of the condition of the Stanton Glenn apartments
and the condition of apartment 2A of the 3064 Stanton Road, S.E. in August and September of
2002 and of conversations with the Plaintiffs about that apartment;

8.      Representatives, officers, and employees of
        Castle Management Corporation, including but not limited to
        Anthony Willcox and Michael Curtis
        3040 Stanton Road, S.E.
        Suite 104
        Washington, D.C.  20020
        (202) 610-2030

These individuals may have knowledge of the condition of the Stanton Glenn apartments
and the condition of apartment 2A of the 3064 Stanton Road, S.E. in August and September of
2002 and of conversations with the Plaintiffs about that apartment;

9.      Representatives, officers, and employees of
        CT Associates, Inc., including but not limited to
        Ms. Rhiannon Dunn
        4700 Corridor Place, Suite A
        Beltsville, Maryland 20705
        (301) 595-5191

These individuals may have knowledge of the condition of the Stanton Glenn apartments
and the condition of apartment 2A of the 3064 Stanton Road, S.E. in August and September of
2002 and of conversations with the Plaintiffs about that apartment;

10.     Representatives and employees of the
        D.C. Department of Consumer & Regulatory Affairs
        941 North Capitol Street, NE
        Suite 9400
        Washington, D.C. 20002

These individuals may have knowledge of the condition of the Stanton Glenn apartments
and the condition of apartment 2A of the 3064 Stanton Road, S.E. in August and September of
2002 and of conversations with the Plaintiffs about that apartment;

11.     Employees, personnel, and clerks of the Superior Court
        500 Indiana Avenue, N.W.
        Washington, D.C.  20001-2131

These individuals may have knowledge about the attempted filing and/or filing of the civil lawsuit prepared by the Defendant Burton on behalf of the plaintiffs and the reasons that the filing was rejected;

12.     Representatives and employees of Government of the District of Columbia
        Department of Health
        Bureau of Environmental Quality, including but not limited to
        Mr. Keith T. Keemer, Environmental Specialist,
        51 N Street, N.E.
        Sixth Floor
        Washington, D.C.  20002
        (202) 535-2600;

These individuals may have knowledge of the condition of the Stanton Glenn apartments and the condition of apartment 2A of the 3064 Stanton Road, S.E. in August and September of 2002 and of conversations with the Plaintiffs about that apartment;

13.     Ms. Denicole Young
        5990 Richmond Highway
        Apt. 201
        Alexandria, Virginia 22303

Ms. Young has knowledge about her claims and alleged injuries and about the claims and alleged injuries of the Plaintiff, Vanessa Ghee;

14.     Ms. Vanessa Ghee
        5990 Richmond Highway
        Apt. 201
        Alexandria, Virginia 22303

Ms. Ghee has knowledge about her claims and alleged injuries and about the claims and alleged injuries of the Plaintiff, Denicole Young;

15.     Richard S. Silber, Esquire
        3221 M. Street, N.W.
        Washington, D.C.  20007
        (202) 338-0687

Mr. Silber may have knowledge about the condition of the Plaintiff, Vanessa Ghee;

4

16.     Any healthcare providers of the Plaintiffs, address and telephone numbers presently unknown, which/who may have knowledge about the Plaintiffs' claims and alleged injuries of the Plaintiffs.

These disclosures are based upon information now reasonably available to the Defendant Burton.  Accordingly, the Defendant Burton reserves the right to supplement these disclosures and to amend these disclosures in the event that other persons are identified through investigation of this matter or discovery.  The Defendant Burton also incorporates by reference and identifies the other and additional potential witnesses listed by the Plaintiffs or by the Co-Defendant, Lewis & Tompkins, P.C., in their respective Rule 26(a)(1) disclosures.

**B.     Description by Category of Supporting Documents In the Possession of the Defendant Burton which the Defendant Burton may use to support its defenses:**

1.     A copy of the paper file and a copy of the electronic file documents of the Co-Defendant, Lewis & Tompkins, P.C., regarding its former representation of the Plaintiffs; and

2.     Copies of all healthcare provider records and bills of the Plaintiffs produced by their attorneys in discovery or obtained directly from the Plaintiffs.

These disclosures are based upon information now reasonably available to the Defendant Burton.  Accordingly, the Defendant Burton reserves the right to supplement these disclosures and to amend these disclosures in the event that other documents are identified through his investigation of this matter or discovery.  The Defendant Burton also incorporates by reference and identifies the other and additional documents listed by the Plaintiffs or by the Co-Defendant, Lewis & Tompkins, P.C., in their respective Rule 26(a)(1) disclosures.

**C.     Computation of Damages:**

The Defendant Burton does not claim any damages.

5

**D.**    **Copy or Inspection of Insurance Policy**:

The Defendant Burton does not have a copy of the applicable policy issued by Swiss

Reinsurance America Corporation to the Co-Defendant, Lewis & Tompkins, P.C., but will obtain

a copy from the insurer and then make the copy available to the Plaintiff for inspection and/or

copying.

Respectfully submitted,

JORDAN, COYNE & SAVITS, L.L.P.

By: /s/ ***Deborah Murrell Whelihan***
Deborah Murrell Whelihan #412454
1100 Connecticut Avenue, N.W.
Suite 600
Washington, D.C.  20036
(202) 296-4747

Attorneys for Defendant William F. Burton, Esquire

**CERTIFICATE OF SERVICE**

I hereby certify that true copies of the foregoing Defendant William F. Burton, Esquire's

Rule 26(a)(1) Disclosure Statement were sent electronically and mailed, postage prepaid, this

15th day of August, 2007, to:

Peter C. Grenier, Esquire;
BODE & GRENIER, LLP
1150 Connecticut Avenue, N.W.
Ninth Floor
Washington, D.C.  20036,

and

6

Paul J. Maloney, Esquire
Colleen E. Durbin, Attoney-at-Law
CARR MALONEY P.C.
1615 L Street, N.W.
Suite 500
Washington, D.C.  20036-5652


  /s/ ***Deborah Murrell Whelihan***
Deborah Murrell Whelihan