## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **DENICOLE YOUNG and** | ) | |
| **VANESSA GHEE** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 07-cv-983 (ESH)** |
| | ) | |
| **WILLIAM F. BURTON and** | ) | |
| **LEWIS & TOMPKINS, P.C.** | ) | |
| | ) | |
| **Defendants.** | ) | |

## PLAINTIFFS' RULE 26(a)(2) DISCLOSURES

Pursuant to Fed. R. Civ. P. 26(a)(2), Plaintiffs Denicole Young and Vanessa Ghee, by undersigned counsel, hereby disclose to all parties the identities and opinions of the following expert witnesses whom they anticipate will be called to testify on their behalf at the trial of this matter: Ritchie C. Shoemaker, M.D., P.A. and Christopher G. Hoge, Esq.

Ritchie C. Shoemaker, M.D., P.A., an expert on biotoxin associated illnesses, is expected to provide expert testimony concerning, *inter alia*, the cause and extent of the injuries and damages to Denicole Young and Vanessa Ghee, the necessity of the medical care they have received, the amount of and reasonableness of the costs related thereto, as well as the cause, extent, and permanency of their injuries arising from the exposure giving rise to this litigation. A copy of Dr. Shoemaker's written report is attached hereto as Exhibit 1 and incorporated herein per the requirements of Rule 26(a)(2)(B).

Christopher G. Hoge, Esq., an attorney licensed in the District of Columbia, Maryland, and various federal courts with extensive experience handling legal malpractice litigation, is

expected to provide expert testimony concerning, *inter alia*, the various acts of malpractice committed by Defendants, the professional conduct violations committed by Defendants, and the loss to Plaintiffs proximately caused by such malpractice and professional conduct violations, namely the loss of viable personal injury claims for which Defendants had been retained to represent Plaintiffs.  A copy of Mr. Hoge's written report is attached hereto as Exhibit 2 and incorporated herein per the requirements of Rule 26(a)(2)(B).

Each of the aforementioned reports is based upon the factual information available, and thus may require supplementation to the extent that additional pertinent information is produced or discovered.

Plaintiffs reserve the right to offer qualified opinion testimony from individuals who provided medical services to Plaintiffs, but have not been retained by Plaintiffs to provide expert testimony in this case.  These individuals were identified in Plaintiffs' Initial Disclosures, as well as in the medical records produced by Plaintiffs to the parties.

Plaintiffs also reserve the right to designate rebuttal expert witnesses in response to the designations of testifying expert witnesses by the parties.  Plaintiffs also reserve the right to call to testify at trial, and/or to rely on the testimony or report(s) of, any expert witness(es) designated

by any of the Defendants.

Respectfully submitted,


By:    /s/ Peter C. Grenier
       Peter C. Grenier (D.C. Bar No. 418570)
       Bode & Grenier, L.L.P.
       1150 Connecticut Avenue, N.W.
       Ninth Floor
       Washington, D.C.  20036
       (202) 828-4100
       (202) 828-4130 (fax)
       *Counsel for Plaintiffs*

Dated: September 19, 2007

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th day of September, 2007, I served a true and correct copy of the foregoing Plaintiffs' Rule 26(a)(2) Disclosures by electronic filing and first class mail upon:

> Paul J. Maloney, Esquire
> Colleen E. Durbin, Esquire
> Carr Maloney, P.C.
> 1615 L Street, N.W.
> Suite 500
> Washington, D.C.  20006
> *Counsel for Defendant Lewis & Tompkins, P.C.*

> Deborah Murrell Whelihan, Attorney-at-Law
> Jordan, Coyne & Savits, L.L.P.
> 1100 Connecticut Avenue, N.W., Suite 600
> Washington, D.C. 20036
> *Counsel for Defendant William F. Burton*

/s/ Peter C. Grenier
Peter C. Grenier

RITCHIE C. SHOEMAKER, M.D., P.A.
CHRONIC FATIGUE CENTER
500 MARKET STREET
SUITE 102, 103
POCOMOKE, MD 21851
TELEPHONE (410) 957-1550
FAX (410) 957-3930

## REPORT OF RITCHIE C. SHOEMAKER, M.D., P.A.

RE: Denicole Young and Vanessa Ghee
DATED: September 17, 2007

I am writing regarding the above captioned patients. Both Ms. Young and Ms. Ghee acquired a typical biotoxin-associated illness following exposure and re-exposure to the indoor air environment of their townhouse at Apt 2A 3064 Stanton Rd SE, Washington, DC (called "building,"). For ease of communication I will describe Ms. Young and Ms. Ghee, as Mss. Young and Ghee. I mean no disrespect to either party by deleting one "Ms." from the pair and using a plural, "Mss."

I saw these patients in my office on 9/11/07. I have ordered a body of laboratory studies that will be reported over the next few weeks. I have initiated therapy that will be following over the next several months. Final discussion of their illness extent and future potential deficits caused by their illness will be determined in the future. After I have discussed the results of the laboratory studies and the first round of therapy with the patients, I will supplement this report.

You will find in this report a statement of my opinions and the basis for those opinions, with the ongoing proviso that lab studies are pending; and data I have used in forming my opinions, including appendices. I have attached a list of cases in which I have provided depositions or trial testimony (*see Attachment 1*) and my CV (*see Attachment 2*). I state that my office has billed the law firm of Bode & Grenier, LLP for my time in this case including record review, case review with Michael Hibey, and office visits. My time for this report is billed separately. I have billed my time in this case at hourly rates varying between $200 and $500.

To a reasonable degree of medical certainty, at this point in time it is my opinion that the exposure to the interior environment of the water-damaged building is the sole cause of the acute and then chronic illnesses of Mss. Young and Ghee. There is no evidence that their illness syndrome is affected by any other medical condition.

The time line in this case supports the contention that exposure to the indoor air environment of Mss. Young and Ghee's townhouse causes their complex, multisystem, multisymptom illness. The illness in Mss. Young and Ghee and in others with similar case histories is an acute and chronic inflammatory illness involving innate immune responses that are first initiated by exposure and then continued beyond exposure by ongoing activation of innate immune responses. These responses can be documented by objective laboratory testing. They will remain ill until they are both removed from

exposure and treated according to protocols our group has published in peer-reviewed academic papers. As we see in this case, simple removal from exposure does not correct illness caused by chronic inflammatory responses involving innate immune response elements.

Their illness begins quickly following occupancy of their townhouse. After occupancy of the townhouse, however, a massive amount of mold was discovered next door. Their inquiry was prompted by a near-immediate detection of a markedly foul odor coming from the adjacent apartment. The air conditioning system was non-functional. They met with neighbors who told of repeated sewage overflows into the affected apartment. Indeed, the sewage overflows continued after the renovation of the townhouses performed before the occupancy of Mss. Young and Ghee. They saw photos of abundant growth of microbes, possibly fungi, in the adjacent apartments, at least two feet above the floor. Clean-up was attempted and reported on as ineffectual and unprotected by the DC DOH. They moved out 10/02 into another apartment townhouse in Stanton Glen.

There is a long and complex history of respiratory effects suffered by both Mss. Young and Ghee, with Young developing respiratory failure that required ventilator support in April 2003. Their illnesses begin within several days of occupancy of the affected townhouse. To a reasonable degree of medical certainty, the illnesses are causally related to the environmental exposures and the inflammatory responses initiated thereafter. While I will not review each office visit and each diagnosis for these patients, the copies of their medical records summaries are provided (*see Attachment 3*).

The apartment they occupied initially after vacated their first apartment in the complex in 10/02 was also prone to flooding; they moved to a different unit in the same complex that was dry 10/03. They then moved to their current (dry) apartment in Alexandria in 2006. Neither patient has any exposure to water-damaged indoor environments currently.

None of the residences they occupied prior to moving into the Stanton Glen townhouse were subject to water intrusion and each had no evidence of amplified microbial growth. They had no confounding medical illnesses or environmental exposures, as confirmed by a collection of medical records forwarded to me before their office visit.

It is my opinion to a reasonable degree of medical certainty that the well-documented symptoms complex of Mss. Young and Ghee before treatment by my protocols are solely due to their townhouse exposure. They never should have been exposed to an indoor environment known to be a water-damaged site.

Given the time that has elapsed since the onset of their illness to definitive delineation of their deranged physiology, caused by their townhouse exposures, it is more likely than not that they have sustained a permanent disabling illness. They will require close follow-up in the months to come.

Given the chronicity of their illness since 2002 when they were exposed to their townhouse, without change in symptoms, with absence of use of treatment protocols designed to treat the innate immune response abnormalities seen in mold illness patients, up until now, and removal from exposure, we may conclude that (1) self-healing didn't occur; (2) only the townhouse made them ill; and (3) if given their expected improvement

coinciding only with institution of therapy with an orally administered, non-absorbable anion binding resin, cholestyramine (CSM), that their illness could only have resulted from exposure to toxigenic elements found in the water-damaged building (WDB) that was their townhouse.

There is no evidence that they have any non-townhouse exposures that are confounders of their diagnosis.

I have included references (*see Attachment 4* for WDB references). This report will include data generated by my 9-year experience treating over 4400 mold illness patients, as well as the multiple peer-reviewed papers from our group, as well as the multiple invited academic presentations I have made over the last ten years.

The illness of Mss. Young and Ghee is one caused by exposure to the complex biological mixture found in WDB; simply ascribing illness from WDB to fungi alone is illogical. Not only are there multiple other sources of inflammatory responses commonly found in WDB, but other organisms are toxigenic as well, some synergistically so with *Stachybotrys*, for example, especially actinomycetes. The role of endotoxin-producing bacteria in WDB is given less "press" than fungi, but bacteria are significant participants in the complex biological mixture that we see in WDB, as is well described in the work from Michigan State University by Dr. JJ Pestka. Indeed, the US Centers for Disease Control and Prevention (CDC) have published their concerns regarding mycotoxins, endotoxins and beta glucans; each commonly found when proper testing is done on WDB, in that each different substance is associated with human illness (Rao and Brown, Applied and Environmental Microbiology March 2007). In the appendices to this report are several VCS figures that demonstrate the lack of difference, however, between illness parameters seen in patients with exposure to WDB where the organisms are speciated to those with exposure to visible mold to those with just exposure to areas of water-damage in which there are musty smells and a history of water intrusion (*see Attachment 5* for numbered appendices).

Given the role of sewage contamination, the role of gram negative bacteria will necessarily be increased in the differential diagnosis process.

Additional information about mold illness comes from newer technology, published July 2004 and repeated several times by different labs, showing that we can identify mycotoxins in blood of affected patients with exposure, not found in those both not exposed or those exposed and not ill. We can show prospectively the acquisition of illness, complete with a reproducible set of biomarkers, unveiled over several days of re-exposure of previously ill patients treated successfully. Finally, we can show the presence of fungal DNA in settled dust using the newly published EPA Relative Mold Index (ERMI). This index is particularly useful in cases such as this one where no comprehensive testing has been performed. The 'old saw' in environmental medicine that, "Absence of proof of contamination does not constitute proof of absence of contamination," is a pertinent concept here.

I wish to review the old, erroneous ideas that only massive levels of spores in a sample are related to presence or absence of human illness. In 2007, research advances have now been put into public policy. Research scientists from the CDC, as mentioned, have

published a paper in Applied and Environmental Microbiology (March 2007) that confirms the association of health effects to exposure to WDB. In the acknowledgments to this paper, the authors express gratitude to the Inspector General of the Department of Health and Human Services for providing protection to safeguard the health of the samplers. Moreover, the Ministry of Health of Canada (Canada Gazette 2007-03-31 Part I, volume 141, No. 13) concludes that "results from tests for the presence of fungi in air cannot be used to assess risks to the health of building occupants." Further the Minister recommends that individuals, "control humidity and diligently repair any water damage in townhouses to prevent mould growth," and then that all such townhouses should be subject to the directive to, "clean thoroughly any visible or concealed mould growing in townhouse buildings."

The flawed idea of massive levels of dose needed to create a response of adverse health effects comes from a statement released in 2002 by a small cadre in the American College of Occupational and Environmental Medicine (ACOEM), a loose organization of physicians who pay an annual fee to become members. This statement has been used repeatedly to attempt to deny health benefits, particularly in litigation, to persons such as Mss. Young and Ghee, as if this small group of defense witnesses actually had ever treated a patient with mold illness (none have) or if they actually had research data in people that support their outlandish claims (they don't). Membership in ACOEM conveys no significance other than the ability to write a check. I can speak with experience on this issue. Nonetheless, ACOEM would like us to believe its members possess special skills and insights into illnesses putatively related to occupation. That idea is utter nonsense.

Please note the ACOEM statement was written by members of a defense organization called Veritox that is paid large amounts of money to testify against mold plaintiffs. One might reasonably wonder what conflicts of interest might have been involved with manufacturing the ACOEM statement. Also note that no conflicts of interest were ever reported for this statement. I will return to the ACOEM statement in detail later in this report, particularly to discuss the multi-page expose` of the desultory tactics of the ACOEM cadre published on the front page of the Wall Street Journal January 9th 2007 and to discuss the peer-reviewed, published criticisms of the ACOEM report.

Specifically, any reference to the ACOEM statement of 10/02 regarding mold illness is not acceptable as not only is the ACOEM statement (referring to abnormal amounts of respiratory irritants or toxins) fundamentally flawed in both science and logic, but is commonly known to be wrong in science and logic, such that all those who now use the ACOEM statement are painted by the same brush of lack of thoroughness, lack of rigor and overt bias. In fact, the world of mold illness is moving so fast that even if there weren't substantial reasons to discard the ACOEM statement as complete hogwash, which there are, the paper is functionally ancient history. The comments of our group in the newest peer-reviewed paper, published 8/7/06 online by Neurotoxicology and Teratology, about the incredibly flawed ACOEM statement stand as stark testimony to why no one should ever again be persuaded that the ACOEM statement has any scientific merit or academic basis. Certainly, no physician who treats mold illness patients would ever agree that the ACOEM or any of its bastard children, including the AAAAI mold statement of February 2006, another horribly biased statement designed to create a cover for mold defense consultants in litigation, and largely written by the same authors, has

any merit.   The AAAAI, as an aside, published ten letters in September 2006 that intensely criticize the AAAAI statement as a financially/politically inspired instrument to be used to buttress the flawed concepts espoused by a small but highly coordinated groups of consultants who make lucrative incomes by testifying against mold illness victims, citing each others' opinions ad nauseum, purporting it to be evidence of a great weight of medical thought.

The studies that the Veritox employees cite are not suitable for risk assessment: they are acute studies and do not have adverse effect levels.   The only study ACOEM (read Veritox) can cite didn't even identify toxins or the specific strain of *Stachybotrys* used in their experiments.   The exposures were all above any attempt to identify the maximum tolerated dose.   The rats in the study were terribly ill, with bleeding into the lungs noted. In truth, the Veritox and ACOEM model is pure garbage, a fictitious attempt to present acute animal illness as having anything to do with people.   The ACOEM (read again Veritox) opinion has no toxicity data and no exposure data.   There is no logical rational for the extrapolation of animal data in such an incredibly flawed study to human data. Note that in the category of human data we must make special notation of the effect of exposure to human infants and children is not the same as in adults.   Finally, in all the ACOEM blather and that spouted from paid-by-Veritox consultants, they never explain the differences in toxins found in indoor water damaged buildings, whether from molds, actinomycetes, mycobacteria or bacteria, and indeed they expect us to swallow their idea of "aflatoxin equivalents" as something we should know a priori.

Aflatoxin equivalents?  Nonsense.

The ACOEM report is at best a sham, an empty house of cards, quoted by the uninformed or the intentionally deceiving regarding mold illness.   And yet, the ACOEM nonsense is still accepted as real science by naïve observers.

Even worse, the ACOEM opinion is essentially the sole "academic" support for a series of subsequent publications, each presenting no actual clinical data and no research data, but each simply espousing to be the consensus of practicing physicians when in fact the opinions are just those of a trivially number of physicians making significant money testifying against plaintiffs in mold cases, as discussed in the Wall Street Journal expose`.

The fact that the ACOEM statement is made by self-serving individuals, including one from the highest level of his previous employment at NIOSH, serves as a particularly despicable example of government employment leading to private consultant practice after the government career is over.   This reality isn't surprising, but is no less despicable.

With this background, I will repeat my opinion that to a reasonable degree of medical certainty that not only did Mss. Young and Ghee suffer a chronic disease as a result of their exposure to the WDB, but also it is my opinion to a reasonable degree of medical certainty that their illness was as a result of a gradually developing, ongoing injury caused by exposure to toxigenic organisms, including, but not limited to, toxigenic fungi.

I have included data from multiple academic studies and presentations, with the most recent a paper published by the academic journal, Neurotoxicology and Teratology, available on line 8/7/06 (doi:10.1016/j.ntt.2006.07.003) and another invited paper

presented 7/27/06 at the International (American) Society for Testing and Measurements, Boulder, Colorado. The first contains a double-blinded, placebo-controlled clinical trial and discussion of mechanisms of acquisition of illness following exposure to WDB. The second paper includes recent information regarding the direct correlation of abnormalities in levels of brain chemicals (metabolites and neurotransmitters) that correlate with symptoms, especially neurologic symptoms and cognitive effects, and physiologic abnormalities found in patients with illness acquired following exposure to WDB (cases) not found in controls.

My report will be organized on the basis of my peer-reviewed, published case definition of acute and chronic biotoxin-associated illnesses acquired following exposure to toxigenic organisms resident in WDB, including but not limited to fungi. For ease of communication, I will describe this syndrome of symptoms, neurotoxicological findings, laboratory abnormalities and response to a published treatment protocol as "mold illness," rather than referring to the building as the source of the illness. The syndrome that affects Mss. Young and Ghee is a biotoxin-associated illness that has been given many names, including Sick Building Syndrome (SBS). The term "mold illness" used herein to apply to their illness does not imply that the only toxigenic organisms present were fungi: other toxigenic genera likely were involved as well, including actinomycetes, mycobacteria and bacteria. The reason I use the term, "mold illness," is that writing out, "an acute and/or chronic, biotoxin associated illness caused by exposure to indoor environment of water–damaged buildings with resident toxigenic organisms, including, but not limited to fungi, bacteria, actinomycetes and mycobacteria as well as inflammatory generators such as beta glucans and volatile organic compounds (VOCs)" is unnecessarily ponderous.

But to be blunt, the actual name I use or someone else uses is not important: one could call the illness "Syndrome XYZ" as far as I am concerned. What matters is the presence of definable abnormalities in innate immune responses and multiple laboratory studies in cases that confirm the presence of an underlying abnormality responsible for the health symptoms of the affected patients, such as Mss. Young and Ghee.

To assist you in reviewing this report, which necessarily involves discussion of medical terms that aren't necessarily in "routine parlance" and in an understanding of the language that applies to the science that supports this opinion, I have organized it into five sections. The first provides an overall review of the illnesses of mold illness patients. The second deals with Mss. Young and Ghee, each as a patient, including symptoms, the diagnostic testing protocol used; my opinions on the specific mechanisms and causation of their illness, and finally my opinion as to the recommended current and future treatment of their illness. The third section will review the specifics of confirmed exposure to their townhouse, such exposure being a required element of the first tier of the case definition of mold illness, namely the potential for exposure. The fourth section of this report will review the results of pre-treatment data collection, including the substantial data collected in their case, understanding that most of the data are still pending. The fifth section of this report will include discussion in general terms of what having mold illness means for the future health of those affected by this illness.

SECTION I: Overview

*Figures 1, 2* summarize the case definition for biotoxin-associated illnesses, including mold illness. *Figure 3* summarizes the research model used in the repetitive exposure protocol. (All "Figures" referred to throughout this report are attached as *Attachment 6*.)

*Appendix A*, which immediately follows the body of this report, provides a comprehensive overview of the academic and scientific bases for my opinions, including a review and analysis of opinions and research regarding mold and the applicability to the illness of Mss. Young and Ghee. The data used in this report were gathered from thousands of my affected patients with environmental exposures similar to those of Mss. Young and Ghee, including data used in my research papers and peer-reviewed publications. I have included a series of relevant references that I have either used in my academic papers on the subject of mold illness or have used in development of my opinions (again, *see Attachment 4* for WDB references). None of these papers are the sole source for my opinions; each has a pertinent aspect for this report. I will refer to any or all of these papers as necessary to add to the academic basis for my opinions. In particular, I am including data from a paper published following peer review that contains a double-blinded, placebo-controlled clinical trial confirming the benefits of use of cholestyramine (CSM) in patients with mold illness,[1] together with a model of illness supported by the objective laboratory parameters reported in a five-step clinical trial similar in design to what our group has published previously.[2][3] For ease of communication, this paper is referred to as the "double-blind" paper in this report. I also will include the extensive statistical confirmation of the differences between cases of mold illness and control patients that our group will submit for publication to another leading medical journal.[4] This latter paper, herein called "causality paper" for ease of communication, demonstrates beyond any doubt that the case definition (symptoms, genetic, physiologic and neurotoxicologic parameters) provides for a diagnostic paradigm that identifies individuals with illness caused by exposure to WDB with accuracy that exceeds 99%.

I have been active in public venues discussing diagnosis and treatment of biotoxin illnesses since 1997, beginning with the outbreaks of biotoxin-associated illness caused by exposure to estuaries of the Chesapeake Bay that hosted toxigenic dinoflagellates, including *Pfiesteria piscicida*. At the time I had never seen human illness such as was caused by those dinoflagellates; my papers on diagnosis (Maryland Medical Journal, MMJ, 9/97) and treatment (MMJ, 2/98) of the dinoflagellate illness were the first in the world's literature on illness acquired in the wild from these dinoflagellates. Subsequently, my work took me to Florida where I saw a typical biotoxin-associated illness caused by exposure of well patients to freshwater lakes with resident toxigenic cyanobacteria. My success in treating these otherwise "mystery" patients led to my patient roster subsequently expanding to include as follows: patients with ciguatera; illness caused by bites of *Loxosceles* spiders; patients with Post-Lyme syndrome;[5] patients co-infected with

---

[1] "SBS and exposure to water damaged buildings: time series study, clinical trial and mechanisms" R. Shoemaker and D. House 2006 Neurotoxicology and Teratology, doi 10.1016/j.ntt.2006.07.003
[2] "SBS in Water Damaged Buildings" 5th Internat'l Conference 2003 Shoemaker, Rash, Simon
[3] *Neurotoxicology and Teratology, January 2005 27(1) 29-46*. R. Shoemaker and D. House.
[4] "Defining causality of a biotoxin-associated illness following exposure to water-damaged buildings: a case control series." Ritchie C. Shoemaker, Margaret S. Maizel; ASTM 7/27/06, Boulder, Colo
[5] *Diabetes 2002*; 51 Suppl (2); A133. Shoemaker RC. Use of pioglitazone to prevent intensification of persistent symptoms following cholestyramine treatment of patients with Post-Lyme Syndrome. .

Lyme and apicomplexans;[6] patients made ill by stings of lionfish and in 1998, patients made ill by exposure to WDB. To date, my biotoxin treatment cohorts exceed 6,000 patients of which over 3,900 are mold illness patients.

The work that our group, the Center for Research on Biotoxin-Associated Illnesses (CRBAI), has completed in collaboration with other experts on an international basis shows that the basic mechanisms common to all these biotoxin-associated illnesses is activation of an ever-expanding biological cascade of inflammatory responses following exposure. It is this biological cascade that creates the non-linear dose response; we are not looking at one effect from one exposure, we are seeing multiple effects from that one exposure such that each subsequent effect amplifies the initial perturbation exponentially. By its very nature, inflammatory responses are dependent upon "signal transmission" from one part of a cell to another by intracellular messengers that in turn control activation of transcription (copying the DNA message) exponentially and then to the downstream effects of these gene products which are also exponentially increased. The gene products turn on additional multiplying pathways that continue to recruit new "participants" as the process continues. As opposed to the idea from toxicology that the "poison is in the dose," the concept here is that the poison is in the initiation of the mega-multiplying response to a given signal. Gene activity and receptor activation are not a "one and done deal;" they are ongoing if the stimulus for initiation of the inflammatory response continues, which it does in chronic exposures, both massive and not-massive, to patients spending time in WDB. What we see in allergic reactions (an acquired immune response) is an absence of a linear dose response relationship, based on individual susceptibility, is paralleled by inflammatory responses of innate immune mechanisms. Just as anaphylaxis from a bee sting is not linearly dose-related, so too in innate immune mechanisms, the responses of anaphylatoxins, such as C4a, and other inflammatory mediators do not follow a linear dose-response relationship.

The illness of Mss. Young and Ghee is identical in concept to the illness of thousands of other biotoxin-associated illness patients. Once the inflammatory abnormalities initiated by the biotoxin exposure progress, a final common pathway of illness is identified that generalizes to all sources of biotoxin-associated illness, particularly mold illness.

Physicians throughout the world have used the results of our studies and our treatment of biotoxin-associated illnesses, particularly mold illness. We have identified particular complications of the acquisition of illness beginning with predictable disturbances in innate immune responses, progressing to disruption of hypothalamic production pathways of regulatory hormones alpha melanocyte stimulating hormone (MSH) and vasoactive intestinal polypeptide (VIP). Those patients with illness of longer duration will have abnormalities in compounds produced by genes regulated by hypoxia inducible factor (HIF), namely vascular endothelial growth factor (VEGF), erythropoietin and transforming growth factor beta. As the illness continues without treatment we see disruption of pituitary hormone regulation of peripheral hormone production in MSH deficient patients. Abnormalities in autoimmunity, especially presence of antigliadin, anticardiolipin and anti–myelin basic protein antibodies, occur with an extremely high

---

[6] *Advances in Therapy Vol. 23 No.1 Jan/Feb 2006* "Atovaquone plus Cholestyramine in patients co-infected with Babesia microti and Borrelia burgdorferi Refractory to Other Treatment". Shoemaker RC, Hudnell KH, House DE, van Kempen A, Pakes G.

degree of statistical significance in cases compared to controls. Autoimmune illness, due to abnormalities of T-cell regulation, will be discussed as an abnormality in genetic susceptibility and environmental exposure. We see loss of regulation of inflammatory responses peripherally and absence of protective antibody responses in those with elevated levels of interleukin-10 (IL-10), and elevated levels of interleukin-1-receptor antagonist (IL1-ra), findings seen in over 70% of cases. We see increased levels of alpha interferon in biotoxin patients routinely, although high levels have only been associated with increased viral load in the past. We find that unusual, biofilm-forming, multiply antibiotic resistant strains of coagulase negative staphylococci colonize the deep aerobic nasal spaces of patients with mold illness and low MSH, but not in side-by-side compatriots in WDB who don't have mold illness and low MSH. These organisms, long ago thought to be benign, now are found to make hemolysins and exotoxins that perpetuate MSH deficiency.

Parallel published work from the EPA and NIOSH has found that particular species of toxigenic fungi *Stachybotrys, Penicillium* and *Aspergillus* species, commonly found in WDB with amplified growth of fungi and other microbes, also produce hemolysins that destroyed mouse primary cortical neuronal cells, up to 50% in 24 hours, as well as stimulated powerful pro-inflammatory events that in turn stimulate inflammatory cytokine cascades, (*Figures 5, 6*). In excellent work done by Dr. Petska's group at Michigan State University, metabolites of *Stachybotrys* species are now confirmed to be directly injurious to neurons lining the olfactory pathways as well.

We can identify mold illness patients by the series of abnormalities common to inflammatory pathways beginning with abnormal activation of innate immune responses not found in other illnesses that may have several health symptoms that might be confused with mold illness. The understanding of the physiology of mold illness has resulted from treatment of thousands of patients, noting changes in symptoms and biomarkers with particular specific interventions. This presence of understanding stands in clear contradistinction to the lack of experience in actual mold illness of non-treating physicians or non-physicians.

Following a report on the association of a particular HLA DR allele, namely DQ-2, with antigliadin antibodies, our group began recording the presence of antigliadin antibodies by HLA DR haplotypes. Not only did we confirm the association of DQ with particular HLA triplets, but we also found a marked difference in presence of other autoantibodies in cases compared to controls. Of interest, those cases that had wingspan greater than height, a finding seen in 10% of the control population, had over 80% of the total autoantibodies, (*Figure 7*). The association of wingspan and autoantibodies at this time has no known causative relationship, though dysregulation of fibrillin, under the control of transforming growth factor beta (TGF-beta), is now implicated as associated with the change in normal T-cell regulation of self versus non-self. As we learn more about genetic linkages, the reasons for this undeniable finding may become clear. To date the remarkable finding of markedly depressed levels of TGF-beta found in mold illness patients with autoimmunity compared both to those with mold illness without autoimmunity and to control patients adds weight to the hypothesis that inflammatory responses to environmental stimuli create differential responses in patients depending on their genetic make-up.

We know there are differential linkages, called segregation disequilibrium, of immune response genes, called HLA DR, found on chromosome six, (*Figure 8*). Certain of the HLA DR alleles are found in significantly higher percentages in cases of biotoxin illness when compared <u>both</u> to control populations and to those with exposure but no illness. The linkages of individual immune response genes are widely recognized in many fields of medicine so it isn't surprising that there is a genetic basis for susceptibility to biotoxin-associated illness. The linkage of HLA DR is so strong for particular haplotypes that it can be used as a diagnostic element in the case definition. Based on our work with thousands of biotoxin-associated illness patients (and hundreds of controls) comparing our findings of gene frequency in normal populations to international registries of gene frequencies of HLA DR, we know that the frequency of mold illness-susceptible patients approximates 24% of the normally distributed population. Almost a quarter of the normal population is genetically susceptible to <u>chronic</u> mold illness. Three quarters isn't.

We also know from years of experience of thousands of patients that certain HLA DR haplotypes, found in less that 4% of the population, comprise over 88% of the most affected patients who typically have the worst clinical parameters and worst outcome. These haplotypes, called the "dreaded," are 4-3-53 and 11-3-52B.

For an individual patient, gene frequency in a large population becomes of secondary importance; however knowing the genetic susceptibility of a given patient is enormously helpful for the treating physician. Our experience has shown that even after successful acute phase treatment, patients with genetic susceptibility are subject to a dramatically increased risk of the reacquisition of illness following any subsequent exposure to WDB. The rate of such reacquisition is much shorter than the initial acquisition and the levels of inflammatory mediators, especially C4a, rise much higher with subsequent illness. The repeat illness patient is termed as being, "sicker, quicker." Thus sensitized and genetically susceptible patients are "primed" so that incomplete remediation of an identified WDB is unlikely to provide protection for these patients following re-exposure without protective medication. The greatest susceptibility to repeat acquisition of illness is seen in those patients with the dreaded haplotypes.

Of equal importance in the diagnosis of biotoxin-associated illnesses is the process of differential diagnosis, including highlighting what the cases **don't** have, (*Figures 9, 10, 11*). The process of differential diagnosis forms the basis of evaluation of all biotoxin illness patients, just as it does for all patients presenting for diagnosis and treatment. Use of lab testing lends support or removes such support from elements in the differential. Given that we can profile biotoxin illness patients by sorting through abnormalities in innate immune response, we can also eliminate other diagnoses that don't involve abnormal activation of innate immune response. Not surprisingly, and almost expressed as a tautology, those "non-innate immune response" tests in common medical use that *don't* reflect activation of innate immune response *won't* show any abnormalities in patients with illness caused by exposure to WDB. As one would expect, those tests that include complete blood counts, metabolic profiles, thyroid and cholesterol tests, measurements of acquired immune response elements, such as immunoglobulins and especially the allergy immunoglobulin, IgE, won't show any abnormalities. Said another way, if you look for something in the wrong place, you won't find it. If you look for an object in the dark with a hammer instead of a flashlight, you won't see it. Indeed, if a mold illness patient has an allergy to mold, that allergy is an illness that is <u>in addition to</u>

the mold illness. It is not a substitute. Allergy to mold is not mold illness. Allergy involves the arm of the immune response called acquired immunity. Mold illness involves innate immunity, not acquired immunity.

In biotoxin-associated illness, normal hypothalamic regulation of some but not all pituitary function is disrupted by MSH deficiency, which is caused by cytokine responses induced by exposure to biotoxins. Of importance in the loss of normal regulation of pituitary responses is the finding that it is the *relationship* of ACTH to cortisol and ADH to osmolality in simultaneously measured specimens that is disrupted in these patients and not necessarily the absolute values of these four hormones, (***Figures 12, 13).***

An extremely important finding in case identification came from confirmation that one of the best tests to show activity of the inflammatory compounds (cytokines), induced by exposure to biotoxins, was the measurement of an enzyme called MMP9 (matrix metalloproteinase-9), (***Figures 14, 15***). The release of this enzyme is activated by cytokines. Direct measurement of cytokines is problematic in that these small proteins can have effects following binding on receptors on the cells that released them (autocrine effects), the cells nearby (paracrine effects) and cells distant from the release (endocrine effects). We can only measure cytokines in blood - i.e. the endocrine function. Therefore the cytokines bound to receptors in autocrine and paracrine tissues are never revealed by such testing. However, the activation of MMP9 by cytokines is independent of the location of cytokine effects, so we can tell whether or not pro-inflammatory cytokine activity is increased by monitoring MMP9 levels. MMP9 is markedly different in cases compared to controls.

We have defined the mechanisms by which patients become ill hyperacutely. Using the ability to treat the illness, we have been able to show the effects of a series of sequential interventions, taken one at a time, to ameliorate the illness. It is the ability to treat the illness, supported by our series of research papers, particularly the double blind paper, that has led to a reproducibly validated case definition of mold illness, (***Figures 1, 2***), and it is the case definition of mold illness that has allowed our group to bring statistical certainty to cohorts of patients, such as others with illness equivalent to that of Mss. Young and Ghee, who seemingly have a never-ending series of illness symptoms. Use of these statistical constructs creates the ability to compare the symptoms and laboratory abnormalities mathematically both before and after diagnostic and therapeutic interventions.

We have referred to the robust literature in differential gene expression (genomics) following exposure to biotoxins, including fungal toxins, to support our data acquisition. The actual activation of genes in controlled laboratory experiments are actually mirrored by the clinical data predicted be exist and then confirmed to exist in actual patients.

In our work with patients undergoing repetitive exposure trials, using a standard research design abbreviated as ABB`AB, we have been able to show that there is a time course of change in physiologic parameters with exposure, (***Figure 16***). Following re-exposure of previously treated patients we see from the results of daily blood draws that levels of C4a, a split product of activation of complement often called an anaphylatoxin, rise within four hours. Leptin levels will rise in approximately 24-48 hours, reflecting the increased cytokine effect damaging the receptor for leptin in the MSH production

pathway. MMP9 will rise in approximately 48 hours, reflecting the time course for cytokine effect to stimulate gene activation of the MMP9 production pathway. VEGF levels initially rise rapidly, followed by a significant drop (see below). Clotting factors also change with unprotected re-exposure, with Factor VIII levels falling concomitantly with C4a and then recovering to normal after 48-72 hours. Von Willebrand's factor and activity are maintained for 24-48 hours, falling to a nadir in 72-96 hours. This change is often associated with unexplained bleeding, usually either epistaxis or hemoptysis. While not all patients show all the inflammatory changes described above, no control patients show any of the changes over a four day course of daily blood draws. Furthermore, no changes in any lab parameters performed daily will occur in patients with prior mold illness without exposure to WDB.

A second course of therapy with cholestyramine will return the abnormal lab values back towards values seen following initial therapy.

These documented abnormalities in lab testing simply reflect the sequence of activation of the biological inflammatory cascade discussed previously.

Another of the important markers for mold illness is an abnormally high or abnormally low level of VEGF, (*Figure 17*). In mold illness, VEGF undergoes a biphasic response, initially rising to high levels and then crashing to quite low levels in most patients. There are those who don't exhibit an initial spurt of VEGF, possibly due to the extent of the pre-existing mold illness.

I wish to return to a discussion of symptoms seen in cases versus controls. We know that the symptoms of biotoxin-associated illness patients are quite consistent across species lines: 'biotoxin illness equals biotoxin illness' (See VCS slides in Appendices). We have used cluster analysis of symptoms to show that there are distinctive differences between clusters of symptoms in healthy and affected patients, (*Figure 18)*.

We also know that numbers of symptoms are quite different in cases and controls. Controls on average exhibit less than 2.8 symptoms. Multiple large population studies have consistently shown that biotoxin-associated illness patients average nearly 20 symptoms elicited by a medical history by an experienced practitioner, (*Figure 19*). We do not rely on questionnaires completed by providers of unknown experience or self-completed checklists; the potential for inaccurate reporting is too great.

Our use of symptom rosters reflects the opinion of a trained physician taking a medical history to determine whether or not a symptom is present on a persistent basis. The error rate of classifying a patient who is a case as a control and vice versa, a control being identified as a case, is less than 1% when symptoms and visual contrast sensitivity (VCS) testing are combined, as presented at the International Society for Testing and Measurement meetings in Boulder, Colorado 7/27/06. Distribution of symptoms follows a similar pattern in all biotoxin-associated illnesses, seen to be consistent across species.

One of the most effective techniques in diagnosis of biotoxin illness is an older, non-invasive test taken from the literature and practice of neurotoxicology - visual contrast sensitivity (VCS). Used by our group for a number of years and then espoused in an

EPA-approved paper in 2004[7] "to show neurotoxicity from mold exposure," VCS provides an opportunity to assess 'contrast' a single neurologic function of vision, eliminating all other aspects of vision, including acuity, near, far, static, motion, peripheral and color vision. I am pleased that so many other physicians involved in actual treatment of mold illness use VCS; NIOSH uses VCS in its on-site health investigations as well (S. Vesper PhD, personal communication 3/23/07).

VCS testing essentially creates a binary output system where endpoints can be plotted logarithmically to show distinctive abnormalities in cases compared to controls. Contrast is the ability to distinguish an edge; the edge is the perceived difference between white, gray and black. For example, how well we see a white, pitched baseball is different if the background is a sea of white t-shirts in the bleachers, compared to our ability to see the same ball if the background is a field of dark green grass. Similarly, the ability to see a long, thin gray cable holding a gondola aloft at dusk in a ski resort in Italy is compromised if the background for a low-flying aircraft pilot is a similar color grey (an actual case in which the pilot was absolved of murder charges because the contrast was so low). By using contrast testing in the rigorously defined manner (in Methods) also used by the US Air Force and Department of Defense (A Ginsberg PhD, personal communication 4/2000), we have demonstrated repeatedly the same findings in biotoxin-associated illness patients first found by multiple investigators looking at the *Pfiesteria* illness patients. Cases exhibit a deficit in all frequencies tested and there is a change in the shape of the normal curve of VCS. Controls do not demonstrate these findings. Medications do not cause these changes, nor do illnesses other than biotoxin-associated illnesses. Repeated measurements of VCS in patients also do not show changes in the absence of therapeutic interventions, as documented in two double blinded, placebo controlled clinical trials. Please review the VCS figures in the Appendices for examples of use of VCS in peer-reviewed, published papers on mold illness.

VCS testing has been used for over 50 years in neurotoxicology; it is capable of showing a distinctive loss of the brain's normal ability to separate inputs that determine an edge. The ability of Mss. Young and Ghee to separate black from grey from white was compromised at baseline. Without any confounders, such as occupational exposure to solvents, petrochemicals, metal fumes or metal dusts, the VCS tests document the effects of a biologically produced neurotoxin. While VCS is not 100% accurate in demonstrating deficits typically seen in biotoxin illness patients, it will typically identify 92% of cases and will show a false positive in less than 1% of controls. Potential confounders, such as all medications evaluated to date, diabetes, tamoxifen use, depression, allergies, degenerative joint disease, cigarette smoking or tobacco use, migraine headaches, cystic fibrosis, obesity, attention deficit disorder or stress, for example, do not cause deficits in VCS or changes in laboratory studies such as MSH, C4a and VEGF.


SECTION II: Mss. Young and Ghee

---

[7] http://cfpub2.epa.gov/ordpubs/nerlpubs/nerlpubs_mcear_2004.cfm?ActType=Publications&detype=document&excCol=General

My involvement with Mss. Young and Ghee began before their actual office visit here in Maryland in September 2007. Before their visit, you supplied me with a packet of records and a summary of their illness. A copy of their medical records and expenses summaries are reproduced in the appendices. Mss. Young and Ghee had a medical history taken, physical exam and VCS testing performed, with pulmonary functions, electrocardiogram and pulse oximetry performed (discussion below). Symptom rosters were recorded and VCS scores were collated. Based on the preliminary results of the office evaluation, there was a clear indication that they met criteria for illness seen in mold illness patients. Their illness is no different from any of our other published cohorts: their illness met the first tier of a peer-reviewed, published case definition.

To further define and secure the clinical basis for my diagnosis and to provide a platform for sequential therapeutic interventions, my office performed the needed blood draws and I ordered a comprehensive battery of laboratory tests for Mss. Young and Ghee. These blood tests, readily available in standard national clinical laboratories, along with procedure and diagnosis codes accepted by national medical insurance carriers, are pending completion.

The process of diagnosis I use, namely, differential diagnosis, is no different in Mss. Young and Ghee than that same process used in all my patients. When reviewed as a whole, the constellation of temporality of exposure followed by new onset of otherwise unexplained symptoms; symptoms themselves, laboratory findings and neurotoxicological studies enable a practicing, treating physician to eliminate illness categories that might be at first thought to possibly explain the illness of Mss. Young and Ghee.

Please not that when the labs are in we will have an even firmer ground for medical certainty in this case. Specifically, use of tobacco products or presence of a psychological illness does not give a positive VCS; low MSH; low VEGF; dysregulation of ADH/osmolality; dysregulation of ACTH/cortisol; high MMP9; high C4a; low VIP or multiple health symptoms averaging over 19. Biotoxin illness does.

These laboratory data, including HLA-DR frequencies, are consistent with what treating physicians see on a regular basis in patients with mold illness; they are not found to be abnormal in controls. They readily demonstrate a platform for identifying parameters for evaluating treatment. The goal of effective treatment begins with removal from exposure to the WDB, followed by initiation of cholestyramine (CSM) therapy according to a published protocol. Evaluation of benefit of the therapy begins with (a) reduction of symptoms; (b) improvement in VCS; and (c) improvement in biological markers (laboratory tests).

As discussed in the hyperacute re-exposure trial section, the illness will reproduce nearly 90% of the illness parameters within three days. When the illness caused by 24 hours of work time exposure is no different than that caused by hundreds of hours of exposure, we can see that the genetic basis of susceptibility over-rides any theoretical consideration of a dose-response relationship for illness acquisition. Of course, one would not expect a simple input = output result from a biological cascade, capable of multiplying itself with 100 offshoots from an initial exposure, each of which can then rapidly activate 100 more offshoots, which in turn activate hundreds more, and so on. Biological cascades of innate

immune responses are designed to magnify a protective inflammatory response, bringing to bear an overwhelming response to an invading antigen. Unfortunately, when that antigen is a biotoxin and the patient can't clear the toxin due to a genetic "hole" in antigen presentation, the body's reaction that should have been protective only, becomes acutely and chronically destructive. If the antigens from the complex biological mixture released in WDB could be cleared, patients would self-heal. They don't and won't, once the patient is genetically primed for illness. Mss. Young and Ghee is no different from my thousands of cases of mold illness: they are primed for subsequent illness solely caused by exposure to the indoor air environment in their townhouse.

What this means is that because of the illness Mss. Young and Ghee acquired from their townhouse, their life will be forever changed. They will become ill following re-exposure to any other environment with presence of biotoxin producing organisms growing in buildings with water-damage.

I confirmed the history of Mss. Young and Ghee provided in their time line.

**Ms. Young**: Her current symptoms included fatigue (keeps on going on computer and phone despite exhaustion), weakness, aching, cramps and presence of a peculiar cramping of intrinsic muscles of hands and feet such that her digits assume a claw-like posture. She has unusual, sharp stabbing pain in her side of her chest and abdomen. She has headache, light sensitivity, red eyes and tearing. She had profound shortness of breath (unable to climb one half-flight of stairs without becoming breathless), sinus problems and cough. She had joint pains in her feet, knees and both hands with morning stiffness that lasts more than 60 minutes. She has abdominal pain with secretory diarrhea. She had dense cognitive effects, with difficulty handling abstract numbers in simple division, recent memory problems, difficulty with concentration, impaired word finding, decreased assimilation of new knowledge and confusion. She had mood swings, appetite swings and difficulty with temperature regulation (always warm). She had excessive thirst, frequent urination and a peculiar increased susceptibility to static shocks from light switches, car doors, door knobs and people. She had numbness in both feet. She has tingling in the same distribution, vertigo, tremors and sensitivity of her skin to light touch.

Physical exam was essentially unremarkable. BP 100/70; weight 174; height 63 1/2"; pulse 83; afebrile; respirations counted to be 12. She had difficulties following simple instructions. Testing of visual contrast (VCS) showed the typical deficit I have documented in over 92% of over 4,400 patients with mold illness. Pulmonary function testing showed restrictive lung disease. Electrocardiogram was unremarkable. Pulse oximetry showed O2 saturation of 100%.

A laboratory database was accumulated to aid in the differential diagnosis process and to seek additional confirmation of my clinical diagnosis. Results are pending.

**Ms. Ghee**: Her current symptoms included fatigue, aching, cramps and presence of a peculiar cramping of intrinsic muscles of hands such that her thumbs assume a claw-like posture. She has unusual, sharp stabbing pain in her right lower back. She has headache, light sensitivity, red eyes and tearing. She had profound shortness of breath (unable to climb more than one flight of stairs without becoming breathless) and sinus problems.

She had joint pains in her right knees with morning stiffness that lasts les than 5 minutes. She had dense cognitive effects, with difficulty handling abstract numbers in simple division, recent memory problems, difficulty with concentration, impaired word finding and decreased assimilation of new knowledge. She had mood swings, night sweats and difficulty with temperature regulation (always fluctuating warm to cold). She had excessive thirst, frequent urination and a peculiar increased susceptibility to static shocks from light switches, car doors and door knobs. She had numbness in her fingers and her great toe on the right. She has tingling in the same distribution.

Physical exam was essentially unremarkable: BP 122/80, height 61 ½; weight 134; pulse 97, respirations were not increased, afebrile. Testing of visual contrast (VCS) showed the typical deficit I have documented in over 92% of over 4,400 patients with mold illness. Pulmonary function testing showed no abnormalities. Electrocardiogram was unremarkable. Pulse oximetry showed O2 saturation of 97%.

A laboratory database was accumulated to aid in the differential diagnosis process and to seek additional confirmation of my clinical diagnosis. Results are pending.

SECTION III: Potential for exposure in their townhouse

I was provided with a report from the Department of Health of Washington DC, reporting results of an onsite investigation on 9/19/02 to Building 3064, Stanton Glen. I did not see reports of any testing for fungi, actinomycetes, bacteria or mycobacteria. Visible standing pools of water and visible mold growth was noted. Not only did the townhouse have an ongoing moisture problem, the musty smell experienced by Mss. Young and Ghee was also noted by others. This report documents repeated flooding in the townhouse units.

There was no timely sampling for mycobacteria, bacteria or actinomycetes; there was no particle count obtained. The point here is clear: no reasonable person could possibly conclude that their townhouse did not contain a veritable witches' brew of toxigenic organisms, even if proper testing wasn't done. More importantly, if they were having health effects, and management had to know of the moisture problem, why were they allowed to continue to live there?

Water-damaged buildings host any number of toxigenic organisms and compounds potentially capable of initiating inflammatory responses. Any one of these biologically active compounds, including mycotoxins and toxins, could be responsible for one or all of the physiologic and neurologic abnormalities seen in Mss. Young and Ghee. Work done by Dr. David Straus at Texas Tech has shown that persons exposed to *Stachybotrys* in buildings accumulate trichothecenes (toxins made by those fungi) in their blood. Recent groundbreaking work from the labs of Drs. Dearborn and Yike (Environmental Health Perspectives 2006; 114: 1221-1226) has shown that patients exposed to *Stachybotrys chartarum* contained biomarkers for trichothecene toxins in their blood and control patients did not. This work also validated the methods used by Straus and his co-workers previously.

While I am not an indoor hygienist and I no longer sample buildings for toxigenic organisms as part of my health evaluation, in the course of my work I have the

opportunity to review building environmental reports on a daily basis. My practice permits me therefore, to correlate human health effects with building reports confirming water intrusion and/or presence of toxigenic organisms.

In my opinion Mss. Young and Ghee will need ongoing medical care for the predictable future to ensure that they won't suffer an additional mold illness following exposure to another WDB, as would happen given their prior mold illness. To date, there are no therapies available for mold illness patients that can correct the increased susceptibility to illness caused by re-exposure. I must emphasize that newer modalities for treatment of mold illness may cause me to reassess these current care guidelines.

Progressive biotoxin effects masquerade as a wide range of other ailments – ranging from "flu-like illness" to "chronic fatigue syndrome." Because the science of mold illness is relatively recent, the public is almost always unaware of the correct source of health symptoms caused by exposure to water-damaged buildings. Some cell and neural damage is asymptomatic. For 76% of persons, self-healing would occur following exposure. The others, if ill, would not self-heal in the absence of intervention. Immunocompromised or genetically susceptible members of the public would be particularly at risk, not only for toxicity but, as is well established, though uncommon, for systemic fungal infections. The onset of these symptoms would not necessarily be connected temporally to the exposure of these persons to a building. The stealth aspects of biotoxin poisoning as well as their toxicity make the use of these agents particularly interesting for biowarfare experts from our government as well as from our enemies.[8]

*Appendices One through Seven* of **Attachment 5** to this Report summarize pertinent data about the illness from other cohorts of affected patients with environmental exposures similar to Mss. Young and Ghee. The table of contents for these appendices summarizes the source and content of the appendices. The patients discussed in the appendices include families, groups of similarly exposed workers and large groupings of study individuals. The importance of the symptom rankings produced is that comprehensive medical histories involving hundreds of similarly situated patients reveal that the illness acquired following exposure to water-damaged buildings is both multisystem and multisymptom. As discussed, one of the recent studies completed (causality paper) includes factor analysis, discriminant analysis, cluster analysis and logistical regression from which a mathematical construct of symptoms was created covering 245 adults (cases) with mold illness, similar to Mss. Young and Ghee and 239 patients without mold illness (controls). Using this mathematical model, we created a statistical construct of symptom clusters. My examination and the diagnostic tests showed that Mss. Young and Ghee has the required symptom clusters present. I am also including two figures showing the ability of logistical regression to identify cases based on the above, shown previously as *Figure 2*, page 3, including another analysis of over 400 cases and controls.

SECTION IV: Results of treatment

---

[8] American Society for Microbiology Biodefense Research meeting 2/16/06. "Hyperacute physiological changes following prospective exposures to environmental sources of trichothecene toxins in water-damaged buildings (WDB): a Stealth toxin is revealed."

I reviewed the mechanisms with Mss. Young and Ghee by which exposure of genetically susceptible patients to resident toxigenic organisms in water-damaged indoor environments results in a predictable illness and a predictable series of symptoms. Those without true genetic susceptibility will become ill only if confronted with massive exposures. Mss. Young and Ghee met the first tier of the clinical case definition criteria for adults discussed in Appendix A.

The symptoms of Mss. Young and Ghee will likely be significantly reduced in number coincident with institution of CSM therapy; they have a long way to go, however, as additional therapies will likely be required, given the duration of their illness, even if they tolerate the CSM, and are able to take four doses each day. No other intervention taken before the institution of therapy had accomplished any meaningful reduction in symptoms; no laboratory studies had been done to use for comparison to the baseline data obtained on the clinic visit dates.

We are using newer modalities of therapy, including improvement in VIP that may be of benefit to Mss. Young and Ghee, as we have accumulated clinical data confirming ongoing reduction of residual symptoms and physiologic abnormalities as time passes. At this writing there are no other therapies available to provide benefit. In a study that was presented at the meetings (sponsored by the CDC) of the International Society for Chronic Fatigue Syndrome, January 2007, our group reported the results of the MR spectroscopy findings and the results of therapy with low dose erythropoietin as well as a separate paper on benefits of correction of low VIP. Preliminary findings of this study bring hope to Mss. Young and Ghee, as their illness does not necessarily have to ruin their cognitive functioning any longer.

An additional paper on benefit of low dose erythropoietin in patients with mold illness and ongoing cognitive effects will be presented 11/6/07 at the American Society for Tropical Medicine and Hygiene meetings in Philadelphia, Pa.

I will be able to comment on the lab results in these patients in the near future. Mss. Young and Ghee's symptoms and diagnostic tests results could support the diagnosis of a biotoxin-associated illness solely caused by exposure to the townhouse. The causality of mold illness by exposure to the townhouse discussed previously would be confirmed by application of the Causality model to the symptoms, VCS scores and laboratory findings in Mss. Young and Ghee. As noted, I base my opinion on Mss. Young and Ghee's medical histories; the results of physical examinations; the tests of visual contrast sensitivity (VCS); pulmonary function testing; an EKG. The battery of laboratory tests performed by standard commercial laboratories reported above will be reported in the future.

I support my opinion with my twenty-nine years of experience as a treating physician; my experience as a treating physician for over 4,400 patients with chronic illness acquired following exposure to water-damaged buildings; and my personal experience as a treating physician for more than 6,600 patients with chronic illness acquired following exposure to biologically produced neurotoxins, including those from WDB.


SECTION V:  Future Health

Given all of the above it is my opinion to a reasonable degree of medical certainty that the multiple symptoms, profound cognitive impairments and multiple physiologic and neurotoxicological abnormalities present in Mss. Young and Ghee were solely caused by exposure to the complex mixture of biologically active compounds, more likely than not present in the water-damaged indoor environment of their townhouse. There is no evidence of exposure coming from any other source.

It is further my opinion that Mss. Young and Ghee are at-risk for recurrence of illness should they be re-exposed without the use of medications for prophylaxis to indoor areas with amplified growth of molds or other toxigenic organisms. They will need ongoing medical care, with significant expense related to monitoring and treating their illness. The future medical expenses will include use of CSM or some other toxin-sequestering agent; diagnostic studies on a quarterly basis; office consultations with a physician skilled and experienced in treatment of mold illness; additional medical interventions including but not limited to raising MSH; raising VIP, lowering C4a, correcting VEGF; lowering MMP9; correcting dysregulation of ACTH/cortisol and ADH/osmolality; raising androgens, especially testosterone; lowering IL-10, lowering IL1-ra, lowering interferon alpha and whatever other interventions are shown to be necessary.

Please contact me if you have comments regarding this report. My opinions in this case are rendered without bias and are given to a reasonable degree of medical certainty.

Sincerely,

Ritchie C. Shoemaker MD

**Appendix A**

**Mss. Young and Ghee's Laboratory Results**

In any cohort of patients, asthma and allergy didn't create the average presence of 18.1 out of 37 possible symptoms and impressive hormonal changes. Those findings are typical of mold illness patients, possibly including Mss. Young and Ghee. Finding HLA-DR susceptibility, MSH deficiency, elevated MMP9, elevated C4a, low VIP and VCS deficits would not be surprising in Mss. Young and Ghee, as they meet all aspects of a published, peer-reviewed case definition of mold illness. These objective laboratory abnormalities can rule out potential other diagnoses made previously in this case, such as somatoform disorder, depression, malingering and fibromyalgia, among others.

**Academic Basis for Opinions and Applicability to Mss. Young's and Ghee's Case**

The data now available demonstrate that mold illness is a chronic inflammatory disease. It is a toxin-induced defect in innate immune responses in genetically susceptible patients with physiologic abnormalities readily demonstrable to 1) create a reliable case definition for adults and children; 2) establish a basis for sequential therapeutic interventions; 3) provide confirmation of partial or complete resolution of the illness syndrome with therapy and 4) establish a basis for subsequent monitoring. A major source of the expected permanent impairment of patients is due to a lack of timely recognition of what mold illness involves and a lack of corrective intervention. For example, ascribing the illness to an irritant or allergy, or worse, as psychological, in the face of multiple symptoms and overwhelming physiologic data is not only illogical, but does not meet any reasonable standard of medical care.

**1.    The Science is Moving Rapidly**

It is now commonly understood that the bulk of fungal toxins (by a factor of 500 to 1) are carried by particles smaller than spores. Accepting spore counts as a valid method of understanding microbial contamination is no longer acceptable. We now know that particular trichothecene toxins can be measured directly in blood. We know animals forced to breathe known toxins, beta glucans and fungal fragments tend to show a marked amplification of inflammatory responses in the lungs that are measurable in blood. That means, of course, that pulmonary exposure will induce an inflammatory cascade of effects systemically. These effects involve innate immune response elements of cytokines and complement, among others. Moreover, we now know that the amplification of biological response begins with specific Toll-like receptors as well as dectin receptors and other c-linked lectin receptors. We also know that mold illnesses can be identified by the use of biological markers and that therapies are readily available.

In "ancient times" of discussion of mold illness, even before the Mastodon era of the flawed dose-response ideas, dietary contribution was thought to be important in mold illness, particularly because of studies done on farm animals in the pre-World War II data. We now know that dietary sources of illness acquisition from toxigenic fungi aren't

a factor except hypothetically in people eating 20-30 pounds of moldy grain or moldy hay per day. Theoretically, patients could be eating sources of aflatoxin or vomitoxin in multi-kilogram quantities per day as well to acquire a mold-induced toxigenic illness. Mss. Young and Ghee doesn't eat moldy hay or moldy grain. They didn't consume multi-kilogram quantities of any foodstuffs per day.

Since October 2002, there have been remarkable changes in the opinions of "expert" panels regarding mold illness. Before that time "mold illness" wasn't accepted as a unique illness. As time passed, a variety of academic publications showed an association between exposure to buildings with water damage and adverse human health effects. Organizations charged with safeguarding the public health, such as the Centers for Disease Control and Prevention (CDC), stated that it wasn't a good idea to work in buildings with water damage, though at first the CDC did not go so far as to say that exposure to water-damaged buildings made people ill. They and Canada's Ministry of Health do now.

In 2004, a CDC-commissioned report on health effects from exposure to damp buildings confirmed that respiratory symptoms were well established in medical literature published at the time of the IOM review (2002-2003) and that further research into other health effects was indicated. This report, called the IOM report (named for a privately-funded business concern calling itself the Institute of Medicine), established the importance of cytokine responses and genetics in certain severe respiratory complications, including hypersensitivity pneumonitis. Curiously, however, the IOM report failed to follow-up on what the systemic effects of such cytokine responses might be. Standard medical research procedure would be to follow up on obvious abnormalities; we don't know why the IOM ignored basic reporting/research practice.

The IOM concluded nonetheless that there was ample evidence supporting causation of respiratory health effects due to exposure to damp buildings, but there was still a "dearth of evidence" supporting the causation of symptoms other than respiratory conditions. Our data have confirmed the central role of genetics and inflammatory cytokine responses in mold illness. There is no "dearth of evidence" from the cohorts numbering thousands of patients. The IOM called for research in a significant number of areas, as shown in an appendix to this report (see Attachment 7 for citations to the IOM report). Our group and many others have met that research challenge.

Multiple studies published since the IOM report have highlighted the systemic nature of health effects from inflammatory cytokine initiated by exposure to water-damaged buildings. The IOM report becomes an interesting footnote in the history of development of an academic database on what mold illness involves, similar to the development of the understanding of the role of cigarette smoking and lung disease. Back when not much was known about cigarettes and health, defenders of tobacco products said there was a "dearth of evidence" that cigarettes cause health effects. Like the early "tobacco science," the IOM report began opening doors to more in-depth and systematic research.

The science of mold illness has moved forward rapidly since the publication of the IOM report. Because our data has confirmed that we can now treat the mold illness, we have been able to document the physiologic abnormalities found in affected patients but not in controls, and can track changes prospectively with exposure and treatment. It is this prospective aspect of our work in over 1700 patients that gives academic certainty to the causation statements made in this report.

In September of 2004, the United States Environmental Protection Agency, working in collaboration with the University of Connecticut, published a major document that:

- expanded the national standard of what mold illness is by incorporating a series of symptoms typical of mold illness into a list of suggested work-up points.
- suggested that all patients with suspected mold illness be asked about respiratory effects, as did the IOM report.
- additionally included clinical knowledge that the IOM report overlooked, including symptoms such as diffuse aching, joint discomfort, unexplained fatigue, cognitive impairment, memory loss and gastrointestinal symptoms.
- strongly suggests that attending physicians become aware of the immunologic basis of the pathophysiology of the mold illness.
- condemned some erroneous comments about mold illness made earlier by environmental/occupational medicine practitioners
- corrected fallacies in the IOM report; and
- condemned reliance on
  - o simple 5-minute air samples for assessment of the potential for exposure
  - o the often-used comparison of indoor to outdoor spore levels.

However, the UConn/EPA report failed to introduce known information regarding the clinical treatment of patients with mold illness. Because we can now correct the physiologic abnormalities found in mold illness patients and watch the development of adverse health effects due to re-exposure, we can now narrow the scope of investigation into the physiology of mold illness to a definable series of inflammatory events in genetically susceptible individuals that involve an amplifying cascade of hyperacute changes in innate immune responses. We can also chart innate immune responses that lead to measurable acute and chronic health effects.

It is remarkable that data on amplification of biological cascades have been available to clinicians for years, yet there has been precious little application of well-defined science to the mold illness field. Researchers such as Dr. James Lipton and Dr. Andrew Taylor have produced voluminous literature on the role of melanocyte stimulating hormone (MSH) in inflammatory illness, respiratory effects, gastrointestinal effects and autoimmunity. Until 2001, however, there was no scientific application of this work to mold illness. We now have MSH data on over 4400 patients, confirming its central role in the pathogenesis of the chronic health effects seen in mold illness. The conclusions of Drs. Lipton and Taylor, as well as a host of other highly regarded researchers, have now been validated in humans as well as in animals.

**2.**     **Healing Patient Illnesses: Cross-Disciplinary and Clinical Expertise**

Recent treatment protocols have shown significant benefit in patients with illnesses essentially identical to Mss. Young and Ghee. We see reduction of symptoms by over 75% in over 92% of 4300 patients treated. Those with improvement less than 75% often are those with two particular HLA DR genotypes, representing the immune response genes, including the 4-3-53, and the 11-3-52B, or those with particularly massive cytokine responses, sufficient to prevent a "re-setting" of normal cytokine physiology. In addition, there is a small cohort of patients for whom the illness has progressed too far before initiation of appropriate treatment; symptom reduction is much less, especially when elevation of IL-10 and interferon alpha is present. What role IL1-ra will play in creating a susceptibility to more rapid acquisition of repeat illness with re-exposure and worse illness after reacquisition awaits further inquiry. Mss. Young and Ghee will continue to be at risk for additional deleterious inflammatory responses over time; they will likely need to take toxin-binding medication on an ongoing basis. The patients at risk for prolonged impairment are readily profiled by diagnostic protocols; it is hoped that new therapeutic interventions, now in the data-gathering stage, including erythropoietin, vasoactive intestinal polypeptide (VIP) and MSH will be successful in the future to help adults with these genotypes and illnesses.

This developing section of medicine requires the following for a well-informed and objective opinion of the mold illness syndrome: 1) cross-disciplinary research and review, and 2) broad-based clinical expertise and experience. Given the complexity of the syndrome, it constitutes nothing less than responsible science to ensure that expert reviews and opinions on the subject be founded on these fundamental requirements. Comments from "expert physicians" who have no personal experience acting to correct adverse health effects associated with exposure to WDB can only be described as unjustified, no different from the little boy who jumps up to look over the fence at a baseball game, and then commenting on the intricacies of plays he never saw.

**3.      Case Definition of Mold Illness Patients and Mss. Young's and Ghee's Case**

The case definition of an adult mold illness patient contains two tiers as follows: any diagnosis of environmentally acquired biotoxin illness, including that from mold, must include:

(1)      the potential for exposure;
(2)      the presence of a distinctive grouping of symptoms; and
(3)      the absence of confounding diagnoses and exposures.

This first tier of the case definition is adopted from the initial CDC case definition of *Pfiesteria* cases from 1998. The second tier of objective factors includes three of six of the following:

(1)      HLA DR by PCR showing susceptibility;

(2)    reduced levels of melanocyte stimulating hormone (MSH) in a properly performed specimen;

(3)    elevated levels in matrix metalloproteinase-9 (MMP9) in a properly prepared serum specimen;

(4)    deficits in visual contrast sensitivity (VCS);

(5)    dysregulation of ACTH/cortisol in simultaneously obtained specimens;

(6)    dysregulation of ADH/osmolality in simultaneously obtained specimens.

This second tier is adapted from similar use of different parameters in illnesses such as systemic lupus erythematosis and rheumatic fever, among others. The case definition is derived from looking at what thousands of mold illness patients demonstrated that none of the control patients demonstrated.

While others may not at first recognize "absence of confounders," an element of the first tier of the case definition, as being the same as differential diagnosis, those terms are functionally identical. The approach I use as a treating physician is to follow the standard process of medicine by performing a history, performing a physical examination and obtaining a battery of lab results. I then establish a differential diagnosis and initiate a plan for therapy. Results of therapy are then evaluated with additional modifications made as clinical data suggest. This standard medical approach, used and accepted by the general medical community, was used in the case of Mss. Young and Ghee. The differential diagnosis in this case is quite narrow: there are very few illnesses that could cause the constellation of abnormalities demonstrated simultaneously by Mss. Young and Ghee. A differential diagnosis demands complete recording of symptoms, an element missing in prior work-ups.

After having considered Mss. Young's and Ghee's past medical history and absent any other confounding occupational or townhouse exposures, and after reviewing the results of her comprehensive lab evaluation and then comparing those factors to the current grouping of abnormalities, one can disregard hypothetical diagnoses other than mold illness. Mold exposure is on the list of diagnoses in a differential list, as any physician who actually treats mold illness knows.

Based on the findings from the history and physical, Mss. Young and Ghee met the first tier requirements for satisfying the case definition of a chronic, biotoxin-associated illness, in that she had the potential for exposure to toxigenic agents, typical multisystem and multisymptom illness and no confounding illness. The second tier for a mold illness diagnosis requires presence of three of six secondary criteria. Mss. Young and Ghee satisfied those tier requirements as well, understanding (for completeness) the slight differences in case definition between children and adults.

As discussed, treatment was prescribed with cholestyramine (CSM), an unabsorbable anion-binding resin, according to a published protocol. They will likely need to stay on CSM or a different bile acid sequestrant for the predictable future. <u>Because CSM is not absorbed, any benefit from use of that drug will only come from removal of substances; it adds nothing to the body.</u> No other medical condition in the differential diagnosis aside

from a biotoxin-associated illness would be improved by use of CSM. Differential diagnosis ruled out all other potential sources of biotoxins, leaving only mold illness as a cause.

It is clear that Mss. Young's and Ghee's symptoms are consistent with chronic, biotoxin-associated illness, meeting the case definition which I used in a peer-reviewed paper presented to the 5th International Conference on Bioaerosols, Fungi, Bacteria, Mycotoxins and Human Health on September 10, 2003 in Saratoga Springs, NY. This paper reviewed the use of 11 biomarkers in 156 patients from 150 buildings with water intrusion and fungal growth in a 5-step, prospective, multipoint assessment and intervention study. The study was published May 2005 after having been peer-reviewed a second time before publication in Dr. Johanning's book. This study design (called ABB`AB) is more powerful than a cross-section study in that it gives longitudinal before and after events in three types of interventions, including three prospective studies, using the patient as his own control and providing proof of causation of illness. When combined with the large control group (111 age/gender matched) used in the paper and prospective acquisition of illness, this study squarely addresses questions as to whether there are any solidly-based scientific studies that confirm causation of multisystem, multisymptom illness, including fatigue, chronic cognitive and rheumatologic effects, by exposure to indoor air contaminated by resident toxigenic microbes, including fungi, in addition to respiratory effects.

Along with my research colleagues, statistician Dennis House and neurotoxicologist H. Kenneth Hudnell, PhD, we have published an additional paper on the 5-step time series approach to biotoxin-associated illnesses from toxigenic fungi and other microbes resident in water-damaged buildings. The paper appears in the January 2005 edition of Neurotoxicology and Teratology (2005; 27(1): 29-46). The longitudinal, multiple intervention design of this study again documents the findings that VCS and symptoms are associated with illness, and demonstrates the utility of multiple lab studies, especially MSH and leptin, in following the illness with treatment and re-exposure. A third paper published on line 8/7/06 by Neurotoxicology and Teratology presents an IRB-approved study of a cohort of 26 patients with multiple lab evaluations at each of the 5-time steps in the repetitive exposure protocol (the same ABB`AB methods), using measurements of leptin, MMP9 and VEGF. A subset of these patients followed a double blinded, placebo controlled, crossover clinical trial. Taken together, these three papers will secure the validity of the diagnostic protocols, CSM therapy, genetic markers of susceptibility to mold illnesses and the biomarkers as seen in these cases. This paper extends the basic science knowledge of mold illness by identifying the rapid changes in cytokines and other elements of the innate immune response system to physiologic interventions. Multiple treating clinicians have now replicated these findings as well.

The use of C3a and C4a as markers of acute biotoxin illness has been reported at a Conference of the American Society for Tropical Medicine and Hygiene (ASTMH) in December 2005 and again in a paper presented in Abstract in May 2006 as well as to the International Society for Testing and Measurement, Section D22, 7/27/06, and submitted

for review and publication to the International Journal of Allergy and Immunology Disease, 8/2007.

These papers are expanding the understanding we have about the pathophysiology of mold illness. When combined with the vast literature on VEGF from angiogenesis studies in at least 10 different medical disciplines, we see the importance of correcting VEGF abnormalities induced by cytokine responses to biotoxins. While the use of VEGF as a marker of cytokine response in mold illness patients is new for this field, its use in mold illness is merely the application of the process of science, as it is known that VEGF is a physiologic marker of significant importance for delivery of oxygen in capillary beds. The clinical information regarding mold illness assimilates a vast diversity of scientific literature in its application.

## 4.     Research Basis of Opinion

I have included comments in this report regarding a large cohort of affected workers from the Baltimore-Washington Conference of the United Methodist Church (BWC) building with *Acremonium, Stachybotrys* and *Aspergillus* contamination. Large population studies, such as in the additional building cohort presented, help in understanding the importance of genetic susceptibility, i.e., why some people develop a potentially irreversible syndrome while others develop an illness that can be controlled despite re-exposure and why still others never suffer adverse health effects at all, despite exposure levels no different from the first two groups of patients. The BWC demonstrates the utility of the lab tests that are readily available from commercial laboratories and readily demonstrate the physiologic perturbations seen in the biotoxin illness of Mss. Young and Ghee.

## 5.     Visual Contrast Sensitivity

### a. Testing

All subjects who normally wore corrective lenses for near-point viewing were asked to wear them during vision testing. The visual acuity and VCS tests were administered monocularly to each eye; an eye occluder was held over one eye while the other eye was tested. All vision tests were administered under illumination from a "daylight" illuminator (fluorescent source with a correlated color temperature of approximately = 6500E K; color rendering index > 90; intensity = 1150 lux; luminance approximately 70 foot-lamberts) in a clinical unit with normal background lighting. A light meter was used to insure that luminance remained constant throughout the test sessions. A test card holder, consisting of a face rest placed just under the cheek bones or chin as comfort provided, and connected by a calibrated rod to a card holder on the distal end, was used to position the acuity and VCS test cards at a constant distance, previously standardized, from the eyes (acuity - 36 cm (14 inches); contrast sensitivity - 46 cm (18 inches)).

### b. Near Visual Acuity

The acuity test card (MIS Pocket Vision Guide, © 1997 MIS, Inc.) contained 10 rows of numbers in which the size of the numbers progressed from a larger size in the top row to a smaller size in the bottom row. Participants were asked to first read the numbers in a middle row. Testing proceeded to the next lower row if all numbers were correctly identified or to the next higher row if an error occurred. The Snellen visual acuity of the row (20/20 or 20/30, for example) with the smallest numbers each identified correctly was recorded as the visual acuity score. Two-tailed Student t-tests 0.05 were performed, using the mean score of each participant's two eyes, to determine if scores differed significantly between cohorts.

### c. Contrast Sensitivity (VCS)

The contrast sensitivity test card (Functional Acuity contrast Test, (FACT), Stereo Optical Co., Chicago, IL, a Gerber-Coburn Co.) contained a matrix (5 x 9) of circles filled with sinusoidal gratings (dark and light bars). Spatial frequency (1.5, 3, 6, 12 and 18 cycles/degree of visual arc) increased from top to bottom, and contrast decreased from left to right in steps of approximately 0.15 log units. The grating bars were oriented either vertically, or tilted 15 degrees to the left or right. As the investigator called out each circle from left to right, row by row, subjects responded by saying either: vertical, left, right or blank. Participants were encouraged to name an orientation if she had any indication that the bars could be seen. Participants were given the option to point in the direction to which the top of the grating was tilted if she felt any difficulty in verbalizing the orientation; none needed this assistance. The contrast sensitivity score for each row (spatial frequency) was recorded as the contrast of the last test patch correctly identified on that row following verification by repeated testing of that patch and the subsequent patch. The procedure was repeated for each row in descending order. The a priori criterion for the inclusion of data in analyses was that the eye has a visual acuity (Snellen Distance Equivalent Score) of 20:50 or better, in order to avoid confounding of the VCS results by excessive optical-refraction error. All eyes included in the data analyses met the visual acuity criterion.

### d. Data Analysis

The units of analysis for the VCS test were the mean scores of the participant's two eyes at each spatial frequency. Standard error of the mean was calculated for each group of measurements. The VCS data were analyzed using multivariate analyses of variance (MANOVA, with the Wilks' lambda statistic) procedures suitable for repeated measures with $\pm = 0.05$. The factors in the model were group and spatial frequency. A factor for gender was not included since there aren't any gender differences in susceptibility to biotoxin-induced effects shown as yet, and no gender differences in VCS have been reported. Results that showed a significant group-by-spatial frequency interaction were further analyzed in the step-down, two-tailed Student t-tests ($\pm = 0.05$), the equivalent of a univariate ANOVA to determine which spatial frequencies accounted for the overall effect.

### 6.    Laboratories

LabCorp, Inc. and Quest Diagnostics, each CLIA approved, high complexity, national laboratory facilities. Factors analyzed included:

**MSH:** Alpha melanocyte stimulating hormone (MSH) is a 13 amino acid compound formed in the ventromedial nucleus (VMN) of the hypothalamus, solitary nucleus and arcuate nucleus by cleavage of proopiomelanocortin (POMC) to yield beta-endorphin and MSH. MSH exerts inductive regulatory effects on production of hypothalamic endorphins and melatonin. MSH has multiple anti-inflammatory and neurohormonal regulatory functions, exerting regulatory control on peripheral cytokine release as well as on both anterior and posterior pituitary function. Deficiency of MSH, commonly seen in biotoxin-associated illnesses, is associated with impairment of multiple regulatory functions and dysregulation of pituitary hormone release. Symptoms associated with MSH deficiency include chronic fatigue and chronic, unusual pain syndromes. Normal values of MSH established in research labs and in commercial labs are 35-81 pg/ml. I note that the recent shift in normal range for MSH from LabCorp to 0-40 pg/ml was made following the receipt of so many low values of MSH. I have questioned both Dr. Andre Valcour and Dr. Richard Marsella of LabCorp about this change; they have received case/control data sets from me and assure me that they will review the adjustment of normal ranges that were made only after lumping values for cases and control together. No lab, including LabCorp, can logically equate a case value of a test with a control value for a test.

**Leptin:** Leptin is a 146 amino acid adipocytokine produced by fat cells in response to rising levels of fatty acids. Leptin has peripheral metabolic effects, promoting storage of fatty acids, as well as central effects in the hypothalamus. Following binding by leptin to a long isoform of the leptin receptor in the VMN, a primordial gp-130 cytokine receptor, a JAK signal causes transcription of the gene for POMC, which is in turned cleaved to make MSH. Peripheral cytokine responses can cause phosphorylation of a serine moiety (instead of threonine) on the Leptin receptor, creating leptin resistance and relative deficiency of MSH production. Normal values in commercial labs show differences between males (5-8 ng/ml) and females (8-18 ng/ml), with levels of leptin correlated with BMI. In the presence of MSH deficiency, the relationship between body weight and leptin changes, as leptin elevation becomes disproportionate to weight.

**ADH/osmolality:** abnormalities in ADH/osmolality are recorded as absolute if ADH is < 1.3 or > 8 pg/ml; or if osmolality is >295 or <275 mOsm/kg. Abnormalities are recorded as relative if simultaneous osmolality is 292-295 and ADH $\leq$ 2.3; or if osmo is 275-278 and ADH$\geq$ 4.0. Symptoms associated with dysregulation of ADH include dehydration, frequent urination, with urine showing low specific gravity; excessive thirst and sensitivity to static electrical shocks; as well as edema and rapid weight gain due to fluid retention during initial correction of ADH deficits.

**ACTH/cortisol:** abnormalities in ACTH/cortisol are absolute if AM cortisol > 19 ug/ml or < 8 ug/ml; or if AM ACTH is >60 pg/ml or < 10 pg/ml. Abnormalities are recorded as dysregulation if simultaneous cortisol is > 15 and ACTH is > 15, or if cortisol is < 8 and

ACTH <40. Early in the illness, as MSH begins to fall, high ACTH is associated with few symptoms; a marked increase in symptoms is associated with a fall in ACTH. Finding simultaneous high cortisol and high ACTH may prompt consideration of ACTH secreting tumors, but the reality is that the dysregulation usually corrects with therapy.

**Androgens:** total testosterone, androstenedione and DHEA-S provide measurements regarding the effectiveness of gonadotrophin secretion as influenced adversely by MSH deficiency. Normal ranges of these hormones in males are 75-205 ng/ml for androstenedione, 350-1030 ng/ml for testosterone and 70-218 ug/ml for DHEA-S. Normal values for pre-menopausal women are 60-245, 10-55 and 48-247, respectively. Post-menopausal normal ranges are 30-120, 7-40 and 48-247, respectively.

**HLA DR by PCR:** LabCorp offers a standard HLA DR typing assay of 10 alleles using a PCR sequence specific chain reaction technique. As opposed to serologic assays for the HLA DR genotypes, the PCR gives far greater specificity in distinguishing individual allele polymorphisms. Linkage disequilibrium is strong in these genotypes, with multiple associations made to inflammatory and autoimmune disease. These genes are part of the human major histocompatibility complex (MHC), also called the HLA complex, and located on the short arm of chromosome 6. Relative risk was calculated, susceptible genotypes identified, compared within each group to location and exposure.

**MMP9:** matrix metalloproteinase 9 (gelatinase B) is an extracellular zinc-dependent enzyme produced by cytokine-stimulated neutrophils and macrophages. MMP9 is involved in degradation of extracellular matrix; it has been implicated in the pathogenesis COPD by destruction of lung elastin, in rheumatoid arthritis, atherosclerosis, cardiomyopathy, and abdominal aortic aneurysm. Cytokines that stimulate MMP9 production include IL-1, IL-2, TNF, IL-1B, interferons alpha and gamma. MMP9 is felt to play a role in central nervous system disease including demyelination, by generation of myelin peptides, as it can break down myelin basic protein. MMP9 "delivers" inflammatory elements out of blood into subintimal spaces, where further delivery into solid organs (brain, lung, muscle, peripheral nerve and joint) is initiated. Normal ranges of MMP9 have a mean of 150, with range of 85-322 ng/ml.

**C3a and C4a:** Split products of complement activation, often called anaphylatoxins. Each activates inflammatory responses, with spillover of effect from innate immune response to acquired immune responses and hematologic parameters. These short-lived products are re-manufactured rapidly, such that an initial rise of plasma levels is seen within 12 hours of exposure [9] and sustained elevation is seen until definitive therapy is initiated. The components increase vascular permeability, release inflammatory elements from macrophages, neutrophils and monocytes, stimulate smooth muscle spasm in small blood vessels and disrupt normal apoptosis. They also recruit additional inflammatory generators, such as chemokines, into action.

**Anticardiolipins IgA, IgM and IgG:** autoantibodies often identified in collagen vascular diseases such as lupus and scleroderma; often called anti-phospholipids. These

---

[9] "C3a, C4a: Split products of complement predict acute Lyme disease"

antibodies in high titers are associated with increased intravascular coagulation requiring treatment with heparin and coumadin. Lower level titers are associated with hypercoagulability. An increased risk of spontaneous fetal loss in the first trimester of pregnancy is not uncommonly seen in women with presence of cardiolipin antibodies. This problem does not have the same "dose-response" relationship seen with levels of autoantibodies and illness, as does the antiphospholipid syndrome. Anticardiolipins are found in over 33% of children with biotoxin-associated illnesses.

**Antigliadin IgA and IgG:** Antibodies thought at one time to be specific for celiac disease. With the advent of testing for IgA antibodies to tissue transglutaminase (TTG-IgA), gliadin antibodies are most often seen in patients with low levels of MSH. Ingestion of gliadin, the 22-amino acid protein found in gluten (found in wheat, oats, barley and rye; often added to processed foods) will initiate a release of pro-inflammatory cytokines in the tissues lining the intestinal tract. This cytokine effect will often cause symptoms within 30 minutes of ingestion that mimic attention deficit disorder, often leading to an incorrect diagnosis. Antigliadin antibodies are found in over 58% of children with biotoxin-associated illnesses.

**Vasoactive intestinal polypeptide (VIP):** neuroregulatory hormone with receptors in suprachiasmatic nucleus of hypothalamus. This hormone/cytokine regulates peripheral cytokine responses, pulmonary artery pressures and inflammatory responses throughout the body. Deficiency is commonly seen in mold illness patients, particularly those with dyspnea on exertion

### 7.    Case Definition

As discussed earlier, the case definition for human illness caused by exposure to toxigenic organisms, including fungi, mandates the potential for exposure, presence of multiple symptoms from multiple systems and absence of confounding exposures. There also must be three of six of the following elements: presence of deficit in visual contrast sensitivity (VCS); presence of a susceptible HLA DR genotype, as analyzed by PCR; elevated levels of matrix metalloproteinase-9 (MMP9); dysregulation of ACTH/cortisol; dysregulation of ADH/osmolality; and reduction of levels of MSH. This case definition was derived by identifying biomarkers present in all those patients with mold illness and none of the control patients who were without illness.

For children, the case definition necessarily must exclude pituitary hormone abnormalities. What we have documented is an unusual increase in autoimmune factors in children with mold illness compared to control children. Our case definition for children must also account for the delay in maturation of the neurons involved with development of contrast. We include in our case definition in children five elements on the second tier, two of which must be present, including HLA DR, antigliadins, anticardiolipins, MMP9 elevation and MSH deficiency. This case definition was presented 12/16/05 at the ASTMH meetings in Washington, DC, with an additional paper to be presented 11/6/07 at another ASTMH meeting.

## 8.     Methods

Beginning in 1996, with the *Pfiesteria* outbreaks in the Pocomoke River and contiguous watersheds of the Chesapeake Bay, which continue to this day, this author has used a universal approach to patients with exposure to biotoxin forming organisms, including dinoflagellates, cyanobacteria (blue green algae), fungi, apicomplexans, spirochetes and recluse spiders (*Loxosceles*). This approach includes a thorough biotoxin history, as well as a general medical history, use of VCS and CSM, in addition to a comprehensive physical exam, pulmonary function testing, electrocardiogram and thorough laboratory testing that documents the disturbances in physiology caused by cytokine responses to biotoxins in genetically susceptible patients, not found in exposed, asymptomatic patients. Unexposed patients form control groups; we have over 4000 patients in various control groups that establish a normative basis for comparison to affected cohorts. A careful exclusion of patients with confounding exposures/illnesses is part of the process of case identification. The basis for use of these modalities is established in high level, peer-reviewed literature by publications in Environmental Health Perspectives, an NIEHS/NIH journal, including a Grand Rounds in Environmental Medicine (Shoemaker R and Hudnell K, EHP 2001; 109: 539-545), and a screening/treatment study (Shoemaker R EHP 2001; 109(5) Special Pfiesteria Issue 791-796). We have continued to expand the academic basis for our work that shows generalization of the concepts of biotoxin illnesses beginning with abnormalities in innate immune responses and continuing to downstream biological pathways.

The academic acceptance of this approach beyond the mold illness community is demonstrated by a request for a panel of presentations at the National Institute of Building Sciences, Building Envelope and Thermal Environment Committee (Mold 5, 10/31/03, San Diego, Cal.) and acceptance of a paper, a meta-analysis, of 1006 patients with chronic, biotoxin-associated illness at the 1st International Conference on Bioterrorism, sponsored by the National Center for Biodefense, George Mason University and Georgetown University. Further acceptance of this work beyond the mold illness community is exemplified by the two requested appearances at Mealey's Mold Litigation Conferences. Additional validation of this approach comes from the hundreds of physicians who are now using the protocols, including use of VCS testing. Finally, investigators charged with evaluating human health effects from WDB at CDC-NIOSH have added VCS to their testing armamentarium and are beginning to use HLA DR testing as evidenced by a call to me from Dr. Gregory Thomas, March 2005. Dr. Steve Vesper has confirmed to me (3/07, personal communication) that NIOSH uses VCS in its case investigations now, with VCS picking up biotoxin patients and those with exposure to other neurotoxicants.

The foundation of these conclusions includes the use of a repetitive exposure protocol, called ABB AB. This protocol is widely used in assessment of causation in research, medicine and industry; it is one of the oldest and most used in all science. We accept the possibility that patients with exposure to toxigenic fungi and with multi-symptom, multisystem illnesses could potentially be due to many sources. The 5-step protocol answers this possibility and gives academic certainty to the cause of illness (*Figure 9*, p.

10). Our baseline (**Base**) evaluation, including symptoms, VCS, labs and exposures is compared to the same parameters measured after treatment with CSM (**AC-1**). After AC-1, the improvement of the patient is documented, with reduction of symptoms and VCS deficits; amelioration of the multiple biomarker abnormalities is also documented. Next, the patient is kept away from the affected environment for at least three days and medication is discontinued (**HOC**). Here, we look at the superficial argument often used by defense apologists that purports to say, "Why, that dastardly mold is everywhere; any exposure could cause the illness." Actually, amplified mold growth, the true source of illness, is rarely found in multiple environments for a given affected individual. Then, after documenting that nothing changed for the patient during HOC, he is re-exposed to the "suspect" environment (**BOC**) without use of CSM. The patient is re-evaluated in three days, ideally with symptom recording and lab evaluation done each of the three days.

Next, causation of the illness from exposure to indoor air in the contaminated townhouse is shown by recrudescence of symptoms and relapse in all the biomarkers (three days is all that is necessary: there is no dose-response relationship here, the genetic basis for susceptibility shows re-acquisition of the illness, complete with abnormalities in biomarkers with a short duration exposure isn't statistically different from that seen with long-term exposure). Representative VCS slides documenting graphically the results of the protocols we use are presented in Appendices Five 1-8.

The data from sequential monitoring during diagnostic re-exposure demonstrate a sequential activation of complement (C3a and C4a), cytokines (primarily IL-1B) on Day 1; followed by a rise in leptin on Day 2; and a rise of MMP9 and change in VEGF on Day 3. Symptoms usually begin to recur within hours of unprotected re-exposure, with a fall in VCS seen usually on Day 2 to Day 3. These data were presented at a February 2006 meeting of the American Society for Microbiology Conference on Biowarfare and Biodefense. Once the causative re-exposure occurs, clearly documented by temporal association with the contaminated building, the patient is re-treated, with documentation of improvement (**AC-2**). For those who stay in the contaminated environment, and many must because of financial need, or for those who are primed for illness following exposure to other environments with amplified growth of mold, prophylaxis with CSM is offered.

The 5-step protocol has the scientific power to demonstrate causation, as shown in multiple studies in animals and humans. There is no known study design that can show greater power of causation: prospective acquisition in a time- and location-specific manner in a known affected, but healed individual. This approach is not novel; it has been routinely used outside litigation in animal and human research. It has its basis in the classic work by Dr. Robert Koch, as he developed Koch's Postulates for causation of illness by infectious agents.

## 9.    Differential diagnosis

Mss. Young's and Ghee's illnesses theoretically could have been caused by other exposures independent of exposure to the mold-contaminated townhouse. It was theoretically possible (for example) that a history of hypertension, air travel, job stress, ear tubes, back pain, allergy, headache, Lyme disease, depression, collagen vascular disease or other pre-existing biotoxin illness, heart failure or anything else could have caused their illness. Each of these hypothetical modalities and all others were ruled out by presence of items from history, symptoms, and laboratory studies. It is theoretically possible that her illness was simply the usual progression of allergy. The abundance of incredibly abnormal physiologic measurements found in Mss. Young and Ghee to date, especially in innate immune responses, and absence of significantly elevated IgE (theirs are pending), could preclude all these hypothetical arguments.

## 10. Additional studies

IOM/CDC. When I learned in May 2004 that a CDC panel of "experts" acknowledged that indoor mold exposure really did lead to the potential for respiratory illness, I was encouraged. Although the panel did not include anyone who had ever successfully treated a mold illness patient or profiled the complex physiologic changes that occur routinely in sick buildings syndromes, my reason for encouragement was that no similar body of experts had ever before reached what I considered a glaringly obvious conclusion. As the data presented in this report confirm, mold illness does not involve an abnormality of heightened acquired immune response. Mold illness is not an allergic condition mediated by IgE. More than semantics, making the distinction between acquired immune responses, not the major factor in mold illness, and innate immune response, which is the major factor in mold illness, is vital to understanding why mold illness is readily identifiable and is separate from any consideration of allergy alone.

The IOM report called for extensive research, as the researchers weren't able to document the multisystem, multisymptom aspects of the illness that treating physicians were seeing on a daily basis. Fortunately, the panel recognized the role of cytokines and genetics in development of respiratory illness following exposure to water-damaged buildings, even though it did not follow through with an obvious question: if cytokines are associated with respiratory illness and cytokine release is a systemic event, then what **other** systemic effects would one reasonably expect caused by the cytokine release?

The IOM is a private organization performing literature reviews for hire. This fact, in conjunction with some of the obvious shortfalls in some of its research, has raised concerns in the research community about the utility and objectivity of its research. Barton Gershen, MD, writing about another flawed IOM study in the Maryland Medical Journal, Autumn 2004 (pg 37), feared, "That the ingenuous American press and an unenlightened public trustingly accepted the IOM report." A similar concern about the work of the IOM comes from their commissioned 1996 study of Gulf War Illness (GWI). The IOM amazingly and bizarrely concluded that the GWI was only a stress response. The reality is that GWI is a neurotoxin-associated illness, as confirmed by a 2004 report of the Veterans Administration Research Committee on GWI.

IOM and ACOEM Reports Revisited. As noted above, there are critical omissions in the IOM report, as well as in another report made as a "consensus" statement (American College of Occupational and Environmental Medicine, ACOEM). Neither discusses the treatment of acute and chronic illness acquired by patients exposed to water-damaged buildings. Moreover, the ACOEM report is fundamentally flawed. While it supposedly was peer-reviewed, the review was internal and it was not anonymous. The authors had full final authority to make corrections in the statement before production on line. No peer review process permits such insider control.

Moreover, the ACOEM report contains no statement regarding conflict of interest. Just as we came to doubt the reliability of studies about the safety of smoking cigarettes funded by cigarette makers, so too should we be skeptical of arguments about the impossibility of acquiring mold illness made by those who generate income by arguing against the very existence of people with mold illness.

The reality that some "self-identified experts," including some who were involved with writing the ACOEM statement or who were cited by ACOEM in the self-reviewed (not peer-reviewed) statement, who regularly testify for defense interests in mold litigation, tried to pull the wool over the eyes of an unsuspecting organization, the American Association for Allergy, Asthma and Immunology (AAAAI) and the American public by submitting a paper as a "position paper," for the AAAAI. This paper, called "Bush," generated a massive response from individuals who actually knew something about the reality of mold illness. A series of papers demanding retraction of the farcical position paper were published by the journal of the AAAAI (Journal of Allergy and Clinical Immunology, JACI) in September 2006 and one of the identified authors of the position paper (Dr. Jay Portnoy) pulled his name from co-authorship in protest against the abuse of academic process by the remaining authors. My statement, published in September 2006 by the JACI, "Rigor, transparency and disclosure needed in mold illness position paper," co-authored by Dr. Harriett Amman, Dr. Richard Lipsey and Dr. Ed Montz; and endorsed by over 100 MDs and PhDs from the mold community, demands proper disclosure of conflict of interest and thoroughness from papers written by defense-hired physicians. Both the ACOEM "opinion" and the AAAAI statement show no such rigor, transparency and disclosure. One should wonder how such junk science, as labeled in a California ruling (Harold v. California Casualty No. 02AS04291, 2006), based on bizarre leaps from one study of acute, high-dose exposure to unknown mycotoxins in rats to an even more bizarre conclusion about absence of human illness associated with chronic, low-dose exposure to water-damaged buildings, cited repeatedly by a small cadre of non-treating physicians for potential financial gain, could ever be considered by anyone as acceptable. Nonetheless, these same small group of consultants cite the same series of papers routinely in opinion regarding mold illness, beginning with the first junk science paper, then adding the ACOEM opinion, itself based on junk science and then adding a third junk science paper, thereby trying to convince unsuspecting audiences that there is a "robust literature" on absence of health effects following exposure to WDB. Actually all we see is an aggressive marketing of junk science that is still junk no matter how many times the same nonsense is said by the same people.

As discussed in the published paper in Neurotoxicology and Teratology 8/7/06, anyone who looks at the ACOEM report must also look at the flawed methodology it utilized. The report relied on one study involving a one-time, short-term exposure of Sprague-Dawley rats to washed fungal spores. Surprisingly, no recording of toxin amounts was included, nor was any delineation made of the ability of the selected species of "toxigenic" fungi to actually make toxins. Given these lapses, one has to question the utility of the study, considering that it purports to de-link chronic illness and exposure to concentrations of spores and toxins, even though it lacks basic baseline parameters required to investigate the link – unknown concentrations of spores and toxins, unknown ability of the fungi in question to actually make toxins, among other methodological errors.

In point of fact, the parameters used in the ACOEM bear absolutely no relationship to actual findings in patients exposed to water-damaged buildings. The level of detection (200x magnification) used to survey for fungal elements is too insensitive (it must be at least 800x) and it therefore misses a substantial portion of fungal elements that carry toxins, perhaps by as much as 90%. According to NIH/CDC, the role of small elements may be as much as 514 times as important as spore-counting. Currently, up-to-date indoor hygienists will employ a particle counter with their air sampling to not miss the importance of small fungal fragments.

In addition, the **authors themselves** of the rat study say that extrapolation <u>cannot be made</u> from the results of the limited, one-time, high-dose exposure in animals to long-term, low-dose exposure in humans. Indeed, they say the results aren't the same as in chronic low-dose exposure. Despite these obvious and widely acknowledged limitations that would bar any application to human illness, the ACOEM authors illogically conclude that based on one high-dose study in rats looking at unknown mycotoxins only, that there is no way an adequate dose of toxins from indoor exposures to the complex biological mixtures from toxigenic fungi, bacteria and actinomycetes can cause human illness in chronic exposure.

Junk science indeed.

Of course, the rat study didn't look at any of the parameters of illness that occur following exposure to toxigenic fungi, including activation of multiplying cascades of pro-inflammatory cytokine pathways. Nor did the report account for known genetic differences between rats and mice to fungal toxins. The rat study also used spores that were washed before instillation into the lungs of the rats.

In short, the rat study didn't report what amount of toxin or what particular toxin was used; it didn't report anything on what toxin exposure actually does to inflammatory cascades; and it didn't report any follow-up. The methods of the study excluded any reasonable assessment of what material/toxins were delivered to the rat. All the study did was to show that instillation of massive doses of *Stachybotrys* spores into rat lungs injured the rats severely. The ACOEM report discussed none of its deficiencies and

incorrectly attempted to apply dose-response relationships to elements that could never support such conclusions, especially from chronic, lower intensity dose exposures.

As would be expected, the rat study cited in the ACOEM report has never been replicated. Indeed, the study has been refuted in multiple studies done by Dr. Thomas Rand's group from Nova Scotia which show activation (100,000-fold) of release of inflammatory cytokines by as few as 30 spores of toxigenic fungi per gram in mice following intra-tracheal instillation.

Amplifying biological cascades indeed.

Of note, Dr. Rand didn't wash away the toxins from mold spores before instillation and he did measure pertinent inflammatory markers. His data on hyperacute exposure apply directly to what we see humans: inflammatory responses are measurable in affected patients beginning within hours of exposure to contaminated structures.

The reality is that there are no academic research papers that refute the presence of definable mold illness. The ACOEM statement is nearly universally referenced by subsequent defense industry-friendly publications, with no attempt to discuss the abominable abuse of scientific process used by the authors of ACOEM. The only experimental study on mold illness that naysayers can quote regarding long term effects of mold exposure is the single, high dose rat study that is specifically proscribed by the rat study authors themselves from use in long term illness projections.

The list of problems that preclude use of the ACOEM statement being used is peer-reviewed and published in the 2006 NT and T paper.

Let us not forget that the data that supports my comments herein is generated from actual diagnosis and actual treatment of thousands of real, living patients. We aren't making assumptions as a consensus panel might, or as the IOM did, that is based on a background in science without actual experience in the field of hands-on care. We aren't performing isolated experiments in rats, we are treating people. We aren't guessing what the illness might involve; we are following the established process of science using prospective exposures that give us the right to use the term, "caused," as validated by the peer-reviewers of the double blind paper.

Our group and hundreds of physicians nationwide using our protocols know that mold illness is recognizable; definable and treatable. We are not deceived by smokescreen studies that would attempt us to go to sleep regarding protection of humans from adverse health effects caused by exposure to water-damaged buildings. Moreover the 2006 NT and T paper is permitted by its peer-reviewers to state that the clinical grouping of symptoms seen in patients like Mss. Young and Ghee is *caused* by exposure to WDB.

EPA/UConn.  As noted above a very different and more recent report on mold and human health, "Guidance for Clinicians on the Recognition and Management of Health Effects Related to Mold Exposure and Moisture Indoors," was commissioned by the

EPA. Written in this case by a team of mold literate experts, led by Eileen Story MD and Chin Yang, PhD, and released September 30, 2004, it shows additional recognition of the inflammatory and immune perturbations that are involved in the genesis of the multisystem, multisymptom illness affecting Mss. Young and Ghee. This report underscores the role of antigen presenting cells, inflammatory cytokines and the need for treatment of the illness. The report requires involved health care personnel to recognize the underlying pathophysiology of the illness as well. The report also lists multiple reasons for the failure of traditional toxicological approaches that employ dose-response relationships[10] to recognize what mold illness involves. Of potential greater importance is the publication of a list of symptoms typically asked of patients with a possible mold illness. While the IOM did not focus on patients, the UConn/EPA paper does. It thereby gives clinicians from all fields of medicine suggestions for recording the multiple symptoms from multiple body systems, such as fatigue, respiratory problems, aching, headaches, cognitive issues, memory, gastrointestinal and rheumatologic effects. In doing so, the UConn/EPA report signals a major change in published government opinion.

BWC. I am including my general comments on the cohort of patients from the Baltimore Washington Conference of the United Methodist Church (BWC). It is impossible to look at a single individual case of mold illness without looking at the group of similarly exposed patients, comprising one of the most intensively studied groups of sick building patients to date.[11] I feel that the clinical, neurotoxicological and laboratory data I have accumulated on the entire cohort of employees with exposure to that building with water damage and fungal growth has a major impact on any thought about individuals with similar exposure. In the group of BWC patients are exposed, unaffected patients; exposed, affected patients who were not treated; and exposed affected patients who were treated, creating before and after data sets. When compared to my large data set on control patients (unexposed and asymptomatic), there are significant differences between cases and controls that enable us to make conclusions that refute the "null hypothesis," that there is no illness. These data are further supported by the five VCS figures from the Saratoga Springs paper.

Based on these data, as represented in a table enclosed (Appendix Three with Appendix Four representing patients from additional cohorts), are the human reasons why BWC is a sick building and why the exposed, affected patients are cases. Please note that there are untreated, exposed, affected patients who remain at risk for the potential for a chronic, irreversible illness. The utility of MMP9 as a major marker for inflammatory cytokine responses in mold illness is well demonstrated by this case. Look (Appendices Three, Four) at the results of treatment of the exposed, affected patients. In a short time, following treatment with CSM, they resemble unexposed controls. Take a look at

---

[10] TOXICOLOGICAL SCIENCES **78**, 267–275 (2004) Comparison of Inflammatory and Cytotoxic Lung Responses in Mice after Intratracheal Exposure to Spores of Two Different *Stachybotrys chartarum* Strains. J. Flemming, B. Hudson, and T. G. Rand

[11] My patients often reside at a distance and seek me out after other care has failed. The proximity of these patients to my practice made possible continued intervention and monitoring.

symptoms before treatment (15.4, average) and after (2.5, average). Look at matrix metalloproteinase 9 (MMP9) levels before (581) and after (337). Look at visual contrast sensitivity scores (VCS) before (abnormal) and after (normal). Look at the rest of the overwhelming body of data that says the BWC cohort had a biotoxin-associated illness that responded as expected to definitive treatment, but not to passage of time or any other modality. Again, compare those data to the Saratoga Springs cohorts.

Independent of the reports of water intrusion and surveys by inspectors/hygienists, the most important marker of a sick building is sick people. Now that we can effectively treat affected patients, we can develop biomarkers for mold illness and watch them change prospectively with treatment. More importantly, the ability to treat patients gives us the ability to observe previously affected, but healed patients, relapse with re-exposure to toxigenic elements in a prospective fashion. The temporal association, combined with rapid changes in biomarkers, gives us the factors necessary to assign causation due to exposure to indoor air and its contaminants. In order to understand how exposure to air in a building with resident toxigenic fungi can affect individuals, it is mandatory that those effects be evaluated from a group standpoint. There should be a distribution of illness within the group according to factors that can be identified in individuals. We should be able to separate individuals in a group by individual risk factors based on the physiology of mold illness. Understanding the physiologic reasons underlying abnormalities found in individuals begins with understanding the mechanism by which the illness develops: the ultimate test of the model of illness causation requires statistically significant validation of presence of abnormalities in affected patients, not found in unaffected patients with similar exposure, or in unexposed, unaffected patients. Once the model of illness causation is validated for a large group, then one can look at an individual, such as Mss. Young and Ghee, as a case or not, depending on exposure, symptoms, neurotoxicological tests, laboratory tests and results of treatment. The BWC building cohort provides a large sample (39) of exposed, affected patients and a group of 11 exposed, unaffected patients.

We now have a database on over 4,000 unexposed, unaffected patients to use as a "master" control group. In the exposed BWC group are a subset of 22 treated patients, including a smaller number of 13 patients who demonstrate the benefit and efficacy of treatment with CSM, used according to a published protocol (Shoemaker RC, Hudnell HK, Environmental Health Perspectives, Grand Rounds in Environmental Medicine, 2001; 109: 539-545). This group also demonstrates the benefit of use of VCS testing as a screening test and as an independent means to follow improvement with therapy, documented previously to be of benefit in illnesses caused by biologically produced neurotoxins (biotoxins) (Shoemaker RC, EHP, Special CDC Pfiesteria Supplement, 2001; 109(S5): 791-796).

Based on this case definition, the 22 staff members identified as cases that elected to be treated comprises a densely positive group of cases of mold illness, with symptoms averaging 15.4. Of the mold illness criteria, nearly all of the cases (20/22) had a VCS deficit, MSH deficiency was found in 21/22, with an average of 14.7 (normal= 35-81). Pituitary axis dysregulation was found in 19/22. Leptin was abnormal in 58%. Specific

HLA genotypes were over-represented, with 86% of patients having fungal susceptible genotypes. MMP9 levels average 581, with 87% over 300. The cases untreated also are a densely positive group, averaging 14.5 symptoms. 100% (17/17) had symptoms > 5; 100% (17/17) had a VCS deficit; 94% (16/17) had MSH deficiency, with an average of 17.2; 94% (16/17) had a pituitary axis deficit. MMP9 was markedly abnormal, with the average of 516. Pituitary abnormalities were 38% for ACTH and 38% for ADH, respectively. Leptin was abnormal in 53% of cases. HLA genotypes for fungal susceptibility were found in 84%. The "control" population among the exposed workers included 3 individuals with exposure to the building <2 hours/month in the last 3 months. Interestingly, these patients had HLA susceptibility. One can only speculate what kind of threshold there is for acquisition of symptoms, given susceptibility. None of these patients had a VCS deficit or symptoms >5. Average number of symptoms was 2.8, with control patients having 2.7 symptoms in the control group for the Saratoga Springs paper. Only 36% of these patients had an abnormal MSH, with an average of 32.9. MMP9 elevation was reduced to normal (322), with an average of 305. Pituitary dysregulation was seen in 3 of 11 patients.

The results of treatment show a dramatic reduction of abnormalities without dropouts or significant adverse effects. VCS positivity fell to 9% and symptoms to 2.5. All of the patients had a fall in MMP9, with 83% having a fall in leptin. ADH dysregulation fell to 9% and ACTH to 18%. Symptom positivity (i.e. > 5) fell to 4%. While the BWC exposed control group is statistically much healthier than either of the cases groups, they still are sicker than unexposed controls, as 36% had a susceptible HLA and ACTH was much higher (35.4) than in population controls (18.1). PAI-1 was higher (19.1) compared to controls (8.4) and leptin higher (15.1) than controls (11.2).

The topic of mold illness was controversial in the past, largely due to the absence of a confirmed case definition and lack of methodologically sound studies (See Appendix One - Is Sick Building Syndrome a Recognizable Syndrome?). Now that we can identify cases and most importantly treat the vast majority successfully, we can establish a clear diagnosis of mold illness and then use prospective exposure of asymptomatic, but previously symptomatic exposed patients, to prove causation of illness solely due to exposure to the indoor air of a building with an extremely high degree of medical certainty. The dynamic nature of the biomarkers I employ provides an additional confirmation of the basic mechanism for illness, one that employs time as a variable. The temporal association of reacquisition of symptoms and multiple abnormalities following re-exposure to boxes of contaminated papers seen in this cohort provides powerful evidence of the pathogenic nature of materials in the air and on materials from the original office building.

The acceptance of our data on 103 patients from 43 buildings with resident indoor toxin-forming fungi by the 8th International Symposium of Neurotoxicology in June 2002, discussed above (presented by Dr. Hudnell), provided an initial platform to discuss cohort health effects and the relationship of those effects to exposure to the building. Our next paper, the "fungal paradigm" paper, is published in Neurotoxicology and Teratology, as mentioned. This paper follows 21 patients from 5 buildings with known resident

toxigenic fungi, using symptoms, VCS scores (Appendix Five-1), absence of confounding exposures, leptin and MSH levels in a 5-step process. First, we took the patient as we found him. We then treated the patients with CSM, with documentation of resolution of symptoms, VCS deficits and reduction of leptin elevation. Third, we kept the patients away from exposure to the suspected, known contaminated buildings, without use of CSM. This leg of the paradigm answers the frequently heard argument, "Fungi are ubiquitous; any location can make you sick." Patients are exposed to all other environments except the building. No relapse occurred. This means that the possibility of the patient's car, church, supermarket (for example) and all other potential sources of exposure are evaluated. The failure to relapse and failure to acquire symptoms and VCS deficits confirms that patients are not made ill by the "ubiquitous fungi."

A point must be made in this regard: it is the presence of amplified growth of fungi and not just mere presence of fungi in competition for econiches from multiple other genera of microorganisms that poses the risk for illness acquisition. The patients in the study were then re-exposed to the known contaminated building. We re-evaluated patients three to five days after exposure to determine the effect of exposure to the indoor air of the building, using symptoms, VCS, and leptin. Finally, we re-treated the affected patients with CSM, returning them to health, with 92% of patients having greater than 75% reduction in symptoms. I have enclosed a graph showing these data.

In the international sick building syndrome conference, the 5th International Conference on Bioaerosols, Fungi, Bacteria, Mycotoxins and Human Health, held 9/10-12/03 in Saratoga Springs, NY, both Dr. Hudnell and I presented papers, as referenced above. Abstracts are peer reviewed before acceptance. Dr. Hudnell discussed use of VCS testing in biotoxin-associated illnesses and I presented 156 patients from 150 buildings, using the case definition above, including genetic markers, HLA DR, analyzed by PCR; cytokine measurements, including TNF and MMP9; hypothalamic hormones, including leptin and MSH; pituitary hormones, both anterior and posterior pituitary and autoimmune markers, including anticardiolipins, antigliadins and antibodies to myelin basic protein, by responses to exposure and treatment. These data had never been presented as a whole at a high level academic meeting before. The acceptance of these data by established leaders in the specialized community of mold illness experts underscores the "state of the art" aspects of the information we use daily in clinical practice and are employed in a building health investigation.

I first presented the HLA data at the 51st annual meetings of the American Society of Tropical Medicine and Hygiene, 11/02; one month after the IOM closed its doors to new information. Additional conference presentations on HLA included the 5th International Bioaerosols Conference 9/03 and the American Society of Microbiology Integrating Metabolism and Genomics Conference, held 4/30/04, in Montreal, Quebec. To date, we have HLA information on over 2000 affected patients with known source of illness and 400 unaffected patients (controls). The HLA data from the Bioaerosols Conference also presented HLA DR genotypes in control populations, providing us with a comparison group in peer-reviewed literature.

The fact that the basic parameters that provide a case definition are present in the affected group but not in the unaffected group and that these parameters correct with treatment, relapse with re-exposure off CSM and correct with re-treatment, supersedes the lack of experience of others in providing intervention, reducing symptoms and affecting changes in biomarkers. The patients I saw included exposed symptomatic, exposed asymptomatic and unexposed asymptomatic groups. The strongest data supporting the case identification and causation of illness is seen in the treatment-effects data. In the cohort of affected, treated patients, symptoms are reduced to historical controls, MMP9 is equal to controls, VCS is equal to controls and pituitary dysregulation is equal to controls.

In the BWC group of treated patients were eight who came to Pocomoke for treatment after the main cohort of treated patients began to improve. None had resolution of chronic symptoms simply due to removal from the initial contaminated office space. The presence of durable illness without pharmacologic intervention and durable resolution of illness following treatment, absent re-exposure, is consistent with the basic model of mold illness.

A tactic that I have seen used by those who prefer to disagree about mold illness patients is that the only illness caused by the building is "mass hysteria," and that the perceived health problems are due to allergy, asthma or some other undefined cause, even psychiatric problems or substance abuse. This attitude was reflected in a Discovery Health Channel special on Pfiesteria (first aired 6/4/03, and is being re-aired on multiple occasions). In that program Dr. Glen Morris, head of the State of Maryland health team appointed to provide a second opinion on my work with patients affected by a different biotoxin-former, *Pfiesteria piscicida*, discussed his attitude to the *Pfiesteria* outbreak <u>before</u> he and his team of 9 researchers saw my patients on September 13, 1997. He recalled that he had briefed his team before their arrival that they were most likely going to see "mass hysteria." He related to the Discovery viewers how he and these same researchers were surprised subsequently to validate my findings. It was not mass hysteria. It was biotoxin poisoning.

Hysteria, depression, anxiety, allergy, asthma sinus surgery and substance abuse don't cause VCS deficits and MSH deficiency; they don't cause levels of leptin, MMP9, C3a and C4a to rise; they don't dysregulate VEGF, ADH/osmolality or ACTH/cortisol. Mold illness does.

Our data in over 1000 patients show that the elevation of IgE, the usual marker for allergy, asthma and atopy averaged over **975** in patients with those illnesses (but no biotoxin illness). Control patients (without asthma, atopy, allergy or biotoxin illness) had an IgE level of **25**. The cohort of mold-affected patients (numbering over 700) had an average IgE of **32**. Clearly mold illness and allergy are not causally related.

These supplemental data further support my diagnosis of mold illness in Mss. Young and Ghee.

Ritchie C. Shoemaker, MD

# ATTACHMENT 1

**Depositions/Testimony**
Ritchie C. Shoemaker MD
500 Market St. Suite 102
Pocomoke, Md

September 3, 2002
Case # 01-3747-NO
Shane R. Smith vs. Emcasco Insurance Company, et al.
State of Michigan, Circuit Court for County of Macomb

September 21, 2002
Case # 01-3747-NO & 00-5192-NO
Shane R. Smith vs. Cheri Brunner
State of Michigan, Circuit Court for the County of Macomb

November 4, 2003
Case # 03-CA-586
Kathleen Curry vs. Persica Design & Construction
Judicial Court of the Second Judicial Circuit, Leon County, Florida

Frye hearing 3/4/04
Testimony struck

February 6, 2003
Claim # 2396841
Vicki Smith vs. Central Dauphin School District
Commonwealth of Pennsylvania, Bureau of Workers Compensation

March 11, 2003
Carolyn Anderson vs. Stanton Anderson
State of Florida, Circuit Court of the 15th Judicial Circuit for Palm Beach County
Trial

July 17, 2003
Case # 01-CP-10-4192
County of Charleston Richard Friedman and Frances Shepp vs. Rosebank Farms Café, I
Ninth Judicial Circuit Court
South Carolina

August 5, 2003
Case # 00-CV-43
Robin Helken Price & Amanda Price vs. Linda Helken Squirrell, Pioneer Carpet
Cleaning, Inc. and State Farm and Casualty Company.
District Court, County of Gunnison, Colorado
Trial

January 22, 2004
Case # 19-C-03-009065
Juanita Hoffman v. Board of Education of Somerset County
Circuit Court for Somerset County
Maryland

March 25, 2004
Case # 216867
Teresa H. Satorre v. Administrative Office of the Courts
Wilmington, North Carolina

April 6, 2004
Case # 03-007422 CACE (04)
Anna Della Rossa Fico v. Berkley South Condominium Association
Circuit Court of the 17th Judicial Circuit in Broward County, Florida
Trial

July 27, 2004
Case # 13-C-03-056955
Martha Knight et al v. Montgomery Mutual Insurance Co.
Circuit Court, Howard County
Maryland

August 3, 2004
Case # 31-4-115-00273-03
Elizabeth Nielsen v. Toll @ Brier Creek
America Arbitration Association
North Carolina

August 5, 2004
Case #03-051245-NO
Colaianni v. Stuart Frankel Development
Circuit Court, Oakland County
Michigan

September 16, 2004
Spearman, Angela, et al. vs. Pender County Board of Education
Superior Court of Justice
North Carolina

September 26, 2004
Helken Price v State Farm
Case # 00CV43
Shreck challenge from defense, dismissed;
Trial testimony permitted 3/2/05

Gunnison County District Court
Colorado

Nov 16, 2004
Jones v. Lewes Family Practice and Elisa Montross-Lopez
Superior Court, Kent County, Delaware
C.A. No. 04C-01-HDR
Testimony at trial in above case 4/12/05
Dover, Delaware

November 23, 2004
Viladegut v Foulger Pratt, Inc
Civil No 233016-V
Circuit Court, Montgomery County
Maryland

Nov 30, 2004
Glen Bass v. H and H Consolidated
Virginia Worker's Comp case # 204-40-06
Virginia

December 14, 2004
Case 03CV4227
Jennifer Lake v. Village Homes of Colorado
Jefferson County District Court
Colorado

February 25, 2005
David Nieuwstadt v. Gould Engineering
Case 01-071354-NZ
Genessee County Circuit Court
Michigan

March 31, 2005
Stanley G. Gwinner and Connie Colaianni v. Stuart Frankel Development
04-059215-NO
Circuit Court for County of Oakland
Michigan

April 14, 2005
Stephen G. Wright, et al v. Fort Lincoln Realty Co
Civil case number 03 CA 0004555
Superior Court
Washington DC

April 19, 2005
Brewster v. USF Red Star
Case no. 02-C-03-093645 WD
Circuit Court for Anne Arundel County
Maryland
Trial

April 26, 2005
Messner v. Monogram Building and Design, Inc
Circuit Court for Worcester County
23-C-04-000611 CN
Maryland

May 2, 2005
Paul Dumoulin v. Her Majesty the Queen
New Market Courthouse
Ontario Superior Court of Justice
02-CV-233772CP
Toronto, Ontario,
Canada

June 22, 2005
Liguori v. Sto, Inc.
OCN-L-2337-01
Superior Court of New Jersey
Tom's River, NJ

June 28, 2005
Kittell/Donnelly v. Arrington Development
No. 1:04CV00889
US District Court
District of Maryland

June 30, 2005
Josephine Chesson, et al
Case Nos:  13-C-03-56903
Consolidated with 13-C-03-56904, 56955, 56956, 57033, 57043; 13-C-04-57483, 57784
Circuit Court of Appeals
Howard County, Maryland

Frye hearing in above case 7/6/05.  Challenge denied; trial testimony permitted.
Ruling affirmed 5/12/06 by Md Court of Special Appeals, unreported decision
Defense request for injunction barring airing of WBAL interview with RCS about mold
also denied

9/20/06 Court of Special Appeals opinion from J. Davis published, No. 01270 September term 2005 in above case

July 28, 2005
Warnick v. South Eastern School District
BC 2702265
Worker's Compensation, Commonwealth of Pennsylvania
York, Pa

August 11, 2005
Testimony at trial
Brewster v. USF Red Star
02-C-03-093645 WD
Circuit Court of Anne Arundel County
Maryland

August 15, 2005
Don Green v. Bradco, Inc
Case no 02-CA-000325
Circuit Court First Judicial District
Walton County, Florida

November 1, 2005
Teresa Westmoreland appeal
Worker's Compensation Board
Claim # 7922403L
Case # 04-00117
State of Oregon
Trial

November 10, 2005
McGinty and McGinty v. K. Hovnanian
Case # BER-L-8834-04
Superior Court of New Jersey
Bergen County
New Jersey
Daubert challenge denied 3/10/06, testimony permitted

November 14, 2005
Lake v. Village Homes
Case 03CV4227
Jefferson County, Colorado
Shreck challenge dismissed, trial testimony permitted

January 5, 2006
Katherine Blake v. Brannock
Case no. C-04-013065
Dorchester County, Circuit Court
Maryland

February 21, 2006
Kim Ford v. Summit Realty
Law No LR2009-1
Circuit Court, City of Richmond
Virginia

3/10/06
Della Rossa v. Berkley South
Cases 03-007422 CACE (04)
Circuit Court, 17th Judicial Circuit
Broward County, Florida

3/21/06
Heather Herzner v. Fischer Attached Homes
Case 2004 CVC 00564
Court of Common Pleas
Clermont County, Ohio

3/22/06
Matthews v. Harrison
Case 251-01-605
Circuit Court
Hines County, Mississippi
Daubert challenge denied
Trial testimony permitted

5/30/06
Buckler et al v. David Raley
Case No. C405-345
Circuit Court St. Mary's County
Maryland

5/31-06
Kathleen Blake v. Brannock
Case No. C-04-013065
Circuit Court Dorchester County
Maryland
Trial

6/16/06
Martha Barrows v. Ann Connolly
Case No. NC 2003-40
Superior Court
Newport, Rhode Island
Trial

7/20/06
Herzner v. Fisher
Second deposition
2004 CVC 00564
Court of Common Pleas
Clermont County, Ohio

7/25/06
Bligen v. Belvedere, LLP
Civil Action 263744
Circuit Court, Montgomery County
Maryland

Frye challenge denied 1/05.07.
Trial testimony permitted 3/29/07.

8/8/06
Richards, et al v Cargill, Inc, et al
CV304-694CC
Circuit Court, LaClede County
Missouri

8/15/06
Andra Capaci v. Folmar Kenner, LLC
CV-04-2311
Circuit Court, Mobile County
Alabama
Trial testimony, video

9/7/06
Josephine Burrell v. Sparkles Reconstruction
04CvS 009871
Superior Court, Wake County
North Carolina

9/12/06
Sheerin v Thomas, et al
CL05T01771
CL05T01770

CL05T0169
Circuit Court, City of Richmond
Virginia

10/4/06
Matthews and Matthews v. Harrison
Second trial
No. 251-01-605CIV
Circuit Court, Hinds County, Mississippi
Discovery deposition, video
Followed by trial deposition, video.
Daubert challenge denied.
Testimony permitted

10/10/06
Keller v. Super 8 Motels
C.A. No.: 2005-CP-07-85
Court of Common Pleas
Fourteenth Judicial Circuit
County of Beaufort
South Carolina

10/24/06
McNally and McNally v Hartford Ins and Metro Adjustment
L04-42, L04-132, L04-133
Circuit Court
County of Frederick
Virginia

10/26/06
Buckler et al v. David Raley
Case No. C405-345
Circuit Court St. Mary's County
Maryland
Frye challenge denied. Trial testimony permitted

11/30/06
John Griffiths V. Hajalee, Inc.
Civil No. 04-1-0113-01 (GWBC)
First Circuit Court
State of Hawaii

12/6/06
Scotia Prince Cruises, LTD v. City of Portland (Maine)
AAA docket No. 50 180 T 00150 05
Arbitration

Daubert challenge denied, not applicable
Trial testimony 4/9/07

1/4/07
Rose Odaris et al v. Thalhimer, Inc.
Law LS 2258-4, 2259-1, 2260-3, Consolidated
Circuit Court for the City of Richmond
Virginia

Motion in limine to strike testimony denied 1/17/07.
Testimony permitted

1/16/07, 2/2/07, 4/12/07
Dale Fry v Skyline Corporation
Case No. CV 62455
Court of Common Pleas
Civil Division
Warren County, Ohio

1/25/07
Geballa v. BP Taylor
Case No. 02-C-05-108401
Circuit Court, Anne Arundel County
Maryland

2/20/07
Cohen v GL Homes
Circuit Court, 15th Judicial District
Palm Beach County
Florida
3/15/07

JoEllen Perez v REIT Management
Civil Action No. 1:06-CV-0938
US District Court
Northern District of Georgia
Atlanta Division

3/21/07, 4/24/07, 4/25/07
Wigles v. Yarnell, Churchill, Las Canoas Construction Plumbing
Case No. 1112810
Superior Court of the State of California
County of Santa Barbara
Anacapa Division
California

Frye Reed motion to exclude denied 8/15/07

4/17/07, 4/19/07
S. Washington v. BOE Montgomery County, Md
Civil No. 269876-V
Circuit Court
Montgomery County
Maryland
Motion in limine to exclude testimony denied

5/10/07
Lois Bertot v. Sears and Roebuck
Civil Case Number C-05-108463
Circuit Court
Anne Arundel County
Maryland

5/22/07
Janie Murray v. MHP Town Centre. Inc
Civil Case No. 271699V
Circuit Court
Montgomery County
Maryland

5/24/07
Coleman v. Rocky Gorge
Case No. 03-C-05-8973
Circuit Court, Baltimore County
Maryland

5/29/07
Perry v. Vineyard
Case No 2004-CA-338
Division B
Circuit Court, Clay County
Florida

5/29/07
Colaianni v. Stuart Frankel
2003 051245 NO
Oakland County, Circuit Court
Daubert motion to exclude denied
Testimony permitted
Michigan

6/5/07
Kristensen v. Spotnitz and Schain
Case No. CL03-9530
Circuit Court, Albemarle County
Virginia
7/3/07 same case; (Frye) motion in limine to exclude denied
Trial testimony permitted

6/14/07
Michael and Valerie Dean v. Vedanta Society
No. BC 345004
Superior Court, Los Angeles County
California

6/1907
Cunningham v. Allstate
No. 06-2062
US District Court, Eastern District of Pennsylvania

July 5, 2007
Riley et al v. Southern Colonial Homes, Inc
Civil action no. CI 06-0139
Circuit Court
Forrest County, Mississippi
Motion in limine to exclude denied

7/607
Ripepi v. Winn-Dixie
WC # 03-033950SMS
Miami District
State of Florida

8/20/07
Dean v Vedanta Society
BC 3445004
Los Angeles Superior Court
Los Angeles Central District, California
Frye-Reed motion to exclude testimony denied
Trial testimony permitted

# ATTACHMENT 2

**RITCHIE C. SHOEMAKER, M.D., P.A.**
CHRONIC FATIGUE CENTER
500 MARKET STREET
SUITE 102, 103
POCOMOKE, MD 21851

TELEPHONE (410) 957-1550
FAX (410) 957-3930

## Curriculum Vitae

**7/30/07**

Ritchie C. Shoemaker, M.D.
DOB: 06-13-51 Charlotte N.C. US Citizen
Home address: 2448 Lakeland Drive, Pocomoke, Maryland 21851

Current Employment
Ritchie C. Shoemaker MD. PA. DBA Chronic Fatigue Center
President, ChronicNeurotoxins, Inc
Medical Director, Center for Research on Biotoxin Associated Illnesses (501-c-3, non-profit corp.)

**College: Duke University** 1969-1973 Magna Cum Laude
Major in Molecular Biology, Zoology. Minor in Philosophy.
**Theses:**
- Microtubule control of phototactic responses in *Euglena*, 1971.
- Localization of DNA replication sites in *Tetrahymena* by electron microscopy, autoradiography and tritiated thymidine counts, 1972.

**Medical School: Duke University 1973-77**
**Editor** – "First Contact" Medical Student Primary Care Journal
**Theses**
- Molecular basis for muscle injury and repair 1974
- Ventilation-perfusion abnormalities in chronic lung disease 1975
- Epidemiology of *streptococci* 1976

**Residency 1977-80**
Family Practice Residency, The Williamsport Hospital, 777 Rural Ave, Williamsport, PA 17013

**Board Certification ABFP 1980**
**MD License** 1980 to present. D24924

**Professional Memberships**
- AMA 2001-present
- ACSM 1977-1996
- American Society of Bariatric Physicians 1998-2001
- American Academy of Family Physicians 1999-2001
- American Society for Microbiology 1999-present
- American College of Occupational and Environmental Medicine 2/6/05-2/6/06
- American Society of Tropical Medicine and Hygiene 11/05-present
- International Lyme and Associated Disease Society (ILADS) 2000-2003
- International Association for Chronic Fatigue Syndrome 4/05-present
- Maryland Medical Chirurgical Association (Med Chi) 1980-present
- Maryland Academy of Family Physicians 1999-2001

**Practice Experience**
- 1980-1982 NHSC Pocomoke, Maryland.
- 1982 to present, Private Practice, Pocomoke, Maryland
  Outpatient Family Medicine
  1604 Market St 10/02-5/02
  500 Market Street, Suites 102,103 6/02-present
        Pocomoke City, Maryland 21851

**Teaching Appointments**
- Milton Hershey Medical School 1980-90, Physician Assistant Preceptor;
- Johns Hopkins Medical School 1981-86;
- Duke University Medical School 1983-85;
- Wilmington College Nurse Practitioner Program 1996-1997;
- University of Maryland Medical School 1997-present.

**NB:  These appointments are for community preceptorships only and are not salaried**

**Hospital Affiliation**, Active Staff, McCready Hospital, Crisfield, Maryland 1980-1986, 1997-6/2003, courtesy 1986-1997; and 7/2003-present, pure outpatient practice (no demands to reduce privileges).

**Medical Society**
- President, Somerset County 1982-86
- Member, Worcester County 1986-1997
- President, Somerset County 1998-present

**Credentialed By**
- Medicare, Medicaid, BCBS, MDIPA, DHP, Alliance, Prudential, Principal, Aetna American Health Care, Infor Med, PHCS, Trigon, many others.
- Never denied credentials

**Additional work experience**
Shoemaker's Bench, Antique Refinishing and Restoration 1966-present.  Historic Remodelers of the Eastern Shore 1981-present. Wetland Consultant 1983-present. Visiting Medical Lecturer 1991-present.

**Website**
  www.chronicneurotoxins.com  4/00-present
  www.moldwarriors.com 10/04-present

**Books published**
- Pandora Boxer (philosophy) 1972 (out of print)
- Hematology for Residents 1978 (out of print)
- Weight Loss and Maintenance; My Way Works, Does Yours?
  - First printing 1996; Second printing 1998.
- Pfiesteria: Crossing Dark Water
  - First printing 1997; Second printing 1998
- Desperation Medicine
  - 1/15/01 Second printing 6/06
- Lose the Weight You Hate
  - First printing 2/02; Second printing 10/05
- Mold Warriors 4/05
- Books in preparation:
      A Users Guide to Native Shrubs and Trees of the Eastern Shore
      From Farm to Estuary; A Chesapeake Bay Ecology Cookbook

<u>It's a Long Way From Pocomoke; This One's For You, Jack.</u>
<u>Surviving Mold: Life in the Era of Dangerous Buildings</u>

**Columnist** Worcester County Messenger weekly newspaper; "What's Cooking" 1994-2001

**Editorials Published**
  Daily Times of Salisbury (many), Maryland Environmental Health Newsletter,
  Outlook (op-ed) Washington Post, Baltimore Sun, Multiple Florida Newspapers,
  Runoff Magazine, CCA Journal, Feature article with Duke Alumni Magazine,
  Family Practice News, Internal Medicine News, OB-GYN News, Delmarva Farmer (many), Asbury (NJ) Press (Op-ed).

**National television appearances**

Good Morning America, BBC, Australian Broadcasting System, NBC News, CBS News, Discovery Health Channel: "Dangerous Catch" and "Is Your House out to Get You", CNN, ABC News

**Local TV stations**
Multiple: Salisbury, Md., Washington, DC, Baltimore, Md, Stuart, Florida, Philadelphia, Pa, Leesburg, Florida, New Orleans, Louisiana

**Publications:**
- "The Death of Edgar Allen Poe" What Really Happened MMJ 4/97
- Diagnosis of *Pfiesteria* Human Illness Syndrome, Maryland Medical Journal 1997; 46(10): 521-3.
- Treatment of Persistent *Pfiesteria* Human Illness Syndrome, MMJ 1998; 47(7): 64-66.
- Co-author, Grattan et al, Lancet 1998; 352: 532-41.  Learning and memory difficulties after environmental exposure to waters containing *Pfiesteria* or *pfiesteria-like* dinoflagellates.
- Hippocrates 2000; February, <u>Viewpoint</u> Housecall: A crisis in the air restores a physician's faith in medicine
- Possible Estuary-Associated Syndrome, Environmental Health Perspectives 2001; 109(5): 539-545. Grand Rounds in Environmental Medicine
- Residential and Recreational Acquisition of Possible Estuarine Associated Syndrome:  A New approach to Successful Diagnosis and Therapy, Environmental Health Perspectives, Special CDC *Pfiesteria* Supplement, 2001; 109S5; 791-796.
- How Sick is Your Building and What You can do About it, Filtration News, June, 2001
- Getting Inside Sick Building Syndrome, Filtration News, July, 2001
- American Diabetes Association, Diabetes 2002; 51(2) Supplement: A133.  Use of pioglitazone to prevent intensification of persistent symptoms following cholestyramine treatment of patients with Post-Lyme syndrome
- A Primer in Sick Building Syndrome:  Lessons from the Somerset County District Court, Filtration News June, 2002
- Lyme Times 2002; 33: 13-16.  Lyme, an Infectious Disease and a Neurotoxin Illness.
- Lyme Times 2002; 33: 38-40. Someone Has to Tell; a patient's story.
- Environmental Health Perspectives 2002; 110: A121-A123, letter.  Visual contrast sensitivity, response.
- Environmental Health Perspectives 2003; 111(1): A18-19, letter.  Neuropsychologic Testing versus Visual Contrast Sensitivity:  Response.
- Medical Conditions Arising From Environmental Conditions, interview, Filtration News, July 2003
- Moldy buildings:  It's a jungle in there.  Filtration News, Nov 2004
- Neurotoxicology and Teratology, January 2005.  R. Shoemaker and D. House, A time-series of sick building syndrome; chronic, biotoxin-associated illness from exposure to water-damaged buildings. Neurotoxicology and Teratology 2005; 27(1) 29-46.
- Sick Building Syndrome in water-damaged buildings: Generalization of the chronic biotoxin-associated illness paradigm to indoor toxigenic fungi; 5/2005; Pg 66-77 in Johanning E. Editor, <u>Bioaerosols, Fungi. Bacteria, Mycotoxins and Human Health.</u> R Shoemaker, JM Rash, EW Simon.
- To Build a Safe House, Filtration News, June 2005

- Defining Sick Building Syndrome in adults and children in a case-control series as a biotoxin-associated illness: diagnosis, treatment and disorders of innate immune response, MSH, split products of complement. IL-1B, IL-10, MMP9, VEGF, autoimmunity and HLA DR; American Society of Tropical Medicine and Hygiene; 12/14/05
- C3a and C4a: complement split products identify patients with acute Lyme disease; ASTMH, 12/4/05
- MMP9, visual contrast sensitivity, C3a, C4a and HLA DR: New diagnostic aids in acute and chronic Lyme disease, ASTMH, 12/14/05
- Atovaquone plus cholestyramine in patients co-infected with *Babesia microti* and *Borrelia burgdorferi* refractory to other treatment, Advances in Therapy 2006; 23(1): 1-11. Shoemaker RC, Hudnell KH, House DE, van Kempen A, Pakes GE for the COL 40155 Study Team.
- American Society for Microbiology Biodefense Research meeting 2/16/06 Hyperacute physiological changes following prospective exposures to environmental sources of trichothecene toxins in water-damaged buildings (WDB): a Stealth toxin is revealed.
- SBS and exposure to water damaged buildings: time series study, clinical trial and mechanisms; submitted, Neurotoxicology and Teratology 3/27/06, accepted for publication 7/31/06. R Shoemaker, D House. Internet location: doi: 10.1016/j.ntt.2006.07.003. Published as NTT 2006; 28: 573-588.
- Mold Illness after Katrina: The truth you haven't heard. Filtration News, May, June 2006
- AAAAI; rebuttal to Bush position paper, endorsed by >100 PhD and MDs; submitted 5/06, accepted 7/8/06, JACI 2006; 118: 764-766. Co-authors: Harriett Ammann PhD; Richard Lipsey PhD; and Ed Montz PhD.
- C3a and C4a define acute Lyme disease: a prospective trial. Submitted, The Lancet 9/06. R Shoemaker, P Giclas and M Glovsky.
- ASTM International, Section D22, Boulder Colorado 7/27/06. Bringing science to bear on moisture and mold in the built environment. "Defining causality of a biotoxin-associated illness by exposure to water-damaged buildings: a case control series."
- ASTMH 11/06 (accepted) Defining chronic ciguatera illness by abnormalities in innate immune responses: final common pathways of biotoxin-associated illnesses
- ASTMH 11/06 (accepted) Eight year follow-up of patients with Possible Estuarine Associated Syndrome (PEAS): symptom reduction didn't result in cure
- International Association for Chronic Fatigue Syndrome 1/14/07. Treatment of elevate C4a in patients with CFS using low doses of erythropoietin safely reduces symptoms and lowers C4a: a prospective clinical trial.
- International Association for Chronic Fatigue Syndrome 1/14/07. Treatment of CFS patients with elevated C4a using low dose erythropoietin corrects abnormalities in central nervous system metabolites and restores executive cognitive functioning.
- International Association for Chronic Fatigue Syndrome 1/14/07. Treatment of CFS patients with low levels of vasoactive intestinal polypeptide (VIP) and shortness of breath with tadalafil improves exercise tolerance and pulmonary artery pressure responses to exercise.
- Inside Indoor air quality 4/15/07, with King-teh Lin PhD. Filtration News May/June 2007.
- ASTMH 11/07 (submitted). Correction of central nervous system metabolic abnormalities, deficits in executive cognitive functioning and elevated C4a: a clinical trial using low dose erythropoietin in patients sickened by exposure to water-damaged buildings.
- ASTMH 11/07 (submitted). Sequential upregulation of innate immune responses during acute acquisition of illness in patients exposed prospectively to water-damaged buildings.
- ASTMH 11/07 (submitted). Defining mold illness in children: a chronic inflammatory illness with distinctive biomarkers.

**Peer reviewer:**

Environmental Health Perspectives; Special CDC Pfiesteria issue, 2001
Environmental Research; 2003, 2004

**Graduate degree examiner**
University on Newcastle, Australia 10/04. Delta hemolysins production of long-term *Staphylococcus epidermidis* cultures. Hai Lin, Environmental and Life Sciences.

**Presentations:**

- **4/10/00** Regional Meeting American Society of Microbiology, Lewes, Delaware.
  A new approach to diagnosis and treatment of chronic Lyme disease: vision, cytokines, and cholestyramine.
- **5/10/00**- Chico, Calif.  Lyme disease as a Neurotoxin and Cytokine-Mediated Illness
- **9/21/00** Lewes, Delaware.  Center for the Inland Bays "*Pfiesteria* Human Illness Syndrome and Blue Green Algae Syndrome: Emerging Estuarine Health Threats"
- **9/24-25/00** Tallahassee, Florida.  Florida Department of Environmental Protection  Diagnosis and Treatment of a chronic neurotoxin-mediated illness from an unknown microbe at the Casteen Roads.
- **11/4/00**, Princeton, New Jersey. Annual Scientific Conference of the Lyme Disease Association Hypoperfusion of retina and neural rim of optic nerve head as biomarker for the chronic neurotoxin-mediated illness of Lyme disease.
- **10/25/00** American Psychiatric Association, Annual Meeting, Philadelphia, PA. Environmental Acquisition of Psychiatric Illness
- **10/30/00** Annual Meeting of American Society of Tropical Medicine and Hygiene, Houston, Texas.
  A new approach to diagnosis of chronic *ciguatera* illness and successful treatment with cholestyramine
- **6/01/01** Delaware Medical Society, Lewes, Delaware.  Approach to Diseases Caused by Neurotoxins
- **11/09/01** Lyme Disease Association, Princeton, NJ. Acute Lyme Disease
- **11/10/01** ILADS. Princeton, NJ, Co-infection with apicomplexans and Lyme, role of extrachromosomal plastid DNA and persistent symptoms
- **11/30/01** International Society of Neurobiology, Seattle, Washington. Neurotoxins and solutions to questions raised by chronic fatiguing illnesses
- **2/14/02** American Academy of Environmental Medicine, St. Louis, Missouri, an 8 hour tutorial. Challenges to Clinical Paradigms:  Cytokines, neurotoxins and vision
- **6/24/02 8th** International Symposium of Neurotoxicology, Brescia, Italy. Co-Chair (with Ken Hudnell, Ph.D.) of Biotoxin Session.  Three lectures:  Sick Building Syndrome:  Possible Association with Exposure to Mycotoxins from Indoor Air Fungi (to date, the largest study on SBS in the world's literature, 103 patients and 43 buildings); Use of pioglitazone to prevent intensification of persistent symptoms following cholestyramine treatments of patients with Post-Lyme Syndrome: the multisite trial. Metallic Taste, a marker of neurotoxicity.
- **9/17/02** Environmental and Occupational Health Sciences Institute, Occupational Medicine Residency Program, Robert Wood Johnson Medical School, Piscataway, NJ; Neurotoxin mediated illnesses: A new approach to medically unexplained symptoms.
- **9/20/02**    International College of Integrative Medicine, Grand Rapids, Michigan. Neurotoxins, hypothalamic hormones and chronic fatiguing illnesses
- **11/15/02 ASTMH** Denver, Colo, Use of atovaquone and cholestyramine in patients co-infected with *Borrelia burgdorferi* and *Babesia microti*, refractory to all antibiotic regimens (GlaxoSmithKline funded research).
- **12/6/02 Faculty** member, National panel, Wright State University, Michigan.  Interim clinical guidelines for the diagnosis and treatment of mold associated medical disorders; presented, "A new paradigm for diagnosis and treatment of Sick Building Syndrome, a biotoxin associated illness."
- **2/20/03 Univ Connecticut**, Pathobiology seminar, "Biotoxins, vision, inflammatory cytokines and hypothalamic hormones in primary care medicine:  From Post-Lyme Syndrome to Sick Building Syndrome, a new paradigm for medically uncertain symptoms.
- **7/11/03 Harris Chain of Lakes Restoration Commission,** Lake County, Florida. St. John's River Water Management District, invited lecture:  Human health effects following exposure to toxigenic cyanobacteria:  diagnosis, treatment and environmental implications
- **9/10/03 5th International Conference on Bioaerosols, Fungi, Bacteria, Mycotoxins and Human Health,** Saratoga Springs, NY (peer reviewed). Sick building syndrome in water damaged buildings: Generalization of the chronic biotoxin associated illness paradigm to indoor toxigenic fungi (156 patients in 150 buildings).
- **9/25/03 13th annual Environmental Information Association. Myrtle Beach, SC,** keynote. The clear link between mold exposure and human health:  What you need to know

- **10/30/03 Mold 5 National Institute of Building Sciences, Building envelope and thermal environment committee,** San Diego, Cal, keynote, Human health effects from exposure to toxigenic fungi: The proof of causation is here.
- **11/25/03 Crossing boundaries:    Medical Biodefense and Civilian/Military Medicine; First International conference, sponsored by George Mason University, National Center for Biodefense and Georgetown University,** Arlington, Va.  Diagnosis and Treatment of Biotoxin Associated Illnesses: Learning for the future from Today's Example
- **12/02/03 Special Report to the Federal Research Committee on Gulf War Illness.** Gulf War Illness as a Biotoxin Illness:  Report of a cohort of exposed veterans.
- **1/10/04 Invited speaker, National Center for Biodefense, George Mason University.** Physiology of chronic biotoxin illness.
- **4/30/04 American Society for Microbiology, Integrating Metabolism and Genomics,** Montreal, Quebec.  Linkage disequilibrium of HLA DR genotypes, autoantibodies and wingspan/height ratios in patients with environmentally acquired toxigenic illness
- **5/25/04 104th General meeting of American Society for Microbiology,** New Orleans, Louisiana. Melanocyte Stimulating Hormone (MSH) Deficiency in Chronic Fatigue Syndrome Associated with Nasal Carriage of Coagulase Negative Staphylococci
- **6/22-23 2004 Mealey's National Mold Litigation Conference,** Orlando, Florida.  Invited speaker, Emerging medical issues in mold illness.
- **10/8/04 American (now International) Association for Chronic Fatigue Syndrome,** Madison, Wisconsin. Chronic Fatigue Syndrome:  Lessons from the Biotoxin Pathway
- **12/4/04 Johns Hopkins University, Occupational and Environmental Medicine Conference,** Chronic Illness from Water-Damaged Buildings:  Just Another Stop Along the Biotoxin Pathway
- **12/9-10/04 Mealey's Construction Defect and Mold Litigation Conference, Las Vegas, Nevada,** Why the Institute of Medicine Report is Stale
- **9/6-10/05 International Symposium on Cyanobacteria and Harmful Algal Blooms, US EPA** Research Triangle Park, NC.  Characterization of chronic human illness associated with exposure to cyanobacterial harmful algal blooms predominated by *Microcystis*
- **11/2/05 Mid-Shore Lyme Disease Association,** Acute and chronic Lyme disease:  lessons from the Biotoxin Pathway.  Easton, Maryland.
- **2/16/06 Drexel University School of Medicine, Philadelphia, Pa. Visiting professor series.** It's a Long Way from Pocomoke
- **3/4/06 CAM Expo East, NYC, NY.** Physiology of fibromyalgia and Chronic Fatigue Syndrome
- **3/25/06 Mid-Shore Lyme Disease Association,** Easton, Md.  Rise of the innates; Lyme disease 2006:lessons from a billion years ago
- **4/1/06** Third Annual Mold Conference, Houston, Texas.  Mold Illness:  So What do We Really Know?
- **5/6/06** American College for Advancement in Medicine, Dallas Texas. Lyme disease update:  Rise of the innates
- **6/28/07** Quarterly Medical Director's Conference; Department of Mental Health Services, State of Virginia, "Inflammatory central nervous system illness caused by environmental exposures presenting as psychiatric illness."

**Posters:**

| | |
|---|---|
| **12/10/98** | Georgetown Center for Food Policy, Washington, D.C. |
| | 1.  *Pfiesteria*; Diagnosis and Treatment |
| | 2.  Environmental Factors Contributing to *Pfiesteria* Blooms |
| **6/15/99** | Maryland Academy of Family Practice Annual Meeting |
| | 1.  *Pfiesteria* Human Illness Syndrome |
| | 2.  Use of Troglitazone in Treatment of Hyperinsulinemic Obesity |
| **5/01/00** | Association of Research in Vision and Ophthalmology, Fort Lauderdale, Florida. |
| | 1.  Use of Contrast Sensitivity in Diagnosis of Chronic Neurotoxin-Mediated Illness |
| **6/4/00** | US EPA National Health and Environmental Effects and Research Lab |
| | 1. Human Health and Environmental Indicators |
| | 2. Possible Estuarine Associated Syndrome, Diagnosis and Treatment |
| **10/18/00** | CDC National Pfiesteria Conference Stone Mountain, Georgia |

        1.   Evidence of Successful treatment of the chronic neurotoxin-mediated illness of Possible Estuarine Associated Syndrome
        2.   Possible *Cylindrospermopsis* Associated Human Illness Syndrome

**6/20/01**      81st Meeting of Endocrine Society, Denver, Colorado
        1.   Use of Rosiglitazone in Treatment of   Hyperinsulinemic Obesity (SmithKlineBeecham funded research)

**6/15/02**      San Francisco, American Diabetes Association
        1.   Use of Pioglitazone to Prevent Intensification of Persistent Symptoms following Cholestyramine Treatment of Patients with the Post-Lyme Syndrome (Takeda Pharmaceuticals North America, funded research)

**11/15/02**    Denver, Colorado, ASTMH
        1.   Differential Association of HLA DR by PCR Genotypes with Susceptibility to Chronic, Neurotoxin-Mediated Illnesses

**9/10-9/12/03** Saratoga Springs, NY 5th International Conference on Bioaerosols, Fungi. Bacteria, Mycotoxins and Human Health.
        1.   Sick Building Syndrome, diagnosis and treatment of a biotoxin associated illness with multiple biomarkers:  prospective confirmation of causation in 156 patients from 150 buildings using 11 different biomarkers

**10/8/04**     American Association for Chronic Fatigue Syndrome, Madison, Wisconsin
        1.   Chronic Fatigue Syndrome:  Lessons from the Biotoxin Pathway;

**CME Speaker:**
   **6/20/00**     Maryland Academy of Osteopathic Physicians, Ocean City, Maryland Annual Meeting.
        1.   A physician's approach to diagnosis and treatment of chronic neurotoxin-mediated illnesses.

**American Society of Bariatric Physicians:**
**4/10/99**      Phoenix, Arizona Regional Meeting
        1.   Use of troglitazone in treatment of hyperinsulinemic obesity.

**10/30/99**    Las Vegas, Nevada.  Annual Meeting
        1.   Rational use of the Glycemic Index

**5/10/00**  Portland, Oregon, Regional Meeting
        1.   Environmental acquisition of defects in insulin receptor physiology

**10/4/00**     Washington, D.C. Annual Meeting
        1.   Hypoperfusion, tumor necrosis factor alpha and environmental acquisition of diabetes and obesity

**4/15/01**     Houston, Texas.
        1.   Use of Rosiglitazone in treatment of Hyperinsulinemic Obesity in Non-Diabetics

**4/15/99**     WV Academy of Physician Assistants, Davis, WV.
        1.   The No-Amylose Diet

**Congressional testimony:**  House of Representatives 9/22/04 staff briefing and press conference Member John Conyers; Health effects of exposure to water-damaged buildings; US Senate staff meeting 1/12/06, Human health effects of mold exposure, Senator Edward Kennedy.

**Maryland Senate testimony:**  Commentary on indoor air quality task force at invitation of Senator Rob Garagiola 3/29/06

**IRB Studies**
      a.  SmithKline Beecham 9/99   IRB: Quorum
          Use of rosiglitazone in treatment of hyperinsulinemic obesity.
      b.  Glaxo Wellcome 10/00   IRB: Copernicus Group
          Use of Mepron (atovaquone) in patients with *Borrelia burgdorferi* coinfected with *Babesia microti* refractory to antibiotics and cholestyramine.
      c.  Protocol IND 63,993 Use of Melanocyte Stimulating Hormone in Patients with Chronic Fatigue

d. Protocol SBS 51326 Use of visual contrast sensitivity testing and cholestyramine therapy in diagnosis and treatment of environmentally-acquired, chronic, neurotoxin-mediated illness from indoor exposure IRB Copernicus 7/23/02
e. SPL-CFS 123 Treatment of Chronic Fatigue Syndrome in patients with nasal colonization of multiply antibiotic resistant, biofilm-forming species of coagulase negative Staph using nasal instillation of diluted Staphage Lysate® IRB Copernicus 11/27/03
f. Retrospective use of laboratory results in a report of group results: Complement split products C3a, C4a, MMP9 and visual contrast sensitivity are markers for acute acquisition of Lyme disease. IRB Copernicus Group, 9/8/05
g. Retrospective use of individual laboratory results in a report of group results: Defining Sick Building Syndrome in adults and children as a biotoxin-associated illness. IRB Copernicus Group 10/20/05
h. Retrospective use of individual laboratory results in a report of group results: Eight-year follow-up of Possible Estuarine Associated Syndrome cases and controls. IRB Copernicus Group 11/7/05

**Lecturer** Medical Mutual Insurance Company 2/00  Risk Management in Primary Care

**Awards**
- American Academy of Family Practice, Finalist, National Family Practice Physician of the Year, 2002
- Maryland Family Practice Doctor of the Year 2000, MAFP
- Maryland Governor's Volunteer of the Year for the Environment, 4/97
- Local Governor's Advisory Committee for Innovation and Restoration of Chesapeake Bay 1994
- State of Maryland Bill Jones Environmental Award 1995
- Maryland Dept. Agriculture Conservator of the Year 1994
- Good Neighbor Award 1993
- Dr. Henry P. and M. Page Laughlin Award for Distinguished Authorship/Editorial Award 5/98
  - (Maryland Medical Journal)

**Commencement Speaker**
- Malcolm Grow Medical Center (Andrews AFB 6/98)

**CME Speaker**
- Audio Digest Vol. 47 No. 22 6/99 Washington D.C.
- Audio Digest Vol. 48 No. 14 12/99 Washington D.C.

**Internet links**

- http://www.ImmuneSupport.com/library/showarticle.cfm/id/4291/searchtext/neurotoxins/.
- http:// www. ImmuneSupport.com/library/showarticle.cfm/id/3990/searchtext/neurotoxins/.

**Patents applications, provisional**

- PAI-1 and TNF as markers for the inflammatory basis of type II diabetes, obesity and atherosclerosis. US Provisional patent Serial no 60/356,541
- Use of alpha melanocyte stimulating hormone to treat patients with chronic fatigue syndrome. US Patent Provisional Serial no.: 60/356/539.
- Use of thiazolidinediones as an adjunct to diet in treatment of hyperinsulinemic obesity; importance of the No-Amylose diet. US Patent Provisional Serial no.: 60/356,690
- Pretreatment of patients with Post-Lyme Syndrome with pioglitazone before use of cholestyramine prevents intensification: Vision, neurotoxins and cytokines. US Patent Provisional Serial no.: 60/333,335

**Completed Patent application**

- "Methods for treating or inhibiting Sick Building Syndrome, Post-Lyme Syndrome, and/or Chronic Fatigue Syndrome." Inventors Ritchie Shoemaker MD and H. Kenneth Hudnell, Ph.D. PCT Patent application no PCT/US03/04137

**Health Investigations and treatment, cohorts of patients exposed to toxigenic fungi (> 4 patients)**

- Glenwood Springs, Colorado. Robert Cordova, leader of cohort. 7/28/06 14 patients.
- Fraternal Order of Police; Queen Anne's County, Maryland 5/06 8 patients
- St. Bernard Parish, Louisiana, on the Scotia Prince 2/06; conjoint investigation with Richard Lipsey, PhD; firefighters, homeless adults and children, Parish employees, ship's crew and health care workers 212 patients
- Residences at the Ritz; Ritz Carlton 1155 and 1111 23rd St NW Washington DC 8 patients
- Newmarket Courthouse, Toronto, Ontario, Canada. 12/04-present; 300 employees at risk
- International Marine Terminal, Portland, Maine. 11/05. 16 patients.
- Topsail (NC) School District. 9/04. 260 patients.
- Prince Georges County Fraternal Order of Police; Oxon Hill, Md. 6/03. 52 patients.
- Hampton Bays United Free Elementary School, Long Island, NY. 5/03. 44 patients.
- State Iowa Dept Corrections, Davenport, Iowa. 1/03. 10 patients.
- Baltimore-Washington Conference United Methodist Church, Columbia, Md. 12/02. 55 patients
- Eastern Correctional Institution, Westover, Md. 5/02. 11 patients.
- Accomack County (Virginia) Social Services Building. 4/02. 11 patients.
- Multi-Services Building 201 Baptist St., Salisbury, Md. 4/02. 20 patients.
- Police Department Berlin, Md. 4/02. 5 patients.
- Somerset County Library, Princess Anne, Md. 2/02. 13 patients.
- Somerset County Circuit Court, Princess Anne, Md. 10/01. 5 patients.
- Somerset County District Court, Princess Anne, Md. 6/01. 12 patients.
- Worcester County Board of Education Newark, Md. 5/99. 8 patients.
- Wicomico County Sheriffs Department, Salisbury, Md. 2/99. 25 patients.

**Papers in preparation**

- Biofilm formation makes multiply antibiotic resistant coagulase negative staphylococci pathogens in low MSH patients
- Pediatric mold illness: inflammatory links to autoimmunity
- HLA in illness and disease: equilibrium dissociation and biotoxin illness susceptibility

# ATTACHMENT 3

## Denicole Young

## Medical Records Index

### A. Unity Health Care, Inc.

| Tab | Date | Provider | Description |
|-----|------|----------|-------------|
| 1. | 6/16/06 | Amire Henry, M.D. | Swollen Ankles |
| 2. | 3/27/06 | Amire Henry, M.D. | Chest Aches, Body Aches |
| 3. | 1/26/06 | Amire Henry, M.D. | Asthma |
| 4. | 11/8/05 | Amire Henry, M.D. | Pain from Appendectomy |
| 5. | 6/20/05 | Barba Mittleman, M.D. | Swollen Ankle |
| 6. | 6/7/05 | Amire Henry, M.D. | Swelling |
| 7. | 4/11/05 | Amire Henry, M.D. | Sick |
| 8. | 4/5/05 | Amire Henry, M.D. | Asthma, Allergies |
| 9. | 2/16/05 | Amire Henry, M.D. | Swelling, Allergies (lab results) |
| 10. | 1/5/05 | Amire Henry, M.D. | Ankle/Hand Edema |
| 11. | 11/30/04 | Asha Subramanian, M.D. | Swelling (lab results) |
| 12. | 11/15/04 | Barba Mittleman, M.D. | Pain in Hands, Ankle |
| 13. | 7/27/04 | Amire Henry, M.D. | Prescription Rewrite |
| 14. | 6/28/04 | -- | Swelling |
| 15. | 6/9/04 | Raval, M.D. | Swelling |
| 16. | 5/19/04 | Penny Jacobs Croup | Swelling |
| 17. | 4/19/04 | Penny Jacobs Croup | Allergies |
| 18. | 3/10/04 | Raval, M.D. | Sick (Ltr. From Irani) |
| 19. | 1/14/04 | Amire Henry, M.D. | Heartburn |
| 20. | 8/14/03 | Amire Henry, M.D. | Rash |
| 21. | 8/8/03 | Raval, M.D. | Lab Results |
| 22. | 7/30/03 | Raval, M.D. | Referred, assessed w/ asthma & edema |
| 23. | 7/28/03 | Raval, M.D. | Asthma attack, swelling |
| 24. | 7/17/03 | Raval, M.D. | Asthma & Allergies |
| 25. | 6/23/03 | Raval, M.D. | Asthma attack follow up |
| 26. | 5/15/03 | Raval, M.D. | Asthma/Allergies follow up |
| 27. | 5/3/03 | Raval, M.D. | Asthma, Allergies follow up |
| 28. | 4/28/03 | Raval, M.D. | Asthma, Allergy follow up |
| 29. | 3/26/03 | Penny Jacobs Croup | Asthma attack follow up |
| 30. | 3/11/03 | Penny Jacobs Croup | Allergy follow up |
| 31. | 2/25/03 | Penny Jacobs Croup | Allergy follow up |
| 32. | 11/5/02 | Raval, M.D. | Allergy follow up |
| 33. | 9/24/02 | Raval, M.D. | Mold Exposure |
| 34. | 4/22/02 | -- | Mass under chin, follow up |
| 35. | 4/1/02 | -- | Mass under chin |
| 36. | -- | -- | Referrals/Consult Requests |
| 37. | -- | -- | Summary of Medical Info. |
| 38. | 3/31/04 | Raval , M.D. | Unrelated Dental |
| 39. | -- | -- | DC/Healthcare Plan/ Disabilty Forms |
| 40. | 2/7/07 | -- | Cover Sheet Enclosing Records |

## B.  George Washington University Medical Faculty Associates

| Tab | Date | Provider | Description |
|-----|------|----------|-------------|
| 41. | 10/1/05 | GW MFA | Tests |
| 42. | 7/12/05 | D. Ein, M.D. | Notes |
| 43. | 7/20/05 | D. Ein, M.D. | Notes |
| 44. | 9/29/05 | R. Ginsburg, M.D. | Tests |
| 45. | 7/20/06 | T. Crimmins, M.D. | Notes |
| 46. | 7/21/06 | T. Crimmins, M.D. | Tests |
| 47. | 10/10/06 | T. Crimmins, M.D. | Tests |
| 48. | 11/28/06 | T. Crimmins, M.D. | Tests |
| 49. | 11/29/06 | T. Crimmins, M.D. | Notes |
| 50. | -- | S. Hasselquist, M.D. | Tests and Notes |

## C.  National Institutes of Health

| Tab | Date | Provider | Description |
|-----|------|----------|-------------|
| 51. | 7/14/04 | NIH | Medical File |

## D.  Calvert Internal Medicine

| Tab | Date | Provider | Description |
|-----|------|----------|-------------|
| 52. | 1995-2000 | Calvert Internal Medicine | Assorted medical records |

# Denicole Young

## Medical Records Index

## George Washington University Hospital

| Tab | Date | Provider | Discription |
|-----|------|----------|-------------|
| A. | 9/6/02 | Jeffrey Smith, M.D. | Medical Imaging Notes |
| B. | 9/6/02 | Jeffrey Smith, M.D. | Hematology Tests from ER |
| C. | 9/13/02 | GWU Hospital | Respiratory Issues |
| D. | 3/21/03 | GWU Hospital | Asthma |
| E. | 4/15/03 | GWU Hospital | Intubation |
| F. | 5/18/04 | GWU Hospital | Hospital Records |
| G. | 7/20/04 | GWU Hospital | Allergic Reaction/Asthma |
| H. | 3/20/05 | GWU Hospital | Shortness of Breath |
| I. | 4/18/05 | GWU Hospital | Allergic Reaction |
| J. | 9/25/05 | GWU Hospital | Appendicitis |
| K. | 3/27/06 | GWU Hospital | ER Record |
| L. | 4/4/06 | GWU Hospital | ER Record |
| M. | 6/26/06 | GWU Hospital | ER Record |
| N. | 7/16/06 | GWU Hospital | ER Record |
| O. | 12/7/06 | GWU Hospital | ER Record |

## VANESSA G. GHEE

### MEDICAL RECORDS AND EXPENSES INDEX

| No. | MEDICAL PROVIDER | DOCUMENT TYPE | DATES OF SERVICE |
|-----|-----------------|---------------|------------------|
| 1. | G.W. University Hospital | *Records* | 9/6/02, 9/13/02, 1/10/04, 9/24/04, 1/27/06(unrelated). |
| 2. | G.W. University Hospital | *Bills* | 6/20/02, 9/13/02, 1/10/04, 9/24/04, 1/27/06. |
| 3. | DAVID EISENMANN, M.D. | *Records* | 2/7/05 2/16/05 |
| 4. | DAVID EISENMANN, M.D. | *Expenses* | 2/7/05 2/16/05 |
| 5. | VALERIE AUGELL CARREGAL, M.D. | *Records* | 3/3/05 |
| 6. | VALERIE AUGELL CARREGAL, M.D. | *Expenses* | 3/3/05 |
| 7. | WASHINGTON RADIOLOGY ASSOCIATES, P.C. | *Records* | 2/7/05 |

# ATTACHMENT 4

**Current WDB References 06/22/07**

**EPA**

1. Mudarri D, Fisk WJ. Public health and economic impact of dampness and mold. Indoor Air 2007; 17: 226-236.

**Causality**

1. Hill AB. The environment and disease: association or causation? Proceedings of Royal Society of Medicine Section of Occupational Medicine 01/14/65; 295-230.

2. Kundi M. Causality and the interpretation of epidemiologic evidence Environmental Health Perspectives 2006; 114(7): 969-974.

3. Phillips CV, Goodman KJ. The missed lessons of Sir Austin Bradford Hill. Epidemiologic Perspectives and Innovations 2004; 1(3): 1-5.

4. Carbone M, Klein G, Gruber J, Wong M. Modern criteria to establish human cancer etiology. Cancer Research 2004; 64: 5518-5524.

5. Altman DG, Bland JM. Absence of evidence is not evidence of absence. BMJ 1995; 311: 485.

6. Maldonado G, Greenland S. Estimating causal effects. International Journal of Epidemiology 2002; 31: 422-429.

7. Broderick G, Craddock RC, Whistler T, Taylor R, Klimas N, Unger ER. Identifying illness parameters in fatiguing syndromes using classical projection methods. Pharmacogenomics 2006; 7(3): 407-419.

**VCS**

1. Frederick R, Furtaw Jr EJ, Haugland RA, Hudnell K, Kolb L, Menetrez MY, Macler B, Selgrade MK, Shoemaker JA, Van Emon JM, Vesper SJ, Ward MW, Wymer LJ. Exposure of children to indoor molds. EPA Science Forum 2004; http://cfpub2.epa.gov/ordpubs/nerlpubs/nerlpubs_mcear_2004.cfm?ActType=Pu

**CDC/New Orleans**

1. Redd SC. State of the science on molds and human health. 2002; 1-10.

2. Rao CY, Riggs MA, Chew GL, Muilenburg ML, Thorne PS, Van Sickle D, Dunn KH, Brown C. Characterization of airborne molds, endotoxins, and glucans in homes in New Orleans after Hurricanes Katrina and Rita. Applied and Environmental Microbiology 2007; 73(5): 1630-1634.

3. Verhoeff AP, Burge HA. Health risk assessment of fungi in home environments. Ann Allergy Asthma Immunol 1997; 78: 544-556.

4. Gent JF, Ren P, Belanger K, Triche E, Bracken MB, Holford TR, Leaderer BP. Levels of household mold associated with respiratory symptoms in the first year of life in a cohort at risk for asthma. Environmental Health Perspectives 2002; 110(12): A781-A786.

5. Solomon GM, Hjelmroos-Koski M, Rotkin-Ellman M, Hammond SK. Airborne mold and endotoxin concentrations in New Orleans, Louisiana, after flooding, October through November 2005. Environmental Health Perspectives 2006; 114(9): 1381-1386.

6. Chew GL, Wilson J, Rabito FA, Grimsley F, Iqbal S, Reponen T, Muilenberg ML, Thorne PS, Dearborn DG, Morley RL. Mold and endotoxin levels in the aftermath of Hurricane Katrina: a pilot project of homes in New Orleans undergoing renovation. Environmental Health Perspectives 2006; 114(2): 1883-1889.

7. Brandt M, Burkhart J, Burton NC, Cox-Ganser J, Damon S, Falk H, Fridkin S, Garbe P, Kreiss K, McGeehin M, Morgan J, Page E, Rao C, Redd S, Sinks T, Trout D, Wallingford KM, Warnock D, Weissman DN. Mold Prevention strategies and possible health effects in the aftermath of Hurricanes Katrina and Rita. CDC October 2005; 1-45.

**Canada Ministry of Health**

1. Minister of Health. Residential indoor air quality guideline for moulds. 2007-03-31 Canada Gazette Part I, 141(13).

**ERMI**
1. Vesper SJ, McKinstry C, Haugland RA, Iossofova Y, Lemasters G, Levin L, Hersgey GKK, Villareal M, Bernstein DI, Lockey J, Reponen T. Relative moldiness index as predictor of childhood respiratory illness. Journal of Exposure Science and Environmental Epidemiology 2006; 1-7.

2. Vesper S. Developing the EPA relative moldiness index based on mold-specific quantitative PCR. The Synergist 2006; 39-43.

3. Vesper SJ, McKinstry C, Yang C, Haugland RA, Keresmar CM, Yike I, Schluchter MD, Kirchner HL, Sobolewski J, Allan TM, Dearborn DG. Specific molds associated with asthma in water-damaged homes. JOEM 2006; 48(8): 852-858.

**Association Studies**
1. Hodgson MJ, Morey P, Leung WY, Morrow L, Miller D, Jarvis BB, Robins H, Halsey JF, Storey. Building-associated pulmonary disease from exposure to Stachybotrys chartarum and Aspergillus versicolor. J Occup Environ Med 1998; 40(3): 241-249.

2. Reijula K, Tuomi T. Mycotoxins of aspergilli: exposure and health effects. Front Biosci 2003; 8: s232-235.

3. Skaug MA, Eduard W, Stormer FC. Ochratoxin A in airborne dust and fungal conidia. Mycopathologia 2001; 151(2): 93-98.

4. Sebastian A, Larsson L. Characterization of the microbial community in indoor environments: a chemical-analytical approach. Appl Envir Microbiol 2003; 69: 3103-3109.

5. Horner WE, Worthan AG, Morey PR. Air- and dust mycoflora in houses free of water damage and fungal growth. Appl Environ Microbiol 2004; 70: 6394-6400.

6. Murtoniemi T, Nevalainen A, Suutari M, Toivola M, Komulainen H, Hirvonen MR. Induction of cytotoxicity and production of inflammatory mediators in raw 264.7 macrophages by spores grown on six different plasterboards. Inhal Toxicol 2001; 13(3): 233-247.

7. Bloom E, Bal K, Nyman E, Must A, Larsson L. Mass spectrometry-based strategy for direct detection and quantification of some mycotoxins produced by Stachybotrys and Aspergillus spp. in indoor environments. Applied and Environmental Microbiology 2007; 73(13): 4211-4217.

8. Boutin-Forzano S, Charpin-Kadouch C, Chabbi S, Bennedjai N, Dumon H, Charpin D. Wall relative humidity: a simple and reliable index for predicting Stachybotrys chartarum infestation in dwellings. Indoor Air 2004; 14(3): 196-199.

9. Menzies D, Comtois P, Pasztor J, Nunes F, Hanley JA. Aeroallergens and work-related respiratory symptoms among office workers. J Allergy Clin Immunol 1998; 101(1): 38-44.

10. Meyer HW, Wurtz H, Suadicani P, Valbjern O, Sigsgaard T, Gyntelberg F. Molds in floor dust and building-related symptoms among adolescent school children: a problem for boys only? Indoor Air 2005; 15(Suppl 10): 17-24.

11. Bornehag G, Sundell J, Sigsgaard T. Dampness in buildings and health (DBH): report from an ongoing epidemiological investigation on the association between indoor environmental factors and health effects among children in Sweden. Indoor Air 2004; 14(Suppl 7): 59-66.

12. Park JH, Cox-Ganser J, Rao C, Kreiss K. Fungal and endotoxin measurements in dust associated with respiratory symptoms in a water-damaged office building. Indoor Air 2006; 16: 192-203.

13. Andersson MA, Nikulin M, Koljajg U, Andersson MC, Rainey F, Reijula K, Hintikka EL, Salkinojia-Salonen M. Bacteria, molds, and toxins in water-damaged building materials. Applied and Environmental Microbiology 1997; 63(2): 387-393.

14. Dales RE, Burnett R, Zwanenburg H. Adverse health effects among adults exposed to home dampness and molds. Am Rev Respir Dis 1991; 143: 505-509.

15. Petola J, Andersson MA, Haahtela T, Mussalo-Rauhamaa H, Rainey FA, Kroppenstedt RM, Samsom RA, Salkinoja-Salonen MS. Toxic-metabolite-

producing bacteria and fungus in an indoor environment. Applied and Environmental Microbiology 2001; 67(7): 3269-3274.

16. Page EH, Trout DB. The role of Stachybotrys mycotoxins in building-related illness. AIHAJ 2001; 62: 644-648.

17. Wan GH, Li CS. Dampness and airway inflammation and systemic symptoms in office building workers. Archives of Environmental Health 1999; 54(1): 58-63.

18. Mahooti-Brooks N, Storey E, Yang C, Simcox NJ, Turner W, Hodgson M. Characterization of mold and moisture indicators in the home. Journal of Occupational and Environmental Hygiene 2004; 1: 826-839.

19. Cox-Ganser JM, White SK, Jones R, Hilsbos K, Storey E, Enright PL, Rao CY, Kreiss K. Respiratory morbidity in office workers in a water-damaged building. Environmental Health Perspectives 2005; 113(4): 485-490.

20. Gunnbjornsdottir MI, Franklin KA, Norback D, Bjornsson E, Gisason D, Lindberg E, Svanes C, Omenaas E, Norrman E, Jogi R, Jensen EJ, Dahlman-Hoglund A, Janson C. Prevalence and incidence of respiratory symptoms in relation to indoor dampness: the RHINE study. Thorax 2006; 61: 221-225.

21. Jacob B, Ritz B, Gehring U, Koch A, Bischof W, Wichmann HE, Heinrich J. Indoor exposure to molds and allergic sensitization. Environmental Health Perspectives 2002; 110(7): 647-653.

22. Gunnbjornsdottir MI, Norback D, Plaschke P, Norrman E, Bjornsson E, Janson C. The relationship between indicators of building dampness and respiratory health in young Swedish adults. Respir Med 2003; 94(4): 302-307.

23. Kyle AD, Woodruff TJ, Axelrad DA. Integrated assessment of environment and health: America's children and the environment. Environmental Health Perspectives 2006; 114(4): 447-452.

24. Weschler CJ, Wells JR, Poppendieck D, Hubbard H, Pearce TA. Workgroup report: indoor chemistry and health. Environmental Health Perspectives 2006; 114(3): 442-504.

25. Miller JD, Rand TG, Jarvis BB. Stachybotrys chartarum: cause of human disease or media darling? Medical Mycology 2003; 41: 271-291.

26. Jaakkola MS, Nordman H, Piipari R, Uitti J, Laitinen J, Karjalainen A, Hahtola P, Jaakkola JJK. Indoor dampness and molds and development of adult-onset asthma: a population-based incident case-control study. Environmental Health Perspectives 2002; 110(5): 543-547.

27. Gent JF, Ren P, Belanger K, Triche E, Bracken MB, Holford TR, Leaderer BP. Levels of household mold associated with respiratory symptoms in the first year of life in a cohort at risk for asthma. Environmental Health Perspectives 2002; 110(12); A781-A792.

28. Apostolakos MJ, Rossmoore H, Beckett WS. Hypersensitivity pneumonitis from ordinary residential exposures. Environmental Health Perspectives 2001; 109(9): 979-981.

29. Trout D, Bernstein J, Martinez K, Biagini R, Wallingford K. Bioaerosol lung damage in a worker with repeated exposure to fungi in a water-damaged building. Environmental Health Perspectives 2001; 109(6): 641-644.

30. Menetrez MY. Emission exposure model for the transport of toxic mold. Indoor and Built Environment 2004; 13(1); 75-82.

31. Craner J. Building-related illness in occupants of mold-contaminated houses: a case series. Eastern New York Occupational & Environmental Health Center 1999; 146-157.

32. Engelhart S, Loock A, Skutlarek D, Sagunski H, Lommel  A, Farber H, Exner M. Occurrence of toxigenic Aspergillus versicolor isolates and sterigmatocystin in carpet dust from damp indoor environments. Applied and Environmental Microbiology 2002; 68(8): 3886-3890.

33. Murtoniemi T, Nevalainen A, Hirvonen MR. Effect of plasterboard composition on Stachybotrys chartarum growth and biological activity of spores. Applied and Environmental Microbiology 2003; 69(7): 3751-3757.

34. Shelton BG, Kirkland KH, Flanders WD, Morris GK. Profiles of airborne fungi in buildings and outdoor environments in the United States. Applied and Environmental Microbiology 2002; 68(4): 1743-1753.

35. Sebastian A, Larson L. Characterization of the microbial community in indoor environments: a chemical-analytical approach. Applied and Environmental Microbiology 2003; 69(6): 3103-3109.

36. Hormer WE, Worthan AG, Morey PR. Air and dustborne mycoflora in houses of water damage and fungal growth. Applied and Environmental Microbiology 2004; 70(11): 6394-6400.

37. Burge HA. Health effects of biological contaminants. Indoor Air and Human Health Chapter 10 CRC Press 1996; 171-178.

38. Martinez KF, Rao CY, Burton NC. Exposure assessment and analysis for biological agents. Grana 2004; 43: 193-208.

39. Pessi AM, Suonketo J, Pentti M, Kurkilahti M, Peltola K, Rantio-Lehtimaki A. Microbial growth inside insulated external walls as an indoor air biocontamination source. Applied and Environmental Microbiology 2002; 68(2): 963-967.

40. Krauter P, Biermann A. Reaerosolization of fluidized spores in ventilation systems. Applied and Environmental Microbiology 2007; 73(7): 2165-2172.

41. Thrasher JD, Kilburn K, Immes N. Indoor environment resulting from water intrusion. Perspectives 2006; 4-53.

42. Flannigan B, McCabe EM, McGarry F. Allergenic and toxigenic micro-organisms in houses. Journal of Applied Bacteriology Symposium Supplement 1991; 70: 61S-73S.

43. Verhoeff AP, van Strien RT, van Wijnen JH, Brunekreef B. Damp housing and childhood respiratory symptoms: the role of sensitization to dust mites and molds. American Journal of Epidemiology 1995; 141(2): 103-109.

44. Malloy CD, Marr JS. Mycotoxins and public health: a review. J Public Health Management Practice 1997; 3(3): 61-69.

45. Smoragiewucz W, Cossette B, Boutard A, Krzystyniak K. Trichothecene mycotoxins in the dust of ventilation systems in office buildings. Int Arch Occup Environ Health 1993; 65: 113-117.

46. Johanning E, Biagini R, Hull D, Morey P, Jarvis B, Landsbergis P. Health and immunology study following exposure to toxigenic fungi (Stachybotrys chartarum) in a water-damaged office environment. Int Arch Occup Environ Health 1996; 68: 207-218.

47. Croft WA, Jarvis BB, Yatawara CS. Airborne outbreak of trichothecene toxicosis. Atmospheric Environment 1986; 20(3): 549-552.

48. Hodgson MJ, Morey P, Leung WY, Morrow L, Miller D, Jarvis BB, Robbins H, Halsey JF, Storey E. Building-associated pulmonary disease from exposure to Stachybotrys chartarum and Aspergillus versicolor. JOEM 1998; 40(3): 242-249.

49. Johanning E, Landsbergis P, Gareis M, Yang CS, Olmsted E. Clinical experience and results of a sentinel health investigation related to indoor fungal exposure. Environmental Health Perspectives 1999; 107(3): 489-494.

50. Sorenson WG. Fungal spores: hazardous to health? Environmental Health Perspectives 1999; 107(3): 469-472.

51. Rautiala S, Reponen T, Hyvarinen A, Nevalainen A, Vehvilainen A, Kalliokoski P. Exposure to airborne microbes during the repair of moldy buildings. American Industrial Hygience Asso Journal 1996; 57: 279-284.

52. Tuomi T, Reijula K, Johnsson T, Hemminki K, Hintikka EL, Lindroos O, Kalso S, Koukila-Kahkola P, Mussalo-Rauhamaa H, Haajtela T. Mycotoxins in crude building materials from water-damaged buildings. Applied and Environmental Microbiology 2000; 66(5): 1899-1904.

53. Redlich CA, Sparer J, Cullen MR. Sick-building syndrome. Lancet 1997; 349: 1013-1015.

## Mycotoxin Effects

1. Meloche JL, Smith TK. Altered tissue amino acid metabolism in acute T-2 toxicosis. Proc Soc Exp Biol Med 1995; 210(3): 260-265.

2. Smoragiewicz W, Cossette B, Boutard A, Krzystyniak K. Trichothecene mycotoxins in the dust of ventilation systems in office buildings. Int Arch Occup Environ Health 1993; 65(2): 113-117.

3. Charpin-Kadouch C, Maurel G, Felipo R, Queralt J, Ramadour M, Henri D, Garans M, Botta A, Charpin D. Mycotoxin identification in moldy dwellings. Journal of Applied Toxicology 2006; 26: 475-479.

4. Yike I, Distler Am, Ziady AG, Dearborn DG. Mycotoxin adducts on human serum albumin: biomarkers of exposure to Stachybotrys chartarum. Environmental Health Perspectives 2006; 114(8): 1221-1226.

5. Nieminen SM, Karki R, Auriola S, Toivola M, Laatsch H, Laatikainen R, Hyvarinen A, von Wright A. Isolation and identification of Aspergillus fumigatus mycotoxins on growth medium and some building materials. Applied and Environmental Microbiology 2002; 68(10): 4871-4875.

6. Brasel TL, Campbell AW, Demers RE, Ferguson BS, Fink J, Vojdani A, Wilson SC, Straus DC. Detection of trichothecene mycotoxins in sera from individuals exposed to Stachybotrys chartarum in indoor environments. Archives of Environmental Health 2004; 59(6): 317-323.

7. Brasel TL, Martin JM, Carriker CG, Wilson SC, Straus DC. Detection of airborne Stachybotrys chartarum macrocyclic trichothecene mycotoxins in the indoor

environment. Applied and Environmental Microbiology 2005; 71(11): 7376-7388.

8. Panaccione DG, Coyle CM. Abundant respirable ergot alkaloids from the common airborne fungus Aspergillus fumigatus. Applied and Environmental Microbiology 2005; 71(6): 3106-3111.

9. Bennett JW, Klich M. Mycotoxins. Clin Microbiol Rev 2003; 16(3): 497-516.

10. Rao CY, Brain JD Burge HA. Reduction of pulmonary toxicity of Stachybotrys chartarum spores by methanol extraction of mycotoxins. Applied and Environmental Microbiology 2000; 66(7): 2817-2821.

11. Wannemacher RW, Wiener SL. Trichothecene Mycotoxins. Textbook of Military Medicine: Medical Aspects of Chemical and Biological Warfare: Chapter 34.

12. Creasia DA, Thurman JD, Jones J, Nealley ML, York CG, Wannemacher RW, Bunner DL. Acute inhalation toxicity of T-2 mycotoxin in mice. Fundamental and Applied Toxicology 1987: 8: 230-235.

13. Karunasena E, Cooley JD, Douglas DR, Straus DC. Protein translation inhibition by Stachybotrys chartarum conidia with and without the mycotoxins containing polysaccharide matrix. Mycopathologia 2004; 158: 87-97.

14. Peltola J, Ritieni A, Mikkola R, Grigoriev PA, Pocafalvi G, Andersson MA, Salkinoja-Salonen MS. Biological effects of Trichoderma harzianum peptaibols on mammalian cells. Applied and Environmental Microbiology 2004; 70(8): 4996-5004.

15. Neville J, Hodgson M. Background and toxicity on some mycotoxins commonly found in water damaged buildings and outside ambient environment. PK-Jarvis Microbiological, LLC.

16. Sorenson WG, Frazer DG, Jarvis BB, Simpson J, Robinson VA. Trichothecene mycotoxins in aerosolized conidia of Stachybotrys atra. Applied and Environmental Microbiology 1987; 53(6): 1370-1375.

17. Etzel RA. Mycotoxins. JAMA 2002; 287(4): 425-428.


18. Jarvis BB, Salemme J, Morais A. Stachybotrys toxins. 1 Natural Toxins 1995; 3: 10-16.


19. Yike I, Rand TG, Dearborn DG. Acute inflammatory responses to Stachybotrys chartarum in the lungs of infant rats: time course and possible mechanisms. Toxicol Sci 2005; 84(2): 407-417.


20. Rand TG, Flemming J, David Miller J, Womiloju TO. Comparison of inflammatory responses in mouse lungs exposed to atranones A and C from Stachybotrys chartarum. J Toxicol Environ Health A 2006; 69(13): 1239-1251.


21. Rosenblum Lichtenstein JH, Molina RM, Donaghey TC, Brain JD. Strain differences influence murine pulmonary responses to Stachybotrys chartarum. Am J Respir Cell Mol Biol 2006; 35(4): 415-423.


22. Sorenson WG, Frazer DG, Jarvis BB, Simpson J, Robinson VA. Trichothecene mycotoxins in aerosolized conidia of Stachybotrys atra. Appl Environ Microbiol 1987; 53(6): 1370-1375.


23. Tuomi T, Reijula K, Johnsson T, Hemminki K, Hintilla EL, Lindroos O, Kalso S, Koukila-Kahkola P, Mussalo-Rauhamaa H, Haahtela T. Mycotoxins in crude building materials from water-damaged buildings. Appl Environ Microbiol 2000; 66(5): 1899-1904.


24. Nielsen KF, Gravesen S, Nielsen PA, Andersen B, Thrane U, Frisvad JC. Production of mycotoxins on artificially and naturally infested building materials. Mycopathologia 1999; 145(1): 43-56.


25. Hodgson MJ, Morey P, Leung WY, Morrow L, Miller D, Jarvis BB, Robbins H, Halsey JF, Storey E. Building-associated pulmonary disease from exposure to Stachybotrys chartarum and Aspergillus versicolor. J Occup Environ Med 1998; 40(3): 241-249.

26. Jarvis BB, Miller JD. Mycotoxins as harmful indoor air contaminants. Appl Microbiol Biotechnol 2005; 66(4): 367-372.

27. Fog Nielsen K. Mycotoxin production by indoor molds. Fungal Genet Biol 2003; 39(2): 103-117.

28. Fiedler K, Schutz E, Geh S. Detection of microbial volatile organic compounds (MVOCs) produced by moulds on various materials. Int J Hyg Environ Health 2001; 204(2-3): 111-121.

29. Gao P, Martin J. Volatile metabolites produced by three strains of Stachybotrys chartarum cultivated on rice and gypsum board. Appl Occup Environ Hyg 2002; 17(6): 430-436.

**Biowarfare**
1. Casadevall A, Pirofski LA. The weapon potential of human pathogenic fungi. Medical Mycology 2006; 44: 689-696.

2. Sidell FR, Takafuji ET, Franz DR. Medical aspects of chemical and biological warfare. 1997; NLM Unique ID: 9709389.

**Hormonal Effects**
1. Taylor MJ, Smart RA, Sharma RP. Relationship of the hypothalamic-pituitary-adrenal axis with chemically induced immunomodulation. I. Stress-like response after exposure to T-2 toxin. Toxicology 1989; 56(2): 179-195.

2. Desruisseaux MS, Nagajyothi, Trujillo ME, Tanowitz HB, Scherer PE. Adipocyte, adipose tissue, and infectious disease. Infection and Immunity 2007; 75(3): 1066-1078.

3. Gonzalez-Rey E, Chorny A, Delgado M. Regulation of immune tolerance by anti-inflammatory neuropeptides. Nature Reviews Immunology 2007; 7: 52-63.

**Fragments**

1. Cho SH, Seo SC, Schmechel D, Grinshpun SA, Reponen T. Aerodynamic characteristics and respiratory deposition of fungal fragments. Atmospheric Environment 2005; 39: 5454-5465.

2. Brasel TL, Douglas DR, Wilson SC, Straus DC. Detection of airborne Stachybotrys chartarum macrocyclic trichothecene mycotoxins on particulates smaller than conidia. Applied and Environmental Microbiology 2005; 71(1): 114-122.

3. Gorny RL, Reponen T, Willeke K, Schmechel D, Robine E, Boissier M, Grinshpun SA. Fungal fragments as indoor air biocontaminants. Applied and Environmental Microbiology 2002; 3522-3531.

4. Gorny RL. Filamentous microorganisms and their fragments in indoor air- a review. Ann Agric Environ Med 2004; 11: 185-197.

5. Panaccione DG, Coyle CM. Abundant respirable ergot alkaloids from the common airborne fungus Aspergillus fumigatus. Applied and Environmental Microbiology 2005; 71(6): 3106-3111.

6. Schulz T, Senkpiel K, Ohgke H. Comparison of the toxicity of reference mycotoxins and spore extracts of common indoor moulds. International Journal of Hygiene and Environmental Health 2004; 207(3): 267-277.

**Actinomycetes**

1. Penttinen P, Pelkonen J, Huttunen K, Hirvonen MR. Co-cultivation of Streptomyces of Streptomyces californicus and Stachybotrys chartarum stimulates the production of cytostatic compound(s) with immunotoxic properties. Toxicology and Applied Pharmacology 2006; 217: 342-351.

2. Gorny RL, Mainelis G, Grinshpun SA, Willeke K, Dutkiewicz J, Reponen T. Release of Streptomyces albus propagules from contaminated surfaces. Environmental Research 2003; 91: 45-53.

3. Huttunen K, Pelkonen J, Nielsen KF, Nuutinen U, Jussila J, Hirvonen MR. Synergistic interaction in simultaneous exposure to Streptomyces californicus and Stachybotrys chartarum. Environmental Health Perspectives 2004; 112(4): 659-665.

4. Martinez A, Kolvek SJ, Hopke J, Yip CLT, Osburne MS. Environmental DNA fragments conferring early and increased sporulation and antibiotic production in Streptomyces species. Applied and Environmental Microbiology 2005; 71(3): 1638-1641.

5. Murtoniemi T, Penttinen P, Nevalainen A, Hirvonen MR. Effects of microbial cocultivation on inflammatory and cytotoxic potential of spores. Inhal Toxicol 2005; 17(12): 681-693.

6. Penttinen P, Huttunen K, Pelkonen J, Hirvonen MR. The proportions of Streptomyces californicus and Stachybotrys chartarum in simultaneous exposure affect inflammatory responses in mouse RAW264.7 macrophages. Inhal Toxicol 2005; 17(2): 79-85.


**Bacteria/Endotoxin**
1. Buttner MP, Cruz-Perez P, Stetzenbach LD. Enhanced detection of surface-associated bacteria in indoor environments by quantitative PCR. Applied and Environmental Microbiology 2001; 67(6): 2564-2570.

2. Inoue KI, Takno H, Yanagisawa R, Hirano S, Sakurai M, Shimada A, Yoshikawa T. Effects of airway exposure to nanoparticles on lung inflammation induced by bacterial endotoxin in mice. Environmental Health Perspectives 2006; 114(9): 1325-1330.

3. Peltola J, Andersson MA, Haahtela T, Mussalo-Rauhamaa H, Rainey FA, Kroppenstedt RM, Samson RA, Salkinoja-Salonen MS. Toxic-metabolite-producing bacteria and fungus in an indoor environment. Applied and Environmental Microbiology 2001; 67(7): 3269-3274.

4. Gandara A, Mota LC, Flores C, Perez HR, Green CF, Gibbs SG. Isolation of Staphylococcus aureus and antibiotic-resistant Staphylococcus aureus from residential indoor bioaerosols. Environmental Health Perspectives 2006; 114(12): 1859-1864.

5.  Zughaier SM, Zimmer SM, Datta A, Carlson RW, Stephens DS. Differential induction of Toll-like receptor 4-MyD88-dependent and –independent signaling pathways by endotoxins. Infect Immun 2005; 73(5): 2940-2950.

6.  Medvedev AE, Lentschat A, Wahl LM, Golenbock DT, Vogel SN. Dysregulation of LPS-induced Toll-like receptor 4-MyD88 complex formation and IL-1 receptor-associated kinase 1 activation in endotoxin-tolerant cells. J Immunol 2002; 169(9): 5209-5216.

7.  Dobrovolskaia MA, Medvedev AE, Thomas KE, Cuesta N, Toshchakov V, Ren T, Cody MJ, Michalek SM, Rice NR, Vogel SN. Induction of in vitro reprogramming by Toll-like receptor (TLR) 2 and TLR4 agonists in murine macrophages: effects of TLR "homotolerance" versus "heterotolerance" on NF-kappa B signaling pathway components. J Immunol 2003; 170(1): 508-519.

8.  Zhou HR, Harkema JR, Hotchkiss JA, Yan D, Roth RA, Pestka JJ. Lipopolysaccharide and the trichothecene vomitoxin (deoxynivalenol) synergistically induce apoptosis in murine lymphoid organs. Toxicol Sci 2000; 53(2): 253-263.

9.  Islam Z, Moon YS, Zhou HR, King LE, Franker PJ, Pestka JJ. Endotoxin potentiation of trichothecene-induced lymphocyte apoptosis is mediated by up-regulation of glucocorticoids. Toxicol Appl Pharmacol 2002; 180(1): 43-55.

10. Islam Z, King LE, Fraker PJ, Pestka JJ. Differential induction of glucocorticoid-dependent apoptosis in murine lymphoid subpopulations in vivo following coexposure to lipopolysaccharide and vomitoxin (deoxynivalenol). Toxicol Appl Pharmacol 2003; 182(2): 69-99.

11. Islam Z, Pestka JJ. Role of IL-1beta in endotoxin potentiation of deoxynivalenol-induced corticosterone response and leukocyte apoptosis in mice. Toxicol Sci 2003; 74(1): 93-102.

12. Hirvonen MR, Huttunen K, Roponen M. Bacterial strains from moldy buildings are highly potent inducers of inflammatory and cytotoxic effects. Indoor Air 2005; 15 Suppl 9: 65-70.

**Environmental RX Health Problems**

1. Menzies D, Popa J, Hanley JA, Rand T, Milton DK. Effect of ultraviolet germicidal lights installed in office ventilation systems on worker's health and wellbeing: double-blind multiple crossover trial. The Lancet 2003; 362: 1785-1791.

2. Wilson SC, Wu C, Andriychuk LA, Martin JM, Brasel TL, Jumper CA, Straus DC. Effect of chlorine dioxide gas on fungi and mycotoxins associated with sick building syndrome. Applied and Environmental Microbiology 2005; 71(9): 5399-5403.

3. Kercsmar CM, Dearborne DG, Schluchter M, Xue L, Kirchner L, Sobolewski J, Greenberg SJ, Vesper SJ, Allan T. Reduction in asthma morbidity in children as a result of home remediation aimed at moisture sources. Environmental Health Perspectives 2006; 114(8): 1574-1580.

4. Levetin E, Shaughnessy R, Rogers CA, Scheir R. Effectiveness of germicidal UV radiation for reducing fungal contamination within air-handling units. Applied and Environmental Microbiology 2001; 67(8): 3712-3715.

5. Bourbeau J, Brisson C, Allaire S. Prevalence of the sick building syndrome symptoms in office workers before and after being exposed to a building with an improved ventilation system. Occupational and Environmental Medicine 1996; 53: 204-210.

**Brain and Neuro Injury**

1. Martin LJ, Doebler JA, Anthony A. Scanning cytophotometric analysis of brain neuronal nuclear chromatin changes in acute T-2 toxin-treated rats. Toxicol Appl Pharmacol 1986; 85(2): 207-214.

2. Martin LJ, Morse JD, Anthony A. Quantitative cytophotometric analysis of brain neuronal RNA and protein changes in acute T-2 mycotoxin poisoned rats. Toxicon 1986; 24(9): 933-941.

3. Schoental R. Fusarial mycotoxins and behaviour: possible implications for psychiatric disorder. Br J Psychiatry 1985; 146: 115-119.

4. Wang J, Fitzpatrick DW, Wilson JR. Effect of T-2 toxin on blood-brain barrier permeability monoamine oxidase activity and protein synthesis in rats. Food Chem Toxicol 1998; 36(11): 955-961.

5. Patton DE, Duff K, Schoenberg MR, Mold J, Scott JG, Adams RL. Base rates of longitudinal RBANS discrepancies at one- and two-year intervals in community-dwellings older adults. Clin Neuropsychol 2005; 19(1): 27-44.

6. Baldo JV, Ahmad L, Ruff R. Neuropsychological performance of patients following mold exposure. Appl Neuropsychol 2002; 9(4): 193-202.

7. Kilburn KH. Indoor mold exposure associated with neurobehavioral and pulmonary impairment: a preliminary report. Arch Environ Health 2003; 58(7): 390-398.

8. Rea WJ, Didriksen N, Simon TR, Pan Y, Fenyves EJ, Griffiths B. Effects of toxic exposure to molds and mycotoxins in building-related illnesses. Arch Environ Health 2003; 58(7): 399-405.

9. Gordon WA, Cantor JB, Johanning E, Charatz H, Ashman TA, Breeze JL, Haddad L, Abramowitz S. Cognitive impairment associated with toxigenic fungal exposure: a replication and extension of previous findings. Applied Neuropsychology 2004; 11(2): 65-74.

10. Sava V, Velasquez A, Reunova O, Sanchez-Ramos J. Acute ochratoxin-A neurotoxicity: kinetics of distribution of the toxin, indices of oxidative stress and DNA repair activities in mouse brain. Accepted Abstract for Platform Presentation Society for Neuroscience, Annual Meeting Washington DC, November 2005.

11. Sanchez-Ramos J, Sava V. Mycotoxins: can low level, non-lethal exposure result in Parkinsonism? Abstract of invited lecture presented at Worlds Federation of Neurology, Symposium on Neurotoxicology, Sydney, Australia 11/2005.

12. Bergmann F, Yagen B, Jarvis BB. The toxicity of macrocyclic trichothecenes administered directly into the rat brain. Toxicons 1992; 30(10): 1291-1294.

13. Crago BR, Gray MR, Nelson LA, Davis M, Arnold L, Thrasher JD. Psychological, neuropsychological, and electrocortical effects of mixed mold exposure. Archives of Environmental Health 2004; 452-462.

14. Kilburn KH. Indoor mold exposure associated with neurobehavioral and pulmonary impairment: a preliminary report. PubMed 2004.

15. Gordon KE, Masotti RE, Waddell WR. Tremorgenic encephalopathy: a role of mycotoxins in the production of CNS disease in humans? Can J Neurol Sci 1993; 20: 237-239.

16. Fung F, Clark R, Williams S. Stachybotrys, a mycotoxin-producing fungus of increasing toxicologic importance. Clinical Toxicology 1998; 36(1&2): 76-86.

17. Cooley JD, Wong WC, Jumper CA, Straus DC. Correlation between the prevalence of certain fungi and sick building syndrome. Occup Environ Med 1998; 55: 579-584.

**Gene Expression**

1. Nielsen KF, Huttunen K, Hyvarinen A, Andersen B, Jarvis BB, Hirvonen MR. Metabolite profiles of Stachybotrys isolates from water-damaged buildings and their induction of inflammatory mediators and cytotoxicity in macrophages. Mycopathologia 2002; 154(4): 201-205.

2. Trinchieri G, Sher A. Cooperation of Toll-like receptor signals in innate immune defence. Nature Reviews Immunology 2007; 7: 179-190.

3. Romani L. Immunity to fungal infections. Nature Reviews Immunology 2004; 4: 1-13.

4. Hudson B, Flemming J, Sun G, Rand TG. Comparison of immunomodulator mRNA and protein expression in the lungs of Stachybotrys chartarum spore-exposed mice. J Toxicol Environ Health A 2005; 68(15): 1321-1335.

5. Yike I, Rand T, Dearborn DG. The role of fungal proteinases in pathophysiology of Stachybotrys chartarum. Mycopathologia 2007; July 3 PMID 17610048

6. Rao KMK, Ma JYC, Meighan T, Barger MW, Pack D, Vallyathan V. Time course of gene expression of inflammatory mediators in rat lung after diesel exhaust particle exposure. Environmental Health Perspectives 2005; 113(5): 612-617.

7. Flach CF, Qudri F, Bhuiyan TR, Alam NH, Jennische E, Lonnroth I, Holmgren J. Broad up-regulation of innate defense factors during acute cholera. Infection and Immunity 2007; 75(5): 2343-2350.

8. Ryan JC, Dechraoui MYB, Morey JS, Rezvani A, Levin ED, Gordon CJ, Ramsdell JS, van Dolah FM. Genomic and proteomic analysis of whole blood in mice exposed to the marine neurotoxin Pacific ciguatoxin-1.

9. Kim JM, Kim JS, Lee JY, Kim YJ, Youn NJ, Lim IY, Chee YJ, Oh YK, Kim N, Jung HC, Song IS. Vacuolating cytotoxin Helicobacter pylori water-soluble protein upregulates chemokine expression in human eosinophils via Ca2+ influx, mitochondrial reactive oxygen intermediates, and NF-kB activation. Infection and Immunity 2007; 75(7): 3373-3381.

10. Pestka JJ, Yan D, King LE. Flow cytometric analysis of the effects of in vitro exposure to vomitoxin (deoxynivalenol) on apoptosis in murine T, B and IgA+ cells. Food Chem Toxicol 1994; 32(12): 1125-1136.

11. Poapolathep A, Ohtsuka R, Kiaptipattanasakul W, Ishigami N, Nakayana H, Doi K. Nivalenol-induced apoptosis in thymus, spleen and Peyer's patches of mice. Exp Toxicol Pathol 2002; 53(6): 441-446.

12. Islam Z, Gray JS, Pestka JJ. P38 Mitogen-activated protein kinase mediates IL-8 induction by the ribotoxin deoxynivalenol in human monocytes. Toxicol Appl Pharmacol 2006; 213(3): 235-244.

13. Leino M, Makela M, Reijula K, Haahtela T, Mussalo-Rauhamaa H, Tuomi T, Hintikka EL, Alenius H. Intranasal exposure to a damp building mould, Stachybotrys chartarum, induces lung inflammation in mice by satratoxin-independent mechanisms. Clin Exp Allergy 2003; 33(11): 1603-1610.

14. Huttunen K, Hyvarinen A, Nevalainen A, Komulainen H, Hirvonen MR. Production of proinflammatory mediators by indoor air bacteria and fungal spores in mouse and human cell lines. Environ Health Perspect 2003; 111(1): 85-92.

15. Dong W, Azcona-Olivera JI, Brooks KH, Linz JE, Pestka JJ. Elevated gene expression and production of interleukins 2, 4, 5, and 6 during exposure to vomitoxin (deoxynivalenol) and cycloheximide in the EL-4 thymoma. Toxicol Appl Pharmacol 1994; 127(2): 282-290.

16. Ouyang YL, Azcona-Olivera JI, Murtha J, Pestka JJ. Vomitoxin-mediated IL-2, IL-4, and IL-5 superinduction in murine CD4+ T cells stimulated with phorbol ester calcium ionophore: relation to kinetics of proliferation. Toxicol Appl Pharmacol 1996; 138(2): 324-334.

17. Zhou HR, Harkema JR, Yan D, Pestka JJ. Amplified proinflammatory cytokine expression and toxicity in mice co-exposed to lipopolysaccharide and the trichothecene vomitoxin (deoxynivalenol). J Toxicol Environ Health A 1999; 57(2): 115-136.

18. Wong SS, Zhou HR, Marin-Martinez ML, Brooks K, Pestka JJ. Modulation of IL1-beta, IL-6 and TNF-alpha secretion and mRNA expression by the trichothecene vomitoxin in the RAW 264.7 murine macrophage cell line. Food Chem Toxicol 1998; 36(5): 409-419.

19. Chung YJ, Jarvis B, Pestka J. Modulation of lipopolysaccharide-induced proinflammatory cytokine production by satratoxins and other macrocyclic trichothecenes in the murine macrophage. J Toxicol Environ Health A 2003; 66(4): 379-391.

20. Sugita-Konishi Y, Pestka JJ. Differential upregulation of TNF-alpha. IL-6, and IL-8 production by deoxynivalenol (vomitoxin) and other 8-ketotrichothecenes in a human macrophage model. J Toxicol Environ Health A 2001; 64(8): 619-636.

21. Chung YJ, Jarvis B, Pestka J. Modulation of lipopolysaccharide-induced proinflammatory cytokine production by satratoxins and other macrocyclic trichothecenes in the murine macrophage. J Toxicol Environ Health A 2003; 66(4): 379-391.

22. Islam Z, Pestka JJ. LPS priming potentiates and prolongs proinflammatory cytokine response to the trichothecene deoxynivalenol in the mouse. Toxicology and Applied Pharmacology 2006; 211: 53-63.

23. Chung YJ, Yang GH, Islam Z, Pestka JJ. Up-regulation of macrophage inflammatory protein-2 and complement 3A receptor by the trichothecenes deoxynivalenol and satratoxin G. Toxicology 2003; 186: 51-65.

24. Wang H, Yadav JS. Global gene expression changes underlying Stachybotrys chartarum toxin-induced apoptosis in murine alveolar macrophages: evidence of multiple signal transduction pathways. Apoptosis 2007; 12(3): 535-548.

25. Pestka J, Zhou HR. Toll-like receptor priming sensitizes macrophages to proinflammatory cytokine gene induction by deoxynivalenol and other toxicants. Toxicol Sci 2006; 92(2): 445-455.

26. Zhou HR, Islam Z, Pestka JJ. Induction of competing apoptotic and survival signaling pathways in the macrophage by the ribotoxic trichothecene deoxynivalenol. Toxicol Sci 2005; 87(1): 113-122

27. Zhou HR, Jia Q, Pestka JJ. Ribotoxic stress response to the trichothecene deoxynivalenol in the macrophage involves the SRC family kinase Hck. Toxicol Sci 2005; 85(2): 916-926.

28. Kinser S, Li M, Jia Q, Pestka JJ. Truncated deoxynivalenol-induced splenic immediate early gene response in mice consuming (n-3) polyunsaturated fatty acids. J Nutr Biochem 2005; 16(2): 88-95.

29. Pestka JJ, Uzarski RL, Islam Z. Induction of apoptosis and cytokine production in the Jurkat human T cells by deoxynivalenol: role of mitogen-activated protein kinases and comparison to other 8-ketotrichothecenes. Toxicology 2005; 206(2): 207-219.

30. Nusuetrong P, Yoshida M, Tanitsu MA, Kikuchi H, Mizugaki M, Shimazu K, Pengsuparp T, Meksuriyen D, Oshima Y, Nakahata N. Involvement of reactive

oxygen species and stress-activated MAPKs in satratoxin H-induced apoptosis. Eur J Pharmacol 2005; 507(1-3): 239-246.

31. Jia Q, Zhuo HR, Bennink M, Pestka JJ. Docosahexaenoic acid attenuates mycotoxin-induced immunoglobulin A nephropathy, interleukin-6 transcription, and mitogen-activated protein kinase phosphorylation in mice. J Nutr 2004; 134(12): 3343-3349.

32. Moon Y, Pestka JJ. Deoxynivalenol-induced mitogen-activated protein kinase phosphorylation and IL-6 expression in mice suppressed by fish oil. J Nutr Biochem 2003; 14(12): 717-726.

33. Chung YZ, Zhou HR, Pestka JJ. Transcriptional and posttranscriptional roles for p38 mitogen-activated protein kinase in upregulation of TNF-alpha expression by deoxynivalenol (vomitoxin). Toxicol Appl Pharmacol 2003; 193(2): 188-201

34. Deva R, Shankaranarayanan P, Ciccoli R, Nigam S. Candida albicans induces selectively  transcriptional activation of cyclooxygenase-2 in HeLa cells: pivotal roles of Toll-like receptors, p38 mitogen-activated protein kinase, and NF-kappa B. J Immunol 2003; 171(16): 3047-3055.

35. Zhou HR, Lau AS, Pestka JJ. Role of double-stranded RNA-activated protein kinase R (PKR) in deoxynivalenol-induced ribotoxic stress response. Toxicol Sci 2003; 74(2): 335-344.

36. Moon Y, Pestka JJ. Vomitoxin-induced cyclooxygenases 2 gene expression in macrophages mediated by activation of ERK and p38 but not JNK mitogen-activated protein kinases. Toxicol Sci 2002; 69(2): 373-382.

37. Moon Y, Uzarski R, Pestka JJ. Relationship of trichothecene structure to COX-2 induction in the macrophage: selective action of type B (8-keto) trichothecenes. J Toxicol Environ Health A2003; 66(20): 1967-1983.

38. Yang GH, Jarvis BB, Chung YJ, Pestka JJ. Apoptosis induction by the satratoxins and other trichothecene mycotoxins: relationship to ERK, p38 MAPK, and SAPK/JNK activation. Toxicol Appl Pharmacol 2000; 164(2): 149-160.

39. Shifrin VI, Anderson P. Trichothecene mycotoxins trigger a ribotoxic stress response that activates c-Jun N-terminal kinase and p38 mitogen-activated protein kinase and induces apoptosis. J Biol Chem 1999; 274(20): 13985-13992.


**Beta Glucans**

1. Young SH, Roberts JR, Antonini JM. Pulmonary exposure to 1, 3-beta-glucan alters adaptive immune responses in rats. Inhal Toxicol 2006; 18(11): 865-874.


2. Thorn J, Rylander R. Airways inflammation and glucan in a rowhouse area. Am J Respir Crit Care Med 1998; 157: 1798-1803.


3. Young SH, Roberts JR, Antonini JM. Pulmonary exposure to 1, 3-B-glucan alters adaptive immune responses in rats. Inhalation Toxicology 2006; 18: 865-874.


4. Brown GD. Dectin-1: a signaling non-TLR pattern-recognition receptor. Nature Reviews Immunology 2006; 6: 33-43.


5. Robinson MJ, Sancho D, Slack EC, LeibundGut-Landmann S, Sousa CR. Myeloid C-type lectins in innate immunity. Nature Immunology 2006; 7(12): 1258-1264.


6. McCann F, Carmona E, Puri V, Pagano RE, Limper AH. Macrophage internalization of fungal-B-glucans is not necessary for initiation of related inflammatory responses. Infection and Immunity 2005; 73(10): 6340-6349.


7. Kataoka K, Muta T, Yamazaki S, Takeshige K. Activation of macrophages by linear (1,3)-beta-D-glucans. Implications for the recognition of fungi by innate immunity. J Biol Chem 2002; 277(39): 36825-36831.


8. Palma AS, Feizi T, Zhang Y, Stoll MS, Lawson AM, Diaz-Rodriguez E, Campanero-Rhodes MA, Costa J, Gordon S, Brown GD, Chai W. Ligands for the beta-glucan receptor, dectin-1, assigned using "designer" microarrays of oligosaccharide probes (neoglycolipids) generated from glucan polysaccharides. J Biol Chem 2006; 281(9): 5771-5779.

9. Herre J, Willment JA, Gordon S, Brown GD. The role of dectin-1 in antifungal immunity. Crit Rev Immunol 2004; 24(3): 193-203.

10. Taylor PR, Tsoni SV, Willment JA, Dennehy KM, Rosas M, Findon H, Haynes K, Steele C, Botto M, Gordon S, Brown GD. Dectin-1 is required for beta-glucan recognition and control of fungal infection. Nat Immunol 2007; 8(1): 31-38.

11. Willment JA, Marshall AS, Reid DM, Williams DL, Wong SY, Gordon S, Brown GD. The human beta-glucan receptor is widely expressed and functionally equivalent to murine dectin-1 on primary cells. Eur J Immunol 2005; 35(5): 1539-1547.

12. Taylor PR, Brown GD, Reid DM, Willment JA, Martinez-Pomares L, Gordon S, Wong SY. The beta-glucan receptor, dectin-1, is predominantly expressed on the surface of cells of the monocyte/macrophage and neutrophil lineages. J Immunol 2002; 169(7): 3879-3882.

13. Brown GD, Taylor PR, Reid DM, Willment JA, Williams DL, Martinez-Pomares L, Wong SY, Gordon S. Dectin-1 is a major beta-glucan receptor on macrophages. J Exp Med 2002; 196(3): 407-412.

14. Thornton BP, Vetvicka V, Pitman M, Goldman RC, Ross GD. Analysis of the sugar specificity and molecular location of the beta-glucan-binding lectin site of complement receptor type 3 (CD11b/CD18). J Immunol 1996; 156(3): 1235-1246.

15. Ozment-Skelton TR, Goldman MP, Gordon S, Brown GD, Williams DL. Prolonged reduction of leukocyte membrane-associated dectin-1 levels following beta-glucan administration. J Pharmacol Exp Ther 2006; 318(2): 540-546.

16. Herre J, Gordon S, Brown GD. Dectin-1 and its role in the recognition of beta-glucans by macrophages. Mol Immunol 2004; 40(12): 869-876.

17. Adachi Y, Ishii T, Ikeda Y, Hoshino A, Tamura H, Aketagawa J, Tanaka S, Ohno N. Characterization of beta-glucan recognition site on C-type lectin, dectin 1. Infect Immun 2004; 72(7): 4159-4171.

18. McGreal EP, Rosas M, Brown GD, Zamze S, Wong SY, Gordon S, Martinez-Pomares L, Taylor PR. The carbohydrate-recognition domain of dectin-2 is a C-type lectin with specificity for high mannose. Glycobiology 2006; 16(5): 422-430.


## Inflammation

1. Netea MG, Van der Meer JWM, Sutmuller RP, Adema GJ, Kullberg BJ. From the Th1/Th2 paradigm towards a Toll-like receptor/T-helper bias. Antimicrobial Agents and Chemotherapy 2005; 49(10): 3991-3996.

2. Islam Z, Harkems JR, Pestka JJ. Satratoxin G from the black mold Stachybotrys chartarum evokes olfactory sensory neuron loss and inflammation in the murine nose and brain. Envir Health Perpe 2006; 114(7): 1099-1107.

3. Islam Z, Amuzie CJ, Harkema JR, Pestka JJ. Neurotoxicity and inflammation in the nasal airways of mice exposed to the macrocyclic trichothecene mycotoxins roridin A: kinetics and potentiation by bacterial lipopolysaccharide co-exposure. ToxSci Advance Access May 2004.

4. Creasia DA, Thurman JD, Jones LJ, Nealley ML, York CG, Wannemacher RW, Bunner DL. Acute inhalation toxicity of T-2 mycotoxin in mice. Fundamental and Applied Toxicology 1987; 8: 230-235.

5. Rand TG, Flemming J, Miller JD, Womiloju TO. Comparison of inflammatory responses in mouse lungs exposed to atranones A and C from Stachybotrys chartarum. Journal of Toxicology and Environmental Health 2006; 69: 1-13.

6. van der Graff CAA, Netea MG, Verschueren I, van der Meer JWM, Kullberg BJ. Differential cytokine production and Toll-like receptor signaling pathways by Candida albicans blastoconidia and hyphae. Infection and Immunity 2005; 73(11): 7458-7464.

7. Rivera A, Van Epps HL, Hohl TM, Rizzuto G, Pamer EG. Distinct CD4+-T-cell responses to live and heat-inactivated Aspergillus fumigatus conidia. Infection and Immunity 2005; 73(11): 7170-7179.

8.  Huttunen K, Hyvarinen A, Nevalainen A, Komulainen H, Hirvonen MR. Production of proinflammatory mediators by indoor air bacteria and fungal spores in mouse and human cell lines. Environmental Health Perspectives 2003; 111(1): 85-92.

9.  Jiang H, Chess L. Regulation of immune responses by T cells. N Engl J Med 2006; 354: 1166-1176.

10. Kay AB. Natural Killer T cells and asthma. N Engl J Med 354(11): 1186-1188.

11. Akbari O, Faul JL, Hoyte EG, Berry GJ, Wahlstrom J, Kronenberg M, DeKruyff RH, Umestsu DT. CD4+ invariant T-cell-receptor+ natural killer T cells in bronchial asthma. N Engl J Med 2006; 354(11): 1117-1129.

12. Flemming J, Hudson B, Rand TG. Comparison of inflammatory and cytotoxic lung responses in mice after intratracheal exposure to spores of two different Stachybotrys chartarum strains. Toxicological Sciences 2004; 78: 267-275.

13. Stoeger T, Reinhard C, Takenaka S, Schroeppel A, Karg E, Ritter B, Heyder J, Schulz H. Instillation of six different ultrafine carbon particles indicates a surface area threshold dose for acute lung inflammation in mice. Environmental Health Perspectives 2006; 114(3): 328-333.

14. Veranth JM, Moss TA, Chow JC, Labban R, Nichols WK, Walton JC, Watson JG, Yost GS. Correlation of in vitro cytokine responses with the chemical composition of soil-derived particulate matter. Environmental Health Perspectives 2006; 114(3): 341-349.

15. Nurkiewicz TR, Porter DW, Barger M, Millecchia L, Rao MK, Marvar PJ, Hubbs AF, Castranova V, Boegehold MA. Systemic microvascular dysfunction and inflammation after pulmonary particulate matter exposure. Environmental Health Perspectives 2006; 114(3): 412-419.

16. Rand TG, Giles S, Flemming J, Miller JD, Puniani E. Inflammatory and cytotoxic responses in mouse lungs exposed to purified toxins from building isolated Penicillium brevicompactum dierckx and p. chrysogenum thom. Toxicological Sciences 2005; 87(1): 213-222.

17. Donohue M, Wei W, Wu J, Zawia NH, Hud N, De Jesus V, Schmechel D, Hettick JM, Beezhold DH, Vesper S. Characterization of nigerlysin c, hemolysin produced by Aspergillus niger, and effect on mouse neuronal cells in vitro. Toxicology 2006; 219: 150-155.

18. Rao CY, Burge HA, Brain JD. The time course of responses to intratracheally instilled toxic Stachybotrys chartarum spores in rats. Mycopathologia 2000; 149: 27-34.

19. Marc MM, Korosec P, Kosnick M, Kern I, Flezar M, Suskovic S, Sorli J. Complement factors C3a, C4a, and C5a in chronic obstructive pulmonary disease and asthma. American J of Respir Cell and Molecular Biology 2004; 31: 31-33.

20. Arason GJ, Kolka R, Hreidarsson AB, Gudjonsson H, Schneider PM, Fry L, Arnason A. Defective prevention of immune precipitation in autoimmune diseases is independent of C4a*Q0. British Society for Immunology, Clinical and Experimental Immunology 2005; 140: 572-579.

21. Kelk P, Claesson R, Hanstrom L, Lerner UH, Kalfas S, Johansson A. Abundant secretion of bioactive interleukin-1b by human macrophages induced by Actinobacillus actinomycetemcomitans leukotoxins. Infection and Immunity 2005; 73(1): 453-458.

22. Romani L. Immunity to fungal infections. Nature Reviews Immunology 2004; 4: 11-23.

23. Kohl J, Baelder R, Lewkowich IP, Pandey MK, Hawlisch H, Wang L, Best J, Herman NS, Sproles AA, Zwirner J, Whirsett JA, Gerard C, Sfyroera G, Lambris JD, Wills-Karp M. A regulatory role for the C5a anaphylatoxins in type 2 immunity in asthma. Journal of Clinical Investigation 2006; 116(3): 783-796.

24. Desjardins AE. Trichothecenes: from yellow rain to green wheat. ASM News 2003; 69(4): 182-185.

25. McCrae KC, Rand T, Shaw RA, Mason C, Oulton MR, Hastigns C, Cherlet T, Thliveris JA, Mantsch HH, MacDonald J, Scott JE. Analysis of pulmonary surfactant by Fourier-transform infrared spectroscopy following exposure to Stachybotrys chartarum (atra) spores. Chemistry and Physics of Lipids 2001; 110: 1-10.

26. Donohue M, Wei W, Wu J, Zawia NH, Hud N, De Jesus V, Schmechel D, Hettick JM, Beezhold DH, Vesper S. Nigerlysin, hemolysin produced by Aspergillus niger, causes lethality of primary rat cortical neuronal cells in vitro. 09/02/05; 1-16.

27. Vesper SJ, Vesper MJ. Possible role of fungal hemolysins in sick building syndrome. Advances in Applied Microbiology 2004; 55: 191-213.

28. Jussila JJ. Inflammatory responses in mice after intratracheal instillation of microbes isolated from moldy buildings. PhD dissertation 01/24/03 National Public Health Institute, Finland.

29. Vesper SJ, Vesper MJ. Stachylysin may be a cause of hemorrhaging in humans exposed to Stachybotrys chartarum. Infection and Immunity 2002; 70(4): 2065-2069.

30. Mason CD, Rand TG, Oulton M, MacDonald JM, Scott JE. Effects of Stachybotrys chartarum (atra) conidia and isolated toxin on lung surfactant production and homeostasis. Natural Toxins 1998; 6: 27-33.

31. Nikulin M, Reijula K, Jarvis BB, Veijalainen P, Hintikka EL. Effects of intranasal exposure to spores of Stachybotrys atra in mice. Fundamental and Applied Toxicology 1997; 35: 182-188.

32. Wilkins CK, Larsen ST, Hammer M, Poulsen OM, Wolkoff P, Nielsen GD. Respiratory effects in mice exposed to airborne emissions from Stachybotrys chartarum and implications for risk assessment. Pharmacology & Toxicology 1998; 83: 112-119.

# ATTACHMENT 5

# APPENDICES

Appendix one
> Answer to commonly raised challenges to the diagnosis

Appendix two
> Case definition, first published 9/12/03

Appendix three
> Summary

Appendix four
> Biomarkers, first published 9/12/03

Appendix five
> VCS slides showing commonality of findings in various biotoxin cohorts
> 1. Neurotoxicology and Teratology 1/05
> 2. PEAS EHP 2001, including controls
> 3. PEAS EHP 2001, cases
> 4. Johanning 2005, controls versus cases by category
> 5. Johanning 2005, controls versus fungal identification
> 6. Johanning 2005, fungal identified time series
> 7. Johanning 2005, occupational cohort time series
> 8. Johanning 2005, residential cohort time series

Appendix six
> Symptom rosters by individual cohorts, commonality of distribution of multisystem and multisymptom illness
> 1. Baltimore-Washington Conference United Methodist Church 2002
> 2. Fellowship of Police, Prince George county, Md 2003
> 3. Hampton Bays, NY Elementary School 2003
> 4. Iowa Dept of Corrections 2003
> 5. Family identified as W only 2004
> 6. Marcotte family 2004
> 7. Topsail School students 2003-4
> 8. Scotia Prince, Maine 2004
> 9. Kristensen family 2004
> 10. Cohort in manuscript ready for submission to JAMA 2004-5
> 11. FOP PG county 2005 (See 2, above)
> 12. Wigle family 2005

Appendix seven
> Five slides showing lack of knowledge of mold illness from IOM panel member

Appendix eight
  Symptom analysis from JAMA paper 2006
    1. Total symptoms
    2. Cluster analysis
    3. Factor analysis of biotoxin illness symptoms showing congruence
    4. Logistical regression using factor scores giving 98.5% reliability
    5. Diagnostic test of no help-1
    6. Diagnostic tests of no help-2
    7. Diagnostic tests of no help-3
    8. Diagnostic tests of extraordinary help-1
    9. Diagnostic tests of extraordinary help-2
    10. IgE is not elevated in mold illness
    11. Wingspan is highly correlated with antibody positivity in cases
Appendix nine
  Slides from ASM Biodefense conference 2/16/06
    1. Time series relative to baseline is coherent with model
    2. Time series with absolute values is coherent with model
Appendix ten
  Invited testimony in front of Senate Health (HEAL) committee 1/12/06
Appendix eleven
  Pertinent references

# Appendix 1

# IS SBS A RECOGNIZABLE SYNDROME?

| COMMENTS | RESPONSES |
|---|---|
| 1. No specific definition of SBS | clearly stated definition |
| 2. No biomarkers used | 10 markers, changing in step with treatment |
| 3. Second smoke confounder | no difference in smokers, second hand smoke, non smokers, numbers small |
| 4. Illnesses viewed as allergy, asthma, interstitial lung disease, hypersensitivity pneumonitis. | multisystem, multisymptom illness changing with CSM treatment. |
| 5. Medical history not done | history done by physician |
| 6. Questionnaire used | history done by physician |
| 7. Symptoms not correlated with exposure | symptoms clearly identified with exposure in 5-step repetitive exposure trial, location not important |
| 8. Control group small or absent | large control group |
| 9. Use of serology, antibody studies not correlated with symptoms exposure, illness or time of acquisition | agree; antibody studies not meaningful for assessment of illness |
| 10. No dose-response data | illness isn't dose-response related, look for genetic susceptibility |
| 11. Illness widely variable in individuals | illness present in patients with genetic susceptibility |
| 12. No discussion of management of patients | clearly defined treatment protocol with parameters to be followed in each of 5-steps. |
| 13. No permissible exposure limits (PEL) | PEL do not apply to amplifying biological cascades of cytokine and hormonal responses |
| 14. Irregular collection/measurement of fungi | Sampling errors and limits of availability of testing invalidate conclusions from measurements no difference in 3 exposure groups |
| 15. No research data; reliance on consensus | data driven; prior consensus conclusions not based on data |
| 16. No comment | MSH, leptin as biomarkers |
| 17. No comment | ADH/osmo, ACTH/cortisol as biomarkers |
| 18. No comment | MMP-9 before and after major importance |
| 19. No comment | HLA DR by PCR, genetic basis of susceptibility |
| 20. No comment | MBP disproportionately present; role in auto-immunity must be pursued ? long-term illness |

# Appendix 2

## SBS Case Definition

1.  We propose that a definition of a case of SBS include each of the following elements:

- potential for exposure to buildings with documented presence of toxigenic fungi, evident fungal growth or a history of water intrusion with musty smells;
- presence of multiple symptoms in at least 4 of 8 system categories
- absence of confounders

2.  The case definition continues with at least 3 of following 6 criteria

- VCS deficits
- MSH deficiency
- MMP9 elevation
- HLA genotype
- ADH/osmolality dysregulation, measured simultaneously
- ACTH/cortisol dysregulation, measured simultaneously

# Appendix Three

| | Unexposed Asymptomatic | Exposed Asymptomatic | Exposed Symptomatic Untreated | Exposed Symptomatic Treated Before | Exposed Symptomatic Treated After |
|---|---|---|---|---|---|
| N= | 1000 | 11 | 17 | 22 | 22 |
| Age | 45 | 51 | 50 | 50 | 50 |
| % VCS + | 5 | 0 | 100 | 86 | 9 |
| # SX/37 | 3.4 | 2.5 | 14.5 | 15.4 | 2.5 |
| % SX >5 | 0 | 0 | 82 | 91 | 4 |
| Average MSH | 34.6 | 32.9 | 17.3 | 14.7 | ND |
| % Positive MSH | 5 | 40 | 94 | 95 | ND |
| % + ACTH/Cortisol | 8 | 27 | 38 | 50 | 18 |
| % ADH/Osmo | 3 | 36 | 38 | 69 | 9 |
| + Leptin | 15 | 27 | 53 | 58 | 22 |
| % MMP-9>300 | 20 | 45 | 71 | 87 | 50 |
| AVE MMP-9 | 290 | 305 | 516 | 581 | 366 |
| % + HLA | 38 | 36 | 84 | 86 | 86 |
| VCS A | 78 | 66 | 49 | 64 | 82 |
| VCS B | 124 | 119 | 73 | 103 | 125 |
| VCS C | 137 | 122 | 69 | 93 | 137 |
| VCS D | 68 | 59 | 23 | 38 | 66 |
| VCS E | 27 | 17 | 8 | 12 | 30 |
| % with Leptin Reduction | | | | | 83 |
| % with MMP-9 Reduction | | | | | 100 |

# Appendix 4

## Biomarkers

| | Control | Consult | Residential | | Work | |
|---|---|---|---|---|---|---|
| | | | Before | After | Before | After |
| **ADH/OSMO** | | | | | | |
| N> | 200 | 29 | 70 | | 25 | |
| + | 19 | 21 | 43 | | 15 | |
| % + | 9 | 72 | 61 | | 60 | |
| **Leptin** | | | | | | |
| N> | 200 | 38 | 56 | 30 | 44 | 20 |
| Avg | 12 | 15 | 19 | 16 | 25 | 19 |
| % lowered wth RX | | | 83.4 | | 95 | |
| %with no change with RX | | | 16.6 | | | |
| % increased with RX | | | 0 | | 5 | |
| **MSH** | | | | | | |
| N= | 60 | 38 | 60 | | 43 | |
| + (<35 pg/ml) | 8 | 35 | 59 | | 41 | |
| % | 13 | 92 | 98 | | 95 | |
| Avg | 26 | 15.2 | 16.6 | | 18 | |
| Negative | 52 | 3 | 1 | | 2 | |
| Avg | 37.6 | 39.8 | 36 | | 37.5 | |
| **ACTH/Cortisol** | | | | | | |
| N= | 100 | 63 | 53 | | 32 | |
| + | 12 | 26 | 22 | | 17 | |
| % | 12 | 41 | 42 | | 53 | |
| **Androgens** | | | | | | |
| N= | 100 | 39 | 54 | | 34 | |
| + | 6 | 28 | 24 | | | |
| % | 6 | 46 | 44 | | 56 | |
| **MARCoNS** | | | | | | |
| N= | 100 | 39 | 84 | | 34 | |
| + | 38 | 25 | 56 | | 22 | |
| % + | 38 | 64 | 66 | | 65 | |
| N resistant to >1 ABX group | 1 | 62 | 65 | | 61 | |
| % resistant to >1 ABX group | 3 | 97 | 98 | | 94 | |

# Reacquisition of Sick Building Syndrome:
## VCS Deficit in Initial Illness,
## Resolution After Cholestyramine Therapy,
## Stable without Re-exposure,
## Deficit Reacquisition with Re-exposure,
## Second Resolution with CSM Therapy

Appendix Five-1



**Mean # Symptoms Out of 26 Assessed:**

1. Initial Illness = 14.9
2. After 1st CSM = 1.6
3. Stable at Home = 0.8
4. Re-exposure = 9.5
5. After 2nd CSM = 1.3

# Residential & Recreational PEAS Study



**ESTUARY (POTENTIALLY EXPOSED) & COMBINED-CONTROL COHORTS, PLUS ESTUARY CASES & ESTUARY NON-CASES**

VISUAL CONTRAST SENSITIVITY

SPATIAL FREQUENCY (CYCLES / DEGREE)

- ●— Marine & Land Controls (N=87)
- ○— Full Estuary Cohort (N=77)
- ▲— Estuary Cohort Cases (N=37)
- △— Estuary Cohort Non-Cases (N=40)

**VCS**

**Estuary vs Controls:**

Group: p<0.001

Age:  p=0.002

SF: p<0.001

GxSF: p=0.001

SFxAge: p=0.032

# Residential & Recreational PEAS Study

## VCS POSITIVE CASES
## FROM CHESAPEAKE ESTUARIES:
## BEFORE & AFTER TREATMENT



**Acuity:**
Treatment - p=0.661

**VCS :**
Treatment - p<0.001
Treatment x SF -
p<0.001

# Controls Versus Initial Illness:
## Occupational Exposure, Residential Exposure, Consultation but No Treatment



| Symptoms | |
|---|---|
| Control | 1.7 |
| Consult | 20.3 |
| Occupational | 17.9 |
| Residential | 18.5 |

Appendix Five-4

# Controls Versus Initial Illness:

## Fungi Genera Identified, Visible Evidence of Fungi Only, Water Damage Evidence Only



**Visual Contrast Sensitivity** vs **Spatial Frequency (Cycles / Degree)**

Legend:
- Controls (N=111)
- Fungal Identification (N=88)
- Visible Fungi (N=48)
- Water Damage (N=20)

| Symptoms | |
|---|---|
| Control | 1.7 |
| Fungal ID | 18.8 |
| Visible | 18.3 |
| Water Damage | 17.1 |

Appendix Five-5

# Fungal Identification Cohort: Time Series





| Symptoms | |
|---|---|
| Initial | 18.8 |
| AC-1 | 2.6 |
| HOC | 1.5 |
| BOC | 10.0 |
| AC-2 | 1.4 |
| Prophyl | 1.7 |

Appendix Five-6

# Occupational Cohort: Time Series



**Visual Contrast Sensitivity**

Spatial Frequency (Cycles / Degree)

Legend:
- ● Occupational - Initial Illness (N=54)
- ○ Occupational - After 1st CSM (N=50)
- ◁ Occupational - Home off CSM (N=10)
- ▽ Occupational - Building off CSM (N=19)
- ■ Occupational - After 2nd CSM (N=16)
- □ Occupational - Building on CSM (N=16)

| Symptoms | |
|---|---|
| Initial | 17.9 |
| AC-1 | 2.3 |
| HOC | 1.1 |
| BOC | 6.5 |
| AC-2 | 2.3 |
| Prophyl | 1.6 |

# Residential Cohort: Time Series



| Symptoms | |
|---|---|
| Initial | 18.5 |
| AC-1 | 3.1 |
| OROC | 2.0 |
| BOC | 8.7 |
| AC-2 | 1.1 |
| Prophyl | 2.1 |

Appendix Six-1

# BWC Symptom Roster
## N=22, Age 36-70, Sx Per Person 16

| Symptom | Value | Symptom | Value |
|---|---|---|---|
| Fatigue | 91 | Appetite Swings | 50 |
| Sinus | 86 | Thirst | 45 |
| Mood Swings | 77 | Confusion | 45 |
| Headache | 77 | Weakness | 45 |
| Decreased Assimilation | 68 | Tingling | 41 |
| Concentration | 68 | Disorientation | 41 |
| Memory | 64 | Freq Urination | 36 |
| Word Finding | 64 | Cramps | 36 |
| Aches | 64 | Stabbing Pain | 36 |
| Temp regulation | 59 | Light Sensitivity | 36 |
| Joint Pain | 55 | Static Shocks | 32 |
| Cough | 55 | Metalllic Taste | 32 |
| Red Eyes | 50 | Vertigo | 32 |
| SOB | 50 | | |

Appendix Six-2

# FOP Symptom Roster
## N=39, Age 28=65, Sx Per Person 15.5

| Symptom | Value | Symptom | Value |
|---|---|---|---|
| Fatigue | 87 | Numbness | 62 |
| Memory | 85 | Appetite | 62 |
| Aches | 77 | Red Eyes | 59 |
| Light sensitivity | 74 | SOB | 56 |
| Sinus | 74 | Joint Pain | 56 |
| Morning Stiffness | 69 | Concentration | 56 |
| Temp Regulation | 67 | Tearing | 54 |
| Freq Urination | 67 | Mood Swings | 51 |
| Tingling | 67 | Blurred Vision | 49 |
| Cramps | 67 | Cough | 49 |
| Sharp Stabbing | 64 | Vertigo | 41 |
| Sweats | 64 | Decres Assimilation | 41 |
| Word Finding | 64 | Confusion | 36 |
| Thirst | 64 | Static Shocks | 36 |

Appendix Six-3

# Hampton Bays Symptom Roster
## N=34, Age 5-82, Sx Per Person 20.2

| | | | |
|---|---|---|---|
| Fatigue | 82 | Cough | 53 |
| Sinus | 82 | Weakness | 53 |
| Memory Loss | 80 | Joint Pain | 50 |
| Aches | 76 | Mood Swings | 50 |
| Headache | 71 | Decr Assimilation | 47 |
| Light Sensitivity | 65 | Sweats | 47 |
| Word Finding | 56 | Numbness | 47 |
| Temperature Regulation | 53 | Confusion | 41 |
| Concentration | 53 | Tearing | 41 |
| Cough | 53 | Red Eyes | 38 |
| Weakness | 53 | Freq Urination | 38 |

Appendix Six-4

# Iowa Symptom Roster
## N-10, Age 35-55, Sx Per Person 19.4

| Symptom | Value | Symptom | Value |
|---|---|---|---|
| Fatigue | 100 | Sweats | 70 |
| Memory | 100 | Temperature Regulation | 70 |
| Aches | 90 | Weakness | 60 |
| Cramps | 90 | Red Eyes | 60 |
| Headache | 90 | Blurred Vision | 60 |
| Light Sensitivity | 90 | Abd Pain | 60 |
| Sinus | 90 | Numbness | 60 |
| Joint Pain | 90 | Tingling | 60 |
| Stabbing Pain | 80 | Disorientation | 60 |
| Vertigo | 80 | Thirst | 60 |
| Concentration | 80 | Static Shocks | 60 |
| Decreased Assimilation | 80 | Mood Swings | 60 |
| Tearing | 70 | Cough | 50 |
| Confusion | 70 | Diarrhea | 50 |
| Word Finding | 70 | SOB | 40 |
| Freq Urination | 70 | Metallic Taste | 30 |

Appendix Six-5

# "W" Family Symptom Roster
## N=5, Age 12-55, Sx Per Person 15.6

| Symptom | |
|---|---|
| Fatigue | 80 |
| Memory Loss | 80 |
| Decreased Assim New Knowledge | 80 |
| Concentration | 80 |
| Word Finding | 80 |
| Mood Swing | 80 |
| Tingling | 80 |
| Headache | 60 |
| Aches | 60 |
| Cough | 60 |
| Temp Regulation | 60 |
| Weakness | 60 |
| Numbness | 60 |
| Disorientation | 60 |
| SOB | 60 |
| Confusion | 60 |

Appendix Six-6

# Marcotte Symptom Roster
## N=5, Age 14-48, Sx per person 26.8

| Symptom | Value | Symptom | Value |
|---|---|---|---|
| Aches | 100 | Appetite Swings | 80 |
| Concentration | 100 | Cramps | 80 |
| Confusion | 100 | Disorientation | 80 |
| Cough | 100 | Increased Urination | 80 |
| Decreased Assim New Knowledge | 100 | Numbness | 80 |
| Fatigue | 100 | Sinus | 80 |
| Light Sensitivity | 100 | Sweats | 80 |
| Memory Loss | 100 | Headache | 60 |
| Mood Swing | 100 | Ice Pick Pain | 60 |
| Temp Regulation | 100 | Joint Stiffness | 60 |
| Thirst | 100 | Metallic Taste | 60 |
| Tingling | 100 | SOB | 60 |
| Weakness | 100 | Static Shocks | 60 |
| Word Finding | 100 | Tearing | 60 |
| Abdominal Pain | 80 | Vertigo | 60 |

# Topsail Symptom Roster
## N=126, Age 4-18, Sx Per Person 11.5

| Symptom | Percentage |
|---------|-----------|
| HA | 86% |
| Sinus | 86% |
| Cough | 74% |
| Fatigue | 56% |
| Aches | 56% |
| Mood Swings | 52% |
| ABD Pain | 52% |
| Concentration | 49% |
| Red Eyes | 43% |
| Diarrhea | 39% |
| Thirst | 37% |
| Cramps | 36% |
| Memory | 33% |
| Tearing | 33% |

Appendix Six-8

# Maine Cohort Symptom Roster
## N=8, Age 20-51, Sx per Person 18.8

| Symptom | Value | Symptom | Value |
|---|---|---|---|
| Fatigue | 87.5 | Thirst | 62.5 |
| Headache | 87.5 | Mood Swing | 62.5 |
| Memory Loss | 87.5 | Temp Regulation | 62.5 |
| Decreased Assim New Knowledge | 87.5 | Appetite | 62.5 |
| Sinus | 75 | Weakness | 50 |
| Am Stiffness | 75 | Joint Pain | 50 |
| Concentration | 75 | Numbness | 50 |
| Word Finding | 75 | Tingling | 50 |
| Aches | 62.5 | Disorientation | 50 |
| Cramps | 62.5 | Static Shocks | 50 |
| Unusual Pain | 62.5 | Sweats | 50 |
| Light Sensitivity | 62.5 | Red Eyes | 37.5 |
| Tearing | 62.5 | Abd Pain | 37.5 |
| Cough | 62.5 | Diarrhea | 37.5 |

*Kristensen Symptoms*
N=4, 2 Adults 2 Children

**Appendix Six-9**

| | | | |
|---|---|---|---|
| Fatigue | 100 | Tingling | 50 |
| Aches | 100 | Vertigo | 50 |
| Light Sensitivity | 100 | Memory | 50 |
| Abd Pain | 100 | Confusion | 50 |
| Weakness | 75 | Freq Urination | 50 |
| Cramps | 75 | Increased Thirst | 50 |
| HA | 75 | Static | 50 |
| Tearing | 75 | Sweats | 50 |
| Sinus | 75 | Appetite | 50 |
| Cough | 75 | Ice Pick Pain | 25 |
| SOB | 75 | Joint Pain | 25 |
| Diarrhea | 75 | Numbness | 25 |
| Focus/Concentration | 75 | Metallic Taste | 25 |
| Decr Assimilation | 75 | Word Finding | 25 |
| Mood Swings | 75 | Disorientation | 25 |
| Unusual Pain | 50 | Temp Regulation | 25 |
| Red Eyes | 50 | Skin Sensitivity | 0 |
| Morning Stiffness | 50 | Abstract Numbers | 0 |

*Symptom Frequency*
*JAMA Mold*
*N=288*

**Appendix Six-10**

| Symptom | Frequency |
|---|---|
| Fatigue | 83 |
| Weakness | 70 |
| Aches | 68 |
| HA | 66 |
| Light sensitivity | 66 |
| Memory | 66 |
| Decreased word finding | 66 |
| Sinus | 65 |
| Decreased assimilation of new knowledge | 65 |
| Mood swings | 65 |
| Short of breath | 63 |
| Concentration | 62 |
| Temperature regulation | 60 |
| Frequent urination | 58 |
| Appetite swings | 58 |
| Confusion | 57 |
| Cramps | 56 |
| Increased thirst | 54 |
| Sweats | 54 |
| Cough | 53 |
| Joint pain | 53 |
| Unusual pain | 51 |
| Tingling | 51 |
| Red eyes | 48 |
| Tearing | 48 |
| Vertigo | 48 |
| Numbness | 47 |
| Morning stiffness | 44 |
| Static shocks | 44 |
| Disorientation | 42 |
| Ice pick pain | 41 |
| Abd pain | 39 |
| Secretory diarrhea | 39 |
| Metallic taste | 36 |

FOP SYMPTOMS RANK

**Appendix Six-11**

| | Cases | % | Controls | |
|---|---|---|---|---|
| N= | 40 | | N=5 | |
| Fatigue | 32 | 80 | 1 | 20 |
| Sinus | 30 | 75 | 1 | 20 |
| Am Stiffness | 28 | 70 | 1 | 20 |
| Tingling | 28 | 70 | 0 | 0 |
| Frequent urination | 28 | 70 | 2 | 40 |
| Light sensitivity | 27 | 67 | 2 | 40 |
| Word finding | 27 | 67 | 1 | 20 |
| Numbness | 26 | 65 | 1 | 20 |
| Memory loss | 26 | 65 | 1 | 20 |
| Sweats | 26 | 65 | 1 | 20 |
| Weak | 25 | 62 | 1 | 20 |
| Temperature regulation | 25 | 62 | 0 | 0 |
| Ache | 24 | 60 | 1 | 20 |
| Concentration | 24 | 60 | 1 | 20 |
| Appetite swings | 24 | 60 | 0 | 0 |
| Red eyes | 23 | 57 | 2 | 40 |
| Joint pain | 23 | 57 | 2 | 40 |
| Tearing | 22 | 55 | 0 | 0 |
| Cramp | 21 | 52 | 1 | 20 |
| Blurred | 21 | 52 | 1 | 20 |
| Cough | 21 | 52 | 1 | 20 |
| Short of breath | 21 | 52 | 1 | 20 |
| Mood swings | 21 | 52 | 1 | 20 |
| Assim of new knowledge | 20 | 50 | 0 | 0 |
| Disorientation | 19 | 47 | 0 | 0 |
| Vertigo | 18 | 45 | 0 | 0 |
| Unusual pain | 17 | 42 | 1 | 20 |
| Confusion | 17 | 42 | 0 | 0 |
| Stabbing pain | 16 | 40 | 1 | 20 |
| Confusion | 16 | 40 | 0 | 0 |
| Diarrhea | 15 | 37 | 0 | 0 |
| Static shock | 15 | 37 | 0 | 0 |
| Metallic taste | 11 | 27 | 0 | 0 |
| Lightning bolt pain | 11 | 27 | 1 | 20 |
| Abdominal pain | 10 | 25 | 0 | 0 |

Symptom Frequency
Wigles
N=6

# Appendix Six-12

| Symptom | Frequency |
|---|---|
| Concentration | 100 |
| Confusion | 100 |
| Assim of new knowledge | 100 |
| Fatigue | 83 |
| Headache | 83 |
| Memory | 83 |
| Mood Swings | 83 |
| Decreased word finding | 83 |
| Disorientation | 83 |
| Mood swings | 83 |
| Appetite swings | 83 |
| Temperature regulation | 83 |
| Weak | 66 |
| Cramps | 66 |
| Light sensitivity | 66 |
| Red eyes | 66 |
| Sinus | 66 |
| Short of breath | 66 |
| Abdominal pain | 66 |
| Joint pain | 66 |
| Morning stiffness | 66 |
| Frequent urination | 66 |
| Vertigo | 66 |
| Blurred vision | 50 |
| Tearing | 50 |
| Cough | 50 |
| Sweats | 50 |
| Excessive thirst | 50 |
| Numbness | 50 |
| Tingling | 50 |
| Ache | 33 |
| Unusual pain | 33 |
| Diarrhea | 17 |
| Static shocks | 17 |
| Metallic taste | 17 |

Appendix Seven-1

# Symptoms Since Exposure

- Pat CA age 14

- Recurrent nose bleeds, cognitive abnormalities

- Fatigue, HA, stabbing pain, light sensitivity, blurred vision, word finding, mood swings, appetite swings, sweats, temperature regulation, vertigo, metallic taste, absent abstract math skills

**Appendix Seven-2**

# Dr. Eggleston Comments

- "After discussing with the parents at length that airborne levels of *Stachybotrys* were unlikely to be harmful without significant ingestion in anyone older than an infant, we ordered tests for precipitating antibodies to several molds."

- "Although we found no objective evidence of mold-related diseases, we agree that he should avoid entering his former school. He clearly and consistently seems to worsen when in his old school."

June, 2004

**Appendix Seven-3**

"All tests were negative.  Case was not mold-related."

- All tests *performed* were negative
- Look what wasn't normal

Appendix Seven–4

# Actual Patient Workup

- 14 health symptoms
- HLA 13-6-52C, mold-susceptible
- MSH too low to measure
- VCS positive
- MMP-9 447 (85-332)
- ADH 1.81; OSM 296 positive dysregulation
- EPO 8.8 (9-28) / VEGF 51 (31-86) positive dysregulation
- AGA IgA 5 (0-19)
      IgG 67 (0-19)
- TTG-IgA <5
- Leptin 16.6 (1.2-9.5)
- IgE <2

Appendix Seven-5

# Symptoms After Treatment

- None

Appendix Eight-1

# Total Symptoms

|  | N= | Average Symptoms |
|---|---|---|
| Controls | 239 | 2.7 |
| Cases | 288 | 19.8 |
| Pediatric controls | 40 | 1.2 |
| Pediatric cases | 112 | 12.2 |

**Appendix Eight-2**

# Sx CLUSTER ANALYSIS

Fatigue

Weak, assimilation, aching headache, light sensitivity

Memory, word, concentration

Joint, AM stiff, cramp

Unusual, tingling

SOB, sinus

Cough, thirst, confusion

Appetite, body temp regulate, urinary freq.

Red eyes, blurred, sweats, mood, ice-pick pains

Abdominal pain, diarrhea, numbness

Tearing, disorient, metallic taste

Static shocks, vertigo

Appendix Eight-3

# Factor Analysis of five Exposure Groups
# DataTable=Biotoxin_illness_symptoms.jmp
# Universe: Percent of occurrence of 35 Symptoms

*Correlations*

|  | Cyano | WDB-1 | WDB-2 | Ciguatera | Lyme |
|---|---|---|---|---|---|
| Cyano | 1.000 | 0.721 | 0.654 | 0.702 | 0.668 |
| WDB-1 | 0.721 | 1.000 | 0.805 | 0.700 | 0.761 |
| WDB-2 | 0.654 | 0.805 | 1.000 | 0.539 | 0.709 |
| Ciguatera | 0.702 | 0.700 | 0.539 | 1.000 | 0.666 |
| Lyme | 0.668 | 0.761 | 0.709 | 0.666 | 1.000 |

# Appendix Eight-4

## LOGISTIC REGRESSION MODEL USING 8 FACTOR SCORES COMBINING SYMPTOMS TO PREDICT MEMBERSHIP IN THE GROUP OF CASES OR CONTROLS

### Classification Table

|  | Predicted Controls | Predicted Cases | Row Total |
|---|---|---|---|
| Observed Controls | 238 | 1 | 239 |
| Observed Cases | 5 | 277 | 282 |
| Column Total | 243 | 278 | 521 |

% Agreement = 98.85%

Agreement Odds    515/521
Disparities    6

Standard Deviation    0.47%

### Confidence Limits

|  | % Agreement | Disparities |
|---|---|---|
| 2-tailed Z at α = 0.05 = 1.960 |  |  |
| Lower Confidence Limit = | 97.93% | 11 |
| Upper Confidence Limit = | 99.76% | 1 |

|  | − | + |
|---|---|---|
| − | Specificity | False Positive |
| + | False Negative | Sensitivity |

### Significance Test of Agreement

| Test | ChiSquare | Prob. Of ChiSquare |
|---|---|---|
| Likelihood | 656.722 | < 0.00000001 |
| Pearson | 497.264 | < 0.00000001 |

Appendix Eight-5

# RESULTS: Parameters of no Diagnostic Significance, means

|                    | Adult | | Child | |
|--------------------|-------|-------|-------|-------|
|                    | ill   | well  | ill   | well  |
| ABN CBC, CMP       | 11%   | 9%    | 6%    | 7%    |
| FEV1/FVC           | 113.1 | 108.3 | 102.2 | 104.6 |
| **Tobacco use**    | 27%   | 33%   | 0     | 0     |
| IgE, mean          | 33    | 25    | 36    | 31    |
| ESR                | 14    | 18    | 16    | 15    |
| C-reactive protein | 5.0   | 4.4   | ND    | ND    |
| Leptin             | 17.1  | 21.2  | ND    | ND    |
| TNF                | 4.3   | 5.4   | ND    | ND    |

Appendix Eight-6

# RESULTS: Parameters of no Diagnostic Significance, means

|  | Adult | | Child | |
|---|---|---|---|---|
|  | ill | well | ill | well |
| ADH | 2.3 | 2.8 | ND | ND |
| osmolality | 295 | 293 | ND | ND |
| ACTH | 32 | 26 | ND | ND |
| cortisol | 14 | 12 | ND | ND |
| IL-6 | 1.9 | 2.0 | ND | ND |
| Interferon gamma | 0.14 | 0.21 | ND | ND |

Appendix Eight-7

# RESULTS: Parameters of no Diagnostic Significance, means

|        | Adult |      | Child |      |
|--------|-------|------|-------|------|
|        | ill   | well | ill   | well |
| Prop B | 40.4  | 38.9 | ND    | ND   |
| C2     | 4.0   | 2.6  | ND    | ND   |
| C3     | 124.1 | 121.0| ND    | ND   |
| C4     | 29.5  | 26.1 | ND    | ND   |
| C1q-IC | 3.0   | 5.9  | ND    | ND   |
| C3d-IC | 15.7  | 14.1 | ND    | ND   |
| C4d    | 5.9   | 5.9  | ND    | ND   |

**Appendix Eight-8**

# RESULTS: Parameters of Diagnostic Significance P<.001

|  | Adult | | Child | |
|  | ill | well | ill | well |
|---|---|---|---|---|
| MSH, mean | 15.3 | 23.2 | 9.4 | 45.6 |
| MMP9, mean | 506 | 225 | 419 | 187 |
| VEGF % < 31 | 38 | 0 | 27 | 0 |
| VEGF % >200 | 15 | 0 | 17 | 0 |
| ADH/osmo dys | 65% | 14% | ND | ND |
| ACTH/cortisol dys | 44% | 6% | ND | ND |
| MARCoNS + | 80% | 3% | ND | ND |

# RESULTS: Parameters of Diagnostic Significance P<.001

|  | Adult | | Child | |
|---|---|---|---|---|
|  | ill | well | ill | well |
| C3a | > 1100 | 285 | 757 | 102 |
| C4a | 7287 | 631 | 4239 | 553 |
| IL-10 | 10.2 | 0.5 | 8.6 | 0.3 |
| IL1B | 5.9 | 0.8 | 4.3 | 0.5 |
| Interferon alpha | 398 | 14 | ND | ND |
| Erythropoietin % < 7.3 | 25 | 3 | ND | ND |
| Erythropoietin % > 27.7 | 9 | 3 | ND | ND |

# Mean IgE, by illness, all patients

| | | Cases N= | IgE |
|---|---|---|---|
| Control | No illness | 234 | 24 |
| Mold case | Confirmed case | 367 | 31 |
| Asthma | Inhaled steroids + 1 other med, > 6 months/year | 45 | 567 |
| Nasal allergy | Nasal steroid + 1 other med, > 6 months/year | 38 | 432 |



Cases by Wingspan

**Appendix Nine-1**

# Relative

| % Baseline | Sympt oms | Leptin | VEGF | MMP-9 | C3a | C4a |
|---|---|---|---|---|---|---|
| Control | 2.9 | 1.0 -13.5 | 32-86 | <332 | <146 | <2830 |
| AC-1 | 19.4 | 104.7 | 168.4 | 81.0 | 40.6 | 50.9 |
| HOC | 20.3 | 112 | 139.3 | 62.5 | 44.9 | 59.8 |
| BOC-1 | 42 | 152.6 | 253.3* | 138.2* | 99.6* | 144.3* |
| BOC-2 | 69.5 | 161.8* | 95.6 | 115.5 | 73 | 135 |
| BOC-3 | 87.9 * | 186.8 | 87.8** | 122.3 | 73.5 | 131.7 |
| AC-2 | 21.3 | 90.6 | 123.1 | 50.4 | 23.5 | 29.4 |

Ritchie C. Shoemaker MD

**Appendix Nine-2**

# Absolute

|         | Symptoms | Leptin    | VEGF  | MMP-9 | C3a   | C4a    |
|---------|----------|-----------|-------|-------|-------|--------|
| Control | 2.9      | 1.0 -13.5 | 32-86 | <332  | <146  | <2830  |
| Base    | 25.7     | 19.4      | 53.6  | 460.2 | 488.0 | 13232  |
| AC-1    | 6.1      | 20.3      | 92.1  | 413.0 | 227.0 | 5994   |
| HOC     | 4.7      | 24.2      | 83.0  | 498.7 | 213.7 | 5387   |
| BOC-1   | 11.1     | 36.7      | 105.9 | 509.4 | 416.1 | 16190  |
| BOC-2   | 18.2     | 31.4      | 55.5  | 455.2 | 392.5 | 11904  |
| BOC-3   | 20.1     | 83.1      | 80.5  | 527.0 | 537.0 | 19110  |
| AC-2    | 5.5      | 92.6      | 63.1  | 217.0 | 110.7 | 2697   |

Ritchie C. Shoemaker MD

**Appendix Ten**

# The Honorable Senator Edward M. Kennedy

## & the Health, Education, Labor and Pension Committee

### Extend An Invitation To Senate Legislative Assistants

### We Urge You to Join Us for a Briefing on

# "The Health Effects of Mycotoxins and Mold"

## Thursday, January 12th at 2:30 PM

## Room 430 of the Dirksen Senate Office Building

A panel of fungal disease experts will provide an overview of our current understanding of the health effects of mycotoxin and mold exposure. In addition, the panel will discuss the ways in which mold related illnesses are currently treated, recommend areas where increased education would benefit doctors and patients, and suggest areas where more research is needed.

### The panel will consist of:

**Dr. Mary Jane Selgrade,**
**EPA Office of R&D**

**Dr. Laura Kolb,**
**EPA Office of Air and Radiation**

**Dr. Vincent Marinkovich,**
**Diagnostic & Treating Immunologist/Physicist,**
**Mycotic Diseases**

**Dr. David Sherris,**
**Professor & Chairman of Otolaryngology at SUNY Buffalo,**
**Chronic Fungal Sinusitus**

**Dr. Ritchie Shoemaker,**
**Diagnostic and Treating Physician,**
**Biotoxin Illness**

**Dr. Chin Shan Yang,**
**President P & K Microbiology Services, Inc.**
**Fungal Microbiology**

**Sharon Noonan Kramer,**
**Moderator**

**Appendix Eleven**

## Fungal/Inflammation
### 12/28/05

1. Gorny RL, Reponen T, Willeke K, Schmechel D, Robine E, Boissier M, Grinshpun SA. 2002; 68 (7): 3522-3531. Applied and Environmental Microbiology. Fungal fragments as indoor air biocontaminants.

2. Murtoniemi T, Nevalainen A, Hirvonen MR. Applied and Environmental Microbiology. 2003;69 (7): 3751-3757. Effect of plasterboard composition on Stachybotrys chartarum growth and biological activity of spores.

3. Nieminen SM, Karki R, Auriola S, Toivola M, Laatsch H, Laatikainen R, Hyvarinen A, Wright AV. Applied and Environmental Microbiology. 2002; 68 (10): 4871-4875. Isolation and identification of Aspergillus fumigatus mycotoxins on growth medium and some building materials.

4. Engelhart S, Loock A, Skutlarek D, Sagunski H, Lommel A, Farber H, Exner M. Applied and Environmental Microbiology. 2002; 68 (8): 3886-3890. Occurrence of toxigenic Aspergillus versicolor isolates and sterigmatocystin in carpet dust from damp indoor environments.

5. Shelton BG, Kirkland KH, Flanders WD, Morris GK. Applied and Environmental Microbiology. 2002; 68 (4): 1743-1753. Profiles of airborne fungi in buildings and outdoor environments in the United States.

6. Levetin E, Shaughnessy R, Rogers CA, Scheir R. Applied and Environmental Microbiology. 2001; 67 (8): 3712-3715. Effectiveness of germicidal UV radiation for reducing fungal contamination within air-handling units.

7. Williams RH, Ward E, McCartney HA. Applied and Environmental Microbiology. 2001; 67 (6): 2453-2459. Methods for integrated air sampling and DNA analysis for detection of airborne fungal spores.

8. Vesper SJ, Vesper MJ. Infection and Immunity. 2002; 70 (4): 2065-2069. Stachylysin may be a cause of hemorrhaging in humans exposed to Stachybotrys chartarum.

9. Kordula T, Banbula A, Macomson J, Travis J. Infection and Immunity. 2002; 70 (1): 419-421. Isolation and properties of stachyrase A, a chymotrypsin-like serine proteinase Stachybotrys chartarum.

10. Horner WE, Worthan AG, Morey PR. Applied and Environmental Microbiology. 2004; 70 (11): 6394-6400. Air- and dustborne mycoflora in houses free of water damage and fungal growth.

11. Sebastian A, Larsson L. Applied and Environmental Microbiology. 2003; 69 (6): 3103-3109. Characterization of microbial community in indoor environments: a chemical-analytical approach..

12. Pessi AM, Suonketo J, Pennti M, Kurkilahti M, Peltola K, Rantio-Lehtimaki A. Applied and Environmental Microbiology. 2002; 68 (2): 963-967. Microbial growth inside insulated external walls as an indoor air biocontamination source.

13. Peltola J, Andersson MA, Haahtela T, Mussalo-Rauhamma H, Rainey FA, Kroppenstedt RM, Samson RA, Salkinoja-Salonen MS. Applied and

Environmental Microbiology. 2001; 67 (7): 3269-3274. Toxic-metabolite-producing bacteria and fungus in an indoor environment.

14. Brasel TL, Campbell AW, Demers RE, Ferguson BS, Fink J, Vojdani A, Wilson SC, Straus DC. Archives of Environmental Health. 2004; 59 (6): 317-323 Detection of trichothecene mycotoxins in sere from individuals exposed to Stachybotrys chartarum in indoor environments..

15. Brasel TL, Martin JM, Carriker CG, Wilson SC, Straus DC. Applied and Environmental Microbiology. 2005; 71 (11): 7376-7388. Detection of airborne Stachybotrys chartarum macrocyclic trichothecene mycotoxins in indoor environment.

16. Brasel TL, Douglas DR, Wilson SC, Straus DC. Applied and Environmental Microbiology. 2005; 71 (1): 114-122. Dectection of airborne Stachybotrys chartarum macrocyclic trichothecene mycotoxins on particulates smaller than conidia.

17. Netea MG, Van der Meer JWM, Sutmuller RP, Adema GJ, Kullberg BJ. Antimicrobial Agents and Chemotherapy. 2005; 49 (10): 3991-3996. From the Th1/Th2 paradigm towards a Toll-like receptor/ T-helper bias.

18. Graaf CAAVD, Netea MG, Verschueren I, Meer JWMVD, Kullberg BJ. Infection and Immunity. 2005; 73 (11): 7458-7464. Differential cytokine production and Toll-like receptor signaling pathways by Candida albicans blastoconidia and hyphae.

19. Rivera A, Epps HLV, Hohl TM, Rizzuto G, Pamer EG. Infection and Immunity. 2005; 73 (11): 7170-7179. Distinct CD4+-T-cell responses to live and heat-inactivated Aspergillis fumigatus conidia.

20. McCann F, Carmona E, Puri V, Pagano RE, Limper AH. Infection and Immunity. 2005; 73 (10): 6340-6349. Macrophage internalization of fungal B-glucans is not necessary for initiation of related inflammatory responses.

Evidence for Mold Illness

1. Jacob B, Ritz B, Gehring U, Koch A, Bischof W, Wichmann HE, Heinrich J. Environmental Health Perspectives. Indoor exposure to molds and allergic sensitization. 2002; 110(7): 647-653.
2. Cox-Ganser JM, White SK, Jones R, Hilsbos K, Storey E, Enright PL, Rao CY, Kreiss K. EHP online. Respiratory morbidity in office workers in a water-damaged building. 2005; access at http://dx.doi.org. 04/07/06.
3. Jaakkola MS, Nordman H, Piipari R, Uitti J, Laitinen J, Karjalainen A, Hahtola P, Jaakkola JJK. Environmental Health Perspectives. Indoor dampness and molds and development of adult-onset asthma: a population-based incident case-control study. 2002; 110(5): 543-547.
4. Ponikau JU, Sherris DA, Kephart GM, Adolphson C, Kita H. Current Allergy and Asthma Reports. The role of ubiquitous airborne fungi in chronic rhinosinusitis. 2005; 5: 472-476.
5. Gunnbjornsdottir MI, Franklin KA, Norback D, Bjornsson E, Gislason D, Lindberg E, Svanes C, Omenaas E, Norrman E, Jogi R, Jensen EJ, Dahlman-Hoglund A, Janson C. Thorax.. Prevalence and incidence of respiratory symptoms in relation to indoor dampness: the Rhine study. 2006; 61: 221-225.
6. Wannemacher RW, Wiener SL. Textbook of Military Medicine: Medical Aspects of Chemical and Biological Warfare:Chapter 4. Trichothecene Mycotoxins. 1-28.
7. H.M. Ammann, Is indoor mold contamination a threat to health, J Environ Health, 64 (2002) 43-44.
8. H.M. Ammann, Is indoor mold contamination a threat to health? Part two, J Environ Health 66 (2003) 47-49.R.E.
9. Centers for Disease Control and Prevention, State of the science on molds and human health; S.C. Redd Statement for the Record; Committee on Oversight and Investigations and Housing and Community Opportunity, Committee and Financial Services. US House of Representatives, July 18, 2002.
10. S.M. Nieminen, R. Karki, S. Auriola, M. Toivola, H. Laatsch, R. Laatikainen, A. Hyvarinen, A.V. Wright, Isolation and identification of Aspergillus fumigatus mycotoxins on growth medium and some building materials, Applied Environ Microbiol 68 (2002) 4871-4875.
11. J. Peltola, M.A. Andersson MA, T. Haahtela, H. Mussalo-Rauhamma, F.A. Rainey, R.M. Kroppenstedt, R.A. Samson, M.S. Salkinoja-Salonen, Toxic-metabolite-producing bacteria and fungus in an indoor environment, Applied Environ Microbiol 67 (2001) 3269-3274.
12. A. Sebastian, L. Larsson, Characterization of microbial community in indoor environments: a chemical-analytical approach, Applied Environ Microbiol 69 (2003) 3103-3109.
13. B.G. Shelton, K.H. Kirkland, W.D. Flanders, G.K. Morris, Profiles of airborne fungi in buildings and outdoor environments in the United States, Applied Environ Microbiol 68 (2002) 1743-1753.
14. R.C. Shoemaker, D.E. House, A time-series study of sick building syndrome: chronic, biotoxin-associated illness from exposure to water-damaged buildings, Neurotoxicol Teratol 27/1 (2005) 29–46.

15. R. C. Shoemaker, J.M. Rash, E.W. Simon EW, Sick building syndrome in water damaged buildings: Generalization of the Chronic biotoxin-associated illness paradigm to indoor toxigenic fungi, in: E. Johanning (Ed.), Bioaerosols, fungi, bacteria, mycotoxins and human health: Pathophysiology, clinical effects, exposure assessment, prevention and control in indoor environments and work, Fungal Research Group Foundation, Inc., Albany, NY, 2005, pp. 66-77.

16. M.J. Apostolakos, H. Rossmoore, W.S. Beckett, Hypersensiitivity pneumonitis from ordinary residential exposures, Environ. Health Perspect. 109 (2001) 979-981.

17. J.V. Baldo, L. Ahmad, R. Ruff, Neuropsychological performance of patients following mold exposure, Applied Neuropsychol. 9 (2002) 193-202.

18. B. Brunekreef, Associations between questionnaire reports of home dampness and childhood respiratory symptoms, Sci. Total Environ. 127 (1992) 79-89.

19. H. J. Chao, J. Schwartz, D. K. Milton, H.A. Burge, The work environment and workers' health in four large buildings, Environ. Health Perspect. 111 (2003) 1242-1248.

20. C.E.Cuijpers, G.M.Swaen, G. Wesseling, F. Sturmans, E.F. Wouters, Adverse effects of the indoor environment on respiratory health in primary school children, Environ. Res. 68 (1995) 11-23. S. Dharmage, M. Bailey, J. Raven, K. Abeyawickrama, D. Cao, D. Guest, J. Rolland, A. Forbe, F. Thien, M. Abramson, E.H. Walters, Mouldy houses influence symptoms of asthma among atopic individuals, Clin. Exp. Allergy 32 (2002) 714-720.

21. H.K.Dillon, J.D. Miller, W.G.Sorenson, J. Douwes, R.R. Jacobs, Review of methods applicable to the assessment of mold exposure to children, Environ. Health Perspect. 107 (1999) 473-480.

22. N.E. Ebbehoj, M.O. Hansen, T. Sigsgaard, L. Larsen, Building-related symptoms and molds: a two-step intervention study, Indoor Air 12 (2002) 273-277.

23. K. Engvall, C. Norrby, D. Norback, Sick building syndrome in relation to building dampness in multi-family residential buildings in Stockholm, Int. Arch. Occup. Environ. Health 74 (2001) 270-278.

24. R.A. Etzel, E. Montana, W.G. Sorenson, G.J. Kullman, T.M. Allan, D.G. Dearborn, D.R. Olson, B.B. Jarvis, J.D. Miller, Acute pulmonary hemorrhage in infants associated with exposure to Stachybotrys atra and other fungi, Arch. Pediatr. Adolesc. Med. 152 (1998) 757-762.

25. S.M. Flappan, J. Portnoy, P. Jones, C. Barnes, Infant pulmonary hemorrhage in a suburban home with water damage and mold (Stachybotrys atra), Environ. Health Perspect. 107 (1999) 927-930.

26. J.F. Gent, P. Ren, K. Belanger, E. Triche, M.B. Bracken, T.R. Holford, B.P. Leaderer. Levels of household mold associated with respiratory symptoms in the first year of life in a cohort at risk for asthma, Environ. Health Perspect. 110 (2002) A781-A786.

27. W.A. Gordon, E. Johanning, L. Haddad, Cognitive impairment associated with exposure to toxigenic fungi, in E. Johanning (Ed.), Bioaerosols, fungi and mycotoxins: Health effects, assessment, prevention and control, Eastern New York Occupational and Environmental Health Center, New York, 1999, pp. 94-105.

28. J. Harrison, C.A. Pickering, E.B. Faragher, P.K. Austwick, S.A. Little, L. Lawton, An investigation of the relationship between microbial and particulate indoor air pollution and the sick building syndrome, Respir. Med. 86 (1992) 225-235.

29. M.R. Hirvonen, A. Nevalainen, N. Makkonen, J. Monkkonen, K. Savolainen, Induced production on nitric oxide, tumor necrosis factor, and interleukin-6 in RAW 264.7 macrophages by streptomycetes from indoor air of moldy houses, Arch. Environ. Health 52 (1997) 426-432.

30. B.B. Jarvis, W.G. Sorenson, E.L. Hintikka, M. Nikulin, Y. Zhou, J. Jiang, S. Wang, S. Hinkley, R.A. Etzel, D. Dearborn, Study of toxin production by isolates of Stachybotrys chartarum and Memnoniella echinata isolated during a study of pulmonary hemosiderosis in infants, Appl. Environ. Microbiol. 64 (1998) 3620-3625.

31. M. Mahmoudi, M.E. Gershwin, Sick building syndrome. III Stachybotrys chartarum, J. Asthma 37 (2000) 191-208.

32. H.S. Nelson, S.J. Szefler, S.J. Jacobs, K. Huss, G. Shapiro, A.L.Sternberg, The relationships among environmental allergen sensitization, allergen exposure, pulmonary function, and bronchial hyperresponsiveness in the Childhood Asthma Management Program, J. Allergy Clin. Immunol. 104 (1999) 775-785.

33. J. Santilli, W. Rockwell, Fungal contamination of elementary schools: a new environmental hazard, Ann. Allergy Asthma Immunol. 90 (2003) 203-208.

34. R.C. Shoemaker, Differential association of HLA DR genotypes with chronic, neurotoxin mediated illness: Possible genetic basis for susceptibility, Am. J. Trop. Med. Hygiene, 67 (2002)

35. W. Smoragiewicz, B. Cossette, A. Bontard, K. Krzystyriak, Tricothecene mycotoxins in the dust of ventilation systems in office buildings. Int. Arch. Occup. Environ. Health 65 (1993) 113-117.

36. W.G. Sorenson, Fungal spores: hazardous to health? Environ. Health Perspect. 107 (1999) 469-472.

37. D. Trout, J. Bernstein, K. Martinez, R. Biagini, K. Wallingford, Bioaerosol lung damage in a worker with repeated exposure to fungi in a water-damaged building, Environ. Health Perspect. 109 (2001) 641-644.

38. Andersson MA, Nikulin M, Koljalg U, Anderson MC, Rainey F, Reijula K, Hintikka EL, Salkinoja-Salonen M. Bacteria and toxins in water-damaged building materials. App Environ Microb 1997; Vol. 63: 387-393.

39. Dales R, Burnett R, Zwanenburg H. Adverse health effects among adults exposed to home dampness and mold. Am Rev Respir Dis 1999; 143: 505-509.

40. Fung F, Hughson WG. Health effects of indoor fungal bioaerosols exposure. Applied Occupational and Environmental Hygiene 2003: 18; 535-544.

41. Elidemir O, Colasurdo G, Rossman S. Isolation of Stachybotrys from the lung of a child with pulmonary hemosiderosis. Pediatrics 1999; 104: 964-966.

*Ref evidence for inflammation*

1. Rao CY, Burge HA, Brain JD. Mycopathologia. The time course of responses to intratracheally instilled toxic Stachybotrys chartarum spores in rats. 2000; 149: 27-34.

2. Brasel TL, Campbell AW, Demers RE, Ferguson BS, Fink J, Vojdani A, Wilson SC, Straus DC. Archives of Environmental Health. Detection of trichothecene mycotoxins in sera from individuals exposed to Stachybotrys chartarum in indoor environments. 2004; 59(6): 317-323.

3. Flemming J, Hudson B, Rand T.  comparison of inflammatory and cytotoxic lung responses in mice after intratracheal exposure to spores of two different Stachybotrys chartarum strains.  Toxicolog Sciences 2004; 78: 267-275

4. C. Hastings, T. Rand, H.T. Bergen, J.A. Thliveris, A. Shaw, H.H. Mantsch and J.E. Scott. Stachybotrys chartarum alters surfactant-related phospholipids synthesis and CTP: cholinephosphate cytidylytransferase activity in isolated fetal rat type II cells. Toxicol Sci 84; 2005: 186 - 194.

5. B Hudson, J. Flemming, G. Sun, T.G. Rand. Comparison of immunomodulator mRNA expression and concentration in lungs of Stachybotrys chartarum spore exposed mice. J Toxicol Environ Health A68; 2005: 1321-1335.

6. C. Mason, T.G. Rand, M. Oulton, J. MacDonald. The effect of Stachybotrys chartarum spores and an isolated trichothecene, isosatratoxin F, on convertase activity in mice. Toxicol Applied Pharmacol 172; 2001: 21-28.

7. M. Nikulin, K. Reijula, B.B. Jarvis, P. Veijalainen, E.L. Hintikka. Effects of intranasal exposure to spores of Stachybotrys atra in mice. Fundamen Appl Toxicol 35; 1997: 182-188.

8. T.G. Rand, M. Mahoney, K. White, M. Oulton. Microanatomical changes associated with alveolar type II cells in juvenile mice exposed to Stachybotrys chartarum and isolated toxin. Toxicolog Sci 65; 2002: 239-245.

9. T.G. Rand, K. White, A. Logan, L. Gregory. Histological, immunohistochemical and morphometric changes in lung tissue in juvenile mice experimentally exposed to Stachybotrys chartarum spores. Mycopathologia  56; 2002: 87-99.

10. M.W. Sumarah, T.G. Rand, C.D. Mason, M. Oulton, J. MacDonald, M. Anthes. Effects of Stachybotrys chartarum spores and toxin on mouse lung surfactant phospholipid composition, in: E. Johanning (Ed.), Bioaerosols, Fungi and Mycotoxins, Health Effects, Assessment, Prevention and Control, Eastern N.Y. Occupational and Environmental Health Center, Albany, NY, 1999, pp. 444-452.

11. I. Yike, T. Rand, R. Walenga, D. Dearborn. Acute inflammatory responses to Stachybotrys chartarum in lungs of infant rats: time course and possible mechanisms. Am J Respir Critical Care Med 167; 2003: A205-206.

12. B. Andersen, K. F. Nielsen, B.B. Jarvis. Characterization of Stachybotrys from water-damaged buildings based on morphology, growth, and metabolite production. Mycologia 94; 2002: 392-403.

13. Miller JD, Rand TG, Jarvis BJ.  Stachybotrys chartarum: cause of human disease or media darling?  Medical Mycology 2003; 41: 271-291.

14. Rand TG, Giles S, Flemming J, Miller JD, Puniani E.  Inflammatory and cytotoxic responses in mouse lungs exposed to purified toxins from building isolated Penicillium brevicompactum Dierckx and P. chrysogenum Thom. Toxicological Sciences 2005; 87: 213-222.

Ref_mechanisms of inflammation

1. Brown GD. Nature Immunology. Dectin-1: a signaling non-TLR pattern-recognition receptor. 2006; 6: 33-43.

2. Kohl J, Baelder R, Lewkowich IP, Pandey MK, Hawlisch H, Wang L, Best J, Herman NS, Sproles AA, Zwirner J, Whitsett JA, Gerard C, Sfyroera G, Lambris JD, Willis-Karp M. Journal of Clinical Investigation. A regulatory role for the C5a anaphylatoxins in type 2 immunity in asthma. 2006; 116(3): 783-796.

3. Islam Z, Harkema JR, Pestka JJ. EHP online. Satratoxin G from the black mold Stachybotrys chartarum evokes olfactory sensory neuron loss and inflammation in the murine nose and brain. 2007; access at http://dx.doi.org/ 04/07/06.

4. Akbari O, Faul JL, Hoyte EG, Berry GJ, Wahlstrom J, Kronenberg M, Dekruyff RH, Umetsu DT. The New England Journal of Medicine. CD4+ invariant T-cell-receptor+ natural killer T cells in bronchial asthma. 2006; 354(11): 1117-1129.

5. Jiang H, Chess L. New England Journal of Medicine. Regulation of immune responses by T cells. 2006; 354(11): 1166-1176.

6. Kay AB. New England Journal of Medicine. Natural killer T cells and asthma. 2006; 354(11): 1186-1188.

7. Huttunen K, Pelkonen J, Nielsen KF, Nuutinen U, Jussila J, Hirvonen MR. Environmental Health Perspectives. Synergistic interaction in simultaneous exposure to Streptomyces californicus and Stachybotrys chartarum. 2004; 112(6): 659-665.

8. Jussila J, Komulainen H, Huttunen K, Roponen M, Iivanainen E, TorkkoP, Kosma VM, Pelkonen J, Hirvonen MR. Environmental Health Perspectives. Mycobacterium terrae isolated from indoor air of a moisture-damaged building induces sustained biphasic inflammatory response in mouse lungs. 2002; 110(11): 1119-1125.

9. Zughaier SM, Zimmer SM, Datta A, Carlson RW, Stephens DS. Differential induction of the Toll-like receptor 4-MyD88-dependent and –independent signaling pathways by endotoxins. Infection and Immunity. 2005; 73(5): 2940-2950.

10. Hoare HL, Sullivan LC, Pietra G, Clements CS, Lee EJ, Ely LK, Beddoe T, Falco M, Kjer-Nielsen L, Reid HH, McCluskey J, Moretta L, Rossjohn J, Brooks AG. Structural basis for a major histocompatibility complex class Ib-restricted T cells response. Nature Immunology. 2006; 7(3): 256-264.

11. Steere A, Klitz W, Drouin E, Falk B, Kwok W, Nepom G, Baxter-Lowe L. Antibiotic-refractory Lyme arthritis is associated with HLA-DR molecules that bind a Borrelia burgdorferi peptide. J Exper Med 2006; 203: 961-971.

12. Jung SB, Yang CS, Lee JS, Shin AR, Jung SS, Son JW, Harding CV, Kim HJ, Paik TH, Song CH, Jo EK. The mycobacterial 38-kilodalton glycolipoprotein antigen activates the mitogen-activated protein kinase pathway and release of proinflammatory cytokines through Toll-like receptors 2 and 4 in human monocytes. Infection and Immunity. 2006; 74(5): 2686-2696.

13. Katz J, Zhang P, Martin M, Vogel SN, Michalek SM. Toll-like receptor 2 is required for inflammatory responses to Francisella tularensis LVS. Infection and Immunity. 2006; 74(5): 2809-2816.

14. Banus HA, Vandebriel RJ, de Ruiter H, Dormans JAMA, Nagelkerke NJ, Mooi FR, Hoebee B, van Kranen HJ, Kimman TG. Host genetics of Bordetella pertussis infection in mice: significance of Toll-like receptor 4 in genetic susceptibility and pathobiology. Infection and Immunity. 2006; 74(5): 2596-2605.

15. Khan MA, Ma C, Knodler LA, Valdez Y, Rosenberger CM, Deng W, Finlay BB, Vallance BA. Toll-like receptor 4 contributes to colitis development but not to host defense during Citrobacter rodentium infection in mice. Infection and Immunity. 2006; 74(5): 2522-2536.

16. C.A.A.V.D. Graaf, M.G. Netea, I. Verschueren, J.W.M.V.D. Meer, B.J. Kullberg. Differential cytokine production and Toll-like receptor signaling pathways by Candida albicans blastoconidia and hyphae. Infect Immunity; 2005 73:7458-7464.

17. M.G. Netea, J.W.M.Van der Meer, R.P. Sutmuller, G.J.Adema, B.J. Kullberg. From the Th1/Th2 paradigm towards a Toll-like receptor/ T-helper bias. Antimicrob Agents Chemotherapy 2005; 49: 3991-3996.

18. A. Rivera, H.L.V. Epps, T.M. Hohl, G. Rizzuto, E.G. Pamer. Distinct CD4+-T-cell responses to live and heat-inactivated Aspergillis fumigatus conidia. Infect Immun 2005; 73: 7170-7179.

19. P.A. Verhoef, S.B. Kertesy, M. Estacion, W.P. Schilling, G.R. Dubyak. Maitotoxin induces biphasic interleukin 1-beta secretion and membrane blebbing in murine macrophages. Mol Pharmacol 2004; 66: 909-920.

20. K.A. Brogden, J.M. Guthmiller, M. Salzet, M. Zasloff M. The nervous system and innate immunity: the neuropeptide connection. Nature Immun 6 (2005) 558-564.

21. J.G. Cannon, J.B. Tatro, S. Reichlin, C.A. Dinarello. Alpha melanocyte stimulating hormone inhibits immunostimulatory and inflammatory actions of interleukin 1. J Immuno 1986; 137: 2232-2236.

22. A. Catania, L. Airaghi, L. Garofalo, M. Cutuli, J.M. Lipton. The neuropeptide alpha-MSH in HIV infection and other disorders in humans. Ann NY Acad Sci 1998; 840: 848-856.

23. A. Catania, S. Gatti, G. Colombo, J.M. Lipton. Targeting melanocortin receptors as a novel strategy to control inflammation. Pharmacol Rev 2004; 56: 1-29.

24. G. Colombo, R. Buffa, M.T. Bardella, L. Garofalo, A. Carlin, J.M. Lipton, A. Catania. Anti-inflammatory effects of alpha-melanocyte-stimulating hormone in celiac intestinal mucosa. Neuroimmunomodulation 2002-2003; 10: 208-216.

25. M.G. De Simoni, L. Imeri. Cytokine-neurotransmitter interactions in the brain. Biol Signals Recept 1998; 7: 33-44.

26. R.C. Gaillard, E. Spinedi, T. Chautard, F.P. Pralong. Cytokines, leptin, and the hypothalamo-pituitary-adrenal axis. Ann NY Acad Sci 2000; 917: 647-657.

27. D.J. George, W.G. Kaelin. The von Hippel-Lindau protein, vascular endothelial growth factor, and kidney cancer. N Eng J Med 2003; 349: 419-422.

28. N. Ghilardi, R.C. Skoda RC. The leptin receptor activates janus kinase 2 and signals for proliferation in a factor-dependent cell line. Mol Endocrinol 1997; 11: 393-399.

29. L. Guo, H. Munzberg, R.C. Stuart, E.A. Nillni, C. Bjorbek. N-acetylation of hypothalamic a-melanocyte-stimulating hormone and regulation by leptin. Proc Natl Acad Sci 2004; 101: 11797-11802.

30. T. Ichiyama, H. Zhao, A. Catania, S. Furukawa, J.M. Lipton. a-Melanocyte-Stimulating Hormone inhibits NF-kB activation and IkBa degradation in human glioma cells and in experimental brain inflammation. Exp Neurol 1999; 157: 359-365.

31. J.M. Krum, A. Khaibullina. Inhibition of endogenous VEGF impedes revascularization and astroglial proliferation: roles for VEGF in brain repair. Exp Neurol 2003; 181: 241-257.

32. A. La Cava, G. Matarese. The weight of leptin in immunity. Nature Rev Immunol 2004; 4: 371-379.

33. Landman, J.J. Puder, E. Xiao, P.U. Freda, M. Ferin, S.L. Wardlaw. Endotoxin stimulates leptin in the human and nonhuman primate. J Clin Endocrinol Metabol 2003; 88: 1285-1291.

34. J.M. Lipton, A. Catania. Anti-inflammatory actions of the neuroimmunomodulator alpha-MSH. Immunol Today 1997; 18: 140-145.

35. J.M. Lipton, A. Catania. Mechanisms of anti-inflammatory action of the neuroimmunomodulatory peptide a-MSH. Annals NY Acad Sci 1998; 840: 373-380.

36. J.M. Lipton, H. Zhao, T. Ichiyama, G.S. Barsh, A. Catania. Mechanisms of anti-inflammatory action of alpha-MSH peptides: in vivo and in vitro evidence. Ann NY Acad Sci 1999; 885: 173-182.

37. S. Loffreda, S.Q. Yang, H.Z. Lin, C.L. Karp, M.L. Brengman, D.J. Wang, A.S. Klein, G.B. Bulkley, C. Bao, P.W. Noble, M.D. Lane, A.M. Diehl. Leptin regulates proinflammatory immune responses. FASEB J 1998; 12: 57-65.

38. K. Namba, N. Kitaichi, T. Nishida, A.W. Taylor. Induction of regulatory T cells by the immunomodulating cytokines a-melanocyte-stimulating hormone and transforming growth factor-B2. J Leukocyte Biol 2002; 72: 946-952.

39. W.C. Parks, C.L. Wilson, Y.A. Lopez-Boado. Matrix metalloproteinases as modulators of inflammation and innate immunity. Immunol 2004; 4: 617-629.

40. U. Raap, T. Brzoska, S. Sohl, G. Path, J. Emmel, U. Herz, A. Braun, T. Luger, H. Renz. Alpha melanocyte stimulating hormone inhibits allergic airway inflammation. J Immunol 2003; 171: 353-359.

41. B. Robertson, K. Dostal, R.A. Daynes. Neuropeptide regulation of inflammatory and immunologic responses: the capacity of a-melanocyte-stimulating hormone to inhibit tumor necrosis factor and IL-1 inducible biologic responses. J Immunol 1988; 140: 4300-4307.

42. A.W. Taylor. The immunomodulating neuropeptide alpha-melanocyte-stimulating hormone (a-MSH) suppresses LPS-stimulated TLR4 with IRAK-M in macrophages. J Neuroimmunol 2005; 162: 43-50.

43. A.W. Taylor, K Namba. In vitro induction of CD25+ CD4+ regulatory T cells by the neuropeptide alpha-melanocyte stimulating hormone (a-MSH). Immunol Cell Biol 2001; 79: 358-367.

44. A.W. Taylor, J.W. Streilein, S.W. Cousins. Identification of alpha-melancyte stimulating hormone as a potential immunosuppressive factor in aqueous humor. Current Eye Res 1992; 11: 1199-1206.

45. G. Texel, M.B. Wax. Hypoxia-inducible factor 1a in the glaucomatous retina and optic nerve head. Arch Ophthamol 2004; 122: 1348-1356.

46. K. Huttunen, A. Hyvarinen, A. Nevalainen, H. Komulainen, M.R. Hirvonen. Production of proinflammatory mediators by indoor air bacteria and fungal spores in mouse and human cell lines, Environ. Health Perspect 2003; 111: 85-92.

47. M.G. Lee, S. Li, B.B. Jarvis, J.J. Pestka. Effects of satratoxins and other macrocyclic trichothecenes on IL-2 production and variability of EL-4 thymoma cells J Toxicol Environ Health 1999; 57: 459-474.

48. T. Murtoniemi, A. Nevalainen, M. Suutari, M. toivola, H. Komulainen, M.R. Hirvonen. Induction of cytotoxicity and production of inflammatory mediators in RAW264.7 macrophages by spores grown on six different plasterboards. Inhal. Toxicol 2001; 13: 233-247.

49. D. Norback, E. Bjornsson, C. Janson, U. Palmgren, G. Boman. Current asthma and biochemical signs of inflammation in relation to building dampness in dwellings. Int J Tuberc Lung Dis 1999; 3: 368-376.

50. Donohue M, Wei W, Wu J, Zawia N, Hud N, De Jesus V, Schmechel D, Hettick J, Beeezhold D, Vesper S. Characterization of nigerlysin, hemolysin produced by Aspergillus niger, and effect on mouse neuronal cells in vitro. Toxicology 2006; 219: 150-155.

ref_potential for exposure

1. Gorny RL, Reponen T, Willeke K, Schmechel D, Robine E, Boissier M, Grinshpun SA. Applied and Environmental Microbiology. Fungal fragments as indoor air biocontaminants. 2002; 68(7): 3522-3531.
2. Gorny RL. Ann Agric Environ Med. Filamentous microorganisms and their fragments in indoor air- a review. 2004; 11: 185-197.
3. T.L. Brasel, D.R. Douglas, S.C. Wilson, D.C. Straus. Detection of airborne Stachybotrys chartarum macrocyclic trichothecene mycotoxins on particulates smaller than conidia. Applied Environ Microbiol 2005; 71: 114-122.
4. T.L. Brasel, J.M. Martin, C.G. Carriker, S.C. Wilson, D.C. Straus. Detection of airborne Stachybotrys chartarum macrocyclic trichothecene mycotoxins in indoor environment, Applied Environ Microbiol 2005; 71: 7376-7388.
5. S. Engelhart, A. Loock, D. Skutlarek, H. Sagunski, A. Lommel, H. Farber, M. Exner. Occurrence of toxigenic Aspergillus versicolor isolates and sterigmatocystin in carpet dust from damp indoor environments. Applied Environ Microbiol 2002; 68: 3886-3890.
6. L. Gregory, D. Dearborn, J. Pestka, T.G. Rand. Localization of satratoxin-G in Stachybotrys chartarum spores and spore-impacted mouse lung tissues using immunocytochemistry. Toxicologic Pathol 32; 2004: 26-34.
7. L. Gregory, T.G. Rand, D.Dearborn, I. Yoke, S. Vesper. Immunocytochemical localization of a hemolysins-like protein in Stachybotrys chartarum spores and spore-impacted mouse and rat lung tissues. Mycopathologia 56; 2002: 77-85.
8. W.E. Horner, A.G. Worthan, P.R. Morey. Air- and dustborne mycoflora in houses free of water damage and fungal growth. Applied Environ Microbiol 70; 2004: 6394-6400.
9. M.Y. Menetrez, K.K. Foarde. Emission exposure model for transport of toxic mold, Indoor Built Environ 13; 2004: 75-82.
10. AM. Pessi, J. Suonketo, M. Penntti, M. Kurkilahti, K. Peltola, A. Rantio-Lehtimaki. Microbial growth inside insulated external walls as an indoor air biocontamination source. Applied Environ Microbiol 68; 2002: 963-967.
11. A. Sebastian, L. Larsson. Characterization of microbial community in indoor environments: a chemical-analytical approach, Applied Environ Microbiol 69; 2003: 3103-3109.
12. B.G. Shelton, K.H. Kirkland, W.D. Flanders, G.K. Morris. Profiles of airborne fungi in buildings and outdoor environments in the United States. Applied Environ Microbiol 68; 2002: 1743-1753.
13. U. Gehring, J. Douwes, G. Doekes, A. Koch, W. Bischof, B. Fahlbusch, K. Richter, H.E. Wichmann, J. Heinrich. (1-3)-Glucans in house dust of German homes: housing characteristics, occupant behavior, and relations with endotoxins, allergens, and molds, Environ. Health Perspect. 109; 2001: 139-144.
14. M.I. Gunnbjornsdottir, D. Norback, P. Plaschke, E. Norrman, E. Bjornsson, C. Janson. The relationship between indicators of building dampness and respiratory health in young Swedish adults. Respir. Med. 97; 2003: 302-307.
15. J. Harrison, C.A. Pickering, E.B. Faragher, P.K. Austwick, S.A. Little. L. Lawton, An investigation of the relationship between microbial and particulate indoor air pollution and the sick building syndrome. Respir. Med. 86; 1992: 225-235.

16. Peltola J, Andersson MA, Haahtela T, Mussalo-Rauhamaa H, Rainey FA, Kroppenstedt RM, Samson RA, Salkinoja-Salonen MS. Toxic-metabolite-producing bacteria and fungus in an indoor environment. Appl Environ Microbiol 2001; 67(7): 3269-74.

17. Murtoniemi T, Nevalainen A, Hirvonen MR. Applied and Environmental Microbiology. 2003;69 (7): 3751-3757. Effect of plasterboard composition on Stachybotrys chartarum growth and biological activity of spores.

18. Nieminen SM, Karki R, Auriola S, Toivola M, Laatsch H, Laatikainen R, Hyvarinen A, Wright AV. Applied and Environmental Microbiology. 2002; 68 (10): 4871-4875. Isolation and identification of Aspergillus fumigatus mycotoxins on growth medium and some building materials.

19. Engelhart S, Loock A, Skutlarek D, Sagunski H, Lommel A, Farber H, Exner M. Applied and Environmental Microbiology. 2002; 68 (8): 3886-3890. Occurrence of toxigenic Aspergillus versicolor isolates and sterigmatocystin in carpet dust from damp indoor environments.

20. Williams RH, Ward E, McCartney HA. Applied and Environmental Microbiology. 2001; 67 (6): 2453-2459. Methods for integrated air sampling and DNA analysis for detection of airborne fungal spores.

21. Vesper SJ, Vesper MJ. Infection and Immunity. 2002; 70 (4): 2065-2069. Stachylysin may be a cause of hemorrhaging in humans exposed to Stachybotrys chartarum.

22. Vesper SJ. Developing the EPA Relative Moldiness Index based on mold-specific quantitative PCR. The Synergist 2006 April 39-43.

# ATTACHMENT 6

# FIRST TIER

❖ Potential for exposure

❖ Multi-system, multi-symptom illness

❖ Absence of confounders

❖ Differential diagnosis

Figure 1

# SECOND TIER

❖ Genetic susceptibility; HLA DR by PCR

❖ Hypothalamic impairment; low MSH

❖ Neurotoxic illness; VCS deficit

❖ Cytokine activation; MMP9 elevation

❖ Pituitary involvement
  ❖ ADH/osmolality
  ❖ ACTH/cortisol

Figure 2

# Causation

❖ Prospective exposure in over 1000 patients

❖ Repetitive exposure protocols

  ❖ Baseline

  ❖ After first treatment

  ❖ Off meds, away from water-damaged building

  ❖ Off meds, in water-damaged building

  ❖ After treatment second time

  ❖ Prophylaxis

Figure 3

# Logistic Regression Model - 8 Factor Score

## Combining Symptoms: Predicting Membership in the Group of Cases or Controls

| | PREDICTED CONTROLS | PREDICTED CASES | ROW TOTAL |
|---|---|---|---|
| Observed Controls | 238 | 1 | 239 |
| Observed Cases | 5 | 277 | 282 |
| COLUMN TOTAL | 243 | 278 | 521 |
| Percent Agreement | | | 98.85 |

Agreement Odds  515/521
Standard Deviation  0.47%        Disparities  6

| | - | + |
|---|---|---|
| - | Specificity | False Negative |
| + | False Positive | Sensitivity |

### Confidence Limits

| 2-tailed Z at α=0.05=1.960 | % Agreement | Disparities |
|---|---|---|
| Lower Confidence Limit = | 97.93 | 11 |
| Upper Confidence Limit = | 99.76 | 1 |

### Significance Test of Agreement

| Test | ChiSquare | Probability of ChiSquare |
|---|---|---|
| Likelihood | 656.722 | <0.0000000001 |
| Pearson | 497.264 | <0.00000000001 |

Figure 4

| PARAMETERS | ILL | ADULT WELL |
|---|---|---|
| MSH, mean | 15.3 | 23.2 |
| MMP9, mean | 506 | 225 |
| VEGF % < 31 | 38 | 0 |
| VEGF % >200 | 15 | 0 |
| ADH/osmolality dysfunction | 65% | 14% |
| ACTH/cortisol dysfunction | 44% | 6% |
| MARCoNS + | 80% | 3% |

Figure 5

| PARAMETERS | ADULT | |
|---|---|---|
| | ILL | WELL |
| C3a | > 1100 | 285 |
| C4a | 7287 | 631 |
| IL-10 | 10.2 | 0.5 |
| IL-1B | 5.9 | 0.8 |
| Interferon alpha | 398 | 14 |
| Erythropoietin % < 7.3 | 25 | 3 |
| Erythropoietin % > 27.7 | 9 | 3 |

Figure 6



Figure 7

| HLA-DR | Control | ILL ADULT |
|---|---|---|
| 4-3-53 | - | 3.6 |
| 7-2/3-53 | - | 2.3 |
| 11-3-52B | - | 2.9 |
| 12-3-52B | - | - |
| 13-6-52ABC | - | 2.1 |
| 17-2-52A | - | 2.6 |
| 19 OTHER LINKAGES | - | - |
| N = | 457 | 260 |

Figure 8

| A. PARAMETERS | ILL | ADULT WELL |
|---|---|---|
| ABN CBC, CMP | 11% | 9% |
| FEV1/FVC | 113.1 | 108.3 |
| Tobacco use | 27% | 33% |
| IgE, mean | 33 | 25 |
| ESR | 14 | 18 |
| C-reactive protein | 5.0 | 4.4 |
| Leptin | 17.1 | 21.2 |
| TNF | 4.3 | 5.4 |

Figure 9

| B. PARAMETERS (ACH/cortisol) | ADULT | |
|---|---|---|
| | ILL | WELL |
| ADH | 2.3 | 2.8 |
| osmolality | 295 | 293 |
| ACTH | 32 | 26 |
| cortisol | 14 | 12 |
| IL-6 | 1.9 | 2.0 |
| Interferon gamma | 0.14 | 0.21 |

Figure 10

| C. PARAMETERS | ADULT | |
| --- | --- | --- |
| | ILL | WELL |
| Prop B | 40.4 | 38.9 |
| C2 | 4.0 | 2.6 |
| C3 | 124.1 | 121.0 |
| C4 | 29.5 | 26.1 |
| C1q-IC | 3.0 | 5.9 |
| C3d-IC | 15.7 | 14.1 |
| C4d | 5.9 | 5.9 |

Figure 11

## A. ACTH/cortisol

| N = | CASES | CONTROLS |
|---|---|---|
| No abnormalities | 260 | 100 |
| ACTH <6 | 156 | 93 |
| Cortisol <5 | 15* | 1 |
| ACTH >50 | 3 | 1 |
| Cortisol >18 | 14* | 0 |
| ACTH <10 and Cortisol <12 | 32* | 3 |
| ACTH >20 and Cortisol >16 | 15* | 2 |
| % Abnormal | 25* | 0 |
|  | 40 | 7 |

* p < 0.001

Figure 12

**B. ADH/osmolality**

| N = | CASES | CONTROLS |
|---|---|---|
| N = | 202 | 55 |
| ADH <1.4 | 61* | 10 |
| Osmo <275 | 17* | 3 |
| ADH >8.0 | 2 | 2 |
| Osmo >295 | 51* | 10 |
| ADH <2.5 predicted for given osmolality | 34* | 0 |
| ADH >2.5 predicted for given osmolality | 0 | 0 |
| % abnormalities | 76 | 45 |

* p < 0.001

Figure 13

Figure 14



Figure 15

| | Symptoms | Leptin | VEGF | MMP-9 | C3a | C4a |
|---|---|---|---|---|---|---|
| | | | % Baseline | | | |
| AC-1 | 19.4 | 104.7 | 168.4 | 81.0 | 40.6 | 50.9 |
| HOC | 20.3 | 112 | 139.3 | 62.5 | 44.9 | 59.8 |
| BOC-1 | 42 | 152.6 | 253.3 | 138.2 | 99.6 | 144.3 |
| BOC-2 | 69.5 | 161.8 | 95.6 | 115.5 | 73 | 135 |
| BOC-3 | 87.9 | 186.8 | 87.8 | 122.3 | 73.5 | 131.7 |
| AC-2 | 21.3 | 90.6 | 123.1 | 50.4 | 23.5 | 29.4 |

Figure 16



Figure 17

- ❖ Fatigue
- ❖ Weak, assimilation, aching, headache, light sensitivity
- ❖ Memory, words
- ❖ Concentration
- ❖ Joint, AM stiffness, cramps
- ❖ Unusual skin sensations, tingling
- ❖ Shortness of breath, sinus
- ❖ Confusion

- ❖ Appetite, body temperature regulation, urinary frequency
- ❖ Red tearing eyes, blurred vision, sweats, mood, ice-pick pains
- ❖ Abdominal pain, diarrhea, numbness
- ❖ Tearing, disorientation, metallic taste
- ❖ Static shocks, vertigo
- ❖ Cough, thirst,

Figure 18

Figure 1

| Symptoms | Controls | Cyano | WD B-1 | WD B-2 | WD B-3 | PEAS | Ciguatera | Lyme |
|---|---|---|---|---|---|---|---|---|
| N = | 239 | 10 | 156 | 288 | 21 | 42 | 100 | 352 |
| Fatigue | 6 | 100 | 89 | 83 | 100 | 70 | 91 | 94 |
| Weak | <5 | 80 | 75 | 70 | 84 | - | 83 | 89 |
| Ache | 8 | 90 | 77 | 68 | 95 | 43 | 77 | 81 |
| Cramp | <5 | 80 | 66 | 56 | 63 | 14 | 68 | 77 |
| Unusual Pains | <5 | 50 | 62 | 51 | 42 | - | 82 | 86 |
| Ice Pick Pain | <5 | 40 | 49 | 41 | - | - | 45 | 82 |
| Headache | 9 | 90 | 78 | 66 | 84 | 73 | 78 | 88 |
| Light Sensitivity | <5 | 90 | 71 | 66 | 89 | 68 | 67 | 85 |
| Red Eyes | <5 | 50 | 52 | 48 | 63 | 68 | 48 | 61 |
| Blurred Vision | <5 | 40 | 61 | 56 | 63 | - | 53 | 66 |
| Tearing | <5 | 30 | 41 | 48 | 63 | - | 28 | 55 |
| SOB | 11 | 60 | 78 | 63 | 74 | 57 | 63 | 77 |
| Cough | 7 | 50 | 72 | 53 | 53 | 43 | 62 | 71 |
| Sinus Congestion | 8 | 60 | 79 | 65 | 74 | 41 | 70 | 68 |
| Abdominal Pain | <5 | 60 | 61 | 39 | 37 | 41 | 79 | 42 |
| Diarrhea | <5 | 50 | 48 | 39 | 21 | 57 | 72 | 51 |
| Joint Pain | 11 | 70 | 75 | 53 | 84 | - | 62 | 88 |
| Morning Stiffness | 6 | 70 | 72 | 44 | - | - | 59 | 80 |
| Memory Impairment | <5 | 80 | 83 | 66 | 68 | 84 | 81 | 80 |
| Difficulty Concentrating | <5 | 70 | 81 | 62 | 53 | 35 | 83 | 82 |
| Confusion | <5 | 40 | 75 | 57 | 26 | 24 | 66 | 72 |
| Decreased Word Finding | <5 | 80 | 81 | 66 | 11 | - | 80 | 84 |
| Decreased Assimilation | <5 | 80 | 72 | 65 | 37 | - | 78 | 88 |
| Disorientation | <5 | 30 | 51 | 40 | 11 | - | 28 | 33 |
| Mood Swings | <5 | 20 | 69 | 65 | - | - | 42 | 65 |
| Appetite Swings | <5 | 50 | 58 | 58 | - | - | 61 | 77 |
| Sweats (Night) | <5 | 50 | 61 | 54 | - | - | 42 | 68 |
| Difficulty Reg. Body Temp | <5 | 50 | 63 | 60 | - | - | 67 | 72 |
| Excessive Thirst | <5 | 60 | 69 | 54 | - | - | 59 | 71 |
| Increased Urinary Frequency | <5 | 60 | 66 | 58 | - | - | 66 | 75 |
| Increased Susceptibility to Static Shocks | <5 | 40 | 41 | 44 | - | - | 38 | 32 |
| Numbness | <5 | 40 | 48 | 44 | 37 | - | 74 | 66 |
| Tingling | <5 | 40 | 61 | 51 | 47 | - | 78 | 71 |
| Vertigo | <5 | 40 | 39 | 48 | 42 | 16 | 29 | 37 |
| Metallic Taste | <5 | 40 | 45 | 36 | 47 | - | 46 | 38 |

## Mold Illness is not associated with elevated IgE

2/22/2007

| Normal IgE <150 | Control | Mold | Asthma * | Nasal Allergy * |
|---|---|---|---|---|
| N= | 277 | 593 | 36 | 37 |
| Mean IgE | 37.1 | 41.8 | 845 | 396 |
| % with IgE <10 | 41.9 | 40.1 | 0 | 0 |
| % with IgE >235 | 2.5 | 2.7 | 81.6 | 70.3 |

* Defined clinically as requiring aerosol steroids and one other medication at least six months of the year.

# ATTACHMENT 7

- **Exec Summary Pg 2 Para 2-** The Institute of Medicine will conduct a comprehensive review of the scientific literature regarding the relationship between damp or moldy indoor environments and the manifestation of adverse health effects, particularly respiratory and allergic symptoms. The review will focus on the non-infectious health effects of fungi, including allergens, mycotoxins and other biologically active products. In addition, it will make recommendations or suggest guidelines for public health interventions and for future basic science, clinical, and public health research in these areas.
- **Exec Summary Pg 5 Para 2 -** Given the present state of the literature, the committee identified several kinds of research needs. Standard definitions of dampness, metrics, and associated dampness-assessment protocols need to be developed to characterize the nature, severity, and spatial extent of dampness.
- **Exec Summary Pg 5 Para 3 -** Research is also needed to better characterize the dampness-related emissions of fungal spores, bacteria, and other particles of biologic origin and their role in human health outcomes; the microbial ecology of buildings, that is, the link between dampness, different building materials, microbial growth, and microbial interactions; and dampness-related chemical emissions from building materials and furnishings, and their role in human health outcomes.
- **Exec Summary Pg 5 Para 3 -** Studies should be conducted to evaluate the effect of the duration of moisture damage of materials and its possible influence on occupant health and to evaluate the effectiveness of various changes in building designs, construction methods, operation, and maintenance in reducing dampness problems.
- **Exec Summary Pg 5 Para 3-** Research should be performed to develop designs and construction and maintenance practices for buildings and HVAC systems that reduce moisture problems; building materials that are less prone to microbial contamination when moist; and standard, effective protocols for clean-up after flooding and other catastrophic water events that will minimize microbial growth.
- **Exec Summary Pg 6 Para 1-** The entire process of fungal-spore aerosolization, transport, deposition, resuspension, and tracking—all of which determine inhalation exposure—is poorly understood, as is the significance of exposures to fungi through dermal contact and ingestion.
- **Exec Summary Pg 6 Para 2-** There are several methods for measuring and characterizing fungal populations, but methods for assessing human exposure to fungal agents are poorly developed and are a high-priority research need.
- **Exec Summary Pg 6 Para 3-** Based on their review of the literature, the committee recommends that existing exposure assessment methods for fungal and other microbial agents be subjected to rigorous validation and that they be further refined to make them more suitable for large-scale epidemiologic studies. This includes standardization of protocols for sample collection, transport of samples, extraction procedures, and analytical procedures and reagents. Such work should result in concise, internationally accepted protocols that will allow measurement results to be compared both within and across studies.
- **Exec Summary Pg 6 Para 4-** The committee also identified a need to develop improved exposure assessment methods, particularly methods based on

nonculture techniques and techniques for measuring constituents of microorganisms—allergens, endotoxins, $\beta(1\rightarrow3)$-glucans, fungal extracellular polysaccharides, fungal spores, and other particles and emissions of microbial origin. These needs include further improvement of light and portable personal airborne exposure measurement technology, more rapid development of measurement methods for specific microorganisms that use DNA-based and other technology, and rapid and direct-reading assays for bioaerosols for the immediate evaluation of potential health risks.

- **Exec Summary Pg 7 Para 3-** Little information exists on the toxic potential of chemical releases resulting from dampness-related degradation of building materials, furniture, and the like.
- **Exec Summary Pg 7 Para 4-** Animal studies provide information on the potency of many toxins isolated from environmental samples and substrates from damp buildings, but the doses of such toxins required to cause adverse health effects in humans have not been determined. In vitro and in vivo research on *Stachybotrys chartarum* suggests that effects in humans may be biologically plausible, although this observation requires validation from more extensive research before conclusions can be drawn.
- **Exec Summary Pg 7 Para 5-** Among the other research needs identified in the chapter is further development of techniques for detecting and quantifying mycotoxins in tissues in order to inform questions of interactions and the determination of exposures resulting in adverse effects. The committee also recommends that animal studies be initiated to evaluate the effects of long-term (chronic) exposures to mycotoxins via inhalation. Such studies should establish dose-response, lowest-observed-adverse-effect levels, and no-observed-adverse-effect levels for identified toxicologic endpoints in order to generate information for risk assessment that is not available from presently-available studies of acute, high-level exposures.
- **Exec Summary Pg 9 Para 2-** Indoor environments subject occupants to multiple exposures that may interact physically or chemically with one another and with the other characteristics of the environment, such as humidity, temperature, and ventilation rate. Few studies to date have considered whether there are additive or synergistic interactions among these factors. The committee encourages researchers to collect and analyze data on a broad range of exposures and factors characterizing indoor environments in order to inform these questions and possibly point the way toward more effective and efficient intervention strategies.
- **Exec Summary Pg 11 Para 4-** The committee encourages the CDC to pursue surveillance and additional research on acute pulmonary hemorrhage or hemosiderosis in infants to resolve questions regarding this serious health outcome. Epidemiologic and case studies should take a broad-based approach to gathering and evaluating information on exposures and other factors that would help to elucidate the etiology of acute pulmonary hemorrhage or hemosiderosis in infants, including dampness and agents associated with damp indoor environments; environmental tobacco smoke (ETS) and other potentially adverse exposures; and social and cultural circumstances, race/ethnicity, housing conditions, and other determinants of study subjects' health.

- **Exec Summary Pg 12 Para 1-** Greater research attention to the possible role of damp indoor environments and the agents associated with them in less well understood disease entities is needed to address gaps in scientific knowledge and concerns among the public.

- **Exec Summary Pg 13 Para 3-** Among the research needs identified by the committee are studies that better characterize the effectiveness of remediation assessment and remediation methods in different contamination circumstances, the dynamics of movements of contaminants from colonies of mold and other microorganisms in spaces such as attics, crawl spaces, exterior sheathing, and garages, and the effectiveness of various means of protection of workers and occupants during remediation activities. Standard methods should be formulated to assess the potential of new materials, designs, and construction practices to cause or exacerbate dampness problems. And research should be performed to address the other data gaps discussed above and to determine

- How free of microbial contamination a surface or building material must be to eliminate problematic exposure of occupants and in particular, how concentrations of microbial contamination left after remediation are related to those found on ordinary surfaces and materials in buildings where no problematic contamination is present.
- Whether and when microbial contamination that is not visible to the naked eye but is detectable through screening methods should be remediated.
- The best ways to open a wall or other building cavity to seek hidden contamination while controlling the release of spores, microbial fragments, and the like.
- The effectiveness of managing contamination in place by using negative air pressure, encapsulation, and other means of isolation.
- How to measure the effectiveness and health effects of a remediation effort
- **Exec Summary Pg 13 Para 2-** CDC, other public-health-related, and building-management-related funders should provide new or continuing support for research and demonstration projects that address the potential and relative benefit of various strategies for the prevention or reduction of damp indoor environments, including data acquisition through assessment and monitoring, building code modification or enhanced enforcement, contract language changes, economic and other incentives, and education and training. These projects should include assessments of the economic effects of preventing building dampness and repairing damp buildings and should evaluate the savings generated from reductions in morbidity and gains in the useful life of structures and their components associated with such interventions.
- **Exec Summary Pg 13 Para 2-** CDC and other public-health-related funders should provide new or continuing support for research and demonstration projects that: Develop communication instruments to disseminate information derived from the scientific evidence base regarding indoor dampness, mold and other dampness-related exposures, and health outcomes to address public concerns

about the risk from dampness-related exposures, indoor conditions, and causes of ill health.

- **Chp 1 Pg 25 Para 3-** Considerations of biologic plausibility informed the committee's decisions about how to categorize associations between relevant indoor exposures and health outcomes. However, the committee recognized that research regarding mechanisms is still in its infancy, and it did not predicate decisions on the existence of specific evidence regarding biologic plausibility.
- **Chp 1 Pg 25 Para 5-** Information on the combined effects of multiple exposures and on synergist effects among agents is cited in this report wherever possible; however, rather little information is available on this topic, and it remains one of active research interest.
- **Chp 2 Pg 44 Para 1-** The results suggest that limiting microbial contamination of HVAC systems may yield health benefits, and follow-up research is recommended.
- **Chp 2 Pg 50 Para 3-** The size or extent of damage is an important moisture-damage characteristic assumed to be related to source strength. It is reasonable to expect larger or more extensive damage to be associated with higher potential exposure. However, the literature does not provide much information on the estimation of damage size. Williamson et al. (1997) used a subjective grading of the extent of visible mold on a four-point scale: 0 = absent, 1 = trace, 2 = obvious but localized, and 3 = obvious and widespread.
- **Chp 2 Pg 51 Para 2-** The period of or duration of moisture damage might also be expected to be important, but little research has investigated it.
- **Chp 2 Pg 51 Para 3-** The definition of duration of damage and examination of its possible influence on occupant health deserves more consideration. Well-designed studies could allow important data to be gathered on whether time-related characteristics of moisture-induced deterioration of materials influence the manifestation of health effects. The resulting information could be used to guide prevention or remediation strategies.
- **Chp 2 Pg 56 Para 3-** Time is another integral element in the assessment of microbial growth in buildings. Growth may be slowed by decreasing or increasing temperatures or other limiting factors, and the time window that must be considered in building microbiology is weeks, months, or even years. It is known that microbial degradation normally consists of a chain of events, in which different groups of microorganisms follow each other (Grant et al., 1989), but present knowledge of building microbial ecology does not allow accurate estimation of the age of microbial damage on the basis of the particular fungal or bacterial flora observed.
- **Chp 2 Pg 65 Para 3-** Mold growth on materials is usually accompanied by bacterial growth (Hyvärinen et al., 2002). Such bacteria have been studied much less than fungi, but they are a part of the phenomenon of dampness and microbial growth on materials and therefore among the agents occupants may be exposed to, so they deserve attention.
- **Chp 2 Pg 65 Para 2-** Fungi also release smaller particles ($<1$ μm) from the mycelium, as experimentally shown by Górny et al. (2002). The microbial origin of the small fragments was verified with antigen characterization. In the

experimental study, the smaller particles were released in greater numbers than whole spores, but the concentrations of the small fragments in indoor environments have not yet been characterized. Their small size makes them capable of penetrating deeply into the alveolar region. However, their specific role—if any—in adverse health outcomes has not been studied.

- **Chp 2 Pg 68 Para 1-** Rylander's literature review (2002) notes that studies report both adverse and beneficial effects from low-level exposure to endotoxins, and suggests further research to clarify the role of other agents found in connection with them—$\beta(1\rightarrow3)$-glucans in particular—in health outcomes attributed to endotoxin exposure.
- **Chp 2 Pg 68 Para 2-** One study of classrooms in two elementary schools noted that high concentrations of a biomarker of the presence of peptidoglycans were associated with a teacher's perception of the severity of indoor-air quality problems (Liu et al., 2000). Their possible role in adverse health outcomes related to damp indoor environments is otherwise unexplored.
- **Chp 2 Pg 69 Para 3-** Although the odor of mold has often been associated with respiratory symptoms in damp buildings, the specific role of individual MVOCs or their mixtures in adverse health outcomes has not been studied.
- **Chp 2 Pg 71 Para 5-** However, there is evidence of clear differences in harmful potential between different microbes (Huttunen et al., 2003) and more such research would elucidate connections between agents and effects.
- **Chp 2 Pg 74 Para 4-** The available data are too sparse to support conclusions about health implications of dampness-related emissions of chemicals from materials.
- **Chp 2 Pg 76 Para 1-** Research on the biologic and human health effects of microbial and other agents associated with damp indoor environments is discussed in the following chapters. It should be noted that there is very little documentation of interactions of these various agents. While it is evident that various pollutants occur simultaneously in these environments, an overall risk assessment of the combined exposures is not possible with the present knowledge.
- **Chp 2 Pg 77 Para 3-** As noted above, standardized dampness metrics and associated dampness-assessment protocols should be developed to characterize the nature, severity, and spatial extent of dampness. Using the standardized metrics, the determinants of dampness problems in buildings should be studied to ascertain where to focus intervention efforts and health-effects research.
- **Chp 2 Pg 77 Para 3-** Economic research is needed to determine the societal cost of dampness problems and to quantify the economic impact of design, construction, and maintenance practices that prevent or limit dampness problems.
- **Chp 2 Pg 77 Para 3-** New and continuing research is needed to better characterize The presence and health effects of bacteria that grow on damp materials indoors.
- **Chp 2 Pg 78 Para 1-** Dampness-related emissions of spores, bacteria, and smaller particles of biologic origin, dampness-related chemical emissions from building materials and furnishings and any role these emissions may have in adverse health outcomes.

- **Chp 2 Pg 78 Para 1-** The nature and significance of dampness-related microbial contamination in HVAC systems.
- **Chp 2 Pg 78 Para 1-** The microbial ecology of buildings, that is, the link between dampness, different building materials, microbial growth, and microbial interactions.
- **Chp 2 Pg 78 Para 1-** The impact of the duration of moisture damage on materials and its possible influence on occupant health.
- **Chp 2 Pg 78 Para 1-** The effectiveness of various changes in building designs, construction methods, operation, and maintenance in reducing dampness problems.


- **Chp 2 Pg 78 Para 1-** Research should be performed to develop design, construction, and maintenance practices for buildings and HVAC systems that reduce moisture problems.
- **Chp 3 Pg 93 Para 4-** the entire process of fungal-spore aerosolization, transport, deposition, resuspension, and tracking, all of which determine inhalation exposure, is poorly understood. A better understanding of the process would enable a better assessment of exposures and might elucidate better means of reducing them. The significance of exposures to fungi in normal indoor environments through dermal contact and ingestion is also not well understood
- **Chp 3 Pg 99 Para 2-** Studies that include repeated measurements are scarce, so within-home and between-home variation cannot be accurately assessed. However, data are available on some agents.
- **Chp 3 Pg 103 Para 4-** Application of quantitative PCR for analysis of environmental samples that contain microorganisms is still under development.
- **Chp 3 Pg 104 Para 3-** Most of the methods for measuring microbial constituents (an exception is the method for measuring bacterial endotoxins and some mycotoxins) are in an experimental phase and have not yet been routinely applied in epidemiologic studies or are not commercially available.
- **Chp 3 Pg 109 Para 2-** A 2003 study in rats suggested that measurement of stachylysin (a proteinaceous hemolysin) in serum with an ELISA technique could be used as a biomarker of exposure to *Stachybotrys chartarum* (Van Emon et al., 2003). However, although the method is sensitive and specific, it is not clear whether it is useful for quantitatively assessing indoor exposures to that mold.
- **Chp 3 Pg 110 Para 1-** However, not all studies find housing characteristics to be predictive (Wood et al., 1988, for example), and the explained variance is too small to predict exposure reliably on the basis of these factors. Therefore, no such predictive models can now be used to assess exposure to biologic agents in the indoor environment accurately.
- **Chp 3 Pg 110 Para 4-** For some airborne pathogens, specific methods based on gene-amplification reactions have been developed (Pena et al., 1999), but applications of DNA-based methods for larger-scale analyses of airborne bacteria still need more validation.

- **Chp 3 Pg 115 Para 1-** More research is needed to further our understanding of which exposure assessment methods are most relevant in assessing health risks from indoor exposures.
- **Chp 3 Pg 115 Para 2-** The lack of knowledge regarding indoor microbial exposures and related health problems is due primarily to a lack of valid quantitative methods for assessing exposure. There are several methods for measuring and characterizing fungal populations, but methods for assessing human exposure to fungal agents are poorly developed.
- **Chp 3 Pg 116 Para 1-** Existing exposure assessment methods for fungal and other microbial agents need rigorous validation and further refinement to make them more suitable for large-scale epidemiologic studies. This includes standard ization of protocols for sample collection, transport of samples, extraction procedures, and analytical procedures and reagents. Such work should result in concise, internationally accepted protocols that will allow measurement results to be compared both within and across studies.

- **Chp 3 Pg 116 Para 1-** • Research is needed to develop improved exposure assessment methods, particularly methods based on nonculture techniques and techniques for measuring constituents of microorganisms—allergens, endotoxins, $\beta(1\rightarrow3)$-glucans, fungal extracellular polysaccharides (EPSs), fungal spores, other particles and emissions of microbial origin. These needs include:

Further improvement of light and portable personal airborne exposure measurement technology.

More rapid development of measurement methods for specific microorganisms that use DNA-based and other technology.

Rapid and direct-reading assays for bioaerosols for the immediate evaluation of potential health risks.

- **Chp 4 Pg 126 Para 1-** Estimates of exposures of humans to spores, bacteria, microbial fragments, and dust that contains mycotoxins are inherently imprecise and imperfect; biomarkers of exposure to toxins are few, and exposures to single or multiple mycotoxins carried by such agents have not been measured indoors. Thus results of animal studies cannot be used by themselves to draw conclusions about human health effects.
- **Chp 4 Pg 126 Para 2-** Bacteria can also produce toxins. Although there has not been a large amount of research conducted on the effects of those toxins in the context of their growth in damp buildings, mycotoxins and bacterial toxins have been studied for several decades because of their role in outbreaks of illness associated with the ingestion of moldy food (Etzel, 2002).
- **Chp 4 Pg 130 Para 4-** Difficulties in measuring microorganisms and their products hinder the accurate determination of human exposure to them.
- **Chp 4 Pg 133 Para 1-** the extent of exposure that occurs in damp indoor spaces, however, has not been studied.

- **Chp 4 Pg 148 Para 5-** The magnitude of exposure to microbial and other agents, including *Stachybotrys chartarum,* in the Cleveland cluster and other clusters in which *S. chartarum* is thought to be a factor is not known.
- **Chp 4 Pg 149 Para 2-** Other potentially toxic molds were isolated in the Cleveland case, but their toxic potency, degree of exposure, and interactions with toxins produced by *S. chartarum* and the closely related fungal species *Memnoniella echinata* (also isolated in the Cleveland case) have not been investigated. No other cluster of similar size pulmonary hemorrhage in infants has been seen since the Cleveland outbreak, although case reports of pulmonary bleeding in infants in whose lungs or environment *S. chartarum* was found to be present have been published (CDC, 1997; Dearborn et al., 2002; Elidemir et al., 1999; Flappan et al., 1999; Knapp et al., 1999; Novotny and Dixit, 2000; Tripi et al., 2000; Weiss and Chidekel, 2002). The role of toxigenic fungal exposure in such cases has yet to be determined.
- **Chp 4 Pg 157 Para 2-** Occupants of damp and moldy buildings have sometimes reported central nervous system symptoms—such as fatigue, headache, memory loss, depression, and mood swings—that they attribute to the indoor environment. However, mycotoxin exposure of those people in their environment has not been identified and measured.
- **Chp 4 Pg 160 Para 1-** Many of the toxins are very potent and have immediate effects on animals exposed to a single dose by various routes. Few long-term exposures have been studied, and tests that would evaluate subtle changes in function of animals have not been done. Toxins that exert their effects on the nervous system by interfering with protein, RNA, or DNA synthesis or that exert their effects on membranes have been examined only for short-term exposures. Susceptibility to such toxins varies among animal species. Pigs and sheep seem to be as susceptible as other herd animals and rodents to tremorgens (El-Banna and Leistner, 1988; Peterson and Penny, 1982). Human susceptibility is not well established.
- **Chp 4 Pg 165 Para 1-** Few long-term exposures have been examined, and tests that would determine subtle changes in function have not been done.
- **Chp 4 Pg 165 Para 3-** MVOCs include terpenes, sesquiterpenes, and other substances that are highly irritating, but it is unknown whether the concentrations of MVOCs and semivolatile compounds typically found in homes with microbial contamination are sufficient to cause a trigeminal or toxic response (Ammann, 1999; Korpi et al., 1999).
- **Chp 4 Pg 169 Para 3-** Although molds producing ochratoxins are occasionally found growing indoors, no study of their potential carcinogenic role from indoor exposures has been done. IARC (1993) concluded that there was inadequate evidence of carcinogenicity of OTA in humans but noted that is implicated in high rates of Balkan endemic nephropathy.
- **Chp 4 Pg 169 Para 5-** Molds that produce carcinogenic mycotoxins have been found among fungal flora indoors, but few studies that have isolated the toxins or looked for biomarkers of exposure have been conducted. All the studies that have implicated inhalation exposures related to cancers were of massive exposures to grain or peanut dust that contained spores with $AFB_1$ at concentrations hundreds

of thousands of times greater in air than those thought to be present in indoor, nonagricultural environments. Therefore, the relevance of such exposures to those due to damp indoor spaces is unknown.

- **Chp 4 Pg 170 Para 2-** Molds that can produce mycotoxins under the appropriate environmental and competitive conditions can and do grow indoors. Damp indoor spaces may also facilitate the growth of bacteria that can have toxic and inflammatory effects. Little information exists on the toxic potential of chemical releases resulting from dampness-related degradation of building materials, furniture, and the like.

- **Chp 4 Pg 170 Para 2-** In vitro and in vivo studies have established that exposure to microbial toxins can occur via inhalation and dermal exposure and through ingestion of contaminated food. Animal studies provide information on possible target organs, the underlying mechanisms of action, and the potency of many toxins isolated from environmental samples and substrates from damp buildings. The dose required to cause adverse health effects in humans has not been determined.

- **Chp 4 Pg 170 Para 2-** In vitro and in vivo research on *Stachybotrys chartarum* suggests that effects in humans may be biologically plausible; these observations require validation from more extensive research before conclusions can be drawn.

- **Chp 4 Pg 170 Para 2-** Information on DNA, RNA, and protein adducts resulting from interactions with toxins is available. However, research is needed to further develop techniques for detecting and quantifying mycotoxins in tissues in order to inform the question of interactions and the determination of exposures resulting in adverse effects.

- **Chp 4 Pg 170 Para 2-** Animal studies should be initiated to evaluate the effects of long-term (chronic) exposures to mycotoxins via inhalation. Such studies should establish dose-response, lowest-observed-adverse-effect levels, and no-observed-adverse-effect levels for identified toxicologic endpoints in order to generate information for risk assessment that is not available from studies of acute, high-level exposures.

- **Chp 5 Pg 184 Para 3-** When reading this chapter, one should remember that many of the health effects attributed to the presence of mold or other dampness-related agents in the papers cited here have also been attributed to other factors. Not all papers that address damp indoor spaces control for those other factors, just as dampness-related agents are not always examined as possible factors in studies of the health effects of indoor spaces. This weakness in the literature underlines the importance of the committee's recommendations for research on improved methods of exposure assessment.

- **Chp 5 Pg 185 Para 1-** Information on the combined effects of multiple factors and on synergist effects among agents is cited wherever possible. However, as was noted in *Clearing the Air*, little information is available on this topic and it remains one of active research interest.

- **Chp 5 Pg 188 Para 2-** Similarly, objective clinical measures have not been widely used to investigate gastrointestinal, dermatologic, rheumatologic, or neurologic complaints.

- **Chp 5 Pg 188 Para 3-** Measurement of substances in induced sputum samples and exhaled-breath condensate samples has not yet been applied to dampness or mold in indoor spaces but might be used to investigate them (Mutli et al., 2001).
- **Chp 5 Pg 208 Para 1-** Studies demonstrate a consistent association between wheeze and various indications of indoor dampness, although the association of wheeze with exposure to indoor allergens (notably, house dust mite) in damp environments somewhat complicates the evaluation.
- **Chp 5 Pg 208 Para 4-** There is inadequate or insufficient evidence to determine whether an association exists between the presence of mold or other agents in damp indoor environments and episodes of dyspnea (shortness of breath).
- **Chp 5 Pg 211 Para 2-** Available information does not indicate that exposure to a damp indoor environment or the presence of agents associated with them places otherwise-healthy people at risk for the various forms of sinusitis.
- **Chp 5 Pg 211 Para 4-** Relatively little research has examined whether indoor dampness-related agents are associated with changes in $FEV_1$ or $FEV_1$:$FVC$, the most reliable measures of obstructed airflow.
- **Chp 5 Pg 212 Para 2-** There is inadequate or insufficient evidence to determine whether an association exists between exposure to a damp indoor environment and airflow obstruction in otherwise healthy people.
- **Chp 5 Pg 212 Para 2-** There is inadequate or insufficient evidence to determine whether an association exists between the presence of mold or other agents in damp indoor environments and airflow obstruction in otherwise healthy people.
- **Chp 5 Pg 213 Para 2-** Difficulties in performing the necessary exposure assessment have prevented a more direct evaluation of whether mycotoxins from indoor microbial agents might have that effect on humans.
- **Chp 5 Pg 213 Para 3-** The committee concludes that there is inadequate or insufficient information to determine whether an association exists between indoor dampness or dampness-related agents and mucous membrane irritation syndrome.
- **Chp 5 Pg 214 Para 3-** Several studies (reviewed above) address COPD symptoms, but relatively little research examines an association between dampness-related agents and diagnosed COPD.
- **Chp 5 Pg 214 Para 4-** Studies identified by the committee indicate that immunocompromised people with COPD are at increased risk for fungus-related illness. However, there is inadequate or insufficient information to determine whether an association exists between indoor dampness or dampness-related agents and chronic obstructive pulmonary disease itself.
- **Chp 5 Pg 217 Para 1-** The nature of the gene-environment interactions relevant to damp indoor environments is a topic of a great deal of research and is not completely understood. For example, studies about genetic susceptibility to the inflammatory effects of endotoxin are yielding interesting findings, but no firm conclusions can yet be drawn that can be applied directly to the issue of endotoxin exposure in damp indoor spaces (Vercelli, 2003).
- **Chp 5 Pg 217 Para 2-** It must be determined whether other mediators of inflammation are also involved in the inflammatory response of the respiratory

tract after exposure to fungi and other microorganisms that are present in large
numbers in damp indoor spaces.

- **Chp 5 Pg 217 Para 3-** There is evidence from animal studies that long-term
  endotoxin exposure results in chronic lung inflammation (Vernooy et al., 2002),
  but it is not known whether that occurs in humans.
- **Chp 5 Pg 231 Para 3-** There is limited or suggestive evidence of an association
  between exposure to a damp indoor environment and the development of asthma.
  It is not clear whether this association reflects exposure to fungi, bacteria or their
  constituents and emissions, such other agents related to damp indoor
  environments as house dust mites and cockroaches, or some combination thereof.
  The responsible factors may vary among individuals.
- **Chp 5 Pg 232 Para 5-** Further exploration of the subject is needed, including
  research to find biomarkers that can be used to assess exposure to mycotoxins
  reliably.
- **Chp 5 Pg 234 Para 4-** The committee concludes that there is inadequate or
  insufficient evidence to determine whether an association exists between indoor
  dampness or the presence of mold or dampness-related agents and inhalation
  fevers in nonoccupational environments.
- **Chp 5 Pg 238 Para 2-** There is inadequate or insufficient evidence to determine
  whether an association exists between exposure to dampness or the presence of
  mold or other agents in damp indoor environments and respiratory illness in
  otherwise-healthy adults.
- **Chp 5 Pg 240 Para 2-** An editorial note that accompanied the report concluded,
  however, that further efforts were needed to identify what association, if any,
  existed between pulmonary hemorrhage in infants and exposure to water-
  damaged building materials.
- **Chp 5 Pg 241 Para 3-** The continuing investigation of AIPH cases, particularly if
  clusters of such cases could be identified.
- **Chp 5 Pg 241 Para 3-** The standardization of protocols for data collection and
  environmental assessment to ascertain the possible association between AIPH and
  environmental etiologies, such as household water damage and exposure to *S.
  chartarum* and other fungi.
- **Chp 5 Pg 241 Para 3-** The development of enhanced sampling and laboratory
  analytic methods for the assessment of environmental exposures to molds and
  fungi.
- **Chp 5 Pg 241 Para 4-** Dearborn et al. (2002), however, maintain that although
  the potential role of *Stachybotrys* toxins is suggested by the data, additional
  evidence is needed to support causation. "The possibility remains that the
  presence in the infants' homes of *Stachybotrys*, a high water-requiring fungus,
  may simply be an indicator of water intrusion, and other unknown, related factors
  (in addition to ETS) may play primary or secondary causative roles."
- **Chp 5 Pg 242 Para 3-** Toxicologic data (discussed in Chapter 4) indicates that
  exposure to at least some strains of *S. chartarum* affects the lungs of young
  animals, although these observations require validation from more extensive
  research before conclusions can be drawn. The human data are equivocal. *S.
  chartarum* is not uncommon, and, although theories have been put forward, no

compelling explanation has been presented for its causing such adverse health outcomes in the Cleveland cluster and some other isolated cases but not elsewhere.

- **Chp 5 Pg 245 Para 2-** The committee notes that future research examining the possible association of microbial exposure with skin symptoms should include stratification by allergic status, or by preexisting eczema or allergic disease when possible.

- **Chp 5 Pg 245 Para 3-** Nausea, vomiting, and diarrhea are sometimes reported by persons exposed to dampness and molds in indoor spaces (Dales et al., 1991a), but relatively few epidemiologic studies have evaluated the association between these symptoms and damp indoor conditions.

- **Chp 5 Pg 247 Para 1-** Self-reported cognitive defects and difficulties in concentrating are sometimes noted by people who occupy damp or moldy buildings (Johanning et al., 1996; Koskinen et al., 1999a,b; Sudakin, 1998). Such complaints, however, are notoriously difficult to quantify.

- **Chp 5 Pg 250 Para 1-** Damp and mold-contaminated buildings commonly have a musty odor that people find unpleasant, but the neurophysiologic effect of such odors has not been studied.

- **Chp 5 Pg 250 Para 3-** Because of the lack of consistent diagnostic criteria, the committee chose not to address SBS as a separate clinical outcome.

- **Chp 5 Pg 252 Para 1-** Additional studies are needed to explore the relationship between IL-4, exhaled NO, respiratory and rheumatologic disease, and microorganism-contaminated indoor spaces.

- **Chp 5 Pg 254 Para 1-** The committee considered whether any of the health outcomes addressed in this chapter met the definitions for the categories "sufficient evidence of a causal relationship" and "limited or suggestive evidence of no association" defined in Chapter 1, and concluded that none did.

- **Chp 5 Pg 254 Para 2-** Indoor environments subject occupants to multiple exposures that may interact physically or chemically with one another and with the other characteristics of the environment, such as humidity, temperature, and ventilation. Few studies to date have considered whether there are additive or synergistic interactions among these factors. The committee encourages researchers to collect and analyze data on a broad range of exposures and factors characterizing indoor environments in order to inform these questions and possibly point the way toward more effective and efficient intervention strategies.

- **Chp 5 Pg 255 Para 4-** Greater research attention to the possible role of damp indoor environments and the agents associated with them in less well understood disease entities is needed to address gaps in scientific knowledge and concerns among the public.

- **Chp 6 Pg 289 Para 1-** Those largely unoccupied rooms are frequent sites of condensation and rainwater or plumbing leaks. The relative importance of microbial contamination in such spaces to overall exposures has not been extensively studied; available case studies (Miller et al, 2000; Pessi et al., 2002) yield inconsistent results.

- **Chp 6 Pg 291 Para 2-** The committee did not identify any research that established guidelines for interpreting bioaerosol samples drawn from cavities.

- **Chp 6 Pg 300 Para 1-** Remediation failures due to regrowth of mold frequently occur, and this is of particular concern and needs to be addressed in future research.
- **Chp 6 Pg 304 Para 2-** Improved surface cleaning appears to have the largest and most practical potential for bringing about large reductions in exposure; however, further research is needed to characterize its effectiveness.
- **Chp 6 Pg 305 Para 1-** The potential for exposure to microbial contaminants in spaces such as attics, crawl spaces, exterior sheathing, and garages is poorly understood.
- **Chp 6 Pg 305 Para 1-** Very few controlled studies have been conducted on the effectiveness of remediation actions in eliminating problematic microbial contamination in the short and long term and on the effect of remediation actions on the health of building occupants.
- **Chp 6 Pg 305 Para 3-** Research is needed to characterize The effectiveness of remediation assessment and remediation methods in different contamination circumstances.
- **Chp 6 Pg 305 Para 3-** The dynamics of movements of contaminants from colonies of mold and other microorganisms in spaces such as attics, crawl spaces, exterior sheathing, and garages.
- **Chp 6 Pg 306 Para 2-** Research should be performed to develop  Methods for finding microbial contamination in HVAC systems, and in crawl spaces, attics, wall cavities, and other hidden or seldom-accessed areas.
- **Chp 6 Pg 306 Para 2-** Research should be performed to develop Building materials that, when moist, are less prone to microbial contamination.
- **Chp 6 Pg 306 Para 2-** Research should be performed to develop Standard methods of assessing the potential of new materials, designs, and construction practices for dampness problems.
- **Chp 6 Pg 306 Para 2-** Research should be performed to develop Standardized, effective protocols for cleaning up after flooding and other catastrophic water events that will minimize microbial growth.
- **Chp 6 Pg 306 Para 2-** Research should be performed to develop Methods that can distinguish between naturally-deposited spores and active microbial growth in wall cavities.
- **Chp 6 Pg 306 Para 3-** Research should be performed to determine How free of microbial contamination a surface or building material must be to eliminate problematic exposure of occupants (in particular, how concentrations of microbial contamination left after remediation are related to those found on ordinary surfaces and materials in buildings where no problematic contamination is present).
- **Chp 6 Pg 306 Para 3-** Research should be performed to determine Whether and when microbial contamination that is not visible to the naked eye but is detectable through screening methods should be remediated.
- **Chp 6 Pg 306 Para 3-** Research should be performed to determine The risk of microbial contamination in the building but outside the general air circulation of the building—in crawl spaces, attics, wall cavities, building sheathing, and the like.

- **Chp 6 Pg 306 Para 3-** Research should be performed to determine The effectiveness of managing contamination in place by using negative air pressure, encapsulation, and other means of isolation.
- **Chp 6 Pg 306 Para 3-** Research should be performed to determine The best ways to address microbial contamination in situations where remediation is not technically or economically feasible.
- **Chp 6 Pg 306 Para 3-** Research should be performed to determine The best ways to open a wall or other building cavity to seek hidden contamination while controlling the release of spores, microbial fragments, and the like.
- **Chp 6 Pg 306 Para 3-** Research should be performed to determine How to measure the effectiveness and health effects of a remediation effort.
- **Chp 7 Pg 313 Para 1-** Studies are needed to assess the savings that damp-building prevention or remediation might generate by reducing morbidity.
- **Chp 7 Pg 313 Para 2-** Public-health-oriented research and demonstration projects to evaluate the short-term and long-term effectiveness of intervention strategies.
- **Chp 7 Pg 316 Para 3-** the committee recommends that precise, agreed-on definitions of "dampness" be developed to facilitate greater uniformity (and thus comparability) in the data collected by researchers and the actions taken by those involved in prevention and remediation. That will permit important information to be gathered about mechanisms by which dampness and dampness-related effects and exposures affect occupant health.
- **Chp 7 Pg 317 Para 3-** The committee recommends (Chapter 2) that the determinants of dampness problems in buildings be studied to ascertain where to focus intervention efforts and health-effects research. The present state of the science, however, is insufficient to support a general assessment and monitoring effort for mold or other dampness-related agents for public-health policy purposes.
- **Chp 7 Pg 319 Para 2- Chapter two** indicates that research is needed to determine the societal cost of dampness problems and to quantify the economic effects of design, construction, and maintenance practices that prevent or limit dampness problems. Such data would facilitate more informed evaluation of the priority that should be assigned to dampness interventions in the wide spectrum of housing-related issues.
- **Chp 7 Pg 323 Para 5-** The committee recommends that carefully designed and controlled longitudinal research be undertaken to assess the effects of population-based housing interventions on dampness and to identify effective and efficient strategies. As part of such studies, attention should be paid to definitions of dampness and to measures of effect; and the extent to which interventions are associated with decreased occurrence of specific negative health conditions should be assessed when possible.
- **Chp 7 Pg 326 Para 1-** A great deal of information is at least potentially available to citizens and to the various health and building professionals whose work is related to indoor environments, but little research has been conducted to evaluate whether it is reaching the right people or affecting their responses to possibly problematic dampness in buildings. The committee recommends that such research be conducted.

- **Chp 7 Pg 328 Para 1-** Cost-effectiveness studies are needed to assess the savings that damp-building prevention or remediation might generate.
- **Chp 7 Pg 329 Para 1-** Develop communication instruments to disseminate information derived from the scientific evidence base regarding indoor dampness, mold and other dampness-related exposures, and health outcomes to address public concerns about the risk from dampness-related exposures, indoor conditions, and causes of ill health.
- **Chp 7 Pg 329 Para 1-** Foster education and training for clinicians and public-health professionals on the potential health implications of damp indoor environments.
- **Chp 7 Pg 329 Para 1-** Government and private entities with building design, construction, and management interests should provide new or continuing support for research and demonstration projects that develop education and training for building professionals (architects, home builders, facility managers and maintenance staff, code officials, and insurers) on how and why dampness problems occur and how to prevent them.

## REPORT OF CHRISTOPHER G. HOGE

Pursuant to Fed. R. Civ. P. 26(a)(2)(B), I am submitting the following expert report on behalf of the plaintiffs in the case of *Young & Ghee v. Burton, et al.*, Civil Action No. 07-cv-00983(ESH), United States District Court for the District of Columbia.

I am an attorney licensed in the District of Columbia, Maryland, and various federal courts, including the United States Supreme Court. I graduated from the Washington College of Law, American University, in 1974. I served as law clerk to Judge George Revercomb of the Superior Court of the District of Columbia from 1974 to 1975, and have been in a general trial practice since 1975. I handle a wide variety of civil litigation in the District of Columbia and Maryland, in both local and federal courts.

Over the past twenty years I have handled over 100 legal malpractice cases, almost entirely for plaintiffs. I was counsel in at least four legal malpractice cases which culminated in published appellate opinions. I have been retained as an expert in approximately six legal malpractice cases, and I have given deposition testimony within the last four years in two of those cases: *Michael Lewis v. Sylvia Rolinski*, (D.C. Superior Court), and *Macedo v. Rosen* (D.C. Superior Court).

I am a past president of the Bar Association of the District of Columbia and of the George Washington American Inn of Court. I currently serve as president of the Foundation of the Bar Association of the District of Columbia, chair of the Bench - Bar Committee of the Bar Association of the District of Columbia, and chair of the Practice Management Service

1

Committee of the District of Columbia Bar. I have published an article entitled "Preventing Legal Malpractice" which is currently on the website of the District of Columbia Bar, and have given several educational presentations on legal malpractice and litigation issues. I have an "A.V." rating from Martindale Hubbell.

My fee for expert services in this case is $300 per hour for study and testimony.

In connection with the case of *Young & Ghee v. Burton, et al.*, I have reviewed approximately 1,000 pages of documents, including but not limited to the retainer agreements between Ms. Young and Ms. Ghee and the law firm of Lewis & Tompkins, P.C.; the complaint drafted on behalf of Ms. Young and Ms. Ghee by Mr. Burton; a rejection slip from the Civil Clerk's office of the D.C. Superior Court; correspondence between Ms. Young, Ms. Ghee and the law firm, including but not limited to a letter purportedly written to Ms. Young and Ms. Ghee by Sharon Tompkins on July 1, 2005; documents from the District of Columbia Department of Health and the Housing Regulation and Enforcement Division of the D.C. Department of Consumer and Regulatory Affairs; extensive medical records of Denicole Young; research materials on toxic mold and on legal liability theories relating to toxic mold cases; materials from the files of Lewis & Tompkins, P.C.'s file concerning Ms. Young and Ms. Ghee, including but not limited to case diaries and hand-written notes; the complaint in *Young & Ghee v. Burton, et al.*; a letter dated January 2, 2007 from Peter Grenier to Sharon L. Tompkins and William F. Burton; discovery responses from Lewis & Tompkins, P.C. and from William F. Burton; and a report by Ritchie C. Shoemaker, M.D. I have also drawn on my experience in a toxic mold case that I am handling at the present time.

Based upon my review of the above materials and on my experience litigating cases over

2

the past 32 years, I hold the following opinions:

1. The law firm of Lewis & Tompkins, P.C. and William F. Burton breached the standard of care applicable to attorneys practicing in civil litigation in the District of Columbia by failing to effectively file a complaint on behalf of Ms. Young and Ms. Ghee in court within the three year statute of limitations period applicable to toxic tort claims. According to the July 1, 2005, letter purportedly written by Sharon Tompkins to Ms. Young and Ms. Ghee, the statute of limitations was due to expire in September of 2005. While a complaint was drafted by Mr. Burton, apparently in June of 2005, and while Lewis & Tompkins apparently attempted to file it in court, the complaint was rejected by the clerk of the court for unexplained reasons. Assuming that they did not effectively withdraw from the case, Lewis & Tompkins and Mr. Burton had the obligation to do what was needed to effectively file the complaint and get the case docketed within the statute of limitations period, and they failed to do so.

2. The law firm of Lewis & Tompkins, P.C. and William F. Burton breached the standard of care applicable to attorneys practicing in civil litigation in the District of Columbia, and specifically violated Rule 1.16(b) of the Rules of Professional Conduct applicable to members of the District of Columbia Bar, by purporting to withdraw from representation of Ms. Young and Ms. Ghee in such a manner that it had a material adverse effect on their interests. Assuming that the July 1, 2005 letter was in fact sent, the law firm and Mr. Burton had an obligation to ensure that their clients received actual notice of the withdrawal in time to retain new counsel before expiration of the statute of limitations deadline. The apparent failure of communication between Sharon Tompkins and Mr. Burton, described in Mr. Burton's answers to interrogatories, indicates that steps were not taken to ensure no adverse effect would inure to

3

their clients.

3. The law firm of Lewis & Tompkins, P.C. and William F. Burton breached the standard of care applicable to attorneys practicing in civil litigation in the District of Columbia by failing to communicate among themselves in order to ensure that Ms. Young's and Ms. Ghee's rights were protected.

4. The law firm of Lewis & Tompkins, P.C. and William F. Burton breached the standard of care applicable to attorneys practicing in civil litigation in the District of Columbia, and also breached the Rules of Professional Conduct applicable to members of the District of Columbia Bar, by failing to keep their clients (Ms. Young and Ms. Ghee) advised of the status of the case. Rule 1.4(a) requires an attorney to "keep a client reasonably informed about the status of a matter and promptly comply with reasonable requests for information". Lewis & Tompkins and William Burton failed to comply with this rule by not advising Ms. Young and Ms. Ghee that their claim had not been effectively filed in court and that the statute of limitations period for filing the claim was about to lapse and eventually did elapse.

5. Assuming that the letter purportedly drafted by Sharon Tompkins on July 1, 2005 was not actually sent to Ms. Young or Ms. Ghee, Ms. Tompkins breached Rule 3.4(b) of the Rules of Professional Conduct applicable to members of the District of Columbia Bar by falsifying evidence.

6. Ms. Young and Ms. Ghee had viable and valuable toxic tort claims against the owner and manager of their apartment building, including but not limited to claims for negligence, breach of contract, breach of the implied warranty of habitability, and breach of the duty of good faith and fair dealing.

4

7.  The proximate cause of Ms. Young's and Ms. Ghee's loss of their claims against the owner and manager of their apartment building for toxic torts was the failure of Lewis & Tompkins and William F. Burton to file suit within the applicable statute of limitations period.

I hold all of the foregoing opinions within a reasonable degree of legal certainty.

Respectfully submitted,

Christopher G. Hoge

Dated: Sept. 19, 2007

cgh/z/wpdirs/misc
gheeexpertreport.wpd

5