UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| DENICOLE YOUNG and<br>VANESSA GHEE,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>LEWIS & TOMPKINS, P.C, et al.,<br><br>　　　　Defendants. | :<br>:<br>:<br>:<br>:<br>:   Case No.: 1:07cv983 (ESH)<br>:<br>:<br>:<br>: |

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE withdraw the appearance of Colleen E. Durbin and enter the appearance of Ali A. Beydoun as co-counsel for Lewis & Tompkins, P.C.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　CARR MALONEY P.C.


　　/s/　　　　　　　　　　　　　　　　　　/s/
Colleen E. Durbin, #500039　　　　　Ali A. Beydoun, # 475413
1615 L Street, N.W., Suite 500　　　　1615 L Street, N.W., Suite 500
Washington, D.C.  20036　　　　　　Washington, DC 20036
(202) 310-5500 (telephone)　　　　　(202) 310-5500 (telephone)
(202) 310-5555 (facsimile)　　　　　 (202) 310-5555 (facsimile)

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing Substitution of Counsel was electronically filed, on this 4th day of October, 2007 to:

>Peter Grenier, Esquire
>Bode & Grenier
>1150 Connecticut Avenue, N.W.
>9th Floor
>Washington, D.C. 20036
>
>Deborah M. Whelihan, Esquire
>Jordan Coyne & Savits, LLP
>1100 Connecticut Avenue, N.W.
>Suite 600
>Washington, D.C. 20036

                                                                               /s/_____
                                                                               Colleen E. Durbin