IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DENICOLE YOUNG, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Civil Action No.: 07-cv-00983 (ESH) |
| | ) |
| | ) |
| WILLIAM F. BURTON, ESQUIRE, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

**DEFENDANTS' CONSENT MOTION TO MODIFY THEIR 26(a)(2) DEADLINE**

Pursuant to Federal Rule of Civil Procedure 6(b), and with consent of the Plaintiffs, the Defendant, William F. Burton, Esquire, and Defendant, Lewis & Tompkins, P.C., by and through their respective and undersigned attorneys, move to modify this Honorable Court's Scheduling Order dated and to extend their Fed. R. Civ. P. 26(a)(2) deadline from the present date of December 19, 2007 until the extended date of December 29, 2007. As grounds therefor, the Defendants states as follows:

1. Under the Scheduling Order, the Defendants are required to provide their expert witness disclosures by the deadline of December 19, 2007. Although the Defendants fully anticipated that they would be able to file their Federal Rule 26(a)(2) disclosure statements on or before December 19, 2007, the Defendants need additional time in order to fully comply with their disclosure obligations under Federal Rule 26(a)(2) because of the progress of discovery.

2. The Parties have actively been engaged in discovery since the meet and confer hearing on July 6, 2007. Unfortunately, despite the best efforts of the Parties, the Parties did not complete all of the depositions of the Parties until December 7, 2007, although those depositions

were started shortly after the exchange of written discovery among the parties. The Defendants only just received the final transcripts of the depositions of the Plaintiffs on December 18, 2007. Importantly, December 10, 2007 was the first mutually convenient date for the Defendants to depose the Plaintiffs' medical expert, Ritchie C. Shoemaker, M.D., which deposition occurred in Dr. Shoemaker's office in Pocomoke, Maryland. All but one of the Defendants' respective experts believe that they need to review and address the testimony of Dr. Shoemaker from his deposition on December 10, 2007 in order to fully respond to Dr. Shoemaker's opinions. Additionally, all of the Defendants' respective experts will need to review the deposition transcripts from the Plaintiffs' depositions. Because the Defendants do not expect to have the deposition transcript of Dr. Shoemaker even on an expedited basis until December 19, 2007 and just received the final deposition transcripts of the plaintiffs, the Defendants' several experts will not have had an opportunity to complete their review of the Plaintiffs' full deposition transcripts or to review Dr. Shoemaker's deposition transcript if the Defendants are not granted an extension of their current 26(a)(2) deadline. Consequently, the Defendants are not in a position to fully comply with their Rule 26(a)(2) disclosure obligations since the Defendants cannot provide the Plaintiffs with complete reports from all of their experts by the present deadline of December 19, 2007.

3. Because of these sufficiently compelling circumstances and because of the delay likely to be occasioned by the upcoming Christmas holiday, the Defendants would respectfully request that their Rule 26(a)(2) deadline be extended ten (10) days from the present deadline of December 19, 2007 until December 29, 2007.

4. The Defendants do anticipate that they will comply with all remaining deadlines

of the Scheduling Order and that they will not request any further extension or modification of the Scheduling Order in the event that this Honorable Court will grant this Motion and will extend the Defendants' 26(a)(2) deadline from present deadline of December 19, 2007 until the extended deadline of December 29, 2007.

5. This extension of the Defendants' 26(a)(2) deadline will not affect any other deadline of this Honorable Court's Scheduling Order.

6. As this Motion has already indicated, the Plaintiffs, through their counsel, have agreed to the extension of the Defendants' Rule 26(a)(2) deadline from the present deadline of December 19, 2007 until the extended deadline of December 29, 2007.

WHEREFORE, the Defendant, William F. Burton, Esquire, and Defendant, Lewis & Tompkins, P.C., with the consent of the Plaintiffs, respectfully request that this Honorable Court grant the relief sought by the Defendants and allow them until December 29, 2007 to provide Plaintiffs with their Rule 26(a)(2) disclosures.

Respectfully submitted,

JORDAN, COYNE SAVITS, L.L.P.

By: /s/ ***DEBORAH MURRELL WHELIHAN***
Deborah Murrell Whelihan #412454
1100 Connecticut Ave., N.W.
Suite 600
Washington, D.C. 20036
(202) 296-4747

Attorneys for Defendant William F. Burton, Esquire

CARR MALONEY, P.C.

By: /s/ ***PAUL J. MALONEY***
Paul J. Maloney, Esquire #362533
Ali A. Beydoun, Esquire # 475413
1615 L Street, N.W.
Suite 500
Washington, D.C. 20006

Attorneys for Defendant Lewis & Tompkins, P.C.

**STATEMENT OF POINTS AND AUTHORITIES**

1. Federal Rule of Civil Procedure 6(b), and

2. and Local Civil Rule 7.

/s/ ***DEBORAH MURRELL WHELIHAN***
Deborah Murrell Whelihan

**LCvR 7(m) STATEMENT**

I, Deborah Murrell Whelihan, hereby certify that I conferred with the Plaintiffs' counsel, Peter C. Grenier, Esquire, by telephone on December 14, 2007 about the extension of the Defendants' Federal Rule 26(a)(2) disclosures deadline and that this Motion is not opposed and is filed with the consent of Mr. Grenier to the relief requested.

/s/ ***DEBORAH MURRELL WHELIHAN***
Deborah Murrell Whelihan

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of Defendants' Consent Motion To Modify Their 26(a)(2)

Deadline was sent electronically and mailed, postage prepaid, this 19th day of December, 2007, to:

Peter C. Grenier, Esquire
Michael K. Hibey, Esquire
Bode & Grenier, L.L.P.
1150 Connecticut Avenue, N.W.
9th Floor
Washington, D.C. 20036

Paul J. Maloney, Esquire
Ali A. Beydoun, Esquire
Carr Maloney, P.C.
1615 L Street, N.W.
Suite 500
Washington, D.C. 20006

/s/ ***DEBORAH MURRELL WHELIHAN***
Deborah Murrell Whelihan

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DENICOLE YOUNG, et al.,

Plaintiffs,

Civil Action No.: 07-cv-00983 (ESH)

WILLIAM F. BURTON, ESQUIRE, et al.,

Defendants.

**O R D E R**

Upon consideration of the Defendants' Consent Motion To Modify Their 26(a)(2) Deadline, with consent of the Plaintiffs through their counsel, and the entire record herein, it is this ________ day of ________________________, 2007,

ORDERED, that the Defendants' Consent Motion To Modify Their 26(a)(2) Deadline is GRANTED; and it is further,

ORDERED, that the Scheduling Order shall be modified and that the Defendants shall be granted an extension of their Rule 26(a)(2) deadline from the present deadline of December 19, 2007 until December 29, 2007.

______________________________________
ELLEN S. HUVELLE
UNITED STATES DISTRICT JUDGE,

Copies To:

Deborah Murrell Whelihan, Esquire
Jordan, Coyne & Savits, L.L.P.
1100 Connecticut Avenue, N.W.
Suite 600
Washington, D.C. 20036

Peter C. Grenier, Esquire
Michael K. Hibey, Esquire
Bode & Grenier, L.L.P.
1150 Connecticut Avenue, N.W.
9th Floor
Washington, D.C. 20036

Paul J. Maloney, Esquire
Carr Maloney, P.C.
1615 L Street, N.W.
Suite 500
Washington, D.C. 20006