UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DENICOLE YOUNG and VANESSA GHEE )<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM F. BURTON and LEWIS & TOMPKINS, P.C.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 07-CV-983 (ESH)<br>)<br>)<br>)<br>)<br>)<br>) |

**CONSENT MOTION FOR AN EXTENSION OF TIME TO FILE
PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE
OPINION TESTIMONY OF PLAINTIFFS' EXPERT, DR. RITCHIE SHOEMAKER**

Plaintiffs Denicole Young and Vanessa Ghee, ("Plaintiffs"), by and through undersigned counsel, and with the consent of Defendants William F. Burton and Lewis & Tompkins, P.C., hereby move this Court to extend the time for Plaintiffs to file their opposition to Defendants' Motion to Exclude Opinion Testimony of Plaintiffs' Expert, Dr. Ritchie Shoemaker ("Defendants' Motion"). Plaintiffs seek an extension until March 17, 2008 to file their opposition. In support thereof, Plaintiffs state:

1. Defendants filed Defendants' Motion on February 15, 2008.

2. Plaintiffs' opposition is currently due on February 26, 2008.

3. Plaintiffs request that the deadline for Plaintiffs' opposition to Defendants' Motion be set for March 17, 2008.

4. Plaintiffs seek this brief 20 day extension because Plaintiffs' counsel is currently scheduled to commence trials in Prince George's County, Maryland on February 25, 2008 and in Anne Arundel County, Maryland on March 4, 2008.

5.      Such an extension – an additional 20 days from the current deadline of February 26, 2008, or 11 days from the expected conclusion of the March 4, 2008 trial, is necessary for Plaintiffs to prepare their opposition to Defendants' Motion.

6.      Plaintiffs respectfully submit that extending the time for Plaintiffs to file their opposition for 20 days, or until March 17, 2008, will not cause any undue delay in this action, will not alter any other existing deadlines, and will not cause Defendants any prejudice.

7.      Counsel for both Defendants have seen this motion and have no objections to the requested extension.

Respectfully submitted,

*Peter C. Grenier /s/*  
By:   Peter C. Grenier (D.C. Bar No. 418570)  
       Bode & Grenier, L.L.P.  
       1150 Connecticut Avenue, N.W.  
       Ninth Floor  
       Washington, D.C. 20036  
       (202) 828-4100  
       (202) 828-4130 (fax)  
       *Counsel for Plaintiffs*

Dated: February 19, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of February 2008, I served a true and accurate copy of the foregoing Consent Motion for an Extension of Time to File Plaintiffs' Opposition to Defendants' Motion to Exclude Opinion Testimony of Plaintiffs' Expert, Dr. Ritchie Shoemaker, by electronic case filing upon:

> Paul J. Maloney, Esquire
> Carr Maloney, P.C.
> 1615 L Street, N.W.
> Suite 500
> Washington, D.C. 20006
> *Counsel for Defendant Lewis & Tompkins, P.C.*
>
> Deborah Murrell Whelihan, Esquire
> Jordan, Coyne & Savits, L.L.P.
> 1100 Connecticut Avenue, N.W., Suite 600
> Washington, D.C. 20036
> *Counsel for Defendant William F. Burton*

                                            _____*Peter C. Grenier /s/*_____
                                                      Peter C. Grenier

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DENICOLE YOUNG and <br> VANESSA GHEE <br><br> Plaintiffs, <br><br> v. <br><br> WILLIAM F. BURTON and <br> LEWIS & TOMPKINS, P.C. <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 07-CV-983 (ESH) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### ORDER

Upon consideration of the Consent Motion For an Extension of Time to File Plaintiffs' Opposition to Defendants' Motion to Exclude Opinion Testimony of Plaintiffs' Expert, Dr. Ritchie Shoemaker, it is, by the Court, this _____ day of _____, 2008:

ORDERED:   That the deadline for Plaintiffs' opposition be extended up to and including March 17, 2008.  SO ORDERED.

_____
Judge Ellen S. Huvelle

Dated: _____