UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| DENICOLE YOUNG and<br>VANESSA GHEE, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Case No.: 1:07cv983 (ESH) |
| | : | |
| LEWIS & TOMPKINS, P.C, et al., | : | |
| | : | |
| Defendants. | : | |

## <u>CONSENT MOTION FOR EXTENSION OF TIME TO FILE REPLY</u>

Defendants Lewis and Tompkins, P.C., and William F. Burton, by and through their respective and undersigned counsel, with consent of Plaintiffs Denicole Young and Vanessa Ghee, hereby move this Court to extend the time for Defendants to file its Reply to Plaintiffs' Opposition to Defendants' Motion to Exclude Opinion Testimony of Plaintiffs' Expert, Dr. Shoemaker.  Defendants seek an extension until March 31, 2008 to file their opposition.  In support thereof, Defendants state:

1.     Defendants filed their Motion on February 15, 2008.

2.     Plaintiffs filed their Opposition on March 17, 2008.

3.     Defendants' Reply is currently due on or before March 24, 2008.

4.     Defendants request that the deadline for their Reply be set for March 31, 2008.

5.     Defendants seek this extension to have sufficient time to review and analyze the large and voluminous exhibits attached to Plaintiffs' 45 page Opposition.

6.     Such an extension is an additional 7 days from the current deadline of March 17, 2008, and is necessary for Defendants to prepare its Reply to Plaintiffs' Opposition.

7.      Defendants respectfully submit that the requested extension of time will not prejudice Plaintiffs or cause any undue delay in this action.

8.      This extension, if granted, would not alter any other deadlines currently set in this matter.

9.      Counsel for Plaintiffs has seen this motion and consents to the requested extension of time.

Respectfully submitted,

CARR MALONEY P.C.


   /s/ Ali A. Beydoun
Ali A. Beydoun, # 475413
1615 L Street, N.W., Suite 500
Washington, D.C.  20036
(202) 310-5500 (telephone)
(202) 310-5555 (facsimile)
aab@carrmaloney.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was electronically filed, on this 20th day of March, 2008 to:

Peter Grenier, Esquire
Michael Hibey, Esquire
Bode & Grenier
1150 Connecticut Avenue, N.W.
9th Floor
Washington, D.C.  20036

Deborah M. Whelihan, Esquire
Jordan Coyne & Savits, LLP
1100 Connecticut Avenue, N.W.
Suite 600
Washington, D.C.  20036


/s/ Ali A. Beydoun
Ali A. Beydoun

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

DENICOLE YOUNG and
VANESSA GHEE,                                       :
                                                    :
            Plaintiffs,                             :
                                                    :
      v.                                            :    Case No.: 1:07cv983 (ESH)
                                                    :
LEWIS & TOMPKINS, P.C, et al.,                      :
                                                    :
            Defendants.                             :

## **ORDER**

UPON CONSIDERATION of Defendants' Consent Motion for Extension of Time to File Reply and there being no opposition thereto, it is this _____ day of _____, 2008,

ORDERED, that Defendants' Consent Motion for Extension of Time to File Reply is GRANTED; it is further

ORDERED, that Defendants' Reply will be due no later than March 31, 2008.


_____
Judge

Copies to:

Peter Grenier, Esquire
Michael Hibey, Esquire
Bode & Grenier
1150 Connecticut Avenue, N.W.
9th Floor
Washington, D.C.  20036

Deborah M. Whelihan, Esquire
Jordan Coyne & Savits, LLP
1100 Connecticut Avenue, N.W.
Suite 600
Washington, D.C.  20036

Ali A. Beydoun, Esquire
Carr Maloney P.C.
1615 L Street, N.W.
Suite 500
Washington, DC  20036