UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| DENICOLE YOUNG and VANESSA GHEE, : <br> : <br> Plaintiffs, : <br> : <br> v.   : <br> : <br> LEWIS & TOMPKINS, P.C, et al., : <br> : <br> Defendants. : | Case No.: 1:07cv983 (ESH) |

## DEFENDANTS' MOTION TO EXTEND THE TIME FOR FILING DISPOSITIVE MOTIONS

Defendants Lewis & Tompkins, P.C., and William F. Burton, Esq., by and through their respective counsel, and pursuant to Local Rule 7 and 16, hereby file their Motion to Extend the Time for Filing Dispositive Motions. In support of this Motion, Defendants state the following:

1.  The Scheduling Order in this case states that the parties must file any dispositive motions no later than May 30, 2008.

2.  On February 15, 2008, Defendants filed their Motion to Exclude Opinion Testimony of Dr. Ritchie Shoemaker (hereinafter "Motion to Exclude"). This Court has scheduled a *Daubert* hearing on the Motion to Exclude for June 16, 2008.

3.  To avoid presenting this Court with repetitive of arguments by filing a Motion for Summary Judgment prior to the *Daubert* hearing, Defendants respectfully request that this Court extend the dispositive motion deadline until ten (10) days after this Court issues an Order on Defendant's Motion to Exclude. This Motion is not interposed for purposes of delay, but rather to streamline the resources of the Court.

4. All counsel for all parties have discussed this issue. Counsel for Plaintiff has indicated in a conversation on May 30, 2008 that they do not consent to the relief requested, but that they will not file an objection to Defendants' Motion.

                                                Respectfully submitted,

CARR MALONEY P.C.                    JORDAN, COYNE & SAVITS, L.L.P.

By:   /s/ Paul J. Maloney             By:   /s/ Deborah Murrell Whelihan
      Paul J. Maloney #362533               Deborah Murrell Whelihan #412454
      Ali Beydoun #475413                       1100 Connecticut Avenue, N.W.
      1615 L Street, N.W., Suite 500           Suite 600
      Washington, DC 20036                  Washington, DC 20036
      (202) 310-5500 (Telephone)             (202) 296-4747 (Telephone)
      (202) 310-5555 (Facsimile)              (202) 496-2800 (Facsimile)
      Attorneys for Defendant                  Attorneys for Defendant
      Lewis & Tompkins, P.C.                   William F. Burton, Esquire

## MEMORANDUM OF POINTS AND AUTHORITIES

FRCP and Local Rule 7 and 16, and the record herein.

                                                /s/ Paul J. Maloney
                                                Paul J. Maloney

3

CERTIFICATE OF SERVICE

    I HEREBY certify that a true copy of the foregoing was served electronically on this 30th day of May, 2008 to:

> Peter Grenier, Esquire
> Michael Hibey, Esquire
> Bode & Grenier
> 1150 Connecticut Avenue, N.W.
> 9th Floor
> Washington, D.C. 20036
>
> Deborah M. Whelihan, Esquire
> Jordan Coyne & Savits, LLP
> 1100 Connecticut Avenue, N.W.
> Suite 600
> Washington, D.C. 20036

        /s/ Paul J. Maloney
        Paul J. Maloney

3

Def Motion to EXtend Time dis mot

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| DENICOLE YOUNG and VANESSA GHEE,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>LEWIS & TOMPKINS, P.C, et al.,<br><br>　　　　Defendants. | :<br>:<br>:<br>:<br>:  Case No.: 1:07cv983 (ESH)<br>:<br>:<br>:<br>: |

## **ORDER**

UPON consideration of the Defendants' Motion to Extend the Time for Filing of Dispositive Motions, and there being no opposition thereto, it is hereby:

ORDERED that dispositive motions shall be filed no later than ten (10) days after this Court issues its Order regarding the Defendants' Motion to Exclude Opinion Testimony of Dr. Ritchie Shoemaker.

　　　　　　　　　　　　　　　　　　　　　　　SO ORDERED:

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　The Honorable Ellen S. Huvelle
　　　　　　　　　　　　　　　　　　　　　　　U.S. District Court for the District of
　　　　　　　　　　　　　　　　　　　　　　　　　Columbia

Copies on next page

Def Motion to EXtend Time dis mot

Copies to:

Paul J. Maloney, Esquire
Carr Maloney P.C.
1615 L Street, N.W.
Suite 500
Washington, D.C.  20036

Peter Grenier, Esquire
Michael Hibey, Esquire
Bode & Grenier
1150 Connecticut Avenue, N.W.
9th Floor
Washington, D.C.  20036

Deborah M. Whelihan, Esquire
Jordan Coyne & Savits, LLP
1100 Connecticut Avenue, N.W.
Suite 600
Washington, D.C.  20036

Def Motion to EXtend Time dis mot