**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**Civil Division**

| | |
|---|---|
| **DENICOLE YOUNG and** ) | |
| **VANESSA GHEE** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **v.** ) | **CIVIL ACTION NO. 07-CV-983 (ESH)** |
| ) | |
| **WILLIAM F. BURTON and** ) | |
| **LEWIS & TOMPKINS, P.C.** ) | |
| ) | |
| **Defendants** ) | |
| ) | |

**PLAINTIFFS' MEMORANDUM TO THE COURT**
**IN ADVANCE OF THE JUNE 16, 2008 *DAUBERT* HEARING**

As is more fully detailed in Plaintiffs' March 17, 2008 Memorandum in Opposition to

Defendants' Motion to Exclude Dr. Ritchie Shoemaker ("Plaintiffs' Memorandum"),[1] and the

Affidavit of Dr. Ritchie Shoemaker attached thereto, Plaintiffs have designated Dr. Ritchie

Shoemaker as an expert witness to testify on mold, mold toxin exposure, and the cause, nature,

and extent of Plaintiffs' damages as a result of Plaintiffs' exposure to toxic mold.

The Court requested submissions in advance of the June 16, 2008 *Daubert* hearing. This

memorandum summarizes Dr. Shoemaker's expected testimony and refers the Court to portions

of previously submitted documents for further information on Dr. Shoemaker's background,

experience, and methodology. Per the Court's suggestion, and rather than submitting a formal

direct examination of Dr. Shoemaker, Plaintiffs rely on the Affidavit of Dr. Shoemaker

previously attached to Plaintiffs' Memorandum as Exhibit 14, which is again attached hereto as

---

[1] The full title of the March 17, 2008 memorandum was "Plaintiffs' Memorandum of Points and Authorities (1) In Opposition to Defendants' Motion to Exclude Opinion Testimony of Plaintiffs' Expert Dr. Ritchie Shoemaker and (2) In Opposition to Defendants' Request for a Daubert Hearing."

Exhibit 1 ("Affidavit"), a condensed version of the Affidavit attached hereto as Exhibit 2

("Condensed Affidavit"),[2] and a select few other documents previously attached to Plaintiffs'

Memorandum and again attached hereto.

### I.    *OVERVIEW*

Dr. Shoemaker is qualified to testify as an expert in this case because he is experienced in

the field of biotoxin illnesses, and because he conducted a differential diagnosis.

For information regarding Dr. Shoemaker's background and experience, Plaintiffs refer

the Court to Plaintiffs' Memorandum at pages 7-9, and the Affidavit at paragraphs 2-10, 36, and

136.  (Affidavit, Exhibit 1; Condensed Affidavit, Exhibit 2.)  Additionally, Plaintiffs refer the

Court to Dr. Shoemaker's curriculum vitae (Shoemaker C.V., Exhibit 3 hereto (previously

Exhibit 15 to Plaintiffs' Memorandum)), and Dr. Shoemaker's published peer reviewed

academic papers on biotoxin associated illness and Sick Building Syndrome (Shoemaker's Peer

Reviewed Mold Papers, Exhibit 4 hereto (previously Exhibit 16 to Plaintiffs' Memorandum)).

For a full description of Dr. Shoemaker's methodology, Plaintiffs' refer the Court to

Plaintiffs' Memorandum at pages 21-32 and the Affidavit at paragraphs 11-34, and 92.

(Affidavit, Exhibit 1; Condensed Affidavit, Exhibit 2.)

For a full description of the application of Dr. Shoemaker's methodology to this case,

including the conclusions he drew in this case, Plaintiffs refer the Court to Plaintiffs'

Memorandum at pages 37-43, and the Affidavit at paragraphs 37, 39, 41, 45, 74, 79, 83-91, 92,

94, 97-99, 103-04, and 131-32.  (Affidavit, Exhibit 1; Condensed Affidavit, Exhibit 2.)

Additionally, Plaintiffs refer the Court to Dr. Shoemaker's Report filed in this matter.

(Shoemaker Report, Exhibit 5 hereto (previously Exhibit 55 to Plaintiffs' Memorandum).)

---

2 The Condensed Affidavit includes only the paragraphs of the Affidavit specifically referenced herein.  The
paragraphs were not altered, edited, or renumbered.

## II.    <u>*DISCUSSION*</u>

After a properly conducted evaluation and differential diagnosis, Dr. Shoemaker – a physician with extensive and specialized experience in the practice of toxic exposures – concluded that Denicole Young and Vanessa Ghee suffered physical injury as a result of exposure to toxic mold.

When diagnosing or treating any patient, Dr. Shoemaker follows the same methodologies as other health care professionals to reach a differential diagnosis to determine whether someone suffers from exposure to water-damaged buildings, and he does more than what most clinicians do in order to determine the accuracy of his diagnosis. (Affidavit, Exhibit 1 and Condensed Affidavit, Exhibit 2, ¶¶11-19, 92.) Specifically, Dr. Shoemaker takes a history of the patient, reviews a patient's medical records, conducts a physical examination of the patient, runs tests on the patient, and reviews medical literature to try to determine what may be causing the patient's problems. (*Id*., ¶¶12, 92.) Dr. Shoemaker also questions a patient about when, where, and how often a patient is ill, and the patient's answers will lead Dr. Shoemaker to determine whether or not a patient is ill and why. (*Id*., ¶¶13-15.) If a temporal relationship between being in a place and being ill exists, Dr. Shoemaker determines if "that place" has substances documented in peer reviewed literature that can cause the type of illness or are associated with the type of illness described by the patient. (*Id*., ¶15.)

Dr. Shoemaker does not draw simple conclusions based on the results of any one of the battery of tests or procedures that he follows in evaluating his patients. (*Id*., ¶¶12-15, 18, 19, 21, 23, 25, 26, 28, 30, 31-34.) Instead, Dr. Shoemaker goes beyond the necessary requirements and follows a more rigorous two tiered model, which incorporates generally accepted practices and includes additional levels of criteria, where certain findings must be present before he will

conclude that a patient is suffering from an illness due to an environmentally acquired biotoxin.
(*Id.*, ¶¶12-15, 18, 19, 21, 23, 25, 26, 28, 30, 31-34.)

### A.    *DIFFERENTIAL DIAGNOSIS*

Dr. Shoemaker describes a two tiered process for diagnosing causally related
environmentally acquired biotoxin illness.  This is simply a differential diagnosis and testing.

To diagnose a patient with an illness related to environmental exposure, there must be:
(1) potential for exposure; (2) distinct symptoms; and (3) absence of confounding diagnoses.
(*Id.*, ¶18.)  This has been and can still be referred to as the first tier.  Positive findings in each of
the parameters of the first tier are necessary, otherwise, Dr. Shoemaker does not diagnose the
patient as being sick due to an environmental or biotoxin exposure.  (*Id.*, ¶18.)  At this stage, Dr.
Shoemaker addresses and evaluates prior medical history, and other potential causes of injury,
among other factors.  (*Id.*, ¶92.)

The second tier for diagnosis of an environmentally acquired biotoxin illness consists of
conducting objective lab tests.  The test results either support or do not support Dr. Shoemaker's
initial diagnoses derived from the first tier.  The tests are named and described in Plaintiffs'
Memorandum and the Affidavit, but will not be detailed herein.  Needless to say, none of these
tests alone drive Dr. Shoemaker's diagnoses and conclusions.  (*Id.*, ¶33.)

Dr. Shoemaker also uses the Visual Contrast Sensitivity ("VCS") test as a barometer for
evaluating neurologic activities and symptoms to determine whether there is a preliminary
indication that the patient may be suffering from biotoxin illness.  (*Id.*, ¶26.)  Dr. Shoemaker
uses the VCS test as a reliable barometer for evaluating neurologic activities and symptoms.
(*Id.*, ¶26.)

These tests are one part of the overall differential diagnostic work up, which consists of

evidence from a patient's medical records and history, a patient's history of environmental exposure, the temporal relationship between exposure and illness, the physical examination of the patient, each peer reviewed article utilized to evaluate general causation capabilities, and each result from the objective lab tests.  (*Id.*, ¶34.)  Dr. Shoemaker, through his extensive and specialized practical and clinical experience, is able to utilize the results of these tests as part of his diagnostic work up.

Using the above two tiered model, Dr. Shoemaker diagnoses and causally connects mold exposures to environmentally acquired biotoxin illnesses.

### B.        *SCIENTIFICALLY VALID METHODOLOGY*

As described above, Dr. Shoemaker's method is simple: he reviews medical records, he takes histories, he conducts examinations, he performs a differential diagnosis, and he runs laboratory tests.  This is what the United States Court of Appeals for the District of Columbia Circuit, among other federal courts, determined is a generally accepted methodology.  *See Ambrosini v. Labarraque*, 101 F.3d 129, 137-41 (D.C. Cir. 1996).

Differential diagnosis is a common scientific technique, accepted by the scientific community and previously accepted by courts addressing *Daubert*.  *See, e.g. Ambrosini*, 101 F.3d at 137-41; *Heller v. Shaw Industries, Inc.*, 167 F.3d 146, 155-56 (3rd Cir. 1999); *In re: Paoli RR Yard PCB Litigation*, 35 F.3d 717, 755 (3d Cir. 1994); *Baker v. Dalkon Shield Claimants Trust*, 156 F.3d 248, 252-53 (1st Cir. 1998); *Kennedy v. Collagen Corp.*, 161 F.3d 1226 (9th Cir. 1998); *Westberry v. Gislaved Gummi AB, et al.*, 178 F.3d 262, 262-66 (4th Cir. 1999).

Dr. Shoemaker, like every other physician, takes a history of his patient, reviews medical records of the patient, performs a physical examination of the patient, conducts a differential

diagnosis of the patient, runs tests on the patient, and reviews medical literature to try to determine what might be causing problems for the patient. This process is followed and validated by physicians across America. Dr. Shoemaker has followed the scientific process.

Dr. Shoemaker's extensive expertise in the area of treating and diagnosing causally connected mold illness is another reason why Dr. Shoemaker's methodology is scientifically valid. *Kumho Tire Co. v. Carmichael*, 526 U.S. 137, 156 (1999) ("No one denies that an expert might draw a conclusion from a set of observations based on extensive and specialized experience.")

For the past ten years, Dr. Shoemaker has been the treating physician for over 4,700 patients who have been diagnosed with ailments caused by exposure to water-damaged buildings. (Affidavit, Exhibit 1 and Condensed Affidavit, Exhibit 2, ¶36.) He has published three peer reviewed academic papers on biotoxin associated illness and sick building syndrome, and he has been a peer reviewer for journals. (*Id*., ¶2, 7-8.) Dr. Shoemaker has given numerous presentations to groups and associations interested in toxic mold and its effects on the human body. (*Id*., ¶¶2, 9.)

Through all this experience, Dr. Shoemaker has become an authority on the treatment of mold illness. His research and peer reviewed papers on Pfiesteria were accepted as authoritative. (Pfiesteria Research and Papers, Exhibit 6 hereto (previously Exhibit 43 to Plaintiffs' Memorandum).) His research on inflammatory illness was also accepted for peer reviewed publication. (Inflammatory Illness Papers, Exhibit 7 hereto (previously Exhibit 44 to Plaintiffs' Memorandum).) His research on mold illness has likewise been accepted for peer reviewed publication. (Shoemaker's Peer Reviewed Mold Papers, Exhibit 4 hereto.) Dr. Shoemaker's work, research and study of mold illness is extensive. Regularly, physicians around the country

contact Dr. Shoemaker to learn how to treat mold illness. (Physician Logs, Exhibit 8 hereto (previously Exhibit 46 to Plaintiffs' Memorandum).)

Dr. Shoemaker's experience in researching, understanding, treating, and diagnosing toxic mold injuries qualifies his methods as scientifically valid and qualifies his testimony as sufficient under *Daubert*.

In addition to conducting a scientifically valid differential diagnosis based on extensive and specialized experience, Dr. Shoemaker also qualifies as an expert because his methods contain rigorous standards, have a known error rate, and have been subjected to peer review and tested, all of which is more fully detailed in Plaintiffs' Memorandum and the Affidavit.

## C.    *SPECIFIC APPLICATION AND CONCLUSIONS*

In this case, Dr. Shoemaker performed the same methods that he performs with each patient he treats. (Affidavit, Exhibit 1 and Condensed Affidavit, Exhibit 2, ¶92.) He reviewed medical records, took medical histories, evaluated prior potential for exposure, performed a physical exam and VCS test, and ordered laboratory testing and ancillary testing, including pulmonary function testing, pulse oximetry and an electrocardiogram. (*Id.*, ¶97.) Dr. Shoemaker developed a differential diagnosis on a preliminary basis at the day of Plaintiffs' office visits. (*Id.*, ¶97.)

Dr. Shoemaker observed that there was a clear indication that Plaintiffs met criteria for illness seen in mold illness patients because they met the first tier of Dr. Shoemaker's diagnosis model. (*Id.*, ¶74.) The potential for exposure was confirmed by Plaintiffs' description of their residential unit, the timeline associated with their move into the unit and their perception of mold and foul odors after moving in, the timeline associated with their move into the unit and their need for medical intervention after moving in, the smells they experienced, the mold they saw

and photographed, and the presence of mold documented by the District of Columbia government records.  (*Id.*, ¶¶39, 84, 97; Shoemaker Report, Exhibit 5, p. 16.)  Both Plaintiffs exhibited a distinctive grouping of symptoms, which is described in Dr. Shoemaker's report of September 17, 2007.  (Shoemaker Report, Exhibit 5, p. 15.)  After considering prior medical records and illnesses, including those of Ms. Young from 1995-2000, and prior potential for exposures, Dr. Shoemaker concluded that there was an absence of confounding diagnoses and no other possible diagnoses for Plaintiffs' problems.  (Affidavit, Exhibit 1 and Condensed Affidavit, Exhibit 2, ¶¶37, 87, 92; Shoemaker Report, Exhibit 5, pp. 2-3.)

In order to further support his conclusion, and to further refine the differential diagnosis, Dr. Shoemaker performed blood draws and ordered a comprehensive battery of laboratory tests for Plaintiffs.  (Affidavit, Exhibit 1 and Condensed Affidavit Exhibit 2, ¶98.)  The objective laboratory results confirmed Dr. Shoemaker's initial clinical impression that Plaintiffs were a case with an illness caused by exposure to biotoxins and sources of inflammatory responses made by toxigenic organisms present in the residence.  (*Id.*, ¶99.)

Dr. Shoemaker also applied the data for each patient to the peer reviewed, published case definition for acute and chronic illness acquired following exposure to a water-damaged building.  Each patient met the strict requirements of the two-tiered case definition, as is further detailed in Plaintiffs' Memorandum and the Affidavit.

After applying scientifically valid methods, Dr. Shoemaker concluded to a reasonable degree of medical certainty, *inter alia*: (1) Plaintiff Denicole Young's respiratory failure of April 2003 is causally related to her exposure in 2002, and (2) both Plaintiffs have suffered permanent impairment to their innate immune regulation, *inter alia* the onset of Ms. Young's permanent respiratory disease and restrictive lung capacity, which reveals itself as asthma.  (*Id.*, ¶¶83-91.)

### III.    *CONCLUSION*

At its core, Dr. Shoemaker's methods are simple.  He relies on his extensive and specialized experience, he evaluates patients, and he conducts a differential diagnosis.  This is sufficient for Dr. Shoemaker to survive a *Daubert* challenge.

Plaintiffs submit to the Court that by limiting the Court's review to the documents mentioned and referenced herein, Plaintiffs have provided a sufficient basis for the Court to deny Defendant's motion to exclude Dr. Shoemaker.

Respectfully submitted,


*Peter C. Grenier /s/*

By:    Peter C. Grenier (D.C. Bar No. 418570)
      Michael K. Hibey (D.C. Bar No. 502890)
      Bode & Grenier, L.L.P.
      1150 Connecticut Avenue, N.W.
      Washington, D.C.  20036
      (202) 828-4100
      (202) 828-4130 (fax)
      *Counsel for Plaintiffs*

Dated: June 9, 2008

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 9th day of June 2008, I served a true and accurate copy of the foregoing "Plaintiffs' Memorandum to the Court in Advance of the June 16, 2008 *Daubert* Hearing" by electronic case filing upon:

    Paul J. Maloney, Esquire
    Carr Maloney, P.C.
    1615 L Street, N.W., Suite 500
    Washington, D.C.  20006
    *Counsel for Defendant Lewis & Tompkins, P.C.*

    Deborah Murrell Whelihan, Esquire
    Jordan, Coyne & Savits, L.L.P.
    1100 Connecticut Avenue, N.W., Suite 600
    Washington, D.C. 20036
    *Counsel for Defendant William F. Burton*


           _____*Peter C. Grenier /s/*_____
                Peter C. Grenier

# EXHIBIT 1

# EXHIBIT 14

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

|  |  |
|---|---|
| **DENICOLE YOUNG and**<br>**VANESSA GHEE** | )<br>)<br>)<br>) |
| **Plaintiffs,** | )<br>) |
| **v.** | ) CIVIL ACTION NO. 07-CV-983 (ESH) |
| **WILLIAM F. BURTON and**<br>**LEWIS & TOMPKINS, P.C.** | )<br>)<br>)<br>) |
| **Defendants.** | )<br>) |

## AFFIDAVIT OF DR. RITCHIE SHOEMAKER

I, Dr. Ritchie Shoemaker, hereby state as follows:

1] I have personal knowledge of the matters stated herein and could competently testify thereto if called as a witness.

2] I received my doctorate from Duke University. I am a member of the American Society for Microbiology, the American Society of Tropical Medicine and Hygiene, the American Medical Association, the Maryland Medical Chirurgical Faculty, and the International Association for Chronic Fatigue Syndrome. I have been practicing medicine for 28 years. I have published several lengthy books on illnesses caused by exposure to biologically produced neurotoxins and the inflammatory basis of those illnesses, and appeared on the BBC, NBC News, CBS News, ABC News, and CNN. I have been a peer reviewer for the academic journals Environmental Health Perspectives, Environmental Research, journal of Nutrition and Environmental Medicine, Heart and Lung, and Health Policy. I have given presentations to the American Society of Microbiology, the American Psychiatric Association, the International

Society of Neurobiology, the American Academy of Environmental Medicine, the International

Symposium of Neurotoxicology, the American Society for Tropical Medicine and Hygiene, the

International Society for Testing and Measurement, the International Association for Chronic

Fatigue Syndrome, the Indoor Air Quality Association, the National Institute for Building

Sciences, the National Center for Biodefense, the International Symposium on Cyanobacteria

and the Federal Research Committee on Gulf War Illness.

     3]     I am a Board Certified family practitioner in Maryland. I have practiced as a

licensed medical doctor in Maryland since 1980. I have been in practice in Pocomoke, Maryland

since 1980. I am a member of multiple professional organizations that focus on environmental

medical matters and family practice. I am the past and current President of the Somerset County,

Maryland Medical Society and the past President of the Worcester County, Maryland Medical

Society.

     4]     As evidenced by my curriculum vitae, I have been and am recognized as a leading

physician in Maryland. In 2000, the Maryland Academy of Family Practice named me the

Maryland Family Physician of the Year. The Medical and Chirurgical (MedChi) Faculty

awarded honors to me in both 1996 and 1997. In 2002, I was named runner-up as the National

Family Practice Physician in the United States.

     [I understand that my CV and several of my publications and articles cited by my herein

are being submitted to this Court in a separately marked submission to make it easier for the

Court to review.]

     5]     I have authored numerous books, including the 2005 publication <u>Mold Warriors</u>.

I have been the treating physician for over 4,700 patients who have been diagnosed with ailments

caused by exposure to water-damaged buildings. I was the lead investigator in over twenty

cohorts of patients with illness acquired following exposure to water-damaged buildings. Due to a request from Congressman Wayne Gilchrest (Md., 1st Dist.) in 2007, I submitted a diagnostic protocol for patients potentially affected by the exposure to areas with water damage in Building 18 of the Walter Reed Army Hospital. I am currently Physician-In-Charge of the health investigation of the Federal Aviation Administration's air traffic controller cohort from the Detroit Metro airport.

6]    I presented papers or testimony on mold and the effects of mold exposure to the United States House of Representatives in 2004, the United States Senate in 2006 and the Maryland State Senate in 2006. With the permission of both the Federal Emergency Management Administration and Home Land Security, I conducted on-site health investigations for victims of Hurricane Katrina located in St. Bernard Parish, New Orleans in 2006. I published the results of those investigations showing that the health effects associated with exposure to water-damaged buildings in the New Orleans area are consistent with the environmental findings of the National Institute of Occupational Safety and Health investigators in their report on health hazards at the Courthouse in St. Bernard's Parish.

7]    In addition to my books, I have authored and co-authored multiple peer-reviewed publications and articles. My first four published articles concerned my involvement, diagnosis, and treatment of Pfiesteria. I have also co-authored articles on Lyme Disease. Despite Defendants' assertions, I have published multiple articles in peer reviewed journals and trade journals covering this diagnosis and treatment of mold-related illnesses.

8]    In July 2004, the peer-reviewed journal "Neurotoxicology and Teratology" published my article entitled "A Time-Series Study of Sick Building Syndrome: Chronic, Biotoxin-Associated Illness from Exposure to Water-Damaged Buildings." Two years later, the

3

same peer-reviewed journal published my follow-up article, entitled "Sick Building Syndrome and Exposure to Water-Damaged Buildings: Time Series Study, Clinical Trial and Mechanisms." The research group headed by Eckardt Johanning, MD requested that I write an article for peer-review on the effect, diagnosis, and treatment of illnesses related to indoor mold in his 2005 book entitled "Bioaerosols, Fungi, Bacteria, Mycotoxins and Human Health; Pathophysiology, Clinical Effects, Exposure Assessment, Prevention and Control in Indoor Environments and Work." This book containing my paper was published in 2005. Various national and international medical societies have requested that I speak on a variety of topics, including my diagnosis, treatment, and experience with mold-related illnesses. (See my CV).

9]      I have been an invited speaker to multiple medical seminars. In 2000, I presented at the annual meeting on the American Society of Tropical Medicine and Hygiene. My topic at this conference was the successful use of cholestyramine in the treatment of ciguatera illness. In 2001, the American Academy of Environmental Medicine requested that I provide an eight-hour tutorial on the diagnosis and treatment of neurotoxin diseases. In June 2002, I flew to Italy to present three lectures during the Eighth International Symposium of Neurotoxicology on Biotoxins, including one lecture specifically covering indoor exposure to water-damaged buildings (WDB). My presentations on chronic biotoxin associated illnesses were heard at the Fifth International Conference on Bioaerosols, Fungi, Bacteria, Mycotoxins and Human Health as well as the Thirteenth Annual Environmental Information Association in 2003. I have twice been an invited speaker during Mealey's Mold Litigation Conferences. During 2006, I continued to present lectures and discussions concerning mold-related illnesses. For example, in April 2006, I was a featured speaker at the Third Annual Mold Conference. In addition to this involvement with a multitude of medical organizations, I have also spoken at or at the behest of

various colleges and universities, including Johns Hopkins University, Georgetown University, University of Connecticut, Drexel University, George Mason University, and Wright State University.

10]    I have been called to testify on fifty-seven separate occasions. I have been accepted as an expert and have testified concerning biotoxin associated illnesses, including mold-related illnesses in multiple jurisdictions, including Maryland, Colorado, Mississippi, Michigan, Pennsylvania, Florida, Delaware, Hawaii, New Jersey, Virginia, Oregon, Rhode Island, Pennsylvania and North Carolina. My testimony has been subject to *Daubert* or *Frye* challenges numerous times, and I have been permitted to testify in the majority of those cases.

11]    I use standard medical methodologies in examining and treating patients. Specifically, I obtained a differential diagnosis of Denicole Young and Vanessa Ghee by the following methodology: Reviewed medical records of the patient; Obtained a medical history from the patient; Conducted a personal exam of the patient; Conducted clinical tests and reviewed the results of those tests; Obtained and reviewed laboratory test results; Reviewed peer-reviewed articles and/or governmental studies.   In other words, I conducted a standard differential diagnostic work-up as my methodology for general causation and specific causation analysis; differential diagnosis necessarily includes all elements of what the patient has, and what the patient doesn't have, including diagnostic studies.

12]    I, like every other physician, take a history of my patient, review medical records of the patient, conduct a physical examination of the patient, run tests on the patient and review medical literature to try to determine what might be causing problems for the patient. After arriving at a working diagnosis from the above, I then prescribe a treatment plan. That treatment plan might range from a prescription of medical to giving instructions to avoid certain things

5

(such as avoiding a particular product or chemical or maybe as broad as avoiding a particular environment—the interior environment of a house for example.) If I suspect a product or substance or environment might be causing the patient to be ill, then – if the avoidance of that product or substance or environment finds the patient getting better – there might be a connection between the product/substance or environment and the patient's illness.

13]    I do the same thing as any other doctor does when he meets a patient to determine what is wrong with the patient. The first thing I do is take a history from the patient. The history is taken in order to learn what the patient is complaining about--i.e. what is bothering the patient—is he sick to his stomach? Does he have headaches? Is he fatigued? Does he have localized pain (etc.)? When is the patient ill? Does the patient improve or get worse at certain times or places? These are obvious and critical initial questions, but they are fundamentally important to every physician. The evaluation of a chronic, multisymptom, multisystem illness is necessarily more complex than an acute illness with one or two symptoms from one body system, but the process involved in both of those types of illness are the same.

14]    The answers to the questions about what is bothering the patient leads me to examine the areas in the body that the patient is complaining about, understanding that as a family practice, primary care physician, my focus is on the entire patient, and not just on one specialized analysis of one organ system. Thus, if the patient complains about sneezing and coughing, the respiratory system is examined, but the rest of the patient is examined as well. And this examination can be done by physical exam as well as by conducting objective laboratory tests. Similarly, if the patient complains about chronic illness or constant fatigue or aches and pains in the joints – the immune system is examined to see if it is activated or suppressed. This type of examination is done via laboratory tests performed on serum and

6

plasma. These tests are universally accepted in the medical and immunological communities to see how the immune system is working. Similarly, if the patient complains about things such as memory loss, cognitive (thought) dysfunction, lack of sleep, or headaches – the neurological system is examined, as well as the rest of the patient. And this examination can be done by physical exam as well as by various generally accepted neurological examinations. The standard neurological examinations can range from testing reflexes with an instrument to check for head trauma to examining images of the brain.

15]    The answers to the questions about when the patient gets ill, where the patient gets ill, and how often the patient is ill can lead me to suspect (or not) whether the patient is ill because he got a "flu bug" or because he "ate a bad taco" or because he might have been exposed to some environmental contaminant, etc. If there is some sort or temporal relationship between being in a place and being ill while at that place, I then seek to find out if "that place" has been environmentally tested to see if there are substances that are documented in peer-reviewed literature that can cause the type of illness described by the patient.

16]    [The fact that I "call" this disease by a name given by myself—i.e. "Chronic Biotoxin Associated Illness," does not alter the fact that I am using established and accepted methodology (differential diagnostic work-up) to examine and treat a patient so as to arrive at a differential diagnosis (including causation of the illness). After all, "terminology" or "nomenclature" are not diagnostic methodologies – whereas examining a patient, taking a history, conducting tests, reviewing literature, and prescribing a treatment plan are medical diagnostic methodologies.]

17]    I break my differential diagnostic process for environmentally exposed ill patients (CBAI) into a two-tier analysis.

7

18]    The first tier for any diagnosis of an environmentally acquired biotoxin illness, including that from mold, includes: (1) the potential for exposure; (2) the presence of a distinctive group of symptoms; and (3) the absence of confounding diagnoses and exposures (said another way: differential diagnosis shows no other possible diagnoses). If the patient has no evidence of exposure, then I cannot diagnose the patient as being sick due to an environmental exposure. Similarly, if the patient does not have symptoms that the peer-reviewed literature says a patient can have, then I cannot diagnose the patient as being sick due to an environmental exposure. Likewise, if the patient has confounding diagnoses or other exposures from other areas, then I cannot necessarily diagnose the patient as being sick due to an environmental exposure or environmental exposure from a particular place. Positive findings in each of the parameters of the first tier of the diagnoses are necessary before I proceed to the second tier. Each finding in the second tier is not necessary to the diagnosis. The second tier (the objective lab tests) either supports or does not support the initial diagnosis derived from the first tier. The tests of the second tier reflect mechanisms of illness and are results of a careful analysis of what all of the 156 cases had and none of the 111 control patients had as was published in the paper in Dr. Johanning's book. The case definition I employ is based on clinical evidence and no other factors.

19]    The second tier of my definition of "CBAI" consists of conducting objective laboratory tests. Each of these test results are used specifically for the purpose that the test is used. I do not say that each specific test alone shows that a patient was injured as a result of exposure to mold. In other words, I do not say that the HLA findings or the MSH findings or the MMP-9 findings or the C4a findings themselves show an exposure to WDB, mold and/or mycotoxins. Additionally, I do not say that all of the individual tests, similar to spokes of a

8

wheel, taken together prove to an absolute certainty that the patient was injured from exposure to WDB, mold and/or mycotoxins. But I do say, that if the patient fulfills all of the criteria in tier one and 3 of the 6 criteria in tier two, that the patient meets the peer reviewed, published case definition and was probably exposed to biologically produced neurotoxins/inflammagens found as part of the complex mixture found in the air of the interior of a water-damaged building to a reasonable degree of medical probability.

20]    It is undisputed that HLA DR are genes found on Chromosome 6 which are involved in initiating the steps required for antibody formation in the immune system. Being involved in the formation of the antibody response as part of the acquired immune system, it is clear that these genes are associated with the success or failure to clear illnesses from the body. (Killing off and clearing foreign matter in the body that causes illness is what the immune system does.) Scientists have created a registry of what HLA DR genotypes occur in people and at what frequency. It is scientifically validated and generally accepted genetic science for a genetics lab to determine which HLA DR genotypes exist in a specific person.

21]    I merely seek to obtain from the genetics lab the HLA DR genotype make-up of my patient. The relevance of the HLA DR genotype identification is that my clinical experience has demonstrated that certain identifiable genotypes are consistently identified to a much greater frequency, so called "relative risk," in those who become ill after exposure to a particular organism or locations – and WDB is one of those locations, compared to control populations. I do not say that mold illness is caused by having this HLA DR genotype and then being exposed to WDB. I merely state that the clinical consistency as evidenced by published data and a practice data base of over 5000 patients indicates an increased relative risk, or genetic susceptibility, to illness from exposure to WDB – specifically that certain HLA DR genotypes

9

are consistently found with a malfunctioning immune system that is failing to clear the body of the foreign substances – thus an ongoing illness.

22]    MSH (melanocyte simulating hormone) is a hormone known to control melatonin and endorphin production, as well as regulating cytokine pathways and many innate immune responses throughout the body. It is generally accepted in medicine and science that levels of MSH in the human body can be detected and identified. It is scientifically generally accepted that low levels of MSH are consistent with low levels of melatonin, endorphins and other hormones that impact on the functioning of the innate immune system. It is generally accepted that MSH regulates inflammation from cytokines and that absence of normal amounts of MSH will lead to abnormal regulation of cytokine responses.

23]    I do not say that a finding of low levels of MSH mean that a person is ill due to WDB exposure. Rather I say that the relevance of a finding of low levels of MSH indicates a malfunctioning immune system which can equate to the body not ridding itself of foreign materials and suffering from lack of coordination of inflammatory responses. Again, the premise of the mechanism of injury to the plaintiff is that exposure to toxigenic/inflammatory substances in a WDB resulted in immunological responses (because that is what the immune system does) which caused inflammatory processes where the immune system attacked the foreign proteins (from the water-damaged building) and resulted in the immune system not "winning all the battles" – i.e., the body is failing to rid itself of foreign materials.

24]    Matrix Metalloproteinase-9 (MMP9) is a protein-digesting enzyme that dissolves complicated molecules in the tissue beneath the cell membranes in blood vessel walls as part of the immune system's way of ridding the body of foreign material. It is accepted in immunology that MMP9 is the "delivery enzyme" that lets inflammatory compounds get out of the

bloodstream and into target tissues like nerve, muscle, brain, joint, and lung where inflammatory damage can occur. It is scientifically validated and generally accepted that a blood test can identify the MMP9 levels in the blood. It is scientifically accepted that cytokines cause white blood cells and cells that line blood vessels (endothelial cells) to release MMP9 and it is equally accepted that the presence of a high number of MMP9 means the presence of a high number of cytokines.

25]    I do not say that the presence of a high number of MMP9 means that the patient is ill as a result of WDB exposure. Rather, I say that a finding of a high number of MMP9 means that there is a high number of cytokines and that there is a reasonable medical probability of inflammatory action occurring in the host's body. The relevance to a WDB illness patient is that the fundamental part of the injury mechanism is the inflammatory responses occurring in the host's body due to an innate immune system response.

26]    Visual Contrast Sensitivity (VCS) tests are a neurologic measurement of visual pattern and detection ability. The VCS test is recognized as a reliable and established method of gauging one's ability to determine an object's shape, size and contrast. The VCS test is recognized as a reliable test involving the neurological system because the visual system involves a complex neurological network at the retina, optic nerve, brain nuclei, and the visual cortex. One of the main outputs of our visual system is pattern vision. The VCS test is an accepted indicator of ability to detect these visual patterns. It consists of measuring the least amount of contrast needed for the viewer to detect light and dark bars. The test looks at the neurologic function of contrast as part of vision, with the visual acuity, peripheral, near, far, color, static and motion visual inputs being controlled. The VCS test is not a test of visual acuity, but of "functional vision," that is, one's ability to neurologically process visual

11

information. In other words, VCS tests how well the eye's retina is able to translate a visual image in neural code. Multiple previously published studies confirm the role of VCS as an indicator of effect of capillary hypoperfusion in biotoxin illnesses, with correction of the illness accompanied by improvement in VCS. Similarly, reacquisition of biotoxin illness is accompanied by reacquisition of typical deficits in VCS scores.

I do not say that an "abnormal" finding on a VCS test means that the patient was ill as a result of exposure to WDB. My application of the VCS test is merely to be used as a reliable barometer for evaluating neurologic activities and symptoms – i.e., are there neurological abnormalities found in the test or not? After all, when the plaintiff complains of memory loss or cognitive thought dysfunction, a physician needs to check aspects of the neurological system to see if there are any abnormalities found in the neurological system. I used this test in this exact capacity to see if the plaintiff exhibited any visual and neurological impairments.

27]     ACTH and Cortisol are hormones. ACTH hormones stimulate the release of cortisol hormones. Cortisol hormones are anti-inflammatory steroid hormones which (by definition) arrive at inflammatory areas in the body to reduce the inflammation. The laboratory identification of ACTH and cortisol levels is clinically validated and well accepted as tests in clinical medicine.

28]     I do not say that the levels of ACTH and cortisol show that a person was ill as a result of exposure to WDB. The relevance of these tests to my overall diagnostic impression is that the levels of ACTH and cortisol indicate whether an immunological inflammatory process is going on in the host or not that could have impacted on normal control of ACTH by MSH. Since an immunological inflammatory process is the fundamental mechanism in the WDB injury illness, this test is relevant to see if such a process exists in the host at all.

29]    ADH is a hormone known to affect the retention of free water from the kidney. Osmolality is the measurement of salt and water content in human blood and is used as an indicator of dehydration. The laboratory identification of ADH levels and osmolality measurements is clinically validated and well accepted as tests in clinical medicine.

30]    I do not say that a low level finding of ADH combined with a high salt content in the osmolality measurement means that the patient was ill as a result of exposure to WDB. I do say that my clinical experience with over 7000 patients has shown me a consistent correlation between a patient with low levels of MSH having inappropriate levels of ADH for a given osmolality.

31]    Leptin is a 146 amino acid adipocytokine produced by fat cells in response to rising levels of fatty acids. Leptin has peripheral metabolic effects, promoting storage of fatty acids, as well as central effects in the hypothalamus. Following binding by leptin to a long isoform of the leptin receptor in the VMN, a primordial gp-130 cytokine receptor, a JAK signal causes transcription of the gene for POMC, which is in turned cleaved to make MSH and beta endorphin. Peripheral cytokine responses can cause phosphorylation of a serine moiety (instead of threonine) on the leptin receptor, creating leptin resistance and relative deficiency of MSH production. Normal values in commercial labs show differences between males (5-8 ng/ml) and females (8-18 ng/ml), with levels of leptin correlated with weight. In the presence of MSH deficiency, the relationship between body weight and leptin changes, as leptin elevation becomes disproportionate to weight. I do not say that a high level finding of leptin means that the patient was ill as a result of exposure to WDB. Leptin functions to activate production of MSH. If leptin cannot bind to its receptor in the brain successfully because cytokine response has damaged the receptor (called leptin resistance), MSH levels will fall. The body senses the too-

13

low level of MSH and tries to force more production of MSH by raising leptin levels. Rising levels of leptin signal impairment of the leptin receptor. I do say that my clinical experience has shown me a consistent correlation between high levels of leptin and high levels of cytokines; cytokines activate inflammatory responses in the immune system.

32]    C3a and C4a are split products of complement activation, often called anaphylatoxins. Each activates inflammatory responses, with spillover of effect from innate immune response to acquired immune responses and hematologic parameters. These short-lived products are remanufactured rapidly, and regenerated rapidly, such that an initial rise of plasma levels is seen within 12 hours of exposure[1] and sustained elevation is seen until definitive therapy is initiated. The components increase vascular permeability, release inflammatory elements from macrophages, neutrophils and monocytes, stimulate smooth muscle spasm in small blood vessels and disrupt normal apoptosis. Reduction of C4a by erythropoietin is associated with improvement of levels of lactate and glutamate (analyzed by the ratio of glutamate to glutamine) in the central nervous system as shown by magnetic resonance spectroscopy. I do not say that a high level finding of C3a and/or C4a means that the patient was ill as a result of exposure to WDB. I do say that my clinical experience has shown me a consistent correlation between high levels of C3a and/or C4a and an active inflammatory response in the innate immune system, but not the acquired immune system.

33]    Each of the lab tests I use are approved for use by the Federal licensing agency called Comprehensive Laboratory Improvement Act ("CLIA"); each lab test is CLIA approved for high complexity, national labs. None of the tests mentioned above are used to say: "This test result proves that the patient got sick as a result of exposure to WDB, mold or mycotoxins."

---

[1] "C3a, C4a: Split products of complement predict acute Lyme disease"

14

These test results are used to show exactly the physiologic mechanisms they were designed and accepted to show.

34]    These tests are only part of the overall differential diagnostic work-up. One can say that each test result was merely "one spoke on a wheel" of many other "spokes" of evidence. The entire wheel consists of evidence from a patient's medical record and history, a patient's history of environmental exposure (or not), the temporal relationship between exposure and illness (or not), the physical examination of the patient, each peer-reviewed article utilized to evaluate general causation capabilities, the success (or lack thereof) of avoiding a suspected contaminant, and each result from the objective lab tests. These lab tests themselves do not show illness from exposure to WDB, molds and/or mycotoxins. As examples, the lab results merely tell me whether the patient has a finding such as "normal" or "abnormal" in an accepted neurological examination – or whether the patient has evidence of an activated innate immune system response versus a non-activated innate immune system response, etc.

35]    After receiving the information for the various sources and results from the laboratory tests, I determine a differential diagnosis and initiate a plan for therapy. There is nothing "novel" in my use of patient's past medical histories, blood tests, physical examinations, and other widely used and accepted medical tests. My testimony in cases involving illness from mold and/or exposure to WDB with resident species of molds among other unwanted microbes has been admitted on numerous occasions. The methods and tests I use are not novel or new scientific techniques and are based on the type of matter reasonably relied upon by medical practitioners.

36]     I have a 10-year experience treating over 4,700 mold illness patients, as well as the multiple peer-reviewed papers from this practice and multiple invited academic presentations I have made over the last nine years.

37]     The illnesses of Plaintiffs Denicole Young and Vanessa Ghee are ones caused by exposure to the complex biological mixture found in WBD; simply ascribing illness from WDB to fungi alone is illogical.  Not only are there multiple other sources of inflammatory responses, but other organisms are toxigenic as well, some synergistically so with *Stachybotrys*, for example, especially actinomycetes and gram negative bacteria.  The role of endotoxin-producing bacteria in WDB is given less "press" than fungi, but bacteria are significant participants in the complex biological mixture that we see in WDB and are also implicated in a synergistic role with fungi.  Further, we cannot discount the role of beta glucans as initiators of inflammatory responses in chronically exposed patients.  Indeed, the United States Centers for Disease Control and Prevention (CDC) have published their concerns regarding mycotoxins, endotoxins and beta glucans; each are commonly found when proper testing is done on WDB, in that each different substance is associated with human illness (Rao C. and Brown C., et al, Applied and Environmental Microbiology March 2007).

38]     Exemplary work by Gorny (see Current WDB References) and others have shown the dramatic increased importance of toxigenic elements contained in fragments of fungal organisms compared to spores alone.  Finally, we know from the work of Dr. Thomas Kozel (see Current WDB References) and others that fragments of cell walls of fungi directly activate the classical pathway of complement, causing a marked increased production of split products of complement activation, especially C4a.  C4a is dramatically increased in Ms. Young.

39]    The facts in this case substantiate the requirement in the first tier of our peer reviewed, published case definition for the illness for there to be the potential for exposure. This potential is satisfied either by (1) finding amplified grown of toxigenic organisms that are identified to a species level and water intrusion; or (2) finding visible mold/microbial growth and water intrusion; or (3) presence of musty smells following water intrusion.

40]    These human health data support the concept of the importance of the complex biological mixture seen in buildings with amplified microbial growth created by ongoing water intrusion.

41]    Additional information about mold illness comes from newer technology, published July 2004 and repeated several times by different labs, showing that we can identify mycotoxins in blood of affected patients with exposure, not found in those both not exposed or those exposed or not ill. We can show prospectively the acquisition of illness, complete with a reproducible set of biomarkers, unveiled over several days of re-exposure of previously ill patients treated successfully.

42]    The reality of mold illness is here, despite the attempts of a well-paid few to maintain a cover-up of the importance of exposure to WDB. As discussed in Fisk's paper from the EPA and Lawrence Berkeley Laboratories, estimates that mold illness accounts for at least 21% of all cases of asthma in the United States and that the health care costs attribute to mold illness exceed $3.5 billion yearly. The net effect of denial of reality of mold illness is a cost shifting away from private insurances to public payors. It is this shifting that has prompted an investigation by the General Accountability Office, following a request from Senator Kennedy's office 10/20/06, into the current state of knowledge on mold illness and an investigation into the

potential that unstated conflict of interest in persons making adverse statements about mold illness has contributed to cost shifting.

43]    Denicole Young and Vanessa Ghee meet the criteria for a peer-reviewed, published case definition for mold illness.

44]    I have included data from multiple academic studies and presentations, with the most recent a paper published by the academic journal, Neurotoxicology and Teratology, available on line 8/7/06 (doi:10.1016/j.ntt.2006.07.003) and another invited paper presented 7/27/06 at the International (American) Society of Testing and Measurements, Boulder, Colorado. The first contains a double blinded, placebo controlled clinical trial and discussion of mechanism of acquisition of illness following exposure to WDB. The second paper includes recent information regarding the direct correlation of abnormalities in levels of brain chemicals (metabolites and neurotransmitters) that correlate with symptoms, especially neurologic symptoms and cognitive effects, and physiologic abnormalities found in patients with illness acquired following exposure to WDB (cases) not found in controls.

45]    My opinions are based on peer-reviewed, published case definition of acute and chronic biotoxin-associated illnesses acquired following exposure to toxigenic organisms resident in WDB, including but not limited to fungi. For ease of communication, I will describe this syndrome of symptoms, neurotoxicological findings, laboratory abnormalities and response to a published treatment protocol as "mold illness," rather than referring to the building as the source of the illness. The syndrome that affects Plaintiffs is a biotoxin-associated illness that has been given many names, including Sick Building Syndrome (SBS). The term "mold illness" used herein to apply to their illness, as reviewed earlier, does not imply that the only toxigenic organisms present were fungi: other toxigenic genera likely were involved as well, including

18

actinomycetes, bacteria and mycobacteria; in addition, substance that contribute to inflammation such as beta glucans, proteinases, hemolysins and volatile organic carbons are involved.

46]     I provide herein a partial overview of the academic and scientific basis for my opinions, including a review and analysis of opinions and research regarding WDB and the applicability to the illness of Plaintiffs. The data used in this report were gathered from thousands of my affected patients with environmental exposures similar to those of Plaintiffs, including data used in my research papers and peer-reviewed publications. I have included a series of relevant references that I have either used in my academic papers on the subject of mold illness or have used in development of my opinions. None of these papers are the sole source for my opinions; each has a pertinent aspect for this report. I will refer to any or all of these papers as necessary to add to the academic basis for my opinions. In particular, I am including data from a paper published following peer review that contains a double blinded, placebo-controlled clinical trial confirming the benefits of use of cholestyramine (CSM) in patients with mold illness,[2] together with a model of illness supported by the objective laboratory parameters reported in a five-step clinical trial similar in design to what our group has published previously.[3] [4] For ease of communication, this paper is referred to as the "double-blind" paper in this report. I also will include the extensive statistical confirmation of the differences between cases of mold illness and control patients that our group will submit for publication to another leading medical

---

[2] "SBS and exposure to water damaged buildings: time series study, clinical trial and mechanisms" R. Shoemaker and D. House 2006 Neurotoxicology and Teratology, doi 10.1016/j.ntt.2006.07.003
[3] "SBS in Water Damaged Buildings" 5th Internat'l Conference 2003 Shoemaker, Rash, Simon
[4] *Neurotoxicology and Teratology, January 5 27(1) 29-46.* R. Shoemaker and D. House.

journal.[5]  This latter paper, herein called "causality paper" for ease of communication, demonstrates beyond any doubt that the case definition (symptoms, genetic, physiologic and neurotoxicologic parameters) provides for a diagnostic paradigm that identifies individuals with illness caused by exposure to WDB with accuracy that exceeds 99%.

47]    Applying these data to the case at hand, we have statistical certainty that the likelihood that the plaintiffs could have acquired their illness from some source other than the residence has a probability of $p < 0.0000000001$.  What that infinitesimally small number means is that it is inherently absurd, not to mention illogical, to think that the illness of Plaintiffs is not due to exposure to the indoor air environment in their residence.  The odds that something **other than the residence** was responsible for the illness of Plaintiffs is so low as to become essentially incalculable.

48]    I have been active in public venues discussing diagnosis and treatment of biotoxin illnesses since 1997, beginning with the outbreaks of biotoxin-associated illness caused by exposure to estuaries of the Chesapeake Bay that hosted toxigenic dinoflagellates, including *Pfiesteria piscicida*.  At the time I had never seen human illness such as was caused by those dinoflagellates; my papers on diagnosis (Maryland Medical Journal, MMJ, 9/97) and treatment (MMJ, 2/98) of the dinoflagellate illness were the first in the world's literature on illness acquired in the wild from these dinoflagellates.  Subsequently, my work took me to Florida where I saw a typical biotoxin-associated illness caused by exposure of well patients to freshwater lakes with resident toxigenic cyanobacteria.  My success in treating these otherwise "mystery" patients led to my patient roster subsequently expanding to include as follows:

---

[5] "Defining causality of a biotoxin-associated illness following exposure to water-damaged buildings: a case control series."  Ritchie C, Shoemaker, Margaret S. Maizel; ASTM 7/27/06, Boulder, Colo

patients with ciguatera; illness caused by bites of Loxosceles spiders; patients with Post-Lyme syndrome;[6] patients co-infected with Lyme and apicomplexans;[7] patients made ill by stings of lionfish and in 1998, patients made ill by exposure to WDB. To date, my biotoxin treatment cohorts exceed 6,900 patients of which over 4700 are mold illness patients.

49]    The work that our group, the Center for Research on Biotoxin-Associated Illness (CRBAI), has completed in collaboration with other experts on an international basis shows that the basic mechanisms common to all these biotoxin-associated illnesses is activation of an ever-expanding biological cascade of inflammatory responses following exposure. It is this biological cascade that creates the non-linear dose response; we are not looking at one effect from one exposure, we are seeing multiple effects from that one exposure such that each subsequent effect amplifies the initial perturbation exponentially. By its very nature, inflammatory responses are dependent upon "signal transmission" from one part of a cell to another by intracellular messengers that in turn control activation of transcription (copying the DNA message) exponentially and then to the downstream effects of these gene products which are also exponentially increased. The gene products turn on additional multiplying pathways that continue to recruit new "participants" as the process continues. As opposed to the idea from toxicology that the "poison is in the dose," the concept here is that the poison is in the <u>initiation</u> of the mega-multiplying response to a given signal. Gene activity and receptor activation are not a "one and done deal;" they are ongoing if the stimulus for initiation of the inflammatory response continues, which it does in chronic exposures, both massive and not-massive, to

---

[6] /*Diabetes 2002;* 51 Suppl (2); A133. Shoemaker RC. Use of pioglitazone to prevent intensification of persistent symptoms following cholestyramine treatment of patients with Post-Lyme Syndrome. .

[7] *Advances in Therapy Vol. 23 No. 1 Jan/Feb 2006* "Atovaquone plus Cholestyramine in patients co-infected with Babesia microti and Borrelia burgdorferi Refractory to Other Treatment". Shoemaker RC, Hudnell KH, House DE, van Kempen A, Pakes G.

patients spending time in WDB. What we see in allergic reactions (an acquired immune response) of absence of a dose response relationship, based on individual susceptibility, is paralleled by inflammatory responses of innate immune mechanisms. Just as anaphylaxis from a bee sting is not dose-related, so to in innate immune mechanism the responses of anaphylatoxins, such as C4a, and other inflammatory mediators do not follow a dose response relationship.

50]     The illness of Plaintiffs is identical in concept to the illness of thousands of other biotoxin-associated illness patients. Once the inflammatory abnormalities initiated by the biotoxin exposure progress, a final common pathway of illness is identified that generalizes to all sources of biotoxin-associated illness, particularly mold illness.

51]     Physicians throughout the globe have used the results of our studies and our treatment of biotoxin-associated illnesses, particularly mold illness. We have identified particular complications of the acquisition of illness beginning with predictable disturbances in innate immune responses, progressing to disruption of hypothalamic production pathways of regulatory hormones alpha melanocyte stimulating hormone (MSH) and vasoactive intestinal polypeptide (VIP). Those patients with illness of longer duration will have abnormalities in compounds produced by genes regulated by hypoxia inducible factor (HIF), namely vascular endothelial growth factor (VEGF), erythropoietin and transforming growth factor beta (TGF-beta). TGF-beta in turn is associated with abnormalities in autoimmunity. As the illness continues without treatment we see disruption of pituitary hormone regulation of peripheral hormone production in MSH deficient patients. Abnormalities in autoimmunity, especially presence of antigliadin, anticardiolipin, anti-actin and anti-myelin basic protein antibodies, occur with an extremely high degree of statistical significance in cases compared to controls. Autoimmune illness, due to abnormalities of T-cell regulation, created in part by abnormalities in

TGF-beta, will be discussed as an abnormality in genetic susceptibility and environmental exposure. We see loss of regulation of inflammatory responses peripherally and absence of protective antibody responses in those with elevated levels of interleukin-10 (IL-10) and interleukin-4 (IL-4); and elevated levels of interleukin-1-receptor antagonist (IL 1-ra), findings seen in over 70% of cases. We see increased levels of alpha interferon in biotoxin patients routinely, although high levels have only been associated with increased viral load in the past. We find that unusual, biofilm-forming, multiply antibiotic resistant strains of coagulase negative staphylococci colonize the deep aerobic nasal spaces of patients with low MSH, but not in side-by-side compatriots in WDB who don't have mold illness and low MSH. These organisms, long ago thought to be benign, now are found to make hemolysins and exotoxins that perpetuate MSH deficiency.

52]    Parallel published work from the United States Environmental Protection Agency and NIOSH has found that particular species of toxigenic fungi *Stachybotrys, Penicillium* and *Aspergillus* species, commonly found in WDB with amplified growth of fungi and other microbes, also produce hemolysins that destroyed mouse primary cortical neuronal cells, up to 50% in 24 hours, as well as stimulated powerful pro-inflammatory events that in turn stimulate inflammatory cytokine cascades. In excellent work done by Dr. Pestka's group at Michigan State University (see Current WDB References), metabolites of *Stachybotrys* species are now confirmed to be directly injurious to neurons lining the olfactory pathways as well. His group has extended these finding to bacterial endotoxins as well.

53]    We can identify mold illness patient by the series of abnormalities common to inflammatory pathways beginning with abnormal activation of innate immune responses not found in other illnesses that may have several health symptoms that might be confused with

23

mold illness. The understanding of the physiology of mold illness has resulted from treatment of

thousands of patients, noting changes in symptoms and biomarkers with particular specific

interventions. This presence of understanding stands in clear contradistinction to the lack of

experience in action mold illness of non-treating physicians or non-physicians. Following a

report on the association of a particular HLA DR allele, namely DQ-2, with antigliadin

antibodies, our group began recording the presence of antigliadin antibodies, as well as other

autoantibodies by HLA DR haplotypes.

54]    Not only did we confirm the association of DQ with particular HLA triplets, but

we also found a marked difference in presence of other autoantibodies in cases compared to

controls. Of interest, those cases that had wingspan greater than height, a finding seen in 10% of

the control population, had over 80% of the total autoantibodies. The association of wingspan

and autoantibodies at that time had no known causative relationship, though dysregulation of

fibrillin, under the control of TGF-beta, is now implicated as being associated with the change in

normal T-cell regulation of self versus non-self. As we learn more about genetic linkages, the

reasons for this undeniable finding may become clear. To date the remarkable finding of

markedly abnormal levels of TGF-beta found in mold illness patient with autoimmunity

compared both to those with mold illness without autoimmunity and to control patients adds

weight to the hypothesis that inflammatory responses to environmental stimuli create differential

responses in patients depending on their genetic make-up.

55]    We know there are differential linkages, called segregation disequilibrium, of

immune response genes, called HLA DR, found on chromosome 6. Certain of the HLA DR

alleles are found in significantly higher percentages in cases of biotoxin illness (i.e. increased

relative risk) when compared both to control populations and to those with exposure but no

illness. The linkages of individual immune response genes to illness are widely recognized in many fields of medicine so it isn't surprising that there is a genetic basis for increased relative risk (susceptibility) to biotoxin-associated illness. The linkage of HLA DR is so strong for particular haplotypes that it can be used as a diagnostic element in the case definition. Based on our work with thousands of biotoxin-associated illness patients (and hundreds of controls) comparing our findings of gene frequency in normal populations to international registries of gene frequencies of HLA DR, we know that the frequency of mold illness-susceptible patients approximates 24% of the normally distributed population. Almost a quarter of the normal population is genetically susceptible to <u>chronic</u> mold illness. Three quarters isn't.

56]    We also know from years of experience of thousands of patients that certain HLA DR haplotypes, found in less than 4% of the population, comprise over 88% of the most affected patients who typically have the worst clinical parameters and worst outcome. These haplotypes, called the "dreaded," are 4-3-53 and 11/12-3-52B.

57]    For an individual patient, gene frequency in a large population becomes of secondary importance; however knowing the genetic susceptibility of a given patient is enormously helpful for the treating physician. Our experience has shown that even after successful acute phase treatment, patients with genetic susceptibility are subject to a dramatically increased risk of the reacquisition of illness following any subsequent exposure to WDB. The rate of such reacquisition is much shorter than the initial acquisition and the levels of inflammatory mediators, especially C4a, rise much higher with subsequent illness. The repeat illness patient is termed as being, "sicker, quicker." Thus, such sensitized and genetically susceptible patients are "primed" so that incomplete remediation of an identified WDB is unlikely to provide protection for these patients following re-exposure without protective

25

medication. The greatest susceptibility to repeat acquisition of illness is seen in those patients with the dreaded haplotypes.

58]    Of equal importance in the diagnosis of biotoxin-associated illnesses is the process of differential diagnosis, including highlighting what the cases *don't* have. The process of differential diagnosis forms the basis of evaluation of all biotoxin illness patients, just as it does for all patients presenting for diagnosis and treatment. Use of differential diagnosis in mold illness patients follows the same process of medical diagnosis seen in all of medicine. Use of lab testing lends support or removes such support from elements in the differential. Given that we can profile biotoxin illness patients by sorting through abnormalities in innate immune response, we can also eliminate other diagnoses that don't involve abnormal activation of innate immune response. Not surprisingly, and almost expressed as a tautology, those "non-innate immune response" tests in common medical use that *don't* reflect activation of innate immune response won't show any abnormalities in patients with illness caused by exposure to WDB. As one would expect, those tests that include complete blood counts, metabolic profiles, thyroid and cholesterol tests, measurements of acquired immune response elements, such as immunoglobulins and especially the allergy immunoglobulin, IgE, won't show any abnormalities. Said another way, if you look for something in the wrong place, you won't find it. If you look for an object in the dark with a hammer instead of a flashlight, you won't see it. Indeed, if a mold illness patient has an IgE allergy to mold, that allergy is an illness that is <u>in addition to</u> the mold illness. It is not a substitute. IgE allergy to mold is not mold illness.

59]    In this case, hypothetically even if we didn't have the pervasive lab abnormalities and presence of firm confirmation of cases (we do), we have to weigh the importance of the epidemiology: we have a common source and common illness not found in those without the

common exposure, consistent with the differences of thousands of similar cases from hundreds of controls.

60]     In biotoxin-associated illness, normal hypothalamic regulation of some but not all pituitary function is disrupted by MSH deficiency, which is caused by cytokine responses induced by exposure to biotoxins. Of importance in the loss of normal regulation of pituitary responses is the finding that it is the *relationship* of ACTH to cortisol and ADH to osmolality in simultaneously measured specimens that is disrupted in these patients and not necessarily the absolute values of these four hormones.

61]     An extremely important finding in case identification came from confirmation that one of the best tests to show activity of the inflammatory compounds (cytokines), induced by exposure to biotoxins, was the measurement of an enzyme called MMP9 (matrix metalloproteinase-9). The release of this enzyme is activated by cytokines. Direct measurement of cytokines is problematic in that these small proteins can have effects following binding on receptors on the cells that released them (autocrine effects), the cells nearby (paracrine effects) and cells distant from the release (endocrine effects). We can only measure cytokines in blood – i.e. the endocrine function. Therefore the cytokines bound to receptors in autocrine and paracrine tissues are never revealed by such testing. However, the activation of MMP9 by cytokines is independent of the location of cytokine effects, so we can tell whether or not pro-inflammatory cytokine activity is increased by monitoring MMP9 levels. MMP9 is markedly different in cases compared to controls.

62]     We have defined the mechanisms by which patients become ill hyperacutely. Using the ability to treat the illness, we were able to show the effects of a series of sequential interventions, taken one at a time, to ameliorate the illness. It is the ability to treat the illness,

supported by our series of research papers, particularly the double blind paper, that led to a

reproducibly validated case definition of mold illness and it is the case definition of mold illness

that has allowed our group to bring statistical certainty to cohorts of patients, such as others with

illness equivalent to that of Plaintiffs. Use of these statistical constructs creates the ability to

compare the symptoms and laboratory abnormalities mathematically both before and after both

diagnostic and therapeutic interventions.

63] In our work with patients undergoing repetitive exposure trials, using a standard

research design abbreviated at ABB`AB, we have been able to show that there is a time course of

change in physiologic parameters with exposure. Following re-exposure of previously treated

patients we see from the results of daily blood draws that levels of C4a, a split product of

activation of complement often called an anaphylatoxin, rise within four hours. Leptin levels

will rise in approximately 24-48 hours, reflecting the increased cytokine effect damaging the

receptor for leptin in the MSH production pathway. MMP9 will rise in approximately 48 hours,

reflecting the time course for cytokine effect to stimulate gene activation of the MMP9

production pathway. VEGF levels initially rise rapidly, followed by a significant drop (see

below). Clotting factors also change with unprotected re-exposure, with Factor VIII levels

falling concomitantly with C4a and then recovering to normal after 48-72 hours. Von

Willebrand's factor and activity are maintained for 24-48 hours, falling to a nadir in 72-96 hours.

This change is often associated with unexplained bleeding, usually either epistaxis or

hemoptysis. While not all patients show all the inflammatory changes described above, no

control patients show any of the changes over a four-day course of daily blood draws.

Furthermore, no changes in any lab parameters performed daily will occur in patients with prior

mold illness without exposure to WDB.

64]     A second course of therapy with cholestyramine will return the abnormal lab values back towards values seen following initial therapy.

65]     These documented abnormalities in lab testing simply reflect the sequence of activation of the biological inflammatory cascade discussed previously.

66]     Another of the important markers for mold illness is an abnormally high or abnormally low level of VEGF. In mold illness, VEGF undergoes a biphasic response, initially rising to high levels and then crashing to quite low levels in most patients after several days. There are those who don't exhibit an initial spurt of VEGF, possibly due to the extent of the pre-existing mold illness.

67]     I wish to return to a discussion of symptoms seen in cases versus controls. We know that the symptoms of biotoxin-associated illness patients are quite consistent across species lines: 'biotoxin illness equals biotoxin illness'. We have used cluster analysis of symptoms to show that there are distinctive differences between clusters of symptoms in healthy and affected patients.

68]     We also know that numbers of symptoms are quite different in cases and controls. Controls on average exhibit less than 2.8 symptoms. Multiple large population studies have consistently shown that biotoxin-associated illness patients average nearly 20 symptoms elicited by a medical history by an experienced practitioner. We do not rely on questionnaires completed by providers of unknown experience or self-completed checklists; the potential for inaccurate reporting is too great.

69]     Our use of symptom rosters reflects the opinion of a trained physician taking a medical history to determine whether or not a symptom is present on a persistent basis. The error rate of classifying a patient who is a case as a control and vice versa, a control being

29

identified as a case, is less than 1% when symptoms and visual contrast sensitivity (VCS) testing

are combined, as presented at the International Society for Testing and Measurement meetings in

Boulder, Colorado 7/27/06. Distribution of symptoms follows a similar pattern in all biotoxin-

associated illnesses, seen to be consistent across species using cluster and factor analysis.

70] One of the most effective techniques in diagnosis of biotoxin illness is an older,

non-invasive test taken from the literature and practice of neurotoxicology – visual contrast

sensitivity (VCS). Used by our group for a number of years and then espoused in an EPA

approved paper in 2004[8] "to show neurotoxicity from mold exposure," VCS provides an

opportunity to assess 'contrast', a single neurologic function of vision, eliminating all other

aspects of vision, including acuity, near, far, static, motion, peripheral and color vision. I am

pleased that so many other physicians involved in actual treatment of mold illness use VCS;

NIOSH uses VCS in its on-site health investigations as well (S. Vesper PhD, EPA, personal

communication 3/23/07).

71] VCS testing essentially creates a binary output system where endpoints can be

plotted logarithmically to show distinctive abnormalities in cases compared to controls. Contrast

is the ability to distinguish an edge; the edge is the perceived difference between white, gray and

black. For example, how well we see a white, pitched baseball is different if the background is a

sea of white t-shirts in the bleachers, compared to our ability to see the same ball if the

background is a field of dark green grass. Similarly, the ability to see a long, thin gray cable

holding a gondola aloft at dusk in a ski resort in Italy is compromised if the background for a

low-flying aircraft pilot is a similar color grey (an actual case in which the pilot was absolved of

---

8

http://cfpub2.epa.gov/ordpubs/nerlpubs/nerlpubs_mcear_2004.cfm?ActType=Publications&dety
pe=document&excCol=General

charges because the contrast was so low). By using contrast testing in the rigorously defined manner, also used by the United States Air Force and Department of Defense (A Ginsburg PhD, 1983 study at Wright Patterson Air Force Base, personal communication 4/2000), we have demonstrated repeatedly the same findings in biotoxin-associated illness patients, first found by multiple investigators looking at the *Pfiesteria* illness patient, and present in all other types of biotoxin associated illnesses seen since. Cases exhibit a deficit in all frequencies tested and there is a change in the shape of the normal curve of VCS. Controls do not demonstrate these findings. No medications cause these changes, nor do illnesses other than biotoxin-associated illnesses. Repeated measurements of VCS in patients also do not show changes in the absence of therapeutic interventions, as documented in two separate, peer-reviewed, published, double blinded, placebo controlled clinical trials.

72]    VCS testing has been used for over 50 years in neurotoxicology; it is capable of showing a distinctive loss of the brain's normal ability to separate inputs that determine an edge.

73]    Without any cofounders, such as occupational exposure to solvents, petrochemicals, metal fumes or metal dusts, the VCS tests document the adverse effects of illness caused by exposure to a biologically produced neurotoxin. White VCS is not 100% accurate in demonstrating deficits typically seen in biotoxin illness patients, it will typically identify 92% of cases and will show a false positive in less than 1% of controls. Potential cofounders, such as all medications evaluated to date, diabetes, tamoxifen use, depression, allergies, degenerative joint disease, tobacco use, migraine headaches, cystic fibrosis, obesity, allergy, asthma, attention deficit disorder or stress, for example, do not cause deficits in VCS or changes in laboratory studies such as MSH, C4a and VEGF.

31

74]    To further define and secure the clinical basis for my diagnosis and to provide a platform for sequential therapeutic interventions, my office performed the needed blood draws and I ordered a comprehensive battery of laboratory tests for the plaintiff. These blood tests, readily available in standard national clinical laboratories, along with procedure and diagnosis codes accepted by national medical insurance carriers, showed they met the criteria of the second tier of the case definition, which unequivocally supported my preliminary opinion regarding the etiology of his illness, as well as their prognosis and the future interventions that are probable.

75]    Please note that my use of these laboratory tests are only designed to ask (1) if the patient has the presence of inflammatory effects that are demonstrated by these tests (2) if particular genetic markers seen excessively in our extensive library of mold illness patients compared to controls are present (3) if there are cofounders that would exclude the diagnosis. No lab test known will diagnose mold illness by itself: the diagnosis is made by use of a standard, all-encompassing process of medicine.

76]    The laboratory results of Plaintiffs confirmed the initial clinical impression that they were a "case," with an illness caused by exposure to biotoxins and sources of inflammatory responses made by toxigenic organisms present in the residence. The number of lab abnormalities and diversity of sources of the physiologic disturbances were significant. They had abnormalities in multiple arms of the inflammatory cascade seen in mold illness patients and not seen in patients who don't have a biotoxin illness.

77]    The laboratory data, including HLA-DR frequencies, are consistent with what treating physicians see on a regular basis in patients with mold illness; they are not found to be increased in frequency in controls. They readily demonstrate a platform for identifying parameters for evaluating treatment.

32

78]    A biotoxin illness caused by 24 hours of exposure or more in a WDB is no different than that caused by hundreds of hours of exposure. We can see that the genetic basis of susceptibility and the non-monotonic relationship of exposure to illness symptoms and lab abnormalities over-rides any theoretical consideration of a dose-response relationship for illness acquisition. Of course, one would not expect a simple input = output result from a biological cascade, capable of multiplying itself with 100 offshoots from an initial exposure, each of which can then rapidly activate 100 more offshoots, which in turn activate hundreds more, and so on. Biological cascades of innate immune responses are designed to magnify a protective inflammatory response, bringing to bear an overwhelming response to an invading antigen. Unfortunately, when that antigen is a biotoxin and the patient can't clear the toxin due to a genetic "hole" in antigen presentation, the body's reaction that should have been protective only, becomes acutely and chronically destructive. If the antigens from the complex biological mixture released in WDB could be cleared, patients would self-heal. They don't and won't, once the patient is genetically primed for illness. Plaintiffs are no different from my thousands of cases of mold illness; they are primed for subsequent illness acquired following exposure to any WDB solely caused by exposure to the indoor air environment of the residence.

79]    Water-damaged buildings host any number of toxigenic organisms and compounds potentially capable of initiating inflammatory responses. Any one of these biologically active compounds, including mycotoxins and toxins, could be responsible for one or all of the physiologic and neurologic abnormalities seen in Plaintiffs. Work done by Dr. David Straus at Texas Tech has shown that persons exposed to *Stachybotrys* in buildings accumulate trichothecenes (toxins made those fungi) in blood. Recent groundbreaking work from the labs of Drs. Dearborn and Yike (Environmental Health Perspectives 2006; 114: 1221-1226) has shown

that patients exposed to *Stachybotrys chartarum* contained biomarkers for trichothecene toxins in blood and control patients did not. This work also validated the methods used by Straus and his co-workers previously.

80]    While I am not an indoor hygienist and I no longer sample buildings for toxigenic organisms as part of my health evaluation, in the course of my work I have the opportunity to review building environmental reports on a daily basis. My practice permits me therefore, to correlate human health effects with building reports confirming presence of toxigenic organisms.

81]    Progressive biotoxin effects masquerade as a wide range of other ailments – ranging from "flu-like illness" to "chronic fatigue syndrome." Because the science of mold illness is relatively recent, the public is almost always unaware of the correct source of health symptoms caused by exposure to water-damaged buildings. Some cell and neural damage is asymptomatic. For 76% of persons, self-healing would occur following exposure. The others, if ill, would not self-heal in the absence of intervention. Immunocompromised or genetically susceptible members of the public would be particularly at risk, not only for toxicity but, as is well established, though uncommon, for systemic fungal infections. The onset of these symptoms would not necessarily be connected temporally to the exposure of these persons to a building. The stealth aspects of biotoxin poisoning as well as their toxicity make the use of these agents particularly interesting for biowarfare experts from our government as well as from our enemies.[9]

82]    Comprehensive medical histories involving hundreds of similarly situated patients reveal that the illness acquired following exposure to WDB is both multisystem and

---

[9] American Society for Microbiology Biodefense Research meeting 2/16/06. "Hyperacute physiological changes following prospective exposures to environmental sources of trichothecene toxins in water-damaged buildings (WDB): a Stealth toxin is revealed."

multisymptom. As discussed, one of the recent studies completed (causality paper) includes factor analysis, discriminant analysis, cluster analysis and logistical regression from which a mathematical construct of symptoms was created covering 245 adults (cases) with mold illness, similar to Plaintiffs and 239 patients without mold illness (controls). Using this mathematical model, we created a statistical construct of symptom clusters.

83]     Plaintiff Denicole Young's respiratory failure of April 2003 is causally related to her exposure in 2002.

84]     The exposures sustained by each of the plaintiffs in the residential unit are adequate and sufficient to create the abnormalities in innate immune responses that invariably persist in such cases. These abnormalities are confirmed by blood tests performed 9/07.

85]     The newly created abnormalities in innate immune response acquired following the exposure at the residential unit result in the removal of the normal controls on innate immune responses such that the ability of an affected patient, such as Ms. Young, to "dampen" inflammatory responses following subsequent challenge is removed. One may think analogously of absence of a thermostat in this regard; an initial response should be met with a down-regulating negative feedback that maintains overall control over time. This absence of dampening will accentuate her respiratory status should she subsequently be exposed to "innocuous exposures," variously including those such as pollens, danders, cockroach antigens and infections, viral or bacterial.

86]     Absent such control of innate immune responses, individuals such as Ms. Young are predisposed to potentially catastrophic events such as the incipient respiratory failure that resulted in her life-saving intubation and ventilator treatment at George Washington Hospital 4/03. A reasonable analogy in this case is that Ms. Young becomes a "boulder moved to the

edge of a 3000-foot ravine" by the antecedent inflammatory response caused by exposure in the residential unit. The cause of her subsequent fall into respiratory failure, analogous to falling into the depths of the ravine, is the process that created risk by which she was moved to the "edge" and in the end, not any one specific problem can be identified at the time of the respiratory failure. She actually had an illness that persisted over days, ones that normally would have been resolved by normal functioning innate immune responses. To pursue the analogy, the boulder may tip into oblivion by virtue of a wind or a bump, neither of which would have created a problem were it not for the predisposing and pre-existing condition.

87]    The medical history taken by an intern admitting Ms. Young, repeated without verification by up-the-line attendings at GW, that stated she had been previously incubated, is inaccurate. No documentation has been found to suggest such an event by either side in this litigation. Ms. Young has submitted an affidavit that she never was intubated before 4/03.

88]    Therefore, but for the pre-existing condition created by the exposure in her residence, it is my opinion to a reasonable degree of medical certainty that she would not have been intubated in 4/03.

89]    Comments from both defense consultants confirm a marked change in the respiratory condition of Ms. Young following her exposure in the residential unit 9/02 that did not exist before 9/02. She needs care nearly immediately after entry into the unit (as did Ms. Ghee), as well as requiring multiple medical interventions in the next six months, a deviation from her then pattern of health care needs.

90]    Plaintiffs have both suffered permanent impairment to innate immune regulation including, but not limited to Ms. Young's permanent respiratory disease and restrictive lung capacity, which reveals itself as "asthma." This is the nature and extent of Plaintiff's injuries.

91]     Defendants misunderstand my repeated comments in my report regarding the

potential for future medical needs by citing one answer to one question in my deposition. My

report quite clearly states what the patients will experience in the future, even in the absence of

use of cholestyramine (CSM). See page 0002, paragraphs 6 and 7

"It is my opinion to a reasonable degree of medical certainty that the well-documented

symptoms complex of Mss. Young and Ghee before treatment by my protocols are solely

due to their townhouse exposure. They never should have been exposed to an indoor

environment known to be a water-damaged site.

"Given the time that has elapsed since the onset of their illness to definitive delineation of

their deranged physiology, caused by their townhouse exposures, it is more likely than

not that they have sustained a permanent disabling illness. They will require close

follow-up in the months to come."

Also see page 0017, first paragraph:

"In my opinion Mss. Young and Ghee will need ongoing medical care for the predictable

future to ensure that they won't suffer an additional mold illness following exposure to

another WDB, as would happen given their prior mold illness. To date, there are no

therapies available for mold illness patients that can correct the increased susceptibility to

illness caused by re-exposure. I must emphasize that newer modalities for treatment of

mold illness may cause me to reassess these current care guidelines."

Further, on page 0018, paragraph 2:

"The symptoms of Mss. Young and Ghee will likely be significantly reduced in number

coincident with institution of CSM therapy; they have a long way to go, however, as

additional therapies will be likely be required, given the duration of their illness, even if

37

they tolerate the CSM, and are able to take four doses each day.  No other intervention

taken before the institution of therapy had accomplished any meaningful reduction in

symptoms; no laboratory studies had been done to use for comparison to the baseline data

obtained on the clinic visit dates."

The stated opinion continues on page 0019, paragraph 2:

"It is further my opinion that Mss. Young and Ghee are at-risk for recurrence of illness

should they be re-exposed without the use of medications for prophylaxis to indoor areas

with amplified growth of molds or other toxigenic organisms.  They will need ongoing

medical care, with significant expense related to monitoring and treating their illness. The

future medical expenses will include use of CSM or some other toxin-sequestering agent;

diagnostic studies on a quarterly basis; office consultations with a physician skilled and

experienced in treatment of mold illness; additional medical interventions including but

not limited to raising MSH; raising VIP, lowering C4a, correcting VEGF; lowering

MMP9; correcting dysregulation of ACTH/cortisol and ADH/osmolality; raising

androgens, especially testosterone; lowering IL-10, lowering IL1-ra, lowering interferon

alpha and whatever other interventions are shown to be necessary."

Comments in this regard continue on page 23, paragraph 1:

"Mss. Young and Ghee will continue to be at risk for additional deleterious inflammatory

responses over time; they will likely need to take toxin-binding medication on an ongoing

basis. The patients at risk for prolonged impairment are readily profiled by diagnostic

protocols; it is hoped that new therapeutic interventions, now in the data-gathering stage,

including erythropoietin, vasoactive intestinal polypeptide (VIP) and MSH will be

successful in the future to help adults with these genotypes and illnesses."

Note that both Mss Young and Ghee are deficient in MSH and VIP. This vital fact is

conveniently overlooked by defense and its consultants. Moreover, both Ms Young and Ms.

Ghee meet the strict criteria of a peer-reviewed, published case definition based on diagnosis and

treatment of over 4700 patients. Both of the defense consultants fail to present data that

documents they have used any intervention to show before and after results of their treatment of

a patient with exposure to a water-damaged building (WDB). Management of **acquired** immune

illnesses, including allergy, has **nothing to do** with management of **innate** immune illnesses

such as the ones these patients have. Defense and its consultants can not cite any publication that

refutes the validity of the case definition our group has published. The case definition is based

on the similar case definition created by the CDC in *Pfiesteria* illness, combined with an

additional and more restrictive requirement that patients meet objective standards as well. This

concept of use of a second tier is widely accepted in medicine, being used as part of the

diagnostic approach to many conditions, with lupus and acute rheumatic fever being obvious

examples. Defense and its consultants can cite no study refuting the benefits of therapy our

group has published in multiple studies and the presence of innate immune blood tests in patients

with exposure to WDB and subsequent illness as objective biomarkers for that illness. The use

of these biomarkers, richly represented in literally hundreds of references supplied, stand as mute

testimony to the emptiness of defense's argument.

92]     The methods I employ are the same standard methods used by physicians in

diagnosis and treatment. My methods are not unique in medicine: they are the rock upon which

the foundation of medical practice is based. I review past medical history and review all

available records before a patient is seen. I take a complete medical history and perform a

thorough physical examination. I initiate a differential diagnosis process that begins with history

39

and extends to all aspects of patient evaluation, including laboratory testing, use of statistical methods and comparison of individuals as part of an epidemiological cohort. It is through this process that I evaluate all prior medical histories, prior medical records, and prior potentials for exposures. Ancillary studies are performed to aid in ruling in a given diagnosis and ruling out others; these studies enable the differential diagnosis process to become more refined as evaluation continues. Laboratory studies are drawn to obtain data that rule out other confounding medical problems, as was done in these cases and to support (or not) a preliminary diagnosis of a chronic, systemic inflammatory illness caused by exposure to toxigenic elements found in the residential unit. Differential diagnosis is a process that includes response to therapy as well, but absence of use of therapy is not a bar to use of differential diagnosis as the diagnostic process.

93]     The defense argues that I use an aberrant research model to determine causation. Their argument is particularly inept and misleading. In fact, the **prospective exposure** model our group employs is one of the most well-established in all of scientific practice. Use of the word causation in medicine is taken from the epidemiologic concept of causation, namely identification of **prospective acquisition** of illness in patients with exposures that are monitored over time without confounders. This process is time-honored in medicine, with the work of Drs. Koch and Henle in the late 1880's identifying particular principles used in research models to provide confirmation of causation. Once such confirmation has been established, for example thinking of the work of Dr. Koch with anthrax in cattle, subsequent confirmation of causation is based on that previously established. Our group has published results on hundreds of patients using a repetitive exposure model, complete with prospective confirmation of acquisition of illness with re-exposures lasting three days that confirms causation of illness with changes in

symptoms, neurotoxicological markers and laboratory testing acquired following exposure in patients who were well before such exposure. It is the validity of that model that provided us with the opportunity to use the word shows **CAUSE**, permitted by the editors and peer-reviewers to be used in our 2006 paper published in Neurotoxicology and Teratology. The commonality of that model and the research findings across all epidemiological cohorts is one that enables us to look at Causality at baseline, as expressed by the published work of Kundi and Hill (see Causality references in Current WDB References). Indeed, the attack of defense on the prospective exposure research design (see their comments on pg 19) that is another fatal flaw in their argument: their argument is wholly empty. Once the exact model of illness is confirmed in a research design, then that design can be applied by practicing physicians. In this vein, we do not need to monitor patients over time, for example, for elevated cholesterol to know that cholesterol can be a risk factor for cardiovascular disease and that such elevation should be corrected. We can treat elevated cholesterol and maintain correction, knowing from prior research that the intervention will benefit the patient. The research has been done and is used widely; it does not need to be reproduced for each new patient. We do not need to re-expose patients to cyanide, for example, to assess whether or not cyanide ingestion could be a risk for them. That research has already been done. Similarly, in the classic work with cholera, performed by Dr. Snow in London, he was able to show that consumption of water from one well resulted in illness while consumption of water from another well didn't. Dr. Snow correctly demanded that the suspected well be closed, even though the causative agent, the bacteria *Vibrio cholera*, wasn't identified until nearly 30 years later. We are allowed to act based on what we know, even if all elements of the illness aren't completely delineated. It is this research design

41

that is applied to patients by practicing physicians that provides the surety of the case definition at base.

94]    Defense would have us believe that only mycotoxins could be a cause for the abnormalities in these patients. Actually, as the abundant and robust literature referenced in the Current WDB References shows, additional elements, including endotoxins, beta glucans, proteinases, hemolysins, actinomycetes and mycobacteria, among others, are all contributory to the illness. The absence of specific testing for each of these elements does mean those elements were absent from the residential unit. Moreover, the presence of smells and visible mold growth substantiates the potential for exposure, particularly for individuals such as these patients who have a genetic predisposition to such illness.

95]    I have followed standard methods in this particular case.

96]    In this case I followed my standard protocol, as I do for all patients and as all physicians employ.

97]    I reviewed an extensive body of past medical records, comprising three binders of documents before the patients were seen. I took a medical history. I performed a physical exam. I ordered ancillary testing, including pulmonary function testing, pulse oximetry and electrocardiogram. I performed visual contrast sensitivity, (VCS). I ordered laboratory testing. I developed a differential diagnosis on a preliminary basis at the day of their office visit.

98]    I further refined the differential diagnosis after receiving results of the blood testing performed by reference laboratories. I applied the data for each patient to the peer reviewed, published case definition for acute and chronic illness acquired following exposure to a WDB.

99]    Each patient met the strict requirements of the two-tiered case definition.

42

100]    To date, none of the over 4700 similar patients in my practice have not met this case definition and none of the non-illness patients (over 1000) have met the case definition. I applied the statistical model that employs logistic regression, developed by statisticians, to assess the likelihood that they each were NOT a case.   I am not a statistician; I am able to use the methods that our affiliated PhD statisticians have developed, however.   Those methods have been presented at invited lectures at academic conferences.  The likelihood of case versus control of non-linked parameters is determined by multiplying the probability of case versus control for each of the elements of symptoms, VCS, HLA DR haplotype, MSH, MMP9, dysregulation of ACTH/cortisol and ADH/osmolality.  Each of these likelihoods of mis-classification has a p value of $< 0.001$. Combining these p values leads to a probability that the patients are actually non-cases will occur in less than one in **one times ten to the 18th power** occurrences.  That number is essentially too small to be calculated.  As a comparison, there are a total of approximately **7 times ten to the 9th power** people on this planet.

101]    The lab results for each patient have been reported in my chart; they are listed as pending in my report of 9/17/07.

102]    I will discuss these labs herein.

103]    Ms. Young has a dual mold susceptible HLA DR analyzed by PCR.  One haplotype is 13-5-52C and the other is a rare haplotype (11-3-52B) that carries dire consequences should the carrier become ill from exposure to a WDB.  I have published frequently in the past that this haplotype is the "dreaded," in that the incidence of this haplotype is increased **22-fold** in patients with the worst illness compared to control populations.  She had a deficit in VCS.  Her MSH was 12, with normal ranges being 35-81 pg/ml.  Her MMP9 was 565, with normal range 0-332.  These are four of the six parameters required to meet the second tier of the case definition;

43

only three parameters are required. She had a C4a result of 10,935, with normal < 2830 ng/ml. This level is astronomically elevated and is not found in non-cases to date. The illness severity can be paralleled to the elevation of C4a, consistent with the previous discussion on why Ms. Young was an "invitation for disaster" re her pulmonary status after her mold illness changed her physiology of innate immune response. I emphasize that there is no way that a patient can "fake" these objective tests. Potential confounders, such as allergy to trees, dander and grasses, for example, never give any abnormalities of these tests. I am aware through systematic studies that certain factors and/or diseases do not give these lab abnormalities, namely low MSH, VCS deficits, or elevated C4a, yet occasionally coexist with mold illness, including depression, stress, deconditioning, obesity, cigarette or tobacco use, estrogen use, sarcoid, lupus, asthma, nasal allergy, anemia, B12 deficiency, elevated cholesterol, degenerative joint disease, diabetes, HBP, and CHF. Based on these laboratory findings, Ms. Young is a case.

104]    Ms. Ghee has dual HLA DR haplotypes that provide her with increased susceptibility to mold illness. She also had a deficit in visual contrast testing (VCS). Her MSH was 18, too low compared to the normal range of 35-81. Her labs were otherwise normal, including C4a of 2694. We see that her illness is much less severe compared to Ms. Young, but she nonetheless has three of the six parameters required to meet the strict requirements of the second tier of the case definition.

105]    Other courts have admitted my testimony in *Frye* and *Daubert* challenges on multiple occasions. I note the defense cites a series of court decisions that are aberrantly presented as to my exclusion. The intentional attempt to mislead the Court in this case is clear. In Superior Court of the District of Columbia, Judge Greene cited the opinion of Dr. Gots in excluding me. Dr. Gots testified under oath that stress could cause the lab abnormalities seen in

my patients the Wright family. That testimony is an overt fabrication. Nothing could be further

from the truth. Judge Greene cites my introductory statement in a 2005 paper as evidence of my

admission of "controversy" in the WDB literature. Saying why a paper is going to be written is

standard practice; citing the reason for the paper as the same as the conclusion is illogical.

Finally, Judge Greene makes her decision based on my conclusion and not my methods.

Defense makes rampant leaps over the truth in discussing the Virginia cases. I was admitted in

*Kristensen* over the defense challenge in a case with Dr. Gots. In *Odaris*, I was admitted after a

motion in limine to exclude was denied, but then after voir dire, the Judge decide that off-label

use of cholestyramine was a bar to my testimony. This decision has been appealed and the

Supreme Court of Virginia agreed that the appeal should be heard. Off-label use of medications

is a widely used, acceptable practice. Given the use of informed consent in all my patients

regarding use of cholestyramine, complete with a letter from the FDA in 6/99 that the agency

saw no increased risk of use in my patients of a drug they had approved, no indication for new

drug use was required.

Finally, in *Ford*, the judge asked plaintiff attorney David Bailey which of two physicians

Bailey wanted to use, as including myself and one other was "duplicative." Mr. Bailey selected

the other physician. That decision had nothing to do with "factually insufficient" or whatever

else the defense invents.

106]    In *Curry*, my first *Frye* challenge years ago, neither I nor the plaintiff attorney

presented my process of medicine effectively. The decision was before much of the more recent

mold science that further supports my testimony. That decision prompted the publication of

Lawyers, Lawyers, Lawyers chapter from Mold Warriors. That chapter presents what *Frye* and

*Daubert* are about, and has nothing to do with what the defense writes as "evidentiary obstacles."

45

In *Fico*, once again the defense deliberately attempts to mislead the Court, even though this case is discussed in the Lawyers chapter of Mold Warriors. Perhaps the defense didn't read the Lawyers chapter to see that the chapter actually *undermines their claim* in this case completely. The judge in that case at first excluded me, then sequentially permitted my testimony and then restricted my testimony. After the plaintiffs moved for the judge to recuse himself for bias, he did. The case then went to a total of three subsequent judges. During this time, the patient was treated using my protocols by an internist in Pennsylvania, with compete resolution of her health issues, including the "dementia" that defense said she had. The case then settled.

107]    The defense mysteriously presents DuMoulin (as exhibit 16) for my exclusion in Canada when actually I was never excluded at all. The reasons that the defense would say I was excluded in Canada when that never happened are uncertain to me. The truth is that the plaintiffs couldn't afford to do the testing I routinely use and the class couldn't therefore be certified as a result. Moreover, the judge worried about the safety of re-exposure as an element I requested, as possibly unsafe, when in fact the courthouse was in use and the people I wanted to follow were already working there. If the courthouse were safe, as the State felt they demonstrated by remediation and re-occupying the building, then what could be the harm of following prospective exposure of employees?

108]    The defense raises *Capaci* as an example of my exclusion when actually my video testimony was not permitted because the plaintiff attorney from Mississippi, in a Louisiana case being heard in Alabama, was not licensed in Alabama.

109]    The research protocol, labeled as ABB`AB, that our group uses is time-honored in all science as providing prospective evidence of disease acquisition which in turn is the only way

46

to confirm causation. Once established, causation does not have to be re-invented for each

repeat case.

110]    The methods must be generally accepted in the relevant scientific community.

The methods I employ are generally accepted, as are the conclusions that exposure to water-

damaged buildings creates the potential for human illness, as noted by hundreds of references

and government agency opinions.

111]    The relevant scientific community of the those who oppose, or the "Nay-Sayers,"

is dominated by unsupported and unreferenced assumptions about the applicability of one-time

animal exposure to long term human exposures.

112]    The relevant scientific community demands that the members of this community

have either (1) diagnosed and treated patients with the illness; (2) performed human or animal

research and published that work; (3) be a member of a governmental agency charged with

protection of public health.

113]    Specifically, issuance of an opinion as part of employment by a defense in a court

case does not provide a "pass into acceptance" as a member of the *scientific* community.

Issuance of a consensus report also does not meet criteria for objectivity if the report is not peer-

reviewed anonymously; is not thorough; is not transparent regarding conflict of interest; and is

not rigorous.

114]    I firmly assert that my opinions are grounded both in accepted medical process

and accepted medical conclusion.

115]    I further assert that the opinions of the two non-treating physician consultants in

this case, each named Phillips, do not directly contradict the objective data contained both in my

medical charts and the report I wrote dated 9/17/07 that overwhelmingly demonstrate the ongoing inflammatory basis of illness in both Ms. Young and Ms. Ghee.

116]    Before responding to the reports from Drs. Scott and Michael Phillips, please note the references attached to Plaintiffs' brief, which I understand are attached as Exhibits 29-33. Each of the papers identified in those exhibits has pertinence to a review of the science that underlies my methods, diagnosis and treatment.

117]    Simply being a physician or an allergist, for example, does not qualify a physician to be an expert treating physician for patient with illness caused by exposure to water-damaged indoor environments. For a physician to be a member of the community of such treating physicians, he (she) must show clinical evidence of successful experience in treating those patients pharmacologically and reducing the known inflammatory parameters which were found in such patients before the clinician's intervention. What this means is that mere ability to present opinions regarding mold illness is not sufficient to be part of a "relevant *scientific* community."

118]    I have provided an annotated reference list that demonstrates the vast differences in epidemiological quality of academic papers presented by those who discuss illness from exposure to water-damaged buildings ("Association" studies) versus those who oppose ("Nay-Sayers"). In the association studies, we have studies from US, Japan, Canada, Denmark, Sweden, Germany, Finland and multi-country studies that use accepted epidemiological study methods in over 50,000 patients to conclude that there are health effects that follow exposure to WDB. These studies all involve people. The papers of our group, including double blinded, placebo controlled clinical trials, all peer-reviewed and all using a prospective study design give us the right to use the word **cause** in a medical and epidemiological sense. The Nay-Sayers

48

present no studies of actual intervention; no studies on people; have no epidemiological methods except for review (and those reviews are themselves horribly flawed); quote no authors who actually treat patients; and fatally, never show any attempt to be thorough or objective or transparent in their conflicts of interest in their discussion of the literature in their review. To deliberately eliminate any dissenting opinion about mold illness in people from chronic exposures in favor of trivial animal studies is a malignant example of overt bias. When the bias stems from the self-interest of generating income on the backs of seriously ill patients, we have the ugly feature of fraud to investigate. In fact, the General Accountability Office is doing just that: investigating the effects of conflict of interest on federal health expenditures regarding mold litigation.

119]    The most egregious of the Nay-Sayers are identified by an expose` in the Wall Street Journal published 1/9/07 which details the massive undisclosed conflicts of interest (Exhibit 34 to Plaintiffs' brief). Indeed, Senator Kennedy called for a GAO investigation of the potential for conflict of interest to have shifted costs to the federal government when private payors should have been paying the bills (Exhibit 34 to Plaintiffs' brief). The "relevant scientific community" of the Nay-Sayers is dominated by unsupported and unreferenced assumptions about the applicability of one-time animal exposure to long term human exposures.

120]    The opposition to the reality of mold illness comes solely from a small but well-organized cadre of physicians who make lucrative incomes by testifying against mold illness victims. They cite the same series of a paltry few papers to buttress their unscientific opinions: (1) the rat study from Veritox and Dr. Gots in 2000 (Veritox I); (2) a paper from 2004 from Robbins and Hardin (Veritox II); (3) the consensus statement from ACOEM; and (4) the Bush paper, called AAAAI. These papers are often cited in attempts to deceive the court that the these

49

papers are (a) scientific and (b) address human illness.  Neither (a) nor (b) are true.

121]    Each of these papers references the other over time.

122]    The same illogical citation of ACOEM and AAAAI is in the opinion from

Defendants' expert, Michael Phillips, M.D.  Dr. M. Phillips indeed lauds the Bush paper as being

an excellent epidemiologic study.  Actually, a dispassionate reading shows it to be just a biased

review, rehashing the ACOEM paper, written by the same group of defense people.  A critique

of Dr. M. Phillips is found in reference 19, page 14 of the document entitled relevant scientific

community.

123]    The four defense community papers listed above are all attached to Plaintiffs'

brief as Exhibits 40-42.

124]    Exhibit 34 to Plaintiffs' brief presents examples of the absence of reliable science

employed by each of these papers.

125]    A specific critique of each of these papers is included in the reference list for the

relevant scientific community document, and also follows herein:

**VERITOX I**
**Ref. 7 Binder 3 Tab 49 (Plaintiffs' Exhibit 40)**
Paper-Robbins 2000 (AKA Veritox I)
Type-(NS)
Epidemiology-Opinion
Patients-none
Country-US

This is the infamous Gots/Kelman study, published in 2000, the father of all the opinions for
ACOEM, AAAAI and ACMT.  The paper reports no accepted epidemiologic standards for its
methods.  The assumption is that the main route of exposure of humans to mycotoxins is
ingestion.  This statement has no cited references for humans.  Looking at previously published
studies on one-time exposure to animals to trichothecenes, the authors find significant organ
damage in the animals.  They readily admit that inhalational studies, "do not represent exposure
to mycotoxins at chronic, low exposure levels from molds in indoor settings."  They then leap to
the conclusion that existence of a threshold for the level of mycotoxins follows because of
"decreasing toxicity with longer exposure for a given total dose."  What absolute nonsense!  This
unfounded leap bears no relationship to any logical pathway known.  There is no basis to assume

that ongoing chronic exposures are identical in people to what was seen in a fixed total exposure in animals in which no other exposure except to mycotoxins was performed. The illness stems from exposure to a complex mixture to inflammagens and toxigenic organisms found in WDB. The study of Nikulin is quoted (see Mycotoxins, Binder 2 tab 5). Unknown amounts of toxins were injected intranasally (not intra-tracheal administration) into mice one time. All mice had marked lung inflammation, with the more toxic spores injuring the mice more. In a twice-weekly inoculation experiment that lasted for three weeks, Nikulin again showed significant lung damage related to toxicity of the spores. The authors agree, "intranasal inoculation is unlikely to model the exposure of humans in even very moldy environments." This is true, though not for the reasons the authors want to argue. The authors discuss a paper from Johanning, trying to find no dose-response relationship by looking at populations of white blood cells. They do not look at the bulk of the evidence of inflammation in any other study. The authors conclude that "the issue of mold exposure is important from health standpoint and can potentially affect anyone in the indoor environment."

## VERITOX II
**Ref. 8 Binder 3 Tab 50 (Plaintiffs' Exhibit 40)**
Paper-Kelman, 2004 (AKA Veritox II)
Type-(NS)
Epidemiology-Opinion
Patients-none
Country-US

Kelman is a co-author of the study above. This study was labeled as junk science by a California court and rejected as baseless in a Frye-Reed hearing. However, it is cited by all the AAAAI and ACMT authors. Here is the word, "implausible" used to describe illness, when actually the word implausible applies only to the methods and unsupported leap from animal one-time studies to human illness. Modeling of exposure without data is merely a guess. The authors agree that "the relevance to human inhalation-response is uncertain for non-physiologic dosing regimens and for ex vivo measures of uncertain relevance to human health." Nonetheless, they plow on piling one unsupported assumption on another, completely ignoring the cascade of inflammatory responses that come from differential gene activation, receptor activation and interaction of innate immune elements with others. The illness acquired from exposure to WDB bears no resemblance to what these authors bring forward.

## ACOEM
**Ref. 9 Binder 3 Tab 51 (Plaintiffs' Exhibit 39)**
Paper-ACOEM
Type-(NS)
Epidemiology-Opinion
Patients-none
Country-US

Written by Kelman and his business partner, Hardin, with defense consultant Dr. Saxon, this paper is extensively criticized by many, including Ammann, Shoemaker and House (NTT 2006) and the IOM. None of the 83 references supports the claim that human health has not been

adversely affected by inhaled mycotoxins. Of interest is the language on page 475 that is lifted directly from the Texas Medical Association (TMA) without attribution. ACOEM and TMA, as well as the first CDC statement on mold, were all released essentially simultaneously in 2002. This paper demands that there is absorption of a toxic dose over a sufficiently short period of time. There is no reference for this statement on page 474, as there cannot be! It simply is not true. The authors cite the Creasia studies that show acute toxicity from non-physiologic exposure of animals and the Nikulin study discussed above. Neither of these studies support illness-finding in chronic low dose exposure in humans. Further, the authors erroneously claim (again, without reference) on page 474 that cumulative dose delivered over hours, days or weeks is expected to be *less toxic* than bolus. What basis does this bizarre assertion have? Even if this paper hadn't violated almost every accepted principle in epidemiology, it remains conjecture at best, made without academic basis or any experimental data to support the conclusion invariably used in litigation that exposure to WDB, complete with all the factors that create inflammation beyond mycotoxins, couldn't make people sick. This paper never had any standard peer review; the authors had the final word on what was printed!

### AAAAI
**Ref. 19 (Plaintiffs' Exhibit 41)**
Paper-Bush
Type-NS
Epidemiology-none
Patients-none
Country-US

Another of the often-quoted defense instruments, this paper is widely criticized by a series of 10 letters published in JACI 09/06. Written by Saxon and Terr, it is one identified by the Wall Street Journal 01/07 where egregious conflicts of interest were withheld from view. The consensus statement was quite embarrassing to the JACI, as it had to revamp its conflict of interest policy; provide an editorial comment that the paper wasn't the last word; and acknowledge that one of the co-authors of the draft, Dr. Portnoy, withdrew his name from the paper in protest. This paper provides no human health data, instead relying on ACOEM, Kelman and Robbins. None the less S. Michael Phillips absurdly lauds this paper as being "the best epidemiologic study." He further defends the paper by saying that less than 1% of the AAAAI membership criticized the paper (Note: less than 1% of Romans participated in the assassination of Julius Caesar), as if the number of those objecting to Bush in print were the complete total. The approach of JACI to publish 10 letters sharply critical of Bush is unprecedented in modern medical journals.

126]    Any reference to the ACOEM statement of October 2002 regarding mold illness

is not generally accepted. The ACOEM statement (referring to abnormal amounts of respiratory

irritants or toxins) is fundamentally flawed in both science and logic, is commonly known to be

wrong in science and logic, such that all those who now use the ACOEM statement are painted

by the same brush of lack of thoroughness, lack of rigor and overt bias. In fact, the world of mold illness is moving so fast that even if there were not substantial reasons to discard the ACOEM statement, which there are, the paper is so old to be functionally ancient history.

127]    The comments of our group in the newest peer-reviewed paper, published August 2006 by Neurotoxicology and Teratology, about the incredibly flawed ACOEM statement stand as stark testimony to why no one should ever again be persuaded that the ACOEM statement has any scientific merit or academic basis. Certainly, no physician who treats mold illness patients would ever agree that the ACOEM or any of its similarly non-research based children, including the AAAAI mold statement of February 2006, designed to create a cover for mold defense consultants in litigation, and largely written by the same authors, has any merit. The AAAAI published ten letters in September 2006, including mine that intensely criticize the AAAAI statement as a financially/politically inspired instrument to be used to buttress the flawed concepts espoused by a small but highly coordinated group of consultants.

128]    Both the ACOEM and the AAAAI statement show no such rigor, transparency and disclosure. One should wonder how such junk science, as labeled in a California ruling (Harold v. California Casualty No. 02AS04291, 2006) that tossed the Veritox II paper in a Frye-Reed challenge, based on bizarre leaps from one study of acute, high-dose exposure to unknown mycotoxins in rats to an even more bizarre conclusion about absence of human illness associated with chronic, low-dose exposure to water-damaged buildings, cited repeatedly by the same small cadre of non-treating physicians for potential financial gain, could ever be considered by anyone as acceptable.

129]    Both Drs. Phillips would distort the lessons of the elements of causation presented by Hill in 1965. Each fails to actually read what Hill says. For example, no where does Hill

ever talk about Criteria, yet his words are distorted.

130]    Both Drs. Phillips fail to discuss the amplifying, multiplying biological cascade that marks the innate immune response system. This system uses "recognition molecules" to detect foreign antigens of particular kinds. The recognition leads to a rapid delivery of a intracellular messenger that activates DNA replication (see Gene Expression Papers and Genomics Papers; Toll Receptors Papers; and Mannose Receptors Papers). Gene activation leads to inflammation and amplification of complement and cytokine responses. These multiplying cascades then lead to secondary metabolic effects systemically. Just as a "few firecrackers can set off a chain reaction," so too does just a few "invading antigens" bring out an overwhelming increased innate response.

131]    Adding the concept of genetic susceptibility renders the idea of a linear dose response even more farcical. Some people react quickly to elements in a water-damaged building, others not at all. We are not looking at a static host. However, we know that prior exposure and illness increases the rate of second-time around inflammatory responses, such that re-exposure makes previously ill people sicker and the increase of adverse inflammatory effects is seen quicker. Together, this means that even a one time exposure to the interior of a water-damaged building can cause activation of pattern recognition systems, each of which sets off its inflammatory cascade. As an example (see National Toxicology Program Presentation by R. Shoemaker MD 12/6/07 included in Exhibit 37), consider what is observed with exposure of patients to a water-damaged building (as our clinical trials, using the repetitive exposure model, confirms). Consider that an effect or response (X) is related in a fashion to dose. Will the response be linear or non-linear? (X) will then be equal to the sum of routes of exposure (A) plus contaminants (B) plus length of time of exposure (C) plus individual genetic susceptibility

(D) plus individual prior exposure and change of susceptibility from that exposure (E) plus amounts/types of microbial organisms, each potentially acting synergistically with another (F) plus the amount of inflammagens causing potentially exponential changes in c-type lectin receptors, especially dectin-1 and dectin-2 receptors (G). X then is equal to the combined effects of A through G, each of which can cause *amplification*, not additional, effects of innate immune responses. Moreover, the elements A through G are each themselves variable. The analysis gets worse for the linear dose-response advocates: there are interactions of A through G, some of which are synergistic and some involve differential gene activation as well as epigenetic phenomena. It is impossible to assume that response or effect X will be linearly related to variables, each simultaneously expressed A through G. We cannot analyze one component of exposure, namely mold spores, or even worse, mycotoxins, and come to any meaningful conclusions from classical monotonic dose-response relationships.

132] The expert battleground about the controversy about mold illness involves opinions from the Nay-Sayers, each with intense conflict of interest, no human data and no experimentation, confabulating ideas about illness, apparently hoping that no one will actually read what they say, relying on no authoritative work, saying that mold illness is implausible. Compare that to (1) a large body of papers covering thousands of patients from all over the world from the Association studies finding the same things: exposure to WDB makes people sick; (2) the scientific literature on elements in water-damaged buildings that can be harmful: mycotoxins, fragments of fungal particles, actinomycetes, bacteria and endotoxins, beta glucans, and mycobacteria; and (3) the inflammatory response findings and the Association findings regarding buildings and microbial growth.

133]    The scientific community overwhelmingly accepts the premise that exposure to water-damaged buildings makes people sick. The Nay-Sayers don't have anything to argue with that is remotely comparable.

134]    With regard to the report of Scott Phillips, M.D. (Defendants' Exhibit 6):

1. Dr. Phillips' credentials do not include any academic work actually done concerning patients exposed to WDB. He has done no research on humans or animals exposed to WDB. He has treated none of these patients. He is not part of a governmental agency that is charged with development of objective standards for safety for potential illness-causation following exposure to WDB.

2. Dr. Phillips ignores the lab results on both patients when he says that "know (sic) testing on the plaintiffs would document mold interaction with their bodies."

3. Dr. Phillips ignores the basis for the absence of dose response relationships in biological cascades and misquotes Dr. Hill.

4. Dr. Phillips implies that target organ specificity is needed when in fact systemic cytokine and innate immune illnesses are multisystem.

5. Dr. Phillips ignores inhalation as the mechanism of illness, as supported by countless papers referenced in Plaintiffs' Exhibits.

6. Cause and effect is established in this case by multiple epidemiological studies, laboratory studies and prospective acquisition studies already published.

7. Dr. Philips' discussions of the biological effects in his report (page 22) are well demonstrated in these patients.

8. Dr. Phillips mis-uses Hill. Note Hill specifically never uses the term criteria; any reference to "criteria" is refuted by Hill himself.

9.  Dr. Phillips acknowledges that cholestyramine binds to mycotoxins (page 27), yet curiously fails to report a thorough roster of such papers. The protocol I use is widely published and is published in Harrison's Textbook of Medicine. To call it "experimental" is illogical.

10. Biomarkers are simply identifiers of what is found in patients not found in controls. Dr. Phillips has no logical argument against my use of measures of innate immunity.

11. Use of relative risk is a standard feature of epidemiology. When Dr. Phillips criticizes use of HLA DR, he fails to note that the prevalence of HLA DR increases compared to controls provides that risk. That is not hypothesis: that is peer reviewed and published.

135]    With regard to the report of Michael Phillips, M.D. (Defendants' Exhibit 7):

1.  Dr. Phillips' credentials do not include any academic work actually done concerning patients exposed to WDB. He has done no research on humans or animals exposed to WDB. He has treated none of these patients. He is not part of a governmental agency that is charged with development of objective standards for safety for potential illness-causation following exposure to WDB. While he cites his experience in international health and acknowledges that mold is a particular problem in developing countries, he cites no actual work that he has done that gives him added insight beyond reading what others say.

2.  Dr. Phillips blames the illness of 4/03 of Ms. Young on pollen from trees, and says she is allergic to trees, when actually she is only found to be allergic to oaks. The illness begins in late March, at a time that almost no pollen from oaks will be abundant in aerosols in Washington DC, especially in one who lives indoors most of the time.

3.  Dr. Phillips says my repetitive exposure protocol is totally non-evidenced based, yet any observer reading our group's publications will see that all the statements I rely on are wholly based on actual patient data.

4. His litany of claims on page 7 are incredibly misleading. His attacks on me are personally offensive, even worse than slurs from the defense bar in this case.

5. Dr. Phillips' reliance on highly discredited publications reveals his real agenda: he is just an attack dog for the defense. To call the Bush paper (page 8) as the "most current, accurate and accepted reference," on molds ignores the revision of the AAAAI statement in the face of multiple letters attacking Bush (published 9/06 in JACI), the comment of the editor of JACI that "Bush is not the last word," and the absence of any valid scientific literature (see criticism in Nay-Sayers) cited by Bush to support the claims made in Bush.

6. Next, Dr. Phillips runs to ACOEM (page 10) to support his denial of the reality of mold illness. He fails to reveal that a common author, Dr. Saxon, was on both Bush and ACOEM papers and he fails to discuss the incredible scientific farce of the ACOEM citation of the Veritox paper of 2000, the many flawed assumptions, especially on page 474.

7. Dr. Phillips also mis-uses Hill.

8. Dr. Phillips misstates my treatment protocols (page 15).

9. Dr. Phillips insists that biotoxins must be ingested, despite a huge literature to the opposite conclusion that ingestion is a trivial contributor to illness.

10. Dr. Phillips attempts to imply that there is a *cognitive immune system* (2 on page 15).

11. Dr. Phillips has no basis to say what biotoxins do.

12. It is not required to show the presence of mass spectroscopic evidence of presence of mycotoxins (see Association papers 27, 30, 54, 57, 59, 66, 72; Mycotoxin Effects papers 1, 2, 7, 13, 15, 17, 18, 26, 33, 36; Fragments papers 4, 5, 6; Actinomycetes 3; Endotoxin paper 1; beta glucans papers 10, 11, 12; Inflammation paper 18).

13. Dr. Phillips states that none of the lab abnormalities I routinely assay have any relevance to toxin related disease, but provides no references for this statement, as there is none.

14. Dr. Phillips incorrectly states I have never published any papers in peer-reviewed journals showing efficacy of use of cholestyramine, as he has before in other cases.

15. Dr. Phillips feels that the ICD9 must be an all-knowing reference for illness. I have heard this irrelevant attack from others, especially from his co-testifier, Dr. Gots, before. The name I have selected for this illness is of little significance, as I have stated repeatedly. I would respectfully request that Dr. Phillips amplify what there is about ICD9 that makes it an omniscient representation of human illness.

136] I support my opinions with my twenty-nine years of experience as a treating physician; my experience as a treating physician for over 4,700 patients with chronic illness acquired following exposure to water-damaged buildings; my personal experience as a treating physician for more than 6,900 patients with chronic illness acquired following exposure to biologically produced neurotoxins, including those from water-damaged buildings; and the abundant scientific literature on the subject.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March __17__, 2008.

_____
Ritchie Shoemaker, M.D.

# EXHIBIT 2

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**Civil Division**

| | |
|---|---|
| **DENICOLE YOUNG and** ) | |
| **VANESSA GHEE** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **v.** ) | **Civil Action No. 07-cv-983 (ESH)** |
| ) | |
| **WILLIAM F. BURTON and** ) | |
| **LEWIS & TOMPKINS, P.C.** ) | |
| ) | |
| **Defendants.** ) | |

## AFFIDAVIT OF DR. RITCHIE SHOEMAKER
## <u>CONDENSED FOR JUNE 16, 2008 DAUBERT HEARING</u>

I, Dr. Ritchie Shoemaker, hereby state as follows:

1]    I have personal knowledge of the matters stated herein and could competently testify thereto if called as a witness.

2]    I received my doctorate from Duke University.  I am a member of the American Society for Microbiology, the American Society of Tropical Medicine and Hygiene, the American Medical Association, the Maryland Medical Chirurgical Faculty, and the International Association for Chronic Fatigue Syndrome.  I have been practicing medicine for 28 years.  I have published several lengthy books on illnesses caused by exposure to biologically produced neurotoxins and the inflammatory basis of those illnesses, and appeared on the BBC, NBC News, CBS News, ABC News, and CNN.  I have been a peer reviewer for the academic journals Environmental Health Perspectives, Environmental Research, journal of Nutrition and Environmental Medicine, Heart and Lung, and Health Policy.  I have given presentations to the American Society of Microbiology, the American Psychiatric Association, the International

Society of Neurobiology, the American Academy of Environmental Medicine, the International

Symposium of Neurotoxicology, the American Society for Tropical Medicine and Hygiene, the

International Society for Testing and Measurement, the International Association for Chronic

Fatigue Syndrome, the Indoor Air Quality Association, the National Institute for Building

Sciences, the National Center for Biodefense, the International Symposium on Cyanobacteria

and the Federal Research Committee on Gulf War Illness.

     3]     I am a Board Certified family practitioner in Maryland.  I have practiced as a

licensed medical doctor in Maryland since 1980.  I have been in practice in Pocomoke, Maryland

since 1980.  I am a member of multiple professional organizations that focus on environmental

medical matters and family practice.  I am the past and current President of the Somerset County,

Maryland Medical Society and the past President of the Worcester County, Maryland Medical

Society.

     4]     As evidenced by my curriculum vitae, I have been and am recognized as a leading

physician in Maryland.  In 2000, the Maryland Academy of Family Practice named me the

Maryland Family Physician of the Year.  The Medical and Chirurgical (MedChi) Faculty

awarded honors to me in both 1996 and 1997.  In 2002, I was named runner-up as the National

Family Practice Physician in the United States.

     [I understand that my CV and several of my publications and articles cited by my herein

are being submitted to this Court in a separately marked submission to make it easier for the

Court to review.]

     5]     I have authored numerous books, including the 2005 publication <u>Mold Warriors</u>.

I have been the treating physician for over 4,700 patients who have been diagnosed with ailments

caused by exposure to water-damaged buildings.  I was the lead investigator in over twenty

cohorts of patients with illness acquired following exposure to water-damaged buildings. Due to a request from Congressman Wayne Gilchrest (Md., 1st Dist.) in 2007, I submitted a diagnostic protocol for patients potentially affected by the exposure to areas with water damage in Building 18 of the Walter Reed Army Hospital. I am currently Physician-In-Charge of the health investigation of the Federal Aviation Administration's air traffic controller cohort from the Detroit Metro airport.

6]    I presented papers or testimony on mold and the effects of mold exposure to the United States House of Representatives in 2004, the United States Senate in 2006 and the Maryland State Senate in 2006. With the permission of both the Federal Emergency Management Administration and Home Land Security, I conducted on-site health investigations for victims of Hurricane Katrina located in St. Bernard Parish, New Orleans in 2006. I published the results of those investigations showing that the health effects associated with exposure to water-damaged buildings in the New Orleans area are consistent with the environmental findings of the National Institute of Occupational Safety and Health investigators in their report on health hazards at the Courthouse in St. Bernard's Parish.

7]    In addition to my books, I have authored and co-authored multiple peer-reviewed publications and articles. My first four published articles concerned my involvement, diagnosis, and treatment of Pfiesteria. I have also co-authored articles on Lyme Disease. Despite Defendants' assertions, I have published multiple articles in peer reviewed journals and trade journals covering this diagnosis and treatment of mold-related illnesses.

8]    In July 2004, the peer-reviewed journal "Neurotoxicology and Teratology" published my article entitled "A Time-Series Study of Sick Building Syndrome: Chronic, Biotoxin-Associated Illness from Exposure to Water-Damaged Buildings." Two years later, the

3

same peer-reviewed journal published my follow-up article, entitled "Sick Building Syndrome and Exposure to Water-Damaged Buildings:  Time Series Study, Clinical Trial and Mechanisms."  The research group headed by Eckardt Johanning, MD requested that I write an article for peer-review on the effect, diagnosis, and treatment of illnesses related to indoor mold in his 2005 book entitled "Bioaerosols, Fungi, Bacteria, Mycotoxins and Human Health; Pathophysiology, Clinical Effects, Exposure Assessment, Prevention and Control in Indoor Environments and Work."  This book containing my paper was published in 2005.  Various national and international medical societies have requested that I speak on a variety of topics, including my diagnosis, treatment, and experience with mold-related illnesses.  (See my CV).

9]     I have been an invited speaker to multiple medical seminars.  In 2000, I presented at the annual meeting on the American Society of Tropical Medicine and Hygiene.  My topic at this conference was the successful use of cholestyramine in the treatment of ciguatera illness.  In 2001,  the American Academy of Environmental Medicine requested that I provide an eight-hour tutorial on the diagnosis and treatment of neurotoxin diseases.  In June 2002, I flew to Italy to present three lectures during the Eighth International Symposium of Neurotoxicology on Biotoxins, including one lecture specifically covering indoor exposure to water-damaged buildings (WDB).  My presentations on chronic biotoxin associated illnesses were heard at the Fifth International Conference on Bioaerosols, Fungi, Bacteria, Mycotoxins and Human Health as well as the Thirteenth Annual Environmental Information Association in 2003.  I have twice been an invited speaker during Mealey's Mold Litigation Conferences.  During 2006, I continued to present lectures and discussions concerning mold-related illnesses.  For example, in April 2006, I was a featured speaker at the Third Annual Mold Conference.  In addition to this involvement with a multitude of medical organizations, I have also spoken at or at the behest of

various colleges and universities, including Johns Hopkins University, Georgetown University, University of Connecticut, Drexel University, George Mason University, and Wright State University.

10]      I have been called to testify on fifty-seven separate occasions.  I have been accepted as an expert and have testified concerning biotoxin associated illnesses, including mold-related illnesses in multiple jurisdictions, including Maryland, Colorado, Mississippi, Michigan, Pennsylvania, Florida, Delaware, Hawaii, New Jersey, Virginia, Oregon, Rhode Island, Pennsylvania and North Carolina.  My testimony has been subject to *Daubert* or *Frye* challenges numerous times, and I have been permitted to testify in the majority of those cases.

11]      I use standard medical methodologies in examining and treating patients.  Specifically, I obtained a differential diagnosis of Denicole Young and Vanessa Ghee by the following methodology:  Reviewed medical records of the patient; Obtained a medical history from the patient; Conducted a personal exam of the patient; Conducted clinical tests and reviewed the results of those tests; Obtained and reviewed laboratory test results; Reviewed peer-reviewed articles and/or governmental studies.   In other words, I conducted a standard differential diagnostic work-up as my methodology for general causation and specific causation analysis; differential diagnosis necessarily includes all elements of what the patient has, and what the patient doesn't have, including diagnostic studies.

12]      I, like every other physician, take a history of my patient, review medical records of the patient, conduct a physical examination of the patient, run tests on the patient and review medical literature to try to determine what might be causing problems for the patient.  After arriving at a working diagnosis from the above, I then prescribe a treatment plan.  That treatment plan might range from a prescription of medical to giving instructions to avoid certain things

(such as avoiding a particular product or chemical or maybe as broad as avoiding a particular environment—the interior environment of a house for example.)  If I suspect a product or substance or environment might be causing the patient to be ill, then – if the avoidance of that product or substance or environment finds the patient getting better – there might be a connection between the product/substance or environment and the patient's illness.

13]     I do the same thing as any other doctor does when he meets a patient to determine what is wrong with the patient.  The first thing I do is take a history from the patient.  The history is taken in order to learn what the patient is complaining about--i.e. what is bothering the patient—is he sick to his stomach?  Does he have headaches?  Is he fatigued?  Does he have localized pain (etc.)?  When is the patient ill?  Does the patient improve or get worse at certain times or places?  These are obvious and critical initial questions, but they are fundamentally important to every physician.  The evaluation of a chronic, multisymptom, multisystem illness is necessarily more complex than an acute illness with one or two symptoms from one body system, but the process involved in both of those types of illness are the same.

14]     The answers to the questions about what is bothering the patient leads me to examine the areas in the body that the patient is complaining about, understanding that as a family practice, primary care physician, my focus is on the entire patient, and not just on one specialized analysis of one organ system.  Thus, if the patient complains about sneezing and coughing, the respiratory system is examined, but the rest of the patient is examined as well.  And this examination can be done by physical exam as well as by conducting objective laboratory tests.  Similarly, if the patient complains about chronic illness or constant fatigue or aches and pains in the joints – the immune system is examined to see if it is activated or suppressed.  This type of examination is done via laboratory tests performed on serum and

plasma.  These tests are universally accepted in the medical and immunological communities to see how the immune system is working.  Similarly, if the patient complains about things such as memory loss, cognitive (thought) dysfunction, lack of sleep, or headaches – the  neurological system is examined, as well as the rest of the patient.  And this examination can be done by physical exam as well as by various generally accepted neurological examinations.  The standard neurological examinations can range from testing reflexes with an instrument to check for head trauma to examining images of the brain.

15]      The answers to the questions about when the patient gets ill, where the patient gets ill, and how often the patient is ill can lead me to suspect (or not) whether the patient is ill because he got a "flu bug" or because he "ate a bad taco" or because he might have been exposed to some environmental contaminant, etc.  If there is some sort or temporal relationship between being in a place and being ill while at that place, I then seek to find out if "that place" has been environmentally tested to see if there are substances that are documented in peer-reviewed literature that can cause the type of illness described by the patient.

16]      [The fact that I "call" this disease by a name given by myself—i.e. "Chronic Biotoxin Associated Illness," does not alter the fact that I am using established and accepted methodology (differential diagnostic work-up) to examine and treat a patient so as to arrive at a differential diagnosis (including causation of the illness).  After all, "terminology" or "nomenclature" are not diagnostic methodologies – whereas examining a patient, taking a history, conducting tests, reviewing literature, and prescribing a treatment plan are medical diagnostic methodologies.]

17]      I break my differential diagnostic process for environmentally exposed ill patients (CBAI) into a two-tier analysis.

18]     The first tier for any diagnosis of an environmentally acquired biotoxin illness, including that from mold, includes:  (1) the potential for exposure; (2) the presence of a distinctive group of symptoms; and (3) the absence of confounding diagnoses and exposures (said another way:  differential diagnosis shows no other possible diagnoses).  If the patient has no evidence of exposure, then I cannot diagnose the patient as being sick due to an environmental exposure.  Similarly, if the patient does not have symptoms that the peer-reviewed literature says a patient can have, then I cannot diagnose the patient as being sick due to an environmental exposure.  Likewise, if the patient has confounding diagnoses or other exposures from other areas, then I cannot necessarily diagnose the patient as being sick due to an environmental exposure or environmental exposure from a particular place.  Positive findings in each of the parameters of the first tier of the diagnoses are necessary before I proceed to the second tier.  Each finding in the second tier is not necessary to the diagnosis.  The second tier (the objective lab tests) either supports or does not support the initial diagnosis derived from the first tier.  The tests of the second tier reflect mechanisms of illness and are results of a careful analysis of what all of the 156 cases had and none of the 111 control patients had as was published in the paper in Dr. Johanning's book.  The case definition I employ is based on clinical evidence and no other factors.

19]     The second tier of my definition of "CBAI" consists of conducting objective laboratory tests.  Each of these test results are used specifically for the purpose that the test is used.  I do not say that each specific test alone shows that a patient was injured as a result of exposure to mold.  In other words, I do not say that the HLA findings or the MSH findings or the MMP-9 findings or the C4a findings themselves show an exposure to WDB, mold and/or mycotoxins.  Additionally, I do not say that all of the individual tests, similar to spokes of a

wheel, taken together prove to an absolute certainty that the patient was injured from exposure to WDB, mold and/or mycotoxins. But I do say, that if the patient fulfills all of the criteria in tier one and 3 of the 6 criteria in tier two, that the patient meets the peer reviewed, published case definition and was probably exposed to biologically produced neurotoxins/inflammagens found as part of the complex mixture found in the air of the interior of a water-damaged building to a reasonable degree of medical probability.

20]    It is undisputed that HLA DR are genes found on Chromosome 6 which are involved in initiating the steps required for antibody formation in the immune system. Being involved in the formation of the antibody response as part of the acquired immune system, it is clear that these genes are associated with the success or failure to clear illnesses from the body. (Killing off and clearing foreign matter in the body that causes illness is what the immune system does.) Scientists have created a registry of what HLA DR genotypes occur in people and at what frequency. It is scientifically validated and generally accepted genetic science for a genetics lab to determine which HLA DR genotypes exist in a specific person.

21]    I merely seek to obtain from the genetics lab the HLA DR genotype make-up of my patient. The relevance of the HLA DR genotype identification is that my clinical experience has demonstrated that certain identifiable genotypes are consistently identified to a much greater frequency, so called "relative risk," in those who become ill after exposure to a particular organism or locations – and WDB is one of those locations, compared to control populations. I do not say that mold illness is caused by having this HLA DR genotype and then being exposed to WDB. I merely state that the clinical consistency as evidenced by published data and a practice data base of over 5000 patients indicates an increased relative risk, or genetic susceptibility, to illness from exposure to WDB – specifically that certain HLA DR genotypes

are consistently found with a malfunctioning immune system that is failing to clear the body of the foreign substances – thus an ongoing illness.

22]     MSH (melanocyte simulating hormone) is a hormone known to control melatonin and endorphin production, as well as regulating cytokine pathways and many innate immune responses throughout the body.  It is generally accepted in medicine and science that levels of MSH in the human body can be detected and identified.  It is scientifically generally accepted that low levels of MSH are consistent with low levels of melatonin, endorphins and other hormones that impact on the functioning of the innate immune system.  It is generally accepted that MSH regulates inflammation from cytokines and that absence of normal amounts of MSH will lead to abnormal regulation of cytokine responses.

23]     I do not say that a finding of low levels of MSH mean that a person is ill due to WDB exposure.  Rather I say that the relevance of a finding of low levels of MSH indicates a malfunctioning immune system which can equate to the body not ridding itself of foreign materials and suffering from lack of coordination of inflammatory responses.  Again, the premise of the mechanism of injury to the plaintiff is that exposure to toxigenic/inflammatory substances in a WDB resulted in immunological responses (because that is what the immune system does) which caused inflammatory processes where the immune system attacked the foreign proteins (from the water-damaged building) and resulted in the immune system not "winning all the battles" – i.e., the body is failing to rid itself of foreign materials.

24]     Matrix Metalloproteinase-9 (MMP9) is a protein-digesting enzyme that dissolves complicated molecules in the tissue beneath the cell membranes in blood vessel walls as part of the immune system's way of ridding the body of foreign material.  It is accepted in immunology that MMP9 is the "delivery enzyme" that lets inflammatory compounds get out of the

bloodstream and into target tissues like nerve, muscle, brain, joint, and lung where inflammatory damage can occur.  It is scientifically validated and generally accepted that a blood test can identify the MMP9 levels in the blood.  It is scientifically accepted that cytokines cause white blood cells and cells that line blood vessels (endothelial cells) to release MMP9 and it is equally accepted that the presence of a high number of MMP9 means the presence of a high number of cytokines.

25]     I do not say that the presence of a high number of MMP9 means that the patient is ill as a result of WDB exposure.  Rather, I say that a finding of a high number of MMP9 means that there is a high number of cytokines and that there is a reasonable medical probability of inflammatory action occurring in the host's body.  The relevance to a WDB illness patient is that the fundamental part of the injury mechanism is the inflammatory responses occurring in the host's body due to an innate immune system response.

26]     Visual Contrast Sensitivity (VCS) tests are a neurologic measurement of visual pattern and detection ability.  The VCS test is recognized as a reliable and established method of gauging one's ability to determine an object's shape, size and contrast.  The VCS test is recognized as a reliable test involving the neurological system because the visual system involves a complex neurological network at the retina, optic nerve, brain nuclei, and the visual cortex.  One of the main outputs of our visual system is pattern vision.  The VCS test is an accepted indicator of ability to detect these visual patterns.  It consists of measuring the least amount of contrast needed for the viewer to detect light and dark bars.  The test looks at the neurologic function of contrast as part of vision, with the visual acuity, peripheral, near, far, color, static and motion visual inputs being controlled.  The VCS test is not a test of visual acuity, but of "functional vision," that is, one's ability to neurologically process visual

information.  In other words, VCS tests how well the eye's retina is able to translate a visual image in neural code.  Multiple previously published studies confirm the role of VCS as an indicator of effect of capillary hypoperfusion in biotoxin illnesses, with correction of the illness accompanied by improvement in VCS.  Similarly, reacquisition of biotoxin illness is accompanied by reacquisition of typical deficits in VCS scores.

I do not say that an "abnormal" finding on a VCS test means that the patient was ill as a result of exposure to WDB.  My application of the VCS test is merely to be used as a reliable barometer for evaluating neurologic activities and symptoms – i.e., are there neurological abnormalities found in the test or not?  After all, when the plaintiff complains of memory loss or cognitive thought dysfunction, a physician needs to check aspects of the neurological system to see if there are any abnormalities found in the neurological system.  I used this test in this exact capacity to see if the plaintiff exhibited any visual and neurological impairments.

27]    ACTH and Cortisol are hormones.  ACTH hormones stimulate the release of cortisol hormones.  Cortisol hormones are anti-inflammatory steroid hormones which (by definition) arrive at inflammatory areas in the body to reduce the inflammation.  The laboratory identification of ACTH and cortisol levels is clinically validated and well accepted as tests in clinical medicine.

28]    I do not say that the levels of ACTH and cortisol show that a person was ill as a result of exposure to WDB.  The relevance of these tests to my overall diagnostic impression is that the levels of ACTH and cortisol indicate whether an immunological inflammatory process is going on in the host or not that could have impacted on normal control of ACTH by MSH.  Since an immunological inflammatory process is the fundamental mechanism in the WDB injury illness, this test is relevant to see if such a process exists in the host at all.

29]    ADH is a hormone known to affect the retention of free water from the kidney. Osmolality is the measurement of salt and water content in human blood and is used as an indicator of dehydration.  The laboratory identification of ADH levels and osmolality measurements is clinically validated and well accepted as tests in clinical medicine.

30]    I do not say that a low level finding of ADH combined with a high salt content in the osmolality measurement means that the patient was ill as a result of exposure to WDB.  I do say that my clinical experience with over 7000 patients has shown me a consistent correlation between a patient with low levels of MSH having inappropriate levels of ADH for a given osmolality.

31]    Leptin is a 146 amino acid adipocytokine produced by fat cells in response to rising levels of fatty acids.  Leptin has peripheral metabolic effects, promoting storage of fatty acids, as well as central effects in the hypothalamus.  Following binding by leptin to a long isoform of the leptin receptor in the VMN, a primordial gp-130 cytokine receptor, a JAK signal causes transcription of the gene for POMC, which is in turned cleaved to make MSH and beta endorphin.  Peripheral cytokine responses can cause phosphorylation of a serine moiety (instead of threonine) on the leptin receptor, creating leptin resistance and relative deficiency of MSH production.  Normal values in commercial labs show differences between males (5-8 ng/ml) and females (8-18 ng/ml), with levels of leptin correlated with weight.  In the presence of MSH deficiency, the relationship between body weight and leptin changes, as leptin elevation becomes disproportionate to weight.  I do not say that a high level finding of leptin means that the patient was ill as a result of exposure to WDB.  Leptin functions to activate production of MSH.  If leptin cannot bind to its receptor in the brain successfully because cytokine response has damaged the receptor (called leptin resistance), MSH levels will fall.  The body senses the too-

low level of MSH and tries to force more production of MSH by raising leptin levels. Rising

levels of leptin signal impairment of the leptin receptor. I do say that my clinical experience has

shown me a consistent correlation between high levels of leptin and high levels of cytokines;

cytokines activate inflammatory responses in the immune system.

32] C3a and C4a are split products of complement activation, often called

anaphylatoxins. Each activates inflammatory responses, with spillover of effect from innate

immune response to acquired immune responses and hematologic parameters. These short-lived

products are remanufactured rapidly, and regenerated rapidly, such that an initial rise of plasma

levels is seen within 12 hours of exposure[1] and sustained elevation is seen until definitive

therapy is initiated. The components increase vascular permeability, release inflammatory

elements from macrophages, neutrophils and monocytes, stimulate smooth muscle spasm in

small blood vessels and disrupt normal apoptosis. Reduction of C4a by erythropoietin is

associated with improvement of levels of lactate and glutamate (analyzed by the ratio of

glutamate to glutamine) in the central nervous system as shown by magnetic resonance

spectroscopy. I do not say that a high level finding of C3a and/or C4a means that the patient was

ill as a result of exposure to WDB. I do say that my clinical experience has shown me a

consistent correlation between high levels of C3a and/or C4a and an active inflammatory

response in the innate immune system, but not the acquired immune system.

33] Each of the lab tests I use are approved for use by the Federal licensing agency

called Comprehensive Laboratory Improvement Act ("CLIA"); each lab test is CLIA approved

for high complexity, national labs. None of the tests mentioned above are used to say: "This test

result proves that the patient got sick as a result of exposure to WDB, mold or mycotoxins."

---

[1] "C3a, C4a: Split products of complement predict acute Lyme disease"

These test results are used to show exactly the physiologic mechanisms they were designed and accepted to show.

34]    These tests are only part of the overall differential diagnostic work-up. One can say that each test result was merely "one spoke on a wheel" of many other "spokes" of evidence. The entire wheel consists of evidence from a patient's medical record and history, a patient's history of environmental exposure (or not), the temporal relationship between exposure and illness (or not), the physical examination of the patient, each peer-reviewed article utilized to evaluate general causation capabilities, the success (or lack thereof) of avoiding a suspected contaminant, and each result from the objective lab tests. These lab tests themselves do not show illness from exposure to WDB, molds and/or mycotoxins. As examples, the lab results merely tell me whether the patient has a finding such as "normal" or "abnormal" in an accepted neurological examination – or whether the patient has evidence of an activated innate immune system response versus a non-activated innate immune system response, etc.

36]    I have a 10-year experience treating over 4,700 mold illness patients, as well as the multiple peer-reviewed papers from this practice and multiple invited academic presentations I have made over the last nine years.

37]    The illnesses of Plaintiffs Denicole Young and Vanessa Ghee are ones caused by exposure to the complex biological mixture found in WBD; simply ascribing illness from WDB to fungi alone is illogical. Not only are there multiple other sources of inflammatory responses, but other organisms are toxigenic as well, some synergistically so with *Stachybotrys*, for example, especially actinomycetes and gram negative bacteria. The role of endotoxin-producing bacteria in WDB is given less "press" than fungi, but bacteria are significant participants in the complex biological mixture that we see in WDB and are also implicated in a synergistic role with

fungi.  Further, we cannot discount the role of beta glucans as initiators of inflammatory responses in chronically exposed patients.  Indeed, the United States  Centers for Disease Control and Prevention (CDC) have published their concerns regarding mycotoxins, endotoxins and beta glucans; each are commonly found when proper testing is done on WDB, in that each different substance is associated with human illness (Rao C. and Brown C., et al, Applied and Environmental Microbiology March 2007).

39]    The facts in this case substantiate the requirement in the first tier of our peer reviewed, published case definition for the illness for there to be the potential for exposure.  This potential is satisfied either by (1) finding amplified grown of toxigenic organisms that are identified to a species level and water intrusion; or (2) finding visible mold/microbial growth and water intrusion; or (3) presence of musty smells following water intrusion.

41]    Additional information about mold illness comes from newer technology, published July 2004 and repeated several times by different labs, showing that we can identify mycotoxins in blood of affected patients with exposure, not found in those both not exposed or those exposed or not ill.  We can show prospectively the acquisition of illness, complete with a reproducible set of biomarkers, unveiled over several days of re-exposure of previously ill patients treated successfully.

45]    My opinions are based on peer-reviewed, published case definition of acute and chronic biotoxin-associated illnesses acquired following exposure to toxigenic organisms resident in WDB, including but not limited to fungi.  For ease of communication, I will describe this syndrome of symptoms, neurotoxicological findings, laboratory abnormalities and response to a published treatment protocol as "mold illness," rather than referring to the building as the source of the illness.  The syndrome that affects Plaintiffs is a biotoxin-associated illness that has

been given many names, including Sick Building Syndrome (SBS).  The term "mold illness" used herein to apply to their illness, as reviewed earlier, does not imply that the only toxigenic organisms present were fungi: other toxigenic genera likely were involved as well, including actinomycetes, bacteria and mycobacteria; in addition, substance that contribute to inflammation such as beta glucans, proteinases, hemolysins and volatile organic carbons are involved.

74]     To further define and secure the clinical basis for my diagnosis and to provide a platform for sequential therapeutic interventions, my office performed the needed blood draws and I ordered a comprehensive battery of laboratory tests for the plaintiff.  These blood tests, readily available in standard national clinical laboratories, along with procedure and diagnosis codes accepted by national medical insurance carriers, showed they met the criteria of the second tier of the case definition, which unequivocally supported my preliminary opinion regarding the etiology of his illness, as well as their prognosis and the future interventions that are probable.

79]     Water-damaged buildings host any number of toxigenic organisms and compounds potentially capable of initiating inflammatory responses.  Any one of these biologically active compounds, including mycotoxins and toxins, could be responsible for one or all of the physiologic and neurologic abnormalities seen in Plaintiffs.  Work done by Dr. David Straus at Texas Tech has shown that persons exposed to *Stachybotrys* in buildings accumulate trichothecenes (toxins made those fungi) in blood.  Recent groundbreaking work from the labs of Drs. Dearborn and Yike (Environmental Health Perspectives 2006; 114: 1221-1226) has shown that patients exposed to *Stachybotrys chartarum* contained biomarkers for trichothecene toxins in blood and control patients did not.  This work also validated the methods used by Straus and his co-workers previously.

17

83]    Plaintiff Denicole Young's respiratory failure of April 2003 is causally related to her exposure in 2002.

84]    The exposures sustained by each of the plaintiffs in the residential unit are adequate and sufficient to create the abnormalities in innate immune responses that invariably persist in such cases.  These abnormalities are confirmed by blood tests performed 9/07.

85]    The newly created abnormalities in innate immune response acquired following the exposure at the residential unit result in the removal of the normal controls on innate immune responses such that the ability of an affected patient, such as Ms. Young, to "dampen" inflammatory responses following subsequent challenge is removed.  One may think analogously of absence of a thermostat in this regard; an initial response should be met with a down-regulating negative feedback that maintains overall control over time.  This absence of dampening will accentuate her respiratory status should she subsequently be exposed to "innocuous exposures," variously including those such as pollens, danders, cockroach antigens and infections, viral or bacterial.

86]    Absent such control of innate immune responses, individuals such as Ms. Young are predisposed to potentially catastrophic events such as the incipient respiratory failure that resulted in her life-saving intubation and ventilator treatment at George Washington Hospital 4/03.  A reasonable analogy in this case is that Ms. Young becomes a "boulder moved to the edge of a 3000-foot ravine" by the antecedent inflammatory response caused by exposure in the residential unit.  The cause of her subsequent fall into respiratory failure, analogous to falling into the depths of the ravine, is the process that created risk by which she was moved to the "edge" and in the end, not any one specific problem can be identified at the time of the respiratory failure.  She actually had an illness that persisted over days, ones that normally would

have been resolved by normal functioning innate immune responses. To pursue the analogy, the boulder may tip into oblivion by virtue of a wind or a bump, neither of which would have created a problem were it not for the predisposing and pre-existing condition.

87] The medical history taken by an intern admitting Ms. Young, repeated without verification by up-the-line attendings at GW, that stated she had been previously incubated, is inaccurate. No documentation has been found to suggest such an event by either side in this litigation. Ms. Young has submitted an affidavit that she never was intubated before 4/03.

88] Therefore, but for the pre-existing condition created by the exposure in her residence, it is my opinion to a reasonable degree of medical certainty that she would not have been intubated in 4/03.

89] Comments from both defense consultants confirm a marked change in the respiratory condition of Ms. Young following her exposure in the residential unit 9/02 that did not exist before 9/02. She needs care nearly immediately after entry into the unit (as did Ms. Ghee), as well as requiring multiple medical interventions in the next six months, a deviation from her then pattern of health care needs.

90] Plaintiffs have both suffered permanent impairment to innate immune regulation including, but not limited to Ms. Young's permanent respiratory disease and restrictive lung capacity, which reveals itself as "asthma." This is the nature and extent of Plaintiff's injuries.

91] Defendants misunderstand my repeated comments in my report regarding the potential for future medical needs by citing one answer to one question in my deposition. My report quite clearly states what the patients will experience in the future, even in the absence of use of cholestyramine (CSM). See page 0002, paragraphs 6 and 7

"It is my opinion to a reasonable degree of medical certainty that the well-documented symptoms complex of Mss. Young and Ghee before treatment by my protocols are solely due to their townhouse exposure.  They never should have been exposed to an indoor environment known to be a water-damaged site.

"Given the time that has elapsed since the onset of their illness to definitive delineation of their deranged physiology, caused by their townhouse exposures, it is more likely than not that they have sustained a permanent disabling illness.  They will require close follow-up in the months to come."

Also see page 0017, first paragraph:

"In my opinion Mss. Young and Ghee will need ongoing medical care for the predictable future to ensure that they won't suffer an additional mold illness following exposure to another WDB, as would happen given their prior mold illness.  To date, there are no therapies available for mold illness patients that can correct the increased susceptibility to illness caused by re-exposure.  I must emphasize that newer modalities for treatment of mold illness may cause me to reassess these current care guidelines."

Further, on page 0018, paragraph 2:

"The symptoms of Mss. Young and Ghee will likely be significantly reduced in number coincident with institution of CSM therapy; they have a long way to go, however, as additional therapies will be likely be required, given the duration of their illness, even if they tolerate the CSM, and are able to take four doses each day.  No other intervention taken before the institution of therapy had accomplished any meaningful reduction in symptoms; no laboratory studies had been done to use for comparison to the baseline data obtained on the clinic visit dates."

The stated opinion continues on page 0019, paragraph 2:

> "It is further my opinion that Mss. Young and Ghee are at-risk for recurrence of illness should they be re-exposed without the use of medications for prophylaxis to indoor areas with amplified growth of molds or other toxigenic organisms. They will need ongoing medical care, with significant expense related to monitoring and treating their illness. The future medical expenses will include use of CSM or some other toxin-sequestering agent; diagnostic studies on a quarterly basis; office consultations with a physician skilled and experienced in treatment of mold illness; additional medical interventions including but not limited to raising MSH; raising VIP, lowering C4a, correcting VEGF; lowering MMP9; correcting dysregulation of ACTH/cortisol and ADH/osmolality; raising androgens, especially testosterone; lowering IL-10, lowering IL1-ra, lowering interferon alpha and whatever other interventions are shown to be necessary."

Comments in this regard continue on page 23, paragraph 1:

> "Mss. Young and Ghee will continue to be at risk for additional deleterious inflammatory responses over time; they will likely need to take toxin-binding medication on an ongoing basis. The patients at risk for prolonged impairment are readily profiled by diagnostic protocols; it is hoped that new therapeutic interventions, now in the data-gathering stage, including erythropoietin, vasoactive intestinal polypeptide (VIP) and MSH will be successful in the future to help adults with these genotypes and illnesses."

Note that both Mss Young and Ghee are deficient in MSH and VIP. This vital fact is conveniently overlooked by defense and its consultants. Moreover, both Ms Young and Ms. Ghee meet the strict criteria of a peer-reviewed, published case definition based on diagnosis and treatment of over 4700 patients. Both of the defense consultants fail to present data that

documents they have used any intervention to show before and after results of their treatment of a patient with exposure to a water-damaged building (WDB).  Management of **acquired** immune illnesses, including allergy, has **nothing to do** with management of **innate** immune illnesses such as the ones these patients have.  Defense and its consultants can not cite any publication that refutes the validity of the case definition our group has published.  The case definition is based on the similar case definition created by the CDC in *Pfiesteria* illness, combined with an additional and more restrictive requirement that patients meet objective standards as well.  This concept of use of a second tier is widely accepted in medicine, being used as part of the diagnostic approach to many conditions, with lupus and acute rheumatic fever being obvious examples.  Defense and its consultants can cite no study refuting the benefits of therapy our group has published in multiple studies and the presence of innate immune blood tests in patients with exposure to WDB and subsequent illness as objective biomarkers for that illness.  The use of these biomarkers, richly represented in literally hundreds of references supplied, stand as mute testimony to the emptiness of defense's argument.

92]     The methods I employ are the same standard methods used by physicians in diagnosis and treatment.  My methods are not unique in medicine: they are the rock upon which the foundation of medical practice is based.  I review past medical history and review all available records before a patient is seen. I take a complete medical history and perform a thorough physical examination.  I initiate a differential diagnosis process that begins with history and extends to all aspects of patient evaluation, including laboratory testing, use of statistical methods and comparison of individuals as part of an epidemiological cohort.  It is through this process that I evaluate all prior medical histories, prior medical records, and prior potentials for exposures.  Ancillary studies are performed to aid in ruling in a given diagnosis and ruling out

others; these studies enable the differential diagnosis process to become more refined as evaluation continues. Laboratory studies are drawn to obtain data that rule out other confounding medical problems, as was done in these cases and to support (or not) a preliminary diagnosis of a chronic, systemic inflammatory illness caused by exposure to toxigenic elements found in the residential unit. Differential diagnosis is a process that includes response to therapy as well, but absence of use of therapy is not a bar to use of differential diagnosis as the diagnostic process.

94]    Defense would have us believe that only mycotoxins could be a cause for the abnormalities in these patients. Actually, as the abundant and robust literature referenced in the Current WDB References shows, additional elements, including endotoxins, beta glucans, proteinases, hemolysins, actinomycetes and mycobacteria, among others, are all contributory to the illness. The absence of specific testing for each of these elements does mean those elements were absent from the residential unit. Moreover, the presence of smells and visible mold growth substantiates the potential for exposure, particularly for individuals such as these patients who have a genetic predisposition to such illness.

97]    I reviewed an extensive body of past medical records, comprising three binders of documents before the patients were seen. I took a medical history. I performed a physical exam. I ordered ancillary testing, including pulmonary function testing, pulse oximetry and electrocardiogram. I performed visual contrast sensitivity, (VCS). I ordered laboratory testing. I developed a differential diagnosis on a preliminary basis at the day of their office visit.

98]    I further refined the differential diagnosis after receiving results of the blood testing performed by reference laboratories. I applied the data for each patient to the peer

reviewed, published case definition for acute and chronic illness acquired following exposure to a WDB.

99]     Each patient met the strict requirements of the two-tiered case definition.

103]     Ms. Young has a dual mold susceptible HLA DR analyzed by PCR.  One haplotype is 13-5-52C and the other is a rare haplotype (11-3-52B) that carries dire consequences should the carrier become ill from exposure to a WDB.  I have published frequently in the past that this haplotype is the "dreaded," in that the incidence of this haplotype is increased **22-fold** in patients with the worst illness compared to control populations.  She had a deficit in VCS.  Her MSH was 12, with normal ranges being 35-81 pg/ml.  Her MMP9 was 565, with normal range 0-332.  These are four of the six parameters required to meet the second tier of the case definition; only three parameters are required.  She had a C4a result of 10,935, with normal < 2830 ng/ml.  This level is astronomically elevated and is not found in non-cases to date.  The illness severity can be paralleled to the elevation of C4a, consistent with the previous discussion on why Ms. Young was an "invitation for disaster" re her pulmonary status after her mold illness changed her physiology of innate immune response.  I emphasize that there is no way that a patient can "fake" these objective tests.  Potential confounders, such as allergy to trees, dander and grasses, for example, never give any abnormalities of these tests.  I am aware through systematic studies that certain factors and/or diseases do not give these lab abnormalities, namely low MSH, VCS deficits, or elevated C4a, yet occasionally coexist with mold illness, including depression, stress, deconditioning, obesity, cigarette or tobacco use, estrogen use, sarcoid, lupus, asthma, nasal allergy, anemia, B12 deficiency, elevated cholesterol, degenerative joint disease, diabetes, HBP, and CHF.  Based on these laboratory findings, Ms. Young is a case.

104]     Ms. Ghee has dual HLA DR haplotypes that provide her with increased susceptibility to mold illness.  She also had a deficit in visual contrast testing (VCS).  Her MSH was 18, too low compared to the normal range of 35-81.  Her labs were otherwise normal, including C4a of 2694.  We see that her illness is much less severe compared to Ms. Young, but she nonetheless has three of the six parameters required to meet the strict requirements of the second tier of the case definition.

131]     Adding the concept of genetic susceptibility renders the idea of a linear dose response even more farcical.  Some people react quickly to elements in a water-damaged building, others not at all.  We are not looking at a static host.  However, we know that prior exposure and illness increases the rate of second-time around inflammatory responses, such that re-exposure makes previously ill people sicker and the increase of adverse inflammatory effects is seen quicker. Together, this means that even a one time exposure to the interior of a water-damaged building can cause activation of pattern recognition systems, each of which sets off its inflammatory cascade.  As an example (see National Toxicology Program Presentation by R. Shoemaker MD 12/6/07 included in Exhibit 37), consider what is observed with exposure of patients to a water-damaged building (as our clinical trials, using the repetitive exposure model, confirms).  Consider that an effect or response (X) is related in a fashion to dose.  Will the response be linear or non-linear?  (X) will then be equal to the sum of routes of exposure (A) plus contaminants (B) plus length of time of exposure (C) plus individual genetic susceptibility (D) plus individual prior exposure and change of susceptibility from that exposure (E) plus amounts/types of microbial organisms, each potentially acting synergistically with another (F) plus the amount of inflammagens causing potentially exponential changes in c-type lectin receptors, especially dectin-1 and dectin-2 receptors (G).  X then is equal to the combined effects

of A through G, each of which can cause *amplification*, not additional, effects of innate immune responses. Moreover, the elements A through G are each themselves variable. The analysis gets worse for the linear dose-response advocates: there are interactions of A through G, some of which are synergistic and some involve differential gene activation as well as epigenetic phenomena. It is impossible to assume that response or effect X will be linearly related to variables, each simultaneously expressed A through G. We cannot analyze one component of exposure, namely mold spores, or even worse, mycotoxins, and come to any meaningful conclusions from classical monotonic dose-response relationships.

132]    The expert battleground about the controversy about mold illness involves opinions from the Nay-Sayers, each with intense conflict of interest, no human data and no experimentation, confabulating ideas about illness, apparently hoping that no one will actually read what they say, relying on no authoritative work, saying that mold illness is implausible. Compare that to (1) a large body of papers covering thousands of patients from all over the world from the Association studies finding the same things: exposure to WDB makes people sick; (2) the scientific literature on elements in water-damaged buildings that can be harmful: mycotoxins, fragments of fungal particles, actinomycetes, bacteria and endotoxins, beta glucans, and mycobacteria; and (3) the inflammatory response findings and the Association findings regarding buildings and microbial growth.

136]    I support my opinions with my twenty-nine years of experience as a treating physician; my experience as a treating physician for over 4,700 patients with chronic illness acquired following exposure to water-damaged buildings; my personal experience as a treating physician for more than 6,900 patients with chronic illness acquired following exposure to

biologically produced neurotoxins, including those from water-damaged buildings; and the

abundant scientific literature on the subject.

# EXHIBIT 3

# EXHIBIT 15

**RITCHIE C. SHOEMAKER, M.D., P.A.**
CHRONIC FATIGUE CENTER
500 MARKET STREET
SUITE 102, 103
POCOMOKE, MD 21851
TELEPHONE (410) 957-1550
FAX (410) 957-3930

## Curriculum Vitae

2/15/08

Ritchie C. Shoemaker, M.D.
DOB: 06-13-51 Charlotte N.C. US Citizen
Home address: 2448 Lakeland Drive, Pocomoke, Maryland 21851

**Current Employment**
Ritchie C. Shoemaker MD. PA. DBA Chronic Fatigue Center
President, ChronicNeurotoxins, Inc
Medical Director, Center for Research on Biotoxin Associated Illnesses (501-c-3, non-profit corp.)

**College: Duke University** 1969-1973 Magna Cum Laude
  Major in Molecular Biology, Zoology. Minor in Philosophy.
   **Theses:**
   - Microtubule control of phototactic responses in *Euglena*, 1971.
   - Localization of DNA replication sites in *Tetrahymena* by electron microscopy, autoradiography and tritiated thymidine counts, 1972.

**Medical School: Duke University 1973-77**
   Editor – "First Contact" Medical Student Primary Care Journal
   **Theses**
   - Molecular basis for muscle injury and repair 1974
   - Ventilation-perfusion abnormalities in chronic lung disease 1975
   - Epidemiology of *streptococci* 1976

**Residency 1977-80**
  Family Practice Residency, The Williamsport Hospital, 777 Rural Ave, Williamsport, PA 17013

**Board Certification ABFP 1980**
**MD License** 1980 to present. D24924

**Professional Memberships**
   - AMA 2001-present
   - ACSM 1977-1996
   - American Society of Bariatric Physicians 1998-2001
   - American Academy of Family Physicians 1999-2001
   - American Society for Microbiology 1999-present
   - American College of Occupational and Environmental Medicine 2/6/05-2/6/06
   - American Society of Tropical Medicine and Hygiene 11/05-present
   - International Lyme and Associated Disease Society (ILADS) 2000-2003
   - International Association for Chronic Fatigue Syndrome 4/05-present
   - Maryland Medical Chirurgical Association (Med Chi) 1980-present
   - Maryland Academy of Family Physicians 1999-2001

**Practice Experience**
- 7/1980-9/1982 NHSC Pocomoke, Maryland.
- 10/1982 to present, Private Practice, Pocomoke, Maryland
  Outpatient Family Medicine
  1604 Market St 10/1982-5/2002
  500 Market Street, Suites 102,103 5/2002-present
       Pocomoke City, Maryland 21851

**Teaching Appointments**
- Milton Hershey Medical School 1980-90, Physician Assistant Preceptor;
- Johns Hopkins Medical School 1981-86;
- Duke University Medical School 1983-85;
- Wilmington College Nurse Practitioner Program 1996-1997;
- University of Maryland Medical School 1997-present.

**NB: These appointments are for community preceptorships only and are not salaried**

**Hospital Affiliation**, Active Staff, McCready Hospital, Crisfield, Maryland 1980-1986; 1997-6/2003, courtesy 1986-1997; and 7/2003-present, pure outpatient practice (no demands to reduce privileges).

**Medical Society**
- President, Somerset County 1982-86
- Member, Worcester County 1986-1997
- President, Somerset County 1998-present

**Credentialed By**
- Medicare, Medicaid, BCBS, MDIPA, DHP, Alliance, Prudential, Principal, Aetna American Health Care, Infor Med, PHCS, Trigon, many others.
- Never denied credentials

**Additional work experience**
Shoemaker's Bench, Antique Refinishing and Restoration 1966-present. Historic Remodelers of the Eastern Shore 1981-present. Wetland Consultant 1983-present. Visiting Medical Lecturer 1991-present.

**Website**
  www.chronicneurotoxins.com 4/00-present
  www.moldwarriors.com 10/04-present

**Books published**
- Pandora Boxer (philosophy) 1972 (out of print)
- Hematology for Residents 1978 (out of print)
- Weight Loss and Maintenance; My Way Works, Does Yours?
  - First printing 1996; Second printing 1998.
- Pfiesteria: Crossing Dark Water
  - First printing 1997; Second printing 1998
- Desperation Medicine
  - 1/15/01 Second printing 6/06
- Lose the Weight You Hate
  - First printing 2/02; Second printing 10/05
- Mold Warriors 4/05; second printing 12/2007
- Books in preparation:
       A Users Guide to Native Shrubs and Trees of the Eastern Shore
       From Farm to Estuary; A Chesapeake Bay Ecology Cookbook

It's a Long Way From Pocomoke; This One's For You, Jack.
Surviving Mold: Life in the Era of Dangerous Buildings

**Columnist** Worcester County Messenger weekly newspaper; "What's Cooking" 1994-2001

**Editorials Published**
Daily Times of Salisbury (many), Maryland Environmental Health Newsletter,
Outlook (op-ed) Washington Post, Baltimore Sun, Multiple Florida Newspapers,
Runoff Magazine, CCA Journal, Feature article with Duke Alumni Magazine,
Family Practice News, Internal Medicine News, OB-GYN News, Delmarva Farmer (many), Asbury (NJ) Press
(Op-ed).

**National television appearances**

Good Morning America, BBC, Australian Broadcasting System, NBC News, CBS News, Discovery Health
Channel: "Dangerous Catch" and "Is Your House out to Get You;" CNN, ABC News

**Local TV stations**
Multiple: Salisbury, Md., Washington, DC, Baltimore, Md, Stuart, Florida, Philadelphia, Pa, Leesburg, Florida,
New Orleans, Louisiana

**Publications:**
- "The Death of Edgar Allen Poe" What Really Happened MMJ 4/97
- Diagnosis of *Pfiesteria* Human Illness Syndrome, Maryland Medical Journal 1997; 46(10): 521-3.
- Treatment of Persistent *Pfiesteria* Human Illness Syndrome, MMJ 1998; 47(7): 64-66.
- Co-author, Grattan et al, Lancet 1998; 352: 532-41.  Learning and memory difficulties after environmental exposure to waters containing *Pfiesteria* or *pfiesteria-like* dinoflagellates.
- Hippocrates 2000; February, Viewpoint Housecall: A crisis in the air restores a physician's faith in medicine
- Possible Estuary-Associated Syndrome, Environmental Health Perspectives 2001; 109(5): 539-545.  Grand Rounds in Environmental Medicine
- Residential and Recreational Acquisition of Possible Estuarine Associated Syndrome:  A New approach to Successful Diagnosis and Therapy, Environmental Health Perspectives, Special CDC *Pfiesteria* Supplement, 2001; 109S5; 791-796.
- How Sick is Your Building and What You can do About it, Filtration News, June, 2001
- Getting Inside Sick Building Syndrome, Filtration News, July, 2001
- American Diabetes Association, Diabetes 2002; 51(2) Supplement: A133.  Use of pioglitazone to prevent intensification of persistent symptoms following cholestyramine treatment of patients with Post-Lyme syndrome
- A Primer in Sick Building Syndrome:  Lessons from the Somerset County District Court, Filtration News June, 2002
- Lyme Times 2002; 33: 13-16.  Lyme, an Infectious Disease and a Neurotoxin Illness.
- Lyme Times 2002; 33: 38-40. Someone Has to Tell; a patient's story.
- Environmental Health Perspectives 2002; 110: A121-A123, letter.  Visual contrast sensitivity, response.
- Environmental Health Perspectives 2003; 111(1): A18-19, letter.  Neuropsychologic Testing versus Visual Contrast Sensitivity:  Response.
- Medical Conditions Arising From Environmental Conditions, interview, Filtration News, July 2003
- Moldy buildings:  It's a jungle in there.  Filtration News, Nov 2004
- Neurotoxicology and Teratology, January 2005.  R. Shoemaker and D. House, A time-series of sick building syndrome; chronic, biotoxin-associated illness from exposure to water-damaged buildings. Neurotoxicology and Teratology 2005; 27(1) 29-46.
- Sick Building Syndrome in water-damaged buildings: Generalization of the chronic biotoxin-associated illness paradigm to indoor toxigenic fungi; 5/2005; Pg 66-77 in Johanning E. Editor, Bioaerosols, Fungi, Bacteria, Mycotoxins and Human Health. R Shoemaker, JM Rash, EW Simon.
- To Build a Safe House, Filtration News, June 2005

- Defining Sick Building Syndrome in adults and children in a case-control series as a biotoxin-associated illness: diagnosis, treatment and disorders of innate immune response, MSH, split products of complement. IL-1B, IL-10, MMP9, VEGF, autoimmunity and HLA DR; American Society of Tropical Medicine and Hygiene; 12/14/05
- C3a and C4a: complement split products identify patients with acute Lyme disease; ASTMH, 12/4/05
- MMP9, visual contrast sensitivity, C3a, C4a and HLA DR: New diagnostic aids in acute and chronic Lyme disease, ASTMH, 12/14/05
- Atovaquone plus cholestyramine in patients co-infected with *Babesia microti* and *Borrelia burgdorferi* refractory to other treatment, Advances in Therapy 2006; 23(1): 1-11. Shoemaker RC, Hudnell KH, House DE, van Kempen A, Pakes GE for the COL 40155 Study Team.
- American Society for Microbiology Biodefense Research meeting 2/16/06 Hyperacute physiological changes following prospective exposures to environmental sources of trichothecene toxins in water-damaged buildings (WDB): a Stealth toxin is revealed.
- SBS and exposure to water damaged buildings: time series study, clinical trial and mechanisms; submitted, Neurotoxicology and Teratology 3/27/06, accepted for publication 7/31/06. R Shoemaker, D House. Internet location: doi: 10.1016/j.ntt.2006.07.003. Published as NTT 2006; 28: 573-588.
- Mold Illness after Katrina: The truth you haven't heard. Filtration News, May, June 2006
- AAAAI; rebuttal to Bush position paper, endorsed by >100 PhD and MDs; submitted 5/06, accepted 7/8/06, JACI 2006; 118: 764-766. Co-authors: Harriett Ammann PhD; Richard Lipsey PhD; and Ed Montz PhD.
- ASTM International, Section D22, Boulder Colorado 7/27/06. Bringing science to bear on moisture and mold in the built environment. "Defining causality of a biotoxin-associated illness by exposure to water-damaged buildings: a case control series."
- ASTMH 11/06 (accepted) Defining chronic ciguatera illness by abnormalities in innate immune responses: final common pathways of biotoxin-associated illnesses
- ASTMH 11/06 (accepted) Eight year follow-up of patients with Possible Estuarine Associated Syndrome (PEAS): symptom reduction didn't result in cure
- International Association for Chronic Fatigue Syndrome 1/14/07. Treatment of elevate C4a in patients with CFS using low doses of erythropoietin safely reduces symptoms and lowers C4a: a prospective clinical trial.
- International Association for Chronic Fatigue Syndrome 1/14/07. Treatment of CFS patients with elevated C4a using low dose erythropoietin corrects abnormalities in central nervous system metabolites and restores executive cognitive functioning.
- International Association for Chronic Fatigue Syndrome 1/14/07. Treatment of CFS patients with low levels of vasoactive intestinal polypeptide (VIP) and shortness of breath with tadalafil improves exercise tolerance and pulmonary artery pressure responses to exercise.
- Inside Indoor air quality 4/15/07, with King-teh Lin PhD. Filtration News May/June 2007.
- 10/3/07 Allergy Clin Immunol Int: J World Allergy Org 2007 Supplement 2. C3a and C4a: Complement split products identify patients with hyperacute Lyme disease.
- 10/14/07 IAQA, Las Vegas, Nevada. Sequential activation of innate immune elements: a health index for people re-exposed to water-damaged buildings.
- ASTMH 11/07. Correction of central nervous system metabolic abnormalities, deficits in executive cognitive functioning and elevated C4a: a clinical trial using low dose erythropoietin in patients sickened by exposure to water-damaged buildings.
- ASTMH 11/07. Sequential upregulation of innate immune responses during acute acquisition of illness in patients exposed prospectively to water-damaged buildings.
- ASTMH 11/07. Defining mold illness in children: a chronic inflammatory illness with distinctive biomarkers.
- International Archives of Allergy and Immunology, 2008; 146: 255-261. C3a and C4a define acute Lyme disease. Shoemaker RC, Giclas P, Glovsky M.
- Indoor Environmental Communications 1/08. Shoemaker RC and Lin, Kin-the. The ever-expanding data base on pathophysiology of illness caused by exposure to water-damaged buildings.

**Peer reviewer:**

Environmental Health Perspectives; Special CDC Pfiesteria issue, 2001; comment on fungal illness 2007
Environmental Research; 2003, 2004
Journal of Nutritional and Environmental Medicine 2007 (small colony variants. MARCoNS)
Heart and Lung 2007 (Babesia as FUO)
Health Policy.  2/08.  The relationship between sick building syndrome and perceived indoor environmental quality in apartment buildings

**Graduate degree examiner**
University on Newcastle, Australia 10/04.  Delta hemolysins production of long-term *Staphylococcus epidermidis* cultures. Hai Lin, Environmental and Life Sciences.

**Presentations:**
- **4/10/00** Regional Meeting American Society of Microbiology, Lewes, Delaware.
  A new approach to diagnosis and treatment of chronic Lyme disease: vision, cytokines, and cholestyramine.
- **5/10/00**- Chico, Calif.  Lyme disease as a Neurotoxin and Cytokine-Mediated Illness
- **9/21/00** Lewes, Delaware.  Center for the Inland Bays "*Pfiesteria* Human Illness Syndrome and Blue Green Algae Syndrome: Emerging Estuarine Health Threats"
- **9/24-25/00** Tallahassee, Florida.  Florida Department of Environmental Protection  Diagnosis and Treatment of a chronic neurotoxin-mediated illness from an unknown microbe at the Casteen Roads.
- **11/4/00**, Princeton, New Jersey. Annual Scientific Conference of the Lyme Disease Association Hypoperfusion of retina and neural rim of optic nerve head as biomarker for the chronic neurotoxin-mediated illness of Lyme disease.
- **10/25/00** American Psychiatric Association, Annual Meeting, Philadelphia, PA. Environmental Acquisition of Psychiatric Illness
- **10/30/00** Annual Meeting of American Society of Tropical Medicine and Hygiene, Houston, Texas.
  A new approach to diagnosis of chronic *ciguatera* illness and successful treatment with cholestyramine
- **6/01/01** Delaware Medical Society, Lewes, Delaware.  Approach to Diseases Caused by Neurotoxins
- **11/09/01** Lyme Disease Association, Princeton, NJ. Acute Lyme Disease
- **11/10/01** ILADS. Princeton, NJ, Co-infection with apicomplexans and Lyme, role of extrachromosomal plastid DNA and persistent symptoms
- **11/30/01** International Society of Neurobiology, Seattle, Washington. Neurotoxins and solutions to questions raised by chronic fatiguing illnesses
- **2/14/02** American Academy of Environmental Medicine, St. Louis, Missouri, an 8 hour tutorial. Challenges to Clinical Paradigms:  Cytokines, neurotoxins and vision
- **6/24/02** 8th International Symposium of Neurotoxicology, Brescia, Italy. Co-Chair (with Ken Hudnell, Ph.D.) of Biotoxin Session.  Three lectures:  Sick Building Syndrome:  Possible Association with Exposure to Mycotoxins from Indoor Air Fungi (to date, the largest study on SBS in the world's literature, 103 patients and 43 buildings); Use of pioglitazone to prevent intensification of persistent symptoms following cholestyramine treatments of patients with Post-Lyme Syndrome: the multisite trial. Metallic Taste, a marker of neurotoxicity.
- **9/17/02** Environmental and Occupational Health Sciences Institute, Occupational Medicine Residency Program, Robert Wood Johnson Medical School, Piscataway, NJ; Neurotoxin mediated illnesses: A new approach to medically unexplained symptoms.
- **9/20/02**   International College of Integrative Medicine, Grand Rapids, Michigan. Neurotoxins, hypothalamic hormones and chronic fatiguing illnesses
- **11/15/02 ASTMH** Denver, Colo, Use of atovaquone and cholestyramine in patients co-infected with *Borrelia burgdorferi* and *Babesia microti*, refractory to all antibiotic regimens (GlaxoSmithKline funded research).
- **12/6/02 Faculty** member, National panel, Wright State University, Michigan.  Interim clinical guidelines for the diagnosis and treatment of mold associated medical disorders; presented, "A new paradigm for diagnosis and treatment of Sick Building Syndrome, a biotoxin associated illness."

- **2/20/03 Univ Connecticut,** Pathobiology seminar, "Biotoxins, vision, inflammatory cytokines and hypothalamic hormones in primary care medicine: From Post-Lyme Syndrome to Sick Building Syndrome, a new paradigm for medically uncertain symptoms.
- **7/11/03 Harris Chain of Lakes Restoration Commission,** Lake County, Florida. St. John's River Water Management District, invited lecture: Human health effects following exposure to toxigenic cyanobacteria: diagnosis, treatment and environmental implications
- **9/10/03 5th International Conference on Bioaerosols, Fungi, Bacteria, Mycotoxins and Human Health,** Saratoga Springs, NY (peer reviewed). Sick building syndrome in water damaged buildings: Generalization of the chronic biotoxin associated illness paradigm to indoor toxigenic fungi (156 patients in 150 buildings).
- **9/25/03 13th annual Environmental Information Association. Myrtle Beach, SC,** keynote. The clear link between mold exposure and human health: What you need to know
- **10/30/03 Mold 5 National Institute of Building Sciences, Building envelope and thermal environment committee,** San Diego, Cal, keynote, Human health effects from exposure to toxigenic fungi: The proof of causation is here.
- **11/25/03 Crossing boundaries: Medical Biodefense and Civilian/Military Medicine; First International conference, sponsored by George Mason University, National Center for Biodefense and Georgetown University,** Arlington, Va. Diagnosis and Treatment of Biotoxin Associated Illnesses: Learning for the future from Today's Example
- **12/02/03 Special Report to the Federal Research Committee on Gulf War Illness.** Gulf War Illness as a Biotoxin Illness: Report of a cohort of exposed veterans.
- **1/10/04 Invited speaker, National Center for Biodefense, George Mason University.** Physiology of chronic biotoxin illness.
- **4/30/04 American Society for Microbiology, Integrating Metabolism and Genomics,** Montreal, Quebec. Linkage disequilibrium of HLA DR genotypes, autoantibodies and wingspan/height ratios in patients with environmentally acquired toxigenic illness
- **5/25/04 104th General meeting of American Society for Microbiology,** New Orleans, Louisiana. Melanocyte Stimulating Hormone (MSH) Deficiency in Chronic Fatigue Syndrome Associated with Nasal Carriage of Coagulase Negative Staphylococci
- **6/22-23 2004 Mealey's National Mold Litigation Conference,** Orlando, Florida. Invited speaker, Emerging medical issues in mold illness.
- **10/8/04 American (now International) Association for Chronic Fatigue Syndrome,** Madison, Wisconsin. Chronic Fatigue Syndrome: Lessons from the Biotoxin Pathway
- **12/4/04 Johns Hopkins University, Occupational and Environmental Medicine Conference,** Chronic Illness from Water-Damaged Buildings: Just Another Stop Along the Biotoxin Pathway
- **12/9-10/04 Mealey's Construction Defect and Mold Litigation Conference, Las Vegas, Nevada,** Why the Institute of Medicine Report is Stale
- **9/6-10/05 International Symposium on Cyanobacteria and Harmful Algal Blooms, US EPA** Research Triangle Park, NC. Characterization of chronic human illness associated with exposure to cyanobacterial harmful algal blooms predominated by *Microcystis*
- **11/2/05 Mid-Shore Lyme Disease Association,** Acute and chronic Lyme disease: lessons from the Biotoxin Pathway. Easton, Maryland.
- **2/16/06 Drexel University School of Medicine, Philadelphia, Pa. Visiting professor series.** It's a Long Way from Pocomoke
- **3/4/06 CAM Expo East, NYC, NY.** Physiology of fibromyalgia and Chronic Fatigue Syndrome
- **3/25/06 Mid-Shore Lyme Disease Association,** Easton, Md. Rise of the innates; Lyme disease 2006:lessons from a billion years ago
- **4/1/06** Third Annual Mold Conference, Houston, Texas. Mold Illness: So What do We Really Know?
- **5/6/06** American College for Advancement in Medicine, Dallas Texas. Lyme disease update: Rise of the innates
- **6/28/07** Quarterly Medical Director's Conference; Department of Mental Health Services, State of Virginia, "Inflammatory central nervous system illness caused by environmental exposures presenting as psychiatric illness."
- **8/6/07** International CFS leaders conference, Sonoma County, California. "Shoemaker for dummies."

- **12/6/07** National Toxicology Program NIEHS, RTP, NC. Physiologic disturbances and causality in patients with illness acquired following exposure to water-damaged buildings
- **4/12/08** Lyme and autism, LIA Foundation, "What biotoxins do to inflammation and brains." Fort Lee, NJ
- **6/2/08** AIHA continuing education program Round Table, Minneapolis; Steve Vesper, Greg Boothe, Gil Cormier King teh Lin co-panelists. Integrating Field, Laboratory and Clinical data for the IAQ investigation. Comparison of indices of human health and building healthy: SAIIE meets ERMI.
- **6/15/08** 7th International Conference on Neurotoxicology, Costa Rica. Human health effects of acute and chronic exposure to toxigenic cyanobacteria. EPICOH-NEUREOH.

**Posters:**

| | |
|---|---|
| **12/10/98** | Georgetown Center for Food Policy, Washington, D.C. |
| | 1. *Pfiesteria*; Diagnosis and Treatment |
| | 2. Environmental Factors Contributing to *Pfiesteria* Blooms |
| **6/15/99** | Maryland Academy of Family Practice Annual Meeting |
| | 1. *Pfiesteria* Human Illness Syndrome |
| | 2. Use of Troglitazone in Treatment of Hyperinsulinemic Obesity |
| **5/01/00** | Association of Research in Vision and Ophthalmology, Fort Lauderdale, Florida. |
| | 1. Use of Contrast Sensitivity in Diagnosis of Chronic Neurotoxin-Mediated Illness |
| **6/4/00** | US EPA National Health and Environmental Effects and Research Lab |
| | 1. Human Health and Environmental Indicators |
| | 2. Possible Estuarine Associated Syndrome, Diagnosis and Treatment |
| **10/18/00** | CDC National Pfiesteria Conference Stone Mountain, Georgia |
| | 1. Evidence of Successful treatment of the chronic neurotoxin-mediated illness of Possible Estuarine Associated Syndrome |
| | 2. Possible *Cylindrospermopsis* Associated Human Illness Syndrome |
| **6/20/01** | 81st Meeting of Endocrine Society, Denver, Colorado |
| | 1. Use of Rosiglitazone in Treatment of    Hyperinsulinemic Obesity (SmithKlineBeecham funded research) |
| **6/15/02** | San Francisco, American Diabetes Association |
| | 1. Use of Pioglitazone to Prevent Intensification of Persistent Symptoms following Cholestyramine Treatment of Patients with the Post-Lyme Syndrome (Takeda Pharmaceuticals North America, funded research) |
| **11/15/02** | Denver, Colorado, ASTMH |
| | 1. Differential Association of HLA DR by PCR Genotypes with Susceptibility to Chronic, Neurotoxin-Mediated Illnesses |
| **9/10-9/12/03** | Saratoga Springs, NY 5th International Conference on Bioaerosols, Fungi. Bacteria, Mycotoxins and Human Health. |
| | 1. Sick Building Syndrome, diagnosis and treatment of a biotoxin associated illness with multiple biomarkers: prospective confirmation of causation in 156 patients from 150 buildings using 11 different biomarkers |
| **10/8/04** | American Association for Chronic Fatigue Syndrome, Madison, Wisconsin |
| | 1. Chronic Fatigue Syndrome: Lessons from the Biotoxin Pathway; |

**CME Speaker:**

| | |
|---|---|
| **6/20/00** | Maryland Academy of Osteopathic Physicians, Ocean City, Maryland Annual Meeting. |
| | 1. A physician's approach to diagnosis and treatment of chronic neurotoxin-mediated illnesses. |

**American Society of Bariatric Physicians:**

| | |
|---|---|
| **4/10/99** | Phoenix, Arizona Regional Meeting |
| | 1. Use of troglitazone in treatment of hyperinsulinemic obesity. |
| **10/30/99** | Las Vegas, Nevada. Annual Meeting |
| | 1. Rational use of the Glycemic Index |
| **5/10/00** | Portland, Oregon, Regional Meeting |
| | 1. Environmental acquisition of defects in insulin receptor physiology |

8

| | |
|---|---|
| **10/4/00** | Washington, D.C. Annual Meeting |
| | 1.  Hypoperfusion, tumor necrosis factor alpha and environmental acquisition of diabetes and obesity |
| **4/15/01** | Houston, Texas. |
| | 1.  Use of Rosiglitazone in treatment of Hyperinsulinemic Obesity in Non-Diabetics |
| **4/15/99** | WV Academy of Physician Assistants, Davis, WV. |
| | 1.  The No-Amylose Diet |

**Congressional testimony:** House of Representatives 9/22/04 staff briefing and press conference Member John Conyers; Health effects of exposure to water-damaged buildings; US Senate staff meeting 1/12/06, Human health effects of mold exposure, Senator Edward Kennedy.

**Maryland Senate testimony:** Commentary on indoor air quality task force at invitation of Senator Rob Garagiola 3/29/06

**IRB Studies**
    a.  SmithKline Beecham 9/99   IRB: Quorum
        Use of rosiglitazone in treatment of hyperinsulinemic obesity.
    b.  Glaxo Wellcome 10/00   IRB: Copernicus Group
        Use of Mepron (atovaquone) in patients with *Borrelia burgdorferi* coinfected with *Babesia microti* refractory to antibiotics and cholestyramine.
    c.  Protocol IND 63,993 Use of Melanocyte Stimulating Hormone in Patients with Chronic Fatigue
    d.  Protocol SBS 51326 Use of visual contrast sensitivity testing and cholestyramine therapy in diagnosis and treatment of environmentally-acquired, chronic, neurotoxin-mediated illness from indoor exposure  IRB Copernicus 7/23/02
    e.  SPL-CFS 123 Treatment of Chronic Fatigue Syndrome in patients with nasal colonization of multiply antibiotic resistant, biofilm-forming species of coagulase negative Staph using nasal instillation of diluted Staphage Lysate® IRB Copernicus 11/27/03
    f.  Retrospective use of laboratory results in a report of group results:  Complement split products C3a, C4a, MMP9 and visual contrast sensitivity are markers for acute acquisition of Lyme disease. IRB Copernicus Group, 9/8/05
    g.  Retrospective use of individual laboratory results in a report of group results:  Defining Sick Building Syndrome in adults and children as a biotoxin-associated illness.  IRB Copernicus Group 10/20/05
    h.  Retrospective use of individual laboratory results in a report of group results:  Eight-year follow-up of Possible Estuarine Associated Syndrome cases and controls.  IRB Copernicus Group 11/7/05

**Lecturer**  Medical Mutual Insurance Company 2/00   Risk Management in Primary Care

**Awards**
- American Academy of Family Practice, Finalist, National Family Practice Physician of the Year, 2002
- Maryland Family Practice Doctor of the Year 2000, MAFP
- Maryland Governor's Volunteer of the Year for the Environment, 4/97
- Local Governor's Advisory Committee for Innovation and Restoration of Chesapeake Bay 1994
- State of Maryland Bill Jones Environmental Award 1995
- Maryland Dept. Agriculture Conservator of the Year 1994
- Good Neighbor Award 1993
- Dr. Henry P. and M. Page Laughlin Award for Distinguished Authorship/Editorial Award 5/98
  - (Maryland Medical Journal)

**Commencement Speaker**
- Malcolm Grow Medical Center (Andrews AFB 6/98)

**CME Speaker**

- Audio Digest Vol. 47 No. 22 6/99 Washington D.C.
- Audio Digest Vol. 48 No. 14 12/99 Washington D.C.

**Internet links**

- http://www.ImmuneSupport.com/library/showarticle.cfm/id/4291/searchtext/neurotoxins/.
- http:// www. ImmuneSupport.com/library/showarticle.cfm/id/3990/searchtext/neurotoxins/.

**Patents applications, provisional**

- PAI-1 and TNF as markers for the inflammatory basis of type II diabetes, obesity and atherosclerosis. US Provisional patent Serial no 60/356,541
- Use of alpha melanocyte stimulating hormone to treat patients with chronic fatigue syndrome. US Patent Provisional Serial no.: 60/356/539.
- Use of thiazolidinediones as an adjunct to diet in treatment of hyperinsulinemic obesity; importance of the No-Amylose diet. US Patent Provisional Serial no.: 60/356,690
- Pretreatment of patients with Post-Lyme Syndrome with pioglitazone before use of cholestyramine prevents intensification: Vision, neurotoxins and cytokines. US Patent Provisional Serial no.: 60/333,335

**Completed Patent application**

- "Methods for treating or inhibiting Sick Building Syndrome, Post-Lyme Syndrome, and/or Chronic Fatigue Syndrome." Inventors Ritchie Shoemaker MD and H. Kenneth Hudnell, Ph.D. PCT Patent application no PCT/US03/04137

**Health Investigations and treatment, cohorts of patients exposed to toxigenic fungi (> 4 patients)**

- Glenwood Springs, Colorado. Robert Cordova, leader of cohort. 7/28/06 14 patients.
- Fraternal Order of Police; Queen Anne's County, Maryland 5/06 8 patients
- St. Bernard Parish, Louisiana, on the Scotia Prince 2/06; conjoint investigation with Richard Lipsey, PhD; firefighters, homeless adults and children, Parish employees, ship's crew and health care workers 212 patients
- Residences at the Ritz; Ritz Carlton 1155 and 1111 23rd St NW Washington DC 8 patients
- Newmarket Courthouse, Toronto, Ontario, Canada. 12/04-present; 300 employees at risk
- International Marine Terminal, Portland, Maine. 11/05. 16 patients.
- Topsail (NC) School District. 9/04. 260 patients.
- Prince Georges County Fraternal Order of Police; Oxon Hill, Md. 6/03. 52 patients.
- Hampton Bays United Free Elementary School, Long Island, NY. 5/03. 44 patients.
- State Iowa Dept Corrections, Davenport, Iowa. 1/03. 10 patients.
- Baltimore-Washington Conference United Methodist Church, Columbia, Md. 12/02. 55 patients
- Eastern Correctional Institution, Westover, Md. 5/02. 11 patients.
- Accomack County (Virginia) Social Services Building. 4/02. 11 patients.
- Multi-Services Building 201 Baptist St., Salisbury, Md. 4/02. 20 patients.
- Police Department Berlin, Md. 4/02. 5 patients.
- Somerset County Library, Princess Anne, Md. 2/02. 13 patients.
- Somerset County Circuit Court, Princess Anne, Md. 10/01. 5 patients.
- Somerset County District Court, Princess Anne, Md. 6/01. 12 patients.
- Worcester County Board of Education Newark, Md. 5/99. 8 patients.
- Wicomico County Sheriffs Department, Salisbury, Md. 2/99. 25 patients.

**Papers in preparation**

- Biofilm formation makes multiply antibiotic resistant coagulase negative staphylococci pathogens in low MSH patients
- Pediatric mold illness: inflammatory links to autoimmunity
- HLA in illness and disease: equilibrium dissociation and biotoxin illness susceptibility

# EXHIBIT 4

# EXHIBIT 16

Case 1:07-cv-00983-ESH    Document 25-5    Filed 06/09/2008    Page 3 of 24

# SICK BUILDING SYNDROME IN WATER DAMAGED BUILDINGS: GENERALIZATION OF THE CHRONIC BIOTOXIN-ASSOCIATED ILLNESS PARADIGM TO INDOOR TOXIGENIC FUNGI

**Ritchie C. Shoemaker[1,a], Judith M. Rash[2], and Elliott W. Simon[3]**

[1]Center for Research on Biotoxin Associated Illnesses, Pocomoke City, MD
[2]Delmont Laboratories, Swarthmore, PA
[3]Elwyn, Inc, Elwyn, PA
[a]Contact author email: ritchieshoemaker@msn.com

## INTRODUCTION

There is no academic consensus on whether or not health effects relating to exposure to indoor bioaerosols, sometimes called Sick Building Syndrome (SBS), is a distinct clinical entity (Redd, 2002, Council on Scientific Affairs, 2002). Despite repeated reports of acute and chronic, multi-symptom illnesses acquired by patients following exposure to buildings with both water intrusion and indoor amplification of toxigenic microorganisms (Croft et al. 1986; Johanning et al. 1996; Hodgson et al. 1998; Johanning et al. 1999; Sudakin et al. 1998; Andersson et al. 1997; Dales et al. 1999; Dearborn et al. 1999; Montana et al. 1997; Fung et al. 2003: 18; Trout et al. 2001), including fungi and bacteria, methodological deficiencies in published studies have precluded drawing definitive conclusions on causation. No studies have identified a robust, objective indicator of neurologic dysfunction to confirm reports of illness. The only medical interventions for SBS to date involved allergy and pulmonary medications or to suggest removal from exposure. The lack of any treatment that could correct the symptoms ascribed to exposure to bioaerosols from water damaged buildings (WDB) has further weakened the contention that SBS is a recognizable illness. Our initial report (43) and the current study addressed the methodological limitations present in the previous studies.

Based on pilot data from 103 cases from 43 WDB (Hudnell et al. 2002), the general hypothesis of our initial study (Shoemaker, 2003) was that SBS was a chronic, biotoxin-associated illness (CBAI, Shoemaker et al. 2001; Shoemaker et al. 2001) caused by exposure to water-damaged buildings (CBAI-WDB). The study design included screening of potential participants for confounding factors, a longitudinal, five time-point series of assessments, and the interventions of therapeutic treatment, removal from exposure, and re-exposure. Assessments included stan-

dardized re[...] (VCS) as a[...] hypothalam[...] for illness, [...] An effectiv[...] the demons[...] out re-expo[...] recovery wi[...] CBAI-WDB[...] a neurologic[...]

VCS has be[...] high sensitiv[...] rotoxins (bi[...] 2001; Shoen[...] (Shoemaker [...] invasive, bed[...] detect sinusc[...] dark and ligh[...] are greatest a[...] py (Shoemak[...] et al. 2002; S[...] anion-bindin[...] terolemia, bir[...] 1978; Mutter[...] Kerkadi et al.[...]

## METHODS

We hypothes[...] water damage[...] but not limite[...] in patients wit[...] response to C[...] that would res[...] of illness wit[...] genetic basis [...] tory cytokines[...]

156 consecutiv[...] ronments with[...] mented preser[...]

AGED
RONIC
M TO


Simon[3]

dardized recording of symptoms, measurements of visual contrast sensitivity (VCS) as an indicator of neurologic function, measurements of leptin and the hypothalamic hormone, alpha melanocyte stimulating hormone (MSH), as markers for illness, and cholestyramine therapy (CSM) to enhance toxin elimination rates. An effective therapeutic approach for enhancing toxin elimination rates allowed the demonstration of illness resolution with therapy, continued good health without re-exposure, relapse with re-exposure without prophylactic therapy, and re-recovery with re-treatment (Shoemaker et al. 2003). The results indicated that CBAI-WDB could be defined as a syndrome involving multiple-system symptoms, a neurologic functional deficit, and biochemical abnormalities.

VCS has been used for many years as a marker for neurotoxicity and has shown high sensitivity to effects caused by exposure to other biologically produced neurotoxins (biotoxins), including those produced by dinoflagellates (Shoemaker et al. 2001; Shoemaker et al. 2001), cyanobacteria (Shoemaker et al. 2000), spirochetes (Shoemaker et al. 2002), and apicomplexans (Shoemaker et al. 2002). VCS is a non-invasive, bedside measure of the contrast threshold at which the visual system can detect sinusoidal bar patterns of different sizes or spatial frequencies (i.e., cycles of dark and light bars per degree of visual arc). VCS deficits due to biotoxin exposure are greatest at 6-12 cycles per degree of visual arc, and resolved with CSM therapy (Shoemaker et al. 2001; Shoemaker et al. 2001; Shoemaker et al. 2000, Shoemaker et al. 2002; Shoemaker et al. 2002, Hudnell et al. 2002). CSM is a non-absorbable, anion-binding resin, used in doses FDA-approved for treatment of hypercholesterolemia, binds many biologically- and synthetically- produced toxins (Cohn et al. 1978; Mutter et al. 1988; Rateau et al. 1986; Brouillard et al. 1990; Creppy et al. 1995; Kerkadi et al. 1998; Underhill et al. 1995; Dahlem et al. 1989).

## METHODS

We hypothesized that patients with chronic illness associated with exposure to water damaged buildings and the potential for formation of bioaerosols including, but not limited to mycotoxins, would present the same characteristics as those seen in patients with other CBAI. These characteristics include symptoms, VCS deficits, response to CSM therapy, lack of production of a protective immune response that would result in resolution of illness with removal from exposure, reacquisition of illness with re-exposure and presence of multiple biomarkers, including the genetic basis of susceptibility and markers for excessive release of pro-inflammatory cytokines.

156 consecutive symptomatic patients with exposure to 150 different indoor environments with water intrusion and musty smells, or visible mold growth or documented presence of toxigenic fungal species and without confounding biotoxin

Shoemaker et al.                                                                67

exposures, coming to a specialty clinic 1/02-4/03 for treatment of chronic illness were enrolled in an open label treatment protocol. A control group of 111 patients, without exposure to WDB, was recruited as the first patient, matched for age and sex, coming to the clinic for a physical exam after a study patient was enrolled. Study patients served as their own controls for each of the 5-steps of the repetitive exposure trial and were compared to the clinic control group. Each patient was interviewed, with a complete medical history, symptoms recording, tobacco use, VCS testing, physical exam, pulmonary function testing (PFT), electrocardiogram and diagnostic lab studies, including HLA DR by PCR, MSH, leptin, MMP9, ACTH, cortisol, ADH, osmolality, testosterone, DHEA-S, androstenedione, MBP, tumor necrosis factor alpha (TNF), c-reactive protein (CRP), sedimentation rate (ESR), and aerobic culture of deep nasal space, were performed. Building exposures, VCS and symptoms review in control patients were recorded. All patients with an acute medical problem not related to exposure to water damaged buildings were excluded from the treatment and control groups. All patients with known occupational exposure to solvents, metal fumes and metal dust, hydrocarbons, ongoing neurologic disease, active Lyme disease, possible estuarine associated syndrome (PEAS), exposure to toxigenic cyanobacteria, and alcoholism with chronic liver disease were excluded. For those patients meeting the case definition of CBAI-WDB (Table 1), CSM was prescribed (Shoemaker *et al.* 2001; Shoemaker *et al.* 2001).

**Table 1.**      Case definition of CBAI-WDB

| SBS Case Definition |
|---|
| 1. We propose that a definition of a case of SBS include each of the following elements: |
| • potential for exposure to buildings with documented presence of toxigenic fungi, evident fungal growth or a history of water intrusion with musty smells; |
| • presence of multiple symptoms in at least 4 of 8 system categories |
| • absence of confounders |
| 2. The case definition continues with at least 3 of following 6 criteria |
| • VCS deficits |
| • MSH deficiency |
| • MMP9 elevation |
| • HLA genotype |
| • ADH/osmolality dysregulation, measured simultaneously |
| • ACTH/cortisol dysregulation, measured simultaneously |

**Table 1.**    continued

| 3. | The final criteria for case management include 2 of 3 of the following |
|---|---|
| | • Response to CSM, with abatement of symptoms and resolution of VCS deficit to control levels |
| | • Reduction of leptin, if elevated, with treatment |
| | • Reduction in MMP9, if elevated, with treatment |
| 4. | Clinical note needs to be made of |
| | • Presence of MARCoNS in deep nasal spaces |
| | • Elevated levels of myelin basic protein antibodies |

Patients were divided into three groups by location of exposure: 1) Consult (n=40); patients with potential for exposure to bioaerosols, who would not be returning for follow-up, 2) Residential (n=62); patients with potential for residential exposure to bioaerosols, with follow-up 3) Occupational (n=54); patients with potential for occupational exposure to bioaerosols, with follow-up. Baseline symptoms and VCS were compared for each group. Patients were then re-grouped for comparison by specificity of exposure, independent of residential/occupational exposure: 1) definitive fungal identification (fungal) (n=88), 2) presence of visible mold growth (growth) (n=48), 3) presence of water intrusion and musty smells (water) (n=20). Symptoms and VCS are compared for each group. Patients returning for follow-up care were evaluated with symptoms and VCS in sequential steps.

For patients with ongoing exposure to buildings with the potential for bioaerosols contamination, a 5-step exposure protocol was employed. Patients were evaluated at baseline (BASE), then treated until resolution of VCS deficits and symptoms were both obtained (AC-1). Patients were then kept away from the putative source of bioaerosols exposure, off CSM for 7 days (HOC). With informed consent, patients were returned to the suspect building, with re-evaluation in 3-5 days (BOC). Following documentation of symptoms and VCS, patients were then re-treated with CSM (AC-2), with final recording of all parameters. A subset of exposed patients elected to continue exposure in the suspected building, with ongoing use of CSM in prophylactic doses of one scoop of CSM taken twice a day (Prophyl). Vision tests and statistical analyses were performed as previously (Shoemaker *et al.* 2001; Shoemaker *et al.* 2001). LabCorp and Esoterix performed laboratory testing, both CLIA approved, high complexity, national laboratories.

## RESULTS

VCS scores and symptoms are each similar in all 6 groups at baseline and each is markedly different from non-exposed, control patients, $p < .001$ (Figure 1-5). Treatment results in resolution of VCS deficits and reduction of symptoms to levels of controls. There is no difference in biomarkers at baseline between the groups. Exposure to defined fungal species showed no difference in symptoms or VCS compared to exposures to visible mold growth, water intrusion and musty smells. Reduction of leptin with treatment was seen in 85%, and MMP9 reduction was seen in 90% of patients.

**Figure 1.**    Controls vs. initial illness: Occupational exposure, residential exposure, consultation but no treatment



**Figure 2.**    Controls vs. initial illness: Fungi genera identified, visible evidence of fungi only, water damage evidence only



**Figure 3.**    Occupational cohort: time series



**Figure 4.** Residential cohort: time series



**Figure 5.** Fungal identification cohort: time series



Marked
col. Bas
as well a
and VC
between
differen
steps. F
of pat
expose

HLA D
of gen
tion of
types w
intrusie
ship as
over 7!

MSH
ly with
ed pat
in lep
showe
MMP
90% c

Table

| Fung |
| --- |
| Mul |
| Pos |
| Dim |

Shoe

Marked differences in symptoms and VCS scores were seen with the 5-step protocol. Base scores approximated BOC scores (figures 1, 2, 3, 4, 5). AC-1 and AC-2, as well as Prophyl were essentially identical and equal to controls in both symptoms and VCS. HOC approximated the AC-1 group. Figures 1, 2, 3 show no differences between Base for consult, residential or occupational groups. Figures 2, 3 show no differences between residential or occupational groups for each of the six time steps. Figure 4 shows no differences between before and after treatment for groups of patients exposed to defined fungal genera, visible mold growth or those exposed to water intrusion and musty smells.

HLA DR by PCR showed a strong relative risk (>2.0) for illness for a select group of genotypes (Table 2), specific, non-specific or protective. The rapid re-acquisition of illness, with VCS changes noted, in patients with high relative risk genotypes within 3-5 days of re-exposure to the same building, with no changes in water intrusion in the building, strongly argues against a linear, dose-response relationship as the operative factor in illness acquisition. HLA susceptibility was present in over 75% of cases.

MSH deficiency was present in over 92% of cases in all groups, correlating closely with symptoms and VCS deficits. Leptin elevation was found in 60% of affected patients; a better measure of the importance of leptin as a marker was change in leptin levels with treatment. ADH/osmolality, ACTH/cortisol and androgens showed marked dysregulation before treatment, markedly different from controls. MMP9 showed significant elevations at baseline, with return to normal in over 90% of affected patients following treatment.

**Table 2.**    Susceptible genotypes

|  |  | RR |
|---|---|---|
| Fungal Only | 7-2-53 | 4.6 |
|  | 13-6-52A,B,C | 3.4 |
|  | 17-2-52A | 3.5 |
| Multiple | 4-3-53 | 2.1 |
|  | 11/12-3-52B | 4.6 |
|  | 14-5-52B | 2.0 |
| Post-Lyme | 15-6-51 | 2.1 |
| Dinoflagellate | 4-8-53 | 2.6 |

VCS showed dynamic changes, in-step with treatment and re-exposure in other biotoxin illnesses (Cohn *et al.* 1978; Mutter *et al.* 1988). VCS had a low false negative rate (7%) and no false positives. VCS showed correction in 95% of treated patients. The role of second hand smoke as a confounder in diagnosis from water-damaged buildings is not supported by this study.

## DISCUSSION

These data support the concept that the illness in patients exposed to bioaerosols in water-damaged buildings is readily identified as a CBAI. CBAI-WDB is a complex clinical condition that demonstrates inflammatory, hormonal and neurotoxicological biomarkers found in other chronic, biotoxin-associated illnesses. The treating physician can recognize the illness at the bedside, rule out confounding diagnoses, perform VCS and document the multiple biochemical abnormalities present in patients to satisfy the three tiered case definition (Table 2). The large treatment group in this study documents the utility of CSM as a therapeutic agent, as well as for prophylactic use. CBAI-WDB does not follow a dose-response relationship, but is associated with genetic susceptibility factors in HLA DR (Shoemaker *et al.* 2003; Shoemaker *et al.* 2002).

## CONCLUSIONS

This study demonstrates the benefits of approaching chronic illness acquired by individuals with exposure to water damaged buildings as a CBAI. A registry of biomarkers, documentation of therapeutic benefit from CSM, a benign, FDA approved medication, and documentation of prevention of relapse in susceptible, exposed patients using CSM is consistent with other CBAI. VCS is a useful, inexpensive, non-invasive, portable, reproducibly reliable, bedside diagnostic test of significant utility in all 5 steps of the repetitive exposure times. MSH, leptin, MMP9, MBP, pituitary hormones, taken together with symptoms, HLA, and VCS, all contribute to the diagnostic basis of CBAI-WDB and provide the basis for follow-up of affected patients. The benefits of VCS and symptoms recording in screening large populations and building-wide prevalence studies will await completion of further studies, currently in progress. A double blinded, placebo controlled clinical trial that will add confirmation to these results is underway.

## REFERENCES

- Andersson, M. A, Nikulin, M., Koljalg, U., Anderson, M. C., Rainey, F., Reijula, K., Hintikka, E. L., Salkinoja-Salonen, M. 1997, "Bacteria and toxins in water-damaged building materials", *App Environ Microb,* Vol. 63: 387-393.

- Brouillard,
  coli et de v
- Cohn, W. J
  "Treatmen
  trolled clin
- Council or
  Illness", 1,
- Creppy, E.
  ochratoxin
- Croft, W.
  toxicosis",
- Dahlem, A
  "A model
  cystin-LR,
  *Pharmacol*
- Dales, R.,
  exposed to
- Dearborn,
  of investi
  EHP; 107
- Fung, F., I
  sure", *App*
- Hodgson,
  from expo
  241-249.
- Hudnell, F
  with expo
  Neurotoxi
  mental he
- Johanning
  and immu
  a water-da
- Johanning
  experience
  sure", EH
- Kerkadi, A
  G., Youse
  toxicity in
  toxin", *J 7*

- Brouillard, M. Y., Rateau, J. G. 1990, "La Cholestyramine fixe les toxines d'escherichia coli et de vibrio cholerae par une liaison ionique", *Ann Gastroenterolo Hepatol* 26:27-30 .

- Cohn, W. J., Boylan, J. J., Blanke, R. V., Fariss, M. W., Howell, Jr., Guzilian, P. S. 1978, "Treatment of chlordecone (kepone) toxicity with cholestyramine. Results of a controlled clinical trial", *New Eng J Med* 298:243-248.

- Council on Scientific Affairs, Texas Medical Association, "Black Mold and Human Illness", 1/1/02; http://www.texmed.org/has/CSA%20Black%20Mold.doc

- Creppy, E. E., Baudrimont, I., Betbeder, A.-M. 1995, "Prevention of nephrotoxicity of ochratoxin A, a food contaminant", *Toxicol Let* 82/83: 869-877.

- Croft, W. A., Jarvis, B. B., Yatawara, C. S. 1986, "Airborne outbreak of trichothecene toxicosis", *Atmos Environ*; 20: 549-552.

- Dahlem, A. M., Hassan, A. S., Swanson, S. P., Carmichael, W. W., Beasley, V. R. 1989, "A model system for studying the bioavailability of intestinally administered microcystin-LR, a hepatotoxic peptide from the cyanobacterium Microcystis aeruginosa", *Pharmacol & Toxicol* 64:177-181.

- Dales, R., Burnett, R., Zwanenburg, H. 1999, "Adverse health effects among adults exposed to home dampness and mold", *Am Rev Respir Dis;* 143: 505-509.

- Dearborn, D. G., Yike, I., Sorenson, W. G., Miller, M. J., Etzel, R. A. 1999, "Overview of investigations into pulmonary hemorrhage among infants in Cleveland, Ohio", EHP; 107 (3): 495-499.

- Fung, F., Hughson, W. G. 2003, "Health effects of indoor fungal bioaerosols exposure", *Applied Occupational and Environmental Hygiene*: 18; 535-544.

- Hodgson, M. G., Morey, P., Leung, W. Y. 1998, "Building-associated pulmonary disease from exposure to *Stachybotrys chartarum* and *Aspergillus versicolor*", *J Occup Environ Med*; 40: 241-249.

- Hudnell, H. K., Shoemaker, R. C. 2002, "Sick building Syndrome: possible association with exposure to mycotoxins from indoor air fungi", 8th International Symposium of Neurotoxicology, Neurobehavioral methods and effects in occupational and environmental health, Brescia, Italy, 6/26/02.

- Johanning, E., Biagini, R., Hull, D., Morey, P., Jarvis, B., Landsbergis, P. 1996, "Health and immunology study following exposure to toxigenic fungi (*Stachybotrys chartarum*) in a water-damaged office environment", *Int Arch Occup Environ Health*; 68: 207-218.

- Johanning, E., Landsbergis, P., Gareis, M., Yang, C. S., Olmsted, E. 1999, "Clinical experience and results of a sentinel health investigation related to indoor fungal exposure", EHP; 107(3): 489-494.

- Kerkadi, A., Barriault, C., Tuchweber, B., Frohlich, A. A., Marquardt, R. R., Bouchard, G., Yousef, M. 1998, "Dietary cholestyramine reduces ochratoxin A-induced nephrotoxicity in the rat by decreasing plasma levels and enhancing fecal excretion of the toxin", *J Toxicol Environ Health* 53:231-250.

- Montana, E., Etzel, R. A., Allan, T., Horgan, T. E., Dearborn, D. G. 1997, "Environmental risk factors associated with pediatric idiopathic pulmonary hemorrhage and hemosiderosis in a clinical community", *Pediatrics*, 99(1): 1-8.

- Mutter, L. C., Blanke, R. V., Jandacek, R. J., Guzelian, P. S. 1988, "Reduction in the body content of DDE in the Mongolian gerbil treated with sucrose polyester and caloric restriction", *Toxicol & Applied Pharmacol* 92:428-435.

- Rateau, J. G., Broillard, M., Morgant, G., Aymard, P. 1986, "Etude experimental chez le lapin de l'effet de la cholestyramine dans le traitement des diarrhees infectieuses d'origine cholerique", *Actualite Therapeut* 22:289-296.

- Redd, S. C. 2002, "State of the science on molds and human health; statement for the record; Committee on Oversight and Investigations and Housing and Community Opportunity, Committee and Financial Services", US House of Representatives, 7/18/02.

- Shoemaker, R., House, D. 2005, "A time-series study of Sick Building syndrome chronic, biotoxin associated illness from exposure to water damaged buildings", accepted for publication by *Neurotoxicology and Teratology* 7/30/04 (will appear in Jan. 2005)

- Shoemaker, R. 2002, "Differential Association of HLA DR genotypes with chronic, neurotoxin mediated illness: Possible genetic basis for susceptibility", *American Journal of Tropical Medicine and Hygiene*, 67(2): 160.

- Shoemaker, R. 2004, "Poster 85, Linkage disequilibrium of HLA DR genotypes, autoantibodies and wingspan/height ratios in patients with environmentally acquired toxigenic illness", American Society for Microbiology, Integrating Metabolism and Genomics, Montréal, Québec, Canada, 4/30-5/3/04

- Shoemaker, R. C., House, D., van Kempen, A., Pakes, G. E. 2002, "Atovaquone (Mepron) plus cholestyramine (Questran) in patients who are co-infected with Babesia Microti and Borrelia burgdorferi and refractory to antibiotics and cholestyramine alone", American Society of Tropical Medicine 51st annual meeting, 11/11/02, Denver, Colo, (abst ) *AJTMH*, 67(2): 30.

- Shoemaker, R. C., Hudnell, H. K. 2001, "Possible Estuary Associated Syndrome: symptoms, vision and treatment", *Environmental Health Perspectives* ; 109(5): 539-545.

- Shoemaker, R. C. 2002, "Poster 539-P. ADA funded research; Use of pioglitazone to prevent intensification of persistent symptoms following cholestyramine treatment of patients with the Post-Lyme Syndrome", (Abst.) *Diabetes*, 51 (S2): A133.

- Shoemaker, R. C. 2000, "Poster H05, Treatment of Possible Estuarine Associated syndrome: Neurotoxins, contrast sensitivity and cholestyramine", CDC National Conference on Pfiesteria: From Biology to Public Health 10/18-10/20/2000, Stone Mountain, Georgia.

- Shoemaker, R. C. 2001, "Residential and recreational acquisition of Possible Estuary Associated Syndrome: a new approach to successful diagnosis and treatment", *Environmental Health Perspectives*, 109(S5): 791-796.

G. 1997,
ry hemor-

n the body
nd caloric

tal chez le
ses d'orig-

nt for the
ommunity
entatives,

ne chron-
epted for

chronic,
*n Journal*

notypes,
ac ·ed
ist. ..nd

vaquone
Babesia
yramine
/11/02,

: symp-

zone to
nent of

ed syn-
ational
Stone

:stuary
nent",

f ;

- Sudakin, D. L. 1998, "Toxigenic fungi in a water-damaged building: an intervention study", *Am J Ind Med* ; 34:183-190.

- Trout, D., Bernstein, J., Martinez, K., Biagini, R., Wallingford, K. 2001, "An attempt to measure exposure to mycotoxins, and comments on appropriate medical evaluation of persons with symptoms potentially related to bioaerosol exposure: bioaerosol lung damage in a worker with repeated exposure to fungi in a water-damaged building", EHP; 109 (6): 641-644.

- Underhill, K. L., Totter, B. A., Thompson, B. K., Prelusky, D. B., Trenholm, H. L. 1995, "Effectiveness of cholestyramine in the detoxification of zearalenone as determined in mice", *Bull Environ Contam Toxicol* 54:128-134.



**ELSEVIER**

Available online at www.sciencedirect.com

SCIENCE @ DIRECT·

Neurotoxicology and Teratology 27 (2005) 29–46

NEUROTOXICOLOGY
AND
TERATOLOGY

www.elsevier.com/locate/neutera

# A time-series study of sick building syndrome: chronic, biotoxin-associated illness from exposure to water-damaged buildings

Ritchie C. Shoemaker[a,b,*], Dennis E. House[b]

[a]Chronic Fatigue Center, 500 Market Street, Suite 103, Pocomoke City, MD 21851, United States
[b]Center for Research on Biotoxin-Associated Illness, 500 Market Street, Suite102, Pocomoke City, MD 21851, United States

Received 6 April 2004; received in revised form 30 July 2004; accepted 30 July 2004
Available online 13 September 2004

## Abstract

The human health risk for chronic illnesses involving multiple body systems following inhalation exposure to the indoor environments of water-damaged buildings (WDBs) has remained poorly characterized and the subject of intense controversy. The current study assessed the hypothesis that exposure to the indoor environments of WDBs with visible microbial colonization was associated with illness. The study used a cross-sectional design with assessments at five time points, and the interventions of cholestyramine (CSM) therapy, exposure avoidance following therapy, and reexposure to the buildings after illness resolution. The methodological approach included oral administration of questionnaires, medical examinations, laboratory analyses, pulmonary function testing, and measurements of visual function. Of the 21 study volunteers, 19 completed assessment at each of the five time points. Data at Time Point 1 indicated multiple symptoms involving at least four organ systems in all study participants, a restrictive respiratory condition in four participants, and abnormally low visual contrast sensitivity (VCS) in 18 participants. Serum leptin levels were abnormally high and alpha melanocyte stimulating hormone (MSH) levels were abnormally low. Assessments at Time Point 2, following 2 weeks of CSM therapy, indicated a highly significant improvement in health status. Improvement was maintained at Time Point 3, which followed exposure avoidance without therapy. Reexposure to the WDBs resulted in illness reacquisition in all participants within 1 to 7 days. Following another round of CSM therapy, assessments at Time Point 5 indicated a highly significant improvement in health status. The group-mean number of symptoms decreased from $14.9 \pm 0.8$ S.E.M. at Time Point 1 to $1.2 \pm 0.3$ S.E.M., and the VCS deficit of approximately 50% at Time Point 1 was fully resolved. Leptin and MSH levels showed statistically significant improvement. The results indicated that CSM was an effective therapeutic agent, that VCS was a sensitive and specific indicator of neurologic function, and that illness involved systemic and hypothalamic processes. Although the results supported the general hypothesis that illness was associated with exposure to the WDBs, this conclusion was tempered by several study limitations. Exposure to specific agents was not demonstrated, study participants were not randomly selected, and double-blinding procedures were not used. Additional human and animal studies are needed to confirm this conclusion, investigate the role of complex mixtures of bacteria, fungi, mycotoxins, endotoxins, and antigens in illness causation, and characterize modes of action. Such data will improve the assessment of human health risk from chronic exposure to WDBs.
© 2004 Elsevier Inc. All rights reserved.

*Keywords:* Toxins; Fungi; Water-damaged indoor environments; Sick building syndrome; Visual contrast sensitivity; Cholestyramine; Leptin; Alpha melanocyte stimulating hormone

## 1. Introduction

The phrase "sick building syndrome" (SBS) has been used in reference to nonspecific health complaints thought to be associated with occupancy of certain buildings. The symptoms of SBS included any combination of sensory irritation, cough, wheezing, headache, cognitive disturbances, depression, light sensitivity, gastrointestinal distress, fatigue, weakness, pains, and other flu-like symptoms for which there have often been no objective signs [79,112, 123]. The presence of symptoms was associated with exposure to specific indoor environments, and cases usually

* Corresponding author. Chronic Fatigue Center, 500 Market Street, Suite 103, Pocomoke City, MD 21851, United States.

0892-0362/$ - see front matter © 2004 Elsevier Inc. All rights reserved.
doi:10.1016/j.ntt.2004.07.005

reported at least partial symptom resolution when removed from exposure. Occurrences of SBS were attributed to a variety of causes, including the emission of volatile organic compounds from building materials, pesticides, tobacco smoke, lighting, air exchange or circulation rates, and carbon monoxide, carbon dioxide, temperature, and humidity levels [141]. SBS complaints were tentatively attributed to microbial amplification, the visible colonization of microbes on surfaces in water-damaged buildings (WDBs), with increased frequency in recent years [2,3,47,61,73,74,83,107,124,131,140,144]. Evidence indicated that the indoor air contained complex mixtures of fungi, bacteria, mycotoxins, endotoxins, antigens, and biologically produced volatile organic compounds to which building occupants were exposed through inhalation [11,32,51,64,93,94,109,131,134,150,152–154]. There was general acceptance of the hypothesis that chronic exposure to the air in WDBs is associated with allergic and irritant effects on pulmonary function [31]. Ample evidence indicated that asthma and hypersensitivity pneumonitis in children [10,13,67,88,102,117] and adults [6,15,50,52, 62,65,95,121,150,159,161] were associated with atopy and inflammation triggered by exposure to biologic contaminants in indoor air. Additional evidence indicated that dampness and fungi in schools were associated with respiratory distress in children [18,42,46,98,99,108,110, 132,146], although some evidence indicated that toxic, rather than allergic, processes were involved [87,147,148]. Fungal mycotoxins were the suspected cause of pulmonary hemorrhage/hemosiderosis in infants [49,59,60, 89,114,122,149,154,158]. *Stachybotrys chartarum* (a.k.a. *S. atra*) strains with high hemolytic activity were isolated from the indoor air and the bronchoalveolar fluid of children with pulmonary hemorrhage [54,153,154]. The Centers for Disease Control and Prevention (CDC) initially confirmed [27,28], but later questioned, the association of mycotoxin inhalation and infant hemosiderosis [30]. Even more controversial [31] was the hypothesis that toxins inhaled in WDBs are associated with a multiple-system syndrome [45,69,92,143], although the need for research that better characterized this potential human health risk has been well recognized [1–3,20,33,37,38,47,51,58,61,75,83,100,107,124,129,131, 140,145]. The scientific literature on the association between multiple-system symptoms and inhalation exposure to toxigenic microbes in WDBs is reviewed below, and a new study is described that attempted to overcome some of the methodological limitations identified in the previous studies.

Previous case reports and research studies have associated damp building environments and indoor microbial amplification with a multiple-system syndrome. However, the associations have generally been viewed as weak due to several methodological limitations. An early report by Croft et al. [40] described multiple-system symptoms in individuals living in a water-damaged home where *S. chartarum* was

identified. Repeated medical evaluations, not well described in the report, failed to detect medical or laboratory abnormalities. The diagnosis of mycotoxicosis was made following trichothecene mycotoxin extraction from fungal swab samples, some symptom subsidence after removal from the home, and the lack of symptom recurrence during reoccupancy of the remediated building. Criticisms concerning the lack of exposure demonstration [145] were addressed in a recent report by Croft et al. [41]. Novel procedures were used to extract trichothecenes from the urine of four cases with multiple-system symptoms and exposure to buildings exhibiting microbial colonization. Extracted mycotoxins injected into weanling rats caused severe degeneration in the central nervous system and lung scarring. Although supportive of an association, methodological limitations inherent in case reports precluded firm establishment of an association.

Many studies have demonstrated the presence of *Stachybotrys* [5,11,72] and other fungal genera, including *Aspergillus*, *Penicillium*, *Cladosporium*, *Chaetomium*, *Ulocladium*, and *Alternaria* [35,55,72,109,134] in dust, on building materials and in the air of WDBs. Only weak associations were observed between fungal species identified on surfaces and in air [35], presumably because the time course of fungal-spore release to air is irregular. The rate of spore release to air is influenced by many factors, including microbial genera, surface hydrologic conditions, air currents and velocities, and interspecies competition [108]. Additional studies identified mycotoxins in dust or fungal samples [5,55,72,118,139,152,153]. The search for biomarkers of fungal exposure showed that much of the general population has IgG and/or IgE antibodies to fungi, but these markers were not diagnostic of disease, and have not discriminated between occupants of contaminated and uncontaminated buildings [1,11,38,150]. Total spore counts [132] and levels of β(1→3)Glucan, a marker of biomass, showed statistically significant correlations with indoor pollutants, such as endotoxins, allergens, and fungi [66]. Although most of these studies did not examine relationships to the symptoms of building occupants, a literature review reported associations between β(1→3)Glucan levels, symptom prevalence, and measures of inflammation [131]. Both in vitro [76,84,101,115] and rodent [93,94,119,120,125,156] studies have demonstrated the ability of bacteria and fungi commonly found in WDBs or their toxins to elicit cytotoxicity and an inflammatory response, often in dose-response fashion [84,93,94,101,115,119,120]. Inflammatory responses to bacteria most often involved tumor necrosis factor alpha, interleukin 6, interleukin 1 beta, and nitric oxide [76,84,93,115], whereas fungi or their metabolites most often induced tumor necrosis factor alpha, interleukin 6, and interleukin 2 [84,94,101,156]. The observations that β(1→3)Glucan levels were correlated with symptom prevalence and inflammation, and that many bacteria and fungi elicited similar proinflammatory cytokine responses indicated that SBS in occupants of WDBs may be induced by the

R.C. Shoemaker, D.E. House / Neurotoxicology and Teratology 27 (2005) 29–46

total biological load in inhaled air through a combination of toxic and immunologic processes.

Several studies have investigated complaints of SBS in populations occupying WDBs, but none have provided evidence sufficient to conclude that illness was firmly associated with exposure to biological agents. Johanning et al. [91] collected data using a self-administered symptom questionnaire and laboratory analyses from a cohort working in a water-damaged and fungal-infested building, and a control group. The prevalence of multiple-system symptoms differed between groups, and was positively correlated to the duration of employment in the exposed group. A small but statistically significant group difference in a biomarker of the immune system was also observed. The main shortcomings of the study were the lack of (1) data concerning fungal exposure in the control group; (2) evidence eliminating potentially confounding factors, such as preexisting illnesses and other exposures; (3) control for potential bias in the self-administered questionnaire data; (4) statistical control for multiple comparisons; and (5) a robust, objective finding. Similar shortcomings were present in another case-control study that identified large differences in questionnaire-reported symptoms between occupants of three water-damaged and fungal-contaminated buildings, and workers from two control buildings [77]. Neuropsychological tests provided objective evidence of effects in two studies by demonstrating cognitive and emotional profiles in exposed cases similar to those from patients with mild traumatic brain injury [9,70]. However, the other limitations discussed above were not addressed.

Two cross-sectional studies with intervention overcame several of the limitation discussed above, but lacked objective indicators of effect [53,144]. Ebbehoj et al. [53] reported that visible inspection and surface sampling in an office building identified evidence of high moisture and microbial growth with *Trichoderma* and *Phoma* fungi as the dominant ground. Mean multiple-system symptom scores in study participants were 66%, and variability in peak expiratory flow rate was 20%. Following building remediation, no visible evidence of microbial contamination was present. However, symptom scores decreased only to 33%, and sampling revealed the continued presence of microbes. Following extensive cleaning, microbial levels decreased, and symptom scores declined to 4%. Variability in peak flow rate dropped to 15%. The intervention and time-series components of this study added power to the experimental design by enabling study participants to serve as their own controls, thereby controlling many potentially confounding factors. The main study deficiency was the lack of a robust and objective indicator to support the reports of symptoms involving nonrespiratory systems. A health assessment was conducted by the National Institute of Occupational Safety and Health after workers in a water-damaged office building complained of health effects [144]. Moderate to high levels of *Aspergillus* sp., *Penicillium* sp., and bacteria were found in bulk and surface samples. *Stachybotrys* sp. were

identified in only 5% of samples cultured in Czapek agar. The prevalence of multiple-system symptoms, primarily neurologic and respiratory, was significantly higher prior to removal from the building than 6 months after removal. The lack of objective indicators of effect in these studies continued to prevent firm establishment of an association between indoor microbial exposure and adverse health effects.

An investigation of chronic respiratory and flu-like symptoms among construction workers at the Denver International Airport also lacked a robust, objective indicator of illness [57]. The rate of cases, defined as having at least two lower respiratory complaints and one systemic symptom, was 34% among randomly selected workers and 2% in controls who had not worked at the airport. Length of employment was a statistically significant risk factor for illness. An exposure assessment identified alkaline dust in the work environment of cases, and widely distributed airborne *Penicillium* in the airport. In addition to the lack of an objective indicator for a systemic effect, the ability to draw definitive conclusions from the study was hampered by the lack of exclusion for potentially confounding factors, and the unavailability of information about alkaline dust and *Penicillium* exposures among controls.

Several other cross-sectional studies supported the hypothesis that exposure to microbes in excessively damp buildings is associated with a multiple-system syndrome, but lacked the objective indication of effect in a non-pulmonary system, and the experimental-design power needed to reach the level of scientific certainty. A British study reported positive associations between SBS symptom prevalence rates and the levels of viable airborne fungi and bacteria within office buildings [74]. A Swedish study surveyed occupants in more than 14,000 residences in 609 multifamily buildings, and yielded a 77% response rate [56]. Over 28% of respondents reported at least one of four signs of dampness, and all dampness indicators were associated with significantly increased rates of multiple-system symptoms after statistical adjustments for several socio-demographic factors. In dwellings with all four dampness indicators, highly elevated odds ratios were reported for ocular, nasal, throat, and dermal symptoms, as well as for cough, headache, and tiredness. Results from a one-year study of 98 workers in four Bostonian office buildings were recently reported [32]. Concurrent surface sampling and questionnaire administration at 6-week intervals positively associated total fungal concentrations in floor or chair dust with reports of eye irritation, a group of nonspecific symptoms, asthma, and upper respiratory symptoms. However, fungal concentrations were also associated with low job satisfaction, office crowding, and lack of office cleanliness. Another cross-sectional study observed relationships between SBS symptoms and prior physician diagnoses of dust or mold allergy [104]. A statistical cluster analysis defined problematic areas in which potentially etiologic microbes were identified.

Although these studies associated indoor microbial contamination with a multiple-system syndrome, scientific certainty required that several study limitations be overcome. First, potential study participants should be screened for exclusion due to confounding factors using a standard tool to assess medical and lifestyle history, as well as occupational, residential, and avocational exposures to toxic substances. Second, the study should include a comprehensive medical evaluation and differential diagnosis techniques to identify illnesses unrelated to building exposure, but capable of causing SBS symptoms. Third, the potential for bias and imprecision in self-reported symptoms, particularly in self-administered questionnaires, must be reduced. An interview of study participants by a single, highly trained and practiced medical researcher using a standard set of questions designed to assess symptoms and illness duration is needed to reduce bias and increase precision. Fourth, because indoor exposures to microbes are generally acknowledged to have the potential to affect the respiratory system, but are only hypothesized to affect other systems, a robust indicator of effect in another system is needed. Fifth, better control of unidentified but potentially confounding factors in study participants is needed. One approach is to use an experimental design that allows participants to serve as their own controls, as in the time series with intervention design used by Ebbehoj et al. [53] and described above. Sixth, a still more powerful experimental design, often used in animal studies, would include illness remission during intervention, followed by illness reacquisition upon reexposure without therapy. This approach has not been feasible due to the lack of an effective and rapid therapeutic intervention. Use of these methodological and design elements would improve the ability of a study to firmly associate SBS with exposure to biologic agents.

Another critical methodological consideration is exposure assessment. Microbial growth on surfaces in WDBs is often a complex mixture of fungal and bacterial species. The studies reviewed above demonstrated a wide variety of predominant organisms in WDBs. Although many species were known to be toxigenic, it is generally acknowledged that a comprehensive list of bioactive components, including mycotoxins, endotoxins, and antigens, does not exist at this time. It is impossible, therefore, to quantify all bioactive components on building surfaces, in building air, or in biological tissue. Air sampling is particularly problematic because the release of spores to air is irregular, as discussed above [111]. The relationship between exposure to mixtures and health effects is obscured by the potential for synergistic interactions between bioactive components, such as the synergistic effect of *Streptomyces californicus* and *S. chartarum* or fungal toxins on the production of proinflammatory cytokines [85]. Because of these limitations, it is inappropriate to conclude that exposure levels to any single species or component, or even groups, is too low for

exposure to that environment to cause SBS symptoms in building occupants. In many studies of illness in occupants of WDBs, an appropriate hypothesis is that chronic exposure to the water-damaged environment is associated with illness. Exposure assessment should include visual observation of the environment, and characterization of water-damaged surfaces and microbial amplification. Identification of organisms and components should be done to the extent practical. Confirmation of the hypothesis should be based on the experimental design elements discussed above. Animal studies will be needed to test additional hypotheses concerning microbial causation of illness, and to assess the relative potency of individual organisms, components, and mixtures.

Pilot data indicating that the paradigm of biotoxin-associated illness may generalize to SBS associated with WDBs [78] provided impetus for the current study. Both acute and chronic biotoxin-associated illnesses were previously ascribed to cases diagnosed with Possible Estuary Associated Syndrom (PEAS; [135,137]), a condition with onset following exposure to estuaries where the toxigenic dinoflagellates, *Pfiesteria* sp. [29], were associated with massive fish kills [21] and human illness [68,71]. The cases were characterized by multiple-system symptoms, a deficit in visual contrast sensitivity (VCS) indicating neurologic impairment [81], elevated levels of proinflammatory cytokines, and the absence of alternative explanations of illness [135,137]. Cases were treated with cholestyramine (CSM; Questran), a nonabsorbable polymer with anion exchange capacity, known to eliminate a variety of toxins and drugs by interrupting their enterohepatic recirculation with bile [8,94]. Symptoms resolved as VCS normalized during 2 weeks of CSM therapy in both acute and chronic cases [135,137]. A double-blinded, placebo-controlled, crossover clinical trial demonstrated that symptom resolution and VCS recovery occurred only during CSM therapy [135]. PEAS cases showed no relapse without reexposed to *Pfiesteria*-inhabited estuaries. When reexposed, recovery again promptly followed CSM therapy [137]. VCS measurements provided an objective indication of neurologic function in illness acquisition and recovery in this condition otherwise characterized only by nonspecific symptoms. The efficacy of CSM therapy supported the hypothesis of biotoxin-induced illness. Pilot data collected from SBS cases occupying WDBs demonstrated relationships between multiple-system symptoms, VCS alterations, and response to CSM therapy similar to those observed in PEAS cases [78], indicating that biotoxin-associated illness may underlie this condition.

The current study addressed the general hypothesis that SBS is associated with exposure to WDBs. Specific hypotheses concerning symptoms, VCS, and hormones were tested to assess the validity of the general hypothesis. The cross-sectional study design included environmental assessments, medical and laboratory evaluations of partic-

R.C. Shoemaker, D.E. House / Neurotoxicology and Teratology 27 (2005) 29–46

ipants' health status at five time points, and the interventions of CSM therapy, removal from exposure and reexposure. The study design and procedures were selected to address many of the limitations identified in previous studies.

## 2. Methods

### 2.1. Study hypotheses

The general hypothesis of the study was that SBS is associated with chronic exposure to WDBs. Confirmatory hypotheses were that the group-average number of symptoms and VCS scores would (1) improve with CSM therapy, (2) remain stable during exposure avoidance without therapy, (3) worsen with reexposure, and (4) again improve with resumption of CSM therapy. Additional hypotheses concerned blood levels of the hormones leptin and alpha melanocyte stimulating hormone (MSH). The hypotheses were that leptin levels would decrease and MSH levels would increase following CSM therapy.

### 2.2. Building identification

Each of the five occupational buildings was identified as a possible SBS building when one employee from each of the buildings presented at a private clinic in Pocomoke City, MD, seeking medical attention (the index cases). The oral administration of questionnaires on symptoms, medical history, occupational history, and life style factors revealed chronic health symptoms in each patient. Each building was described as having a history of water damage (Table 1). Site investigations were conducted at each building between September 2000 and June 2002. Four of the buildings were visually inspected by licensed industrial hygienists who specialized in indoor environment investigations. Evidence of water damage from one or more sources was observed in each building as described in Table 1. Microbial amplification was observed in the areas of water damage, and tape-lift or

bulk samples were collected from each site. Samples were sealed in air-tight containers and examined microscopically to identify fungal genera and species. The fifth building was inspected by a supervisor of employees in the building. The supervisor noted several areas of water intrusion and microbial colonization. The supervisor followed a protocol provided by P & K Microbiology, (Cherry Hill, NJ) for sample collection. The samples were shipped to P & K Microbiology for microbial analysis. In all five buildings, qualitative microscopic analyses identified one or more genera of fungi colonizing water-damaged surfaces in each building (Table 1). Analyses of mycotoxins, bacteria, endotoxins, and antigens were not undertaken.

### 2.3. Study participant recruitment and screening

The index case from each building was examined by the first author, a licensed medical doctor. All five index cases were diagnosed by the physician as having possible SBS due to chronic exposure to water-damaged indoor environments. The criteria for possible SBS diagnosis were derived from criteria defined by the Centers for Disease Control and Prevention for diagnosis of PEAS [29]. The criteria were:

(1) exposure potential—chronic, occupational exposure to the indoor environment of a building showing evidence of water damage and microbial amplification;
(2) multiple system symptoms—symptoms in at least four of the eight organ systems listed in Table 2 that persisted for >2 weeks;
(3) absence of confounders—the clinician was unable to identify other possible causes of illness using differential diagnosis techniques.

The study protocol, questionnaires, and consent form were approved by an authorized internal review board, Copernicus IRB, Cary, NC. The index case from each building informed other employees in the building of the

Table 1
Building description, microbial contamination and study participant selection

|  | Building use | Date inspected | Water leakage | Predominant species | # Screened | # SBS[a] | # Enrolled |
|---|---|---|---|---|---|---|---|
| Building 1 | Court house | 9/00 | Plumbing, basement | *Aspergillus ustus, Penicillium aurantiogriseum* | 6 | 6 | 3 |
| Building 2 | Penitentiary | 1/02 | Roof | *Acremonium* sp. | 5 | 5 | 5 |
| Building 3 | Social services | 3/02 | Roof, plumbing | *Aspergillus niger Penicillium* sp., *Stachybotrys chartarum* | 15 | 13 | 5 |
| Building 4 | Multiple services | 4/02 | Plumbing | *Stachybotrys chartarum, Cladosporium* sp. | 20 | 13 | 4 |
| Building 5 | Police department | 6/02 | Flooding | *Aspergillus* sp., *Acremonium* sp., *Stachybotrys chartarum* | 4 | 4 | 4 |
| Totals |  |  |  |  | 50 | 41 | 21 |

[a] The screening results indicated possible SBS.

34    R.C. Shoemaker, D.E. House / Neurotoxicology and Teratology 27 (2005) 29–46

Table 2
Percent of participants with symptoms, by organ system and time point, and previously published control values [135]

| Time Point/ Control | General | | Muscle | | | | Unique | Eye | | | | Respiratory | | | Gastrointestinal | | General neurologic | | | | Central nervous system | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Fatigue | Weakness | Aches | Cramps | Unusual pains | Joint pains | HA | Light Sensitive | Red eye | Blurred vision | Tearing | Sinus congestion | Cough | SOB | Abdominal pain | Diarrhea | Numbness | Tingling | Metal taste | Vertigo | Memory | Concentration | Confusion | Learning | Word find | Disoriented |
| 1 | 100 | 84 | 95 | 63 | 42 | 84 | 84 | 89 | 63 | 63 | 63 | 74 | 53 | 74 | 37 | 21 | 37 | 47 | 47 | 42 | 68 | 53 | 26 | 37 | 11 | 11 |
| 2 | 32 | 5 | 11 | 0 | 0 | 11 | 32 | 11 | 0 | 0 | 5 | 11 | 11 | 5 | 0 | 0 | 5 | 0 | 0 | 0 | 16 | 0 | 0 | 0 | 0 | 0 |
| 3 | 16 | 5 | 0 | 0 | 0 | 11 | 11 | 0 | 0 | 0 | 0 | 5 | 0 | 5 | 0 | 0 | 5 | 16 | 0 | 21 | 21 | 5 | 5 | 16 | 5 | 5 |
| 4 | 95 | 63 | 58 | 26 | 16 | 68 | 84 | 63 | 21 | 58 | 11 | 42 | 47 | 47 | 16 | 11 | 5 | 16 | 5 | 11 | 58 | 21 | 26 | 16 | 5 | 5 |
| 5 | 26 | 5 | 5 | 5 | 0 | 16 | 16 | 0 | 0 | 0 | 0 | 5 | 16 | 5 | 0 | 0 | 0 | 5 | 0 | 0 | 16 | 0 | 0 | 0 | 5 | 5 |
| C | 2 | 0 | 1 | 0 | 0 | NA | 2 | 1 | 0 | 0 | NA | 2 | 3 | NA | 2 | NA | 0 | 0 | 0 | 1 | 2 | 0 | 0 | NA | NA | NA |

General system symptoms: fatigue, weakness.
Muscle system symptoms: aches, cramps, unusual pains, joint pains.
Unique system symptoms: headache.
Eye system symptoms: light sensitivity, red eyes, blurred vision, tearing.
Respiratory system symptoms: sinus congestion, cough, shortness of breath.
Gastrointestinal system symptoms: abdominal pain, diarrhea.
General neurologic system symptoms: numbness, tingling, metallic taste, vertigo.
Central nervous system symptoms: memory loss, concentration difficulty, confusion, learning difficulty, word finding difficulty, disoriented.

proposed study, and invited them to the clinic for screening and possible inclusion in the study. Fifty employees who visited the clinic were examined by the first author. Data on medical history, symptoms, and potentially confounding factors were collected through oral administration of questionnaires by the physician. The employees were also questioned about the study buildings' histories, including water damage, visual detection of microbial colonies, olfactory detection of odors including musty smell, building usages, upkeep, remediation and renovation, and the presence of possible chemical contaminants. The potential study participants also received a physical examination during screening. The results indicated that 41 employees were possible SBS cases (Table 1), none of whom were involved in litigation or worker's compensation claims. The cases reported little or no relief from symptoms during vacations or other time periods when away from the buildings. Possible cases were offered treatment outside of the study if they did not meet the study inclusion criteria. Employees were excluded from study participation if they had a history of possible biotoxin-associated illness from sources other than the study buildings, such as exposure to water-damaged residences, to fresh water cyanobacteria, to tick bite illness (e.g., Lyme disease), to Pfiesteria-inhabited estuaries, to contaminated seafood (e.g., Ciguatera sea-food poisoning), and to poisonous bites (e.g., brown recluse spider). Other exclusion criteria included excessive exposure to solvents, airborne metals or hydrocarbons, chronic alcoholism with indication of liver disease, neurologic disease, untreated asthma, a diagnosis of hypersensitivity pneumonitis prior to working in a study building, current pregnancy or breast feeding, and age <18 years. Employees meeting the inclusion criteria were informed about study details. Treatment was offered through study participation or outside of the study. Twenty-one employees volunteered for the study and signed informed consent forms (Table 3). Nineteen of the study participants completed assessments at all five time points (Table 4; mean age=46.4 years, age range=29–62 years, 4 males and 15 females). One participant withdrew from the study due to disabling illness experienced during the building reentry phase of the study. Another participant was disqualified because of building remediation prior to the reentry phase of the study.

2.4. Study design

A cross-section of building occupants was examined in a study using an ABAB design. The study design included a five-point time series of medical assessments and three types of interventions, CSM therapy, exposure avoidance, and reexposure. In addition to the oral administration of questionnaires and conduction of physical examinations during screening, study participants underwent visual and pulmonary function testing and blood draws during study

35

Table 3
Study participants

| Building # | Participant # | Age (years) | Gender | Ethnicity | Illness duration (months) | Previous diagnoses | Smoker | Days to relapse at TP4 | Weeks to complete study |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 52 | F | AA | 48 | Ro, CFS, FM | N | 2 | 5 |
| | 2 | 30 | M | C | 12 | Si, CFS | N | 2 | 5 |
| | 3 | 50 | F | C | 24 | Tinnitus, Ro, Dp | N | 3 | 7 |
| 2 | 4 | 43 | F | C | 12 | Myasthenia, lupus, FM | Y | 3 (×2) | 12 |
| | 5 | 50 | F | C | 12 | Detrusor dyssynergy, DJD, Dp | N | 5 | 7 |
| | 6 | 46 | F | AA | 1 | Thalessemia, Al | N | 3 | 6 |
| | 7 | 40 | F | C | 18 | CPS, migraine, FM | N | 2 | 5 |
| | 8 | 50 | F | C | 24 | Dp, Si, Al | N | 3 | 6 |
| 3 | 9 | 59 | F | C | 120 | Al, edema, RLS | N | 4 | 5 |
| | 10 | 49 | F | C | 120 | CFS, D | N | 2 | _a |
| | 11 | 48 | F | C | 36 | Anemia, FM | N | 4 | 8 |
| | 12 | 58 | F | C | 120 | DJD, Dp | N | 3 | 5 |
| | 13 | 32 | F | AA | 18 | Reflux, Al | N | 2 | 5 |
| 4 | 14 | 62 | F | C | 24 | Arthritis, DJD | N | 2 | 5 |
| | 15 | 54 | M | C | 8 | AODM, HBP, FM | N | 7 | 5 |
| | 16 | 49 | F | C | 48 | CTS, AODM, CFS | 2ndH | 2 | 7 |
| 5 | 17 | 44 | F | C | 24 | FM, ADHD | N | 2 | 5 |
| | 18 | 41 | M | C | 24 | Impotence | N | 2 | 6 |
| | 19 | 44 | M | C | 24 | Al, Ob | N | 1 | 5 |
| | 20 | 29 | F | C | 24 | Si, FM | N | 3 | 6 |
| | 21 | 47 | F | C | 24 | Ob, Dp | Y, 2ndH | _b | _b |

TP4=Time Point 4, M=male, F=female, C=caucasian, AA=African American, Y=yes, N=no, 2ndH=secondhand smoke at home.
(×2)=Participant was reexposed twice and became ill within 3 days both times; repeated Time Points 4 and 5.
Al=allergy, Dp=depression, Ob=obesity, Si=sinusitis, Ro=rosacea, CSF=chronic fatigue syndrome, FM=fibromyalgia, ADHD=attention deficit, hyperactivity disorder, DJD=degenerative joint disease, AODM=adult onset diabetes mellitus, CPS=chronic pain syndrome, RLS=restless leg syndrome, HBP=high blood pressure, CTS=carpal tunnel syndrome.
  a  Withdrew from study due to illness.
  b  Building was remediated prior to reexposure phase of study.

Time Point 1. The questionnaires, physical examination, vision testing, and blood analyses were repeated at each of the time points with the exception that blood was not drawn during Time Point 3. Pulmonary function measurements were repeated only at Time Point 5. The study interventions were initiated immediately after medical assessments at each of the five time points, and scheduled as:

Time Point 1—began CSM therapy for 2 weeks;
Time Point 2—ended CSM therapy and began avoidance of the study buildings for at least 7 days;
Time Point 3—returned to work in the study buildings without therapy for 1–7 days;
Time Point 4—again began CSM therapy for 2 week;
Time Point 5—ended CSM therapy.

Cholestyramine therapy was prescribed by the physician and administered by the study participants. The dose schedule was 9 g of CSM dissolved in 6 oz of apple juice or water administered orally, four times per day. Participants were questioned concerning compliance with therapy at Time Point 2–5 medical assessments. All participants reported taking the prescribed dose of CSM three to four times per day, and were judged as compliant. All patients reported compliance with building avoidance between Time Points 2

and 3, and with reoccupancy of buildings between Time Points 3 and 4.

Participants were advised at the end of the study to initiate prophylactic CSM therapy if they chose to return to the WDB environment prior to successful building remediation.

2.5. Blood analyses

Laboratory analyses of blood samples included a complete blood count, comprehensive metabolic profiles, and measurement of leptin and MSH levels. The latter two measurements were not initiated until after assessment of the three participants from Building One was completed. MSH was measured only at Time Points 1 and 5. Blood analyses were performed by LabCorp, or Esoterix, both of which are CLIA approved, high-complexity laboratory facilities. Normal ranges for leptin in men, 1–5.8 ng/ml serum, and in women, 5–18.3 ng/ml serum, unadjusted for body mass, were reported by Esoterix. LabCorp reported a normal MSH range of 35–81 pg/ml serum.

2.6. Pulmonary function testing

Pulmonary function was assessed in all patients using a Micro Medical spirometer. Forced expiratory volume in 1 s

*R.C. Shoemaker, D.E. House / Neurotoxicology and Teratology 27 (2005) 29–46*

Table 4
Vision, symptoms, leptin, and MSH for study participant assessed at all 5 time points

| P# | VT1 | VT2 | VT3 | VT4 | VT5 | ST1 | ST2 | ST3 | ST4 | ST5 | LT1 | LT2 | LT4 | LT5 | MSH[a] | MSH[b] |
|----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 1 | 48.5/11.5 | 86.5/43 | 128/43 | 54.5/15 | 96/50 | 14 | 1 | 1 | 9 | 0 | NA | NA | NA | NA | NA | NA |
| 2 | 180/102.5 | 180/120 | 180/102.5 | 77/60 | 180/102.5 | 8 | 1 | 2 | 7 | 0 | NA | NA | NA | NA | NA | NA |
| 3 | 77/51.5 | 154/85 | 154/102.5 | 77/43 | 128/72.5 | 15 | 0 | 0 | 7 | 0 | NA | NA | NA | NA | NA | NA |
| 4 | 90/30 | 128/60 | 128/60 | 45/11 | 128/85 | 11 | 1 | 1 | 10 | 2 | 30 | 37 | 45 | 23 | 7.5 | 21 |
| 5 | 77/30 | 128/60 | 154/90 | 128/45 | 154/120 | 18 | 2 | 1 | 9 | 1 | 49 | NA | 57 | 39 | 7.5 | NA |
| 6 | 54.5/18.5 | 96/51.5 | 128/72.5 | 64/51.5 | 128/60 | 15 | 2 | 1 | 8 | 0 | 46 | NA | NA | 22 | 22 | 46 |
| 7 | 40/25.5 | 96/25.5 | 109/22.5 | 64/15 | 109/36.5 | 17 | 4 | 2 | 11 | 4 | 17 | NA | NA | 7 | 7.5 | NA |
| 8 | 54.5/30 | 128/60 | 128/36.5 | 67.5/18.5 | 128/43 | 18 | 4 | 3 | 11 | 3 | 58 | 58 | NA | 45 | 7.5 | 19 |
| 9 | 39/7.5 | 77/22 | 90/26 | 48.5/18.5 | 109/30 | 17 | 2 | 2 | 10 | 1 | 49 | 25 | 38 | 22 | 35 | NA |
| 11 | 64/30 | 128/60 | 128/60 | 128/43 | 180/60 | 15 | 0 | 0 | 7 | 0 | 15 | 6 | 16 | 8 | 18 | NA |
| 12 | 19.5/0 | 67.5/7.5 | 64/15 | 48.5/11 | 54.5/4 | 17 | 2 | 1 | 10 | 3 | 83 | NA | NA | 25 | 16 | 21 |
| 13 | 64/30 | 128/72.5 | 128/85 | 64/43 | 135/72.5 | 19 | 2 | 1 | 11 | 2 | 86 | 57 | 84 | 57 | 27 | 37 |
| 14 | 64/22 | 64/30 | 64/43 | 33/22 | 90/60 | 13 | 1 | 0 | 8 | 1 | 43 | NA | NA | 35 | 7.5 | NA |
| 15 | 64/29 | 180/72.5 | 180/120 | 109/41 | 180/120 | 13 | 2 | 0 | 15 | 1 | 21 | 11 | 19 | 8 | 7.5 | 18 |
| 16 | 122/26 | 109/45 | 128/72.5 | 77/45 | 154/72.5 | 19 | 0 | 0 | 11 | 2 | 25 | 12 | 32 | 25 | 7.5 | 22 |
| 17 | 77/26 | 154/85 | 154/85 | 109/72.5 | 180/85 | 15 | 3 | 1 | 9 | 1 | 46 | 40 | 48 | 34 | 7.5 | 20 |
| 18 | 28/13 | 154/51.5 | 128/51.5 | 77/26 | 128/51.5 | 13 | 2 | 0 | 6 | 0 | 39 | NA | NA | 22 | 7.5 | 61 |
| 19 | 77/45 | 90/36.5 | 128/85 | 77/45 | 128/72.5 | 20 | 2 | 0 | 7 | 1 | 16 | NA | NA | 8 | 7.5 | 61 |
| 20 | 109/37.5 | 128/51.5 | 154/64 | 77/51.5 | 154/120 | 13 | 2 | 0 | 7 | 1 | NA | NA | NA | NA | 7.5 | 28.0 |
| M | 71/30 | 120/55 | 129/65 | 75/36 | 134/69 | 14.9 | 1.6 | 0.8 | 9.1 | 1.2 | 39.4 | 30.8 | 42.4 | 24.0 | 12.5 | 28.0 |
| SE | 8.4/4.9 | 8.0/6.0 | 7.3/6.8 | 6.1/4.1 | 7.8/7.2 | 0.8 | 0.5 | 0.3 | 0.5 | 0.3 | 5.8 | 7.2 | 7.7 | 3.8 | 7.7 | 15.1 |

P#=participant number, M=mean, S.E.=standard error of the mean, NA=data not available.
V=mean VCS scores for two eyes at rows D and E (spatial frequencies 6 and 9 cycles per degree of visual arc), T1-5=Assessment Time Points 1, 2, 3, 4, and 5.
S=number of symptoms, L=leptin concentration. leptin levels were not measured at T3. Esoterix reported normal ranges of 1–5.8 ng/ml serum in men and 5.0–18.3 ng/ml serum in women. Missing data in participants 4–20 resulted from the lack of fasting by participants prior to assessments.
  [a] Alpha melanocyte stimulating hormone levels measured at T1, values below the detection level of 15 are reported as 7.5. LabCorp, reported a normal range of 35–81 pg/ml serum for men and women.
  [b] Alpha melanocyte stimulating hormone levels measured at T5. Missing data in participants 4–20 resulted from manufacturer supply shortages of aprotinin (Trasylol), a proteinase inhibitor, that is added to the chilled plasma tube after phlebotomy.

(FEV-1) and forced vital capacity (FVC) were measured. Pulmonary function in each participant was categorized according to the criteria:

Normal: FEV-1/FVC×100>80; FVC>80;
Obstructive (e.g., asthma): FEV-1/FVC×100<80; FVC>80;
Restrictive (e.g., hypersensitivity pneumonitis): FEV-1/FVC×100>80; FVC<80;
Obstructive and Restrictive: FEV-1/FVC×100<80; FVC<80.

## 2.7. Visual function testing

Near-point visual acuity and near-point VCS were measured using modified, forced-choice procedures previously described in detail [80,135,137]. Briefly, the acuity (MIS Pocket Vision Guide, © 1997 MIS) and VCS (Functional Acuity Contrast Test, F.A.C.T. 101; Stereo Optical, Chicago, IL, a Gerber–Coburn) test were administered monocularly to each eye under standard daylight spectrum illumination with normal office background illumination. Photometric measurements indicated a luminance of approximately 70 ft-L on the test card surfaces. All participants who used corrective lenses for near-point viewing wore them during vision testing. The a priori criterion for analysis of VCS data, that the eye has a

Snellen Distance Equivalent visual acuity sore of 20:50 or better, was met by both eyes in 16 of 19 participants that completed the study; the acuity criterion was met by only one eye in participants 4, 11, and 14 (Table 4). This criterion avoided confounding of VCS scores as indicators of neurologic function by excessive optical-refraction error. The units of analysis of group-mean VCS scores were the mean scores of the participant's two eyes at each spatial frequency when both eyes met the acuity criterion. When only one of a participant's eyes met the acuity criterion, that eye's VCS scores were the units of analysis in group-mean assessments.

Assessments of VCS scores in individuals were based on criteria applied to the mid-three spatial frequencies (rows B, C, and D, 3.0, 6.0 and 12.0 cycles/degree of visual arc, respectively). Criteria for normal VCS were:

if VCS at row B=160 (stimulus ID #9), then VCS at row C≥128 (stimulus ID #8) and row D≥43 (stimulus ID #6); or
if VCS at row B<160 (stimulus ID #9), then VCS at row C≥90 (stimulus ID #7) and row D≥43 (stimulus ID #6).

If either eye of a participant failed to meet the criteria for normal VCS, then VCS in that participant was classified as abnormal.

R.C. Shoemaker, D.E. House / Neurotoxicology and Teratology 27 (2005) 29–46

### 2.8. Statistical analyses

All statistical analyses tested a two-tailed hypothesis of no difference at a significance level of alpha=0.05. The statistical procedure used to analyze the VCS data was multivariate analysis of variance for repeated measures (MANOVA). The VCS units of analysis were considered to be repeated measures because one unit for each of the five spatial frequencies was collected from each study participant in the same order at each of the five time points. The five VCS units collected from each participant at one time point were compared to the five VCS units collected at another time point in one analysis. This procedure was repeated for all 10 possible parings of data collected at the five time points. Bonferroni adjustments were made to all $p$-values to reduce the possibility of false-positive results due to the multiplicity of comparisons.

Three hypotheses were tested in each of the 10 MANOVA analyses of the VCS data. The first null hypothesis was that there was no difference between the data collected at the two time points. The analysis essentially averaged the five group-mean VCS units collected at each of two time points, and determined whether or not the two averages were statistically significantly different. The second null hypothesis was that there was no difference between the VCS units collected at each of the five spatial frequencies. This analysis averaged the VCS units from both time points at each of the five spatial frequencies, and determined whether or not there was a statistically significant difference among the five averages. This hypothesis should always be rejected because VCS scores are known to vary with spatial frequency. The third hypothesis was that there was no interaction effect between the study time points and the VCS spatial frequencies. This test essentially determined whether or not the VCS spatial-frequency profiles from the two study time points were parallel. Rejection of the hypothesis indicated that there was a change in relative sensitivity to the spatial frequencies between the time points.

The same statistical approach was used to assess differences between time points in symptom, leptin, and MSH levels. Each of these variables was measured only once at each study time point. In this case, the MANOVA analyses reduced to paired $t$-tests that were done for comparisons at each possible pair of times. Only pairs with data at both times were used in the comparisons. Bonferroni adjustments were made to symptom, leptin, and MSH $p$-values to control for the multiplicity of comparisons.

## 3. Results

### 3.1. Building descriptions

All five study buildings had visible evidence of water damage and microbial amplification (Table 1). Plumbing leaks were identified in three buildings, two buildings showed evidence of water intrusion in or around the roof, one building had periodic water intrusion through basement walls, and the ground floor of one building in a low-lying area was flooded periodically. Qualitative laboratory analyses of tape lift or bulk samples revealed multiple sites of fungal colonies in all study buildings. Predominant genera and species were *Aspergillus* sp. in three buildings, *S. chartarum* in three buildings, *Penicillium* sp. in two buildings, *Acremonium* sp. in two buildings, and *Cladosporium* sp. in one building (Table 1).

### 3.2. Participant demographics

Twenty-one workers from the five study buildings volunteered for study participation (Table 1). Participants ranged in age from 29 to 62 years, 4 were male and 17 were female, 3 were of African American ethnicity and 18 were Caucasian (Table 3). Illness duration ranged from 1 to 120 months, and the participants had previous diagnoses from physicians unaffiliated with the study for a variety of chronic health conditions (Table 3). Smoking was not permitted in any of the study buildings. Two participants were cigarette smokers, one of those also received second-hand smoke at home, and one nonsmoker received second-hand smoke at home (Table 3). All participants reported that previous extended periods without exposure to their office buildings had produced little or no relief from symptoms. Nineteen participants completed the study by receiving all study interventions and assessments at all five study time points. The time required to complete the study ranged from 5 to 12 weeks (Table 3).

### 3.3. Symptom, vision, physical, and laboratory results— Time Point 1 assessment

The 19 participants who completed the study averaged 14.9 symptoms out of 26 at Time Point 1 (Table 4). All participants had symptoms from at least four of the eight organ systems assessed, and the range of the number of symptoms was 6–20 (Table 4). The percentages of participants that reported each symptom are shown in Table 2. Symptom prevalence in the participants at Time Point 1 greatly exceeded that reported by 87 patients who served as controls in a previous study [135]. Over 60% of the study participants reported fatigue, muscle aches, sensitivity to bright light, weakness, joint pain, headache, sinus congestion, shortness of breath, memory loss, muscle cramps, red eyes, blurred vision, and tearing at Time Point 1. Although group-mean Snellen visual-acuity scores were normal (left eye=20:21.6; right eye=20:23.4), group-mean VCS scores of the participants were sharply reduced relative to the previously published control values [135] (Fig. 1). The VCS deficits were largest at the mid-to-higher spatial frequencies. VCS scores at 6 and 12 cycles/per degree of visual arc are shown for each of the 19 participants in Table

R.C. Shoemaker, D.E. House / Neurotoxicology and Teratology 27 (2005) 29–46



Fig. 1. Group-mean VCS scores (±S.E.M.) for SBS cases (mean age=46.4 years, age range=29–62 years) at Time Point 1, and for a previously published control group (mean age=45.1 years, age range=22–72 years) that did not have biotoxin-associated illness. Although the two groups did not differ in Snellen visual acuity, VCS in the SBS group was about 45% lower than that observed in the control group. VCS in the cases was reduced across the spatial-frequency profile, but deficits were largest at the mid-to-higher spatial frequencies, similar to effects observed in other cases and groups diagnosed with biotoxin-associated illness [135,137]. These data are shown for comparison only and were not statistically analyzed. The critical statistical comparisons for this study were those made between time points, as discussed in the Results section and in the Fig. 2 legend, in which the current study participants served as their own controls.

4. VCS was classified as normal in only Participant 2 of the 19 participants at Time Point 1 using the criteria described above (Table 4).

Neither the questionnaires on medical history and confounding factors, the physical examination, pulmonary function testing, nor the laboratory analyses indicated a possible cause of multiple-system illness other than chronic exposure to the water-damaged indoor environment in any participant. Pulmonary-function test results indicated normal function in 15 participants, and a restrictive condition in four participants (participant #6: FEV-1/FVC×100=103, FVC=74; #12: FEV-1/FVC×100=122, FVC=73; #16: FEV-1/FVC×100=109, FVC=76; #18: FEV-1/FVC×100=103, FVC=75) at Time Point 1. No participants met the criteria for an obstructive condition. Leptin levels, measured at Time Point 1 in all participants from Buildings 2–5, were above the normal range in all four men and in 10 of 12 female participants (Table 4). Group-mean leptin level was 39.4 ng/ml serum. MSH levels, also measured at Time Point 1 in all participants from Buildings 2–5, were far below the normal range in all participants other than one female who was at the lower end of the normal range (Table 4). The group-mean MSH level was 12.5 pg/ml serum.

### 3.4. Time Point 2 assessment

Strong recovery was reported by all participants at Time Point 2 following 2 weeks of CSM therapy. The group-mean number of symptoms dropped to 1.6 (Table 4), a statistically significant difference from Time Point 1 [$t(18)$=17.10, $p$<0.001, all symptom $p$-values are Bonferroni corrected]. Symptom prevalence was near that of controls for most symptoms (Table 2). VCS was classified as normal in 13 of 19 participants (Table 4). The robust recovery in VCS (Fig. 2) was confirmed in group analyses by significantly higher scores than at Time Point 1 [$F(1,18)$=72.37, $p$<0.001, all VCS $p$-values are Bonferroni corrected]. All VCS analyses indicated a significant effect of spatial frequency, essentially confirming the validity of the VCS test procedure. The significant group×spatial frequency interaction [$F(1,18)$= 16.50, $p$<0.001] indicated that VCS had been depressed at some spatial frequencies more than at others, and larger differences at the mid- to higher-spatial frequencies is apparent in Fig. 2. Leptin levels at Time Point 2, only available from eight participants, showed a decrease in six participants (Table 4), but only one participant was in the normal range. After Bonferroni adjustment, group-mean leptin concentration was not significantly lower than at Time Point 1 [$t(7)$=2.52, $p$=0.238].

### 3.5. Time Point 3 assessment

Recovery continued at Time Point 3 as participants avoided exposure while no longer on CSM therapy. The group-mean number of symptoms was 0.8 (Table 4), a level



Fig. 2. Group-mean VCS scores (±S.E.M.) for SBS cases at Time Points 1–5. VCS at Time Point 1, when SBS was diagnosed, was significantly below that observed at Time Point 2, after 2 weeks of CSM therapy. VCS remained elevated at Time Point 3, after at least 1 week without CSM therapy while avoiding exposure to the WDBs in which the cases worked. Following assessments at Time Point 3, all cases returned to work in the WDBs without CSM therapy. All cases reported reacquisition of illness within 1–7 days of returning to work, and VCS at Time Point 4 was significantly below that observed at Time Point 3, and statistically equivalent to that measured at Time Point 1. Following another 2-week interval of CSM therapy, VCS at Time Point 5 was again elevated, showing statistical equivalence to that observed at Time Points 2 and 3, but a significant increase relative to that observed at Time Points 1 and 4. A significant peak in the VCS function at 6 cpd was apparent at Time Points 2, 3, and 5 when symptom prevalence was low, but was absent at Time Points 2 and 4 when symptom prevalence was high.

R.C. Shoemaker, D.E. House / Neurotoxicology and Teratology 27 (2005) 29–46

significantly lower than at Time Point 1 [$t(18)=16.67$, $p<0.001$], and Time Point 2 [$t(18)=3.75$, $p<0.015$]. Symptom prevalence remained stable or declined further for all but two symptoms (Table 2). VCS showed further improvement (Fig. 2) to a level significantly higher than at Time Points 1 [$F(1,18)=121.55$, $p<0.001$] and 2 [$F(1,18)=15.52$, $p=0.010$]. VCS was classified as normal in 14 of 19 participants (Table 4). Leptin levels were not measured at Time Point 3.

### 3.6. Time Point 4 assessment

All participants returned to their office buildings without CSM therapy following Time Point 3. After 1–7 days of reexposure (Table 3), all participants reported relapse when assessed at Time Point 4. The group-mean number of symptoms increased to 9.1 (Table 4), a level significantly higher than that at Time Point 3 [$t(18)=16.91$, $p<0.001$], but significantly lower than that at Time Point 1 [$t(18)=6.68$, $p<0.001$]. The prevalence of each symptom was greater at Time Point 4 than at Time Point 3 (Table 2). Group-mean VCS scores (Fig. 2) declined to a level significantly below that measured at Time Point 3 [$F(1,18)=101.20$, $p<0.001$], but similar to that observed at Time Point 1 [$F(1,18)=2.72$, $p=0.160$]. VCS was classified as normal in only 2 of 19 participants; only participants 11 and 17 had normal VCS (Table 4). Leptin levels at Time Point 4, only available from seven participants for which it was measured at Time Point 1, showed an increase in all seven participants (Table 4), none of whom were in the normal range. Group-mean leptin concentration was significantly higher than at Time Point 2 [$t(6)=4.81$, $p=0.018$].

### 3.7. Time Point 5 assessment

Following relapse during the reexposure phase of the study, participants again underwent CSM therapy for 2 weeks. Health assessments at Time Point 5 indicated substantial improvement. The group-mean number of symptoms reported decreased to 1.2, a level significantly lower than that at Time Point 4 [$t(18)=19.83$, $p<0.001$], but similar to that reported at Time Points 2 [$t(18)=1.92$, $p=0.704$] and 3 [$t(18)=1.24$, $p>0.999$]. VCS scores showed a similar pattern; VCS scores at Time Point 5 were significantly higher than at Time Point 4 [$F(1,18)=161.72$, $p<0.001$], but similar to that observed at Time Point 3 [$F(1,18)=3.12$, $p=0.940$]. VCS was classified as normal in 15 of 19 participants (Table 4). Group-mean Snellen visual-acuity scores (left eye=20:20.5; right eye=20:22.2) did not differ significantly in any pair of study time point comparison. Pulmonary-function test results from the four participants that had a restrictive conditions at Time Point 1 were within normal limits at Time Point 5. Pulmonary function parameters showed improvement in all but one participant, although no pulmonary medications were used by any participant during the study. The group-mean

changes in FVC (Time Point 1=86.6, Time Point 5=94.2) and FEV-1 (Time Point 1=86.6, Time Point 5=96.3), respectively, were statistically significant [$t(11)=3.01$, $p=0.012$; $t(11)=3.49$, $p=0.005$], but the change in FEV-1/FVC×100 (Time Point 1=100.5, Time Point 5=102.8) was not significant [$t(11)=0.80$, $p=0.441$]. Leptin levels (Table 4) decreased between Time Points 1 and 5 in 15 of 16 participants, but was in the normal range for only two participants at Time Point 5. The decrease in group-mean leptin level (Time Point 1=39.4; Time Point 5=24.0) was statistically significant [$t(15)=4.40$, $p=0.003$], as was the decrease between Time Points 4 and 5 [$t(7)=6.32$, $p=0.002$]. MSH data were available at Time Point 5 from 10 participants for whom MSH was measured at Time Point 1 (Table 4). MSH levels increased in all 10 participants, for whom group-mean MSH more than doubled to 28 from 12.5 pg/ml serum at Time Point 1, a statistically significant difference [$t(9)=3.66$, $p=0.005$]. Only three of the participants, however, had returned to the normal range.

## 4. Discussion

The general study hypothesis, that SBS is associated with chronic exposure to WDBs, was supported by the study results. Specifically, the confirmatory hypotheses, that the group-mean number of symptoms and VCS scores would show statistically significant improvement at Time Points 2, 3, and 5 relative to Time Points 1 and 4, were confirmed. Medical assessments at Time Points 1 and 4 followed exposure to the WDBs during periods when participants were not on CSM therapy. The results indicated a multiple-system syndrome characterized by a high group-mean number of symptoms and large VCS deficits, relative to the participants' own scores at Time Points 2, 3, and 5. The results from assessments at Time Points 2 and 5 indicated that CSM therapy led to rapid symptom resolution and VCS recovery, as previously seen in the biotoxin-associated illness, PEAS [135,137]. The continued low level of symptoms and high VCS scores observed at Time Point 3, following a period of exposure avoidance without CSM therapy, indicated that relapse did not occur without reexposure to the WDBs. Reexposure to the study buildings without CSM therapy for 1–7 days resulted in the symptom recrudescence and the decline in VCS scores observed at Time Point 4.

Critical components of the experimental design were the following: (1) the exclusion of potential study participants due to alternative causes of illness and potentially confounding factors; (2) oral administration of a standard set of questions by a single, highly trained health researcher to help eliminate the potential for bias in self-administered questionnaires; (3) the use of VCS as an objective indicator of function in a neurologic system; (4) assessments at five time points, thereby allowing participants to serve as their own controls; (5) the interventions of CSM therapy and

removal from exposure that enabled the researchers to record data indicating a dramatic improvement in health status; and (6) reexposure to the WDBs following recovery that enabled the prospective demonstration of illness reacquisition. The use of these design components avoided some of the limitations intrinsic to many previous studies, thereby enabling the study to produce evidence that indicated exposure to the WDBs was strongly associated with illness.

Several study limitations, however, reduced confidence in the conclusion drawn above. First, the inability to accurately characterize chronic, airborne exposure to the complex mixture of microbes in the indoor environment of WDBs prevented the association of illness causation with any particular genera or species. Only long-term air monitoring could accurately characterize chronic exposure because the rates at which spores or cells and particles are emitted to air vary with the factors mentioned above [111]. Differences between study buildings in the predominant microbes detected prior to Time Point 1 (Table 1) indicated that a variety of organisms may be etiologic agents. Second, the inability to accurately characterize the complex mixture of mycotoxins, endotoxins, and antigens in human tissues that may result from chronic exposure to WDBs prevented the association of illness with any particular bioactive substance or mixture. Animal studies are needed to test additional hypotheses concerning microbial, toxin, and antigen causation of illness. Third, the prevalence of SBS among study-building occupants could not be estimated because neither was the entire population assessed, nor was the population randomly sampled. Index cases from each building recruited the potential study participants. Workers who volunteered for screening may have been more affected by exposure than those who did not volunteer. Screening indicated that not all volunteers met the symptom criteria for SBS (Table 1). Preliminary results from another study indicated that polymorphisms in the human leukocyte antigen (HLA) DR and DQ genes on chromosome 6, as measured by polymerase chain reaction, may have influenced individual susceptibility to chronic illness following exposure to WDBs [136]. HLA, the most polymorphic portion of the genome, codes for proteins involved in antigen presentation to T-cells [133]. The inability to sensitize T-cells by effective presentation of antigens or toxins bound to protein may render elimination or neutralization processes ineffective. An important consequence of individual differences in protective processes is that dose–response functions would not accurately predict illness in all individuals. Individuals with effective protective processes might not develop illness, whereas individuals with ineffective protective processes could remain chronically ill even after removal from exposure because of retention of antigens and toxins. Fourth, the physician who conducted the assessments was not blinded with respect to the assessment Time Points. However, the critical endpoints were objective measurements, and the questionnaires were

administered using a standard procedure. Fifth, the study participants were aware of when they took CSM. It is possible that participants felt better simply because they knew they were receiving medication. However, the previous double-blinded, placebo-controlled, crossover clinical trial demonstrated that biotoxin-associated illness resolved only during CSM therapy [135]. Further human and animal research is needed to verify the current study results and to address additional hypotheses concerning illness causation and susceptibility factors.

The SBS cases were treated with CSM due to results seen in our previous studies of biotoxin-associated illness [135,137], and results from case reports and animal studies. CSM, a polymer too large for gastrointestinal absorption, was the first treatment approved by the U.S. Food and Drug Administration (FDA) for hypercholesterolemia. The theoretical basis for CSM use in the SBS cases was that toxin elimination rates can be enhanced through anion exchange or other binding of CSM with toxins. Binding causes the toxins to be eliminated, thereby interrupting the enterohepatic recirculation of toxins with bile and systemic recirculation. CSM has successfully enhanced the elimination rates of kepone [16,36], DDE [116], other organochlorine pesticides [128], polychlorinated biphenyl compounds [19], *Clostridium dificile* toxin [103,113], *Escherichia coli* and *Vibrio cholera* toxins [17,126], one or more cytotoxins from at least one unidentified gastrointestinal microorganism [4,82], the fungal mycotoxins ochratoxin A [39,96,97], fumonisin B1 [155], and zearalenone [151], the cyanobacterial toxin microcystin LR [44], and a toxin from the Chinese herbal product Jin Bu Huan [26]. A pharmacologic study demonstrated that the plasma half-life of M1, the active metabolite of Arava (leflunomide), a pyrimidine synthesis inhibitor FDA approved for treatment of rheumatoid arthritis, was lowered from >1 week to approximately 1 day following CSM administration due to CSM binding of M1 from bile. These results indicated that biliary recycling with systemic recirculation was a major contributor to the long half-life of M1 [8], as it also may be for toxins and antigens acquired through exposure to water-damaged indoor environments. This reasoning is consistent with the improvement seen in VCS and symptom scores at Time Points 2 and 5. CSM treatment likely reduced the period of illness in the SBS cases by months or longer, as the cases reported little or no symptom abatement during previous periods without exposure to the buildings. Only a few patients experienced treatment side effects, constipation or acid reflux, which were easily controlled with standard therapies. These results indicated that CSM therapy is a highly effective therapy for relieving multiple-system and non-specific symptoms among occupants of water-damaged indoor environments.

The change in group-average VCS scores during the time series provided an objective indication of health status as robust as that from the subjective symptom scores. VCS

testing also provided a sensitive and specific indicator for individual assessment. Using the criteria described above, VCS was normal in only one participant at Time Point 1 and in only two participants at Time Point 4. These results contrasted sharply with the observations of 13, 14, and 15 normal scores at Time Points 2, 3, and 5, respectively. Assuming that all participants were ill at Time Point 1 and well at Time Point 5, sensitivity of the VCS test at Time Point 1 was 18 hits/19 ill participants×100=95%; specificity at Time Point 5 was 15 correct rejections/19 well participants×100=79%. VCS showed rapid alterations in all participants, perhaps due to changes in blood flow rates in the retina and/or brain. Proinflammatory cytokines constricted microvasculature and reduced blood flow rates in rat and sheep brain and lung [48,63,138,155,157]. Blood flow rates in retinal microvasculature were depressed when VCS was reduced in other biotoxin-associated illnesses (Shoemaker—unpublished data). Enhanced rates of toxin elimination due to CSM therapy may have led to a rapid decrease in proinflammatory cytokine levels, increased blood flow rates in microvasculature, and rapid VCS recovery. However, because proinflammatory cytokine levels and blood flow rates were not measured in the current study, these possibilities remain speculative. In any case, the results strongly supported the position that VCS testing provides a simple, noninvasive, and inexpensive tool with high diagnostic value in biotoxin-associated illness when used with thorough screening for potentially confounding factors.

Confirmation of the hypotheses concerning leptin and MSH indicated that they may play important roles in the course of illness. Although leptin and MSH levels moved in the expected directions on a group-mean basis and in most individuals following CSM therapy, they did not return to the normal range in most participants. Analyses for leptin and MSH, respectively, indicate sensitivity=88% and 94% at Time Point 1, and specificity=25% and 30% at Time Point 5. It is unclear whether leptin and MSH levels would eventually reach normality or remain abnormal due to persistent or permanent damage.

Leptin, 143 amino acid, 16 kDa adipocyte hormone, has been reported to affect regulation of body weight, hypothalamic activity, and response to feeding [142]. A pharmacokinetic characterization of leptin showed transport across the blood–brain barrier, and binding to the long isoform of its receptor, which is closely related to a primordial gp-130 class 1 cytokine receptor [64], that is present in the arcuate nucleus, paraventricular nucleus, and ventromedial nucleus of the hypothalamus [90]. The report that leptin deficiency was accompanied by increased susceptibility to endotoxin and decreased induction of anti-inflammatory cytokines [64] indicated a physiologic link between leptin and MSH production that could be adversely affected by a proinflammatory cytokine effect on the leptin receptors in the hypothalamus. Normally, after leptin interacts with its receptor, a Janus tyrosine kinase (JAK)-STAT signaling cascade activates transcription of proopiomelanocortin [106] with cleavage of the prohormone causing MSH release [34]. The observation of elevated leptin levels and MSH deficiency suggested the development of a central receptor resistance, perhaps similar to the resistance created by disruption of tyrosine kinase in Type II diabetes, caused by proinflammatory cytokine responses [43].

MSH, a 13 amino acid peptide derived from post-translational processing of proopiomelanocortin, levels were reported to be reduced in chronic, fatiguing illnesses with evidence of increased levels of proinflammatory cytokines [22] An investigation into the role of MSH in the current study was indicated by (1) the ability of MSH to modulate production and action of proinflammatory cytokines in periphery and central nervous system by down-regulation of nuclear factor kappa B [86]; (2) its role in modulation of disorders in which infection and inflammation coexist [25]; and (3) evidence that administration of MSH reduces levels of the proinflammatory cytokines, tumor necrosis factor alpha and interleukin 1, in endotoxin-stimulated patients with sepsis syndrome [24]. Further evidence of MSH deficiency in illnesses with an inflammatory basis, including the response to biological toxins, was indicated by an "anticytokine", neuroimmunomodulatory effect mediated through MSH receptors, MSH effects on macrophages and granulocytes, and descending neural pathways originating from MSH-activated neurons in the central nervous system [23,105]. MSH has been reported to exert regulatory effect on pituitary function by controlling growth hormone release [14], gonadotrophin release [127], and possibly vasopressin release [130]. Behavioral functions reported to be influenced by MSH include verbal memory, pain perception [7], attention, and goal-motivated behavior [160]. Additional evidence indicated that MSH has the capacity to affect cerebral protein synthesis, RNA synthesis, and protein phosphorylation, thereby potentially altering the capability of an organism to both evaluate information and interact effectively with its environment [12]. Additional research is needed to clarify the modes of action by which toxins and antigens may elevate leptin and reduce MSH levels, and the roles of these hormonal alterations in producing the signs and symptoms associated with illness among SBS patients.

In conclusion, the study results supported the hypothesis that chronic exposure to the water-damaged environments of the study buildings was associated with SBS. The use of a powerful, modified ABAB experimental design and objective endpoints added strength to this conclusion. The use of double-blind and placebo-control components would further strengthen future studies. Although the study results indicated that chronic exposure to WDBs is a human health risk, the results were not sufficient to quantitatively assess the risk. Animal studies are needed to better characterize the causative agents, interactions

between agents in complex mixtures, and their modes of action.

## Acknowledgments

The authors gratefully acknowledge the contributions of H. Kenneth Hudnell, PhD, U.S. Environmental Protection Agency, Office of Research and Development, Neurotoxicology Division (MD:B105-05), Research Triangle Park, NC 27711, to this study and article in experimental design, data analysis and interpretation, graphics, and writing. Gratitude is also extended to Shannon Brown for database management. Reviews by Harriet M. Amman, PhD, and Ellen K. Silbergeld, PhD, led to substantial improvement in the paper, as did the three anonymous reviews obtained by NT&T.

A third party paid the cost of laboratory analyses for all patients regardless of whether they chose to participate in the study or to receive medical assistance outside of the study. There was no other funding source for the study. The authors received no consulting fees or honoraria associated with the study. Both authors hold stock in the Internet-based company, www.chronicneurotoxins.com, a company devoted to education about chronic-biotoxin associated illness, and to assisting cases in obtaining appropriate diagnoses and successful therapy.

## References

[1] American College of Occupational and Environmental Medicine, Adverse human health effects associated with moulds in the indoor environment, October 22, 2002, http://www.acoem.org/guidelines/pdf?Mold-10-27-02.pdf.

[2] H.M. Ammann, Is indoor mold contamination a threat to health, J. Environ. Health 64 (2002) 43–44.

[3] H.M. Ammann, Is indoor mold contamination a threat to health? Part two, J. Environ. Health 66 (2003) 47–49.

[4] T. Andersen, J.R. Andersen, M. Tvede, B. Franzmann, Collagenous colitis: Are bacterial cytotoxins responsible? Am. J. Gastroenterol. 88 (1993) 375–377.

[5] B. Andersen, K.F. Nielsen, B.B. Jarvis, Characterization of Stachybotrys from water-damaged buildings based on morphology, growth, and metabolite production, Mycologia 94 (2002) 392–403.

[6] M.J. Apostolakos, H. Rossmoore, W.S. Beckett, Hypersensitivity pneumonitis from ordinary residential exposures, Environ. Health Perspect. 109 (2001) 979–981.

[7] H. Ashton, J.E. Millman, R. Telford, J.W. Thompson, T.F. Davies, R. Hall, S. Schuster, A.J. Thody, D.H. Coy, A.J. Kastin, Psychological and endocrinological effects of melanocyte stimulating hormones in normal man, Psychopharmacology 55 (1977) 165–172.

[8] Aventis Pharmaceutical, AravaTM Prescribing Information, (2000). http://www.aventispharma-us.com/Pls/arava_TXT.html.

[9] J.V. Baldo, L. Ahmad, R. Ruff, Neuropsychological performance of patients following mold exposure, Appl. Neuropsychol. 9 (2002) 193–202.

[10] C. Barnes, J. Tuck, S. Simon, F. Pacheco, F. Ju, J. Portnoy, Allergic materials in the house dust of allergic clinic patients, Ann. Allergy, Asthma, & Immun. 86 (2001) 517–523.

[11] C. Barnes, S. Buckley, F. Pacheco, J. Portnoy, IgE-reactive proteins from Stachybotrys chartarum, Ann. Allergy, Asthma, & Immun. 89 (2002) 29–33.

[12] B.E. Beckwith, C.A. Sandman, Central nervous system and peripheral effects of ACTH, MSH and related neuropeptides, Peptides 3 (1982) 411–420.

[13] H. Bibi, D. Shoseyov, D. Feigenbaum, P. Nir, R. Shiachi, S. Scharff, R. Peled, Ann. Allergy, Asthma, & Immun. 88 (2002) 416–420.

[14] M. Birkhauser, R. Gaillard, A.M. Riondel, G.R. Zahnd, Influence of acute administration of human growth hormone and alpha-MSH on plasma concentrations of aldosterone, cortisol, corticosterone and growth hormone in man, Acta Endocrinol. 79 (1975) 16–24.

[15] L.P. Boulet, H. Turcotte, C. Laprise, C. Lavertu, P.M. Bedard, A. Lavoie, J. Hebert, Comparative degree and type of sensitization to common indoor and outdoor allergens in subjects with allergic rhinitis and/or asthma, Clin. Exp. Allergy 27 (1997) 29–52.

[16] J.J. Boylan, L.L. Egle, P.S. Guzelian, Cholestyramine: Use as a new therapeutic approach for chlordecone (kepone) poisoning, Science 199 (1978) 893–895.

[17] M.Y. Brouillard, J.G. Rateau, La Cholestyramine fixe les toxines d'Escherichia coli et de Vibrio cholerae par une liaison ionique [in French], Ann. Gastroenterol. Hepatol. 26 (1990) 27–30.

[18] B. Brunekreef, Associations between questionnaire reports of home dampness and childhood respiratory symptoms, Sci. Total Environ. 127 (1992) 79–89.

[19] P.M. Bungay, R.L. Dedrick, H.B. Matthews, Pharmacokinetics of halogenated hydrocarbons, Ann. N. Y. Acad. Sci. 320 (1979) 257–270.

[20] H.A. Burge, Fungi: Toxic killers or unavoidable nuisances? Ann. Allergy, Asthma, & Immun. 87 (2001) 52–56.

[21] J.M. Burkholder, H.B. Glasgow Jr., C.W. Hobbs, Fish kills linked to a toxic ambush-predator dinoflagellate: Distribution and environmental conditions, Mar. Ecol., Prog. Ser. 124 (1995) 443–461.

[22] T.F. Burks, New agents for the treatment of cancer-related fatigue, Cancer 92 (2001) 1714–1718.

[23] A. Catania, A.F. Suffredini, J.M. Lipton, Endotoxin causes MSH release in normal subjects, Neuroimmunomodulation 2 (1995) 258–262.

[24] A. Catania, J.M. Lipton, Peptide modulation of fever and inflammation within the brain, Ann. N. Y. Acad. Sci. 856 (1998) 62–68.

[25] A. Catania, M. Cutuli, L. Garoflao, A. Carlin, L. Airaghi, W. Barcellini, J.M. Lipton, The neuropeptide alpha-MSH in host defense, Ann. N. Y. Acad. Sci. 917 (2000) 227–231.

[26] CDC, Jin Bu Huan toxicity in adults—Los Angeles, MMWR 42 (1993) 920–922.

[27] CDC, Acute pulmonary hemorrhage/hemosiderosis among infants—Cleveland, January 1993–November 1994, MMWR 43 (1994) 881–883.

[28] CDC, Update: pulmonary hemorrhage/hemosiderosis among infants—Cleveland, Ohio, 1993–1996, MMWR 46 (1997) 33–35.

[29] CDC, Notice to readers: Possible estuary-associated syndrome, MMWR 48 (1999) 381–382.

[30] CDC, Update: Pulmonary hemorrhage/hemosiderosis among infants—Cleveland, Ohio, 1993–1996, MMWR 49 (2000) 180–184.

[31] CDC, State of the science on molds and human health; S.C. Redd Statement for the Record; Committee on Oversight and Investigations and Housing and Community Opportunity, Committee and Financial Services. US House of Representatives, July 18, 2002.

[32] H.J. Chao, J. Schwartz, D.K. Milton, H.A. Burge, The work environment and workers' health in four large buildings, Environ. Health Perspect. 111 (2003) 1242–1248.

[33] J.A. Chapman, Stachybotrys chartarum (chartarum=atra=alternans) and other problems caused by allergenic fungi, Allergy Asthma 24 (2003) 1–7.

[34] D. Chen, A. Garg, Monogenic disorders of obesity and body fat distribution, J. Lipid Res. 40 (1999) 1735–1746.

R.C. Shoemaker, D.E. House / Neurotoxicology and Teratology 27 (2005) 29–46

[35] G.L. Chew, C. Rogers, H.A. Burge, M.L. Muilenberg, D.R. Gold, Dustborne and airborne fungal propagules represent a different spectrum of fungi with differing relations to home characteristics, Allergy 58 (2003) 13–20.

[36] W.J. Cohn, J.J. Boylan, R.V. Blanke, M.W. Fariss, J.R. Howell, P.S. Guzelian, Treatment of chlordecone (kepone) toxicity with cholestyramine. Results of a controlled clinical trial, N. Engl. J. Med. 298 (1978) 243–248.

[37] Committee on Environmental Health, American Academy of Pediatrics, Toxic effects of indoor molds, Pediatrics 101 (1998) 712–714.

[38] Council on Scientific Affairs, Texas Medical Association, Black mold and human illness, Tex. Med. 98 (2002) 53–56.

[39] E.E. Creppy, I. Baudrimont, A.-M. Betbeder, Prevention of nephrotoxicity of ochratoxin A, a food contaminant, Toxicol. Lett. 82/83 (1995) 869–877.

[40] W.A. Croft, B.B. Jarvis, C.S. Yatawara, Airborne outbreak of trichothecene toxicosis, Atmos. Environ. 20 (1986) 549–552.

[41] W.A. Croft, B.M. Jastromski, A.L. Croft, H.A. Peters, Clinical confirmation of trichothecene mycotoxicosis in patient urine, J. Environ. Biol. 23 (2002) 301–320.

[42] C.E. Cuijpers, G.M. Swaen, G. Wesseling, F. Sturmans, E.F. Wouters, Adverse effects of the indoor environment on respiratory health in primary school children, Environ. Res. 68 (1995) 11–23.

[43] S. Dagogo-Jack, Human leptin regulation and promise in pharmacotherapy, Curr. Drug Targets 2 (2001) 181–195.

[44] A.M. Dahlem, A.S. Hassan, S.P. Swanson, W.W. Carmichael, V.R. Beasley, A model system for studying the bioavailability of intestinally administered microcystin-LR, a hepatotoxic peptide from the cyanobacterium Microcystis aeruginosa, Pharmacol. Toxicol. 64 (1989) 177–181.

[45] R.E. Dales, D. Miller, Residential fungal contamination and health: Microbial cohabitants as covariates, Environ. Health Perspect. 107 (1999) 481–483.

[46] R.E. Dales, D. Miller, J. White, Testing the association between residential fungus and health using ergosterol measures and cough recordings, Mycopathologia 147 (1999) 21–27.

[47] P.J. Davis, Molds, toxic molds, and indoor air quality, Calif. Res. Notes 8 (1) (2001) 1–18.

[48] D. Dawson, D. Martin, J. Hallenbeck, Inhibition of tumor necrosis factor alpha reduces focal cerebral ischemic injury in the spontaneously hypertensive rat, Neurosci. Lett. 218 (1996) 41–44.

[49] D.G. Dearborn, I. Yike, W.G. Sorenson, M.J. Miller, R.A. Etzel, Overview of investigations into pulmonary hemorrhage among infants in Cleveland, Ohio, Environ. Health Perspect. 107 (1999) 495–499.

[50] S. Dharmage, M. Bailey, J. Raven, K. Abeyawickrama, D. Cao, D. Guest, J. Rolland, A. Forbe, F. Thien, M. Abramson, E.H. Walters, Mouldy houses influence symptoms of asthma among atopic individuals, Clin. Exp. Allergy 32 (2002) 714–720.

[51] H.K. Dillon, J.D. Miller, W.G. Sorenson, J. Douwes, R.R. Jacobs, Review of methods applicable to the assessment of mold exposure to children, Environ. Health Perspect. 107 (1999) 473–480.

[52] D.L. Duffy, C.A. Mitchell, N.G. martin, Genetic and environmental risk factors from asthma: A cotwin-control study, Am. J. Respir. Crit. Care Med. 157 (1998) 840–845.

[53] N.E. Ebbehoj, M.O. Hansen, T. Sigsgaard, L. Larsen, Building-related symptoms and molds: a two-step intervention study, Indoor Air 12 (2002) 273–277.

[54] O. Elidemir, G.N. Colasurdo, S.N. Rossmann, L.L. Fan, Isolation of Stachybotrys from the lung of a child with pulmonary hemosiderosis, Pediatrics 104 (1999) 964–966.

[55] S. Engelhart, A. Loock, D. Skutlarek, H. Sagunski, A. Lommel, H. Farger, M. Exner, Occurrence of toxigenic Aspergillus versicolor isolates and sterigmatocystin in carpet dust from damp indoor environments, Appl. Environ. Microbiol. 68 (2002) 3886–3890.

[56] K. Engvall, C. Norrby, D. Norback, Sick building syndrome in relation to building dampness in multi-family residential buildings in Stockholm, Int. Arch. Occup. Environ. Health 74 (2001) 270–278.

[57] C.A. Epling, C.S. Ross, J.W. Martyny, B. Zhen, W. Alexander, J.A. Waldron Jr., K. Kreiss, Endemic work-related febrile respiratory illness among construction workers, Am. J. Ind. Med. 28 (1995) 193–205.

[58] R.A. Etzel, Mycotoxins, JAMA 287 (2002) 425–427.

[59] R.A. Etzel, E. Montana, W.G. Sorenson, G.J. Kullman, T.M. Allan, D.G. Dearborn, D.R. Olson, B.B. Jarvis, J.D. Miller, Acute pulmonary hemorrhage in infants associated with exposure to Stachybotrys atra and other fungi, Arch. Pediatr. Adolesc. Med. 152 (1998) 757–762.

[60] S.M. Flappan, J. Portnoy, P. Jones, C. Barnes, Infant pulmonary hemorrhage in a suburban home with water damage and mold (Stachybotrys atra), Environ. Health Perspect. 107 (1999) 927–930.

[61] F. Fung, R. Clark, S. Williams, Stachybotrys, a mycotoxin-producing fungus of increasing toxicologic importance, J. Toxicol. Clin. Toxicol. (1998) 36: 79–86.

[62] F. Fung, D. Tappen, G. Wood, Alternaria-associated asthma, Appl. Occup. Environ. Hyg. 15 (2000) 924–927.

[63] S. Fujimoto, K. Kobayashi, M. Takahashi, C. Konno, M. Kokubun, M. Ohta, R.D. Shrestha, S. Kiuchi, Effects on tumour microcirculation in mice of misonidazole and tumour necrosis factor plus hyperthermia, Br. J. Cancer 65 (1992) 33–36.

[64] R.C. Gaillard, E. Spinedi, T. Chautard, F.P. Pralong, Cytokines, leptin, and the hypothalamo–pituitary–adrenal axis, Ann. N. Y. Acad. Sci. 917 (2000) 647–657.

[65] S. Galant, W. Berger, S. Gillman, A. Goldsobel, G. Incaudo, L. Kanter, S. Machtinger, A. McLean, B. Prenner, W. Sokol, S. Spector, M. Welch, W. Ziering, Prevalence of sensitization to aeroallergens in California patients with respiratory allergy, Ann. Allergy, Asthma, & Immun. 81 (1998) 203–210.

[66] U. Gehring, J. Douwes, G. Doekes, A. Koch, W. Bischof, B. Fahlbusch, K. Richter, H.E. Wichmann, J. Heinrich, β(1→3)-Glucans in house dust of German homes: housing characteristics, occupant behavior, and relations with endotoxins, allergens, and molds, Environ. Health Perspect. 109 (2001) 139–144.

[67] J.F. Gent, P. Ren, K. Belanger, E. Triche, M.B. Bracken, T.R. Holford, B.P. Leaderer, Levels of household mold associated with respiratory symptoms in the first year of life in a cohort at risk for asthma, Environ. Health Perspect. 110 (2002) A781–A786.

[68] H.B. Glasgow Jr., J.M. Burkholder, D.E. Schmechel, P.A. Tester, P.A. Rublee, Insidious effects of a toxic estuarine dinoflagellate on fish survival and human health, J. Toxicol. Environ. Health 46 (1995) 501–522.

[69] K.E. Gordon, R.E. Masotti, W.R. Waddell, Tremorgenic encephalopathy: A role of mycotoxins in the production of CNS disease in humans? Can. J. Neurol. Sci. 20 (1993) 237–239.

[70] W.A. Gordon, E. Johanning, L. Haddad, Cognitive impairment associated with exposure to toxigenic fungi, in: E. Johanning (Ed.), Bioaerosols, fungi and mycotoxins: Health effects, assessment, prevention and control, Eastern New York Occupational and Environmental Health Center, New York, 1999, pp. 94–105.

[71] L.M. Grattan, D. Oldach, T.M. Perl, M.H. Lowitt, D.L. Matuszak, C. Dickson, C. Parrott, R.C. Shoemaker, C.L. Kauffman, M.P. Wasserman, et al., Learning and memory difficulties after environmental exposure to waterways containing toxin-producing Pfiesteria or Pfiesteria-like dinoflagellates, Lancet 352 (1998) 532–539.

[72] S. Gravesen, P.A. Nielsen, R. Iversen, K.F. Nielsen, Microfungal contamination of damp buildings—Examples of risk constructions and risk materials, Environ. Health Perspect. 107 (1999) 505–508.

[73] M.I. Gunnbjornsdottir, D. Norback, P. Plaschke, E. Norrman, E. Bjornsson, C. Janson, The relationship between indicators of building dampness and respiratory health in young Swedish adults, Respir. Med. 97 (2003) 302–307.

[74] J. Harrison, C.A. Pickering, E.B. Faragher, P.K. Austwick, S.A. Little, L. Lawton, An investigation of the relationship between microbial and particulate indoor air pollution and the sick building syndrome, Respir. Med. 86 (1992) 225–235.

[75] K.M. Hendry, E.C. Cole, A review of mycotoxins in indoor air, J. Toxicol. Environ. Health 38 (1993) 183–198.

[76] M.R. Hirvonen, A. Nevalainen, N. Makkonen, J. Monkkonen, K. Savolainen, Induced production on nitric oxide, tumor necrosis factor, and interleukin-6 in RAW 264.7 macrophages by streptomycetes from indoor air of moldy houses, Arch. Environ. Health 52 (1997) 426–432.

[77] M.J. Hodgson, P. Morey, W.Y. Leung, L. Morrow, D. Miller, B.B. Jarvis, H. Robbins, J.F. Halsey, E. Storey, Building-associated pulmonary disease from exposure to *Stachybotrys chartarum* and *Aspergillus versicolor*, J. Occup. Environ. Med. 40 (1998) 241–249.

[78] H.K. Hudnell, R.C. Shoemaker, Sick building syndrome: Possible association with exposure to mycotoxins from indoor air fungi, 8th International Symposium on Neurobehavioral Methods and Effects in Occupational and Environmental Health. Brescia, Italy. June, 2002, http://www.chronicneurotoxins.com/learnmore/latestAbstracts.cfm.

[79] H.K. Hudnell, D.A. Otto, D.E. House, L. Molhave, Exposure of humans to a volatile organic mixture. II. Sensory, Arch. Environ. Health 47 (1992) 31–38.

[80] H.K. Hudnell, D.A. Otto, D.E. House, The influence of vision on computerized-neurobehavioral test scores: A proposal for improving test protocols, Neurotoxicol. Teratol. 18 (1996) 391–400.

[81] H.K. Hudnell, D. House, J. Schmid, D. Koltai, J. Wilkins, W. Stopford, D. Savitz, M. Swinker, S. Music, Human visual function in the North Carolina Clinical Study on Possible Estuary Associated Syndrome, J. Toxicol. Environ. Health 62 (2001) 575–594.

[82] C.D. Humphrey, C.W. Condon, J.R. Cantey, F.E. Pittman, Partial purification of a toxin found in hamsters with antibiotic-associated colitis. Reversible binding of the toxin by cholestyramine, Gastorenterology 76 (1979) 468–476.

[83] T.M. Husman, The Health Protection Act, National Guidelines for indoor air quality and development of the national indoor programs in Finland, Environ. Health Perspect. 107 (1999) 515–517.

[84] K. Huttunen, A. Hyvarinen, A. Nevalainen, H. Komulainen, M.R. Hirvonen, Production of proinflammatory mediators by indoor air bacteria and fungal spores in mouse and human cell lines, Environ. Health Perspect. 111 (2003) 85–92.

[85] K. Huttunen, J. Pelkonen, K.F. Nielsen, U. Nuutinen, J. Jussila, M.R. Hirvonen, Synergistic interaction in simultaneous exposure to *Streptomyces californicus* and *Stachybotrys chartarum*, Environ. Health Perspect. 112 (2004) 659–665.

[86] T. Ichiyama, S. Sato, K. Okada, A. Catania, J.M. Lipton, The neuroimmunomodulatory peptide alpha-MSH, Ann. N. Y. Acad. Sci. 917 (2000) 221–226.

[87] J. Immonen, S. Laitinen, T. taskinen, J. Pekkanen, A. Nevalainen, M. Korppi, Mould-specific immunoglobulin G antibodies in students from moisture-and mould-damaged schools: A 3-year follow-up study, Pediatr. Allergy Immunol. 13 (2002) 125–128.

[88] B. Jacob, B. Ritz, U. Gehring, A. Koch, W. Bischof, H.E. Wichmann, J. Heinrich, Indoor exposure to molds and allergic sensitization, Environ. Health Perspect. 110 (2002) 647–653.

[89] B.B. Jarvis, W.G. Sorenson, E.L. Hintikka, M. Nikulin, Y. Zhou, J. Jiang, S. Wang, S. Hinkley, R.A. Etzel, D. Dearborn, Study of toxin production by isolates of *Stachybotrys chartarum* and *Memnoniella echinata* isolated during a study of pulmonary hemosidersosis in infants, Appl. Environ. Microbiol. 64 (1998) 3620–3625.

[90] B. Jeanrenaud, F. Rohner-Jeanrenaud, Effects of neuropeptides and leptin on nutrient partitioning: Dysregulations in obesity, Annu. Rev. Med. 52 (2001) 339–351.

[91] E. Johanning, R. Biagini, D. Hull, P. Morey, B. Jarvis, P. Landsbergis, Health and immunology study following exposure to toxigenic fungi (*Stachybotrys chartarum*) in a water-damaged office environment, Int. Arch. Occup. Environ. Health 68 (1996) 207–218.

[92] E. Johanning, P. Landsbergis, M. Gareis, C.S. Yang, E. Olmsted, Clinical experience and results of a sentinel health investigation related to indoor fungal exposure, Environ. Health Perspect. 107 (1999) 489–494.

[93] J. Jussila, H. Komulainen, K. Huttunen, M. Roponen, E. Iivanainen, P. Torkko, V.M. Kosma, J. Pelkonen, M.R. Hirvonen, *Mycobacterium terrae* isolated from indoor air of a moisture-damaged building induces sustained biphasic inflammatory response in mouse lung, Environ. Health Perspect. 110 (2002) 1119–1125.

[94] J. Jussila, V.M. Kosma, H. Komulainen, J. Pelkonen, M.R. Hirvonen, Spores of *Aspergillus versicolor* isolated from indoor air of a moisturedamaged building provoke acute inflammation in mouse lung, Inhal. Toxicol. 14 (2002) 1261–1277.

[95] Y. Katz, H. Verleger, J. Barr, M. Rachmiel, S. Kiviti, E.S. Kuttin, Indoor survey of moulds and prevalence of mould atopy in Israel, Clin. Exp. Allergy 29 (1999) 186–192.

[96] A. Kerkadi, C. Barriault, B. Tuchweber, A.A. Frohlich, R.R. Marquardt, G. Bouchard, M. Yousef, Dietary cholestyramine reduces ochratoxin A-induced nephrotoxicity in the rat by decreasing plasma levels and enhancing fecal excretion of the toxin, J. Toxicol. Environ. Health 53 (1998) 231–250.

[97] A. Kerkadi, C. Barriault, R.R. Marquardt, A.A. Frohlich, I.M. Yousef, X.X. Zhu, B. Tuchweber, Cholestyramine protection against ochratoxin A toxicity: Role of ochratoxin A sorption by the resin and bile acid enterohepatic circulation, J. Food Prot. 62 (1999) 1461–1465.

[98] O. Koskinen, T. Husman, A. Hyvarinen, T. Reponen, A. Nevalainen, Respiratory symptoms and infections among children in a daycare center with mold problems, Indoor Air 5 (1995) 3–9.

[99] O. Koskinen, T. Husman, A. Hyvarinen, T. Reponen, A. Nevalainen, Two moldy daycare centers: A follow-up study of respiratory symptoms and infections, Indoor Air 7 (1997) 262–268.

[100] D.M. Kuhn, M.A. Ghannoum, Indoor mold, toxigenic fungi, and *Stachybotrys chartarum*: Infectious disease perspective, Clin. Microbiol. Rev. 16 (2003) 144–172.

[101] M.G. Lee, S. Li, B.B. Jarvis, J.J. Pestka, Effects of satratoxins and other macrocyclic trichothecenes on IL2 production and variability of EL4 thymoma cells, J. Toxicol. Environ. Health 57 (1999) 459–474.

[102] S.K. Lee, S.S. Kim, D.H. Nahm, H.S. Park, Y.J. Oh, K.J. Park, S.O. Kim, S.J. Kim, Hypersensitivity pneumonitis caused by *Fusarium napiforme* in a home environment, Allergy 55 (2000) 1190–1193.

[103] C.A. Liacouras, D.A. Piccoli, Whole-bowel irrigation as an adjunct to the treatment of chronic, relapsing *Clostridium difficile* colitis, J. Clin. Gastroenterol. 22 (1996) 186–189.

[104] D.H. Linz, S.M. Pinney, J.D. Keller, M. White, C.R. Buncher, Cluster analysis applied to building-related illness.

[105] J.M. Lipton, A. Catania, Anti-inflammatory actions of the neuroimmunomodulatory alpha-MSH, Immunol. Today 18 (1997) 140–145.

[106] T.M. Loftus, An adipocyte-central nervous system regulatory loop in the control of adipose homeostasis, Sem. Cell Dev. Biol. 10 (1999) 11–18.

[107] M. Mahmoudi, M.E. Gershwin, Sick building syndrome: III. *Stachybotrys chartarum*, J. Asthma 37 (2000) 191–208.

[108] W.C. Maier, H.M. Arrighi, B. Morray, C. Llewellyn, G.J. Redding, Indoor risk factors for asthma and wheezing among Seattle school children, Environ. Health Perspect. 105 (1997) 208–214.

[109] V.A. Martinez Ordaz, C.B. Rincon-Castaneda, G. Esquivel Lopez, J.G. Lazo-Saenz, M.T. Llorenz Meraz, V.M. Velasco Rodriguez, Fungal spores in the environment of the asthametic patient in a semi-desert area of Mexico, Rev. Alerg. Mex. 49 (2002) 2–7.

[110] T. Meklin, T. Husman, A. Vepsalainen, M. Vahteristo, J. Koivisto, J. Halla-Aho, A. Hyvarinen, D. Moschandreas, A. Nevalainen, Indoor air microbes and respiratory symptoms of children in moisture damaged and reference schools, Indoor Air 12 (2002) 175–183.

*R.C. Shoemaker, D.E. House / Neurotoxicology and Teratology 27 (2005) 29–46*

45

[111] M.Y. Menetrez, K.K. Foarde, Emission exposure model for transport of toxic mold, Indoor Built Environ. 13 (2004) 75–82.

[112] L. Molhave, Indoor climate, air pollution and human comfort, J. Expo. Anal. Environ. Epidemiol. 1 (1991) 63–81.

[113] M.D. Moncino, J.M. Falletta, Multiple relapses on *Clostridium difficile*-associated diarrhea in a cancer patient: Successful control with long-term cholestyramine therapy, Am. J. Pediatr. Hematol./ Oncol. 14 (1992) 361–364.

[114] E. Montana, R.A. Etzel, T. Allan, T.E. Horgan, D.G. Dearborn, Environmental risk factors associated with pediatric idiopathic pulmonary hemorrhage and hemosiderosis in a Cleveland community, Pediatrics 99 (1997) 117–124.

[115] T. Murtoniemi, A. Nevalainen, M. Suutari, M. toivola, H. Komulainen, M.R. Hirvonen, Induction of cytotoxicity and production of inflammatory mediators in RAW264.7 macrophages by spores grown on six different plasterboards, Inhal. Toxicol. 13 (2001) 233–247.

[116] L.C. Mutter, R.V. Blanke, R.J. Jandacek, P.S. Guzelian, Reduction in the body content of DDE in the Mongolian gerbil treated with sucrose polyester and caloric restriction, Toxicol. Appl. Pharmacol. 92 (1988) 428–435.

[117] H.S. Nelson, S.J. Szefler, S.J. Jacobs, K. Huss, G. Shapiro, A.L. Sternberg, The relationships among environmental allergen sensitization, allergen exposure, pulmonary function, and bronchial hyperresponsiveness in the Childhood Asthma Management Program, J. Allergy Clin. Immunol. 104 (1999) 775–785.

[118] K.F. Nielsen, S. Gravesen, P.A. Nielsen, B. Andersen, U. Thrane, J.C. Frisvad, Production of mycotoxins on artificially and naturally infested building materials, Mycopathologia 145 (1999) 43–56.

[119] M. Nikulin, K. Reijula, B.B. Jarvis, E.L. Hintikka, Experimental lung mycotoxicosis in mice induced by *Stachybotrys atra*, Int. J. Exp. Pathol. 77 (1996) 213–218.

[120] M. Nikulin, K. Reijula, B.B. Jarvis, P. Veijalainen, E.L. Hintikka, Effects of intranasal exposure to spores of *Stachybotrys atra* in mice, Fundam. Appl. Toxicol. 35 (1997) 182–188.

[121] D. Norback, E. Bjornsson, C. Janson, U. Palmgren, G. Boman, Current asthma and biochemical signs of inflammation in relation to building dampness in dwellings, Int. J. Tuberc, Lung Dis. 3 (1999) 368–376.

[122] W.E. Novotny, A. Dixit, Pulmonary hemorrhage in an infant following 2 weeks of fungal exposure, Arch. Pediatr. Adolesc. 154 (2000) 271–275.

[123] D.A. Otto, H.K. Hudnell, D.E. House, L. Molhave, W. Counts, Exposure of humans to a volatile organic mixture. I. Behavioral assessment, Arch. Environ. Health 47 (1992) 23–30.

[124] M. Peraica, B. Radic, A. Lucie, M. Pavlovic, Toxic effects of mycotoxins in humans, Bull. World Health Organ. 77 (1999) 754–766.

[125] C.Y. Rao, H.A. Burge, J.D. Brain, The time course of responses to intratracheally instilled toxic *Stachybotrys chartarum* spores in rats, Mycopathologia 149 (2000) 27–34.

[126] J.G. Rateau, M. Broillard, G. Morgant, P. Aymard, Etude experimental chez le lapin de l'effet de la cholestyramine dans le traitement des diarrhees infectieuses d'origine cholerique [in French], Actual. Ther. 22 (1986) 289–296.

[127] R.L. Reid, N. Ling, S.S. Yen, Gonadotrophin releasing 'activity of alpha-melanocyte stimulating hormone in normal subjects and in subjects with hypothalamic-pituitary dysfunction, J. Clin. Endocrinol. Metab. 58 (1984) 773–777.

[128] J.R. Reigart, J.R. Roberts, Recognition and management of pesticide poisoning, U.S. Environmental Protection Agency, Cincinnati, OH, 1999, U.S. EPA 735-R-98-003.

[129] C.A. Robbins, L.J. Swenson, M.L. Nealley, R.E. Gots, B.J. Kelman, Health effects of mycotoxins in indoor air: A critical review, Appl. Occup. Environ. Hyg. (2000) 773–784.

[130] J. Rothuizen, W.J. Bienwenga, J.A. Mol, Chronic glucocorticoid excess and impaired osmoregulation of vasopressin release in dogs

with hepatic encephalopathy, Domest. Anim. Endocrinol. 12 (1995) 13–24.

[131] R. Rylander, R. Etzel, Introduction and summary: Workshop on children's health and indoor mold exposure, Environ. Health Perspect. 107 (1999) 465–468.

[132] J. Santilli, W. Rockwell, Fungal contamination of elementary schools: An environmental hazard, Ann. Allergy, Asthma, & Immun. 90 (2003) 203–208.

[133] G.M. Schreuder, C.K. Hurley, S.G. Marsh, M. Lau, M. Maiers, C. Kollman, H.J. Noreen, The HLA Dictionary 2001: A summary of HLA-A, -B, -C, -DRB1/3/4/5 and -DQB1 alleles and their association with serologically defined HLA-A, -B, -C, -DR and -DQ antigens, Eur. J. Immunogenet. 28 (2001) 565–596.

[134] B.G. Shelton, K.H. Kirkland, W.D. Flanders, G.K. Morris, Profiles of airborne fungi in buildings and outdoor environments in the United States, Appl. Environ. Microbiol. 68 (2002) 1743–1753.

[135] R.C. Shoemaker, Residential and recreational acquisition of possible estuary associated syndrome: A new approach to successful diagnosis and treatment, Environ. Health Perspect. 109 (Supp. 5) (2001) 791–796.

[136] R.C. Shoemaker, Differential association of HLA DR genotypes with chronic, neurotoxin mediated illness: Possible genetic basis for susceptibility, Am. J. Trop. Med. Hyg. 67 (2002) 160.

[137] R.C. Shoemaker, H.K. Hudnell, Possible estuary associated syndrome: Symptoms, vision and treatment, Environ. Health Perspect. 109 (2001) 539–545.

[138] N.R. Sibson, A.M. Blamire, V.H. Perry, J. Gauldie, P. Styles, D.C. Anthony, TNF-alpha reduces cerebral blood volume and disrupts tissue homeostasis via an endothelin- and TNFR2-dependent pathway, Brain 125 (2002) 2446–2459.

[139] W. Smoragiewicz, B. Cossette, A. Bontard, K. Krzystyriak, Tricothecene mycotoxins in the dust of ventilation systems in office buildings, Int. Arch. Occup. Environ. Health 65 (1993) 113–117.

[140] W.G. Sorenson, Fungal spores: Hazardous to health? Environ. Health Perspect. 107 (1999) 469–472.

[141] A. Spurgeon, D. Gompertz, J.M. Harrington, Non-specific symptoms in response to hazard exposure in the workplace, J. Psychosom. Res. 43 (1997) 43–49.

[142] C.M. Steppan, M.A. Lazar, Resistin and obesity associated insulin resistance, Trends Endocrinol. Metab. 13 (2002) 18–23.

[143] H.J. Su, P.C. Wu, C.Y. Lin, Fungal exposure of children at homes and schools: A health perspective, Arch. Environ. Health 56 (2001) 144–149.

[144] D.L. Sudakin, Toxigenic fungi in a water-damaged building: An intervention study, Am. J. Ind. Med. 34 (1998) 183–190.

[145] D.L. Sudakin, *Stachybotrys chartarum*: Current knowledge of its role in disease, Medscape Gen. Med. 2 (2000) E11, http:// www.medscape.com/viewarticle/408038.

[146] T.M. Taskinen, A. Hyvarinen, T. Meklin, T. Husman, A. Nevalainen, M. Korppi, Asthma and respiratory infection in school children with special references to moisture and mold problems in the school, Acta Paediatr. 88 (1999) 1373–1379.

[147] T.M. Taskinen, S. Laitonen, A. Nevalainen, A. Vepsalainen, T. Meklin, M. Reiman, M. Korppi, T. Husman, Immunoglobulin G antibodies to moulds in school-children from moisture problem schools, Allergy 57 (2002) 9–16.

[148] J. Thorn, R. Rylander, Airways inflammation and glucan in a rowhouse area, Am. J. Respir. Crit. Care Med. 157 (1998) 1798–1803.

[149] P.A. Tripi, S. Modlin, W.G. Sorenson, D.G. Dearborn, Acute pulmonary haemorrhage in an infant during induction of general anaesthesia, Paediatr. Anaesth. 10 (2000) 92–94.

[150] D. Trout, J. Bernstein, K. Martinez, R. Biagini, K. Wallingford, Bioaerosol lung damage in a worker with repeated exposure to fungi in a water-damaged building, Environ. Health Perspect. 109 (2001) 641–644.

[151] K.L. Underhill, B.A. Totter, B.K. Thompson, D.B. Prelusky, H.L. Trenholm, Effectiveness of cholestyramine in the detoxification of

zearalenone as determined in mice, Bull. Environ. Contam. Toxicol. 54 (1995) 128–134.

[152] S. Vesper, D.G. Dearborn, I. Yike, W.G. Sorenson, R.A. Haugland, Hemolysis, toxicity, and randomly amplified polymorphic DNA analysis of *Stachybotrys chartarum* strains, Appl. Environ. Microbiol. 65 (1999) 3175–3181.

[153] S. Vesper, D.G. Dearborn, O. Elidemir, R.A. Haugland, Quantification of siderophore and hemolysis from *Stachybotrys chartarum* strains, including a strain isolated from the lung of a child with pulmonary hemorrhage and hemosiderosis, Appl. Environ. Microbiol. 66 (2000) 2678–2681.

[154] S. Vesper, D.G. Dearborn, I. Yike, T. Allan, J. Sobolewski, S.F. Jarvis, R.A. Haugland, Evaluation of *Stachybotrys chartarum* in the house of an infant with pulmonary hemorrhage: quantitative assessment before, during, and after remediation, J. Urban Health 77 (2000) 68–85.

[155] A. Visconti, M. Solfrizzo, A. Torres, S. Chulze, Avantaggiato, International Conference on the Toxicology of Fumonisin, Arlington, Virginia (1999), 59. Poster abstract # 20, p. 59.

[156] K.A. Voss, P.C. Howard, R.T. Riley, R.P. Sharma, T.J. Bucci, R.J. Lorentzen, Carcinogenicity and mechanism of action of fumonisin B1: a mycotoxin produced by *Fusarium moniliforme* (=*F. verticillioides*), Cancer Detec. Prev. 26 (2002) 1–9.

[157] E.M. Wagner, TNF-alpha induced bronchial vasoconstriction, Am. J. Physiol. Heart Circ. Physiol. 279 (2000) H946–H951.

[158] A. Weiss, A.S. Chidekel, Acute pulmonary hemorrhage in a Delaware infant after exposure to *Stachybotrys atra*, Del. Med. J. 74 (2002) 363–368.

[159] K. Yoshida, M. Ando, T. Sakata, S. Araki, Environmental mycological studies on the causative agent of summer-type hypersensitivity pneumonitis, J. Allergy Clin. Immunol. 81 (1988) 475–483.

[160] E.L. Zager, P.M. Black, Neuropeptides in human memory and learning processes, Neurosurgery 17 (1985) 355–369.

[161] M. Zureik, C. Neukirch, B. Leynaert, R. Linard, J. Bousquet, F. Neukirch, Sensitization to airborne moulds and severity of asthma: cross sectional study from European Community respiratory health survey, BMJ 325 (2002) 411–414.



Available online at www.sciencedirect.com

**ScienceDirect**

Neurotoxicology and Teratology 28 (2006) 573–588

NEUROTOXICOLOGY
AND
TERATOLOGY

www.elsevier.com/locate/neutera

# Sick building syndrome (SBS) and exposure to water-damaged buildings: Time series study, clinical trial and mechanisms

Ritchie C. Shoemaker [a,b,*], Dennis E. House [b,c,1]

[a] Chronic Fatigue Center, 500 Market Street, Suite 103, Pocomoke City, MD 21851, USA
[b] Center for Research on Biotoxin-Associated Illness, 500 Market Street, Suite 102, Pocomoke City, MD 21851, USA
[c] US Environmental Protection Agency, Research Triangle Park, NC 27711, USA

Received 27 March 2006; received in revised form 27 June 2006; accepted 31 July 2006
Available online 7 August 2006

## Abstract

Occupants of water-damaged buildings (WDBs) with evidence of microbial amplification often describe a syndrome involving multiple organ systems, commonly referred to as "sick building syndrome" (SBS), following chronic exposure to the indoor air. Studies have demonstrated that the indoor air of WDBs often contains a complex mixture of fungi, mycotoxins, bacteria, endotoxins, antigens, lipopolysaccharides, and biologically produced volatile compounds. A case-series study with medical assessments at five time points was conducted to characterize the syndrome after a double-blinded, placebo-controlled clinical trial conducted among a group of study participants investigated the efficacy of cholestyramine (CSM) therapy. The general hypothesis of the time series study was that chronic exposure to the indoor air of WDBs is associated with SBS. Consecutive clinical patients were screened for diagnosis of SBS using criteria of exposure potential, symptoms involving at least five organ systems, and the absence of confounding factors. Twenty-eight cases signed voluntary consent forms for participation in the time-series study and provided samples of microbial contaminants from water-damaged areas in the buildings they occupied. Twenty-six participants with a group-mean duration of illness of 11 months completed examinations at all five study time points. Thirteen of those participants also agreed to complete a double-blinded, placebo-controlled clinical trial. Data from Time Point 1 indicated a group-mean of 23 out of 37 symptoms evaluated; and visual contrast sensitivity (VCS), an indicator of neurological function, was abnormally low in all participants. Measurements of matrix metalloproteinase 9 (MMP9), leptin, alpha melanocyte stimulating hormone (MSH), vascular endothelial growth factor (VEGF), immunoglobulin E (IgE), and pulmonary function were abnormal in 22, 13, 25, 14, 1, and 7 participants, respectively. Following 2 weeks of CSM therapy to enhance toxin elimination rates, measurements at Time Point 2 indicated a group-mean of 4 symptoms with 65% improvement in VCS at mid-spatial frequency—both statistically significant improvements relative to Time Point 1. Moderate improvements were seen in MMP9, leptin, and VEGF serum levels. The improvements in health status were maintained at Time Point 3 following a 2-week period during which CSM therapy was suspended and the participants avoid re-exposure to the WDBs. Participants reoccupied the respective WDBs for 3 days without CSM therapy, and all participants reported relapse at Time Point 4. The group-mean number of symptoms increased from 4 at Time Point 2 to 15 and VCS at mid-spatial frequency declined by 42%, both statistically significant differences relative to Time Point 2. Statistically significant differences in the group-mean levels of MMP9 and leptin relative to Time Point 2 were also observed. CSM therapy was reinstated for 2 weeks prior to assessments at Time Point 5. Measurements at Time Point 5 indicated group-means of 3 symptoms and a 69% increase in VCS, both results statistically different from those at Time Points 1 and 4. Optically corrected Snellen Distance Equivalent visual acuity scores did not vary significantly over the course of the study. Group-mean levels of MMP9 and leptin showed statistically significant improvement at Time Point 5 relative to Time Points 1 and 4, and the proportion of participants with abnormal VEGF levels was significantly lower at Time Point 5 than at Time Point 1. The number of participants at Time Point 5 with abnormal levels of MMP9, leptin, VEGF, and pulmonary function were 10, 10, 9, and 7, respectively. The level of IgE was not re-measured because of the low incidence of abnormality at Time Point 1, and MSH was not re-measured because previously published data indicated a long time course for MSH improvement. The results from the time series study supported the general study hypothesis that exposure to the indoor air of WDBs is associated with SBS. High levels of MMP9 indicated that exposure to the complex mixture of substances in the indoor air of the WDBs triggered a pro-inflammatory cytokine response. A model describing modes of

* Corresponding author. Center for Research on Biotoxin-Associated Illness, 500 Market Street, Suite 102, Pocomoke City, MD 21851, USA. Tel.: +1 410 957 1550; fax: +1 410 957 3130.

*E-mail address:* ritchieshoemaker@msn.com (R.C. Shoemaker).

[1] Retired.

0892-0362/$ - see front matter © 2006 Elsevier Inc. All rights reserved.
doi:10.1016/j.ntt.2006.07.003

action along a pathway leading to biotoxin-associated illness is presented to organize current knowledge into testable hypotheses. The model links an inflammatory response with tissue hypoxia, as indicated by abnormal levels of VEGF, and disruption of the proopiomelanocortin pathway in the hypothalamus, as evidenced by abnormalities in leptin and MSH levels. Results from the clinical trial on CSM efficacy indicated highly significant improvement in group-mean number of symptoms and VCS scores relative to baseline in the 7 participants randomly assigned to receive 2 weeks of CSM therapy, but no improvement in the 6 participants assigned placebo therapy during that time interval. However, those 6 participants also showed a highly significant improvement in group-mean number of symptoms and VCS scores relative to baseline following a subsequent 2-week period of CSM therapy. Because the only known benefit of CSM therapy is to enhance the elimination rates of substances that accumulate in bile by preventing re-absorption during enterohepatic re-circulation, results from the clinical trial also supported the general study hypothesis that SBS is associated with exposure to WDBs because the only relevant function of CSM is to bind and remove toxigenic compounds. Only research that focuses on the signs, symptoms, and biochemical markers of patients with persistent illness following acute and/or chronic exposure to WDBs can further the development of the model describing modes of action in the biotoxin-associated pathway and guide the development of innovative and efficacious therapeutic interventions.
© 2006 Elsevier Inc. All rights reserved.

*Keywords:* Sick building syndrome; Water-damaged buildings; Visual contrast sensitivity; Cholestyramine; Mold; Fungi; Mycotoxins

## 1. Introduction

The hypothesis that chronic exposure to the indoor environments of water-damaged buildings (WBD) causes a multi-system illness, often referred to as "sick building syndrome" (SBS), remains controversial [2–4,17,24,27]. Reviews by the authors and the California Research Board of the scientific literature on studies investigating the association between WBD exposure and SBS identified many studies that supported the hypothesis [95,110]. The WDB environment supported microbial amplification in the indoor environment, and indoor air contained a complex mixture of substances, including toxigenic fungi, bacteria, mycotoxins, endotoxins, antigens, lipopolysaccharides, and biologically produced volatile organic compounds. Many occupants of the WDBs reported multiple-system symptoms. Objective measurements indicated that irritant and allergic characteristics of airborne particles adversely impacted pulmonary function. However, methodological limitations in the past had prohibited the definitive attribution of multiple-system illness to the WDB environment. Our previous reports described studies that attempted to overcome some of those limitations [95,97]. Critical study components included a prospective experimental design in which clinical data were collected at five time points; the use of objective indicators of effect; the interventions of successful therapy; removal from exposure; and re-exposure [95]. Our previous reports indicated that SBS acquired in WDBs might be a form of "biotoxin-associated illness", a term used to indicate that some forms of illness may be caused by exposure to toxins produced by single-cell organisms such as fungi, dinoflagellates, cyanobacteria, diatoms, and bacteria. The multiple-system illness identified in patients previously exposed to aquatic environments inhabited by the suspected toxigenic dinoflagellates, *Pfiesteria* sp., represented a form of biotoxin-associated illness [40,96,103], termed "Possible Estuary Associated Syndrome" (PEAS) by the Centers for Disease Control and Prevention [23]. The current study attempted to confirm the previous observations and further characterize the physiological and biochemical characteristics of SBS acquired in WDBs.

Our previous reports described the results from SBS studies that used a powerful ABB′AB study design that allow participants to serve as their own controls. This design provided the advantage that the participants' environmental and genetic characteristics remained constant as they were monitored over time and experimental interventions were enacted. The interventions were the initiation of successful therapy, exposure avoidance, re-exposure, and a second round of therapy. The results showed a spectrum of multiple-system symptoms that were acquired by patients following chronic exposure to WDBs. High symptom prevalence was accompanied by large deficits in visual contrast sensitivity [95,97], an indicator of neurologic function in the visual system [13,48–52,91,103]. Most patients also reported upper airway symptoms, but pulmonary function tests indicated that few patients had obstructive or restrictive lung function. Elevated levels of leptin and decreased levels of alpha melanocyte stimulating hormone (MSH) indicated that the illness likely involved pathology in the hypothalamus. Increased levels of leptin indicated probable damage to leptin receptors in the hypothalamus [44,62,117] that could result from a toxin-triggered increase in the release of pro-inflammatory cytokines by adipose cells [60]. Inability of the damaged leptin receptors to be stimulated by leptin would result in overproduction of leptin [70] and reduced secretion of MSH [43]. MSH deficiency causes abnormal function in the pituitary gland [8], gastrointestinal system [26], and immunologic system [66,67], and are associated with chronic pain [57] and sleep disturbance [18]. Participants received 2 weeks of treatment with cholestyramine (CSM). Cholestyramine is a non-absorbable polymer that removes a variety of toxins from bile through anion-exchange binding, thereby causing toxin elimination rather than reabsorption during enterohepatic re-circulation [5,9,15,16,22,25,28,29,54,58,59,64,74,75,86,87,100,111]. CSM therapy resulted in a dramatic decrease in symptom prevalence concomitant with normalization of VCS [95,97]. Group-mean leptin levels were decreased and MSH levels were increased following CSM therapy [95,97]. Health status continued to show marked improvement following CSM therapy while the study participants avoided re-exposure to the WDBs. However, all participants relapsed within 7 days of re-exposure to the WDBs. Readministration of CSM again resulted in a highly significant improvement in the health status indicators. The positive response to toxin-elimination therapy, the maintenance of good health without re-exposure to the WDBs, and the relapse with re-

R.C. Shoemaker, D.E. House / Neurotoxicology and Teratology 28 (2006) 573–588

exposure strongly supported the hypothesis that illness was causally associated with exposure to the WDBs.

The current study again used a prospective experimental design with clinical assessments occurring at five points in time to test the general study hypothesis that SBS is associated with exposure to WDBs. Evaluations occurred immediately after the screening of potential study participants; after 2 weeks of CSM therapy; after the avoidance of exposure to WDBs; following re-exposure to the WDBs; and after a second course of CSM therapy. Symptom prevalence, VCS, pulmonary function, and leptin and MSH concentrations were measured in an attempt to confirm the previously observed results. Levels of immuno-globulin E (IgE), matrix metalloproteinase 9 (MMP9), and vascular endothelial growth factor (VEGF) were measured to help further characterize underlying pathology. A double-blind, placebo-controlled clinical trial was conducted in 13 of the 26 study participants at the onset of the time series-study to assess the efficacy of CSM therapy on health status relative to placebo treatment. Following baseline assessments, the clinical trial participants were randomly assigned to either receive 2 weeks of placebo therapy prior to receiving 2 weeks of CSM therapy or to immediately receive 2 weeks of CSM therapy.

## 2. Methods

### 2.1. A priori study hypotheses

#### 2.1.1. General hypothesis
SBS is associated with exposure to WDBs.

#### 2.1.2. Confirmatory hypotheses

#### 2.1.3. Time series study
1.a. Group-mean scores for (i) number of symptoms; (ii) leptin; and (iii) MMP9 show statistically significant decreases between Time Points 1–2, 1–5, and 4–5.
1.b. Group-mean scores for VCS show a statistically significant increase between Time Points 1–2; 1–5; and 4–5.
1.c. The number of participants with abnormal VEGF scores shows a statistically significant decrease between Time Points 1–5.
1.d. Group-mean scores for pulmonary function do not differ significantly between Time Points 1–5.
1.e. The level of MSH is below the normal range at Time Point 1 in >90% of participants.
1.f. The level of IgE is within the normal range at Time Point 1 in >90% of participants.

#### 2.1.4. Double-blind, placebo-controlled, clinical trial
2.a. Relative to initial evaluation (baseline) scores, group-mean scores for number of symptoms and VCS in study participants randomly assigned to the placebo first cohort show no statistically significant improvement after 2 weeks of placebo treatment.
2.b. Group-mean scores for number of symptoms and VCS in participants assigned to the CSM first cohort show sta-tistically significant improvement after 2 weeks of therapy.

2.c. Relative to baseline scores and scores following placebo treatment, group-mean scores for number of symptoms and VCS in participants assigned to the placebo first cohort show statistically significant improvement after 2 weeks of CSM therapy.

### 2.2. Study participant recruitment and screening

#### 2.2.1. Time series study
Consecutive patients seeking medical attention at a private clinic were screened for possible inclusion in a study of SBS previously approved by an authorized internal review board, Copernicus IRB, Cary, NC. The criteria for possible SBS diagnosis, derived from criteria defined by the Centers for Disease Control and Prevention for diagnosis of PEAS [23], were

1) Exposure potential–chronic and current exposure to the indoor environment of a building showing evidence of water damage and microbial amplification;
2) Multiple system symptoms–symptoms in at least five of the ten organ systems listed in Table 1 that persisted for >2 weeks; and
3) Absence of confounders–the clinician was unable to identify other possible causes of illness using differential diagnosis techniques.

To assess the presence of symptoms and exposure potential, a physician orally administered medical history and exposure questionnaires. Patients reporting water intrusion in the home or workplace, but not both, and visual identification of microbial amplification in the area of water intrusion were eligible for further screening (Table 1). The clinician orally assessed the symptoms of eligible patients by administering a questionnaire in a standard manner with complete recording of all symptoms at each visit (Table 2). Symptoms were categorized into organ systems, with the exception of headache and skin sensitivity. Because headache and skin sensitivity could potentially arise from abnormalities in multiple organ systems (i.e., sinus congestion could cause headache, as could musculoskeletal problems), headache and skin sensitivity were regarded as unique, multifactorial symptoms. Patients meeting criterion 2 above underwent further screening to assess other possible causes of illness. Each potential study participant received a physical examination and blood draw. Blood analyses included a complete blood count and comprehensive metabolic profile. Medical history and additional questionnaires were also used to assess potentially confounding factors, including serious ongoing illness or neurologic disease, alcoholism, occupational or avocational exposure to solvents, petroleum products, metal fumes, or pesticides, previous diagnoses of a PEAS-like illness, Lyme disease, *ciguatera* seafood poisoning, chronic soft-tissue injury, and other medical, environmental, and lifestyle factors. Female participants were excluded from study participation if they were pregnant or might become pregnant during the study, or were nursing a child. Differential diagnosis techniques were used to determine whether or not a cause of illness other than

*R.C. Shoemaker, D.E. House / Neurotoxicology and Teratology 28 (2006) 573–588*

Table 1
Study participants' characteristics and exposures

| Participant number | Age (years) | Gender | Ethnicity | Building type | Predominant fungi | Illness duration (months) | Previous diagnoses | Smoke |
|---|---|---|---|---|---|---|---|---|
| 1 | 46 | F | C | Occupation | Asp, Pen | 12 | DD, DJD, TS | P |
| 2 | 48 | F | C | Occupation | Stachy, Asp | 2 | As, Dp | N |
| 3 | 65 | F | C | Occupation | Asp, Pen, Acre, Tricho | 24 | As, HBP, NA | N |
| 4 | 51 | F | C | Occupation | Chaet, Asp | 3 | As, CTS | N |
| 5 | 65 | M | AA | Occupation | Asp, Pen, Acre, Tricho | 24 | COPD, Dp | N |
| 6 | 64 | F | C | Residence | Asp, Pen, Chaet, Monod, Stachy Visible | 3 | DJD, HBP, LS | N |
| 7 | 39 | F | C | Occupation | Colonies | 6 | SA | N |
| 8 | 43 | F | AA | Occupation | Stachy, Asp | 24 | BC | N |
| 9 | 41 | F | AA | Occupation | Acre, Alten | 12 | Dp, NA | N |
| 10 | 51 | F | C | Occupation | Stachy | 3 | As, HBP | N |
| 11 | 58 | F | C | Occupation | Stachy | 4 | HBP, LD | N |
| 12 | 32 | F | C | Residence | Taeni, Monod | 12 | NA, Tourette's syndrome | Y |
| 13 | 61 | M | C | Residence | Asp, Pen, Tricho | 24 | None | N |
| 14 | 57 | F | C | Residence | Asp, Pen, Tricho | 24 | None | N |
| 15 | 51 | F | C | Occupation | Acre, Alten | 12 | CPS, Dp, Fm | N |
| 16 | 58 | M | C | Occupation | Stachy, Asp | 3 | ADHD, Ax, Dp | N |
| 17 | 52 | F | C | Occupation | Asp, Pen | 12 | DP, NA | N |
| 18 | 38 | F | C | Residence | Asp, Pen | 24 | Reflux, TMJP | N |
| 19 | 44 | M | C | Residence | Stachy, Chaet, Asp | 12 | Hair loss, NA, Reflux | N |
| 20 | 44 | F | C | Occupation | Pen, Stachy, Asp, Acre | 6 | ADHD, Ro | N |
| 21 | 60 | F | C | Occupation | Asp, Pen | 2 | Raynauds, reflux, vertigo | N |
| 22 | 47 | F | C | Occupation | Stachy | 24 | Ax, DD, DJD | N |
| 23 | 52 | F | C | Occupation | Asp, Pen | 6 | As, NA | Y |
| 24 | 54 | F | C | Occupation | Visible colonies | 8 | Dp, NA | N |
| 25 | 51 | F | C | Occupation | Acre | 12 | Dp, hypothyroid, migraine | Y |
| 26 | 34 | F | C | Occupation | Acre | 6 | Migraine, NA, reflux | N |
| Mean (S.E.M.) | 50.2 (1.8) | – | – | – | – | 10.8 (1.6) | – | – |

M = male, F = female, C = Caucasian, AA = African American, Y = yes, N = no, P = previously smoked, S.E.M. = standard error of the mean.
Acre = *Acremonium*, Alt = *Alternaria*, Asp = *Aspergillus*, Chaet = *Chaetomium*, Monod = *Monodictys*, Pen = *Penicillium*, Stachy = *Stachybotrys*, Taeni = *Taeniolella*, Tricho = *Trichoderma*.
ADHD = attention deficit- hyperactivity disorder, As = asthma, Ax = anxiety, BC = breast cancer, COPD = chronic, obstructive pulmonary disease, CPS = chronic pain syndrome, CTS = carpal tunnel syndrome, DD = demyelinating disease, DJD = degenerative joint disease, Dp = depression, Fm = fibromyalgia, HBP = high blood pressure, LD = lyme disease, LS = lumbar spine, NA = nasal allergy, SA = sleep apnea, Ro = rosacea, TMJP = temporo-mandibular joint pain, TS = thoracic spine.

SBS could be identified. No patients involved in litigation concerning WDBs were offered study participation, and patients were not remunerated for study participation. The first 30 patients of age 18 years or older who met all study inclusion criteria were invited to participate in the study. Voluntary informed consent forms were signed by 28 study participants, whereas two patients chose to receive treatment outside of the study. Two participants were subsequently excluded from the study due to inability to participate in all five study time points, resulting in 26 participants that completed the study (Table 1).

Study participants were requested to collect fungal samples from their water-damaged building areas for laboratory analyses using a protocol provided by P&K Microbiology, Inc. (Cherry Hill, NJ). Bulk or tape lift samples were collected from 24 of the 26 buildings and shipped to P&K Microbiology for fungal analyses. Qualitative microscopic analyses identified one or more genera of fungi colonizing water-damaged surfaces in each building (Table 1). Analyses of mycotoxins, bacteria, endotoxins, and antigens were not undertaken. Photographic evidence of microbial amplification also was provided for each of the buildings.

### 2.3. Double-blind, placebo-controlled, clinical trial

14 patients who met all of the study inclusion criteria described above volunteered to participate in double-blind, placebo-controlled, clinical trial to assess the efficacy of CSM therapy before continuing with an open-label trial of CSM. Each participant signed a voluntary consent form approved by Copernicus IRB. One participant was subsequently excluded from the study due to inability to complete the study due to schedule conflicts, resulting in 13 participants with complete data sets. No patients who previously participated in SBS studies or clinical trials were included in the clinical trial or time-series study.

### 2.4. Study design

#### 2.4.1. Time series study

The study used an ABB'AB design that included five time points for medical assessments and three types of interventions. Interventions were CSM therapy, exposure avoidance, and re-exposure. In addition to the symptoms questions, physical examinations, and blood draws administered during screening,

R.C. Shoemaker, D.E. House / Neurotoxicology and Teratology 28 (2006) 573–588

577

Table 2
Percent of study participants ($n = 26$) with symptoms by organ system and time points (T)

| Symptom | Organ system | T1 | T2 | T3 | T4 | T5 |
|---|---|---|---|---|---|---|
| Fatigue | General | 92 | 46 | 35 | 100 | 35 |
| Weakness | | 58 | 8 | 4 | 58 | 4 |
| Aches | Musculoskeletal | 92 | 12 | 8 | 81 | 15 |
| Cramps | | 46 | 4 | 0 | 42 | 0 |
| Unusual pain | | 54 | 0 | 0 | 23 | 0 |
| Ice pick pain | | 65 | 4 | 4 | 27 | 0 |
| Lightning bolt pain | | 19 | 0 | 0 | 0 | 0 |
| Joint pain | | 77 | 27 | 19 | 85 | 35 |
| Morning stiffness | | 42 | 0 | 0 | 35 | 0 |
| Headache | Multifactorial | 73 | 31 | 19 | 81 | 31 |
| Skin sensitivity | unique | 8 | 0 | 0 | 0 | 0 |
| Light sensitivity | Eye | 77 | 8 | 4 | 69 | 0 |
| Red eyes | | 58 | 0 | 0 | 50 | 0 |
| Blurred vision | | 54 | 4 | 0 | 46 | 4 |
| Tearing | | 50 | 0 | 0 | 27 | 12 |
| Sinus | Sinus | 85 | 12 | 8 | 69 | 8 |
| Cough | | 69 | 8 | 19 | 46 | 15 |
| Shortness of breath | | 77 | 15 | 12 | 88 | 31 |
| Abdominal pain | Gastrointestinal | 31 | 0 | 0 | 15 | 4 |
| Diarrhea | | 31 | 4 | 0 | 15 | 0 |
| Numbness | Neurologic | 54 | 8 | 4 | 35 | 0 |
| Tingling | | 62 | 8 | 4 | 50 | 4 |
| Metallic taste | | 38 | 12 | 8 | 15 | 8 |
| Vertigo | | 46 | 15 | 8 | 38 | 8 |
| Memory | Central nervous | 85 | 31 | 19 | 65 | 19 |
| Focus/concentration | system | 85 | 8 | 12 | 54 | 8 |
| Confusion | | 62 | 4 | 0 | 35 | 8 |
| Decreased assimilation of new knowledge | | 69 | 4 | 0 | 31 | 0 |
| Decreased word finding ability | | 65 | 4 | 0 | 38 | 8 |
| Disorientation | | 19 | 0 | 0 | 0 | 0 |
| Excessive thirst | Antidiuretic | 69 | 8 | 0 | 50 | 4 |
| Frequent urination | hormone | 62 | 0 | 0 | 38 | 4 |
| Static/shocks | | 50 | 0 | 0 | 27 | 4 |
| Night sweats | Hypothalamic | 69 | 27 | 15 | 54 | 4 |
| Mood swings | | 73 | 15 | 4 | 62 | 0 |
| Temperature regulation | | 54 | 15 | 0 | 38 | 0 |
| Appetite swings | | 69 | 12 | 4 | 42 | 0 |

T1 Baseline.
T2 After first-use cholestyramine.
T3 After cessation of cholestyramine without exposure to WDB.
T4 After cessation of cholestyramine with exposure to WDB.
T5 After repeat treatment with cholestyramine.

study participants underwent visual and pulmonary function testing and additional blood draws during study Time Point 1. The symptoms questions, physical examination, vision testing, and blood draws were repeated at each of the time points with the exception that blood was not drawn during Time Point 3. Pulmonary function measurements were repeated only at Time Point 5. The study interventions were initiated immediately after medical assessments at each of the five time points, and scheduled as

Time Point 1–began CSM therapy for 2 weeks;
Time Point 2–ended CSM therapy and began avoidance of the WDBs for 7 days;
Time Point 3–returned to the WDBs without CSM therapy for 3 days;

Time Point 4–again began CSM therapy for 2 weeks;
Time Point 5–ended CSM therapy.

CSM therapy was prescribed by the physician and administered by the study participants. The dose schedule was 9 g of CSM dissolved in 6 oz. of apple juice or water administered orally, 4 times per day on an empty stomach. Participants were questioned concerning compliance with therapy at Time Point 2–5 medical assessments. All participants reported taking the prescribed dose of CSM 3–4 times per day and were judged as compliant. All study participants reported compliance with WDB avoidance between Time Points 2 and 3, and with re-occupancy of a WDB between Time Points 3 and 4. Participants were advised at the end of the study to initiate prophylactic CSM therapy if they chose to return to the WDB environment prior to successful building remediation.

### 2.5. Double-blind, placebo-controlled, clinical trial

13 participants were randomly assigned to first receive CSM or placebo treatment for 2 weeks. A clinical staff member prepared 56 single-dose packets (4 times/day for 14 days) of CSM or placebo, labeled "A" or "B", for each study participant. Neither the study physician nor the study participants knew which packets contained medication or placebo. Following the clinical evaluations after 2 weeks of treatment, the participants that had received the packets containing placebo received 2 weeks of CSM therapy. VCS and symptoms were assessed immediately prior to the initiation of treatment, after 2 weeks of treatment, and for those in the placebo first group, after an additional 2 weeks during which CSM therapy was assigned. Participants were questioned concerning compliance with treatment during each clinical evaluations session. All participants reported taking the prescribed dose from packets "A" or "B" 3–4 times per day, and were judged as compliant.

### 2.6. Blood analyses–time series study

Blood analyses were performed by LabCorp, Inc., and Quest Diagnostics, Inc., each of which is a CLIA-approved, high-complexity laboratory facility (Table 3).

IgE was measured by LabCorp, Inc. (which reported a normal range of 0–165 IU/ml serum) only at study Time Point 1. Because the confirmatory hypothesis was that IgE level would be normal in most study participants at Time Point 1, it was determined that IgE level would not be measured at other study time points if the hypothesis was confirmed.

MSH was measured by LabCorp, Inc. (which reported a normal range of 35–81 pg/ml serum) only at study Time Point 1. We previously reported that MSH was abnormally low in almost all SBS cases prior to CSM therapy, and that although there was a statistically significant increase in group-mean MSH levels following therapy, few cases had returned to the normal range after 2 weeks of therapy [95].

Normal ranges for leptin in men, 2–13 ng/ml serum, and in women, 4–25 ng/ml serum, unadjusted for body mass, were

R.C. Shoemaker, D.E. House / Neurotoxicology and Teratology 28 (2006) 573–588

Table 3
Study participant biomarker characteristics across clinical examination time points

| Time point | Mean IgE (IU/ml)/S.E.M. (#above norm) | Mean MSH (pg/ml)/S.E.M. (#below norm) | Mean FVC/S.E.M. (#below norm) | Mean FEV1/ FVC×100/S.E.M. (#below norm) | Mean leptin (ng/ml)/S.E.M. (#below norm) | Mean MMP9 (ng/ml)/S.E.M. (#above norm) | Mean VEGF (pg/ml)/S.E.M. (#below, norm, above) |
|---|---|---|---|---|---|---|---|
| 1 | 56.4/78.1(1) | 16.1/7.7(25) | 88.6/2.4(5) | 103.9/3.0 (2) | 27.1/4.3 (13) | 563/48.5 (22) | 58.6/10.1 (9,12, 5) |
| 2 | NA | NA | NA | NA | 25.1/3.9 (11) | 379/48.4 (15) | 56.7/11.1 (4, 14, 2) |
| 4 | NA | NA | NA | NA | 30.4/4.7 (14) | 571/56.8 (18) | 66.5/15.8 (5, 12, 4) |
| 5 | NA | NA | 85.5/2.3(6) | 106.8/2.9 (1) | 23.4/3.8 (10) | 308/32.0 (10) | 56.6/6.6 (3, 17, 2) |

S.E.M. = standard error of the mean, NA = not available. Normal: FVC > 80, FEV1/FVC × 100 > 80.
Normal ranges: IgE (LabCorp, Inc.) = 0– 165 IU/ml; MSH (LabCorp, Inc.) = 35–81 pg/ml; Leptin (LabCorp, Inc.), Men = 2–13 ng/ml, Women = 4–25 ng/ml; MMP9 (Esoteric, Inc.) = 0–332 ng/ml; VEGF (Quest Diagnostics, Inc.) = 31–86 pg/ml.

reported by LabCorp, Inc. Leptin levels were measured at study Time Points 1, 2, 4, and 5.

MMP9 levels were measured by Quest Diagnostics, Inc. (which reported a normal range of 0–332 ng/ml serum), at study Time Points 1, 2, 4, and 5.

VEGF levels were measured by Quest Diagnostics, Inc. (which reported a normal range of 31–86 ng/ml serum) at Time Points 1, 2, 4, and 5.

### 2.7. Pulmonary function testing—time series study

Pulmonary function was assessed in all patients using a Micro Medical spirometer. Forced expiratory volume in 1 s (FEV-1) and forced vital capacity (FVC) were measured. Pulmonary function in each participant was categorized according to the criteria

Normal: FEV-1/FVC × 100 > 80; FVC > 80;
Obstructive (e.g., asthma): FEV-1/FVC × 100 < 80; FVC > 80;
Restrictive (e.g., hypersensitivity pneumonitis): FEV-1/FVC × 100 > 80; FVC < 80;
Obstructive and Restrictive: FEV-1/FVC × 100 < 80; FVC < 80.

### 2.8. Visual function testing

Near-point visual acuity and near-point VCS were measured using modified, forced-choice procedures previously described in detail [52,95,97]. Briefly, the acuity (MIS Pocket Vision Guide, 1997 MIS, Inc.) and VCS (Functional Acuity Contrast Test, F.A.C.T. 101; Stereo Optical Co., Chicago, IL, a Gerber-Coburn Co.) tests were administered monocularly to each eye under standard day-light spectrum illumination fluorescent bulbs with normal office background illumination. Photometric measurements indicated a luminance of greater than 70 ft L on the test card surfaces. All participants who used corrective lenses for near-point viewing wore them during vision testing. The contrast sensitivity test card contained a matrix (5 × 9) of circles filled with sinusoidal gratings (dark and light bars). Spatial frequency (1.5, 3, 6, 12 and 18 cycles/degree of visual arc) increased from top to bottom, and contrast decreased from left to right in steps of approximately 0.15 log units. The grating bars were oriented either vertically, or tilted 15° to the left or right. As the investigator called out each circle from left to right, row by

row, subjects responded by saying either vertical, left, right or blank. Participants were encouraged to name an orientation if they had any indication that the bars could be seen. Participants were given the option to point in the direction to which the top of the grating was tilted if they felt any difficulty in verbalizing the orientation; none needed this assistance. The contrast sensitivity score for each row (spatial frequency) was recorded as the contrast of the last test patch correctly identified on that row following verification by repeated testing of that patch and the subsequent patch. The procedure was repeated for each row in descending order.

The a priori criterion for analysis of VCS data, that the eye had a Snellen Distance Equivalent visual acuity sore of 20:50 or better, was met by both eyes of 23 of the study participants. At least one eye of each participant met the acuity criterion. This criterion avoided confounding of VCS scores as indicators of neurologic function by excessive optical-refraction error. The units of analysis of group-mean VCS scores were the mean scores of the participants' two eyes at each spatial frequency except for three incidences where one eye did not meet the acuity criterion.

Assessments of VCS scores in individuals were based on criteria applied to the mid-three spatial frequencies (rows B, C, and D, 3.0, 6.0 and 12.0 cycles/degree of visual arc, respectively). Criteria for normal VCS were

(A) If VCS at row B = 160 (stimulus ID 9), then VCS at row C > 128 (stimulus ID 8) and row D > 43 (stimulus ID 6);
(B) If VCS at row B < 160 (stimulus ID 9), then VCS at row C > 90 (stimulus ID 7) and row D > 43 (stimulus ID 6).

If either eye of a participant failed to meet the criteria for normal VCS, then VCS in that participant was classified as abnormal.

### 2.9. Statistical analyses

All statistical analyses tested a two-tailed hypothesis of no difference at a significance level of alpha = 0.05. The statistical procedure used to analyze the VCS data was multivariate analysis of variance for repeated measures (MANOVA). The VCS units of analysis were considered to be repeated measures because one unit for each of the five spatial frequencies

R.C. Shoemaker, D.E. House / Neurotoxicology and Teratology 28 (2006) 573–588

579

was collected from each study participant in the same order at each of the five time points. The five VCS units collected from each participant at one time point were compared to the five VCS units collected at another time point in one analysis. This procedure was repeated for all 10 possible pairings of data collected in the time series study and the six possible pairings in the clinical trial of the efficacy of CSM therapy. Bonferroni adjustments were made to all $p$-values to reduce the possibility of false-positive results due to the multiplicity of comparisons.

Three hypotheses were tested in each of the MANOVA analyses of the VCS data. The first null hypothesis was that there was no difference between the data collected at the two time points being compared. The analysis essentially averaged the five group-mean VCS units collected at each of two time points, and determined whether or not there was a statistically significant difference between the two time points. The second null hypothesis was that there was no difference between the VCS units collected at each of the five spatial frequencies. This analysis averaged the VCS units from both time points at each of the five spatial frequencies, and determined whether or not there was a statistically significant difference among the five averages. This hypothesis should always be rejected because VCS scores are known to vary with spatial frequency. Rejection of this hypothesis essentially confirmed the validity of the VCS procedure, and the results are not reported when the hypothesis was rejected. The third hypothesis was that there was no interaction between study time points and the VC scores at each of the five spatial frequencies. This test essentially determined whether or not the VCS spatial-frequency profiles from two study time points were parallel. Rejection of the hypothesis indicated that there was a spatial frequency-dependent change in sensitivity between time points.

The same statistical approach was used to assess differences between time points in symptom, pulmonary function (FVC and FEV1/FVC), leptin, and MMP9 levels. Each of those variables, when measured, was measured only once at each time point. In this case, the MANOVA analyses reduced to paired $t$-tests that were done for comparisons at each possible pair of times. Because prior clinical observations indicated that SBS patients could have abnormally low or high VEGF levels prior to CSM therapy, participants' VEGF levels were categorized as normal or abnormal at each time point when measured. Chi-square tests were used to assess the statistical significance of differences in the number of normal and abnormal levels between time points. Only variable pairs with data at both times were used in the comparisons. Bonferroni adjustments were made to the $p$-values to control for the multiplicity of comparisons.

## 3. Results

### 3.1. Time series study

#### 3.1.1. Building descriptions

All 26 study buildings had visible evidence of water damage and microbial amplification (Table 1). Plumbing leaks, water intrusion in basements, in or around the roof and behind

window and door casements, and flooding were the primary causes of water damage. Qualitative laboratory analyses of tape lift or bulk samples revealed one or more sites of fungal colonies in each of the 24 buildings sampled. Analysis of the samples indicated the fungal genera of *Aspergillus* sp. (16 samples), *Penicillium* sp. (10 samples), and *Stachybotrys chartarum* (9 samples) predominated (Table 1).

### 3.2. Participant demographics

Twenty study participants received occupational exposure to WDBs, whereas six participants resided in WDBs (Table 1). Participants ranged in age from 32 to 65 years, 4 were male and 22 were female, 3 were of African American ethnicity and 23 were Caucasian (Table 1). Illness duration ranged from 3 to 24 months (Table 1). Each participant was exposed to the same WDB throughout the illness period, including when the study commenced. No repairs, remediation or other changes were known to have occurred in any of the building structures or ventilation systems during the study. The participants previously received a variety of diagnoses during their current illnesses from physicians unaffiliated with the study (Table 1). Three participants regularly smoked cigarettes, and one participant had previously smoked on a regular basis (Table 1). Each participant reported little or no relief from symptoms when away from the WDB while on business travel or vacation. Twenty-six of 28 participants completed the study, each within a 38-day time period.

### 3.3. Time Point 1 assessment

#### 3.3.1. Symptoms

The 26 participants who completed the study averaged 22.8 (S.E.M. = 1.2) symptoms out of 37 at Time Point 1 (Fig. 1A). All participants had symptoms from at least five of the ten organ systems assessed, indicating multiple-system illness. The number of symptoms ranged from 14 to 32. The percentages of participants that reported each symptom are shown in Table 2. Over 60% of the study participants reported fatigue, muscle aches, ice pick pain, joint pain, headache, light sensitivity, sinus congestion, cough, shortness of breath, tingling in extremities, memory loss, difficulty with concentration, confusion, difficulty with the assimilation of new knowledge and word finding ability, excessive thirst, frequent urination, night sweats, mood swings, and appetite swings at Time Point 1.

#### 3.3.2. VCS

Although group-mean Snellen visual-acuity scores were normal (Left eye = 20:23.2; Right eye = 20:22.7), group-mean VCS scores (Fig. 1B) were sharply reduced relative to the previously published control values [95]. The VCS deficits were largest at the mid-to-higher spatial frequencies. VCS was classified as abnormal in all 26 participants at Time Point 1.

#### 3.3.3. Pulmonary function

Test results indicated normal function in 19 participants, a restrictive condition in five participants (including two current smokers), and an obstructive condition in two participants at





Fig. 1. (A) Displays the group-mean number of symptoms at each of the 5 time points in the time series study. The curves in (B) display the visual contrast sensitivity profiles across spatial frequencies at each of the 5 time points. Error bars indicate the standard errors of the mean. Symptom and VCS scores moved in synchrony during the study in response to CSM therapy and exposure to the indoor air of water-damaged buildings.

Time Point 1 (Table 3). No participants had both a restrictive and obstructive condition.

The results from laboratory measurements of biochemical levels are shown in Table 3.

### 3.3.4. IgE

Levels were within the normal range of 0–165 IU/ml in 25 participants. IgE was 354 IU/ml in one participant who had normal lung function.

### 3.3.5. MSH

Levels were below the normal range of 35–81 pg/ml in 25 participants; MSH was 37 pg/ml in one participant.

### 3.3.6. Leptin

Levels were within the normal range in 50% of the participants, whereas levels in 1 male and 12 females exceeded the normal limit.

### 3.3.7. MMP9

Levels exceeded the normal limit of 332 ng/ml in 22 participants. MMP9 levels were 138,179, 224, and 247 in the other four participants.

### 3.3.8. VEGF

Levels were normal in 12 participants, below the normal limit of 31 pg/ml in 9 participants, and above the normal limit of 86 pg/ml in 5 participants.

The application of differential diagnosis techniques to the data from the questionnaires on medical history and confounding factors, the physical examination, vision and pulmonary function testing, and the laboratory analyses indicated no possible cause of illness other than chronic exposure to the WDBs in any participant.

### 3.4. Time Point 2 assessment

All participants showed marked improvement at Time Point 2 following 2 weeks of CSM therapy.

### 3.4.1. Symptoms

The group-mean number of symptoms decreased to 3.9 (Fig. 1A), a statistically significance difference from Time Point 1 [$p < 0.001$, all $p$-values are Bonferroni corrected]. The prevalence of each symptom decreased, although more than 25% of the participants continued to experience fatigue, joint pain, headache, memory difficulty, and night sweats (Table 2).

### 3.4.2. VCS

Scores at the mid-spatial frequency increased by almost 65% following CSM therapy. The robust recovery in mean VCS (Fig. 1B) between Time Points 1 and 2 was statistically significant [$p < 0.001$]. The VCS spatial frequency profile normalized, showing peak sensitivity at 6 cpd, resulting in a statistically significant spatial frequency by Time Point 1 vs 2 interaction term [$p < 0.001$]. VCS scores returned to normal levels in 21 of 26 participants.

### 3.4.3. Leptin

Levels decreased in 14 participants at Time Point 2, but only 2 of the 13 participants with abnormally high levels at Time Point 1 had returned to the normal range. Group-mean leptin concentration decreased (Table 3), although insignificantly [$p = 0.229$].

### 3.4.4. MMP9

The decrease in group-mean MMP9 concentration was statistically significant [$p < 0.01$]. MMP9 levels decreased in 21 of the 22 participants who had abnormally high levels at Time Point 1, although levels remained above the upper limit of the normal range in 15 participants (Table 3).

### 3.4.5. VEGF

Of the nine participants that had abnormally low levels of VEGF at Time Point 1, four increased to the normal range, three remained abnormally low, and data were missing for two.

VEGF levels decreased to the normal range in 3 of 5 participants who had abnormally high levels at Time Point 1. One participant remained above the normal range, and data were missing for the other participant. Of the 12 participants that had normal VEGF levels at Time Point 1, one increased and one decreased to an abnormal level, and data were missing for three (Table 3). The increase in the number of participants with normal VEGF levels between Time Points 1 and 2 was not statistically significant.

### 3.5. Time Point 3 assessment

Recovery continued at Time Point 3 as participants avoided exposure while no longer on CSM therapy.

#### 3.5.1. Symptoms

The group-mean number of symptoms was 3.2 (Fig. 1A), a level significantly lower than at Time Point 1 [$p < 0.001$], but not significantly lower than at Time Point 2 [$p < 0.115$]. Symptom prevalence remained stable or declined further for all but two symptoms (Table 2).

#### 3.5.2. VCS

Group-mean VCS scores showed further improvement (Fig. 1B) to a level significantly higher than at Time Points 1 [$p < 0.001$] and 2 [$p = 0.045$]. The mid-spatial frequency VCS score was 82% greater than that measured at Time Point 1. The time point by spatial frequency interaction term did not show a statistically significant difference between Time Points 2 and 3 [$p = 0.499$], reflecting the maintenance of peak sensitivity at 6 cpd (Fig. 1B). VCS was classified as abnormal in only one participant.

Biochemical levels were not measured at Time Point 3.

### 3.6. Time Point 4 Assessment.

All participants returned to the WDBs for 3 days without CSM therapy following the assessment at Time Point 3. All participants reported relapse when assessed at Time Point 4.

#### 3.6.1. Symptoms

The group-mean number of symptoms increased to 14.6 (Fig. 1A), a level significantly higher than at Time Points 2 [$p < 0.001$] and 3 [$p < 0.001$], but significantly lower than that at Time Point 1 [$p < 0.001$]. The prevalence of all but three symptoms was greater at Time Point 4 than at Time Point 3 (Table 3).

#### 3.6.2. VCS

Group-mean VCS scores (Fig. 1B) declined to a level significantly below that measured at Time Points 2 [$p < 0.001$] and 3 [$p < 0.001$], but was similar to that observed at Time Point 1 [$p = 0.531$]. The VCS score at mid-spatial frequency declined by 42%. The statistically significant difference in the spatial frequency by Time Point 3 vs 4 interaction term [$p = 0.015$] reflected the shift in peak sensitivity from the mid-spatial

frequency of 6 cpd to 3 cpd at Time Point 4. Only three participants demonstrated normal VCS at Time Point 4.

#### 3.6.3. Leptin

Group-mean leptin concentration (Table 3) was significantly higher than at Time Point 2 [$p = 0.050$]. Leptin levels at Time Point 4 showed an increase in 16 participants relative to Time Point 2, and were abnormally high in 14 participants. Leptin data were missing for one participant who had abnormally high levels at Time Points 1 and 2.

#### 3.6.4. MMP9

The increase in group-mean MMP9 concentration between Time Points 2 and 4 (Table 3) was statistically significant [$p < 0.01$]. MMP9 levels increased in 22 participants and declined in two participants. MMP9 data were missing for two participants who had abnormally high levels at Time Point 1 but normal levels at Time Point 2. Of the 22 participants that had abnormally high MMP9 levels at Time Point 1, only three had normal levels at Time Point 4.

#### 3.6.5. VEGF

Levels were abnormally low in 5 participants, abnormally high in 4 participants, and normal in 12 participants. Data were missing for 5 participants, 2 of whom were abnormally low at Time Point 1. The change in the proportion of participants with normal VEGF levels between Time Points 2 and 4 (Table 3) was not statistically significant.

### 3.7. Time point 5 assessment

Following relapse during the re-exposure phase of the study, participants again underwent CSM therapy for 2 weeks. Health assessments at Time Point 5 indicated substantial improvement in all participants.

#### 3.7.1. Symptoms

The group-mean number of symptoms reported decreased from 14.6 to 3.1 (Fig. 1A), a level significantly lower than that at Time Point 4 [$p < 0.001$], but similar to that reported at Time Points 2 [$p > 0.999$ ] and 3 [$p > 0.999$]. The prevalence of all symptoms decreased between Time Points 4 and 5 other than those that were 0 at Time Point 4 (Table 2).

#### 3.7.2. VCS

Scores showed a similar pattern of improvement. Group-mean VCS scores at Time Point 5 (Fig. 1A) were significantly higher than at Time Point 4 [$p < 0.001$], but similar to that observed at Time Points 2 [$p = 0.143$] and 3 [$p = > 0.999$]. VCS increased by 69% at the mid-spatial frequency between Time Points 4 and 5. The significant difference in the spatial frequency by Time Point 4 vs 5 interaction term [$p < 0.001$] indicated that the shape of the spatial frequency profile was altered. A restoration of peak sensitivity at the mid-spatial frequency of 6 cpd is apparent at Time Point 5 (Fig. 1A). VCS was classified as normal in 21 of 26 participants, as was the case at Time Point 2. Group-mean Snellen visual-acuity scores (Time

*R.C. Shoemaker, D.E. House / Neurotoxicology and Teratology 28 (2006) 573–588*

Point 5: Left eye = 20:22.0; Right eye = 20:23.2) did not differ significantly in any pair of study time point comparisons.

### 3.7.3. Pulmonary function

There was little change in pulmonary function test results between Time Points 1 and 5 (Table 3). Neither the changes in group-mean FVC nor FEV-1/FVC × 100 were statistically significant [$p = 0.184$ and 0.198, respectively]. However, individual changes between Time Points 1 and 5 included the conversions of a restrictive condition to normal function (smoker), normal function to a restrictive condition (non-smoker), and an obstructive condition to a restrictive condition (non-smoker).

### 3.7.4. Leptin

The decrease in group-mean leptin levels between Time Points 4 and 5 (Table 3) was statistically significant [$p < 0.01$], as was the decrease between Time Points 1 and 5 [$p = 0.012$]. Leptin levels decreased in 22 participants, but remained abnormally high in 10 participants at Time Point 5.

### 3.7.5. MMP9

The group-mean decrease in MMP9 between Time Points 4 and 5 was statistically significant [$p < 0.01$], as was the decrease between Time Points 1 and 5 [$p < 0.01$]. MMP9 levels decreased in 22 participants between Time Points 4 and 5, although 10 participants remained at abnormally high levels (data missing for three participants, two of whom had high levels a Time Point 4).

### 3.7.6. VEGF

The proportion of participants that had normal VEGF levels at Time Point 5 (Table 3) was significantly greater than at Time Point 1 [$p = 0.03$]. Of the five participants that had low VEGF levels at Time Point 4, four were in the normal range at Time Point 5. All four participants that had high VEGF levels at Time Point 4 were in the normal range at Time Point 5. However, two participants had low VEGF levels at Time Point 1, normal levels at Time Point 4, and low levels at Time Point 5. Of the two participants that had high VEGF levels at Time Point 5, one had normal levels at Time Points 1 and 4, whereas the other had a low level at Time Point 1 and a normal level at Time Point 4.

### 3.8. Double-blind, placebo-controlled, clinical trial

A double-blind, placebo-controlled, clinical trial compared the efficacy of CSM and placebo treatments on symptoms and VCS in patients diagnosed with SBS.

### 3.8.1. Symptoms

The group-mean number of symptoms at baseline was 24.7 in the cohort randomly assigned to receive CSM first, and 20.8 in the placebo-first cohort (Fig. 2A). The difference between cohorts in number of symptoms at baseline was not statistically significant [$p = 0.324$]. Following 2 weeks of treatment, the group-mean number of symptoms showed a statistically significant decline to 2.86 in the CSM-first cohort [$p < 0.001$], but remained elevated at 20.3 [$p = 0.688$] in the placebo-first





Fig. 2. (A) Displays the group-mean number of symptoms during the double-blinded, placebo-controlled clinical trial on the efficacy of cholestyramine therapy. The curves in (B) display the visual contrast sensitivity profiles across spatial frequencies during the experimental conditions. Error bars indicate the standard errors of the mean. Symptom and VCS scores improved during CSM therapy, but not during placebo therapy.

cohort (Fig. 2A). Subsequently, following 2 weeks of CSM therapy, the group-mean number of symptoms in the placebo-first cohort declined from baseline to 4.55 [$p = 0.004$ (Fig. 2A).

### 3.8.2. VCS

At baseline, VCS was markedly depressed relative to previously published control values [95] in both the CSM first and the placebo first cohorts (Fig. 2B). The differences between cohorts in group-mean VCS scores [$p > 0.999$] and the group by spatial frequency interaction term [$p > 0.999$] was not statistically significant. VCS was classified as abnormal in the seven members of the CSM first cohort and the six members of the placebo first cohort. VCS at the mid-spatial frequency increased by over 75% in the CSM first cohort following 2 weeks of therapy. The difference in mean VCS was statistically significant [$p = 0.006$], as was the spatial frequency by

time point interaction term $[p = 0.06]$. The shift in peak sensitivity from 3 cpd at baseline to 6 cpd after therapy is apparent in Fig. 2B. VCS was classified as normal in 6 of the 7 CSM first cohort members. Mean VCS in the placebo first cohort did not change significantly $[p > 0.999]$ following 2 weeks of placebo treatment. However, following 2 weeks of CSM therapy, VCS at the mid-spatial frequency increased by over 65% in the placebo first cohort, a statistically significant increase $[p = 0.012]$. VCS remained abnormal following placebo treatment in all six members of the placebo first cohort, but was restored to normal in five of the six members following CSM therapy. There was not a significant change in Snellen visual-acuity scores in any of the statistical comparisons.

## 4. Discussion

The results from the time series study both confirmed and expanded upon results previously reported. All participants selected for study inclusion presented evidence of exposure potential, a multiple-system illness, and an absence of confounding factors.

- *Symptoms*: The medical assessments conducted at Time Point 1 indicated an average of 23 out of 37 symptoms in multiple organ systems. Below normal concentrations of MSH in 25 of the 26 participants at Time Point 1 (Hypothesis 1.e.) indicated hypothalamic involvement and confirmed previous results [95,97].
- *VCS*: Large and statistically significant increases in VCS between Time Points 1–2, 15, and 45 (Hypothesis 1.b.) indicated improved neurologic function following CSM therapy. Statistically significant decreases in the number of symptoms occurred concomitant with the improvement in VCS (Hypothesis 1.a.), confirming previous results [95,97].
- *Pulmonary function*: The measurements of pulmonary function were not statistically different between Time Points 1–5 (Hypothesis 1.d.), consistent with the IgE indication of lack of an allergic response.
- *IgE*: Normal IgE levels in 25 of the 26 participants at Time Point 1 (Hypothesis 1.f.) indicated that illness was not of atopic origin.
- *Leptin*: The statistically significant decreases in leptin concentrations between Time Points 1–5 and 4–5 (Hypothesis 1.a.), but not 1–2, also confirmed previous results [95] and indicated a possible recovery of function in leptin receptors following CSM therapy.
- *MMP9*: Levels of MMP9 showed statistically significant decreases between Time Points 1–2, 1–5, and 4–5 (Hypothesis 1.a.), indicating a lessening of disease and inflammation.
- *VEGF*: The number of participants with normal levels of VEGF showed a statistically significant improvement between Time Points 1–5 (Hypothesis 1.c.), indicating decreased tissue hypoxia.

These results supported the confirmatory hypotheses, thereby supporting the general hypothesis that SBS is associated with exposure to WDBs.

The results from the double-blind, placebo-controlled clinical trial indicated that cholestyramine therapy is effective at restoring health in SBS patients. Statistically significant improvement was seen in the group-mean number of symptoms and VCS scores following cholestyramine treatment (Hypotheses 2.a. and 2.c.), but not following placebo therapy (Hypotheses 2.b.). These results were consistent with those from a similar clinical trial conducted on PEAS patients [94]. Because the only known beneficial effect of cholestyramine therapy is to greatly enhance the elimination rates of toxins by preventing their reabsorption during enterohepatic recirculation, these results supported the hypothesis that SBS associated with exposure to WDBs is a biotoxin-associated illness.

Occupancy of WDBs that show evidence of microbial amplification presented the opportunity for airborne exposure to a complex mixture of substances including fungi, mycotoxins, bacteria, endotoxins, antigens, lipopolysaccharides, and biologically produced volatile organic compounds [10–12,32,47,78, 81,82,92,93,95]. The current study recorded symptoms to describe the involvement of multiple-systems in the illness reported by exposed patients. VCS was measured to obtain objective evidence of alterations in neurologic function. The rapid changes in VCS coinciding with CSM therapy have been reported in multiple studies previously, coinciding with initiation of CSM therapy [48,94–97,100], also associated with reduction of MMP9, and leptin [97]. These findings suggest that improvement of VCS is associated with reduction of levels of pro-inflammatory cytokines by CSM therapy. Serial measurements of velocity of blood flow in capillaries of retina and neural rim of optic nerve head demonstrated by use of the Heidelberg Retinal Flowmeter (data unpublished) confirm improvement of capillary hypoperfusion with CSM therapy, an observation consistent with reduction of levels of pro-inflammatory cytokines [30,34,97,113,114]. The biomarkers of leptin, MMP9, VEGF, and MSH were measured to gain insight into some of the mechanisms active in illness induction. The results indicated a possible cascade of effects that ranged from peripheral induction of pro-inflammatory cytokines and disruption of capillary responses to hypoxia to disruption of the proopiomelanocortin pathway in the hypothalamus and ensuing loss of regulatory control processes. The following model describes modes of action along a pathway leading to biotoxin-associated illness for the purpose of organizing current knowledge into testable hypotheses.

Many of the exposure mixture components found in WDBs have been reported to up-regulate release of pro-inflammatory cytokines, including certain endotoxins [89], lipopolysaccharides [116], fungal fragments [38,39,77,88], and fungal spores and mycotoxins [33,41,42,45,53,55,71,84,85,102,115]. For example, lipopolysaccharides and fungal elements are agonists of Toll 4 receptors on macrophages. Activation of the Toll-like receptors induces synthesis of pro-inflammatory cytokines [39,77,88, 112,116]. Stimulation of adipocytes by some of the mixture components also induces the release of large quantities of pro-inflammatory cytokines [63]. MMP9 is a hallmark of elevated pro-inflammatory cytokine levels. MMP9 is one of 24 separate extracellular matrix-degrading endopeptidases secreted during

repair and remodeling processes in disease and inflammation [80]. The production of MMP9 is regulated at the transcriptional level by specific signals initiated by inflammatory responses [80]. Because MMP9 is rarely expressed in healthy tissues, it is a sensitive indicator of a cytokine-induced inflammatory response. The observation of elevated levels of MMP9 at Time Points 1 and 4 in the current study indicated exposure to the WDBs induced an inflammatory response. Additional research is needed to elucidate relationships between exposure to the complex mixture of substances commonly observed in WDBs and the initiation of a pro-inflammatory cytokine response.

Another action of circulating pro-inflammatory cytokines is the stimulation of leptin release from adipocytes [35,62,63,90]. Leptin has two important functions in the biotoxin pathway, triggering macrophage synthesis of additional pro-inflammatory cytokines in a positive feedback loop [39,77,88] and the initiation of negative feedback control on cytokine production through the proopiomelanocortin (POMC) pathway in the ventromedial nucleus of the hypothalamus [1,31,43,68,73,104]. Leptin links neuroendocrine and immune systems by binding to the long isoform of the leptin receptor, which resembles a gp-130 cytokine receptor, thereby stimulating POMC expression and depolarization of POMC-containing neurons [31,44]. POMC is cleaved to produce beta endorphin and MSH. MSH provides regulatory control of the peripheral cytokine response [65,104] and intracerebral inflammation [66,98]. Anti-inflammatory actions of MSH derive from modulation of protein kinase a, p38 kinase, nuclear factor kappa B (NFkB) signaling pathways [14,19,21,56,116], modulation of Toll-like receptor activation by antigens [106], and modulation of T cell responses [76,105–108]. MSH thereby reduces expression of pro-inflammatory cytokines such as tumor necrosis factor alpha, interleukin 1 beta, interleukin 6, interferon gamma [116]. However, high levels of pro-inflammatory cytokines, especially interferons, block expression of the POMC gene by binding to the long isoform of the leptin receptor [101]. The receptor blockage creates leptin resistance, similar to the insulin resistance caused by blockage of the insulin receptor in Type II diabetes [69]. The leptin resistance created by receptor blockage causes reduced activation of the Janus kinase mechanism that activates transcription of the genes for POMC production and subsequent release and cleavage to MSH [37]. Leptin resistance also causes increased leptin production [46,117] and the cascading effect of increased production of pro-inflammatory cytokines [62,67,83]). These responses of leptin and MSH to pro-inflammatory cytokines are consistent with the observations of high leptin and low MSH levels at Time Point 1 in the current study. It is hypothesized that therapeutic administration of MSH [20,65] to SBS patients would dampen the pro-inflammatory cytokine response, reduce leptin concentration, and lessen the number and severity of other signs and symptoms.

Pro-inflammatory cytokines constrict microvasculature and reduce blood flow rates creating hypoperfusion and tissue hypoxia [30,34,97,98,113,114]. Oxygen deprived tissues release hypoxia inducible factor [36,109], an initiator of VEGF transcription [36,99]. The release of VEGF, a promoter of angiogenesis during tissue repair [61,99] is also stimulated by

MMP9 [1,7]. Group-mean VEGF levels in the current study were lower following CSM therapy. However, VEGF levels were abnormally high in only approximately one fifth of the study participants at Time Point 1 and abnormally low in approximately one third. Although the mechanism responsible for abnormally low VEGF levels is unclear, VEGF deficiency is implicated in failure of neuroprotection [6]. Over three-fourths of the participants had VEGF levels in the normal range at Time Point 5, whereas levels remained abnormally low in three participants and abnormally high in two participants. Additional research is needed to characterize the role of VEGF in the biotoxin pathway, which may involve a biphasic response of initial increases followed by depletion during illness.

The current and previous studies [95,97] were unable to investigate the potential association of SBS with particular microbes, biotoxins, or other components in the complex mixtures observed in the indoor air of WDBs. The composition of indoor air pollutants varies over time in WDBs as organisms compete for survival on water-damaged surfaces [72]. Although long-term air monitoring could partially characterize the airborne mixture, it is generally agreed that not all bioactive components of such mixtures have been identified [95]. Furthermore, few tests have been developed for identifying and quantifying specific mycotoxins, endotoxins, and other mixture components in human tissues, although two trichothecene mycotoxins produced by *Stachybotrys*, satratoxin and roridin, have been identified in serum using an ELISA assay [10,11]. The variety of fungi identified in the current study and the wide variety of mixture components identified in previous studies [95,97] indicated that multiple components may be involved in the etiology of SBS. Animal models have demonstrated synergistic interactions between mixture components in the induction of a pro-inflammatory cytokine response. Mixtures of *Streptomyces californicus* and metabolites from *S. chartarum* and other fungi caused a synergistic release of tumor necrosis factor alpha and interleukin-6 by mouse RAW264.7 macrophages [55]. It is likely, therefore, that many of the mixture components, including fungi, bacteria, mycotoxins, endotoxins, and lipopolysaccharides interact, possibly synergistically, through the common pathway of pro-inflammatory cytokine induction in WDB-associated SBS.

Because of the potential for interactions between mixture components, it is inappropriate to conclude that chronic exposure to the indoor air of WDBs cannot cause toxicity in humans because the dose of a single mixture component is unlikely to reach a toxic level. The position paper by the American College of Occupational and Environmental Medicine stated "that delivery by the inhalation route of a toxic dose of mycotoxins in the indoor environment is highly unlikely at best, even for the hypothetically most vulnerable subpopulations" [2]. This conclusion was based on the observation of pulmonary inflammation in mice following subchronic exposure to a cumulative dose of $2.8 \times 10^5$ s. 72 *S. chartarum* spores/kg body weight administered over a 3-week period [79], estimated to correspond to $9.4 \times 10^3$ spores/m$^3$ for infants, and the report that concentration of *S. chartarum* reached only 118 CFU/m$^3$ in a survey of buildings whose occupants did not report SBS [93].

R.C. Shoemaker, D.E. House / Neurotoxicology and Teratology 28 (2006) 573–588

585

Not only did this conclusion neglect the potential for interactions between mixture components in the induction of SBS, but also neglected other important considerations.

1) A no-observable adverse effect level (NOAEL) was not identified in the rodent study [79]. Pulmonary inflammation may occur at dosages below $2.8 \times 10^5$ spores/kg body weight. Another study of fungal-induced pulmonary inflammation estimated the NOAEL to be $<3.0 \times 10^4$ spores *S. chartarum*/kg body weight [33].

2) Airborne fungal spores carry only a fraction of the mycotoxins and other biologically active mixture components to which people are exposed in WDBs. The concentration of small fungal fragments carrying mycotoxins, antigens, and other biologically active components exceed spore concentrations by up to 320-fold [38]. For example, concentrations of airborne trichothecenes carried primarily on fungal fragments smaller than intact conidia were reported to exceed 1300 pg/m$^3$ in WDBs [11].

3) Young adult mice were used in the rodent studies [33,79]. Younger and older populations, as well as other physically compromised populations, may be more susceptible to exposure-induced inflammation than healthy, young adults.

4) The initial onset of SBS is typically observed in occupants of WDBs following chronic exposure extending to many months [95,97]. Human health risk assessments for SBS should not be based on effect levels from sub-chronic rodent studies without consideration of uncertainty factors. Uncertainty factors include the potential for cumulative effects, toxin accumulation in tissues, and effect threshold shifts to lower levels as protective and repair mechanisms are compromised during chronic exposure. Additional uncertainty factors include interspecies differences in susceptibility and intra-species differences including genetic polymorphisms affecting toxin elimination [97]. Amplification of the pro-inflammatory cytokine response by rising levels of leptin and blockage of the POMC response may also be an important factor in the progression of illness during chronic exposure that may not fully develop during acute and sub-chronic exposures.

5) Previous episodes of SBS from exposure to WDBs may sensitize patients to subsequent exposures. The hypothesis of sensitization is supported by the observation of relapse within 3 days of re-exposure in the current and previous studies [95,97], as opposed to the gradual onset of initial illness reported by the study participants.

6) The potential for additive and synergistic induction of a pro-inflammatory cytokine response by mixture components indicates that human health risk assessments for SBS should be based on studies of exposure to mixtures actually observed in WDBs. Studies should determine the NOAEL for development of an inflammatory response during initial acquisition of SBS following chronic exposure to the mixtures, and the concentration and time dependence of acute exposure-induced reacquisition of SBS following CSM therapy and subsidence of the pro-inflammatory cytokine response.

The ABB′AB design used in the current study yielded data that strongly support the hypothesis that SBS is caused by exposure to WDBs. Although CSM therapy lead to significant improvement in health status, complete recovery was not obtained by some of the study participants. CSM markedly increases the elimination rate of a variety of biotoxins, but does not directly dampen the pro-inflammatory cytokine cascade initiated by exposure. Only research that focuses on the signs, symptoms, and biochemical markers of patients with persistent illness following acute and chronic exposure to WDBs can further the development of the model describing modes of action in the biotoxin-associated pathway and guide the development of innovative and efficacious therapeutic interventions. A more thorough inventory of physiologic and biochemical parameters of affected patients at baseline and during therapy is required, as is a more precise delineation of parametric changes during re-exposure and reacquisition of illness.

### Acknowledgements

The authors gratefully acknowledge the contributions of H. Kenneth Hudnell, PhD, U.S. Environmental Protection Agency, Office of Research and Development, Neurotoxicology Division (MD:B105-05), Research Triangle Park, NC 27711, to this study and article.

A third party paid the cost of laboratory analyses for all patients regardless of whether they chose to participate in the study or to receive medical assistance outside of the study. There was no other funding source for the study. The authors received no consulting fees or honoraria associated with the study. Both authors hold stock in the Internet-based company, www.chronicneurotoxins.com, a company devoted to education about chronic-biotoxin-associated illness, and to assisting cases in obtaining appropriate diagnoses and successful therapy.

### References

[1] R.S. Ahima, J.S. Flier, Adipose Tissue as an Endocrine Organ, vol. 11, Elsevier Sci Ltd, 2000, pp. 327–332.

[2] American College of Occupational and Environmental Medicine, Adverse Human Health Effects Associated with Moulds in the Indoor Environment, October 22, 2002, http://www.acoem.org/guidelines/pdf/mold-10-27-02.pdf (accessed March 6, 2006).

[3] H.M. Ammann, Is indoor mold contamination a threat to health? J. Environ. Health 64 (2002) 43–44.

[4] H.M. Ammann, Is indoor mold contamination a threat to health? Part two, J. Environ. Health 66 (2003) 47–49 (R.E.).

[5] B. Andersen, K.F. Nielsen, B.B. Jarvis, Characterization of *Stachybotrys* from water-damaged buildings based on morphology, growth, and metabolite production, Mycologia 94 (2002) 392–403.

[6] M. Azzouz, G.S. Ralph, E. Storkebaum, L.E. Walmsley, A.R. Mitrophanous, S.M. Kiangsman, P. Carmeliet, N.D. Mazararakis, VEGF delivery with retrogradely transported lentivector prolongs survival in a mouse ALS model, Nature 429 (2004) 413–417.

[7] B. Bauvois, J. Dumont, C. Mathiot, J.P. Kolb, Production of MMP9 of matrix metalloproteinase-9 in early stage B-CLL: suppression by interferons, Leukemia 16 (2002) 791–798.

[8] M. Birkhauser, R. Gaillard, A.M. Riondel, G.R. Zahnd, Influence of acute administration of human growth hormone and alpha-MSH on plasma concentrations of aldosterone, cortisol, corticosterone and growth hormone in man, Acta Endocrinol. 79 (1975) 16–24.

[9] J.J. Boylan, J.L. Egle, P.S. Guzelian, Cholestyramine: use as a new therapeutic approach for chlordecone (kepone) poisoning, Science 199 (1978) 893–895.

[10] T.L. Brasel, A.W. Campbell, R.E. Demers, B.S. Ferguson, J. Fink, A. Vojdani, S.C. Wilson, D.C. Straus, Detection of trichothecene mycotoxins in sera from individuals exposed to Stachybotrys chartarum in indoor environments, Arch. Environ. Health 59 (2004) 317–323.

[11] T.L. Brasel, D.R. Douglas, S.C. Wilson, S.C. Straus, Detection of airborne Stachybotrys chartarum macrocyclic trichothecene mycotoxins on particulates smaller than conidia, Appl. Environ. Microbiol. 71 (2005) 114–122.

[12] T.L. Brasel, J.M. Martin, C.G. Carriker, S.C. Wilson, D.C. Straus, Detection of airborne Stachybotrys chartarum macrocyclic trichothecene mycotoxins in indoor environment, Appl. Environ. Microbiol. 71 (2005) 7376–7388.

[13] D.K. Broadwell, D.J. Darcey, H.K. Hudnell, D.A. Otto, W.K. Boyes, Work-site neurobehavioral assessment of forepersons exposed microelectronic workers, Am. J. Ind. Med. 27 (1995) 677–698.

[14] K.A. Brogden, J.M. Guthmiller, M. Salzet, M. Zasloff, The nervous system and innate immunity: the neuropeptide connection, Nat. Immunol. 6 (2005) 558–564.

[15] M.Y. Brouillard, J.G. Rateau, La Cholestyramine fixe les toxines d'Escherichia coli et de Vibrio cholerae par une liaison ionique [in French], Ann. Gastroenterol. Hepatol. 26 (1990) 27–30.

[16] P.M. Bungay, R.L. Dedrick, H.B. Matthews, Pharmacokinetics of halogenated hydrocarbons, Ann. N.Y. Acad. Sci. 320 (1979) 257–270.

[17] H.A. Burge, Fungi: toxic killers or unavoidable nuisances? Ann. Allergy, Asthma, & Immun. 87 (2001) 52–56.

[18] T.F. Burks, New agents for the treatment of cancer-related fatigue, Cancer 92 (2001) 1714–1718.

[19] J.G. Cannon, J.B. Tatro, S. Reichlin, C.A. Dinarello, Alpha melanocyte stimulating hormone inhibits immunostimulatory and inflammatory actions of interleukin 1, J. Immunol. 137 (1986) 2232–2236.

[20] A. Catania, L. Airaghi, L. Garofalo, M. Cutuli, J.M. Lipton, The neuropeptide alpha-MSH in HIV infection and other disorders in humans, Ann. N.Y. Acad. Sci. 840 (1998) 848–856.

[21] A. Catania, S. Gatti, G. Colombo, J.M. Lipton, Targeting melanocortin receptors as a novel strategy to control inflammation, Pharmacol. Rev. 56 (2004) 1–29.

[22] Centers for Disease Control and Prevention, Jin Bu Huan Toxicity in Adults, vol. 42, MMWR, Los Angeles, 1993, pp. 920–922.

[23] Centers for Disease Control and Prevention, Notice to Readers: Possible Estuary-Associated Syndrome, vol. 48, MMWR, 1999, pp. 381–382.

[24] Centers for Disease Control and Prevention, State of the science on molds and human health; S.C. Redd Statement for the Record; Committee on Oversight and Investigations and Housing and Community Opportunity, Committee and Financial Services. US House of Representatives, July 18, 2002.

[25] W.J. Cohn, J.J. Boylan, R.V. Blanke, M.W. Fariss, J.R. Howell, P.S. Guzelian, Treatment of chlordecone (kepone) toxicity with cholestyramine. Results of a controlled clinical trial, N. Engl. J. Med. 298 (1978) 243–248.

[26] G. Colombo, R. Buffa, M.T. Bardella, L. Garofalo, A. Carlin, J.M. Lipton, A. Catania, Anti-inflammatory effects of alpha-melanocyte-stimulating hormone in celiac intestinal mucosa, Neuroimmunomodulation 10 (2002–2003) 208–216.

[27] Council on Scientific Affairs, Texas Medical Association, Black Mold and Human Illness, Texas Med 98 (2002) 53–56.

[28] E.E. Creppy, I. Baudrimont, A.-M. Betbeder, Prevention of nephrotoxicity of ochratoxin A, a food contaminant, Toxicol. Lett. 82/83 (1995) 869–877.

[29] A.M. Dahlem, A.S. Hassan, S.P. Swanson, W.W. Carmichael, V.R. Beasley, A model system for studying the bioavailability of intestinally administered microcystin-LR, a hepatotoxic peptide from the cyanobacterium Microcystis aeruginosa, Pharmacol. Toxicol. 64 (1989) 177–181.

[30] D. Dawson, D. Martin, J. Hallenbeck, Inhibition of tumor necrosis factor alpha reduces focal cerebral ischemic injury in the spontaneously hypertensive rat, Neurosci. Lett. 218 (1996) 41–44.

[31] M.G. De Simoni, L. Imeri, Cytokine-neurotransmitter interactions in the brain, Biol. Signals Recept. 7 (1998) 33–44.

[32] S. Engelhart, A. Loock, D. Skutlarek, H. Sagunski, A. Lommel, H. Farber, M. Exner, Occurrence of toxigenic Aspergillus versicolor isolates and sterigmatocystin in carpet dust from damp indoor environments, Appl. Environ. Microbiol. 68 (2002) 3886–3890.

[33] J. Flemming, B. Hudson, T.G. Rand, Comparison of inflammatory and cytotoxic lung responses in mice after intratracheal exposure to spores of two different Stachybotrys chartarum strains, Toxicol. Sci. 78 (2004) 267–275.

[34] S. Fujimoto, K. Kobayashi, M. Takahashi, C. Konno, M. Kokubun, M. Ohta, R.D. Shrestha, S. Kiuchi, Effects on tumour microcirculation in mice of misonidazole and tumour necrosis factor plus hyperthermia, Br. J. Cancer 65 (1992) 33–36.

[35] R.C. Gaillard, E. Spinedi, T. Chautard, F.P. Pralong, Cytokines, leptin, and the hypothalamo-pituitary-adrenal axis, Ann. N.Y. Acad. Sci. 917 (2000) 647–657.

[36] D.J. George, W.G. Kaelin, The von Hippel–Lindau protein, vascular endothelial growth factor, and kidney cancer, N. Engl. J. Med. 349 (2003) 419–422.

[37] N. Ghilardi, R.C. Skoda, The leptin receptor activates Janus kinase 2 and signals for proliferation in a factor-dependent cell line, Mol. Endocrinol. 11 (1997) 393–399.

[38] R.L. Gorny, T. Reponen, K. Willeke, D. Schmechel, E. Robine, M. Boissier, S.A. Grinshpun, Fungal fragments as indoor air biocontaminants, Appl. Environ. Microbiol. 68 (2002) 3522–3531.

[39] C.A.A.V.D. Graaf, M.G. Netea, I. Verschueren, J.W.M.V.D. Meer, B.J. Kullberg, Differential cytokine production and Toll-like receptor signaling pathways by Candida albicans blastoconidia and hyphae, Infect. Immun. 73 (2005) 7458–7464.

[40] L.M. Grattan, D. Oldach, T.M. Perl, M.H. Lowitt, D.L. Matuszak, C. Dickson, C. Parrott, R.C. Shoemaker, C.L. Kauffman, M.P. Wasserman, et al., Learning and memory difficulties after environmental exposure to waterways containing toxin-producing Pfiesteria or Pfiesteria-like dinoflagellates, Lancet 352 (1998) 532–539.

[41] L. Gregory, D. Dearborn, J. Pestka, T.G. Rand, Localization of satratoxin-G in Stachybotrys chartarum spores and spore-impacted mouse lung tissues using immunocytochemistry, Toxicol. Pathol. 32 (2004) 26–34.

[42] L. Gregory, T.G. Rand, D. Dearborn, I. Yoke, S. Vesper, Immunocyto-chemical localization of a hemolysins-like protein in Stachybotrys chartarum spores and spore-impacted mouse and rat lung tissues, Mycopathologia 56 (2002) 77–85.

[43] L. Guo, H. Munzberg, R.C. Stuart, E.A. Nillni, C. Bjorbek, N-acetylation of hypothalamic a-melanocyte-stimulating hormone and regulation by leptin, Proc. Natl. Acad. Sci. 101 (2004) 11797–11802.

[44] M.B. Hallschmid, C. Benedict, J. Born, H.L. Fehm, W. Kern, Manipulating central nervous mechanisms of food intake and body weight regulation by intranasal administration of neuropeptides in man, Physiol. Behav. 83 (2004) 55–64.

[45] C. Hastings, T. Rand, H.T. Bergen, J.A. Thliveris, A. Shaw, H.H. Mantsch, J.E. Scott, Stachybotrys chartarum alters surfactant-related phospholipids synthesis and CTP: cholinephosphate cytidylytransferase activity in isolated fetal rat type II cells, Toxicol. Sci. 84 (2005) 186–194.

[46] K. Hegyi, K.A. Fulop, K.J. Kovacs, A. Falus, S. Toth, High leptin level is accompanied by decreased long leptin receptor transcript in histamine deficient transgenic mice, Immunol. Lett. 92 (2004) 193–197.

[47] W.E. Horner, A.G. Worthan, P.R. Morey, Air- and dustborne mycoflora in houses free of water damage and fungal growth, Appl. Environ. Microbiol. 70 (2004) 6394–6400.

[48] H.K. Hudnell, Chronic biotoxin-associated illness: multiple-system symptoms, a vision deficit, and effective treatment, Neurotoxicol. Teratol. 27 (2005) 733–743.

[49] H.K. Hudnell, V.A. Benignus, Carbon monoxide exposure and human visual detection thresholds, Neurotoxicol. Teratol. 11 (1989) 363–371.

[50] H.K. Hudnell, W.K. Boyes, D.A. Otto, D.E. House, J.P. Creason, A.M. Geller, D.J. Darcey, D.K. Broadwell, Battery of neurobehavioral tests recommended to ATSDR: solvent-induced deficits in microelectronics workers, Toxicol. Ind. Health 12 (1996) 235–243.

[51] H.K. Hudnell, D. House, J. Schmid, D. Koltai, J. Wilkins, W. Stopford, D. Savitz, M. Swinker, S. Music, Human visual function in the North Carolina

R.C. Shoemaker, D.E. House / Neurotoxicology and Teratology 28 (2006) 573–588    587

Clinical Study on Possible Estuary Associated Syndrome, J. Toxicol. Environ. Health 62 (2001) 575–594.

[52] H.K. Hudnell, D.A. Otto, D.E. House, The influence of vision on computerized-neurobehavioral test scores: a proposal for improving test protocols, Neurotoxicol. Teratol. 18 (1996) 391–400.

[53] B. Hudson, J. Flemming, G. Sun, T.G. Rand, Comparison of immunomodulator mRNA expression and concentration in lungs of Stachybotrys chartarum spore exposed mice, J. Toxicol. Environ. Health, Part A 68 (2005) 1321–1335.

[54] C.D. Humphrey, C.W. Condon, J.R. Cantey, F.E. Pittman, Partial purification of a toxin found in hamsters with antibiotic-associated colitis. Reversible binding of the toxin by cholestyramine, Gastroenterology 76 (1979) 468–476.

[55] K. Huttunen, J. Pelkonen, K. Fogg Nielsen, U. Nuutinen, J. Jussila, M.-R. Hirvonen, Synergistic interaction in simultaneous exposure to Streptomyces californicus and Stachybotrys chartarum, Environ. Health Perspect 112/6 (2004) 659–665.

[56] T. Ichiyama, H. Zhao, A. Catania, S. Furukawa, J.M. Lipton, a-Melanocyte-Stimulating Hormone inhibits NF-kB activation and IkBa degradation in human glioma cells and in experimental brain inflammation, Exp. Neurol. 157 (1999) 359–365.

[57] G. Keilhof, B. Seidel, M. Reiser, A. Satanarius, P.L. Huang, B. Bogerts, G. Wolf, H.G. Bernstein, Lack of neuronal NOS has consequences for the expression of POMC and POMC-derived peptides in the mouse pituitary, Acta Histochem. 103 (2001) 397–412.

[58] A. Kerkadi, C. Barriault, R.R. Narqyardtn, A.A. Frohlich, I.M. Yousef, X.X. Zhu, B. Tuchweber, Cholestyramine protection against ochratoxin A toxicity: role of ochratoxin A sorption by the resin and bile acid enterohepatic circulation, J. Food Prot. 62 (1999) 1461–1465.

[59] A. Kerkadi, C. Barriault, B. Tuchweber, A.A. Frohlich, R.R. Marquardt, G. Bouchard, M. Yousef, Dietary cholestyramine reduces ochratoxin A-induced nephrotoxicity in the rat by decreasing plasma levels and enhancing fecal excretion of the toxin, J. Toxicol. Environ. Health 53 (1998) 231–250.

[60] P.A. Kern, S. Ranganathan, C. Li, L. Wood, G. Ranganathan, Adipose tissue tumor necrosis factor and interleukin-6 expression in human obesity and insulin resistance, Am. J. Physiol.: Endocrinol. Metab. 280 (2001) E745–E751.

[61] J.M. Krum, A. Khaibullina, Inhibition of endogenous VEGF impedes revascularization and astroglial proliferation: roles for VEGF in brain repair, Exp. Neurol. 181 (2003) 241–257.

[62] A. La Cava, G. Matarese, The weight of leptin in immunity, Nat. Rev., Immunol. 4 (2004) 371–379.

[63] J.J. Landman, E. Puder, P.U. Xiao, M. Freda, S.L. Ferin, Endotoxin stimulates leptin in the human and nonhuman primate, J. Clin. Endocrinol. Metab. 88 (2003) 1285–1291.

[64] C.A. Liacouras, D.A. Piccoli, Whole-bowel irrigation as an adjunct to the treatment of chronic, relapsing Clostridium difficile colitis, J. Clin. Gastroenterol. 22 (1996) 186–189.

[65] J.M. Lipton, A. Catania, Anti-inflammatory actions of the neuroimmunomodulator alpha-MSH, Immunol. Today 18 (1997) 140–145.

[66] J.M. Lipton, A. Catania, Mechanisms of anti-inflammatory action of the neuroimmunomodulatory peptide a-MSH, Ann. N.Y. Acad. Sci. 840 (1998) 373–380.

[67] J.M. Lipton, H. Zhao, T. Ichiyama, G.S. Barsh, A. Catania, Mechanisms of anti-inflammatory action of alpha-MSH peptides: in vivo and in vitro evidence, Ann. N.Y. Acad. Sci. 885 (1999) 173–182.

[68] S. Loffreda, S.Q. Yang, H.Z. Lin, C.L. Karp, M.L. Brengman, D.J. Wang, A.S. Klein, G.B. Bulkley, C. Bao, P.W. Noble, M.D. Lane, A.M. Diehl, Leptin regulates proinflammatory immune responses, FASEB J. 12 (1998) 57–65.

[69] T.M. Loftus, An adipocyte-central nervous system regulatory loop in the control of adipose homeostasis, Semin. Cell Dev. Biol. 10 (1999) 11–18.

[70] H. Lu, A. Buison, K.C. Jen, J.C. Dunbar, Leptin resistance in obesity is characterized by decreased sensitivity to propiomelanocortin products, Peptides 21 (2000) 1479–1485.

[71] C. Masen, T.G. Rand, M. Oulton, J. MacDonald, The effect of Stachybotrys chartarum spores and an isolated trichothecene, isosatratoxin F, on convertase activity in mice, Toxicol. Appl. Pharmacol. 172 (2001) 21–28.

[72] M.Y. Menetrez, K.K. Foarde, Emission exposure model for transport of toxic mold, Indoor Built Environ. 13 (2004) 75–82.

[73] C. Mobbs, T. Mizuno, Leptin regulation of proopiomelanocortin, Front. Horm. Res. 26 (2000) 25–70.

[74] M.D. Moncino, J.M. Falletta, Multiple relapses on Clostridium difficile-associated diarrhea in a cancer patient: successful control with long-term cholestyramine therapy, Am. J. Pediatr. Hematol./Oncol. 14 (1992) 361–364.

[75] L.C. Muter, R.V. Blanke, R.J. Jandacek, P.S. Guzelian, Reduction in the body content of DDE in the Mongolian gerbil treated with sucrose polyester and caloric restriction, Toxicol. Appl. Pharmacol. 92 (1988) 428–435.

[76] K. Namba, N. Kitaichi, T. Nishida, A.W. Taylor, Induction of regulatory T cells by the immunomodulating cytokines a-melanocyte-stimulating hormone and transforming growth factor-B2, J. Leukoc. Biol. 72 (2002) 946–952.

[77] M.G. Netea, J.W.M. Van der Meer, R.P. Sutmuller, G.J. Adema, B.J. Kullberg, From the Th1/Th2 paradigm towards a Toll-like receptor/T-helper bias, Antimicrob. Agents Chemother. 49 (2005) 3991–3996.

[78] S.M. Nieminen, R. Karki, S. Auriola, M. Toivola, H. Laatsch, R. Laatikainen, A. Hyvarinen, A.V. Wright, Isolation and identification of Aspergillus fumigatus mycotoxins on growth medium and some building materials, Appl. Environ. Microbiol. 68 (2002) 4871–4875.

[79] M. Nikulin, K. Reijula, B.B. Jarvis, P. Veijalainen, E.L. Hintikka, Effects of intranasal exposure to spores of Stachybotrys atra in mice, Fundam. Appl. Toxicol. 35 (1997) 182–188.

[80] W.C. Parks, C.L. Wilson, Y.A. Lopez-Boado, Matrix metalloproteinases as modulators of inflammation and innate immunity, Immunology 4 (2004) 617–629.

[81] J. Peltola, M.A. Andersson, T. Haahtela, H. Mussalo-Rauhamma, F.A. Rainey, R.M. Kroppenstedt, R.A. Samson, M.S. Salkinoja-Salonen, Toxic-metabolite-producing bacteria and fungus in an indoor environment, Appl. Environ. Microbiol. 67 (2001) 3269–3274.

[82] A.M. Pessi, J. Suonketo, M. Pennti, M. Kurkilahti, K. Peltola, A. Rantio-Lehtimaki, Microbial growth inside insulated external walls as an indoor air biocontamination source, Appl. Environ. Microbiol. 68 (2002) 963–967.

[83] U. Raap, T. Brzoska, S. Sohl, G. Path, J. Emmel, U. Herz, A. Braun, T. Luger, H. Renz, Alpha melanocyte stimulating hormone inhibits allergic airway inflammation, J. Immunol. 171 (2003) 353–359.

[84] T.G. Rand, M. Mahoney, K. White, M. Oulton, Microanatomical changes associated with alveolar type II cells in juvenile mice exposed to Stachybotrys chartarum and isolated toxin, Toxicol. Sci. 65 (2002) 239–245.

[85] T.G. Rand, K. White, A. Logan, L. Gregory, Histological, immunohistochemical and morphometric changes in lung tissue in juvenile mice experimentally exposed to Stachybotrys chartarum spores, Mycopathologia 56 (2002) 87–99.

[86] J.G. Rateau, M. Broillard, G. Morgant, P. Aymard, Etude experimentaal chez le lapin de l'effet de la cholestyramine dans le traitement des diarrhees infectieuses d'origine cholerique [in French], Actual. Ther. 22 (1986) 289–296.

[87] J.R. Reigart, J.R. Roberts, Recognition and Management of Pesticide Poisoning, U.S. EPA 735-R-98-003, U.S. Environmental Protection Agency, Cincinnati, OH, 1999.

[88] A. Rivera, H.L.V. Epps, T.M. Hohl, G. Rizzuto, E.G. Pamer, Distinct CD4+-T-cell responses to live and heat-inactivated Aspergillus fumigatus conidia, Infect. Immun. 73 (2005) 7170–7179.

[89] B. Robertson, K. Dostal, R.A. Daynes, Neuropeptide regulation of inflammatory and immunologic responses: the capacity of a-melanocyte-stimulating hormone to inhibit tumor necrosis factor and IL-1 inducible biologic responses, J. Immunol. 140 (1988) 4300–4307.

[90] P. Sarraf, R.C. Friedrich, E.M. Turner, G. Ma, N.T. Jaskowiak, D. Rivet, J.S. Flier, B.B. Lowell, C.L. Frankel, H.R. Alexander, Multiple cytokines and acute inflammation raise mouse leptin levels: potential role in inflammatory anorexia, J. Exp. Med. 185 (1997) 171–175.

[91] J.S. Schreiber, H.K. Hudnell, A.M. Geller, D.E. House, E. Prohonic, K. Langguth, K. Aldous, M. Force, J.C. Parker, Residential and day care worker exposure to tetrachloroethylene (perc) and deficits in

visual contrast sensitivity, Environ. Health Perspect. 110 (2002) 655–664.

[92] A. Sebastian, L. Larsson, Characterization of microbial community in indoor environments: a chemical–analytical approach, Appl. Environ. Microbiol. 69 (2003) 3103–3109.

[93] B.G. Shelton, K.H. Kirkland, W.D. Flanders, G.K. Morris, Profiles of airborne fungi in buildings and outdoor environments in the United States, Appl. Environ. Microbiol. 68 (2002) 1743–1753.

[94] R.C. Shoemaker, Residential and recreational acquisition of possible estuary associated syndrome: a new approach to successful diagnosis and treatment, Environ. Health Perspect. 109 (Supp. 5) (2001) 791–796.

[95] R.C. Shoemaker, D.E. House, A time-series study of sick building syndrome: chronic, biotoxin-associated illness from exposure to water-damaged buildings, Neurotoxicol. Teratol. 27/1 (2005) 29–46.

[96] R.C. Shoemaker, H.K. Hudnell, Possible estuary associated syndrome: symptoms, vision and treatment, Environ. Health Perspect. 109 (2001) 539–545.

[97] R.C. Shoemaker, J.M. Rash, E.W. Simon, Sick building syndrome in water-damaged buildings: generalization of the chronic biotoxin-associated illness paradigm to indoor toxigenic fungi, in: E. Johanning (Ed.), Bioaerosols, Fungi, Bacteria, Mycotoxins and Human Health: Pathophysiology, Clinical Effects, Exposure Assessment, Prevention and Control in Indoor Environments and Work, Fungal Research Group Foundation Inc., Albany, NY, 2005, pp. 66–77.

[98] N.R. Sibson, A.M. Blamire, V.H. Perry, J. Gauldie, P. Styles, D.C. Anthony, TNF-alpha reduces cerebral blood volume and disrupts tissue homeostasis via an endothelin-and TNFR2-dependent pathway, Brain 125 (2002) 2446–2459.

[99] B. Sivakumar, L.E. Harry, E.M. Paleolog, Modulating angiogenesis: more vs. less, JAMA 292 (2004) 972–977.

[100] M. Solfrizzo, Visconti, G. Avantaggiatto, A. Torres, C. Chulze, In vitro and in vivo studies to assess the effectiveness of cholestyramine as a binding agent for fumonisins, Mycopathologia 151 (2000) 147–153.

[101] S. Solomon, POMC-derived peptides and their biological action, Ann. N. Y. Acad. Sci. 885 (1999) 22–40.

[102] M.W. Sumarah, T.G. Rand, C.D. Mason, M. Oulton, J. MacDonald, M. Anthes, Effects of Stachybotrys chartarum spores and toxin on mouse lung surfactant phospholipid composition, in: E. Johanning (Ed.), Bioaerosols, Fungi and Mycotoxins, Health Effects, Assessment, Prevention and Control, Eastern N.Y. Occupational and Environmental Health Center, Albany, NY, 1999, pp. 444–452.

[103] M. Swinker, D. Koltai, J. Wilkins, H.K. Hudnell, C. Hall, D. Darcey, K. Robertson, D. Schmechel, W. Stopford, S. Music, Estuary associated syndrome in North Carolina: an occupational prevalence study, Environ. Health Perspect. 109 (2001) 21 -26.

[104] N. Takahashi, W. Waelput, Y.J. Guisez, Leptin is an endogenous protective protein against the toxicity exerted by tumor necrosis factor, Exp. Med. 189 (1990) 207–212.

[105] A.W. Taylor, Neuroimmunomodulation and immune privilege: the role of neuropeptides in ocular immunosuppression. Neuroimmunomodulation 10 (2002–2003) 189–198.

[106] A.W. Taylor, The immunomodulating neuropeptide alpha-melanocyte-stimulating hormone (a-MSH) suppresses LPS-stimulated TLR4 with IRAK-M in macrophages, J. Neuroimmunol. 162 (2005) 43–50.

[107] A.W. Taylor, K. Namba, In vitro induction of CD25+CD4+regulatory T cells by the neuropeptide alpha-melanocyte stimulating hormone (a-MSH), Immunol. Cell Biol. 79 (2001) 358–367.

[108] A.W. Taylor, J.W. Streilein, S.W. Cousins, Identification of alpha-melanocyte stimulating hormone as a potential immunosuppressive factor in aqueous humor, Curr. Eye Res. 11 (1992) 1199–1206.

[109] G. Texel, M.B. Wax, Hypoxia-inducible factor 1a in the glaucomatous retina and optic nerve head, Arch. Ophthalmol. 122 (2004) 1348–1356.

[110] Kenneth W. Umbach, Pamela J. Davis, Indoor Mold A General Guide to Health Effects, Prevention, and Remediation, California Research Board Report in Evaluation to A.B. 284, Chapter 550, Statutes of 2001, 2006.

[111] K.L. Underhill, B.A. Totter, B.K. Thompson, D.B. Prelusky, H.L. Trenholm, Effectiveness of cholestyramine in the detoxification of zearalenone as determined in mice, Bull. Environ. Contam. Toxicol. 54 (1995) 128–134.

[112] P.A. Verhoef, S.B. Kertesy, M. Estacion, W.P. Schilling, G.R. Dubyak, Maitotoxin induces biphasic interleukin 1-beta secretion and membrane blebbing in murine macrophages, Mol. Pharmacol. 66 (2004) 909–920.

[113] Visconti, M. Solfrizzo, A. Torres, S. Chulze, Avantaggiato, International Conference on the Toxicology of Fumonisin, Arlington, Virginia, vol. 59, 1999, p. 59, Poster abstract # 20.

[114] E.M. Wagner, TNF-alpha induced bronchial vasoconstriction, Am. J. Physiol., Heart Circ. Physiol. 279 (2000) H946–H951.

[115] I. Yike, T. Rand, R. Walenga, D. Dearborn, Acute inflammatory responses to Stachybotrys chartarum in lungs of infant rats: time course and possible mechanisms, Am. J. Respir. Crit. Care Med. 167 (2003) A205–A206.

[116] S.W. Yoon, S.H. Goh, J.S. Chun, E.W. Cho, M.K. Lee, K.L. Kim, J. Kim, C.J. Kim, H. Poo, A-melanocyte-stimulating hormone inhibits lipopolysaccharide-induced tumor necrosis factor-a production in leukocytes by modulating protein kinase A, p38 kinase, and nuclear factor kB signaling pathways, J. Biol. Chem. 278 (2003) 32914–32920.

[117] Y. Zhang, P.J. Scarpace, Circumventing central leptin resistance: lessons from central leptin and POMC gene delivery, Peptides 27 (2006) 350–364.

# EXHIBIT 5

# EXHIBIT 55

RITCHIE C. SHOEMAKER, M.D., P.A.
CHRONIC FATIGUE CENTER
500 MARKET STREET
SUITE 102, 103
POCOMOKE, MD 21851
TELEPHONE (410) 957-1550
FAX (410) 957-3930


## REPORT OF RITCHIE C. SHOEMAKER, M.D., P.A.
RE: Denicole Young and Vanessa Ghee
DATED: September 17, 2007

I am writing regarding the above captioned patients. Both Ms. Young and Ms. Ghee acquired a typical biotoxin-associated illness following exposure and re-exposure to the indoor air environment of their townhouse at Apt 2A 3064 Stanton Rd SE, Washington, DC (called "building,"). For ease of communication I will describe Ms. Young and Ms. Ghee, as Mss. Young and Ghee. I mean no disrespect to either party by deleting one "Ms." from the pair and using a plural, "Mss."

I saw these patients in my office on 9/11/07. I have ordered a body of laboratory studies that will be reported over the next few weeks. I have initiated therapy that will be following over the next several months. Final discussion of their illness extent and future potential deficits caused by their illness will be determined in the future. After I have discussed the results of the laboratory studies and the first round of therapy with the patients, I will supplement this report.

You will find in this report a statement of my opinions and the basis for those opinions, with the ongoing proviso that lab studies are pending; and data I have used in forming my opinions, including appendices. I have attached a list of cases in which I have provided depositions or trial testimony (see *Attachment 1*) and my CV (see *Attachment 2*). I state that my office has billed the law firm of Bode & Grenier, LLP for my time in this case including record review, case review with Michael Hibey, and office visits. My time for this report is billed separately. I have billed my time in this case at hourly rates varying between $200 and $500.

To a reasonable degree of medical certainty, at this point in time it is my opinion that the exposure to the interior environment of the water-damaged building is the sole cause of the acute and then chronic illnesses of Mss. Young and Ghee. There is no evidence that their illness syndrome is affected by any other medical condition.

The time line in this case supports the contention that exposure to the indoor air environment of Mss. Young and Ghee's townhouse causes their complex, multisystem, multisymptom illness. The illness in Mss. Young and Ghee and in others with similar case histories is an acute and chronic inflammatory illness involving innate immune responses that are first initiated by exposure and then continued beyond exposure by ongoing activation of innate immune responses. These responses can be documented by objective laboratory testing. They will remain ill until they are both removed from

exposure and treated according to protocols our group has published in peer-reviewed academic papers. As we see in this case, simple removal from exposure does not correct illness caused by chronic inflammatory responses involving innate immune response elements.

Their illness begins quickly following occupancy of their townhouse. After occupancy of the townhouse, however, a massive amount of mold was discovered next door. Their inquiry was prompted by a near-immediate detection of a markedly foul odor coming from the adjacent apartment. The air conditioning system was non-functional. They met with neighbors who told of repeated sewage overflows into the affected apartment. Indeed, the sewage overflows continued after the renovation of the townhouses performed before the occupancy of Mss. Young and Ghee. They saw photos of abundant growth of microbes, possibly fungi, in the adjacent apartments, at least two feet above the floor. Clean-up was attempted and reported on as ineffectual and unprotected by the DC DOH. They moved out 10/02 into another apartment townhouse in Stanton Glen.

There is a long and complex history of respiratory effects suffered by both Mss. Young and Ghee, with Young developing respiratory failure that required ventilator support in April 2003. Their illnesses begin within several days of occupancy of the affected townhouse. To a reasonable degree of medical certainty, the illnesses are causally related to the environmental exposures and the inflammatory responses initiated thereafter. While I will not review each office visit and each diagnosis for these patients, the copies of their medical records summaries are provided (*see Attachment 3*).

The apartment they occupied initially after vacated their first apartment in the complex in 10/02 was also prone to flooding; they moved to a different unit in the same complex that was dry 10/03. They then moved to their current (dry) apartment in Alexandria in 2006. Neither patient has any exposure to water-damaged indoor environments currently.

None of the residences they occupied prior to moving into the Stanton Glen townhouse were subject to water intrusion and each had no evidence of amplified microbial growth. They had no confounding medical illnesses or environmental exposures, as confirmed by a collection of medical records forwarded to me before their office visit.

It is my opinion to a reasonable degree of medical certainty that the well-documented symptoms complex of Mss. Young and Ghee before treatment by my protocols are solely due to their townhouse exposure. They never should have been exposed to an indoor environment known to be a water-damaged site.

Given the time that has elapsed since the onset of their illness to definitive delineation of their deranged physiology, caused by their townhouse exposures, it is more likely than not that they have sustained a permanent disabling illness. They will require close follow-up in the months to come.

Given the chronicity of their illness since 2002 when they were exposed to their townhouse, without change in symptoms, with absence of use of treatment protocols designed to treat the innate immune response abnormalities seen in mold illness patients, up until now, and removal from exposure, we may conclude that (1) self-healing didn't occur; (2) only the townhouse made them ill; and (3) if given their expected improvement

coinciding only with institution of therapy with an orally administered, non-absorbable anion binding resin, cholestyramine (CSM), that their illness could only have resulted from exposure to toxigenic elements found in the water-damaged building (WDB) that was their townhouse.

There is no evidence that they have any non-townhouse exposures that are confounders of their diagnosis.

I have included references (*see Attachment 4* for WDB references). This report will include data generated by my 9-year experience treating over 4400 mold illness patients, as well as the multiple peer-reviewed papers from our group, as well as the multiple invited academic presentations I have made over the last ten years.

The illness of Mss. Young and Ghee is one caused by exposure to the complex biological mixture found in WDB; simply ascribing illness from WDB to fungi alone is illogical. Not only are there multiple other sources of inflammatory responses commonly found in WDB, but other organisms are toxigenic as well, some synergistically so with *Stachybotrys*, for example, especially actinomycetes. The role of endotoxin-producing bacteria in WDB is given less "press" than fungi, but bacteria are significant participants in the complex biological mixture that we see in WDB, as is well described in the work from Michigan State University by Dr. JJ Pestka. Indeed, the US Centers for Disease Control and Prevention (CDC) have published their concerns regarding mycotoxins, endotoxins and beta glucans; each commonly found when proper testing is done on WDB, in that each different substance is associated with human illness (Rao and Brown, Applied and Environmental Microbiology March 2007). In the appendices to this report are several VCS figures that demonstrate the lack of difference, however, between illness parameters seen in patients with exposure to WDB where the organisms are speciated to those with exposure to visible mold to those with just exposure to areas of water-damage in which there are musty smells and a history of water intrusion (*see Attachment 5* for numbered appendices).

Given the role of sewage contamination, the role of gram negative bacteria will necessarily be increased in the differential diagnosis process.

Additional information about mold illness comes from newer technology, published July 2004 and repeated several times by different labs, showing that we can identify mycotoxins in blood of affected patients with exposure, not found in those both not exposed or those exposed and not ill. We can show prospectively the acquisition of illness, complete with a reproducible set of biomarkers, unveiled over several days of re-exposure of previously ill patients treated successfully. Finally, we can show the presence of fungal DNA in settled dust using the newly published EPA Relative Mold Index (ERMI). This index is particularly useful in cases such as this one where no comprehensive testing has been performed. The 'old saw' in environmental medicine that, "Absence of proof of contamination does not constitute proof of absence of contamination," is a pertinent concept here.

I wish to review the old, erroneous ideas that only massive levels of spores in a sample are related to presence or absence of human illness. In 2007, research advances have now been put into public policy. Research scientists from the CDC, as mentioned, have

published a paper in Applied and Environmental Microbiology (March 2007) that confirms the association of health effects to exposure to WDB. In the acknowledgments to this paper, the authors express gratitude to the Inspector General of the Department of Health and Human Services for providing protection to safeguard the health of the samplers. Moreover, the Ministry of Health of Canada (Canada Gazette 2007-03-31 Part I, volume 141, No. 13) concludes that "results from tests for the presence of fungi in air cannot be used to assess risks to the health of building occupants." Further the Minister recommends that individuals, "control humidity and diligently repair any water damage in townhouses to prevent mould growth," and then that all such townhouses should be subject to the directive to, "clean thoroughly any visible or concealed mould growing in townhouse buildings."

The flawed idea of massive levels of dose needed to create a response of adverse health effects comes from a statement released in 2002 by a small cadre in the American College of Occupational and Environmental Medicine (ACOEM), a loose organization of physicians who pay an annual fee to become members. This statement has been used repeatedly to attempt to deny health benefits, particularly in litigation, to persons such as Mss. Young and Ghee, as if this small group of defense witnesses actually had ever treated a patient with mold illness (none have) or if they actually had research data in people that support their outlandish claims (they don't). Membership in ACOEM conveys no significance other than the ability to write a check. I can speak with experience on this issue. Nonetheless, ACOEM would like us to believe its members possess special skills and insights into illnesses putatively related to occupation. That idea is utter nonsense.

Please note the ACOEM statement was written by members of a defense organization called Veritox that is paid large amounts of money to testify against mold plaintiffs. One might reasonably wonder what conflicts of interest might have been involved with manufacturing the ACOEM statement. Also note that no conflicts of interest were ever reported for this statement. I will return to the ACOEM statement in detail later in this report, particularly to discuss the multi-page expose` of the desultory tactics of the ACOEM cadre published on the front page of the Wall Street Journal January 9th 2007 and to discuss the peer-reviewed, published criticisms of the ACOEM report.

Specifically, any reference to the ACOEM statement of 10/02 regarding mold illness is not acceptable as not only is the ACOEM statement (referring to abnormal amounts of respiratory irritants or toxins) fundamentally flawed in both science and logic, but is commonly known to be wrong in science and logic, such that all those who now use the ACOEM statement are painted by the same brush of lack of thoroughness, lack of rigor and overt bias. In fact, the world of mold illness is moving so fast that even if there weren't substantial reasons to discard the ACOEM statement as complete hogwash, which there are, the paper is functionally ancient history. The comments of our group in the newest peer-reviewed paper, published 8/7/06 online by Neurotoxicology and Teratology, about the incredibly flawed ACOEM statement stand as stark testimony to why no one should ever again be persuaded that the ACOEM statement has any scientific merit or academic basis. Certainly, no physician who treats mold illness patients would ever agree that the ACOEM or any of its bastard children, including the AAAAI mold statement of February 2006, another horribly biased statement designed to create a cover for mold defense consultants in litigation, and largely written by the same authors, has

any merit. The AAAAI, as an aside, published ten letters in September 2006 that intensely criticize the AAAAI statement as a financially/politically inspired instrument to be used to buttress the flawed concepts espoused by a small but highly coordinated groups of consultants who make lucrative incomes by testifying against mold illness victims, citing each others' opinions ad nauseum, purporting it to be evidence of a great weight of medical thought.

The studies that the Veritox employees cite are not suitable for risk assessment: they are acute studies and do not have adverse effect levels. The only study ACOEM (read Veritox) can cite didn't even identify toxins or the specific strain of *Stachybotrys* used in their experiments. The exposures were all above any attempt to identify the maximum tolerated dose. The rats in the study were terribly ill, with bleeding into the lungs noted. In truth, the Veritox and ACOEM model is pure garbage, a fictitious attempt to present acute animal illness as having anything to do with people. The ACOEM (read again Veritox) opinion has no toxicity data and no exposure data. There is no logical rational for the extrapolation of animal data in such an incredibly flawed study to human data. Note that in the category of human data we must make special notation of the effect of exposure to human infants and children is not the same as in adults. Finally, in all the ACOEM blather and that spouted from paid-by-Veritox consultants, they never explain the differences in toxins found in indoor water damaged buildings, whether from molds, actinomycetes, mycobacteria or bacteria, and indeed they expect us to swallow their idea of "aflatoxin equivalents" as something we should know a priori.

Aflatoxin equivalents? Nonsense.

The ACOEM report is at best a sham, an empty house of cards, quoted by the uninformed or the intentionally deceiving regarding mold illness. And yet, the ACOEM nonsense is still accepted as real science by naïve observers.

Even worse, the ACOEM opinion is essentially the sole "academic" support for a series of subsequent publications, each presenting no actual clinical data and no research data, but each simply espousing to be the consensus of practicing physicians when in fact the opinions are just those of a trivially number of physicians making significant money testifying against plaintiffs in mold cases, as discussed in the Wall Street Journal expose`.

The fact that the ACOEM statement is made by self-serving individuals, including one from the highest level of his previous employment at NIOSH, serves as a particularly despicable example of government employment leading to private consultant practice after the government career is over. This reality isn't surprising, but is no less despicable.

With this background, I will repeat my opinion that to a reasonable degree of medical certainty that not only did Mss. Young and Ghee suffer a chronic disease as a result of their exposure to the WDB, but also it is my opinion to a reasonable degree of medical certainty that their illness was as a result of a gradually developing, ongoing injury caused by exposure to toxigenic organisms, including, but not limited to, toxigenic fungi.

I have included data from multiple academic studies and presentations, with the most recent a paper published by the academic journal, Neurotoxicology and Teratology, available on line 8/7/06 (doi:10.1016/j.ntt.2006.07.003) and another invited paper

presented 7/27/06 at the International (American) Society for Testing and Measurements, Boulder, Colorado. The first contains a double-blinded, placebo-controlled clinical trial and discussion of mechanisms of acquisition of illness following exposure to WDB. The second paper includes recent information regarding the direct correlation of abnormalities in levels of brain chemicals (metabolites and neurotransmitters) that correlate with symptoms, especially neurologic symptoms and cognitive effects, and physiologic abnormalities found in patients with illness acquired following exposure to WDB (cases) not found in controls.

My report will be organized on the basis of my peer-reviewed, published case definition of acute and chronic biotoxin-associated illnesses acquired following exposure to toxigenic organisms resident in WDB, including but not limited to fungi. For ease of communication, I will describe this syndrome of symptoms, neurotoxicological findings, laboratory abnormalities and response to a published treatment protocol as "mold illness," rather than referring to the building as the source of the illness. The syndrome that affects Mss. Young and Ghee is a biotoxin-associated illness that has been given many names, including Sick Building Syndrome (SBS). The term "mold illness" used herein to apply to their illness does not imply that the only toxigenic organisms present were fungi: other toxigenic genera likely were involved as well, including actinomycetes, mycobacteria and bacteria. The reason I use the term, "mold illness," is that writing out, "an acute and/or chronic, biotoxin associated illness caused by exposure to indoor environment of water–damaged buildings with resident toxigenic organisms, including, but not limited to fungi, bacteria, actinomycetes and mycobacteria as well as inflammatory generators such as beta glucans and volatile organic compounds (VOCs)" is unnecessarily ponderous.

But to be blunt, the actual name I use or someone else uses is not important: one could call the illness "Syndrome XYZ" as far as I am concerned. What matters is the presence of definable abnormalities in innate immune responses and multiple laboratory studies in cases that confirm the presence of an underlying abnormality responsible for the health symptoms of the affected patients, such as Mss. Young and Ghee.

To assist you in reviewing this report, which necessarily involves discussion of medical terms that aren't necessarily in "routine parlance" and in an understanding of the language that applies to the science that supports this opinion, I have organized it into five sections. The first provides an overall review of the illnesses of mold illness patients. The second deals with Mss. Young and Ghee, each as a patient, including symptoms, the diagnostic testing protocol used; my opinions on the specific mechanisms and causation of their illness, and finally my opinion as to the recommended current and future treatment of their illness. The third section will review the specifics of confirmed exposure to their townhouse, such exposure being a required element of the first tier of the case definition of mold illness, namely the potential for exposure. The fourth section of this report will review the results of pre-treatment data collection, including the substantial data collected in their case, understanding that most of the data are still pending. The fifth section of this report will include discussion in general terms of what having mold illness means for the future health of those affected by this illness.

SECTION I: Overview

*Figures 1, 2* summarize the case definition for biotoxin-associated illnesses, including mold illness. *Figure 3* summarizes the research model used in the repetitive exposure protocol. (All "Figures" referred to throughout this report are attached as *Attachment 6*.)

*Appendix A*, which immediately follows the body of this report, provides a comprehensive overview of the academic and scientific bases for my opinions, including a review and analysis of opinions and research regarding mold and the applicability to the illness of Mss. Young and Ghee. The data used in this report were gathered from thousands of my affected patients with environmental exposures similar to those of Mss. Young and Ghee, including data used in my research papers and peer-reviewed publications. I have included a series of relevant references that I have either used in my academic papers on the subject of mold illness or have used in development of my opinions (again, *see Attachment 4* for WDB references). None of these papers are the sole source for my opinions; each has a pertinent aspect for this report. I will refer to any or all of these papers as necessary to add to the academic basis for my opinions. In particular, I am including data from a paper published following peer review that contains a double-blinded, placebo-controlled clinical trial confirming the benefits of use of cholestyramine (CSM) in patients with mold illness,[1] together with a model of illness supported by the objective laboratory parameters reported in a five-step clinical trial similar in design to what our group has published previously.[2][3] For ease of communication, this paper is referred to as the "double-blind" paper in this report. I also will include the extensive statistical confirmation of the differences between cases of mold illness and control patients that our group will submit for publication to another leading medical journal.[4] This latter paper, herein called "causality paper" for ease of communication, demonstrates beyond any doubt that the case definition (symptoms, genetic, physiologic and neurotoxicologic parameters) provides a diagnostic paradigm that identifies individuals with illness caused by exposure to WDB with accuracy that exceeds 99%.

I have been active in public venues discussing diagnosis and treatment of biotoxin illnesses since 1997, beginning with the outbreaks of biotoxin-associated illness caused by exposure to estuaries of the Chesapeake Bay that hosted toxigenic dinoflagellates, including *Pfiesteria piscicida*. At the time I had never seen human illness such as was caused by those dinoflagellates; my papers on diagnosis (Maryland Medical Journal, MMJ, 9/97) and treatment (MMJ, 2/98) of the dinoflagellate illness were the first in the world's literature on illness acquired in the wild from these dinoflagellates. Subsequently, my work took me to Florida where I saw a typical biotoxin-associated illness caused by exposure of well patients to freshwater lakes with resident toxigenic cyanobacteria. My success in treating these otherwise "mystery" patients led to my patient roster subsequently expanding to include as follows: patients with ciguatera; illness caused by bites of *Loxosceles* spiders; patients with Post-Lyme syndrome;[5] patients co-infected with

---

[1] "SBS and exposure to water damaged buildings: time series study, clinical trial and mechanisms" R. Shoemaker and D. House 2006 Neurotoxicology and Teratology, doi 10.1016/j.ntt.2006.07.003

[2] "SBS in Water Damaged Buildings" 5th Internat'l Conference 2003 Shoemaker, Rash, Simon

[3] *Neurotoxicology and Teratology, January 2005 27(1) 29-46.* R. Shoemaker and D. House.

[4] "Defining causality of a biotoxin-associated illness following exposure to water-damaged buildings: a case control series." Ritchie C. Shoemaker, Margaret S. Maizel; ASTM 7/27/06, Boulder, Colo

[5] *Diabetes 2002*; 51 Suppl (2); A133. Shoemaker RC. Use of pioglitazone to prevent intensification of persistent symptoms following cholestyramine treatment of patients with Post-Lyme Syndrome. .

Lyme and apicomplexans;[6] patients made ill by stings of lionfish and in 1998, patients made ill by exposure to WDB. To date, my biotoxin treatment cohorts exceed 6,000 patients of which over 3,900 are mold illness patients.

The work that our group, the Center for Research on Biotoxin-Associated Illnesses (CRBAI), has completed in collaboration with other experts on an international basis shows that the basic mechanisms common to all these biotoxin-associated illnesses is activation of an ever-expanding biological cascade of inflammatory responses following exposure. It is this biological cascade that creates the non-linear dose response; we are not looking at one effect from one exposure, we are seeing multiple effects from that one exposure such that each subsequent effect amplifies the initial perturbation exponentially. By its very nature, inflammatory responses are dependent upon "signal transmission" from one part of a cell to another by intracellular messengers that in turn control activation of transcription (copying the DNA message) exponentially and then to the downstream effects of these gene products which are also exponentially increased. The gene products turn on additional multiplying pathways that continue to recruit new "participants" as the process continues. As opposed to the idea from toxicology that the "poison is in the dose," the concept here is that the poison is in the initiation of the mega-multiplying response to a given signal. Gene activity and receptor activation are not a "one and done deal;" they are ongoing if the stimulus for initiation of the inflammatory response continues, which it does in chronic exposures, both massive and not-massive, to patients spending time in WDB. What we see in allergic reactions (an acquired immune response) is an absence of a linear dose response relationship, based on individual susceptibility, is paralleled by inflammatory responses of innate immune mechanisms. Just as anaphylaxis from a bee sting is not linearly dose-related, so too in innate immune mechanisms, the responses of anaphylatoxins, such as C4a, and other inflammatory mediators do not follow a linear dose-response relationship.

The illness of Mss. Young and Ghee is identical in concept to the illness of thousands of other biotoxin-associated illness patients. Once the inflammatory abnormalities initiated by the biotoxin exposure progress, a final common pathway of illness is identified that generalizes to all sources of biotoxin-associated illness, particularly mold illness.

Physicians throughout the world have used the results of our studies and our treatment of biotoxin-associated illnesses, particularly mold illness. We have identified particular complications of the acquisition of illness beginning with predictable disturbances in innate immune responses, progressing to disruption of hypothalamic production pathways of regulatory hormones alpha melanocyte stimulating hormone (MSH) and vasoactive intestinal polypeptide (VIP). Those patients with illness of longer duration will have abnormalities in compounds produced by genes regulated by hypoxia inducible factor (HIF), namely vascular endothelial growth factor (VEGF), erythropoietin and transforming growth factor beta. As the illness continues without treatment we see disruption of pituitary hormone regulation of peripheral hormone production in MSH deficient patients. Abnormalities in autoimmunity, especially presence of antigliadin, anticardiolipin and anti–myelin basic protein antibodies, occur with an extremely high

---

[6] *Advances in Therapy Vol. 23 No.1 Jan/Feb 2006* "Atovaquone plus Cholestyramine in patients co-infected with Babesia microti and Borrelia burgdorferi Refractory to Other Treatment". Shoemaker RC, Hudnell KH, House DE, van Kempen A, Pakes G.

degree of statistical significance in cases compared to controls. Autoimmune illness, due to abnormalities of T-cell regulation, will be discussed as an abnormality in genetic susceptibility and environmental exposure. We see loss of regulation of inflammatory responses peripherally and absence of protective antibody responses in those with elevated levels of interleukin-10 (IL-10), and elevated levels of interleukin-1-receptor antagonist (IL1-ra), findings seen in over 70% of cases. We see increased levels of alpha interferon in biotoxin patients routinely, although high levels have only been associated with increased viral load in the past. We find that unusual, biofilm-forming, multiply antibiotic resistant strains of coagulase negative staphylococci colonize the deep aerobic nasal spaces of patients with low MSH, but not in side-by-side compatriots in WDB who don't have mold illness and low MSH. These organisms, long ago thought to be benign, now are found to make hemolysins and exotoxins that perpetuate MSH deficiency.

Parallel published work from the EPA and NIOSH has found that particular species of toxigenic fungi *Stachybotrys*, *Penicillium* and *Aspergillus* species, commonly found in WDB with amplified growth of fungi and other microbes, also produce hemolysins that destroyed mouse primary cortical neuronal cells, up to 50% in 24 hours, as well as stimulated powerful pro-inflammatory events that in turn stimulate inflammatory cytokine cascades, (*Figures 5, 6*). In excellent work done by Dr. Petska's group at Michigan State University, metabolites of *Stachybotrys* species are now confirmed to be directly injurious to neurons lining the olfactory pathways as well.

We can identify mold illness patients by the series of abnormalities common to inflammatory pathways beginning with abnormal activation of innate immune responses not found in other illnesses that may have several health symptoms that might be confused with mold illness. The understanding of the physiology of mold illness has resulted from treatment of thousands of patients, noting changes in symptoms and biomarkers with particular specific interventions. This presence of understanding stands in clear contradistinction to the lack of experience in actual mold illness of non-treating physicians or non-physicians.

Following a report on the association of a particular HLA DR allele, namely DQ-2, with antigliadin antibodies, our group began recording the presence of antigliadin antibodies by HLA DR haplotypes. Not only did we confirm the association of DQ with particular HLA triplets, but we also found a marked difference in presence of other autoantibodies in cases compared to controls. Of interest, those cases that had wingspan greater than height, a finding seen in 10% of the control population, had over 80% of the total autoantibodies, (*Figure 7*). The association of wingspan and autoantibodies at this time has no known causative relationship, though dysregulation of fibrillin, under the control of transforming growth factor beta (TGF-beta), is now implicated as associated with the change in normal T-cell regulation of self versus non-self. As we learn more about genetic linkages, the reasons for this undeniable finding may become clear. To date the remarkable finding of markedly depressed levels of TGF-beta found in mold illness patients with autoimmunity compared both to those with mold illness without autoimmunity and to control patients adds weight to the hypothesis that inflammatory responses to environmental stimuli create differential responses in patients depending on their genetic make-up.

We know there are differential linkages, called segregation disequilibrium, of immune response genes, called HLA DR, found on chromosome six, (*Figure 8*). Certain of the HLA DR alleles are found in significantly higher percentages in cases of biotoxin illness when compared <u>both</u> to control populations and to those with exposure but no illness. The linkages of individual immune response genes are widely recognized in many fields of medicine so it isn't surprising that there is a genetic basis for susceptibility to biotoxin-associated illness. The linkage of HLA DR is so strong for particular haplotypes that it can be used as a diagnostic element in the case definition. Based on our work with thousands of biotoxin-associated illness patients (and hundreds of controls) comparing our findings of gene frequency in normal populations to international registries of gene frequencies of HLA DR, we know that the frequency of mold illness-susceptible patients approximates 24% of the normally distributed population. Almost a quarter of the normal population is genetically susceptible to <u>chronic</u> mold illness. Three quarters isn't.

We also know from years of experience of thousands of patients that certain HLA DR haplotypes, found in less that 4% of the population, comprise over 88% of the most affected patients who typically have the worst clinical parameters and worst outcome. These haplotypes, called the "dreaded," are 4-3-53 and 11-3-52B.

For an individual patient, gene frequency in a large population becomes of secondary importance; however knowing the genetic susceptibility of a given patient is enormously helpful for the treating physician. Our experience has shown that even after successful acute phase treatment, patients with genetic susceptibility are subject to a dramatically increased risk of the reacquisition of illness following any subsequent exposure to WDB. The rate of such reacquisition is much shorter than the initial acquisition and the levels of inflammatory mediators, especially C4a, rise much higher with subsequent illness. The repeat illness patient is termed as being, "sicker, quicker." Thus such sensitized and genetically susceptible patients are "primed" so that incomplete remediation of an identified WDB is unlikely to provide protection for these patients following re-exposure without protective medication. The greatest susceptibility to repeat acquisition of illness is seen in those patients with the dreaded haplotypes.

Of equal importance in the diagnosis of biotoxin-associated illnesses is the process of differential diagnosis, including highlighting what the cases **don't** have, (*Figures 9, 10, 11*). The process of differential diagnosis forms the basis of evaluation of all biotoxin illness patients, just as it does for all patients presenting for diagnosis and treatment. Use of lab testing lends support or removes such support from elements in the differential. Given that we can profile biotoxin illness patients by sorting through abnormalities in innate immune response, we can also eliminate other diagnoses that don't involve abnormal activation of innate immune response. Not surprisingly, and almost expressed as a tautology, those "non-innate immune response" tests in common medical use that *don't* reflect activation of innate immune response *won't* show any abnormalities in patients with illness caused by exposure to WDB. As one would expect, those tests that include complete blood counts, metabolic profiles, thyroid and cholesterol tests, measurements of acquired immune response elements, such as immunoglobulins and especially the allergy immunoglobulin, IgE, won't show any abnormalities. Said another way, if you look for something in the wrong place, you won't find it. If you look for an object in the dark with a hammer instead of a flashlight, you won't see it. Indeed, if a mold illness patient has an allergy to mold, that allergy is an illness that is <u>in addition to</u>

the mold illness. It is not a substitute. Allergy to mold is not mold illness. Allergy involves the arm of the immune response called acquired immunity. Mold illness involves innate immunity, not acquired immunity.

In biotoxin-associated illness, normal hypothalamic regulation of some but not all pituitary function is disrupted by MSH deficiency, which is caused by cytokine responses induced by exposure to biotoxins. Of importance in the loss of normal regulation of pituitary responses is the finding that it is the *relationship* of ACTH to cortisol and ADH to osmolality in simultaneously measured specimens that is disrupted in these patients and not necessarily the absolute values of these four hormones, (*Figures 12, 13*).

An extremely important finding in case identification came from confirmation that one of the best tests to show activity of the inflammatory compounds (cytokines), induced by exposure to biotoxins, was the measurement of an enzyme called MMP9 (matrix metalloproteinase-9), (*Figures 14, 15*). The release of this enzyme is activated by cytokines. Direct measurement of cytokines is problematic in that these small proteins can have effects following binding on receptors on the cells that released them (autocrine effects), the cells nearby (paracrine effects) and cells distant from the release (endocrine effects). We can only measure cytokines in blood - i.e. the endocrine function. Therefore the cytokines bound to receptors in autocrine and paracrine tissues are never revealed by such testing. However, the activation of MMP9 by cytokines is independent of the location of cytokine effects, so we can tell whether or not pro-inflammatory cytokine activity is increased by monitoring MMP9 levels. MMP9 is markedly different in cases compared to controls.

We have defined the mechanisms by which patients become ill hyperacutely. Using the ability to treat the illness, we have been able to show the effects of a series of sequential interventions, taken one at a time, to ameliorate the illness. It is the ability to treat the illness, supported by our series of research papers, particularly the double blind paper, that has led to a reproducibly validated case definition of mold illness, (*Figures 1, 2*), and it is the case definition of mold illness that has allowed our group to bring statistical certainty to cohorts of patients, such as others with illness equivalent to that of Mss. Young and Ghee, who seemingly have a never-ending series of illness symptoms. Use of these statistical constructs creates the ability to compare the symptoms and laboratory abnormalities mathematically both before and after diagnostic and therapeutic interventions.

We have referred to the robust literature in differential gene expression (genomics) following exposure to biotoxins, including fungal toxins, to support our data acquisition. The actual activation of genes in controlled laboratory experiments are actually mirrored by the clinical data predicted be exist and then confirmed to exist in actual patients.

In our work with patients undergoing repetitive exposure trials, using a standard research design abbreviated as ABB`AB, we have been able to show that there is a time course of change in physiologic parameters with exposure, (*Figure 16*). Following re-exposure of previously treated patients we see from the results of daily blood draws that levels of C4a, a split product of activation of complement often called an anaphylatoxin, rise within four hours. Leptin levels will rise in approximately 24-48 hours, reflecting the increased cytokine effect damaging the receptor for leptin in the MSH production

pathway. MMP9 will rise in approximately 48 hours, reflecting the time course for cytokine effect to stimulate gene activation of the MMP9 production pathway. VEGF levels initially rise rapidly, followed by a significant drop (see below). Clotting factors also change with unprotected re-exposure, with Factor VIII levels falling concomitantly with C4a and then recovering to normal after 48-72 hours. Von Willebrand's factor and activity are maintained for 24-48 hours, falling to a nadir in 72-96 hours. This change is often associated with unexplained bleeding, usually either epistaxis or hemoptysis. While not all patients show all the inflammatory changes described above, no control patients show any of the changes over a four day course of daily blood draws. Furthermore, no changes in any lab parameters performed daily will occur in patients with prior mold illness without exposure to WDB.

A second course of therapy with cholestyramine will return the abnormal lab values back towards values seen following initial therapy.

These documented abnormalities in lab testing simply reflect the sequence of activation of the biological inflammatory cascade discussed previously.

Another of the important markers for mold illness is an abnormally high or abnormally low level of VEGF, (*Figure 17*). In mold illness, VEGF undergoes a biphasic response, initially rising to high levels and then crashing to quite low levels in most patients. There are those who don't exhibit an initial spurt of VEGF, possibly due to the extent of the pre-existing mold illness.

I wish to return to a discussion of symptoms seen in cases versus controls. We know that the symptoms of biotoxin-associated illness patients are quite consistent across species lines: 'biotoxin illness equals biotoxin illness' (See VCS slides in Appendices). We have used cluster analysis of symptoms to show that there are distinctive differences between clusters of symptoms in healthy and affected patients, (*Figure 18*).

We also know that numbers of symptoms are quite different in cases and controls. Controls on average exhibit less than 2.8 symptoms. Multiple large population studies have consistently shown that biotoxin-associated illness patients average nearly 20 symptoms elicited by a medical history by an experienced practitioner, (*Figure 19*). We do not rely on questionnaires completed by providers of unknown experience or self-completed checklists; the potential for inaccurate reporting is too great.

Our use of symptom rosters reflects the opinion of a trained physician taking a medical history to determine whether or not a symptom is present on a persistent basis. The error rate of classifying a patient who is a case as a control and vice versa, a control being identified as a case, is less than 1% when symptoms and visual contrast sensitivity (VCS) testing are combined, as presented at the International Society for Testing and Measurement meetings in Boulder, Colorado 7/27/06. Distribution of symptoms follows a similar pattern in all biotoxin-associated illnesses, seen to be consistent across species.

One of the most effective techniques in diagnosis of biotoxin illness is an older, non-invasive test taken from the literature and practice of neurotoxicology - visual contrast sensitivity (VCS). Used by our group for a number of years and then espoused in an

EPA-approved paper in 2004[7] "to show neurotoxicity from mold exposure," VCS provides an opportunity to assess 'contrast' a single neurologic function of vision, eliminating all other aspects of vision, including acuity, near, far, static, motion, peripheral and color vision. I am pleased that so many other physicians involved in actual treatment of mold illness use VCS; NIOSH uses VCS in its on-site health investigations as well (S. Vesper PhD, personal communication 3/23/07).

VCS testing essentially creates a binary output system where endpoints can be plotted logarithmically to show distinctive abnormalities in cases compared to controls. Contrast is the ability to distinguish an edge; the edge is the perceived difference between white, gray and black. For example, how well we see a white, pitched baseball is different if the background is a sea of white t-shirts in the bleachers, compared to our ability to see the same ball if the background is a field of dark green grass. Similarly, the ability to see a long, thin gray cable holding a gondola aloft at dusk in a ski resort in Italy is compromised if the background for a low-flying aircraft pilot is a similar color grey (an actual case in which the pilot was absolved of murder charges because the contrast was so low). By using contrast testing in the rigorously defined manner (in Methods) also used by the US Air Force and Department of Defense (A Ginsberg PhD, personal communication 4/2000), we have demonstrated repeatedly the same findings in biotoxin-associated illness patients first found by multiple investigators looking at the *Pfiesteria* illness patients. Cases exhibit a deficit in all frequencies tested and there is a change in the shape of the normal curve of VCS. Controls do not demonstrate these findings. Medications do not cause these changes, nor do illnesses other than biotoxin-associated illnesses. Repeated measurements of VCS in patients also do not show changes in the absence of therapeutic interventions, as documented in two double blinded, placebo controlled clinical trials. Please review the VCS figures in the Appendices for examples of use of VCS in peer-reviewed, published papers on mold illness.

VCS testing has been used for over 50 years in neurotoxicology; it is capable of showing a distinctive loss of the brain's normal ability to separate inputs that determine an edge. The ability of Mss. Young and Ghee to separate black from grey from white was compromised at baseline. Without any confounders, such as occupational exposure to solvents, petrochemicals, metal fumes or metal dusts, the VCS tests document the effects of a biologically produced neurotoxin. While VCS is not 100% accurate in demonstrating deficits typically seen in biotoxin illness patients, it will typically identify 92% of cases and will show a false positive in less than 1% of controls. Potential confounders, such as all medications evaluated to date, diabetes, tamoxifen use, depression, allergies, degenerative joint disease, cigarette smoking or tobacco use, migraine headaches, cystic fibrosis, obesity, attention deficit disorder or stress, for example, do not cause deficits in VCS or changes in laboratory studies such as MSH, C4a and VEGF.

SECTION II: Mss. Young and Ghee

---

[7] http://cfpub2.epa.gov/ordpubs/nerlpubs/nerlpubs_mcear_2004.cfm?ActType=Publications&detype=document&excCol=General

My involvement with Mss. Young and Ghee began before their actual office visit here in Maryland in September 2007. Before their visit, you supplied me with a packet of records and a summary of their illness. A copy of their medical records and expenses summaries are reproduced in the appendices. Mss. Young and Ghee had a medical history taken, physical exam and VCS testing performed, with pulmonary functions, electrocardiogram and pulse oximetry performed (discussion below). Symptom rosters were recorded and VCS scores were collated. Based on the preliminary results of the office evaluation, there was a clear indication that they met criteria for illness seen in mold illness patients. Their illness is no different from any of our other published cohorts: their illness met the first tier of a peer-reviewed, published case definition.

To further define and secure the clinical basis for my diagnosis and to provide a platform for sequential therapeutic interventions, my office performed the needed blood draws and I ordered a comprehensive battery of laboratory tests for Mss. Young and Ghee. These blood tests, readily available in standard national clinical laboratories, along with procedure and diagnosis codes accepted by national medical insurance carriers, are pending completion.

The process of diagnosis I use, namely, differential diagnosis, is no different in Mss. Young and Ghee than that same process used in all my patients. When reviewed as a whole, the constellation of temporality of exposure followed by new onset of otherwise unexplained symptoms; symptoms themselves, laboratory findings and neurotoxicological studies enable a practicing, treating physician to eliminate illness categories that might be at first thought to possibly explain the illness of Mss. Young and Ghee.

Please not that when the labs are in we will have an even firmer ground for medical certainty in this case. Specifically, use of tobacco products or presence of a psychological illness does not give a positive VCS; low MSH; low VEGF; dysregulation of ADH/osmolality; dysregulation of ACTH/cortisol; high MMP9; high C4a; low VIP or multiple health symptoms averaging over 19. Biotoxin illness does.

These laboratory data, including HLA-DR frequencies, are consistent with what treating physicians see on a regular basis in patients with mold illness; they are not found to be abnormal in controls. They readily demonstrate a platform for identifying parameters for evaluating treatment. The goal of effective treatment begins with removal from exposure to the WDB, followed by initiation of cholestyramine (CSM) therapy according to a published protocol. Evaluation of benefit of the therapy begins with (a) reduction of symptoms; (b) improvement in VCS; and (c) improvement in biological markers (laboratory tests).

As discussed in the hyperacute re-exposure trial section, the illness will reproduce nearly 90% of the illness parameters within three days. When the illness caused by 24 hours of work time exposure is no different than that caused by hundreds of hours of exposure, we can see that the genetic basis of susceptibility over-rides any theoretical consideration of a dose-response relationship for illness acquisition. Of course, one would not expect a simple input = output result from a biological cascade, capable of multiplying itself with 100 offshoots from an initial exposure, each of which can then rapidly activate 100 more offshoots, which in turn activate hundreds more, and so on. Biological cascades of innate

immune responses are designed to magnify a protective inflammatory response, bringing to bear an overwhelming response to an invading antigen. Unfortunately, when that antigen is a biotoxin and the patient can't clear the toxin due to a genetic "hole" in antigen presentation, the body's reaction that should have been protective only, becomes acutely and chronically destructive. If the antigens from the complex biological mixture released in WDB could be cleared, patients would self-heal. They don't and won't, once the patient is genetically primed for illness. Mss. Young and Ghee is no different from my thousands of cases of mold illness: they are primed for subsequent illness solely caused by exposure to the indoor air environment in their townhouse.

What this means is that because of the illness Mss. Young and Ghee acquired from their townhouse, their life will be forever changed. They will become ill following re-exposure to any other environment with presence of biotoxin producing organisms growing in buildings with water-damage.

I confirmed the history of Mss. Young and Ghee provided in their time line.

**Ms. Young:** Her current symptoms included fatigue (keeps on going on computer and phone despite exhaustion), weakness, aching, cramps and presence of a peculiar cramping of intrinsic muscles of hands and feet such that her digits assume a claw-like posture. She has unusual, sharp stabbing pain in her side of her chest and abdomen. She has headache, light sensitivity, red eyes and tearing. She had profound shortness of breath (unable to climb one half-flight of stairs without becoming breathless), sinus problems and cough. She had joint pains in her feet, knees and both hands with morning stiffness that lasts more than 60 minutes. She has abdominal pain with secretory diarrhea. She had dense cognitive effects, with difficulty handling abstract numbers in simple division, recent memory problems, difficulty with concentration, impaired word finding, decreased assimilation of new knowledge and confusion. She had mood swings, appetite swings and difficulty with temperature regulation (always warm). She had excessive thirst, frequent urination and a peculiar increased susceptibility to static shocks from light switches, car doors, door knobs and people. She had numbness in both feet. She has tingling in the same distribution, vertigo, tremors and sensitivity of her skin to light touch.

Physical exam was essentially unremarkable. BP 100/70; weight 174; height 63 1/2"; pulse 83; afebrile; respirations counted to be 12. She had difficulties following simple instructions. Testing of visual contrast (VCS) showed the typical deficit I have documented in over 92% of over 4,400 patients with mold illness. Pulmonary function testing showed restrictive lung disease. Electrocardiogram was unremarkable. Pulse oximetry showed O2 saturation of 100%.

A laboratory database was accumulated to aid in the differential diagnosis process and to seek additional confirmation of my clinical diagnosis. Results are pending.

**Ms. Ghee:** Her current symptoms included fatigue, aching, cramps and presence of a peculiar cramping of intrinsic muscles of hands such that her thumbs assume a claw-like posture. She has unusual, sharp stabbing pain in her right lower back. She has headache, light sensitivity, red eyes and tearing. She had profound shortness of breath (unable to climb more than one flight of stairs without becoming breathless) and sinus problems.

She had joint pains in her right knees with morning stiffness that lasts les than 5 minutes. She had dense cognitive effects, with difficulty handling abstract numbers in simple division, recent memory problems, difficulty with concentration, impaired word finding and decreased assimilation of new knowledge. She had mood swings, night sweats and difficulty with temperature regulation (always fluctuating warm to cold). She had excessive thirst, frequent urination and a peculiar increased susceptibility to static shocks from light switches, car doors and door knobs. She had numbness in her fingers and her great toe on the right. She has tingling in the same distribution.

Physical exam was essentially unremarkable: BP 122/80, height 61 ½; weight 134; pulse 97, respirations were not increased, afebrile. Testing of visual contrast (VCS) showed the typical deficit I have documented in over 92% of over 4,400 patients with mold illness. Pulmonary function testing showed no abnormalities. Electrocardiogram was unremarkable. Pulse oximetry showed O2 saturation of 97%.

A laboratory database was accumulated to aid in the differential diagnosis process and to seek additional confirmation of my clinical diagnosis. Results are pending.

SECTION III: Potential for exposure in their townhouse

I was provided with a report from the Department of Health of Washington DC, reporting results of an onsite investigation on 9/19/02 to Building 3064, Stanton Glen. I did not see reports of any testing for fungi, actinomycetes, bacteria or mycobacteria. Visible standing pools of water and visible mold growth was noted. Not only did the townhouse have an ongoing moisture problem, the musty smell experienced by Mss. Young and Ghee was also noted by others. This report documents repeated flooding in the townhouse units.

There was no timely sampling for mycobacteria, bacteria or actinomycetes; there was no particle count obtained. The point here is clear: no reasonable person could possibly conclude that their townhouse did not contain a veritable witches' brew of toxigenic organisms, even if proper testing wasn't done. More importantly, if they were having health effects, and management had to know of the moisture problem, why were they allowed to continue to live there?

Water-damaged buildings host any number of toxigenic organisms and compounds potentially capable of initiating inflammatory responses. Any one of these biologically active compounds, including mycotoxins and toxins, could be responsible for one or all of the physiologic and neurologic abnormalities seen in Mss. Young and Ghee. Work done by Dr. David Straus at Texas Tech has shown that persons exposed to *Stachybotrys* in buildings accumulate trichothecenes (toxins made by those fungi) in their blood. Recent groundbreaking work from the labs of Drs. Dearborn and Yike (Environmental Health Perspectives 2006; 114: 1221-1226) has shown that patients exposed to *Stachybotrys chartarum* contained biomarkers for trichothecene toxins in their blood and control patients did not. This work also validated the methods used by Straus and his co-workers previously.

While I am not an indoor hygienist and I no longer sample buildings for toxigenic organisms as part of my health evaluation, in the course of my work I have the

opportunity to review building environmental reports on a daily basis. My practice permits me therefore, to correlate human health effects with building reports confirming water intrusion and/or presence of toxigenic organisms.

In my opinion Mss. Young and Ghee will need ongoing medical care for the predictable future to ensure that they won't suffer an additional mold illness following exposure to another WDB, as would happen given their prior mold illness. To date, there are no therapies available for mold illness patients that can correct the increased susceptibility to illness caused by re-exposure. I must emphasize that newer modalities for treatment of mold illness may cause me to reassess these current care guidelines.

Progressive biotoxin effects masquerade as a wide range of other ailments – ranging from "flu-like illness" to "chronic fatigue syndrome." Because the science of mold illness is relatively recent, the public is almost always unaware of the correct source of health symptoms caused by exposure to water-damaged buildings. Some cell and neural damage is asymptomatic. For 76% of persons, self-healing would occur following exposure. The others, if ill, would not self-heal in the absence of intervention. Immunocompromised or genetically susceptible members of the public would be particularly at risk, not only for toxicity but, as is well established, though uncommon, for systemic fungal infections. The onset of these symptoms would not necessarily be connected temporally to the exposure of these persons to a building. The stealth aspects of biotoxin poisoning as well as their toxicity make the use of these agents particularly interesting for biowarfare experts from our government as well as from our enemies.[8]

*Appendices One through Seven* of **Attachment 5** to this Report summarize pertinent data about the illness from other cohorts of affected patients with environmental exposures similar to Mss. Young and Ghee. The table of contents for these appendices summarizes the source and content of the appendices. The patients discussed in the appendices include families, groups of similarly exposed workers and large groupings of study individuals. The importance of the symptom rankings produced is that comprehensive medical histories involving hundreds of similarly situated patients reveal that the illness acquired following exposure to water-damaged buildings is both multisystem and multisymptom. As discussed, one of the recent studies completed (causality paper) includes factor analysis, discriminant analysis, cluster analysis and logistical regression from which a mathematical construct of symptoms was created covering 245 adults (cases) with mold illness, similar to Mss. Young and Ghee and 239 patients without mold illness (controls). Using this mathematical model, we created a statistical construct of symptom clusters. My examination and the diagnostic tests showed that Mss. Young and Ghee has the required symptom clusters present. I am also including two figures showing the ability of logistical regression to identify cases based on the above, shown previously as *Figure 2*, page 3, including another analysis of over 400 cases and controls.

SECTION IV: Results of treatment

---

[8] American Society for Microbiology Biodefense Research meeting 2/16/06. "Hyperacute physiological changes following prospective exposures to environmental sources of trichothecene toxins in water-damaged buildings (WDB): a Stealth toxin is revealed."

I reviewed the mechanisms with Mss. Young and Ghee by which exposure of genetically susceptible patients to resident toxigenic organisms in water-damaged indoor environments results in a predictable illness and a predictable series of symptoms. Those without true genetic susceptibility will become ill only if confronted with massive exposures. Mss. Young and Ghee met the first tier of the clinical case definition criteria for adults discussed in Appendix A.

The symptoms of Mss. Young and Ghee will likely be significantly reduced in number coincident with institution of CSM therapy; they have a long way to go, however, as additional therapies will likely be required, given the duration of their illness, even if they tolerate the CSM, and are able to take four doses each day. No other intervention taken before the institution of therapy had accomplished any meaningful reduction in symptoms; no laboratory studies had been done to use for comparison to the baseline data obtained on the clinic visit dates.

We are using newer modalities of therapy, including improvement in VIP that may be of benefit to Mss. Young and Ghee, as we have accumulated clinical data confirming ongoing reduction of residual symptoms and physiologic abnormalities as time passes. At this writing there are no other therapies available to provide benefit. In a study that was presented at the meetings (sponsored by the CDC) of the International Society for Chronic Fatigue Syndrome, January 2007, our group reported the results of the MR spectroscopy findings and the results of therapy with low dose erythropoietin as well as a separate paper on benefits of correction of low VIP. Preliminary findings of this study bring hope to Mss. Young and Ghee, as their illness does not necessarily have to ruin their cognitive functioning any longer.

An additional paper on benefit of low dose erythropoietin in patients with mold illness and ongoing cognitive effects will be presented 11/6/07 at the American Society for Tropical Medicine and Hygiene meetings in Philadelphia, Pa.

I will be able to comment on the lab results in these patients in the near future. Mss. Young and Ghee's symptoms and diagnostic tests results could support the diagnosis of a biotoxin-associated illness solely caused by exposure to the townhouse. The causality of mold illness by exposure to the townhouse discussed previously would be confirmed by application of the Causality model to the symptoms, VCS scores and laboratory findings in Mss. Young and Ghee. As noted, I base my opinion on Mss. Young and Ghee's medical histories; the results of physical examinations; the tests of visual contrast sensitivity (VCS); pulmonary function testing; an EKG. The battery of laboratory tests performed by standard commercial laboratories reported above will be reported in the future.

I support my opinion with my twenty-nine years of experience as a treating physician; my experience as a treating physician for over 4,400 patients with chronic illness acquired following exposure to water-damaged buildings; and my personal experience as a treating physician for more than 6,600 patients with chronic illness acquired following exposure to biologically produced neurotoxins, including those from WDB.

SECTION V:  Future Health

Given all of the above it is my opinion to a reasonable degree of medical certainty that the multiple symptoms, profound cognitive impairments and multiple physiologic and neurotoxicological abnormalities present in Mss. Young and Ghee were solely caused by exposure to the complex mixture of biologically active compounds, more likely than not present in the water-damaged indoor environment of their townhouse. There is no evidence of exposure coming from any other source.

It is further my opinion that Mss. Young and Ghee are at-risk for recurrence of illness should they be re-exposed without the use of medications for prophylaxis to indoor areas with amplified growth of molds or other toxigenic organisms. They will need ongoing medical care, with significant expense related to monitoring and treating their illness. The future medical expenses will include use of CSM or some other toxin-sequestering agent; diagnostic studies on a quarterly basis; office consultations with a physician skilled and experienced in treatment of mold illness; additional medical interventions including but not limited to raising MSH; raising VIP, lowering C4a, correcting VEGF; lowering MMP9; correcting dysregulation of ACTH/cortisol and ADH/osmolality; raising androgens, especially testosterone; lowering IL-10, lowering IL1-ra, lowering interferon alpha and whatever other interventions are shown to be necessary.

Please contact me if you have comments regarding this report. My opinions in this case are rendered without bias and are given to a reasonable degree of medical certainty.

Sincerely,

Ritchie C. Shoemaker MD

**Appendix A**

**Mss. Young and Ghee's Laboratory Results**

In any cohort of patients, asthma and allergy didn't create the average presence of 18.1 out of 37 possible symptoms and impressive hormonal changes. Those findings are typical of mold illness patients, possibly including Mss. Young and Ghee. Finding HLA-DR susceptibility, MSH deficiency, elevated MMP9, elevated C4a, low VIP and VCS deficits would not be surprising in Mss. Young and Ghee, as they meet all aspects of a published, peer-reviewed case definition of mold illness. These objective laboratory abnormalities can rule out potential other diagnoses made previously in this case, such as somatoform disorder, depression, malingering and fibromyalgia, among others.

**Academic Basis for Opinions and Applicability to Mss. Young's and Ghee's Case**

The data now available demonstrate that mold illness is a chronic inflammatory disease. It is a toxin-induced defect in innate immune responses in genetically susceptible patients with physiologic abnormalities readily demonstrable to 1) create a reliable case definition for adults and children; 2) establish a basis for sequential therapeutic interventions; 3) provide confirmation of partial or complete resolution of the illness syndrome with therapy and 4) establish a basis for subsequent monitoring. A major source of the expected permanent impairment of patients is due to a lack of timely recognition of what mold illness involves and a lack of corrective intervention. For example, ascribing the illness to an irritant or allergy, or worse, as psychological, in the face of multiple symptoms and overwhelming physiologic data is not only illogical, but does not meet any reasonable standard of medical care.

**1.  The Science is Moving Rapidly**

It is now commonly understood that the bulk of fungal toxins (by a factor of 500 to 1) are carried by particles smaller than spores. Accepting spore counts as a valid method of understanding microbial contamination is no longer acceptable. We now know that particular trichothecene toxins can be measured directly in blood. We know animals forced to breathe known toxins, beta glucans and fungal fragments tend to show a marked amplification of inflammatory responses in the lungs that are measurable in blood. That means, of course, that pulmonary exposure will induce an inflammatory cascade of effects systemically. These effects involve innate immune response elements of cytokines and complement, among others. Moreover, we now know that the amplification of biological response begins with specific Toll-like receptors as well as dectin receptors and other c-linked lectin receptors. We also know that mold illnesses can be identified by the use of biological markers and that therapies are readily available.

In "ancient times" of discussion of mold illness, even before the Mastodon era of the flawed dose-response ideas, dietary contribution was thought to be important in mold illness, particularly because of studies done on farm animals in the pre-World War II data. We now know that dietary sources of illness acquisition from toxigenic fungi aren't

a factor except hypothetically in people eating 20-30 pounds of moldy grain or moldy hay per day. Theoretically, patients could be eating sources of aflatoxin or vomitoxin in multi-kilogram quantities per day as well to acquire a mold-induced toxigenic illness. Mss. Young and Ghee doesn't eat moldy hay or moldy grain. They didn't consume multi-kilogram quantities of any foodstuffs per day.

Since October 2002, there have been remarkable changes in the opinions of "expert" panels regarding mold illness. Before that time "mold illness" wasn't accepted as a unique illness. As time passed, a variety of academic publications showed an association between exposure to buildings with water damage and adverse human health effects. Organizations charged with safeguarding the public health, such as the Centers for Disease Control and Prevention (CDC), stated that it wasn't a good idea to work in buildings with water damage, though at first the CDC did not go so far as to say that exposure to water-damaged buildings made people ill. They and Canada's Ministry of Health do now.

In 2004, a CDC-commissioned report on health effects from exposure to damp buildings confirmed that respiratory symptoms were well established in medical literature published at the time of the IOM review (2002-2003) and that further research into other health effects was indicated. This report, called the IOM report (named for a privately-funded business concern calling itself the Institute of Medicine), established the importance of cytokine responses and genetics in certain severe respiratory complications, including hypersensitivity pneumonitis. Curiously, however, the IOM report failed to follow-up on what the systemic effects of such cytokine responses might be. Standard medical research procedure would be to follow up on obvious abnormalities; we don't know why the IOM ignored basic reporting/research practice.

The IOM concluded nonetheless that there was ample evidence supporting causation of respiratory health effects due to exposure to damp buildings, but there was still a "dearth of evidence" supporting the causation of symptoms other than respiratory conditions. Our data have confirmed the central role of genetics and inflammatory cytokine responses in mold illness. There is no "dearth of evidence" from the cohorts numbering thousands of patients. The IOM called for research in a significant number of areas, as shown in an appendix to this report (see Attachment 7 for citations to the IOM report). Our group and many others have met that research challenge.

Multiple studies published since the IOM report have highlighted the systemic nature of health effects from inflammatory cytokine initiated by exposure to water-damaged buildings. The IOM report becomes an interesting footnote in the history of development of an academic database on what mold illness involves, similar to the development of the understanding of the role of cigarette smoking and lung disease. Back when not much was known about cigarettes and health, defenders of tobacco products said there was a "dearth of evidence" that cigarettes cause health effects. Like the early "tobacco science," the IOM report began opening doors to more in-depth and systematic research.

The science of mold illness has moved forward rapidly since the publication of the IOM report. Because our data has confirmed that we can now treat the mold illness, we have been able to document the physiologic abnormalities found in affected patients but not in controls, and can track changes prospectively with exposure and treatment. It is this prospective aspect of our work in over 1700 patients that gives academic certainty to the causation statements made in this report.

In September of 2004, the United States Environmental Protection Agency, working in collaboration with the University of Connecticut, published a major document that:

- expanded the national standard of what mold illness is by incorporating a series of symptoms typical of mold illness into a list of suggested work-up points.
- suggested that all patients with suspected mold illness be asked about respiratory effects, as did the IOM report.
- additionally included clinical knowledge that the IOM report overlooked, including symptoms such as diffuse aching, joint discomfort, unexplained fatigue, cognitive impairment, memory loss and gastrointestinal symptoms.
- strongly suggests that attending physicians become aware of the immunologic basis of the pathophysiology of the mold illness.
- condemned some erroneous comments about mold illness made earlier by environmental/occupational medicine practitioners
- corrected fallacies in the IOM report; and
- condemned reliance on
  - simple 5-minute air samples for assessment of the potential for exposure
  - the often-used comparison of indoor to outdoor spore levels.

However, the UConn/EPA report failed to introduce known information regarding the clinical treatment of patients with mold illness. Because we can now correct the physiologic abnormalities found in mold illness patients and watch the development of adverse health effects due to re-exposure, we can now narrow the scope of investigation into the physiology of mold illness to a definable series of inflammatory events in genetically susceptible individuals that involve an amplifying cascade of hyperacute changes in innate immune responses. We can also chart innate immune responses that lead to measurable acute and chronic health effects.

It is remarkable that data on amplification of biological cascades have been available to clinicians for years, yet there has been precious little application of well-defined science to the mold illness field. Researchers such as Dr. James Lipton and Dr. Andrew Taylor have produced voluminous literature on the role of melanocyte stimulating hormone (MSH) in inflammatory illness, respiratory effects, gastrointestinal effects and autoimmunity. Until 2001, however, there was no scientific application of this work to mold illness. We now have MSH data on over 4400 patients, confirming its central role in the pathogenesis of the chronic health effects seen in mold illness. The conclusions of Drs. Lipton and Taylor, as well as a host of other highly regarded researchers, have now been validated in humans as well as in animals.

2.    **Healing Patient Illnesses: Cross-Disciplinary and Clinical Expertise**

Recent treatment protocols have shown significant benefit in patients with illnesses essentially identical to Mss. Young and Ghee. We see reduction of symptoms by over 75% in over 92% of 4300 patients treated. Those with improvement less than 75% often are those with two particular HLA DR genotypes, representing the immune response genes, including the 4-3-53, and the 11-3-52B, or those with particularly massive cytokine responses, sufficient to prevent a "re-setting" of normal cytokine physiology. In addition, there is a small cohort of patients for whom the illness has progressed too far before initiation of appropriate treatment; symptom reduction is much less, especially when elevation of IL-10 and interferon alpha is present. What role IL1-ra will play in creating a susceptibility to more rapid acquisition of repeat illness with re-exposure and worse illness after reacquisition awaits further inquiry. Mss. Young and Ghee will continue to be at risk for additional deleterious inflammatory responses over time; they will likely need to take toxin-binding medication on an ongoing basis. The patients at risk for prolonged impairment are readily profiled by diagnostic protocols; it is hoped that new therapeutic interventions, now in the data-gathering stage, including erythropoietin, vasoactive intestinal polypeptide (VIP) and MSH will be successful in the future to help adults with these genotypes and illnesses.

This developing section of medicine requires the following for a well-informed and objective opinion of the mold illness syndrome: 1) cross-disciplinary research and review, and 2) broad-based clinical expertise and experience. Given the complexity of the syndrome, it constitutes nothing less than responsible science to ensure that expert reviews and opinions on the subject be founded on these fundamental requirements. Comments from "expert physicians" who have no personal experience acting to correct adverse health effects associated with exposure to WDB can only be described as unjustified, no different from the little boy who jumps up to look over the fence at a baseball game, and then commenting on the intricacies of plays he never saw.

### 3.     Case Definition of Mold Illness Patients and Mss. Young's and Ghee's Case

The case definition of an adult mold illness patient contains two tiers as follows: any diagnosis of environmentally acquired biotoxin illness, including that from mold, must include:

(1)     the potential for exposure;
(2)     the presence of a distinctive grouping of symptoms; and
(3)     the absence of confounding diagnoses and exposures.

This first tier of the case definition is adopted from the initial CDC case definition of *Pfiesteria* cases from 1998. The second tier of objective factors includes three of six of the following:

(1)     HLA DR by PCR showing susceptibility;

     (2)     reduced levels of melanocyte stimulating hormone (MSH) in a properly performed specimen;

     (3)     elevated levels in matrix metalloproteinase-9 (MMP9) in a properly prepared serum specimen;

     (4)     deficits in visual contrast sensitivity (VCS);

     (5)     dysregulation of ACTH/cortisol in simultaneously obtained specimens;

     (6)     dysregulation of ADH/osmolality in simultaneously obtained specimens.

This second tier is adapted from similar use of different parameters in illnesses such as systemic lupus erythematosis and rheumatic fever, among others. The case definition is derived from looking at what thousands of mold illness patients demonstrated that none of the control patients demonstrated.

While others may not at first recognize "absence of confounders," an element of the first tier of the case definition, as being the same as differential diagnosis, those terms are functionally identical. The approach I use as a treating physician is to follow the standard process of medicine by performing a history, performing a physical examination and obtaining a battery of lab results. I then establish a differential diagnosis and initiate a plan for therapy. Results of therapy are then evaluated with additional modifications made as clinical data suggest. This standard medical approach, used and accepted by the general medical community, was used in the case of Mss. Young and Ghee. The differential diagnosis in this case is quite narrow: there are very few illnesses that could cause the constellation of abnormalities demonstrated simultaneously by Mss. Young and Ghee. A differential diagnosis demands complete recording of symptoms, an element missing in prior work-ups.

After having considered Mss. Young's and Ghee's past medical history and absent any other confounding occupational or townhouse exposures, and after reviewing the results of her comprehensive lab evaluation and then comparing those factors to the current grouping of abnormalities, one can disregard hypothetical diagnoses other than mold illness. Mold exposure is on the list of diagnoses in a differential list, as any physician who actually treats mold illness knows.

Based on the findings from the history and physical, Mss. Young and Ghee met the first tier requirements for satisfying the case definition of a chronic, biotoxin-associated illness, in that she had the potential for exposure to toxigenic agents, typical multisystem and multisymptom illness and no confounding illness. The second tier for a mold illness diagnosis requires presence of three of six secondary criteria. Mss. Young and Ghee satisfied those tier requirements as well, understanding (for completeness) the slight differences in case definition between children and adults.

As discussed, treatment was prescribed with cholestyramine (CSM), an unabsorbable anion-binding resin, according to a published protocol. They will likely need to stay on CSM or a different bile acid sequestrant for the predictable future. Because CSM is not absorbed, any benefit from use of that drug will only come from removal of substances; it adds nothing to the body. No other medical condition in the differential diagnosis aside

from a biotoxin-associated illness would be improved by use of CSM. Differential diagnosis ruled out all other potential sources of biotoxins, leaving only mold illness as a cause.

It is clear that Mss. Young's and Ghee's symptoms are consistent with chronic, biotoxin-associated illness, meeting the case definition which I used in a peer-reviewed paper presented to the 5th International Conference on Bioaerosols, Fungi, Bacteria, Mycotoxins and Human Health on September 10, 2003 in Saratoga Springs, NY. This paper reviewed the use of 11 biomarkers in 156 patients from 150 buildings with water intrusion and fungal growth in a 5-step, prospective, multipoint assessment and intervention study. The study was published May 2005 after having been peer-reviewed a second time before publication in Dr. Johanning's book. This study design (called ABB`AB) is more powerful than a cross-section study in that it gives longitudinal before and after events in three types of interventions, including three prospective studies, using the patient as his own control and providing proof of causation of illness. When combined with the large control group (111 age/gender matched) used in the paper and prospective acquisition of illness, this study squarely addresses questions as to whether there are any solidly-based scientific studies that confirm causation of multisystem, multisymptom illness, including fatigue, chronic cognitive and rheumatologic effects, by exposure to indoor air contaminated by resident toxigenic microbes, including fungi, in addition to respiratory effects.

Along with my research colleagues, statistician Dennis House and neurotoxicologist H. Kenneth Hudnell, PhD, we have published an additional paper on the 5-step time series approach to biotoxin-associated illnesses from toxigenic fungi and other microbes resident in water-damaged buildings. The paper appears in the January 2005 edition of Neurotoxicology and Teratology (2005; 27(1): 29-46). The longitudinal, multiple intervention design of this study again documents the findings that VCS and symptoms are associated with illness, and demonstrates the utility of multiple lab studies, especially MSH and leptin, in following the illness with treatment and re-exposure. A third paper published on line 8/7/06 by Neurotoxicology and Teratology presents an IRB-approved study of a cohort of 26 patients with multiple lab evaluations at each of the 5-time steps in the repetitive exposure protocol (the same ABB`AB methods), using measurements of leptin, MMP9 and VEGF. A subset of these patients followed a double blinded, placebo controlled, crossover clinical trial. Taken together, these three papers will secure the validity of the diagnostic protocols, CSM therapy, genetic markers of susceptibility to mold illnesses and the biomarkers as seen in these cases. This paper extends the basic science knowledge of mold illness by identifying the rapid changes in cytokines and other elements of the innate immune response system to physiologic interventions. Multiple treating clinicians have now replicated these findings as well.

The use of C3a and C4a as markers of acute biotoxin illness has been reported at a Conference of the American Society for Tropical Medicine and Hygiene (ASTMH) in December 2005 and again in a paper presented in Abstract in May 2006 as well as to the International Society for Testing and Measurement, Section D22, 7/27/06, and submitted

for review and publication to the International Journal of Allergy and Immunology Disease, 8/2007.

These papers are expanding the understanding we have about the pathophysiology of mold illness. When combined with the vast literature on VEGF from angiogenesis studies in at least 10 different medical disciplines, we see the importance of correcting VEGF abnormalities induced by cytokine responses to biotoxins. While the use of VEGF as a marker of cytokine response in mold illness patients is new for this field, its use in mold illness is merely the application of the process of science, as it is known that VEGF is a physiologic marker of significant importance for delivery of oxygen in capillary beds. The clinical information regarding mold illness assimilates a vast diversity of scientific literature in its application.

### 4.    Research Basis of Opinion

I have included comments in this report regarding a large cohort of affected workers from the Baltimore-Washington Conference of the United Methodist Church (BWC) building with *Acremonium, Stachybotrys* and *Aspergillus* contamination. Large population studies, such as in the additional building cohort presented, help in understanding the importance of genetic susceptibility, i.e., why some people develop a potentially irreversible syndrome while others develop an illness that can be controlled despite re-exposure and why still others never suffer adverse health effects at all, despite exposure levels no different from the first two groups of patients. The BWC cohort demonstrates the utility of the lab tests that are readily available from commercial laboratories and readily demonstrate the physiologic perturbations seen in the biotoxin illness of Mss. Young and Ghee.

### 5.    Visual Contrast Sensitivity

#### a. Testing

All subjects who normally wore corrective lenses for near-point viewing were asked to wear them during vision testing. The visual acuity and VCS tests were administered monocularly to each eye; an eye occluder was held over one eye while the other eye was tested. All vision tests were administered under illumination from a "daylight" illuminator (fluorescent source with a correlated color temperature of approximately = 6500E K; color rendering index > 90; intensity = 1150 lux; luminance approximately 70 foot-lamberts) in a clinical unit with normal background lighting. A light meter was used to insure that luminance remained constant throughout the test sessions. A test card holder, consisting of a face rest placed just under the cheek bones or chin as comfort provided, and connected by a calibrated rod to a card holder on the distal end, was used to position the acuity and VCS test cards at a constant distance, previously standardized, from the eyes (acuity - 36 cm (14 inches); contrast sensitivity - 46 cm (18 inches)).

#### b. Near Visual Acuity

The acuity test card (MIS Pocket Vision Guide, © 1997 MIS, Inc.) contained 10 rows of numbers in which the size of the numbers progressed from a larger size in the top row to a smaller size in the bottom row. Participants were asked to first read the numbers in a middle row. Testing proceeded to the next lower row if all numbers were correctly identified or to the next higher row if an error occurred. The Snellen visual acuity of the row (20/20 or 20/30, for example) with the smallest numbers each identified correctly was recorded as the visual acuity score. Two-tailed Student t-tests 0.05 were performed, using the mean score of each participant's two eyes, to determine if scores differed significantly between cohorts.

### c. Contrast Sensitivity (VCS)

The contrast sensitivity test card (Functional Acuity contrast Test, (FACT), Stereo Optical Co., Chicago, IL, a Gerber-Coburn Co.) contained a matrix (5 x 9) of circles filled with sinusoidal gratings (dark and light bars). Spatial frequency (1.5, 3, 6, 12 and 18 cycles/degree of visual arc) increased from top to bottom, and contrast decreased from left to right in steps of approximately 0.15 log units. The grating bars were oriented either vertically, or tilted 15 degrees to the left or right. As the investigator called out each circle from left to right, row by row, subjects responded by saying either: vertical, left, right or blank. Participants were encouraged to name an orientation if she had any indication that the bars could be seen. Participants were given the option to point in the direction to which the top of the grating was tilted if she felt any difficulty in verbalizing the orientation; none needed this assistance. The contrast sensitivity score for each row (spatial frequency) was recorded as the contrast of the last test patch correctly identified on that row following verification by repeated testing of that patch and the subsequent patch. The procedure was repeated for each row in descending order. The a priori criterion for the inclusion of data in analyses was that the eye has a visual acuity (Snellen Distance Equivalent Score) of 20:50 or better, in order to avoid confounding of the VCS results by excessive optical-refraction error. All eyes included in the data analyses met the visual acuity criterion.

### d. Data Analysis

The units of analysis for the VCS test were the mean scores of the participant's two eyes at each spatial frequency. Standard error of the mean was calculated for each group of measurements. The VCS data were analyzed using multivariate analyses of variance (MANOVA, with the Wilks' lambda statistic) procedures suitable for repeated measures with $\pm = 0.05$. The factors in the model were group and spatial frequency. A factor for gender was not included since there aren't any gender differences in susceptibility to biotoxin-induced effects shown as yet, and no gender differences in VCS have been reported. Results that showed a significant group-by-spatial frequency interaction were further analyzed in the step-down, two-tailed Student t-tests ($\pm = 0.05$), the equivalent of a univariate ANOVA to determine which spatial frequencies accounted for the overall effect.

### 6.    Laboratories

LabCorp, Inc. and Quest Diagnostics, each CLIA approved, high complexity, national laboratory facilities. Factors analyzed included:

**MSH:** Alpha melanocyte stimulating hormone (MSH) is a 13 amino acid compound formed in the ventromedial nucleus (VMN) of the hypothalamus, solitary nucleus and arcuate nucleus by cleavage of proopiomelanocortin (POMC) to yield beta-endorphin and MSH. MSH exerts inductive regulatory effects on production of hypothalamic endorphins and melatonin. MSH has multiple anti-inflammatory and neurohormonal regulatory functions, exerting regulatory control on peripheral cytokine release as well as on both anterior and posterior pituitary function. Deficiency of MSH, commonly seen in biotoxin-associated illnesses, is associated with impairment of multiple regulatory functions and dysregulation of pituitary hormone release. Symptoms associated with MSH deficiency include chronic fatigue and chronic, unusual pain syndromes. Normal values of MSH established in research labs and in commercial labs are 35-81 pg/ml. I note that the recent shift in normal range for MSH from LabCorp to 0-40 pg/ml was made following the receipt of so many low values of MSH. I have questioned both Dr. Andre Valcour and Dr. Richard Marsella of LabCorp about this change; they have received case/control data sets from me and assure me that they will review the adjustment of normal ranges that were made only after lumping values for cases and control together. No lab, including LabCorp, can logically equate a case value of a test with a control value for a test.

**Leptin:** Leptin is a 146 amino acid adipocytokine produced by fat cells in response to rising levels of fatty acids. Leptin has peripheral metabolic effects, promoting storage of fatty acids, as well as central effects in the hypothalamus. Following binding by leptin to a long isoform of the leptin receptor in the VMN, a primordial gp-130 cytokine receptor, a JAK signal causes transcription of the gene for POMC, which is in turned cleaved to make MSH. Peripheral cytokine responses can cause phosphorylation of a serine moiety (instead of threonine) on the Leptin receptor, creating leptin resistance and relative deficiency of MSH production. Normal values in commercial labs show differences between males (5-8 ng/ml) and females (8-18 ng/ml), with levels of leptin correlated with BMI. In the presence of MSH deficiency, the relationship between body weight and leptin changes, as leptin elevation becomes disproportionate to weight.

**ADH/osmolality:** abnormalities in ADH/osmolality are recorded as absolute if ADH is < 1.3 or > 8 pg/ml; or if osmolality is >295 or <275 mOsm/kg. Abnormalities are recorded as relative if simultaneous osmolality is 292-295 and ADH $\leq$ 2.3; or if osmo is 275-278 and ADH$\geq$ 4.0. Symptoms associated with dysregulation of ADH include dehydration, frequent urination, with urine showing low specific gravity; excessive thirst and sensitivity to static electrical shocks; as well as edema and rapid weight gain due to fluid retention during initial correction of ADH deficits.

**ACTH/cortisol:** abnormalities in ACTH/cortisol are absolute if AM cortisol > 19 ug/ml or < 8 ug/ml; or if AM ACTH is >60 pg/ml or < 10 pg/ml. Abnormalities are recorded as dysregulation if simultaneous cortisol is > 15 and ACTH is > 15, or if cortisol is < 8 and

ACTH <40. Early in the illness, as MSH begins to fall, high ACTH is associated with few symptoms; a marked increase in symptoms is associated with a fall in ACTH. Finding simultaneous high cortisol and high ACTH may prompt consideration of ACTH secreting tumors, but the reality is that the dysregulation usually corrects with therapy.

**Androgens:** total testosterone, androstenedione and DHEA-S provide measurements regarding the effectiveness of gonadotrophin secretion as influenced adversely by MSH deficiency. Normal ranges of these hormones in males are 75-205 ng/ml for androstenedione, 350-1030 ng/ml for testosterone and 70-218 ug/ml for DHEA-S. Normal values for pre-menopausal women are 60-245, 10-55 and 48-247, respectively. Post-menopausal normal ranges are 30-120, 7-40 and 48-247, respectively.

**HLA DR by PCR:** LabCorp offers a standard HLA DR typing assay of 10 alleles using a PCR sequence specific chain reaction technique. As opposed to serologic assays for the HLA DR genotypes, the PCR gives far greater specificity in distinguishing individual allele polymorphisms. Linkage disequilibrium is strong in these genotypes, with multiple associations made to inflammatory and autoimmune disease. These genes are part of the human major histocompatibility complex (MHC), also called the HLA complex, and located on the short arm of chromosome 6. Relative risk was calculated, susceptible genotypes identified, compared within each group to location and exposure.

**MMP9:** matrix metalloproteinase 9 (gelatinase B) is an extracellular zinc-dependent enzyme produced by cytokine-stimulated neutrophils and macrophages. MMP9 is involved in degradation of extracellular matrix; it has been implicated in the pathogenesis COPD by destruction of lung elastin, in rheumatoid arthritis, atherosclerosis, cardiomyopathy, and abdominal aortic aneurysm. Cytokines that stimulate MMP9 production include IL-1, IL-2, TNF, IL-1B, interferons alpha and gamma. MMP9 is felt to play a role in central nervous system disease including demyelination, by generation of myelin peptides, as it can break down myelin basic protein. MMP9 "delivers" inflammatory elements out of blood into subintimal spaces, where further delivery into solid organs (brain, lung, muscle, peripheral nerve and joint) is initiated. Normal ranges of MMP9 have a mean of 150, with range of 85-322 ng/ml.

**C3a and C4a:** Split products of complement activation, often called anaphylatoxins. Each activates inflammatory responses, with spillover of effect from innate immune response to acquired immune responses and hematologic parameters. These short-lived products are re-manufactured rapidly, such that an initial rise of plasma levels is seen within 12 hours of exposure [9] and sustained elevation is seen until definitive therapy is initiated. The components increase vascular permeability, release inflammatory elements from macrophages, neutrophils and monocytes, stimulate smooth muscle spasm in small blood vessels and disrupt normal apoptosis. They also recruit additional inflammatory generators, such as chemokines, into action.

**Anticardiolipins IgA, IgM and IgG:** autoantibodies often identified in collagen vascular diseases such as lupus and scleroderma; often called anti-phospholipids. These

---

[9] "C3a, C4a: Split products of complement predict acute Lyme disease"

antibodies in high titers are associated with increased intravascular coagulation requiring treatment with heparin and coumadin. Lower level titers are associated with hypercoagulability. An increased risk of spontaneous fetal loss in the first trimester of pregnancy is not uncommonly seen in women with presence of cardiolipin antibodies. This problem does not have the same "dose-response" relationship seen with levels of autoantibodies and illness, as does the antiphospholipid syndrome. Anticardiolipins are found in over 33% of children with biotoxin-associated illnesses.

**Antigliadin IgA and IgG:** Antibodies thought at one time to be specific for celiac disease. With the advent of testing for IgA antibodies to tissue transglutaminase (TTG-IgA), gliadin antibodies are most often seen in patients with low levels of MSH. Ingestion of gliadin, the 22-amino acid protein found in gluten (found in wheat, oats, barley and rye; often added to processed foods) will initiate a release of pro-inflammatory cytokines in the tissues lining the intestinal tract. This cytokine effect will often cause symptoms within 30 minutes of ingestion that mimic attention deficit disorder, often leading to an incorrect diagnosis. Antigliadin antibodies are found in over 58% of children with biotoxin-associated illnesses.

**Vasoactive intestinal polypeptide (VIP):** neuroregulatory hormone with receptors in suprachiasmatic nucleus of hypothalamus. This hormone/cytokine regulates peripheral cytokine responses, pulmonary artery pressures and inflammatory responses throughout the body. Deficiency is commonly seen in mold illness patients, particularly those with dyspnea on exertion

## 7.   Case Definition

As discussed earlier, the case definition for human illness caused by exposure to toxigenic organisms, including fungi, mandates the potential for exposure, presence of multiple symptoms from multiple systems and absence of confounding exposures. There also must be three of six of the following elements: presence of deficit in visual contrast sensitivity (VCS); presence of a susceptible HLA DR genotype, as analyzed by PCR; elevated levels of matrix metalloproteinase-9 (MMP9); dysregulation of ACTH/cortisol; dysregulation of ADH/osmolality; and reduction of levels of MSH. This case definition was derived by identifying biomarkers present in all those patients with mold illness and none of the control patients who were without illness.

For children, the case definition necessarily must exclude pituitary hormone abnormalities. What we have documented is an unusual increase in autoimmune factors in children with mold illness compared to control children. Our case definition for children must also account for the delay in maturation of the neurons involved with development of contrast. We include in our case definition in children five elements on the second tier, two of which must be present, including HLA DR, antigliadins, anticardiolipins, MMP9 elevation and MSH deficiency. This case definition was presented 12/16/05 at the ASTMH meetings in Washington, DC, with an additional paper to be presented 11/6/07 at another ASTMH meeting.

## 8.    Methods

Beginning in 1996, with the *Pfiesteria* outbreaks in the Pocomoke River and contiguous watersheds of the Chesapeake Bay, which continue to this day, this author has used a universal approach to patients with exposure to biotoxin forming organisms, including dinoflagellates, cyanobacteria (blue green algae), fungi, apicomplexans, spirochetes and recluse spiders (*Loxosceles*). This approach includes a thorough biotoxin history, as well as a general medical history, use of VCS and CSM, in addition to a comprehensive physical exam, pulmonary function testing, electrocardiogram and thorough laboratory testing that documents the disturbances in physiology caused by cytokine responses to biotoxins in genetically susceptible patients, not found in exposed, asymptomatic patients. Unexposed patients form control groups; we have over 4000 patients in various control groups that establish a normative basis for comparison to affected cohorts. A careful exclusion of patients with confounding exposures/illnesses is part of the process of case identification. The basis for use of these modalities is established in high level, peer-reviewed literature by publications in Environmental Health Perspectives, an NIEHS/NIH journal, including a Grand Rounds in Environmental Medicine (Shoemaker R and Hudnell K, EHP 2001; 109: 539-545), and a screening/treatment study (Shoemaker R EHP 2001; 109(5) Special Pfiesteria Issue 791-796). We have continued to expand the academic basis for our work that shows generalization of the concepts of biotoxin illnesses beginning with abnormalities in innate immune responses and continuing to downstream biological pathways.

The academic acceptance of this approach beyond the mold illness community is demonstrated by a request for a panel of presentations at the National Institute of Building Sciences, Building Envelope and Thermal Environment Committee (Mold 5, 10/31/03, San Diego, Cal.) and acceptance of a paper, a meta-analysis, of 1006 patients with chronic, biotoxin-associated illness at the 1st International Conference on Bioterrorism, sponsored by the National Center for Biodefense, George Mason University and Georgetown University. Further acceptance of this work beyond the mold illness community is exemplified by the two requested appearances at Mealey's Mold Litigation Conferences. Additional validation of this approach comes from the hundreds of physicians who are now using the protocols, including use of VCS testing. Finally, investigators charged with evaluating human health effects from WDB at CDC-NIOSH have added VCS to their testing armamentarium and are beginning to use HLA DR testing as evidenced by a call to me from Dr. Gregory Thomas, March 2005. Dr. Steve Vesper has confirmed to me (3/07, personal communication) that NIOSH uses VCS in its case investigations now, with VCS picking up biotoxin patients and those with exposure to other neurotoxicants.

The foundation of these conclusions includes the use of a repetitive exposure protocol, called ABB AB. This protocol is widely used in assessment of causation in research, medicine and industry; it is one of the oldest and most used in all science. We accept the possibility that patients with exposure to toxigenic fungi and with multi-symptom, multisystem illnesses could potentially be due to many sources. The 5-step protocol answers this possibility and gives academic certainty to the cause of illness (*Figure 9*, p.

10). Our baseline (**Base**) evaluation, including symptoms, VCS, labs and exposures is compared to the same parameters measured after treatment with CSM (**AC-1**). After AC-1, the improvement of the patient is documented, with reduction of symptoms and VCS deficits; amelioration of the multiple biomarker abnormalities is also documented. Next, the patient is kept away from the affected environment for at least three days and medication is discontinued (**HOC**). Here, we look at the superficial argument often used by defense apologists that purports to say, "Why, that dastardly mold is everywhere; any exposure could cause the illness." Actually, amplified mold growth, the true source of illness, is rarely found in multiple environments for a given affected individual. Then, after documenting that nothing changed for the patient during HOC, he is re-exposed to the "suspect" environment (**BOC**) without use of CSM. The patient is re-evaluated in three days, ideally with symptom recording and lab evaluation done each of the three days.

Next, causation of the illness from exposure to indoor air in the contaminated townhouse is shown by recrudescence of symptoms and relapse in all the biomarkers (three days is all that is necessary: there is no dose-response relationship here, the genetic basis for susceptibility shows re-acquisition of the illness, complete with abnormalities in biomarkers with a short duration exposure isn't statistically different from that seen with long-term exposure). Representative VCS slides documenting graphically the results of the protocols we use are presented in Appendices Five 1-8.

The data from sequential monitoring during diagnostic re-exposure demonstrate a sequential activation of complement (C3a and C4a), cytokines (primarily IL-1B) on Day 1; followed by a rise in leptin on Day 2; and a rise of MMP9 and change in VEGF on Day 3. Symptoms usually begin to recur within hours of unprotected re-exposure, with a fall in VCS seen usually on Day 2 to Day 3. These data were presented at a February 2006 meeting of the American Society for Microbiology Conference on Biowarfare and Biodefense. Once the causative re-exposure occurs, clearly documented by temporal association with the contaminated building, the patient is re-treated, with documentation of improvement (**AC-2**). For those who stay in the contaminated environment, and many must because of financial need, or for those who are primed for illness following exposure to other environments with amplified growth of mold, prophylaxis with CSM is offered.

The 5-step protocol has the scientific power to demonstrate causation, as shown in multiple studies in animals and humans. There is no known study design that can show greater power of causation: prospective acquisition in a time- and location-specific manner in a known affected, but healed individual. This approach is not novel; it has been routinely used outside litigation in animal and human research. It has its basis in the classic work by Dr. Robert Koch, as he developed Koch's Postulates for causation of illness by infectious agents.

### 9. Differential diagnosis

Mss. Young's and Ghee's illnesses theoretically could have been caused by other exposures independent of exposure to the mold-contaminated townhouse. It was theoretically possible (for example) that a history of hypertension, air travel, job stress, ear tubes, back pain, allergy, headache, Lyme disease, depression, collagen vascular disease or other pre-existing biotoxin illness, heart failure or anything else could have caused their illness. Each of these hypothetical modalities and all others were ruled out by presence of items from history, symptoms, and laboratory studies. It is theoretically possible that her illness was simply the usual progression of allergy. The abundance of incredibly abnormal physiologic measurements found in Mss. Young and Ghee to date, especially in innate immune responses, and absence of significantly elevated IgE (theirs are pending), could preclude all these hypothetical arguments.

## 10.    Additional studies

IOM/CDC. When I learned in May 2004 that a CDC panel of "experts" acknowledged that indoor mold exposure really did lead to the potential for respiratory illness, I was encouraged. Although the panel did not include anyone who had ever successfully treated a mold illness patient or profiled the complex physiologic changes that occur routinely in sick buildings syndromes, my reason for encouragement was that no similar body of experts had ever before reached what I considered a glaringly obvious conclusion. As the data presented in this report confirm, mold illness does not involve an abnormality of heightened acquired immune response. Mold illness is not an allergic condition mediated by IgE. More than semantics, making the distinction between acquired immune responses, not the major factor in mold illness, and innate immune response, which is the major factor in mold illness, is vital to understanding why mold illness is readily identifiable and is separate from any consideration of allergy alone.

The IOM report called for extensive research, as the researchers weren't able to document the multisystem, multisymptom aspects of the illness that treating physicians were seeing on a daily basis. Fortunately, the panel recognized the role of cytokines and genetics in development of respiratory illness following exposure to water-damaged buildings, even though it did not follow through with an obvious question: if cytokines are associated with respiratory illness and cytokine release is a systemic event, then what **other** systemic effects would one reasonably expect caused by the cytokine release?

The IOM is a private organization performing literature reviews for hire. This fact, in conjunction with some of the obvious shortfalls in some of its research, has raised concerns in the research community about the utility and objectivity of its research. Barton Gershen, MD, writing about another flawed IOM study in the Maryland Medical Journal, Autumn 2004 (pg 37), feared, "That the ingenuous American press and an unenlightened public trustingly accepted the IOM report." A similar concern about the work of the IOM comes from their commissioned 1996 study of Gulf War Illness (GWI). The IOM amazingly and bizarrely concluded that the GWI was only a stress response. The reality is that GWI is a neurotoxin-associated illness, as confirmed by a 2004 report of the Veterans Administration Research Committee on GWI.

IOM and ACOEM Reports Revisited. As noted above, there are critical omissions in the IOM report, as well as in another report made as a "consensus" statement (American College of Occupational and Environmental Medicine, ACOEM). Neither discusses the treatment of acute and chronic illness acquired by patients exposed to water-damaged buildings. Moreover, the ACOEM report is fundamentally flawed. While it supposedly was peer-reviewed, the review was internal and it was not anonymous. The authors had full final authority to make corrections in the statement before production on line. No peer review process permits such insider control.

Moreover, the ACOEM report contains no statement regarding conflict of interest. Just as we came to doubt the reliability of studies about the safety of smoking cigarettes funded by cigarette makers, so too should we be skeptical of arguments about the impossibility of acquiring mold illness made by those who generate income by arguing against the very existence of people with mold illness.

The reality that some "self-identified experts," including some who were involved with writing the ACOEM statement or who were cited by ACOEM in the self-reviewed (not peer-reviewed) statement, who regularly testify for defense interests in mold litigation, tried to pull the wool over the eyes of an unsuspecting organization, the American Association for Allergy, Asthma and Immunology (AAAAI) and the American public by submitting a paper as a "position paper," for the AAAAI. This paper, called "Bush," generated a massive response from individuals who actually knew something about the reality of mold illness. A series of papers demanding retraction of the farcical position paper were published by the journal of the AAAAI (Journal of Allergy and Clinical Immunology, JACI) in September 2006 and one of the identified authors of the position paper (Dr. Jay Portnoy) pulled his name from co-authorship in protest against the abuse of academic process by the remaining authors. My statement, published in September 2006 by the JACI, "Rigor, transparency and disclosure needed in mold illness position paper," co-authored by Dr. Harriett Amman, Dr. Richard Lipsey and Dr. Ed Montz; and endorsed by over 100 MDs and PhDs from the mold community, demands proper disclosure of conflict of interest and thoroughness from papers written by defense-hired physicians. Both the ACOEM "opinion" and the AAAAI statement show no such rigor, transparency and disclosure. One should wonder how such junk science, as labeled in a California ruling (Harold v. California Casualty No. 02AS04291, 2006), based on bizarre leaps from one study of acute, high-dose exposure to unknown mycotoxins in rats to an even more bizarre conclusion about absence of human illness associated with chronic, low-dose exposure to water-damaged buildings, cited repeatedly by a small cadre of non-treating physicians for potential financial gain, could ever be considered by anyone as acceptable. Nonetheless, these same small group of consultants cite the same series of papers routinely in opinion regarding mold illness, beginning with the first junk science paper, then adding the ACOEM opinion, itself based on junk science and then adding a third junk science paper, thereby trying to convince unsuspecting audiences that there is a "robust literature" on absence of health effects following exposure to WDB. Actually all we see is an aggressive marketing of junk science that is still junk no matter how many times the same nonsense is said by the same people.

As discussed in the published paper in Neurotoxicology and Teratology 8/7/06, anyone who looks at the ACOEM report must also look at the flawed methodology it utilized. The report relied on one study involving a one-time, short-term exposure of Sprague-Dawley rats to washed fungal spores. Surprisingly, no recording of toxin amounts was included, nor was any delineation made of the ability of the selected species of "toxigenic" fungi to actually make toxins. Given these lapses, one has to question the utility of the study, considering that it purports to de-link chronic illness and exposure to concentrations of spores and toxins, even though it lacks basic baseline parameters required to investigate the link – unknown concentrations of spores and toxins, unknown ability of the fungi in question to actually make toxins, among other methodological errors.

In point of fact, the parameters used in the ACOEM bear absolutely no relationship to actual findings in patients exposed to water-damaged buildings. The level of detection (200x magnification) used to survey for fungal elements is too insensitive (it must be at least 800x) and it therefore misses a substantial portion of fungal elements that carry toxins, perhaps by as much as 90%. According to NIH/CDC, the role of small elements may be as much as 514 times as important as spore-counting. Currently, up-to-date indoor hygienists will employ a particle counter with their air sampling to not miss the importance of small fungal fragments.

In addition, the **authors themselves** of the rat study say that extrapolation <u>cannot be made</u> from the results of the limited, one-time, high-dose exposure in animals to long-term, low-dose exposure in humans. Indeed, they say the results aren't the same as in chronic low-dose exposure. Despite these obvious and widely acknowledged limitations that would bar any application to human illness, the ACOEM authors illogically conclude that based on one high-dose study in rats looking at unknown mycotoxins only, that there is no way an adequate dose of toxins from indoor exposures to the complex biological mixtures from toxigenic fungi, bacteria and actinomycetes can cause human illness in chronic exposure.

Junk science indeed.

Of course, the rat study didn't look at any of the parameters of illness that occur following exposure to toxigenic fungi, including activation of multiplying cascades of pro-inflammatory cytokine pathways. Nor did the report account for known genetic differences between rats and mice to fungal toxins. The rat study also used spores that were washed before instillation into the lungs of the rats.

In short, the rat study didn't report what amount of toxin or what particular toxin was used; it didn't report anything on what toxin exposure actually does to inflammatory cascades; and it didn't report any follow-up. The methods of the study excluded any reasonable assessment of what material/toxins were delivered to the rat. All the study did was to show that instillation of massive doses of *Stachybotrys* spores into rat lungs injured the rats severely. The ACOEM report discussed none of its deficiencies and

incorrectly attempted to apply dose-response relationships to elements that could never support such conclusions, especially from chronic, lower intensity dose exposures.

As would be expected, the rat study cited in the ACOEM report has never been replicated. Indeed, the study has been refuted in multiple studies done by Dr. Thomas Rand's group from Nova Scotia which show activation (100,000-fold) of release of inflammatory cytokines by as few as 30 spores of toxigenic fungi per gram in mice following intra-tracheal instillation.

Amplifying biological cascades indeed.

Of note, Dr. Rand didn't wash away the toxins from mold spores before instillation and he did measure pertinent inflammatory markers. His data on hyperacute exposure apply directly to what we see humans: inflammatory responses are measurable in affected patients beginning within hours of exposure to contaminated structures.

The reality is that there are no academic research papers that refute the presence of definable mold illness. The ACOEM statement is nearly universally referenced by subsequent defense industry-friendly publications, with no attempt to discuss the abominable abuse of scientific process used by the authors of ACOEM. The only experimental study on mold illness that naysayers can quote regarding long term effects of mold exposure is the single, high dose rat study that is specifically proscribed by the rat study authors themselves from use in long term illness projections.

The list of problems that preclude use of the ACOEM statement being used is peer-reviewed and published in the 2006 NT and T paper.

Let us not forget that the data that supports my comments herein is generated from actual diagnosis and actual treatment of thousands of real, living patients. We aren't making assumptions as a consensus panel might, or as the IOM did, that is based on a background in science without actual experience in the field of hands-on care. We aren't performing isolated experiments in rats, we are treating people. We aren't guessing what the illness might involve; we are following the established process of science using prospective exposures that give us the right to use the term, "caused," as validated by the peer-reviewers of the double blind paper.

Our group and hundreds of physicians nationwide using our protocols know that mold illness is recognizable; definable and treatable. We are not deceived by smokescreen studies that would attempt us to go to sleep regarding protection of humans from adverse health effects caused by exposure to water-damaged buildings. Moreover the 2006 NT and T paper is permitted by its peer-reviewers to state that the clinical grouping of symptoms seen in patients like Mss. Young and Ghee is *caused* by exposure to WDB.

EPA/UConn.  As noted above a very different and more recent report on mold and human health, "Guidance for Clinicians on the Recognition and Management of Health Effects Related to Mold Exposure and Moisture Indoors," was commissioned by the

EPA. Written in this case by a team of mold literate experts, led by Eileen Story MD and Chin Yang, PhD, and released September 30, 2004, it shows additional recognition of the inflammatory and immune perturbations that are involved in the genesis of the multisystem, multisymptom illness affecting Mss. Young and Ghee. This report underscores the role of antigen presenting cells, inflammatory cytokines and the need for treatment of the illness. The report requires involved health care personnel to recognize the underlying pathophysiology of the illness as well. The report also lists multiple reasons for the failure of traditional toxicological approaches that employ dose-response relationships[10] to recognize what mold illness involves. Of potential greater importance is the publication of a list of symptoms typically asked of patients with a possible mold illness. While the IOM did not focus on patients, the UConn/EPA paper does. It thereby gives clinicians from all fields of medicine suggestions for recording the multiple symptoms from multiple body systems, such as fatigue, respiratory problems, aching, headaches, cognitive issues, memory, gastrointestinal and rheumatologic effects. In doing so, the UConn/EPA report signals a major change in published government opinion.

BWC. I am including my general comments on the cohort of patients from the Baltimore Washington Conference of the United Methodist Church (BWC). It is impossible to look at a single individual case of mold illness without looking at the group of similarly exposed patients, comprising one of the most intensively studied groups of sick building patients to date.[11] I feel that the clinical, neurotoxicological and laboratory data I have accumulated on the entire cohort of employees with exposure to that building with water damage and fungal growth has a major impact on any thought about individuals with similar exposure. In the group of BWC patients are exposed, unaffected patients; exposed, affected patients who were not treated; and exposed affected patients who were treated, creating before and after data sets. When compared to my large data set on control patients (unexposed and asymptomatic), there are significant differences between cases and controls that enable us to make conclusions that refute the "null hypothesis," that there is no illness. These data are further supported by the five VCS figures from the Saratoga Springs paper.

Based on these data, as represented in a table enclosed (Appendix Three with Appendix Four representing patients from additional cohorts), are the human reasons why BWC is a sick building and why the exposed, affected patients are cases. Please note that there are untreated, exposed, affected patients who remain at risk for the potential for a chronic, irreversible illness. The utility of MMP9 as a major marker for inflammatory cytokine responses in mold illness is well demonstrated by this case. Look (Appendices Three, Four) at the results of treatment of the exposed, affected patients. In a short time, following treatment with CSM, they resemble unexposed controls. Take a look at

---

[10] TOXICOLOGICAL SCIENCES **78**, 267–275 (2004) Comparison of Inflammatory and Cytotoxic Lung Responses in Mice after Intratracheal Exposure to Spores of Two Different *Stachybotrys chartarum* Strains. J. Flemming, B. Hudson, and T. G. Rand

[11] My patients often reside at a distance and seek me out after other care has failed. The proximity of these patients to my practice made possible continued intervention and monitoring.

symptoms before treatment (15.4, average) and after (2.5, average). Look at matrix metalloproteinase 9 (MMP9) levels before (581) and after (337). Look at visual contrast sensitivity scores (VCS) before (abnormal) and after (normal). Look at the rest of the overwhelming body of data that says the BWC cohort had a biotoxin-associated illness that responded as expected to definitive treatment, but not to passage of time or any other modality. Again, compare those data to the Saratoga Springs cohorts.

Independent of the reports of water intrusion and surveys by inspectors/hygienists, the most important marker of a sick building is sick people. Now that we can effectively treat affected patients, we can develop biomarkers for mold illness and watch them change prospectively with treatment. More importantly, the ability to treat patients gives us the ability to observe previously affected, but healed patients, relapse with re-exposure to toxigenic elements in a prospective fashion. The temporal association, combined with rapid changes in biomarkers, gives us the factors necessary to assign causation due to exposure to indoor air and its contaminants. In order to understand how exposure to air in a building with resident toxigenic fungi can affect individuals, it is mandatory that those effects be evaluated from a group standpoint. There should be a distribution of illness within the group according to factors that can be identified in individuals. We should be able to separate individuals in a group by individual risk factors based on the physiology of mold illness. Understanding the physiologic reasons underlying abnormalities found in individuals begins with understanding the mechanism by which the illness develops: the ultimate test of the model of illness causation requires statistically significant validation of presence of abnormalities in affected patients, not found in unaffected patients with similar exposure, or in unexposed, unaffected patients. Once the model of illness causation is validated for a large group, then one can look at an individual, such as Mss. Young and Ghee, as a case or not, depending on exposure, symptoms, neurotoxicological tests, laboratory tests and results of treatment. The BWC building cohort provides a large sample (39) of exposed, affected patients and a group of 11 exposed, unaffected patients.

We now have a database on over 4,000 unexposed, unaffected patients to use as a "master" control group. In the exposed BWC group are a subset of 22 treated patients, including a smaller number of 13 patients who demonstrate the benefit and efficacy of treatment with CSM, used according to a published protocol (Shoemaker RC, Hudnell HK, Environmental Health Perspectives, Grand Rounds in Environmental Medicine, 2001; 109: 539-545). This group also demonstrates the benefit of use of VCS testing as a screening test and as an independent means to follow improvement with therapy, documented previously to be of benefit in illnesses caused by biologically produced neurotoxins (biotoxins) (Shoemaker RC, EHP, Special CDC Pfiesteria Supplement, 2001; 109(S5): 791-796).

Based on this case definition, the 22 staff members identified as cases that elected to be treated comprises a densely positive group of cases of mold illness, with symptoms averaging 15.4. Of the mold illness criteria, nearly all of the cases (20/22) had a VCS deficit, MSH deficiency was found in 21/22, with an average of 14.7 (normal= 35-81). Pituitary axis dysregulation was found in 19/22. Leptin was abnormal in 58%. Specific

HLA genotypes were over-represented, with 86% of patients having fungal susceptible genotypes. MMP9 levels average 581, with 87% over 300. The cases untreated also are a densely positive group, averaging 14.5 symptoms. 100% (17/17) had symptoms > 5; 100% (17/17) had a VCS deficit; 94% (16/17) had MSH deficiency, with an average of 17.2; 94% (16/17) had a pituitary axis deficit. MMP9 was markedly abnormal, with the average of 516. Pituitary abnormalities were 38% for ACTH and 38% for ADH, respectively. Leptin was abnormal in 53% of cases. HLA genotypes for fungal susceptibility were found in 84%. The "control" population among the exposed workers included 3 individuals with exposure to the building <2 hours/month in the last 3 months. Interestingly, these patients had HLA susceptibility. One can only speculate what kind of threshold there is for acquisition of symptoms, given susceptibility. None of these patients had a VCS deficit or symptoms >5. Average number of symptoms was 2.8, with control patients having 2.7 symptoms in the control group for the Saratoga Springs paper. Only 36% of these patients had an abnormal MSH, with an average of 32.9. MMP9 elevation was reduced to normal (322), with an average of 305. Pituitary dysregulation was seen in 3 of 11 patients.

The results of treatment show a dramatic reduction of abnormalities without dropouts or significant adverse effects. VCS positivity fell to 9% and symptoms to 2.5. All of the patients had a fall in MMP9, with 83% having a fall in leptin. ADH dysregulation fell to 9% and ACTH to 18%. Symptom positivity (i.e. > 5) fell to 4%. While the BWC exposed control group is statistically much healthier than either of the cases groups, they still are sicker than unexposed controls, as 36% had a susceptible HLA and ACTH was much higher (35.4) than in population controls (18.1). PAI-1 was higher (19.1) compared to controls (8.4) and leptin higher (15.1) than controls (11.2).

The topic of mold illness was controversial in the past, largely due to the absence of a confirmed case definition and lack of methodologically sound studies (See Appendix One - Is Sick Building Syndrome a Recognizable Syndrome?). Now that we can identify cases and most importantly treat the vast majority successfully, we can establish a clear diagnosis of mold illness and then use prospective exposure of asymptomatic, but previously symptomatic exposed patients, to prove causation of illness solely due to exposure to the indoor air of a building with an extremely high degree of medical certainty. The dynamic nature of the biomarkers I employ provides an additional confirmation of the basic mechanism for illness, one that employs time as a variable. The temporal association of reacquisition of symptoms and multiple abnormalities following re-exposure to boxes of contaminated papers seen in this cohort provides powerful evidence of the pathogenic nature of materials in the air and on materials from the original office building.

The acceptance of our data on 103 patients from 43 buildings with resident indoor toxin-forming fungi by the 8th International Symposium of Neurotoxicology in June 2002, discussed above (presented by Dr. Hudnell), provided an initial platform to discuss cohort health effects and the relationship of those effects to exposure to the building. Our next paper, the "fungal paradigm" paper, is published in Neurotoxicology and Teratology, as mentioned. This paper follows 21 patients from 5 buildings with known resident

toxigenic fungi, using symptoms, VCS scores (Appendix Five-1), absence of confounding exposures, leptin and MSH levels in a 5-step process. First, we took the patient as we found him. We then treated the patients with CSM, with documentation of resolution of symptoms, VCS deficits and reduction of leptin elevation. Third, we kept the patients away from exposure to the suspected, known contaminated buildings, without use of CSM. This leg of the paradigm answers the frequently heard argument, "Fungi are ubiquitous; any location can make you sick." Patients are exposed to all other environments except the building. No relapse occurred. This means that the possibility of the patient's car, church, supermarket (for example) and all other potential sources of exposure are evaluated. The failure to relapse and failure to acquire symptoms and VCS deficits confirms that patients are not made ill by the "ubiquitous fungi."

A point must be made in this regard: it is the presence of amplified growth of fungi and not just mere presence of fungi in competition for econiches from multiple other genera of microorganisms that poses the risk for illness acquisition. The patients in the study were then re-exposed to the known contaminated building. We re-evaluated patients three to five days after exposure to determine the effect of exposure to the indoor air of the building, using symptoms, VCS, and leptin. Finally, we re-treated the affected patients with CSM, returning them to health, with 92% of patients having greater than 75% reduction in symptoms. I have enclosed a graph showing these data.

In the international sick building syndrome conference, the 5th International Conference on Bioaerosols, Fungi, Bacteria, Mycotoxins and Human Health, held 9/10-12/03 in Saratoga Springs, NY, both Dr. Hudnell and I presented papers, as referenced above. Abstracts are peer reviewed before acceptance. Dr. Hudnell discussed use of VCS testing in biotoxin-associated illnesses and I presented 156 patients from 150 buildings, using the case definition above, including genetic markers, HLA DR, analyzed by PCR; cytokine measurements, including TNF and MMP9; hypothalamic hormones, including leptin and MSH; pituitary hormones, both anterior and posterior pituitary and autoimmune markers, including anticardiolipins, antigliadins and antibodies to myelin basic protein, by responses to exposure and treatment. These data had never been presented as a whole at a high level academic meeting before. The acceptance of these data by established leaders in the specialized community of mold illness experts underscores the "state of the art" aspects of the information we use daily in clinical practice and are employed in a building health investigation.

I first presented the HLA data at the 51st annual meetings of the American Society of Tropical Medicine and Hygiene, 11/02; one month after the IOM closed its doors to new information. Additional conference presentations on HLA included the 5th International Bioaerosols Conference 9/03 and the American Society of Microbiology Integrating Metabolism and Genomics Conference, held 4/30/04, in Montreal, Quebec. To date, we have HLA information on over 2000 affected patients with known source of illness and 400 unaffected patients (controls). The HLA data from the Bioaerosols Conference also presented HLA DR genotypes in control populations, providing us with a comparison group in peer-reviewed literature.

The fact that the basic parameters that provide a case definition are present in the affected group but not in the unaffected group and that these parameters correct with treatment, relapse with re-exposure off CSM and correct with re-treatment, supersedes the lack of experience of others in providing intervention, reducing symptoms and affecting changes in biomarkers. The patients I saw included exposed symptomatic, exposed asymptomatic and unexposed asymptomatic groups. The strongest data supporting the case identification and causation of illness is seen in the treatment-effects data. In the cohort of affected, treated patients, symptoms are reduced to historical controls, MMP9 is equal to controls, VCS is equal to controls and pituitary dysregulation is equal to controls.

In the BWC group of treated patients were eight who came to Pocomoke for treatment after the main cohort of treated patients began to improve. None had resolution of chronic symptoms simply due to removal from the initial contaminated office space. The presence of durable illness without pharmacologic intervention and durable resolution of illness following treatment, absent re-exposure, is consistent with the basic model of mold illness.

A tactic that I have seen used by those who prefer to disagree about mold illness patients is that the only illness caused by the building is "mass hysteria," and that the perceived health problems are due to allergy, asthma or some other undefined cause, even psychiatric problems or substance abuse. This attitude was reflected in a Discovery Health Channel special on Pfiesteria (first aired 6/4/03, and is being re-aired on multiple occasions). In that program Dr. Glen Morris, head of the State of Maryland health team appointed to provide a second opinion on my work with patients affected by a different biotoxin-former, *Pfiesteria piscicida*, discussed his attitude to the *Pfiesteria* outbreak before he and his team of 9 researchers saw my patients on September 13, 1997. He recalled that he had briefed his team before their arrival that they were most likely going to see "mass hysteria." He related to the Discovery viewers how he and these same researchers were surprised subsequently to validate my findings. It was not mass hysteria. It was biotoxin poisoning.

Hysteria, depression, anxiety, allergy, asthma sinus surgery and substance abuse don't cause VCS deficits and MSH deficiency; they don't cause levels of leptin, MMP9, C3a and C4a to rise; they don't dysregulate VEGF, ADH/osmolality or ACTH/cortisol. Mold illness does.

Our data in over 1000 patients show that the elevation of IgE, the usual marker for allergy, asthma and atopy averaged over **975** in patients with those illnesses (but no biotoxin illness). Control patients (without asthma, atopy, allergy or biotoxin illness) had an IgE level of **25**. The cohort of mold-affected patients (numbering over 700) had an average IgE of **32**. Clearly mold illness and allergy are not causally related.

These supplemental data further support my diagnosis of mold illness in Mss. Young and Ghee.

Ritchie C. Shoemaker, MD

# EXHIBIT 6

# EXHIBIT 43

# Diagnosis of *Pfiesteria*-human illness syndrome

**Ritchie C. Shoemaker, M.D.**

*Dr. Shoemaker is a family physician
in Pocomoke, Maryland.*

**ABSTRACT:** *The first case reports of human illness caused by exposure to* Pfiesteria piscicida *toxin(s) acquired outside of a laboratory are reported. Though* Pfiesteria, *a toxin-forming dinoflagellate, is responsible for killing billions of fish in estuaries in North Carolina, its role in human illness has remained controversial, in part due to lack of identification of the toxin. A recent fish kill in the rivers of the lower Eastern Shore has permitted careful investigation and identification of a distinct clinical syndrome resulting from exposure to the* Pfiesteria *toxin —* Pfiesteria *human illness syndrome (PHIS). Patients have memory losses, cognitive impairments, headaches, skin rashes, abdominal pain, secretory diarrhea, conjunctival irritation, and bronchospasm. Not all patients have all elements of the syndrome.*

A cluster of patients have exhibited signs and symptoms after contact with water, aerosol, or water droplets containing toxins from *Pfiesteria piscicida*. *Pfiesteria* is a dinoflagellate with small, toxic forms called zoospores and large nontoxic amoeba forms. Despite the documented presence of *Pfiesteria* in Maryland's Chesapeake Bay, and the Neuse River and Pamlico Sound in North Carolina, there were no prior reports of an association of *Pfiesteria* in the wild and subsequent human illness.

This report is the first to associate *Pfiesteria* toxin exposure with acute human illness. Discharge summaries of five patients I saw fit this presumption. As more is learned, additional information will be pre-

*Reprints: Ritchie C. Shoemaker, M.D., P.O. Box 25, 1604 Market Street, Pocomoke, MD 21851*

sented, hopefully with details as to etiology, prevention, and therapy.

## Case 1

The patient is a 23-year-old white man who had waterskied 500 yards downstream from the site of a fish kill (Shelltown) that occurred the following week. He had been in the water for approximately one hour, having fallen rather frequently. He had been healthy before exposure. Within three hours he began experiencing a severe pounding headache with reduced recent memory, as well as abrupt onset of nausea and dizziness. Because of these symptoms, he retired early. The following morning he awoke with an increasing headache and approximately 30 unusual skin lesions arrayed in an asymmetric distribution on his lower extremities and groin. The lesions, measuring 1.5 cm to 2 cm in diameter, had circumscribed borders that were slightly pruritic, displaying evidence of follicular eruption without evidence of cellulitis. Routine cultures were negative. No fungi, hyphae, or spores were noted. The lesions were similar to those seen by physicians in a laboratory in New Bern, North Carolina.

Skin biopsy showed a significant eosinophilic infiltration with a nonspecific inflammatory response. No induration, central punctum, raised edges, or skin atrophy were noted. Skin lines were maintained and a few petechiae were seen. The patient was treated with a potent steroid topically; no other medications were administered. The tentative diagnosis of human pfiesteriosis was made.

The patient continued to have severe headaches three days later, at which time the patient also complained of mild shortness of breath. The patient's brother, who had less water exposure on the same day, also noted similar skin lesions. Over the next several days the patient deteriorated, developing a severe stiff neck and changes in his mental status including difficulty in recent memory, mild dysarthria, mild ataxia, and mild difficulty in rapid alternating movements.

The patient was admitted to the local hospital. Computerized axial tomography scan of the brain was normal. Magnetic resonance imaging revealed some mild inflammation of the mastoid and a possible polyp in the sinus. The spinal fluid was clear with a total protein value of 27 and a glucose value of 59, and a simultaneous blood sugar value of 90 (all normal values). Two cells were found. A comprehensive battery of studies done on the spinal fluid did not show any additional abnormalities. He was treated with nonsteroidal antiinflammatory drugs for his headache; however, his mental status did not resolve. Because of this persistent abnormality, the patient was referred to Dr. Donald Schmechel at Duke University, who has evaluated patients with possible *Pfiesteria*-related illnesses in the past. Dr. Schmechel's evaluation showed persistent defect in memory with specific abnormalities in psychometric testing. He thought the neurocognitive defect was, to a reasonable degree of medical certainty, related to the *Pfiesteria* exposure.

## Case 2

The patient is a 26-year-old white man who was swimming in the Pocomoke River on the same day as the waterskier in Case 1. He was somewhat upstream from the Shelltown area. He had an abrupt onset of two lesions, one on his forehead and one on the nose, each approximately 1.5 cm x 2.5 cm. There was a difference in the forehead lesion in this case when compared with the index case. At first glance, this lesion looked like a tinea-type infection but there was no scale, KOH preparation was negative, and the edges were not indurated. The lesion on the nose was more typical of those seen on fish affected by *Pfiesteria*. Biopsy of this lesion showed an eosinophilic infiltrate on a nonspecific inflammatory background. He was treated with topical steroids and made an excellent recovery. There were no additional symptoms or neurologic, respiratory, or gastrointestinal problems. The patient was seen for follow-up on August 13, 1997, with full recovery.

## Case 3

This patient is a 30-year-old white woman who was swimming with her children in the Pocomoke River in the vicinity of the waterskier (Case 1). She related that she experienced an abrupt onset of nausea, a profuse watery diarrhea, and headaches after the river exposure. She had a mild loss of appetite. At first, the diarrhea was osmotic (i.e., it was worse after she ate something), but later it became secretory with nocturnal bowel movements. The diarrhea was watery with associated urgency and without blood or mucus. Stool cultures were attempted, but specimens were not satisfactory. Examinations for ova and parasites were negative.

The patient had a sharp periumbilical crampy abdominal pain in association with her headaches, which she described as daily and bitemporal. The pain was not associ-

ated with temporomandibular joint pain nor with any trapezius muscle spasm. She had previously been well with neither abnormal social stresses nor abnormal bowel history. She reported that she had been using full bottles of Kaopectate and Pepto Bismol without relief. The patient was treated with Cipro, which is used to treat travelers' diarrhea. After four days her symptoms did not improve. She was given cholestyramine as a bile salt binder. The patient improved quickly over three days. She was well two weeks later. Her headaches cleared as the diarrhea abated.

### Case 4

The patient is a Department of the Environment worker who was sorting fish at Shelltown during the active fish kill the first week of August. She was wearing protective gloves extending to her wrists. Her shirt left her forearms exposed, resulting in significant river water splash on this area. Her forearm felt burned; the sensation persisted despite washing with distilled water. Within six hours she began noticing memory problems as well as a productive cough and wheezing. The memory problems were such that she reported she went to the grocery store three times with a list and on each occasion returned home without completing her list because she could not figure out what she was supposed to purchase.

The next day, a rash appeared on her exposed forearm with small blisters that became confluent. Two days later, desquamation of the skin of the right forearm was noted. Her skin healed in about one week. A biopsy was obtained but was nondiagnostic. Because her mental status abnormalities persisted, she was referred to Dr. Schmechel at Duke University for confirmation of possible *Pfiesteria*-related toxic exposure and toxic dermatitis. Her psychometric tests at Duke were similar to those of the laboratory worker exposed to the *Pfiesteria* toxin and the waterskier (Case 1). Dr. Schmechel concurred with the diagnosis.

### Case 5

The patient is a 41-year-old state worker whose job of 20 years included sampling shellfish beds for fecal coliforms. He had no history of health problems related to the river. The sampling required that he use a device attached to a rod that was immersed to obtain water samples. He held the rod in his right hand and pulled the wet sample tube off the rod with his ungloved left hand. Soon after exposure on August 5, 1997, he noted development of three lesions but

only on the fingers of his left hand. These went on to desquamate as in the patient described in Case 4. The desquamation was pronounced at the distal tufts and at the posterior nail folds. He had what he called a "hot spot" in his mid-palm that had persisted for the previous two weeks. This lesion was similar to the index case; it was a discrete macule with maintenance of skin lines but with no evidence of scale or any evidence to suggest an insect bite. He felt that the burning in his hand stemmed from the mid-palm macular lesion. When this area was biopsied, he stated that the lidocaine completely stopped the burning for the first time in two weeks.

The patient stated that his memory was reduced from his previous status, pointing out that he had forgotten to call a co-worker, something he normally would not forget to do. He also described a watery diarrhea without blood or mucus which was associated with a crampy periumbilical pain. His skin biopsy was also not diagnostic. He recovered without treatment.

*These cases were among others later evaluated by the Department of Health and Mental Hygiene expert physician panel. To date I have referred 35 patients for psychometric testing. The psychometrics give a consistent "fingerprint" of abnormalities seen with Pfiesteria exposure but not with controls. The clinical syndrome is variable but memory loss, secretory diarrhea, conjunctivitis, skin rash, headache, and bronchospasm all may occur.*

*Continued use of cholestyramine has not only ameliorated diarrhea, but also has helped improve memory loss and asthma-like symptoms.*

*The lack of illness following eating seafood harvested from the affected waters suggests instability of the toxins in food or destruction of toxins by digestive mechanisms.* ■

# Treatment of persistent *Pfiesteria*-human illness syndrome

Ritchie Shoemaker, M.D.

Dr. Shoemaker is a family physician in Pocomoke, Maryland.

**ABSTRACT:** *Patients with exposure to* Pfiesteria *toxin have developed an illness,* Pfiesteria-*human illness syndrome, characterized by skin lesions, headache, myalgias, conjunctival irritation, bronchospasm, abdominal pain, secretory diarrhea, recent memory loss, and difficulties with number sequencing. Not all patients demonstrated all features of the syndrome. The natural history of* Pfiesteria-*human illness syndrome shows that most patients' symptoms improve without treatment. This article reports the improvement of symptoms that had persisted for over one month in five patients, which the author attributes to treatment with cholestyramine. These patients were self-referred to the Pocomoke River Rash and Associated Illness Center, a clinic that opened on August 6, 1997, in response to the need for a central facility for diagnosis of human illness acquired from* Pfiesteria.*

*Until the* Pfiesteria *toxin(s) is isolated and characterized, and laboratory diagnostic tests are available, physicians must be able to recognize* Pfiesteria-*human illness syndrome and intervene when symptoms, particularly memory loss and diarrhea, cause significant impairment in daily activities.*

*There are no precedents for the treatment of* Pfiesteria *or any dinoflagellate toxin-related human illness reported in the literature. The successful use of cholestyramine reported here may provide a model for understanding dinoflagellate toxin physiology in the human body. This paper reports an uncontrolled observational study. When identification of the toxin is completed, a basis for properly controlled studies will be available.*

Reprints: R. Shoemaker, M.D., P.O. Box 25, 1604 Market Street, Pocomoke, MD 21851

Treatment of human illness caused by *Pfiesteria* toxin, *Pfiesteria*-human illness syndrome (PHIS), has not been reported in the medical literature. The diagnosis of acute human illness acquired from exposure to *Pfiesteria* toxin in the wild has only been made[1] and confirmed recently.[2] Acquisition of human illness from intensive laboratory exposure to *Pfiesteria* was reported by JoAnn Burkholder at North Carolina State University in 1995.[3] Since the initial reports of PHIS acquired in the wild, the Pocomoke River Rash and Associated Illness Center, a clinic affiliated with the Edward McCready Hospital in Crisfield, Maryland, has evaluated nearly 50 patients with acute, recurrent, and chronic exposure syndromes. For this report, symptoms lasting longer than four weeks, with or without recurrent exposure to *Pfiesteria*-inhabited water, are considered persistent.

A cohort of five patients with a clinical diagnosis of persistent PHIS were treated in a nonrandomized, uncontrolled manner. The marked clinical improvement in these patients within two weeks prompted this preliminary report. Confirmation by properly controlled scientific studies is not likely to be forthcoming until the toxin of *Pfiesteria* is identified.

The Pocomoke River, located at the lower portion of the Eastern Shore of Maryland, is a tributary of the Chesapeake Bay. Beginning in October 1996, commercial fishermen working on the Pocomoke River began experiencing new symptoms of recurrent conjunctival irritation, unusual skin rashes, recurrent cough, loss of recent memory, headache, crampy abdominal pain, and watery diarrhea. These symptoms coincided with the netting of fish with necrotic lesions. Although menhaden were the most commonly affected species, all species of fish were affected. The lesions were similar to those noted from other waters, including the Neuse River in North Carolina, with low levels of *Pfiesteria* toxin-forming zoospores. Not all the fishermen were sickened; most had several but not all of the illness symptoms. No deaths occurred.

Similar symptoms developed acutely in three patients with brief exposure to the river (i.e., water skiing, swimming) one week before a major fish kill on August 6, 1997. Four cases of PHIS were found in Maryland Department of Environment employees who were working in the water during an active fish kill. On August 19, the State Department of Health organized a multidisciplinary team of university physicians to examine a group of 13 patients with symptoms on August 19.

Consistent abnormalities on neurocognitive testing similar to those seen in at least one of the North Carolina State University laboratory workers were found. Positron emission tomography scans done on five of the identified patients showed global reduction in glucose uptake. Maryland acknowledged the human health risks from *Pfiesteria*, in part based on the severity of the neurocognitive impairment that was not obvious on clinical examination. The political and economic consequences of Maryland's actions were magnified partly because no effective treatment strategies were available other than closure to public use of selected rivers by the state.

The public avoidance of seafood consumption was in part due to the fear of contracting an untreatable illness.

The use of cholestyramine as a treatment for persistent PHIS was developed by the author after his repeated observation that persons who had an acute PHIS syndrome with secretory diarrhea that was successfully treated with cholestyramine also had a concurrent improvement in headache, memory loss, rash, and cough. Treatment lasted two weeks, continuing longer for those who had recurrent exposures. All patients were given one teaspoon of Milk of Magnesia upon arising, and one scoop of cholestyramine mixed in juice four times a day.

### Case 1

A 56-year-old female Maryland Department of Environment worker was on a boat sorting lesioned fish from nonlesioned fish during an active fish kill on August 7, 1997. She had an abrupt onset of conjunctival irritation, cough, headache, and a burning sensation on her exposed skin. The skin subsequently vesiculated and desquamated. Because of memory impairment she was referred by the author to Donald Schmechel, M.D., at Duke University on August 18. Neurocognitive studies were markedly abnormal. Treatment of nasal congestion and bronchospasm with inhaled steroids and bronchodilators improved symptoms minimally. Pulmonary function testing showed forced vital capacity and forced expiratory volume in one second each reduced to 50% of predicted. Memory loss continued.

Treatment of one scoop of cholestyramine with one ounce of 70% sorbitol (to prevent constipation), four times per day was begun on September 17, 1997. By October 3, pulmonary function testing improved forced vital capacity to 98% predicted and forced expiratory volume in one second to 70% predicted, with nearly full restoration of memory.

### Case 2

A 47-year-old male fisherman had recurrent episodes of conjunctival irritation, cough, wheeze, headache, memory loss, and severe abdominal cramping beginning in October 1996. He stopped work on the river in May 1997 with improvement in eye and lung symptoms. His memory loss and cramping persisted. He returned to the river on August 11, 1997, assisting the Maryland Department of Natural Resources in investigating and monitoring fish kills in many adjacent waterways. His symptoms recurred promptly. Treatment with cholestyramine, one scoop four times a day, was begun on August 30. By September 6, his symptoms had abated markedly. The patient returned to work in *Pfiesteria*-inhabited waters and his symptoms returned.

### Case 3

A 33-year-old male waterman was healthy until October 1996, when he developed abdominal cramps, watery diarrhea with occasional incontinence, chronic cough, a 40 lb weight loss, and headaches. He was treated for pneumonia six separate times between October 1996 and July 1997. Memory impairment was

documented on neurocognitive examinations and a positron emission tomography scan was abnormal.

The patient was treated with inhaled steroids, bronchodilators, and clarithromycin with cessation of diarrhea and improvement in lung symptoms about the time of the river closure. Memory loss continued. With re-exposure to the river his respiratory symptoms and diarrhea recurred.

Cholestyramine and sorbitol treatment was begun September 7, 1997. Despite continued river exposure, a follow-up examination on October 2 revealed his memory loss to be dramatically improved. He continued on low-dose cholestyramine with a multiple vitamin. He uses bronchodilators rarely, as needed. A subsequent neurocognitive examination showed improvement.

### Case 4

A 32-year-old commercial diver had extensive wet suit exposure to water on the Wicomico Creek later, shown to have *Pfiesteria*. He had gradual onset of cramps, diarrhea, skin lesions, headache, and memory loss beginning in July 1997.

Treatment with cholestyramine and sorbitol was begun on September 25, 1997. Neurocognitive examinations done the next day were markedly abnormal. The patient had symptomatic improvement within three days. He stated that he could tell when the dose of cholestyramine was "wearing off" by recurrence of abdominal cramping. At follow-up two weeks later, the patient was asymptomatic and had returned to work. Subsequent neurocognitive examination showed minimal improvement only. The patient continues to work in the area waters. He continues to use two scoops of cholestyramine daily.

### Case 5

A 44-year-old male Virginia Marine Fisheries worker had extensive exposure to the Pocomoke River beginning in July 1997. Coworkers, including Maryland Department of Natural Resources commander, noted impairment in the patient's memory. He also had abdominal cramps and skin lesions. The patient was referred for treatment by the patient described in Case 2. Memory loss was documented by an inability to remember a five-number sequence (0/5) and a four word list (1/4).

Treatment was initiated on September 25, 1997, with fading of skin lesions, improvement in memory, and elimination of abdominal pain by October 3.

### Discussion

As our knowledge of PHIS expands, laboratory markers for the illness should become available. Neurocognitive testing, the fingerprint of the illness, is expensive and not readily available, however, a clinical diagnosis of PHIS can be made. Although the illness can be self-limited, the persistent symptoms of these five patients improved rapidly with cholestyramine treatment.

Studies of brevetoxin, a different dinoflagellate toxin, in rats[4] show prompt clearing with an IV dose, within 24 seconds, with

| Table 1. *Pfiesteria* symptom complex | |
|---|---|
| **Immediate effects** | **Within 24 hours** |
| Skin burning | Rash |
| Conjunctival injection | Headache |
| Cough | Abdominal cramps |
| Wheeze | Exercise-induced asthma |
| Sore throat | |
| | |
| **Within 3 hours** | **Persistent** |
| Myalgia | Rash up to 2 months |
| Headache | Memory loss of up to 6 months |
| Memory impairment | Neurocognitive deficits (unknown duration) |
| | Bronchospasm |
| | Secretory diarrhea |

uptake by muscle, metabolism by the liver, with excretion into the intestine. Sherwood Hall, from the Food and Drug Administration, Shellfish Poisoning, and Mark Poli, a brevetoxin expert, have endorsed continuing work with cholestyramine (S. Hall, M. Poli, personal communications).

The hypothesis for consideration is that the *Pfiesteria* toxin causes an acute human illness and, in some patients, a persistent human illness. The toxin, a nonspecific irritant of skin and mucous membranes, passes quickly from alveoli into blood following aerosol or droplet inhalation. The toxin is postulated to be absorbed into muscle, with equilibration into lipid tissues such as brain and surfactant in lung. The toxin is excreted into bile with enterohepatic recirculation.

Cholestyramine may bind toxin in the small intestine, permitting excretion in stool, depleting the toxin from lipid reservoirs. The clinical symptoms fit such a proposed model (Table 1), with conjunctival irritation and cough being early onset symptoms, followed by myalgias, headache, and memory loss. Bronchospasm and abdominal symptoms are late manifestations.

Recurrence of symptoms with repeat exposure suggests a lack of protective immune response to the toxin. Although cholestyramine is not a totally benign treatment, the resolution of headache, memory impairment, and bronchospasm suggests strongly that treatment of the gastrointestinal tract affords an opportunity to reduce the body burden of toxin.

The prompt improvement in persistent symptoms with use of cholestyramine may provide a therapeutic option for the practicing physician faced with the clinical problem of profound memory impairment and disruption of normal daily life that *Pfiesteria* can cause.

### References

1. Shoemaker R. Diagnosis of *Pfiesteria*–human illness syndrome. *Md Med J* 1997;46:521–523.
2. Grattan L., et al. *Lancet* in press
3. Glasgow HB, Jr, Burkholder JM, Schmechel, et al. Insidious effects of a toxic estuarine dinoflagellate on fish survival and human health. J Toxicol Environ Health 1995;46:501–522.
4. Poli MA, Templeton CB, Thompson WL, Hewetson JF. Distribution and elimination of brevetoxin PbTx-3 in rats. *Toxicon* 1990;28:903–910. ∎



# GRAND ROUNDS
## in Environmental Medicine



McCREADY OUTPATIENT SERVICES CENTER
U.S. ENVIRONMENTAL PROTECTION AGENCY

# Possible Estuary-Associated Syndrome: Symptoms, Vision, and Treatment

*Ritchie C. Shoemaker[1] and H. Kenneth Hudnell[2]*

[1]McCready Outpatient Services Center, Pocomoke City, Maryland, USA; [2]U.S. Environmental Protection Agency, National Health and
Environmental Effects Research Laboratory, Neurotoxicology Division, Research Triangle Park, North Carolina, USA

The human illness designated as possible estuarine-associated syndrome (PEAS) by the Centers for Disease Control and Prevention (CDC) has been associated with exposure to estuaries inhabited by toxin-forming dinoflagellates, including members of the fish-killing toxic *Pfiesteria* complex (TPC), *Pfiesteria piscicida* and *Pfiesteria shumwayae*. Humans may be exposed through direct contact with estuarine water or by inhalation of aerosolized or volatilized toxin(s). The five cases reported here demonstrate the full spectrum of symptoms experienced during acute and chronic stages of this suspected neurotoxin-mediated illness. The nonspecific symptoms most commonly reported are cough, secretory diarrhea, headache, fatigue, memory impairment, rash, difficulty in concentrating, light sensitivity, burning skin upon water contact, muscle ache, and abdominal pain. Less frequently encountered symptoms are upper airway obstruction, shortness of breath, confusion, red or tearing eyes, weakness, and vertigo. Some patients experience as few as four of these symptoms. The discovery that an indicator of visual pattern-detection ability, visual contrast sensitivity (VCS), is sharply reduced in affected individuals has provided an objective indicator that is useful in diagnosing and monitoring PEAS. VCS deficits are present in both acute and chronic PEAS, and VCS recovers during cholestyramine treatment coincident with symptom abatement. Although PEAS cannot yet be definitively associated with TPC exposure, resolution of symptoms with cholestyramine treatment suggests a neurotoxin-mediated illness. *Key words:* cholestyramine, chronic neurotoxic illness, harmful algal blooms, *Pfiesteria*, possible estuary-associated syndrome, visual contrast sensitivity. *Environ Health Perspect* 109:539–545 (2001). [Online 14 May 2001]
*http://ehpnet1.niehs.nih.gov/docs/2001/109p539-545shoemaker/abstract.html*

## Case Presentation

### Case 1

A 32-year-old male commercial fisherman worked on the Pocomoke River, a tributary of the Chesapeake Bay on the Eastern Shore of Maryland, since age 16 without any significant illness until October 1996. In association with harvesting multiple species of fish with deep, penetrating ulcers, the patient had initial onset of memory impairment, headache, hypersensitivity to bright light, fatigue, cough, muscle ache, skin rash, diarrhea, and anorexia. Subsequently, the patient was treated by several local physicians with antibiotics for recurrent pneumonia (seven episodes in 6 months). The diagnoses of pneumonia were based on clinical parameters alone, without additional confirmatory tests. The patient lost 40 pounds, became weak and lethargic, and continued to suffer from the symptoms listed above. He continued to work in the estuaries.

The patient was exposed to an active fish kill 5–8 August 1997 (Table 1), which was thought to be caused by the estuarine dinoflagellate, *Pfiesteria piscicida*, or other members of the toxic *Pfiesteria* complex (TPC), after which he experienced increased severity of the symptoms. The patient was evaluated by a multidisciplinary team of researchers from the University of Maryland and Johns Hopkins University on 19 August 1997 as a participant in a study on human contact with estuaries around the time of fish kills associated with TPC. Neurocognitive tests indicated an extremely low level of executive functioning.

The patient remained ill; he sought medical assistance and was evaluated by an author (R.C.S.) in September 1997. He reported that his symptoms (Table 2), which were unremitting since initial onset, had been exacerbated by the August 1997 fish-kill contact. Complete blood count, comprehensive metabolic profile, and pulmonary-function test results were within normal parameters. His medical history revealed no previous illness involving neurologic dysfunction, alcoholism, chronic soft-tissue injury, Lyme disease, chronic ciguatera-seafood poisoning, or possible building-related illness. Occupational history indicated little or no exposure to solvents or petroleum products, metals fumes, pesticides, or other neurotoxicants. It was concluded that his chronic (i.e., symptom duration > 1 month) illness may have been caused by estuarine-associated neurotoxins. The patient was treated with cholestyramine (CSM), a polymer previously approved by the U.S. Food and Drug Administration (FDA) for treatment of hypercholesterolemia and considered an exempt usage for toxin elimination, according to a standard protocol (Table 3). His symptoms improved beginning 36 hr after treatment initiation. He continued treatment, with subsidence of all symptoms within 2 weeks and subsequent regain of weight. His neurocognitive scores were within normal range when subsequently evaluated in a 3-month follow-up by the University of Maryland and Johns Hopkins University research team.

The patient began a maintenance program of two doses of CSM daily while continuing to work in areas of previous fish kills. He stayed well until June 1998, 5 days after cessation of the CSM prevention regime, when he again harvested lesioned fish from the Pocomoke River (Table 1). The patient presented with a characteristic rash, mild secretory diarrhea (i.e., non-osmotic, continuation without food or liquid intake), and exertional cough, and he reported extreme fatigue (Table 2). Again, the clinical and laboratory tests produced negative results, and

Address correspondence to H.K. Hudnell, U.S. Environmental Protection Agency, National Health and Environmental Effects Research Laboratory, Neurotoxicology Division, MD-74B, Research Triangle Park, NC 27711 USA. Telephone: (919) 541-7866. Fax: (919) 541-4849. E-mail: hudnell.ken@epamail.epa.gov

We thank J. Shoemaker for assistance in preparation of this manuscript. No grants were involved in this work.

This manuscript was reviewed by the National Health and Environmental Effects Research Laboratory, U.S. Environmental Protection Agency, and approved for publication. Approval does not signify that the contents necessarily reflect the views and policies of the agency, nor does mention of trade names or commercial products constitute endorsement or recommendation.

Received 21 December 2000; accepted 1 February 2001.

the patient reported no other new illnesses or neurotoxic exposures. CSM treatment was reinstituted, and his acute illness resolved within 1 week.

## Case 2

A 41-year-old male soil scientist sampled submerged sediments and porewater for dinoflagellate DNA and pollutants on 19–20 July 1999 in the Chesapeake Bay, Pocomoke River, and Bulbeggar Creek in Virginia, where a 4-day fish kill attributed to TPC activity began on 24 July 1999, and in surrounding areas (Table 1). Sampling involved direct immersion in water, exposure to spray, and inhalation of air at the water surface. Visual acuity and visual contrast sensitivity (VCS) were measured with the Functional Acuity Contrast Test (F.A.C.T.) apparatus (Stereo Optical Co., Inc., Chicago, IL; Figure 1) (6,7). The test measures the least amount (threshold) of luminance difference between adjacent areas (contrast) necessary for an observer to detect a visual pattern. VCS is the inverse of contrast threshold. Visual acuity and VCS measurements before estuary exposure on 19 July 1999 and at the end of exposure on 20 July 1999 (Figure 2) were within normal limits (acuity, Snellen distance equivalent scores ≤ 20:40; VCS

scores > 64 at 6 cycles/degree of visual arc). The patient became ill on the night of 21 July 1999, 24 hr after sampling ended. The patient was seen on 23 July 1999 while suffering memory impairment, mild confusion, severe bifrontal throbbing headache, intermittent cramping, profuse secretory diarrhea, nonproductive cough, fatigue, and abdominal pain (Table 2). He was previously healthy and had no history of illness involving neurologic dysfunction, allergy, asthma, eosinophilia, or neurotoxicant exposure, and the clinical and laboratory tests were negative as with Case 1. VCS was markedly depressed (Figure 2), but visual acuity was unaffected. The patient met the case definition for possible estuary-associated syndrome (PEAS), a syndrome described by the Centers for Disease Control and Prevention (CDC) following human illness associated with estuarine contact around the time of the August 1997 TPC-related fish kill in Maryland estuaries. Treatment with CSM was initiated immediately (Table 3). Symptoms and VCS abnormalities responded promptly (Figure 2), clearing completely by 31 July 1999, the ninth day of treatment.

Case 2 developed a similar acute illness on 20 October 1999 following estuarine sampling in areas of the inland Delaware

bays found to contain *Pfiesteria shumwayae*, another member of the TPC (Table 1), when sampling resumed in May 2000. He treated himself with CSM at standard doses, with complete recovery and normal VCS on 25 October 1999 (Figure 2). The patient's VCS remained normal on 27 November 1999, after he stopped taking CSM (Figure 2). He returned to the inland Delaware bays the next day (Table 1) and was seen in the clinic on 1 December 1999 while suffering a third acquisition of acute illness characterized by headache, upper airway obstruction, cough, diarrhea, fatigue, muscle ache, and depressed VCS (Table 2, Figure 2). Multiple medications were prescribed, including CSM. Follow-up was not obtained, but according to his wife, he took CSM until his symptoms abated in a few days. She reported that he had reexposure to the Delaware Bay sampling site on 15 December 1999 and saw a different physician on 21 December 1999 while experiencing fever, shortness of breath, and cough. Antibiotics were prescribed and bronchodilators initiated, followed by prompt improvement in cough and reduction of fever. The patient exhibited intense snoring during the night of 22–23 December 1999, suggestive of upper airway obstruction, and was found dead in the morning.

**Table 1.** Estuarine exposure and illness.

| | PEAS condition | Illness date | Estuarine contact < 2 weeks before illness onset | Dead or lesioned fish contact | Ever tested positive for TPC | References |
|---|---|---|---|---|---|---|
| Case 1 | Chronic[a] | Oct 1996–Sep 1997 | Pocomoke River, MD | Y | Y | (1) |
| | Acute | Jun 1998 | Pocomoke River, MD | Y | Y | (1) |
| Case 2 | Acute | Jul 1999 | Pocomoke River, MD and Bulbeggar Creek, VA | Y | Y | (1,2) |
| | Acute | Oct 1999 | Indian River, DE | N | Y | (3) |
| | Acute | Dec 1999 | Rehoboth Bay and tributaries, DE | Y | Y | (3) |
| Case 3 | Acute | Dec 1998 | Chicamacomico River, MD | Y | Y | (4) |
| | Acute | Feb 1999 | Chicamacomico River, MD | Y | Y | (4) |
| Cases 4 and 5 | Chronic | Sep 1998–Mar 1999 | Back Creek, Manokin River, MD | Y | Y | (4,5) |
| | Acute | Jul 1999 | Back Creek, Manokin River, MD | N | Y | (4,5) |

[a]Chronic PEAS is defined as PEAS symptoms present > 1 month.

**Table 2.** Symptoms reported.

| Case/ type (date) | Memory[a] | Confusion[a] | Headache | Skin rash[a] | Burning skin[a] | Eye irritation | Upper respiratory | Muscle cramp | GI | Concentration | Light sensitive | Cough | Short of breath | Fatigue | Muscle ache | Weakness | Abdominal pain | Vertigo |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Case 1** | | | | | | | | | | | | | | | | | | |
| Chronic (Oct 1996–Sep 1997) | + | | + | + | | | | | + | | + | + | + | + | + | + | | |
| Acute (5 Jun 1998) | | | | + | | | | | + | | | | + | | | | | |
| **Case 2** | | | | | | | | | | | | | | | | | | |
| Acute (Jul 1999)[b] | + | + | + | | | | | | + | | | | | + | | | + | |
| Acute (Oct 1999)[b] | | | + | | | | + | | + | | | + | | + | + | | | |
| Acute (Dec 1999)[b] | | | + | | | | + | | + | | | + | + | + | + | | | |
| **Case 3** | | | | | | | | | | | | | | | | | | |
| Acute (Dec 1998) | | | + | + | + | | | + | + | | + | | | + | | | | |
| Acute (Feb 1999)[b] | + | | + | + | | | | + | + | + | + | | | + | | | | + |
| **Case 4** | | | | | | | | | | | | | | | | | | |
| Chronic (Sep 1998–Mar 1999) | + | | + | + | + | + | | + | + | + | + | | | + | | | + | |
| Acute (Jul 1999) | + | | + | + | + | + | | + | + | | + | | + | + | | | | |
| **Case 5** | | | | | | | | | | | | | | | | | | |
| Chronic (Sep 1998–Mar 1999) | | | + | + | + | + | | | + | | + | | | + | | | + | |
| Acute (Jul 1999) | + | | + | + | + | + | | | + | + | + | | + | + | | | + | |

GI, gastrointestinal.
[a]The CDC case definition for PEAS includes memory loss, confusion, skin rash and burning skin sensation of any duration. Other symptoms must persist for > 2 weeks. [b]CSM treatment was initiated and all symptoms resolved in less than 2 weeks from onset.

Findings at autopsy included multiple foci of patchy bronchopneumonia, hyalinized airways consistent with reactive airway disease, and an intense eosinophilic infiltrate of soft tissues above the larynx.

### Case 3

A 75-year-old male recreational fisherman began to notice bass and perch with punched out ulcerative lesions during November 1998 in the Chicamacomico River, Maryland, a tributary of the Chesapeake Bay located 50 miles from the Pocomoke River. The patient remained well until 16 December 1998 when he caught several fish with lesions from the Chicamacomico (Table 1). He reported that the water felt "hot" to the touch, even though the water temperature was 46°F. The patient reported abrupt onset of tearing during exposure, and subsequent eye irritation, headache, confusion, diarrhea, cough, and vertigo when seen in the clinic on 18 December 1998 (Table 2). His VCS was markedly reduced (Figure 3), although visual acuity was normal. He was previously healthy and had no history of neurotoxicant exposure or illness involving neurologic dysfunction, and the complete blood count, comprehensive metabolic profile, and pulmonary-function test results were negative. He enrolled in an ongoing double-blinded, placebo-controlled, crossover trial designed to assess the efficacy of CSM treatment for PEAS. Two

weeks of treatment with placebo gave no improvement in VCS (Figure 3) or symptoms. VCS, but not visual acuity, improved markedly with CSM treatment (Figure 3) coincident with symptom abatement. The time course of VCS recovery is shown for the middle spatial frequency in Figure 3.

The patient was well until he returned to the same area of the Chicamacomico on 16 February 1999 (Table 1). Again, the water temperature was cold, 42°F, and he caught lesioned fish (Figure 4). Two days later, his clinical presentation suggested a more severe case of PEAS. The syndrome consisted of a rash similar to that seen in previous PEAS cases, memory impairment, confusion, headache, diarrhea, hypersensitivity to bright light, cough, and fatigue (Table 2). VCS was markedly reduced, similar to that seen during his first bout of PEAS. He was again treated with CSM, which he took for 8 days. His symptoms abated and VCS, shown at the midspatial frequency in Figure 3, returned to normal during treatment. He has remained well while avoiding known endemic TPC areas.

### Cases 4 and 5

A 28-year-old female and her 37-year-old husband became ill in the fall of 1998 after catching crabs in a tributary of the Manokin River (in Maryland 20 miles north of Pocomoke City) known to be inhabited by

TPC (Table 1). Both reported a burning skin sensation when touching the water, and within 24 hr they experienced abrupt onset of memory impairment, headache, skin rash, red stinging eyes, difficulty in concentrating, light sensitivity, cough, fatigue, and abdominal pain. Only the male reported diarrhea (Table 2). Their symptoms persisted, but they did not seek medical assistance for almost 6 months.

The husband came to the clinic on 6 March 1999 and described his symptoms and the events surrounding onset. He scored positive on the VCS test; was negative on the blood, metabolic, and pulmonary function tests; and had no history of confounding illness or neurotoxicant exposure. He was diagnosed with chronic PEAS and volunteered for the clinical trial on CSM efficacy. On 10 March 1999, the woman accompanied her husband to his initial follow-up visit and requested medical assistance. She also showed severely reduced VCS (Figure 5) and described similar symptoms (Table 2) and the same events prior to onset as her husband (Table 1). Clinical and laboratory tests were negative, and she was free of potentially confounding factors other than a history of head trauma. She attributed mild memory impairment to the head trauma, but reported exacerbation since symptom onset. She was diagnosed with chronic PEAS and volunteered for the CSM clinical trial. She showed no improvement when she was retested on 12 March 1999 while taking the randomly assigned placebo medication. At the follow-up visits on 20 March 1999, the husband reported complete resolution of symptoms and showed normal VCS, whereas the wife stated that she had stopped taking her medication (the placebo) on 17 March 1999 and began taking her husband's medication (CSM). She was adamant that she receive the same medication that her husband was taking because his symptoms were dramatically reduced while hers persisted. She was treated with CSM, and her symptoms, including a rash on her breast that had not responded to self treatment in 6 months, abated within 10 days and VCS returned to the normal range (Figure 5). Visual acuity was unchanged.

Both patients returned to a nearby area of the Manokin River System for recreation on 25 July 1999. More than 1 hr after being near the water, both made initial water contact and again felt a burning skin sensation, which prompted them to leave the area. Fish kills were reported in this part of the Manokin on 10 August 1999, and the presence of TPC was confirmed (Table 1). Both patients experienced symptom onset within 36 hr, but waited 2 weeks before seeking medical assistance. The woman presented

**Table 3.** Standard protocol for PEAS treatment.

| Compound | Dose |
|---|---|
| Cholestyramine (CSM, Questran) | One scoop, 9 g, on an empty stomach 30 min before food or taking other medication, four times a day for 2 weeks (FDA exemption letter issued 28 June 1999); CSM should be mixed well in water or apple juice |
| Sorbitol, 70% solution | 15 cc three times a day as needed to relieve constipation |
| Prilosec (or Prevacid) | Daily, one capsule as needed to treat reflux |

The dose of CSM used is approved for treatment of hypercholesterolemia by the FDA.





FUNCTIONAL ACUITY CONTRAST TEST

**Figure 1.** A simple card test, the Functional Acuity Contrast Test was used to measure VCS in the current PEAS cases using a standard procedure (6). This test measures contrast sensitivity for five sizes (spatial frequencies) of light and dark bar patterns (sinusoidal gratings) because spatial vision is mediated by populations of neurons selectively tuned to different spatial frequency (7). If neurons subserving high spatial-frequency (smaller bars) vision are functionally impaired but those underlying low spatial-frequency (larger bars) vision are functionally normal, for example, then visual perception also will be impaired for high frequency patterns but normal for low frequency patterns.

with reappearance of a rash at the same location on her breast as in March 1999. Both patients reported the same set of symptoms experienced during the first episode, although memory loss and difficulty in concentrating were less severe. (Table 2). Neither had changes in health or exposure history, and the laboratory and clinical tests were again negative. The woman's VCS was again markedly reduced (Figure 5), as was her husband's, and both were diagnosed with acute PEAS. The standard regime of CSM treatment produced excellent results: their symptoms abated and VCS recovered in less than 2 weeks.

## Discussion

Recent evidence has suggested that the estuarine dinoflagellates *Pfiesteria piscicida* and *P. shumwayae* not only kill fish (8–10) on the Eastern Seaboard from Delaware to Florida (11) but also may pose a human health risk in laboratory (12) and natural settings (13–15). Humans who were exposed to estuaries of the Chesapeake Bay, Maryland, around the time of fish kills in 1997 had severe exposure- and duration-related reductions in neuropsychologic tests of cognitive and motor functions relative to unexposed, matched-control study participants (14). Although the test scores of affected individuals returned to within

normal ranges in 3–6 months (14), little is known about the potential acute and chronic health effects of PEAS (16). The CDC case definition of PEAS consists of three components: *a*) exposure potential (symptoms reported within 2 weeks of exposure to estuarine waters); *b*) symptoms, including memory loss or confusion of any duration and/or three or more selected symptoms (i.e. headache, skin rash at the site of water contact, sensation of burning skin, eye irritation, upper respiratory irritation, muscle cramps, and gastrointestinal symptoms) that, with the exception of skin rash and burning skin sensation, persist for > 2 weeks; and *c*) confounders (a health care provider cannot identify another cause of the symptoms). Definitive diagnosis of PEAS has been hampered by the lack of identification of, and an indicator for, the putative toxin(s) made by TPC (17) or other readily available, low-cost objective indicators of exposure. The five patients reported here met the CDC case definition for PEAS, with the exception that some cases were successfully treated during some episodes prior to having symptoms for 2 weeks (Table 2). Data from these cases suggested that a measure of visual function and recognition of additional symptoms may assist in the diagnosis of PEAS. Measurements of VCS, an indicator of the

ability to detect visual patterns, were made because a study conducted in 1997 showed a sharp and apparently persistent reduction in North Carolina watermen exposed to estuaries inhabited by TPC relative to unexposed offshore watermen (15). In a subsequent study, VCS was significantly lower in watermen on estuaries where TPC was identified than in watermen on estuaries where TPC sampling was negative (18). The current cases illustrate the spectrum of symptoms in acute and chronic PEAS associated with single and repeated estuarine exposures. Treatment with the toxin-binding polymer CSM (19) led to symptom abatement and VCS recovery within 2 weeks of treatment initiation, apparently by enhancing toxin-elimination rates.

These cases suggested that PEAS is an acute illness which develops into chronic illness in some individuals. All five cases con-





**Figure 3.** Spatial frequency profiles and time-course of visual contrast sensitivity for Case 3. (*A*) VCS remained depressed while the patient was enrolled in the placebo arm of a double-blind, cross-over clinical trial. VCS improved after 2 weeks of CSM treatment. (*B*) VCS at the midspatial frequency (VCS-6), where PEAS-related deficits are typically greatest, is plotted to show the time course of VCS change. Arrows indicate last day of exposure before onset of illness. During the first acute PEAS episode, VCS-6 was depressed 2 days after exposure and deteriorated further during placebo treatment. VCS-6 was improved after 4 days of CSM treatment (Rx). Full recovery was seen after 12 days of treatment and was retained 5 days after treatment cessation. During the second acute PEAS episode, VCS-6 was markedly depressed 3 days after exposure (plot day 59) and showed little change 4 days later when treatment was initiated. Only slight improvement was seen after 2 days of treatment, but full recovery was seen after 8 days of treatment.



**Figure 2.** Spatial frequency profiles of visual contrast sensitivity for Case 2. (*A*) A normal VCS profile was measured at the beginning and end of a 2-day project of sampling sediment and water in Maryland estuaries known to harbor TPC. (*B*) Case 2 became symptomatic approximately 24 hr after leaving the estuaries and showed severely depressed VCS, particularly at the midspatial frequency, when seen in the clinic approximately 62 hr after leaving the estuaries. (*C*) The patient showed a return of normal VCS after 6 and 9 days of cholestyramine treatment, coincident with symptom abatement. (*D*) After working in other estuaries, the patient experienced a second suspected episode of PEAS and began self-treatment with cholestyramine. VCS was normal when measured in the clinic after 6 days of treatment and remained normal 2 days after treatment ended. He returned to the estuaries the next day and was seen in the clinic 3 days later with depressed VCS and a suspect third case of acute PEAS. Cholestyramine was prescribed, but follow-up was not obtained.

Grand Rounds in Environmental Medicine • Diagnosis and treatment of possible estuary-associated syndrome

tracted acute PEAS, and Cases 2 and 3 repeatedly acquired acute PEAS. Chronic PEAS was thought to have been contracted by Cases 1, 4, and 5. The symptoms, the VCS deficit, and the response to CSM treatment were similar for acute and chronic PEAS cases. As shown in Table 2, the most commonly reported symptoms were cough, secretory diarrhea, headache, fatigue, memory impairment, rash, difficulty concentrating, light sensitivity, burning skin upon water contact, muscle ache, and abdominal pain. Less frequently encountered symptoms were upper airway obstruction, shortness of breath, confusion, red or tearing eyes, weakness, and vertigo. These symptoms suggested that a variety of organs may be affected in PEAS, including the brain and nervous system (including the visual system), muscle, mucus membranes, skin, and the gastrointestinal system. Effects seen in Cases 1 and 2 suggested that immunologic function may be compromised, which is consistent with the report by Glasgow et al. (*12*). Although these cases met the CDC symptom criteria for PEAS, except for the duration requirement as noted above, expansion of the CDC symptom list might improve case recognition.

These cases illustrate several additional pertinent points. First, in this limited sample, PEAS symptoms and the response to treatment did not appear to differ with gender or age. Second, the onset of acute illness usually occurred within 24–36 hr after exposure, as suggested by Cases 2, 3, 4, and 5, and was indicated by the objective measurement of VCS. Third, VCS recovery and symptom abatement began about 48 hr after the initiation of CSM treatment as suggested by Case

2, both acute episodes of Case 3, and the chronic and acute episodes of Cases 4 and 5. Fourth, repeat exposure resulted in reacquisition of illness in all cases. It is unclear whether repeated acquisition of PEAS was associated with increased symptom severity because exposure dose was undefined, or whether there are cumulative effects. Fifth, individuals may differ in susceptibility to PEAS. Three researchers accompanied Case 2 during estuarine sampling on 19–20 July 1999 and received comparable estuarine exposure. Case 2 and one researcher did not take CSM prophylactically. Case 2, but not the non-CSM researcher, contracted acute PEAS. If PEAS is caused by TPC toxin(s), the possible biologic bases for differences in susceptibility are many; individual responses to TPC toxin(s) may vary due to differences in absorption or elimination rates, metabolism, the concentration of specific receptor binding sites, endogenous protective ligands, the vulnerability of target organs to the mechanism(s) of action, compensatory mechanisms, or other factors. Sixth, some of these factors also may contribute to individual differences in recovery rate without treatment. Anecdotal evidence indicates that some individuals with acute PEAS do not go on to develop chronic PEAS, whereas Cases 1, 4, and 5 did so. Of the 10 cases seen at the 3-month follow-up reported by Grattan et al. (*14*), two cases had not returned to the normal range of cognitive function, Case 1 was in the normal range following CSM treatment, and 7 cases had returned to the normal range without treatment (*14*). Seventh, CSM use as a prophylactic may prevent the acquisition of acute PEAS, as apparently seen in Case 1. The second researcher who accompanied Case 2 during sampling used CSM at a standard dose before exposure and throughout the sampling period, and did not contract PEAS. The third accompanying researcher took only one dose of CSM before sampling (on a full stomach) and did contract PEAS. Therefore, prophylactic

use of 2 doses/day CSM may be a reasonable disease prevention strategy for known susceptible individuals with high potential for exposure to affected estuaries. Eighth, although conclusive evidence is lacking, PEAS or its repeated acquisition was temporally associated with, and may have been a contributing factor to, the upper airway inflammation, pneumonia, and respiratory arrest that resulted in the death of Case 2. Repeated acute PEAS acquisition may have altered his immunologic response, predisposing him to pneumonia development. Furthermore, it is highly unusual for the clinical course of pneumonia in a previously healthy 41-year-old male to include fever and cough reduction in response to antibiotic treatment, followed paradoxically by a strong increase in snoring and death from respiratory arrest. Although eosinophilic infiltration is a nonspecific response associated with Addison's disease, asthma, and parasitic and other conditions, eosinophilia was previously observed in skin biopsies from two patients with acutely acquired, TPC-related skin lesions (*20*) and in the study of Grattan et al. (*14*). Although speculative, the upper airway eosinophilic infiltration seen in Case 2 at autopsy (*21*) may have been in response to TPC toxin(s)-induced inflammation, which led to upper airway obstruction and respiratory failure. Appropriate tissue and fluid samples from Case 2 were preserved for further analysis when a satisfactory assay for toxin(s) in human tissue is available.

Previous studies suggested an association between VCS deficits and hours spent at fish kills (*15*) and work or recreation on TPC-inhabited estuaries (*15,18*). The current cases repeatedly showed severe VCS deficits shortly after exposure to TPC-inhabited estuaries and complete VCS recovery following CSM therapy. Case 3 showed no VCS or symptomatic improvement for 2 weeks while in the placebo arm of the double-blind, placebo-controlled, crossover clinical trial on CSM efficacy. No other neurotoxicant exposures or



**Figure 4.** Case 3 acquired acute PEAS a second time after catching fish with lesions in a Chesapeake Bay estuary on 16 February 1999 when the water temperature was 42°F. (*A*) Whole fish brought to the clinic 3 days later, showing ulcerative lesions around the anal vent. (*B*) Close-up of the anal vent area showing a fresh ulcerative lesion right of the anal vent and a deeper, older-appearing lesion superior to the anal vent.






**Figure 5.** Spatial frequency profiles of visual contrast sensitivity for Case 5. (*A*) Case 5 became ill shortly after catching crabs in an estuary and experienced symptoms of chronic PEAS for approximately 6 months before seeking medical attention, at which time her VCS was severely depressed. VCS was normal after 2 weeks of CSM treatment. (*B*) The patient remained well until she returned to the estuary about 4 months later. At that time, she developed symptoms of acute PEAS, and VCS was again markedly depressed. VCS again returned to normal after 2 weeks of CSM treatment.

medications have been reported in the literature to cause such rapid and dramatic alterations in VCS (6,7). These data suggest that VCS measurement is useful in both assisting PEAS diagnosis and monitoring treatment. Inclusion of the VCS deficit in the CDC case definition of PEAS would add an objective component to an otherwise symptomatically defined syndrome.

VCS is a measure of the ability to detect visual patterns (6,7,22,23). Whereas standard tests of visual acuity measure the visual system's resolution limit for high contrast stimuli, a task critically dependent on the functional integrity of the eye's physiologic optics system, VCS is primarily an indicator of neurologic function in the visual pathways from the retina to the cortex (7). VCS, but not visual acuity, improved after CSM treatment in the cases and during the clinical trial, suggesting a neural rather than optical physiologic basis for the impairment. Furthermore, stronger parvocellular than magnocellular pathway (24) involvement is suggested by the effect bias for mid-to-higher spatial frequencies. VCS deficits are not specific for TPC toxin(s) or PEAS (25). The VCS spatial frequency profile showing greatest reduction at midspatial frequency in PEAS was similar to that seen in workers chronically exposed to organic solvents (6,26). However, VCS appeared to be an early, persistent, highly sensitive, inexpensive, and easily measured indicator of PEAS, which in combination with information on potential exposure to estuaries, symptoms, and confounding factors, greatly assisted in the diagnosis of PEAS. Both the data from the cases and the clinical trial (27) suggest that VCS improvement may be strongly associated with symptom subsidence during recovery.

The TPC toxin(s) thought to be responsible for PEAS was not the first toxin(s) that had been effectively eliminated by CSM treatment. Case reports and animal studies suggested that CSM binds and enhances elimination rates of many organic toxins including Kepone (28,29), DDE (30), other organochlorine pesticides (31), polychlorinated biphenyl compounds (32), *Clostridum difficile* toxin (33,34), *Escheria coli* and *Vibrio cholera* toxins (35,36), a cytotoxin(s) from an unidentified gastrointestinal microorganism(s) (37,38), the mycotoxins ochratoxin A (39,40) and fumonisin B1 (41), the cyanobacterial toxin microcystin LR (42), the fusarium toxin zearalenone (43), and a toxin from the Chinese herbal product Jin Bu Huan (44). Toxins that circulate systemically were thought to enter the small intestine with bile and become bound by CSM, thereby interrupting enterohepatic recirculation and preventing systemic recirculation. CSM, a highly charged quaternary

ammonium resin, may act as an absorbent by binding toxins through its strong anion-exchange capacity or by entrapment of molecules in its polymeric structure. CSM taken orally is not absorbed due to its large molecular size and is not metabolized in the digestive system. The clinical improvement seen in the cases treated with CSM was thought to be due to interruption of enterohepatic recirculation of toxin(s). Confirmation of this hypothesis will not be possible until the toxin, or suite of toxins and their metabolites, are identified. There are intriguing studies under way (45,46) that focus on the three-dimensional structure of organic toxins and the existence of a molecular dipole in those toxins, particularly in polycyclic ether toxins identified in other dinoflagellate species (47) and in carboxylic acid ether toxins of fungal species (40,45,46), into which the quaternary ammonium side chain of CSM fits exactly, much as it fits into particular crown-6-ether structures (48). Further research is needed to clarify the mechanisms by which CSM leads to the elimination of the TPC and other organic toxins.

Although it has been suggested that treatment of PEAS cases with CSM is premature (49), we hope that these cases and the clinical trial will help document the benefit of CSM use in acute and chronic PEAS. We suggest that a PEAS diagnosis be made immediately when: *a*) VCS at midspatial frequency (6 cycles/degree) is < 70 or < 50 at 12 cycles/degree, the Snellen equivalent visual acuity is at least 20:50, and the CDC symptoms criteria are met, other than the duration criterion, or when they are met by including the other symptoms listed in Table 1; *b*) the individual was exposed to estuaries where TPC can be reasonably suspected around the time of symptom onset and; *c*) no other probable cause of the symptoms can be found. There is little reason to withhold treatment in an acute case because the morbidity of the illness can cause significant disruption in quality of life and work performance. There is also potential for the development of chronic PEAS or other complications. As the basic science of molecular biology proceeds toward identification of toxins (50) and modes of action (51,52), VCS testing can assist in accurately diagnosing PEAS, and the medical standard of care should include CSM therapy (according to the standard protocol in Table 3). However, physicians treating cases with CSM or recommending its prophylactic use should know that treatment is not totally benign. The potential side effects of reflux, bloating, and constipation can be bothersome and warrant monitoring and intervention by the physician as indicated (see Table 3).

These cases of reexposure and reacquisition of PEAS suggest that casual exposure to estuaries inhabited by TPC may be a risk factor for the acquisition of illness. Although the acquisition of PEAS was temporally associated with exposure to estuarine waters inhabited by TPC, no data directly establish a causal relationship between exposure to TPC toxin(s) and development of PEAS. The definitive establishment of PEAS as a TPC toxin-mediated illness must await delineation of the toxin(s) structure and a rigorous test for its presence in biologic tissue (17). Previous cases thought to be due to environmental TPC toxin(s) exposure occurred in warm weather near the time of large fish kills (14). However, there are no conclusive data to suggest that TPC toxin formation in nature occurs only in the presence of large schools of fish or warm water temperatures. The perception that TPC toxin(s) production occurs only in warm weather may arise from the fact that large schools of fish such as menhaden are in the estuaries only in warm weather and, therefore, that is the only time when large fish kills can occur. Cases 2, 3, 4, and 5 repeatedly acquired PEAS in the absence of a large fish kill, and Cases 2 and 3 experienced episodes of acute PEAS following contact with cool estuarine waters. Research is needed to determine whether areas of low water flow in shallow rivers may provide year-round conditions for TPC to emerge from the cyst form in response to unknown signals, perhaps in widely distributed micro-environments. The lack of many TPC-related fish kills in attack zones of the Eastern Shore of the Chesapeake Bay in 1999 and 2000 and the continued presentation of new PEAS cases at the McCready Outpatient Services Center suggest that sick patients, in addition to lesioned or dead fish, may be indicators of environmental toxin(s). Research is needed to identify the extent of the public health risk posed by both single and repeated episodes of PEAS. VCS measurements and CSM provide safe, inexpensive, and reliable tools for assisting in the diagnosis and treatment of PEAS, respectively.

### REFERENCES AND NOTES

1.  Maryland Department of Natural Resources. Summary of Maryland *Pfiesteria* Sampling and Results. Annapolis, MD:Department of Natural Resources, Resource Assessment Service, Tidewater Ecosystem Assessment. 1997.
2.  Woodley JP. 2000 Biennial Report of the Secretary of Natural Resources to the Virginia General Assembly. Chesapeake Bay and Its Resources: Results of Monitoring Programs and Status of Resources. Richmond, VA: Commonwealth of Virginia, 2000:41.
3.  Delaware Department of Natural Resources and Environmental Control, Division of Water Resources. Fish Health Activity, DNA Results and Ancillary Data. Dover, DE:State of Delaware, 2000.
4.  Oldach DW, Delwiche CF, Jakobsen KS, Tengs T, Brown EG, Kempton JW, Schaefer EF, Bowers HA, Glasgow HB Jr., Burkholder JM, et al. Heteroduplex mobility

assay-guided sequence discovery: elucidation of the small subunit (18S) rDNA sequence of *Pfiesteria piscicida* and related dinoflagellates from complex algal culture and environmental sample DNA pools. Proc Natl Acad Sci USA 97:4303–4308 (2000).

5. Maryland Department of Natural Resources. Back Creek 1999: *Pfiesteria* Laboratory Results. Annapolis, MD: Department of Natural Resources, Resource Assessment Service, Tidewater Ecosystem Assessment, 1999.

6. Hudnell HK, Otto DA, House DE. The influence of vision on computerized neurobehavioral test scores: a proposal for improving test protocols. Neurotoxicol Teratol 18:391–400 (1996).

7. Bodis-Wollner I, Ghilardi MF, Mylin LH. The importance of stimulus selection in VEP practice: the clinical relevance of visual physiology. In: Frontiers of Clinical Neuroscience, Vol 3: Evoked Potentials (Cracco RQ, Bodis-Wollner I eds). New York:Alan R Liss, Inc., 1986;15–27.

8. Burkholder JM, Noga EJ, Hobbs CH, Glasgow HB Jr. New phantom dinoflagellate is the causative agent of major estuarine fish kills. Nature 358:407–410 (1992).

9. Noga EJ, Khoo L, Stevens JB, Fan Z, Burkholder JM. Novel toxic dinoflagellate causes epidemic disease in estuary fish. Mar Pollut Bull 32:219–224 (1996).

10. Glasgow HG Jr. The Biology of the Toxic *Pfiesteria* Complex in the Neuse Estuary, North Carolina [PhD Dissertation]. Raleigh, NC:North Carolina State University, 2000.

11. Burkholder JM, Glasgow HB Jr, Hobbs CW. Fish kills linked to a toxic ambush-predator dinoflagellate: distribution and environmental conditions. Mar Ecol Prog Ser 124:43–61 (1995).

12. Glasgow HB Jr, Burkholder JM, Schmechel DE, Tester PA, Rublee PA. Insidious effects of a toxic estuarine dinoflagellate on fish survival and human health. J Toxicol Environ Health 46:501–522 (1995).

13. Shoemaker R. Diagnosis of *Pfiesteria* human illness syndrome. MD Med J 46(10):521–523 (1997).

14. Grattan LM, Oldach D, Perl TM, Lowitt MH, Matuszak DL, Dickson C, Parrott C, Shoemaker RC, Kauffman CL, Wasserman MP, et al. Learning and memory difficulties after environmental exposure to waterways containing toxin-producing *Pfiesteria* or *Pfiesteria*-like dinoflagellates. Lancet 352:532–539 (1996).

15. Hudnell HK, House D, Schmid J, Koltai D, Wilkins J, Stopford W, Savitz D, Swinker M, Music S. Human visual function in the North Carolina Clinical Study on Estuary Associated Syndrome. J Toxicol Environ Health 62:101–120 (2001).

16. Centers for Disease Control and Prevention. Notice to readers: possible estuary associated syndrome. Morb Mortal Wkly Rep 48:381–382 (1999).

17. Fairey ER, Edmunds JSG, Deamer-Melia NJ, Glasgow H Jr, Johnson FM, Moeller PR, Burkholder JM, Ramsdell JS. Reporter gene assay for fish-killing activity produced by *Pfiesteria piscicida*. Environ Health Perspect 107:711–714 (1999).

18. Turf E, Ingsisawang L, Turf M, Ball JD, Stutts M, Taylor J, Jenkins S. A cohort study to determine the epidemiology of estuary-associated syndrome. VA J Sci 50:299–310 (1999).

19. Shoemaker R. Treatment of persistent *Pfiesteria*-human illness syndrome. MD Med J 47(2):64–66 (1998).

20. Taylor R. Skin Biopsy Report No. S97-10848 and S97-10372. Salisbury, MD:Peninsula Regional Medical Center, 1997.

21. Pestaner J. Autopsy No. 99-9751. Baltimore, MD:Office of the Chief Medical Examiner, State of Maryland, 1999.

22. Ginsburg AP. A new contrast sensitivity vision test chart. Am J Optom Physiol Opt 61:403–407 (1984).

23. Ginsburg AP, Evans D, Cannon M, Mulvanny P. Large sample norms for contrast sensitivity. Am J Optom Physiol Opt 61:80–84 (1984).

24. Livingstone M, Hubel D. Segregation of form, color, movement and depth: anatomy, physiology and perception. Science 240:740–749 (1988).

25. Hudnell HK, Skalik I, Otto D, House D, Subrt P, Sram R. Visual contrast sensitivity deficits in Bohemian children. Neurotoxicology 17(3–3):615–628 (1996).

26. Mergler D. Behavioral neurophysiology: quantitative measures of sensory toxicity. In: Neurotoxicology: Approaches and Methods (Chang LW, Slikker W Jr, eds). San Diego, CA:Academic Press, 1995;727–736.

27. Shoemaker RC. Treatment of possible estuary-associated syndrome: neurotoxins, contrast sensitivity and cholestyramine [Abstract]. Presented at the CDC National Conference on *Pfiesteria*: from Biology to Public Health, 18–20 October 2000, Stone Mountain, GA.

28. Boylan JJ, Egle JL, Guzelian PS. Cholestyramine: use as a new therapeutic approach for chlordecone (kepone) poisoning. Science 199:893–895 (1978).

29. Cohn WJ, Boylan JJ, Blanke RV, Fariss MW, Howell JR, Guzilian PS. Treatment of chlordecone (kepone) toxicity with cholestyramine. Results of a controlled clinical trial. N Engl J Med 298:243–248 (1978).

30. Mutter LC, Blanke RV, Jandacek RJ, Guzelian PS. Reduction in the body content of DDE in the Mongolian gerbil treated with sucrose polyester and caloric restriction. Toxicol Appl Pharmacol 52:426–435 (1988).

31. Reigart JR, Roberts JR. Recognition and Management of Pesticide Poisonings. EPA 735-R-98-003. Washington, DC: U.S. Environmental Protection Agency, 1999.

32. Bungay PM, Dedrick RL, Matthews HB. Pharmacokinetics of halogenated hydrocarbons. Ann NY Acad Sci 320:257–270 (1979).

33. Mancina MD, Falletta JM. Multiple relapses on *Clostridium difficile*-associated diarrhea in a cancer patient: successful control with long-term cholestyramine therapy. Am J Pediat Hematol Oncol 14:361–364 (1992).

34. Liacouras CA, Piccoli DA. Whole-bowel irrigation as an adjunct to the treatment of chronic, relapsing *Clostridium difficile* colitis. J Clin Gastroenterol 22:186–189 (1996).

35. Rateau JG, Broillard M, Morgant G, Aymard P. Etude experimental chez le lapin de l'effet de la cholestyramine dans le traitement des diarrhees infectieuses d'origine cholérique. Acthat Ther 22:289–299 (1986).

36. Brouillard MY, Rateau JG. La cholestyramine fixe les toxines d'escherichia coli et de vibrio cholerae par une liaison ionique. Ann Gastroenterol Hepatol 26:27–30 (1990).

37. Humphrey CD, Conden CW, Cantey JR, Pitman FE. Partial purification of a toxin found in hamsters with antibiotic-associated colitis. Reversible binding of the toxin by cholestyramine. Gastroenterology 76:468–476 (1979).

38. Andersen T, Andersen JR, Tvede M, Franzmann M-B. Collagenous colitis: are bacterial cytotoxins responsible? Am J Gastenterol 88:375–377 (1993).

39. Creppy EE, Baudrimont I, Betbeder A-M. Prevention of nephrotoxicity of ochratoxin A, a food contaminant. Toxicol Lett 82/83:869–877 (1995).

40. Kerkadi A, Barriault C, Tuchweber B, Frohlich AA, Marquardt RR, Bouchard G, Yousef M. Dietary cholestyramine reduces ochratoxin A-induced nephrotoxicity in the rat by decreasing plasma levels and enhancing fecal excretion of the toxin. J Toxicol Environ Health 53:231–250 (1998).

41. Visconti A, Solfrizzo M, Torres A, Chulze S, Avantaggiato G. Cholestyramine as a Binding Agent for Detoxification of Fumonisins: *in vitro* Studies and Determination of Its Effectiveness in Rat Feeding Experiments. In: International Conference on the Toxicology of Fumonisins, 28–30 June 1999, Arlington, VA. Washington, DC:International Life Sciences Institute, 1999;58.

42. Dahlem AM, Hassen AS, Swanson SP, Carmichael WW, Beasley VR. A model system for studying the bioavailability of intestinally administered microcystin-LR, a hepatotoxic peptide from the cyanobacterium *Microcystis aeruginosa*. Pharmacol Toxicol 64:177–181 (1989).

43. Underhill KL, Totter BA, Thompson BK, Prelusky DB, Trenholm HL. Effectiveness of cholestyramine in the detoxification of zearalenone as determined in mice. Bull Environ Contam Toxicol 54:128–134 (1995).

44. Centers for Disease Control and Prevention. Jin Bu Huan toxicity in adults—Los Angeles, 1993. Morb Mortal Wkly Rep 42:920–922 (1993).

45. Tuchweber B. Personal communication.

46. Kerkadi A, Barriault C, Marquardt RR, Frohlich AA, Yousef M, Tuchweber B. Cholestyramine protection against ochratoxin A (OTA) toxicity: role of OTA adsorption by the resin and bile acid enterohepatic circulation. Toxicologist 48:1–3 (1999).

47. Lewis RJ, Sellin M, Poli MA, Norton RS, MacLeod JK, Sheil MM. Purification and characterization of ciguatoxins from moray eel (*Lycodontis javanicus*, Muraenidae). Toxicon 29:1115–1127 (1991).

48. Izatt J. Reaction of ammonium cations with 18-crown-6. J Am Chem Soc 101:6273–6276 (1979).

49. Phibbs P. Doctor claims drug can help people exposed to *Pfiesteria*. Environ Health Lett 37(11):202 (1998).

50. Moeller P. Toxin isolation and characterization [Abstract]. Presented at the CDC National Conference on *Pfiesteria*: from Biology to Public Health, 18–20 October 2000, Stone Mountain, GA.

51. Ramsdell J. Characterization of a P2X7 ionotropic receptor for the putative *Pfiesteria* toxin and its role in chronic inflammatory responses [Abstract]. Presented at the CDC National Conference on Pfiesteria: from Biology to Public Health, 18–20 October 2000, Stone Mountain, GA.

52. El-Nabawi A, Quesenberry M, Saito K, Silbergeld E, Vasta G, Eldefrawi A. The N-methyl-D-aspartate neurotransmitter receptor is a mammalian brain target for the dinoflagellate *Pfiesteria piscicida* toxin. Toxicol Appl Pharmacol 169:84–93 (2000).


NATIONAL LIBRARY OF MEDICINE

**EHP puts even more environmental health information right at your fingertips!**

*EHP* online articles contain convenient links to PubMed—the National Library of Medicine's free online search service of more than 9 million citations! Search MEDLINE and PreMEDLINE (including links to other online journals and databases) for information directly related to each *EHP* article's topic.

**Subscribe to *EHP* today at http://ehis.niehs.nih.gov/**

# Residential and Recreational Acquisition of Possible Estuary-Associated Syndrome: A New Approach to Successful Diagnosis and Treatment

Ritchie C. Shoemaker

McCready Outpatient Services Center, Pocomoke City, Maryland, USA

Evidence suggests that the estuarine dinoflagellates, *Pfiesteria piscicida* Steidinger & Burkholder and *P. shumwayae* Glasgow & Burkholder, members of the toxic *Pfiesteria* complex (TPC), may release one or more toxins that kill fish and adversely affect human health. In the current study we investigated the potential for undiagnosed cases of possible estuary-associated syndrome (PEAS), as termed by the Centers for Disease Control and Prevention (CDC), in a population that had residential and/or recreational exposure to TPC-affected estuaries, but that did not have direct contact with fish kills or lesioned fish. Age-adjusted visual contrast sensitivity (VCS) was significantly lower and the presence of PEAS-associated symptoms was much higher in the estuary cohort ($n = 77$) than in combined-control cohorts ($n = 87$), one without exposure to bodies of water ($n = 53$) and one with exposure to marine waters ($n = 34$). In the estuary cohort, 37 individuals met the CDC case definition for PEAS and had significantly lower VCS than non-PEAS cases. The VCS improved and symptoms abated after 2 weeks of treatment with cholestyramine. Cholestyramine, the original drug approved for treatment of hypercholesterolemia, has previously been reported to enhance the elimination rates of a variety of toxins, presumably by interruption of enterohepatic recirculation through toxin entrapment in its polymeric structure and/or anion-exchange process. Control studies showed that repeated VCS testing alone did not improve VCS scores and that cholestyramine treatment did not affect VCS in patients with elevated cholesterol levels. These results suggested that *a*) susceptible individuals may acquire PEAS through residential and/or recreational contact with TPC-affected estuaries in the absence of an active fish kill; *b*) VCS is a useful indicator in PEAS diagnosis and treatment monitoring; and *c*) PEAS can be effectively treated with cholestyramine. Because the study did not use population sampling techniques, the results do not indicate PEAS prevalence. Furthermore, definitive diagnosis of PEAS and association with TPC toxin(s) must await identification of, and a serologic test for, the putative TPC toxin(s). *Key words:* cholestyramine, chronic neurotoxic illness, harmful algal blooms, *Pfiesteria*, possible estuary-associated syndrome, visual contrast sensitivity. — *Environ Health Perspect* 109(suppl 5):791–796 (2001). *http://ehpnet1.niehs.nih.gov/docs/2001/suppl-5/791-796shoemaker/abstract.html*

The estuarine dinoflagellates, *Pfiesteria piscicida* Steidinger & Burkholder and *Pfiesteria shumwayae* Glasgow & Burkholder, members of the toxic *Pfiesteria* complex (TPC), have been the primary suspects for causing multiple fish kills in North Carolina and other areas on the east coast of the United States (*1–4*). Recent evidence implicated the TPC as a possible human health risk factor. Exposure to air above fish tanks containing *P. piscicida* activated to kill fish in the laboratory was followed by a debilitating multisystem syndrome involving neurological, respiratory, and gastrointestinal dysfunction in several researchers, which persisted for months to years (*5*). A definitive association between TPC toxin(s) exposure and human illness has not been possible because of the lack of identification of, and blood tests for, the putative toxin(s) (*6*).

Initial evidence suggesting a potential human health risk from environmental exposure to TPC toxin(s) came from clinical examinations of patients, previously well, who became ill within hours of contact with the Pocomoke River and nearby Maryland estuaries around the time of fish kills attributed to TPC in 1997 (*7*). Reports by patients of symptoms similar to those reported by the researchers (*5*), including memory loss, confusion, decreased assimilation of new knowledge, headache, skin rash, burning skin upon contact with estuarine water, eye irritation, sensitivity to bright light, acute respiratory distress, diarrhea, and abdominal cramping led to a single-blind, case-control, clinical investigation (*6*). The estuarine cohort (i.e., potentially exposed) showed significant deficits relative to unexposed matched-control study participants in neuropsychological tests of verbal learning and memory, resistance to interference and selective attention, and motor speed and dexterity, when assessed within 2 weeks of estuarine contact. The test results also showed significant linear trends with worse performance in the more highly exposed estuarine-cohort participants (i.e., more time spent in TPC-inhabited estuaries). Performance among the most severely affected participants returned to within normal limits in 3–6 months following estuarine contact, although the completeness of recovery and possible effects of ancillary treatments were undetermined (*8*). Learning or attention deficits have also been observed in rodents injected with water from tanks in which TPC had been activated to kill fish (*9–11*).

The syndrome observed in the Maryland study participants was eventually termed possible estuary-associated syndrome (PEAS) by the researchers at Centers for Disease Control and Prevention (CDC) (*12*). The CDC case definition of PEAS consists of three components: *a*) exposure potential—symptoms reported within 2 weeks of exposure to estuarine waters; *b*) symptoms—memory loss or confusion of any duration and/or three or more selected symptoms (i.e., headache, skin rash at the site of water contact, sensation of burning skin, eye irritation, upper respiratory irritation, muscle cramps, gastrointestinal symptoms) that, with the exception of skin rash and burning skin sensation, persist for >2 weeks; and *c*) absence of confounders—a healthcare provider cannot identify another cause of the symptoms.

Because of concern about the potential for persistent, adverse health effects from contact with TPC-inhabited estuaries, a study was conducted by the State of North Carolina with assistance from the U.S. Environmental Protection Agency (U.S. EPA) and several local universities late in 1997 (*13*). The single blind, case-control, clinical investigation examined potentially exposed (i.e., estuary) watermen with no recent exposure to fish kills (i.e., 4 months or more since last contact) and unexposed (i.e., offshore) watermen. No significant group differences were observed in standardized general medical, dermatologic, and neurologic examinations, a standard multiphasic biochemical/hematologic panel, and batteries of neuropsychological, neurobehavioral, and visual function tests. Only one test of visual

This article is based on a presentation at the CDC National Conference on *Pfiesteria*: From Biology to Public Health held 18–20 October 2000 in Stone Mountain, Georgia, USA.

Address correspondence to R.C. Shoemaker, McCready Outpatient Services Center, PO Box 25, Pocomoke City, MD 21851 USA. Telephone: (410) 957-1550. Fax: (410) 957-1553. E-mail: ritchieshoemaker@msn.com

The author acknowledges the extensive consultation on research planning and conduction, data analyses, graphics and writing of H.K. Hudnell, U.S. Environmental Protection Agency (U.S. EPA), National Health and Environmental Effects Research Laboratory, Neurotoxicology Division. Insightful manuscript reviews by W.K. Boyes, P.J. Bushnell, and E. Seal, U.S. EPA; and D. Dearborn, Case Western Reserve University, led to significant improvement in the manuscript.

Received 8 January 2001; accepted 1 May 2001.

Shoemaker

function consistently showed significant differences between the cohorts. The ability to detect visual patterns, as assessed by measurements of visual contrast sensitivity (VCS) (14–16), was reduced by about 30% in the estuary cohort (17). The cohorts did not differ in measures of visual acuity, suggesting that the VCS deficit was of neurological rather than optical origin. Further analyses of data from questionnaires indicated that the group difference in VCS was not likely due to potential group differences in age, smoking, alcohol consumption, bright sunlight exposure, or occupational exposures to mercury, lead, other metals, pesticides, fumes, solvents, or years of solvent exposure. Furthermore, the magnitude of the VCS deficit increased with increasing hours of long-past contact with fish kills (17). A similar group difference in VCS was subsequently observed in a Virginia study (18). In that study, VCS was significantly lower in an occupational and recreational cohort whose members spent time in estuaries where *Pfiesteria*-like organisms were present in ≥50% of samples than in a similar cohort in which the members spent time in estuaries where *Pfiesteria*-like organisms were present in only 19–36% of samples (18). These results suggested that the VCS test might provide an objective end point for detecting chronic neurological dysfunction associated with TPC-inhabited estuary contact.

A report on nonoccupationally related, acute, and chronic PEAS cases diagnosed at a private medical clinic in Pocomoke City, Maryland, indicated that a VCS deficit was present in subjects with either conditions (19). The VCS deficit greatest at midspatial frequencies (i.e., midsize dark and light bar sinusoidal gratings) was similar to but larger than that observed in the North Carolina estuarine cohort (13,17). Treatment with the toxin-binding polymer cholestyramine (CSM) (20) to increase toxin elimination rate led to symptom abatement and VCS recovery in all cases within 2 weeks of treatment initiation (19). Cases with repeated acquisition of PEAS showed VCS loss, followed by recovery with CSM treatment on each occasion (19). Therefore, in addition to being a sensitive and objective indicator of both acute and chronic PEAS, VCS may be a useful tool for monitoring recovery during treatment.

The current study was undertaken to investigate the potential for unrecognized morbidity in a nonoccupational population that resided by or engaged in recreation in TPC-inhabited estuaries, but that did not have direct contact with fish kills or lesioned fish. Patients seeking medical attention at the Pocomoke City clinic during 1998 and 1999 for reasons not specifically related to estuarine

exposure were informed about the study. The study was an assessment of a new method for detecting an environmentally acquired, chronic, neurotoxin-mediated illness without specifying estuaries or TPC. Following screening and exclusion for possibly confounding conditions and direct contact with fish kills or lesioned fish, patients who volunteered for study participation were categorized into one of three groups on the basis of responses to a demographics questionnaire: *a*) residential and/or recreational exposure to local, known TPC-inhabited estuaries (estuary cohort, potentially exposed); *b*) residential and/or recreational exposure to marine waters but not to TPC-inhabited estuaries (marine cohort, potentially unexposed); and *c*) no residential and/or recreational exposure to any body of water (land cohort, potentially unexposed). Visual acuity and VCS were measured in all study participants, and a questionnaire on current symptoms was administered at enrollment. Members of the estuary cohort were evaluated for PEAS. Participants meeting the case definition for PEAS underwent clinical and laboratory tests to identify other possible causes of their illness. The results suggested that there might be an unrecognized association in the estuarine population between morbidity and residential and/or recreational exposure to TPC-inhabited estuaries. The association apparently was due to a medical condition meeting the CDC case definition for PEAS in a subset of the estuary cohort.

## Methods

Patients seeking medical attention at the Pocomoke City clinic were informed of a study on the use of VCS as a new tool for assisting the diagnosis of toxicity, without specifying a toxin source or a geographical area of risk. Patients who volunteered to participate in the study, with the consent of a guardian in the case of minors, were screened for potentially confounding factors and excluded from participation if they had serious ongoing illness requiring immediate medical care; a history of occupational exposure to solvents, metal fumes, petroleum

products, and organochlorine pesticides; or previous diagnoses of a PEAS-like illness, a clinical diagnosis of alcoholism, Lyme disease, chronic ciguatera (fish) poisoning syndrome, possible building-related illness, or chronic soft-tissue injury. All patients enrolled were alert and oriented, without ongoing neurologic diagnoses.

Qualified volunteers were assigned to one of three groups designated for purposes of the study: *a*) estuary cohort (*n* = 77, age range = 22–73 years of age plus five children 5–14 years of age, 48 males and 29 females, average age = 44.8 ± 1.86 SEM, average years of education = 13.5 ± 0.4 SEM), residential and/or recreational, but not occupational, exposure to local rivers; *b*) marine cohort (*n* = 34, age range = 23–78 years of age, 23 males and 11 females, average age = 49.3 ±2 .8 SEM, average years of education 14.9 ± 0.4 SEM), residential and/or recreational, but not occupational, exposure to ocean waters; *c*) land cohort (*n* = 53, age range = 24–71 years of age, 26 males and 27 females, average age 42.9 ± 1.5 SEM, average years of education = 14.6 ± 0.4 SEM), no exposure to any bodies of water. Symptoms were recorded using the classifications in Table 1, and visual acuity and VCS were measured in all patients immediately after enrollment in the study.

After the recording of symptomatic and visual function data, each estuary cohort member was questioned and examined to determine if he or she qualified for a diagnosis of PEAS according to the CDC criteria listed above. A general medical examination, complete blood count, comprehensive metabolic profile, and pulmonary function tests were administered to further identify potentially confounding conditions. The PEAS case definition was met by 37 of the 77 members of the estuary cohort. These cases were treated with CSM for 2 weeks according to a standard protocol. CSM (Questran; MFR Apothecon, Bristol Myers Squibb, New Brunswick, NJ, USA), one scoop, 9 g, was given, mixed well with water or apple juice, on an empty stomach, 30 min before eating or taking other medication, 4 times a day for 2 weeks [U.S. Food and Drug Administration (FDA)

Table 1. Symptoms in the Chesapeake Bay estuaries study on PEAS.

| | CDC | | | | | | | | | | | | | | | | | |
| | Memory | Confusion | Headache | Skin rash | Burning skin | Eye irritation | Upper respiratory | Muscle cramp | Gastrointestinal | Concentration | Light sensitive | Cough | Short of breath | Fatigue | Muscle ache | Weakness | Abdominal pain | Vertigo |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cases (*n* = 37) | | | | | | | | | | | | | | | | | | |
| % Before Rx | 84 | 24 | 73 | 16 | 8 | 68 | 41 | 14 | 57 | 35 | 68 | 43 | 57 | 70 | 43 | 35 | 41 | 16 |
| % After Rx | 14 | 3 | 8 | 0 | 0 | 0 | 5 | 3 | 5 | 0 | 24 | 5 | 5 | 14 | 0 | 0 | 3 | 3 |
| Noncases (*n* = 127) | | | | | | | | | | | | | | | | | | |
| % Before Rx | 2 | 0 | 4 | 0 | 0 | 0 | 3 | 0 | 1 | 0 | 2 | 5 | 2 | 2 | 3 | 0 | 2 | 2 |
| % After Rx | 2 | 0 | 2 | 0 | 0 | 0 | 2 | 0 | 0 | 1 | 3 | 2 | 2 | 1 | 0 | 2 | 1 | |

VOLUME 109 | SUPPLEMENT 5 | October 2001 • Environmental Health Perspectives

exemption letter issued 6/28/99]; the dose of CSM used is approved for treatment of hyper-cholesterolemia by the FDA. Sorbitol. 70% solution, 15 cc was also given, 3 times a day, as needed to relieve constipation, as was Prilosec (Astra Merck, Wayne, PA, USA) or Prevacid (TAP Pharmaceuticals, Lake Forest, IL, USA) one capsule daily, as needed to treat reflux. Symptoms and VCS were reassessed immediately following treatment.

Three control studies were conducted before the study began to determine the variability in VCS measurements over time and CSM treatment efficacy. First, visual acuity and VCS were measured in 15 healthy adult volunteers at the beginning and end of a 2-week interval to assess potential effects of repeated VCS testing. Second, visual acuity and VCS were measured in 8 adult hypercholesterolemic volunteers before and after 2 weeks of CSM treatment to again investigate effects of repeated VCS testing and to assess treatment effects on VCS in a population with no known neurotoxicant exposures. Third, explicit informed consent was obtained from eight patients newly diagnosed with PEAS who had exposure to a fish kill or to fish with typical TPC lesions and who volunteered to participate in a clinical trial on the efficacy of CSM treatment on the VCS deficit and symptoms associated with PEAS. A double-blind, placebo-controlled, cross-over study design was used; we randomly assigned patients to the CSM treatment or placebo group. After 2 weeks in the first group, patients were switched to the opposite group for 2 weeks. VCS and visual acuity were measured and symptoms were recorded when diagnosis was made and when the patient completed CSM and placebo treatments. Neither the patient nor the investigator knew when the patient was in the CSM group or the placebo group. A study assistant nurse who made the group assignments also supplied each patient with packets containing either single doses of CSM or placebo powder (Tang; Kraft Foods, Northfield, IL, USA). Patients dissolved both powders in liquid, according to the protocol.

### Vision Tests and Analyses

All subjects who normally wore corrective lenses for near-point viewing were asked to wear them during vision testing. The visual acuity and VCS tests were administered monocularly to each eye; an eye occluder was held over one eye while the other eye was tested. All vision tests were administered under illumination from a "daylight" illuminator (fluorescent source with a correlated color temperature of approximately 6500° K; color rendering index >90; intensity = 1150 lux; luminance, approximately 70 foot-lamberts) in a clinical unit that had normal background lighting. A light meter was used to ensure that

luminance remained constant throughout the test sessions. A test card holder consisting of a face rest placed just under the cheekbones or chin as comfort connected by a calibrated rod to a card holder on the distal end was used to position the acuity and VCS test cards at a constant distance, previously standardized, from the eyes [acuity, 36 cm (14 inches); contrast sensitivity, 46 cm (18 inches)].

*Near visual acuity.* The acuity test card (MIS Pocket Vision Guide, MIS, Inc.) contained 10 rows of numbers in which the size of the numbers progressed from larger in the top row to smaller in the bottom row. Participants were asked to first read the numbers in a middle row. Testing proceeded to the next lower row if all numbers were correctly identified or to the next higher row if an error occurred. The Snellen visual acuity of the row (20:20 or 20:30, for example) with the smallest numbers that were all correctly identified was recorded as the visual acuity score. Two-tailed Student's *t*-tests with an α = 0.05 were performed, using the mean score of each participant's two eyes, to determine if scores differed significantly between cohorts.

*Contrast sensitivity.* The contrast sensitivity test card (Functional Acuity Contrast Test, F.A.C.T. 101; Stereo Optical Co., Chicago, IL, USA) contained a matrix (5 × 9) of circles filled with sinusoidal gratings (dark and light bars). Spatial frequency (1.5, 3, 6, 12, and 18 cycles/degree of visual arc) increased from top to bottom, and contrast decreased from left to right in steps of approximately 0.15 log units. The grating bars were oriented either vertically or tilted 15 degrees to the left or right. As the investigator called out each circle from left to right, row by row, subjects responded by saying either vertical, left, right, or blank. Participants were encouraged to name an orientation if they had any indication that the bars could be seen. Participants (primarily the younger children) were asked to point in the direction to which the top of the grating was tilted if they felt any difficulty in verbalizing the orientation. The contrast sensitivity score for each row (spatial frequency) was recorded as the contrast of the last test patch correctly identified on that row following verification by repeated testing of that patch and the subsequent patch. The procedure was repeated for each row in descending order.

The a priori criterion for the inclusion of data in analyses was that the eye have a visual acuity (Snellen Distance Equivalent Score) of 20:50 or better to avoid confounding of the VCS results by excessive optical-refraction error. All eyes met the visual acuity criterion for inclusion in the data analyses.

*Data analysis.* The units of analysis for the VCS test were the mean scores of the participant's two eyes at each spatial frequency. The

VCS data were analyzed using multivariate analyses of variance (MANOVA, with the Wilks' lambda statistic) procedures suitable for repeated measures with an α = 0.05. The factors in the model were group, spatial frequency, age, and their interaction terms. A factor for gender was not included, as no gender differences in susceptibility to TPC-induced effects had been indicated, and no gender differences in VCS have been reported. Results that showed a significant group-by-spatial-frequency interaction were further analyzed in step-down, two-tailed Student's *t*-tests (α = 0.05), the equivalent of a univariate ANOVA, to determine which spatial frequencies accounted for the overall effect.

### Results

Differences in mean VCS between the marine and land control groups were not statistically significant [$F_{(1,85)} = 1.70$, $p = 0.196$], and the groups' VCS profiles across spatial frequencies were normal and very similar [$F_{(4,82)} = 0.57$, $p = 0.685$]. Therefore, the two control cohorts were combined ($n = 87$, average age = 45.4 ± 1.5 SEM, average education = 14.7 years ± 0.3 SEM) for comparison with the estuary cohort ($n = 77$, average age = 44.8 ± 1.9 SEM, average education 13.5 years ± 0.4 SEM). Group-mean visual acuity scores and standard errors of the means of the left and right eyes combined were similar ($p = 0.905$) in the estuary (20:22.45 ± 0.70) and combined-control (20:22.25 ± 0.75) cohorts, suggesting that optical focus on the retina was similar in the two groups. However, group mean VCS, shown in Figure 1, with age adjustment was significantly lower across spatial frequencies in



**Figure 1.** VCS spatial frequency profiles for the combined-control cohort, the full estuary cohort, and the estuary cohort divided into PEAS cases and noncases. The marine and land groups were combined, as they did not differ in visual acuity or contrast sensitivity. Statistical analyses indicated that the estuary and combined-control cohorts were not significantly different in visual acuity, but that the two cohorts differed significantly in overall mean contrast sensitivity, mean contrast sensitivity at 6 and 12 cycles/degree, and the shape of the contrast sensitivity profiles. These effects were attributable to VCS deficits in the PEAS cases identified in the estuary cohort. VCS in estuary cohort noncases was comparable to that of the combined-control cohort.

Shoemaker

the full estuary than the combined-control cohort [F(1,161) = 13.56, $p < 0.001$], with significant VCS group differences seen at 1.5 ($p = 0.019$), 3 ($p = 0.008$), 6 ($p < 0.001$), 12 ($p = 0.004$), and 18 ($p = 0.017$) cycles/degree of visual arc in individual analyses at each spatial frequency. A significant group-spatial frequency interaction [F(4,158) = 4.79, $p = 0.001$] indicated that the VCS spatial frequency profiles of the groups were not parallel. The normal peak in VCS at midspatial frequency (6 cycles/degree) seen in the control cohort was shifted to 3 cycles/degree in the estuary cohort due to the sharp drop at 6 cycles/degree. Significant age [F(1,161) = 9.69, $p = 0.002$] and spatial frequency-by-age interaction term [F(4,158) = 2.72, $p = 0.032$] reflected the normal decline of VCS with age in adults, but the two groups were not significantly different in age (Student's $t$-test, $p = 0.785$). As shown in Figure 1, the VCS deficit in the full estuary cohort was entirely attributable to cohort members subsequently diagnosed as PEAS cases. VCS in estuary cohort noncases closely matched that of the combined-control cohort.

Questionnaire data were examined for each of the 77 members of the estuary cohort to determine if any members met the CDC case definition for PEAS. Although the estuary-cohort members had not sought treatment at the clinic because of symptoms they attributed to estuary contact, 37 members were diagnosed with chronic PEAS. The prevalence of CDC-defined PEAS symptoms, and other symptoms reported by previous PEAS cases (19), reported by the cases were contrasted with those reported by non-cases (40 from the estuary cohort and 87 from the combined-control cohort; Table 1). Symptoms reported by more than half of the cases were memory loss, headache, fatigue, eye irritation, sensitivity of the eyes to bright light, gastrointestinal distress (usually secretory diarrhea—diarrhea without intake), and shortness of breath. The other symptoms included in Table 1 were reported by less than half the cases, and a skin rash as observed in some acute PEAS cases (8) was seen in only 16% of cases. In contrast, few of the 18 symptoms listed in Table 1 were reported by the 127 noncases; the only symptom reported with prevalence as high as 5% in the noncases was cough.

Following CSM treatment for 2 weeks according to the standardized protocol, the prevalence of symptoms in the PEAS cases was dramatically reduced (Table 1). Only light sensitivity, memory loss, and muscle ache were still reported by more than 8% of the cases. Symptom prevalence in the noncases was essentially unchanged following treatment with medications appropriate for their various diagnoses. CSM treatment was

effective in restoring VCS to a normal level in patients with PEAS symptoms. Prior to treatment, all cases showed severe VCS deficits similar to those seen in previously reported PEAS cases (19). Group mean VCS in the cases prior to treatment, shown in Figure 2, were abnormally low at all spatial frequencies, but the largest deficit, about 60%, was seen at mid-spatial frequency. After CSM treatment, VCS showed significant recovery to control level [F(1,36) = 63.01, $p < 0.001$] overall and at each spatial frequency in individual analyses, and a normal spatial-frequency profile with peak sensitivity at mid-spatial frequency was restored [F (4,33) = 138.65, $p < 0.001$]. Visual acuity was unchanged in the cases following treatment ($p = 0.661$), indicating that the VCS enhancement was likely because of improvement in neurological function rather than optical refraction.

Several additional studies addressed potentially confounding issues for VCS testing and CSM treatment. First, VCS and visual acuity were measured in a healthy population free of estuary exposure and potentially confounding factors in order to investigate the effect of repeated testing at a 2-week interval. Visual acuity scores were unchanged ($p = 0.453$) between the first and second test sessions. A slight improvement in VCS over time was not significant [F(1,14) = 3.95, $p = 0.067$], and no change was observed in the VCS spatial frequency profile [F(4,11) = 0.65, $p = 0.636$] between the first and second test sessions (Figure 3). Second, the indicators of visual function were measured in an unexposed and confounder-free population taking CSM for hypercholesterolemia to again investigate VCS variability over time and to assess treatment effects on VCS in a population with no known neurotoxicant exposures. Neither visual acuity ($p = 0.250$), mean VCS

[F(1,7) = 0.76, $p = 0.412$] nor the VCS spatial-frequency profile [F(4,4) = 0.14, $p = 0.956$] were altered after 2 weeks of CSM treatment (Figure 3). The data from both groups in both test sessions were comparable with the exception that mean VCS at the highest spatial frequency, 18 cycles/degree of visual arc, was slightly higher in the healthy (29.8) than the hypercholesterolemia (21.4) group, which likely reflects the difference between the mean visual acuity scores of the groups, 20:21.3 and 20:25.3, respectively.

Third, a double-blind, placebo-controlled, cross-over clinical trial compared the efficacy of CSM and placebo treatments on VCS and symptoms in PEAS patients. Although group-mean visual acuity (20:31.25) was not significantly affected by CSM treatment [F(1,7) = 1.10, $p = 0.329$], group mean VCS of all eight patients was significantly increased following CSM treatment [F(1,7) = 27.93, $p = 0.001$; Figure 4]. Furthermore, as indicated by the significant treatment by spatial frequency interaction [F(4,4) = 20.88, $p = 0.006$], the shape of the contrast sensitivity function was restored to normal; peak sensitivity was at midspatial frequency. The VCS deficit seen before treatment was greater at mid-to-higher than lower spatial frequencies. The 70% VCS reduction at midspatial frequency was restored following CSM treatment ($p < 0.001$). The group that received placebo before CSM treatment showed no improvement in VCS following placebo treatment but marked improvement following CSM treatment. The group that first received CSM treatment showed marked improvement, with no further improvement seen following placebo treatment.



**Figure 2.** VCS spatial frequency profiles for the PEAS cases identified in the estuary cohort before and after treatment with cholestyramine and the combined-control cohort. Statistical analyses indicated that treatment did not significantly alter visual acuity, but that treatment significantly increased overall mean contrast sensitivity and mean contrast sensitivity at each spatial frequency, and that the contrast sensitivity profile was restored to normal shape.



**Figure 3.** Spatial frequency profiles for two unexposed groups tested at the beginning and end of a 2-week interval. Statistical analyses indicated that contrast sensitivity did not change significantly during the interval in either group, suggesting that repeat testing alone does not cause contrast sensitivity to increase. Contrast sensitivity was similar in the two groups except that sensitivity was slightly lower at 18 cycles/degree in the high-cholesterol group than in the healthy group, likely reflective of age related reduction visual acuity in the high cholesterol group.

The effects of treatment on reported symptoms are shown in Table 2. The eight patients reported 54 symptoms before CSM treatment but only 7 symptoms after treatment. The group taking placebo before CSM showed no improvement following placebo but marked improvement following CSM treatment. In the group assigned CSM therapy initially, the improvement in symptoms after CSM treatment was retained following placebo treatment. The symptoms reported most commonly at diagnosis were memory impairment, cough, headache, fatigue, skin rash, burning skin, eye irritation, secretory diarrhea, light sensitivity, and concentration difficulty. Less frequently encountered symptoms were shortness of breath, weakness, vertigo, abdominal pain, confusion, upper airway obstruction, and muscle cramp.

## Discussion

In the current study we found that the ability to detect visual patterns, as indicated by measures of VCS, was significantly reduced in a cohort with residential and/or recreational exposure to TPC-inhabited estuaries relative to control participants of similar age and visual acuity. The statistical adjustment of VCS for age ensured that the group difference was not due to an age-distribution difference, and the comparability of visual acuity in the cohorts indicated that the VCS group difference was likely of neurological, rather than optical origin. The 37 PEAS cases identified among the 77 estuary cohort members accounted for the VCS deficit in the whole-estuary cohort; VCS in the estuary cohort noncases was comparable to that of the combined-control cohort. Prior to treatment,



**Figure 4.** Group mean spatial frequency profiles of visual contrast sensitivity from the double-blind, placebo-controlled cross-over clinical trial. Eight patients completed the clinical trial on the efficacy of cholestyramine treatment in PEAS cases. VCS before treatment was strongly depressed relative to after cholestyramine treatment in whole group. The group that took a placebo for 2 weeks prior to cholestyramine treatment showed no improvement after placebo. The group that took cholestyramine for 2 weeks prior to placebo retained the marked improvement in VCS after completing the placebo condition of the trial.

the group of PEAS cases reported many more symptoms listed in the CDC case definition for PEAS (12) and other symptoms reported by previous PEAS cases seen in the Pocomoke City clinic (19) than did the noncases. Following CSM treatment, the PEAS cases showed a statistically significant improvement in VCS coincident with symptom abatement. These results suggested that morbidity, predominantly neurological but including gastrointestinal, respiratory symptoms, and others, may be common among individuals living by or engaging in recreation in estuaries containing TPC. This correctable condition, defined by symptoms that are nonspecific when considered individually, becomes uniquely identifiable as a clinical syndrome, present in a reproducibly defined grouping, when associated with exposure without confounding factors, may have gone largely underdiagnosed and underreported. This situation may be rectified by proper symptom screening and use of VCS testing, followed by treatment with CSM.

All members of the estuary and control cohorts were eligible to enroll in the study because they had sought treatment at the clinic and met study inclusion criteria; population-based sampling techniques needed to estimate prevalence were not used in the study. The data reported here cannot be used to estimate prevalence of PEAS cases in the study area. The study associated morbidity and visual dysfunction with estuarine contact in the Pocomoke area in the absence of fish kills but where TPC-associated fish kills and coincident human illness were reported previously (8). However, no means were available to test the hypothesis that TPC toxin(s) exposure caused the VCS deficit or morbidity. Definitive attribution of PEAS to TPC must await identification of, and one or more tests for, the toxin(s) (6). It remains possible that unidentified estuarine exposures unrelated to TPC induced PEAS. Nonetheless, the comparability of the land and marine cohorts in

VCS, the large number of study participants in the estuary and combined-control cohorts, and the large differences in VCS and symptom prevalence between the cases and noncases indicate that the study results likely were not due to chance or sampling error. The control studies indicated that VCS measurements are stable over a 2-week interval and that CSM treatment does not affect VCS in a group with no suspected exposures to neurotoxicants. These results suggest that the VCS deficit in the PEAS cases likely was related to contact with estuaries where TPC-induced toxicity is the only risk for neurotoxicity suspected to date.

The PEAS cases were treated with csm due to treatment results seen previously in anecdotal studies as well as the double-blind, placebo-controlled, cross-over, clinical trial confirming the efficacy of csm therapy in PEAS cases. CSM, a polymer too large for gastrointestinal absorption, was the first treatment approved for reducing cholesterol levels. The theoretical basis for CSM use in the PEAS cases was that toxin elimination rates can be enhanced through anion-exchange or other binding of CSM with toxins, thereby interrupting the enterohepatic recirculation process through which toxins concentrated in bile are reabsorbed and systemically distributed, leading to toxin elimination. CSM has been used previously for detoxification in case studies or animal models of toxicity, including kepone (21,22), DDE (23), other organochlorine pesticides (24), polychlorinated biphenyl compounds (25), *Clostridium difficile* toxin (26,27), *Escherichia coli* and *Vibrio cholera* toxins (28,29), one or more cytotoxins from at least one unidentified gastrointestinal microorganism (30,31), the mycotoxins ochratoxin A (32,33) and fumonisin B₁ (34), the *Fusarium* toxin zearalenone (35), the cyanobacterial toxin microcystin LR (36), and a toxin from the Chinese herbal product Jin Bu Huan (37). The plasma half-life of M1, the active metabolite of Arava

**Table 2.** Number of patients reporting each symptom.

| | CDC | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Conditions | Memory[a] | Confusion[a] | Headache[a] | Skin rash[a] | Burning skin[a] | Eye irritation | Upper respiratory | Muscle cramp | Gastrointestinal | Concentration | Light sensitive | Cough | Short of breath | Fatigue | Muscle ache | Weakness | Abdominal pain | Vertigo | | |
| Placebo, 1st (n = 4) | | | | | | | | | | | | | | | | | | | | |
| Onset | 3 | 0 | 4 | 2 | 3 | 1 | 0 | 0 | 3 | 3 | 3 | 4 | 0 | 3 | 0 | 0 | 0 | 0 | 1 = 30 | |
| After placebo | 3 | 0 | 4 | 2 | 4 | 1 | 0 | 0 | 3 | 3 | 3 | 4 | 0 | 3 | 0 | 0 | 0 | 0 | 1 = 31 | |
| After CSM | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 = 3 | |
| Placebo, 2nd (n = 4) | | | | | | | | | | | | | | | | | | | | |
| Onset | 4 | 0 | 2 | 3 | 1 | 3 | 0 | 0 | 1 | 0 | 1 | 3 | 1 | 3 | 0 | 1 | 1 | 0 | 0 = 24 | |
| After placebo | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 = 4 | |
| After placebo | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 = 4 | |

[a]The CDC case definition for PEAS includes memory loss, confusion, skin rash, and burning skin sensation of any duration. Other symptoms must persist for >2 weeks.

Shoemaker

(leflunomide), a pyrimidine synthesis inhibitor FDA approved for treatment of rheumatoid arthritis, was lowered from >1 week to approximately 1 day following CSM administration, in association with binding of M1 by CSM from bile. This suggests that biliary recycling was a major contributor to the long half-life of M1 (38), as it also may be for the toxin(s) that may cause PEAS. Following 2 weeks of CSM treatment, the group of PEAS patients showed an impressive return to normal VCS level and spatial-frequency profile as well as an equally impressive abatement of symptoms. CSM treatment likely reduced the period of illness in the PEAS patients by months or longer, as previous PEAS patients have suffered chronic illness prior to treatment (19), questioning the opinion held by some (39) that PEAS is an entirely self-limited condition. Only a few patients experienced treatment side effects, constipation or reflux, and those minor inconveniences were successfully treated according to the established protocol. These treatment results supported the value of early intervention in PEAS cases, and supported the hypothesis that PEAS is an environmentally acquired, neurotoxin-mediated illness.

The study results suggest that significant morbidity may be present in some portion of the population at risk for residential and/or recreational contact with estuaries on the Eastern Shore of Maryland in the vicinity of Pocomoke City. Studies are currently under way that may help to estimate the prevalence of PEAS in this area and other areas on the east coast of the United States where TPC have been identified. Additional research is needed to identify susceptible populations and specific susceptibility factors, including duration and type of exposure, as it appears that not all individuals with comparable exposure to TPC-inhabited estuaries contract PEAS (19). For example, children (40) and the elderly (41) are thought to be more susceptible to development of some neurotoxicant-induced effects than younger adults, and may be more susceptible to developing PEAS. However, the nonspecific symptoms of PEAS, such as deceased short-term memory, concentration difficulty and/or confusion (8), and the learning or attention effects observed in a rodent model of PEAS (9–11), overlap with the symptoms observed in commonly diagnosed syndromes in children and aged adults associated with learning disability and dementia conditions, respectively. Only a few of the reported PEAS patients attributed their symptoms to estuarine contact. Most associated their symptoms with the aging process, stress,

impaired physical fitness, depression, irritable bowel disease, allergy, sinus congestion, and other unconfirmed, unrelated medical conditions. Care should be taken by physicians not to overlook the possibility of PEAS involvement when assessing conditions involving multiple, concurrent, unexplained, cognitive, gastrointestinal, respiratory, and other symptoms, as well as syndromes in which unremitting fatigue is a predominant symptom, in patients living in areas at risk for contact with TPC-inhabited estuaries.

### REFERENCES AND NOTES

1. Burkholder JM, Noga EJ, Hobbs CH, Glasgow HB Jr. New 'phantom' dinoflagellate is the causative agent of major estuarine fish kills. Nature 358:407–410 (1992).

2. Burkholder JM, Glasgow HB Jr, Hobbs CH. Fish kills linked to a toxic ambush-predator dinoflagellate: distribution and environmental conditions. Mar Ecol Prog Ser 124:43–61 (1995).

3. Noga EJ, Khoo L, Stevens JB, Fan Z, Burkholder JM. Novel toxic dinoflagellate causes epidemic disease in estuary fish. Mar Pollut Bull 32:219–224 (1996).

4. Glasgow HB, Burkholder JM, Morton SL, Springer J. A second species of ichthyotoxic Pfiesteria (Dinamoebales, Pyrrhophyta). Phycologia 40:234–245 (2001).

5. Glasgow HB Jr, Burkholder JM, Schmechel DE, Tester PA, Rublee PA. Insidious effects of a toxic estuarine dinoflagellate on fish survival and human health. J Toxicol Environ Health 46:501–522 (1995).

6. Fairey ER, Edmunds JSG, Deamer-Melia NJ, Glasgow Jr H, Johnson FM, Moeller PR, Burkholder JM, Ramsdell JS. Reporter gene assay for fish-killing activity produced by Pfiesteria piscicida. Environ Health Perspect 107(8):711–714 (1999).

7. Shoemaker R. Diagnosis of Pfiesteria human illness syndrome. Md Med J 48(10):521–523 (1997).

8. Grattan LM, Oldach D, Perl TM, Lowitt MH, Matuszak DL, Dickson C, Parrott C, Shoemaker RC, Kauffman CL, Wasserman MP, et al. Learning and memory difficulties after environmental exposure to waterways containing toxin-producing Pfiesteria or Pfiesteria-like dinoflagellates. Lancet 352:532–539 (1998).

9. Levin ED, Rezvani AH, Christopher NC, Glasgow HB, Deamer-Melia NJ, Burkholder JM, Moser VC, Jensen K. Rapid neurobehavioral analysis of Pfiesteria piscicida effects in juvenile and adult rats. Neurotoxicol Teratol 22:533–540 (2000).

10. Levin ED, Schmechel DE, Burkholder JM, Glasgow HB, Deamer-Melia NJ, Moser VC, Harry GJ. Persisting learning deficits in rats after exposure to Pfiesteria piscicida. Environ Health Perspect 105:1320–1325 (1997).

11. Levin ED, Simon BB, Schmechel DE, Glasgow HB, Deamer-Melia NJ, Burkholder JM, Moser VC, Jensen K, Harry GJ. Pfiesteria toxin and learning performance. Neurotoxicol Teratol 21:215–221 (1999).

12. Centers for Disease Control and Prevention. Notice to Readers: possible estuary-associated syndrome. Mor Mortal Wkly Rep 48:381–382 (1999).

13. Swinker M, Wdkins J, Koltai D, Hudnell K, Hall C, Darcey D, Robertson K, Schmechel D, Stopford W, Music S. Estuary-associated syndrome in North Carolina: occupational prevalence study. Environ Health Perspect 109:21–26 (2001).

14. Hudnell HK, Skalik I, Otto D, House D, Subrt P, Sram R. Visual contrast sensitivity deficits in Bohemian children. NeuroToxicology 17(3–3):615–628 (1996).

15. Hudnell HK, Otto DA, House DE. The influence of vision on computerized neurobehavioral test scores: a proposal for improving test protocols. Neurotoxicol Teratol 18:391–400 (1996).

16. Hudnell HK, Boyes WK, Otto DA, House DE, Creason JP, Geller AM, Darcey DJ, Broadwell DK. Battery of neurobehavioral tests recommended to ATSDR: solvent-induced deficits in microelectronics workers. Toxicol Ind Health 12:235–243 (1996).

17. Hudnell HK, House D, Schmid J, Koltai D, Wilkins J, Stopford W, Savitz D, Swinker M, Music S. Human visual function in the North Carolina Clinical Study on Estuary-Associated Syndrome. J Toxicol Environ Health 62:575–594 (2001).

18. Turf E, Ingsrisawang L, Turf M, Ball JD, Stutts M, Taylor J, Jenkins S. A cohort study to determine the epidemiology of estuary-associated syndrome. Va J Sci 50:299–310 (1999).

19. Shoemaker RC, Hudnell HK. Possible estuary associated syndrome: symptoms, vision and treatment. Environ Health Perspect 109:539–545 (2001).

20. Shoemaker R. Treatment of persistent Pfiesteria—human illness syndrome. Md Med J 47(2):64–66 (1998).

21. Boylan JJ, Egle JL, Guzelian PS. Cholestyramine: use as a new therapeutic approach for chlordecone (kepone) poisoning. Science 199:893–895 (1978).

22. Cohn WJ, Boylan JJ, Blanke RV, Fariss MW, Howell JR, Guzelian PS. Treatment of chlordecone (kepone) toxicity with cholestyramine. Results of a controlled clinical trial. N Engl J Med 298:243–248 (1978).

23. Mutter LC, Blanke RV, Jandacek RJ, Guzelian PS. Reduction in the body content of DDE in the Mongolian gerbil treated with sucrose polyester and caloric restriction. Toxicol Appl Pharmacol 92:428–435 (1988).

24. Reigart JR, Roberts JR. Recognition and Management of Pesticide Poisoning. U.S. EPA 735-R-98-003. Cincinnati, OH: U.S. Environmental Protection Agency (1999).

25. Bungay PM, Dedrick RL, Matthews HB. Pharmacokinetics of halogenated hydrocarbons. Ann NY Acad Sci 320:257–270 (1979).

26. Moncino MD, Falletta JM. Multiple relapses of Clostridium difficile-associated diarrhea in a cancer patient: successful control with long-term cholestyramine therapy. Am J Pediat Hematol/Oncol 14:361–364 (1992).

27. Liacouras CA, Piccoli DA. Whole-bowel irrigation as an adjunct to the treatment of chronic, relapsing Clostridium difficile colitis. J Clin Gastroenterol 22:186–189 (1996).

28. Rateau JG, Broillard M, Morgant G, Aymard P. Etude experimental chez le lapin de l'effet de la cholestyramine dans le traitement des diarrhees infectieuses d'origine cholerique [in French]. Actualite Therapeut 22:289–296 (1986).

29. Brouillard MT, Rateau JG. La cholestyramine fixe les toxines d'escherichia coli et de vibrio cholerae par une liaison ionique [in French]. Ann Gastroenterol Hepatol 28:27–30 (1990).

30. Humphrey CD, Condos CW, Cantey JR, Pitman FE. Partial purification of a toxin found in hamsters with antibiotic-associated colitis. Reversible binding of the toxin by cholestyramine. Gastroenterology 76:468–476 (1979).

31. Andersen T, Andersen JR, Tvede M, Franzmann M-B. Collagenous colitis: are bacterial cytotoxins responsible? Am J Gastroenterology 88:375–377 (1993).

32. Creppy EE, Baudrimont I, Betbeder A-M. Prevention of nephrotoxicity of ochratoxin A, a food contaminant. Toxicol Lett 82/83:869–877 (1995).

33. Kerkadi A, Barriault C, Tuchweber B, Frohlich AA, Marquardt RR, Boschard G, Yousel M. Dietary cholestyramine reduces ochratoxin A-induced nephrotoxicity in the rat by decreasing plasma levels and enhancing fecal excretion of the toxin. J Toxicol Environ Health 53:231–250 (1998).

34. Visconti A, Solfrizzo M, Torres A, Chulze S, Avantaggiato. International Conference on the Toxicology of Fumonisin, 28-30 June 1999, Arlington, Virginia. Poster abstract #28, p.059.

35. Undorhill KL, Totter BA, Thompson BK, Prelusky DB, Trenholm HL. Effectiveness of cholestyramine in the detoxification of zearalenone as determined in mice. Bull Environ Contam Toxicol 54:128–134 (1995).

36. Dahlem AM, Hassan AS, Swanson SP, Carmichael WW, Beasley VR. A model system for studying the bioavailability of intestinally administered microcystin-LR, a hepatotoxic peptide from the cyanobacterium Microcystis aeruginosa. Pharmacol Toxicol 64:177–181 (1989).

37. Centers for Disease Control. Jin Bu Huan toxicity in adults—Los Angeles, 1993. Mor Mortal Wkly Rep 42:920–922 (1993).

38. Aventis Pharmaceutical. AravaTM Prescribing Information. Available: http://www.aventispharma-us.com/Pls/arava_TXT.html [cited 13 June 2000].

39. Phibbs P. Doctor claims drug can help people exposed to Pfiesteria. Environ Health Lett 37:202 (1998).

40. National Research Council. Pesticides in the Diets of Infants and Children. Washington, DC:National Academy Press, 1993.

41. Hudnell KH. Effects from environmental manganese exposure: a review of the evidence from non-occupational exposure studies. NeuroToxicology 20:379–400 (1999).

EARLY REPORT

Early report

# Learning and memory difficulties after environmental exposure to waterways containing toxin-producing *Pfiesteria* or *Pfiesteria*-like dinoflagellates

Lynn M Grattan, David Oldach, Trish M Perl, Mark H Lowitt, Diane L Matuszak, Curtis Dickson, Colleen Parrott, Ritchie C Shoemaker, C Lisa Kauffman, Martin P Wasserman, J Richard Hebel, Patricia Charache, J Glenn Morris Jr

## Summary

**Background** At the beginning of autumn, 1996, fish with "punched-out" skin lesions and erratic behaviour associated with exposure to toxins produced by *Pfiesteria piscicida* or *Pfiesteria*-like dinoflagellate species were seen in the Pocomoke River and adjacent waterways on the eastern shore of the Chesapeake Bay in Maryland, USA. In August, 1997, fish kills associated with *Pfiesteria* occurred in these same areas. People who had had contact with affected waterways reported symptoms, including memory difficulties, which raises questions about the human-health impact of environmental exposure to *Pfiesteria* toxins.

**Methods** We assessed 24 people who had been exposed. We collected data on exposure history and symptoms, did a complete medical and laboratory assessment (13 people), and carried out a neuropsychological screening battery. Performance on neuropsychological measures was compared with a matched control group.

**Results** People with high exposure were significantly more likely than occupationally matched controls to complain of neuropsychological symptoms (including new or increased forgetfulness); headache; and skin lesions or a burning sensation of skin on contact with water. No consistent physical or laboratory abnormalities were found. However, exposed people had significantly reduced scores on the Rey Auditory Verbal Learning and Stroop Color-Word tests (indicative of difficulties with learning and higher cognitive function), and the Grooved Pegboard task. There was a dose-response effect with the lowest scores among people with the highest exposure. By 3–6 months after cessation of exposure, all those assessed had test scores that had returned to within normal ranges.

**Interpretation** People with environmental exposure to waterways in which *Pfiesteria* toxins are present are at risk of developing a reversible clinical syndrome characterised by difficulties with learning and higher cognitive functions. Risk of illness is directly related to degree of exposure, with the most prominent symptoms and signs occurring among people with chronic daily exposure to affected waterways.

*Lancet* 1998: **352:** 532–39

## Introduction

In autumn, 1996, commercial fishermen (watermen) began noticing unusual "punched-out" necrotic ulcers and erratic swimming behaviour in fish in the Pocomoke River and nearby estuaries on the eastern shore of the Chesapeake Bay, Maryland, USA (figure). Fish with these lesions were sporadically observed throughout the winter, and were seen in increasing numbers throughout the spring and summer of 1997. In studies by the Maryland Department of Natural Resources, almost all Atlantic menhaden collected in surveys on the Pocomoke River between June 17 and Aug 27, 1997, had these characteristic skin lesions, as did smaller numbers of other fish species. In August, 1997, there were several fish kills in the Pocomoke. *Pfiesteria piscicida* and at least one other toxic *Pfiesteria*-like dinoflagellate species were seen in light and scanning electron microscope analysis of water samples from the affected rivers (personal communication, J Burkholder, North Carolina State University, USA). Species in the toxic *Pfiesteria* complex had been identified as the cause of similar lesions and massive fish kills in North Carolina,[1–3] with laboratory studies showing that the neurological symptoms and skin lesions in fish were associated with release of specific toxins into the water.

Watermen working on the Pocomoke estuary began to experience health difficulties in autumn, 1996. Symptoms became more prominent during fish epidemics in spring, 1997, when reports of human illness first reached the county health department. Complaints included fatigue, headache, respiratory

**Departments of Neurology** (L M Grattan PhD), **Medicine** (D Oldach MD, Prof J G Morris Jr MD), **Dermatology** (M H Lowitt MD, C L Kauffman MD) **Pathology** (C L Kauffman), **and Epidemiology and Preventive Medicine** (Prof J R Hebel PhD, J G Morris Jr), **University of Maryland School of Medicine, Baltimore; Department of Medicine** (T M Perl MD, Prof P Charache MD), **Johns Hopkins University School of Medicine and Johns Hopkins School of Hygiene** (T M Perl, P Charache), **Baltimore; Department of Health and Mental Hygiene** (D L Matuszak MD, M P Wasserman MD), **Baltimore; Somerset County Health Department** (C Dickson MEd, C Parrott MS), **Westover; and Pocomoke City** (R C Shoemaker MD), **Maryland, USA**

**Correspondence to:** Prof J Glenn Morris Jr, University of Maryland School of Medicine, Rm 934, 10 S Pine St, Baltimore MD 21201, USA (e-mail: jmorris@umppa1.ab.umd.edu)



**Chesapeake Bay and affected waterways (detail of affected area, right)**

irritation, diarrhoea, weight loss, skin irritation and rashes, and memory difficulties. With concerns accentuated by fish kills, the Maryland Department of Health and Mental Hygiene asked the University of Maryland School of Medicine and the Johns Hopkins University School of Medicine in August, 1997, to assess these complaints further.

## Methods

We assessed 24 people who had had direct contact with the Pocomoke River and other estuarine waters of the Chesapeake Bay during periods of fish kills or at times when fish with active *Pfiesteria*-like lesions were present. This group included seven of the eight watermen who regularly harvested fish or shellfish on the Pocomoke River. Individuals were usually assessed within 2 weeks of their last exposure to affected waterways, with many still having daily water contact at the time of their initial examination. Studies were approved by the appropriate institutional review boards at the University of Maryland, Baltimore, the Johns Hopkins University, and the Maryland Department of Health and Mental Hygiene.

### Exposure categories

We divided cases into high, medium, and low exposure comparison groups based on the following criteria:
*High exposure*—People in contact with affected waterways for 6–8 h per day on an almost daily basis. This category included extensive contact of skin with water, as well as exposure to aerosolised spray from the water.
*Moderate exposure*—People who spent 8–20 h per week assessing fish or collecting water samples from affected waterways for periods ranging from several weeks to several months. In some instances, this category included intense exposure to affected waters during fish-kill events. Most individuals wore some type of protective clothing (rubber gloves, boots, aprons) but did have contact with affected fish and the water from which they were collected; these individuals also reported exposure to aerosolised spray.
*Low exposure*—Individuals who had little or no direct skin contact with water, but were exposed to the Pocomoke by riding in boats during active fish-kill events. Total exposure time was generally less than 40 h per person in total.

### Study participants

Given a structured questionnaire, all exposed people provided detailed information on contact with affected waterways and with fish that had skin lesions or behaviour characteristic of exposure to toxins produced by *P piscicida* or *Pfiesteria*-like species. We also asked individuals about the presence or absence of symptoms that, in initial interviews, were purported to be linked with exposure to affected rivers.

For analysis of symptom data, people in the high-exposure group (most of whom were watermen) were compared with a group of eight control watermen recruited from the ocean side of the Delmarva peninsula, where *Pfiesteria* activity had not been recorded. 13 people in the high-exposure and moderate-exposure groups underwent detailed medical and dermatological examinations. We carried out pulmonary-function testing, skin biopsy if indicated, delayed-type hypersensitivity testing (skin tests for anergy using mumps and candida antigens), and laboratory assessments. Laboratory tests included complete blood count with differential serum electrolytes, blood urea nitrogen, creatinine, liver panels (bilirubin, albumin, and transaminases), lymphocyte subset determinations (CD3, CD4, CD8, CD19, and CD16), and quantitative immunoglobulin measurement by nephelometry (IgG, IgA, IgM).

### Neuropsychological studies

All participants were screened with standard neuropsychological measures. The psychometric tests were selected on the basis of several factors, including the previously reported complaints about cognition and memory of individuals exposed in a laboratory setting to *Pfiesteria*-related toxins; complaints of confusion, forgetfulness, and prospective memory difficulties that had been relayed to Maryland community physicians; knowledge that the putative deficits were potentially subtle and not detectable by standard neurological mental-status examination (D E Schmechel, Duke University Medical Center, Durham, NC, USA; August, 1996: personal communication); and the psychometric properties of the tests. We selected tests with adequate published reliability and validity, norms based on age and education, test-retest reliability, alternate and equivalent forms (when possible), and previously demonstrated sensitivity to the potential effects of neurotoxins. The test battery included four experimental measures, six measures to describe or equate the study groups,

EARLY REPORT

| Neuropsychological symptoms: | High exposure (n=11) | Moderate exposure (n=7) | Low exposure (n=4) | Controls (n=8) |
|---|---|---|---|---|
| confusion, episodes of disorientation, new or increasing forgetfulness, or difficulties concentrating | 9 (82%) | 6 (86%) | 2 (50%) | 1 (13%) |
| Headache | 9 (82%) | 5 (71%) | 2 (50%) | 1 (13%)* |
| Skin lesions | 8 (73%) | 4 (57%) | 1 (25%) | 1 (13%)† |
| Skin burning on contact with water | 5 (45%) | 6 (86%) | 1 (25%) | 2 (25%)‡ |
| Diarrhoea | 5 (45%) | 4 (57%) | 2 (50%) | 1 (13%) |
| Nausea/vomiting | 7 (64%) | 4 (57%) | 0 | 1 (13%) |
| Abdominal cramps | 4 (45%) | 4 (57%) | 1 (25%) | 1 (13%) |
| Joint pain | 5 (45%) | 2 (29%) | 1 (25%) | 2 (25%) |
| Muscle/leg cramps | 8 (73%) | 2 (29%) | 1 (25%) | 2 (25%) |
| Eye irritation | 6 (55%) | 2 (29%) | 2 (50%) | 4 (50%) |
| Sinusitis | 5 (45%) | 5 (71%) | 3 (75%) | 3 (32%) |
| Shortness of breath | 2 (18%) | 4 (57%) | 1 (25%) | 2 (25%) |
| Pneumonia | 2 (18%) | 1 (14%) | 0 | 0 |

*p<0.01, Fisher's exact test, two tail, comparing high-exposure group with controls.
†p<0.05, Fisher's exact test, two tail, comparing high-exposure group with controls.
‡ Control watermen reported seeing sea nettles in association with sensation of burning skin; affected individuals denied sea nettle contact. If two controls with complaints of skin burning are presumed to have had contact with sea nettles and are excluded, p<0.05, Fisher's exact test, two tail.

Table 1: Symptoms of people examined

and four measures to screen for factors that could potentially confound test administration or interpretation. The four experimental measures (full details of which are available on request from the authors) were as follows:

*Rey Auditory Verbal Learning Test (AVLT)*—We used this test[a] to measure the capacity for new verbal learning and memory for complex verbal information. Reliable, alternate forms are available: List A[a] was used for the first assessment (time 1) and List C[a] for the follow-up assessment (time 2). Scores from trial 5 of the learning trials were used for primary data analysis as a measure of the individuals' maximum capacity for learning or encoding new complex verbal information. We made standard score conversions (T-score) using published norms for trial 5.[7]

*Stroop Color-Word Test*—We administered this test[8] to assess resistance to interference and selective attention. Scoring was completed for each trial on the basis of the number of words or colours read in 45 s; we used the T-score for the colour-word interference for data analysis.[9]

*Trails B of the Trailmaking Test*—This test[10] assessed complex, divided-attention, or multiple-tracking abilities.[4] Scoring is based on the time to accurate task completion and T-score conversions were made by means of the norms of Davies.[12] At the second administration, we used an alternate, equivalent form from the Pathways Test.[11]

*Grooved-Pegboard Test*—We administered this test to assess fine motor speed and dexterity. We used the time to completion for the participant's dominant hand for data analysis; T-score conversions were made by use of published norms.[13]

The measures we used to describe or equate the exposed and non-exposed participant groups included the Digit Span (simple attention and concentration), Digit Symbol (visual scanning, clerical speed and accuracy) and Block Design (constructional praxis) subsets of the revised Wechsler Adult Intelligence Scale (WAIS-R), and the Controlled Oral World Association Test (COWA; verbal fluency). The Visual Retention Test was used to assess simple visual memory; this test involves the immediate reproduction of easy geometric designs. We also calculated a Barona index for each participant as an estimate of premorbid intelligence.[14] This demography-based index gives a premorbid IQ estimate for the WAIS-R.

We administered six measures to assess potential confounding factors in the administration or interpretation of the neuropsychological tests. These included the Profile of Mood States to screen for anxiety or depression, psychological variables that could potentially impair performance on measures of memory, psychomotor speed, and selective or divided attention. Rudimentary naming and visual-perceptual abilities were also screened by means of items from the Visual Naming Test of the Multilingual Aphasia Exam and the Hooper Organisation Test. Temporal orientation (Temporal Orientation Test) and reading comprehension (selected items from the Boston Diagnostic Aphasia Exam) were screened to insure that the individual was capable of completing valid informed consent, interview, and neuropsychological test procedures. Finally, we used the Rey 15-item Memory Test as a screen for factitious or simulated memory difficulties.[4] If the participant obtained a score of 9 or lower on the test or if we had any other reason to suspect functional memory complaints (eg, symptom exaggeration beyond clinical performance, recognition memory more impaired than free-recall performance on Rey AVLT), we reviewed the participant's history and other potential indicators of functional memory complaints for corroborating evidence of the potential for feigning memory impairment.[15] If there was any reason to suspect feigned memory impairment or symptom exaggeration, the participant was excluded from the data analysis. People with functional or anatomical reasons for test abnormalities were also excluded from analysis.

Controls were selected for exposed people on the basis of age, sex, and educational and occupational status. All tests were administered and scored according to standard procedures by trained examiners unaware of the exposure histories of the exposed and 11 of 19 control participants. We used scaled or standardised T-scores for data analysis at the time of initial testing to allow a more direct comparison across participants and measures. Raw scores were used for change-score calculations computed after follow-up assessment.

*Statistical methods*

We used parametric analyses to assess the differences in T-scores and changes in raw scores among the four exposure groups (the within-group frequency distributions were not

| | Exposure | | | | Total |
|---|---|---|---|---|---|
| | None | Mild | Moderate | Severe | |
| Mean (SD) age in years | 38·94 (8·93) | 38·00 (4·36) | 39·43 (12·41) | 39·89 (10·36) | 39·18 (9·53) |
| Mean (SD) education in years | 13·32 (2·49) | 13·67 (2·08) | 14·71 (2·36) | 11·22 (2·05) | 13·32 (2·49) |
| Sex (M/F) | 15/4 | 3/0 | 4/3 | 6/1 | 30/8 |

Table 2: Demographic variables

| | Exposure | | | | Results | |
|---|---|---|---|---|---|---|
| | None (n=19) | Mild (n=3) | Moderate (n=7) | Severe (n=9) | ANOVA | Linear trend |
| Mean (SD) Rey AVLT trial 5 T-score | 54·21 (7·32) | 35·33 (14·74) | 38·57 (13·15) | 19·56 (16·69) | p<0·0001 | p<0·0001 |
| Mean (SD) Stroop Interference T-score | 51·58 (7·99) | 39·00 (2·00) | 48·83 (11·36) | 39·78 (10·87) | p=0·011 | p=0·006 |
| Mean (SD) Trails B T-score | 57·32 (7·59) | 48·67 (7·77) | 50·71 (14·27) | 48·11 (10·87) | p=0·100 | p=0·021 |
| Mean (SD) Grooved Pegboard T-score | 52·53 (9·87) | 43·33 (14·43) | 54·29 (11·70) | 36·11 (14·09) | p=0·006 | p=0·008 |

Table 3: Experimental neuropsychological measures at time 1

substantially skewed and tests for heterogeneity of variances were not significant). A one-way ANOVA was used to assess the overall between-group variability in means. We tested for a dose-response trend using the linear component of the between-group sum of squares. We used a Student's $t$ test to measure significance for the comparison of mean T-scores and mean changes between exposed watermen and their own control group.

## Results

Two of the 24 exposed people were excluded from analysis because complete data on symptoms were not available. The most commonly reported symptoms that distinguished the exposed from the control groups were neuropsychological, including acute confusion, episodes of disorientation, new or increasing forgetfulness, or difficulties concentrating (table 1). Memory difficulties described by patients included driving in a car towards predetermined destinations, unable to recall where they were expected to go or what they should do on arrival. They described doing such activities as mailing packages, then forgetting that they had done so. Those who needed to remember measurements were unable to remember numbers; others could not remember to bring routine equipment on board boats, and found themselves on the water without required supplies.

Other reported symptoms included headaches, skin lesions, and skin burning on contact with water. Skin burning was consistently described as an episodic sensation ("like acid" or "stinging") that was relieved by washing with bottled water or resolved spontaneously within 12 h after water contact. Although not significantly different from controls, exposed individuals also reported severe leg cramps and acute respiratory difficulties or irritation associated with exposure to affected waterways. No consistent or unexpected abnormalities were identified on physical examination. Pulmonary function was normal or consistent with history of tobacco use. Laboratory studies were normal except for one person who had a urinary-tract infection. Exposed people showed normal immunological function with appropriate responses to antigens, normal T-cell subset percentages and absolute counts, and normal

immunoglobulin concentrations. Complete blood counts and differentials, serum electrolytes and creatinine, transaminase concentrations (alanine aminotransferase and asparate aminotransferase), and albumin and bilirubin concentrations were normal in all but one person (with raised alanine aminotransferase and asparate aminotransferase due to what seemed to be a previously unrecognised infection with hepatitis C virus).

Full cutaneous examinations revealed four exposed people with unexplained or suspicious lesions; three lesions were erythematous papules (arm, abdomen, and flank) and one was a scaling patch on the foot. All lesions appeared non-descript; the papules resembled arthropod bites, and the patches resembled nummular eczematous dermatitis. In addition, several common dermatoses occurred, including lamellar dyshidrosis, pruritic, or vesiculated skin lesions, which resolved. Review of clinical photographs of one person taken at the time of initial onset of symptoms revealed several annular erythematous patches and plaques over exposed body surfaces.

The most common findings by skin biopsy included a superficial and/or deep perivascular, periadnexal, or interstitial lymphohistiocytic infiltrate (six of eight biopsy samples assessed), epidermal spongiosis (four of eight), and prominent eosinophils (two of eight). Periodic-Acid/Schiff and Brown and Bren Stains were negative in five of five specimens tested. We recorded no dinoflagellate forms. Findings were consistent with reactive erythema or allergic or toxic reaction (four of eight), folliculitis versus toxic reaction (two of eight), eczematous versus psoriasiform dermatitis (one of eight), and inflamed verrucous keratosis (one of eight).

### Neuropsychological studies

General tests—Of the 24 exposed people seen for neuropsychological examination, five were excluded from data analysis because factors other than *Pfiesteria* exposure could potentially explain their abnormal findings (previous right-cerebral-hemisphere tumour resection [one]; developmental learning disabilities

| | Exposure | | | | Results | |
|---|---|---|---|---|---|---|
| | None (n=12) | Mild (n=1) | Moderate (n=4) | Severe (n=5) | ANOVA | Linear trend |
| Mean (SD) Rey AVLT trial 5 change score | 0·75 (1·66) | 3·00 (0) | 2·25 (2·06) | 4·20 (1·30) | p<0·001 | p<0·001 |
| Mean (SD) Stroop Interference change score | 0·00 (6·80) | −2·00 (0) | 3·00 (6·83) | 12·60 (5·68) | p=0·017 | p=0·004 |
| Mean (SD) Trails B change score | −4·63 (10·36) | −21·00 (0) | −4·75 (8·85) | −29·60 (33·1) | p=0·099 | p=0·057 |
| Mean (SD) Grooved Pegboard change score | 3·82 (7·40) | −2·00 (0) | −2·00 (4·55) | −1·60 (12·54) | p=0·010 | p=0·010 |

Table 4: Change scores on experimental neuropsychological measures

EARLY REPORT

| | Exposure | | ANOVA |
| | No (n=12) | Yes (n=10) | |
|---|---|---|---|
| Mean (SD)<br>Rey AVLT trial 5<br>T-score | 51·75 (10·09) | 40·90 (11·38) | p=0·059 |
| Mean (SD)<br>Stroop Interference<br>T-score | 51·75 (7·34) | 53·20 (6·32) | p=0·405 |
| Mean (SD)<br>Trails B<br>T-score | 56·50 (8·30) | 58·80 (5·03) | p=0·558 |
| Mean (SD)<br>Grooved Pegboard<br>T-score | 44·33 (16·63) | 48·30 (9·90) | p=0·513 |

Table 5: Experimental neuropsychological measures at time 2

[two]; suspected exaggerated memory impairment [one]; and a premorbid history of abnormal mental decline suggestive of multi-infarct dementia [one]). The 19 remaining exposed individuals were matched with 19 controls (non-exposed participants) based on age, sex, and educational and occupational status (table 2). Both the exposed and non-exposed groups each comprised eight commercial fishermen, one skilled labourer, five semi-professional employees, three clerical or technical employees, and two graduate students as members.

Based on screening examination, all participants were temporally oriented and there was no difference between exposure groups with respect to these scores (t=0·30, p=0·35). All participants also showed intact and equivalent performances on screening measures of reading comprehension (all had 100% accuracy), perceptual judgement (t=1·51, p=0·14), and naming (t=1·02, p=0·31). The average Barona index for premorbid full-scale IQ was 104·5 for the exposed individuals and 105·1 for the non-exposed participants (t=0·23, p=0·81). The estimated premorbid verbal IQ was 104·8 for the exposed individuals and 105·9 for the non-exposed people (t=0·41, p=0·68). The estimated premorbid performance IQ for the exposed participants was 102·7, and 103·4 for the non-exposed participants (t=0·30, p=0·76).

Similarly, we found no significant differences between the exposed (mean 9·89) and non-exposed (9·68) groups with respect to performance on measures of simple attention (Digit Span, t=0·26, p=0·80); constructional praxis (Block Design, exposed mean 10·78, non-exposed mean 10·84; t=0·07, p=0·94); verbal fluency (COWA, exposed mean 39·59, non-exposed mean 40·16; p=0·86); or simple visual memory (Visual Retention Test errors, exposed mean 4·72, non-exposed mean 3·95). On the Digit Symbol subtest of the WAIS-R, which measures clerical speed and accuracy, we found a significant difference between the groups—the exposed individuals obtained a mean score of 9·83 (SD 2·01) compared with the non-exposed-group mean of 11·95 (2·72; t=2·67, p=0·01). Follow-up analysis of this data indicates that this difference is accounted for by the severely exposed group (mean 8·63) compared with the entire non-exposed group, and is not maintained when the watermen are compared with their own occupational controls (exposed-watermen mean 8·67 [SD 2·34], non-exposed watermen mean 11·13 [3·13; t=1·54, p=0·15]).

None of the exposed or non-exposed individuals obtained scores outside the normal range (a T-score >60 or <40) on the depression or anxiety scales of the Profile of Mood States. Two severely exposed watermen

obtained T-scores of 66 on fatigue subscale, endorsing items consistent with complaints of feeling tired. Six of eight exposed watermen and seven of eight control watermen had increases above the normative mean on the Vigor Scale—a subjective measure of physical robustness, energy, enthusiasm, and well-being.

Finally, we found no difference in performance on the Ray 15-item measure (simulated memory screen) between the two groups—the exposed participants obtained a mean score of 14·5 and the non-exposed individuals a mean score of 14·8 (t=0·87, p=0·38).

*Experimental measures*—There was a significant difference between the four exposure groups with respect to performance on Trial 5 of the Rey AVLT, the Stroop Color-Word Test, and the Grooved Pegboard Test (table 3). There was no significant difference for the exposure groups with respect to performance on the Trails B test. We also calculated a significant linear trend for the AVLT score, Stroop Color-Word Test, and Grooved Pegboard task in the direction of worse performances associated with more severe exposure.

Four other measures of the Rey AVLT were analysed, including the Trial 1 Learning score, the score for total number of words learned over five trials, the delayed-recall score, and the recognition score. There was no difference between exposed individuals and controls for the number of words learned at trial 1 (t=1·15, p<0·26). We found significant differences between the cases and the controls for the total number of words learned over all five learning trials (t=4·80, p<0·001). The high-exposure group learned significantly fewer words than the moderate, low, or control groups (F=11·3, p<0·0001), with a significant linear trend (p<0·0001). We also found significant differences between the groups in the delayed free-recall and recognition scores (F=9·34, p<0·0001 *vs* F=5·51, p=0·004). However, these latter differences were not significant after controlling for number of words learned.

Most of the individuals in the severe-exposure group (eight of nine) were watermen, an occupational group with the least education and a unique range of occupational experiences and exposures. Hence, in separate analysis, we compared the findings of this group with their matched occupational controls. Findings indicate that a significant difference in performance was maintained between the exposed and the non-exposed watermen (mean 14·57 [SD 7·00] *vs* 55·50 [5·42]) on Trial 5 of the AVLT (p<0·0001). Differences also occurred between the exposed and the non-exposed watermen (38·14 [9·97] *vs* 50·88 [5·82]) on the Stroop Interference Task (p=0·009). Finally, we calculated a significant difference in performance on the Grooved Pegboard task: the exposed watermen obtained a mean T-score of 36·43 (SD 13·76) compared with 50·63 (11·78) for the non-exposed watermen (p=0·05).

When data from the excluded cases were included in these analyses, they strengthened the observations. We also compared the findings of people with exposure histories known to the examiners and those for whom the examiners were unaware of exposure status. There were no differences in scores on any cognitive measure for these two groups.

*Neuropsychological follow-up of exposed cases*—Within 14 days of our initial examination, estuarine waters known to have fish with lesions and behaviour

suggestive of toxins produced by *Pfiesteria piscicida* or *Pfiesteria*-like species were closed to the public. To our knowledge, the exposed individuals had no further exposure to the affected waterways.

10–12 weeks after the most recent exposure, follow-up studies were undertaken to assess the natural time-course of recovery from exposure. All the previously exposed individuals were invited for follow-up testing. 14 returned for testing. Two of 14 had been excluded from initial analysis, and were excluded again from analysis on repeat testing. For two additional people, there were uncertainties about possible symptom exaggeration on retesting. The remaining ten participants met the inclusion criteria described in study 1, were included in study 1, and were subsequently included in the data analysis for study 2. The exposed individuals lost to attrition (n=5) did not differ with respect to demographic or neuropsychological measures at time 1 from those who returned for testing. 12 of the original non-exposed individuals, matched for age, education, sex, and occupational status, also underwent repeat testing. All participants for the follow-up testing received the same battery of tests administered at time 1; alternate forms were used when available.

ANOVA of change scores indicated a significant improvement in scores on trial 5 of the AVLT and the Stroop Interference Test (table 4). The exposed groups learned significantly more words on the list by trial 5 and were less susceptible to interference on the Stroop. There was also a linear trend in these improved performances, with those individuals who had the worst initial performance showing the most improvement in follow-up assessment. Once again, because the watermen from the most severely exposed group are a unique occupational group, we compared their data with their own non-exposed occupational controls. The findings were consistent with the larger sample analysis, since the change score of the exposed watermen was significantly greater (in the direction of improvement) than that of the non-exposed watermen on the AVLT trial 5 score (mean 4·20 [SD 1·30] *vs* −1·8 [1·79]). The possibility of ceiling effects for the control group arose by use of trial 5 of the AVLT as a learning score. Hence, we did additional data analyses using the total number of words learned across all five trials as a measure of new learning. Our findings were strengthened when total number of words learned was used for data analysis. The mean improvement on the Stroop Interference score for the exposed individuals was 12·60 (SD 5·68) compared with 1·80 (5·36) for the non-exposed controls (p=0·015).

When the scores of exposed and non-exposed people were compared at follow-up (table 5), there was no significant difference on the Grooved Pegboard task, the Stroop Interference score, or the Trails B test. A significant difference remained on the trial 5 score of the Rey AVLT, despite significant improvement among those in the exposed groups. On further analysis of these data, two of the most severely exposed and affected individuals continued to have deficient or impaired performance on this measure, despite improvement from the first testing period. The other exposed participants had improved to well within the mean performance range.

The two people with residual impairments at their 10–12 week follow-up examination were studied again at 6 months' post-exposure. They reported improvement in their functional daily memory, and had normal performances on all cognitive measures.

## Discussion

We report a new clinical syndrome that includes alterations in specific aspects of neuropsychological function. Complaints of memory difficulties, headache, skin lesions, and skin burning upon contact with water dominate the clinical presentation. The most consistent objective finding among exposed individuals is a pattern of deficits in new learning and selective and divided attention. These deficits occur within the context of otherwise normal performances on other neuropsychological measures—including tests of temporal orientation, constructional praxis, visual memory for simple geometric designs, attention, concentration, and language abilities—and cannot be attributed to age, education, occupational status, or other premorbid neurological, psychiatric, or academic factors. On the basis of our repeat-testing results, deficits may be expected to improve significantly within 3–6 months after cessation of exposure to affected waters.

Our sample of patients, though largely self-selected, encompassed most of the people known to have moderate-to-high exposure to the Pocomoke River. Our data thus suggest a picture of the more severe end of the spectrum of human-health effects associated with chronic exposure to water when toxin-producing *Pfiesteria piscicida* and other toxic *Pfiesteria*-like species are present. Milder manifestations might exist, which may not be readily detectable on routine screening examination. At the other end of the spectrum, there are reports of a global confusional syndrome associated with acute exposure to the toxin;[1] further studies are needed to confirm and characterise these symptoms. Some cutaneous lesions were found that could not be otherwise explained. Although clinical and histopathological findings were consistent with a toxic allergic reaction, further studies are needed to determine their significance.[16] We did not see evidence of respiratory difficulties that could be directly linked to exposure to affected waterways. Again, however, this symptom may be more transient than the neuropsychological manifestations, and would be more prominent in a cohort of acutely exposed individuals.

Identification of the syndrome is also complicated by our current need to rely on neuropsychological criteria for its diagnosis. From the beginning, we were concerned about the possibility of symptom exaggeration or malingering among participants, and took great care in designing the test battery to enable us to identify such behaviour.[15,17] In our initial testing, there was only one instance in which we felt there might be symptom exaggeration. Participants were unfamiliar with the test measures; neither we nor the participants knew which, if any, results might prove important or significant in defining the syndrome. Also, participants tended to be young, vigorous, self-employed individuals who had little to gain by feigning illness. In our repeat testing (at a time when there was local public awareness of a *Pfiesteria*-associated syndrome, information about critical tests was more widely known, and people had experience with the test format) we saw more evidence

of possible symptom exaggeration, leading us to exclude two additional individuals from the follow-up analysis. We also recognise that inherent in the use of multiple neuropsychological screening measures is a risk of inappropriate focusing on the statistical signficance of a single test. However, the overall pattern of neuropsychological disturbance seen in our patients, combined with the extent to which these measures systematically fluctuated with exposure level and recovery, argues against this possibility.

The patients examined in this study expressed their cognitive impairment in terms of memory difficulties. However, neuropsychological testing identified what seemed to be a higher cognitive dysfunction that could interfere with functional or everyday memory. The most striking impairments were on the learning measures of the Rey AVLT, which involves recall of a list of 15 unrelated words for five trials; 30 min after the last trial, the person is asked to recall as many words from the list as they can in both free-recall and recognition paradigms. To learn this list of 15 unrelated words successfully, an individual must be able to allocate complex attentional, divided-attention, and executive resources towards forming new associations. In our patients, disruption of selective and divided-attention capacities may have selectively limited their capacity for learning lists of complex words but not for delayed recall (ie, they had difficulties in learning, but, once something was learned, they could remember it). This hypothesis is consistent with a 1996 study that suggested that divided-attention deficiencies selectively impair the encoding or initial learning process of memory, but not retrieval of the newly learned information.[18] This pattern of neuropsychological findings has not, to our knowledge, been reported in association with exposure to other dinoflagellate toxins.[19–23] Interestingly, there are suggestions that similar impairments in higher cognitive function (in a very different clinical setting) underlie some of the memory disturbances seen in people with exposures to organic solvents.[24,25]

To date, the dinoflagellate species and toxins that lead to this syndrome have yet to be fully characterised. Hence, we cannot say definitively that the clinical syndrome we recorded is directly caused by toxins produced by *Pfiesteria piscicida* or *Pfiesteria*-like dinoflagellates. However, a convergence of evidence supports this hypothesis. First, onset of symptoms in our cases occurred during periods when erratic fish behaviour and numerous fish with lesions were seen, with no other clear reason found to explain the human presentations. Second, *Pfiesteria piscicida* and a second toxic *Pfiesteria*-like species were identified in the Pocomoke estuary in May during a fish-lesion epizootic and again at the time of the August fish kills; also, fish in the affected waterways had the very distinctive lesions known to be associated with fish exposed to *Pfiesteria* toxins in natural and laboratory settings.[2] Third, the reported cognitive deficits in three people exposed to *Pfiesteria*-like dinoflagellates and *Pfiesteria* toxins in the laboratory were similar to those of our cases.[1] Fourth, there is now a report[26] of learning difficulties in laboratory rats associated with exposure to water from aquaria containing *Pfiesteria* toxins. Finally, we observed a signficant dose-response effect. Individuals with more intense exposures had more severe disease; these

individuals also showed a significantly greater degree of recovery after cessation of exposure to affected waterways.

Our investigation of the human-health effects of exposure to waterways containing toxic *Pfiesteria* or *Pfiesteria*-like dinoflagellates has allowed us to outline elements of a clinical syndrome and generate potentially helpful hypotheses for further study. The link between *Pfiesteria* and *Pfiesteria*-like dinoflagellates, their toxins, and health effects in humans beings, needs to be clarified. Mechanisms responsible for the observed neuropsychological symptoms remain to be defined. Data are needed on the type and degree of exposure necessary to cause clinical symptoms, and further information on the natural history of illness is required. More comprehensive neuropsychological measures are needed to characterise further the potential range of neurocognitive symptoms. More fundamentally, there is a need to explore the environmental basis for the emergence of this new pathogen (with its propensity for killing fish) in the Chesapeake Bay region, and its relation to toxic *Pfiesteria*-like dinoflagellates in other coastal areas.

### Contributors

Lynn M Grattan was responsible for selection and administration of the neuropsychological tests and the writing of the paper. David Oldach had a key role in the assessment of patients and in the study design. Trish M Perl participated in epidemiological design of the study and in case identification. Mark H Lowitt was responsible for design and implementation of dermatological aspects of the study; he was assisted by Lisa Kauffman. Diane Matuszak and Martin P Wasserman were responsible for setting up the initial case assessments, and for outlining the scope of the studies. Curtis Dickson and Colleen Parrott are with the county health department, where the studies were done, and were responsible for designing and recruiting the panels of patients. Ritchie C Shoemaker first assessed patients with *Pfiesteria* exposure, for whom he contributed data to the paper. J Richard Hebel assisted in study design and carried out statistical analyses. Patricia Charache participated in the medical assessment of the study participants, and was the lead Johns Hopkins physician on the team. J Glenn Morris was team leader, with contributions to the design and implementation of the study, and the writing of the paper. All authors reviewed and contributed to the preparation of the final typescript.

### Acknowledgments

We thank the staff of the Somerset County Health Department, without whom these studies would not have been possible; Kate Tracy and Deborah Greenberg for their assistance with the neuropsychological testing and data management; students from the Johns Hopkins School of Public Health, especially Jonathan Golub, Jeff Hegeman, Adrianna Lopez, and O Obasanjo; Georges Benjamin, Maryland Department of Mental Hygiene, for administrative and study-design assistance; Dirk Haselow, for assistance in study coordination; Adam Karpati, Centers for Disease Control, for assistance in questionnaire design and administration; and the affected individuals and their families for their patience and good nature.

Grant support was provided by the Maryland Department of Health and Mental Hygiene, the Heinz Family Foundation, and the National Institute of Environmental Health Sciences.

### References

1   Glasgow HB Jr, Burkholder JM, Schmechel DE, Tester PA. Insidious effects of a toxic estuarine dinoflagellate on fish survival and human health. *J Toxicol Environ Health* 1995; 46: 501–22.

2   Burkholder JM, Noga EJ, Hobbs CH, Glasgow HB Jr. New "phantom" dinoflagellate is the causative agent of major fish estuarine fish kills. *Nature* 1992; 352: 407–10.

3   Noga EJ, Smith SA, Burkholder JM, Hobbs C, Bullis RA. A new ichthyotoxic dinoflagellate: cause of acute mortality in aquarium fishes. *Vet Rec* 1993; 133: 96–97.

4   Rey A. L'examen clinique en psychologie. Paris: Presses Universitaires de France, 1964.

5   Schmidt M. Rey Auditory Verbal Learning Test: a handbook. Los Angeles: Western Psychological Services, 1996.

6  Lezak M. Neuropsychological assessment (3rd edn). New York: Oxford University Press, 1995.

7  Selnes OA, Jacobson L, Machado AM, et al. Normative data for a brief neuropsychological screening battery. *Percep Mot Skills* 1991; 73: 539–50.

8  Golden CJ. The Stroop Color and Word Test. Chicago: Stoelting, 1978.

9  Army Individual Test Battery: manual of directions and scoring. Washington, DC: War Department, Adjuvant General's Office, 1944.

10 Reitan R. Trail Making Test: manual for administration and scoring. Reitan Neuropsychology Laboratory, 1992.

11 Leiter R. Leiter Adult Intelligence Scale. Wood Dale, Illinois: Stoelting Company, 1972.

12 Davies A. The influence of age on Trail Making Test performance. *J Clin Psychol* 1968; 24: 96–98.

13 Heaton RK, Grant I, Matthews CG. Differences in neuropsychological test performance associated with age, education, and sex. In: Grant I, Adams KM (eds). Neuropsychological assessment of neuropsychiatric disorders. New York: Oxford University Press, 1986.

14 Barona A, Reynolda C, Chastain R. A demographically based index of premorbid intelligence for the WAIS-R. *J Consult Clin Psychol* 1984; 52: 885–87.

15 Greenberg DR, Tracy JK, Grattan LM. A critical review of the *Pfiesteria* hysteria hypothesis. *M Med J* 1998; 47: 133–36.

16 Lowitt MH, Kauffman CL. *Pfiesteria* and the skin: a practical update for the clinician. *M Med J* 1998; 47: 124–26.

17 Rogers R. (ed). Clinical assessment of malingering and deception, 2nd edn. New York: Guilford Press, 1997.

18 Craik FM, Govini R, Naveh-Benjamin M, Anderson ND. The effects of divided attention on encoding and retrieval processes in human memory. *J Exp Psychol Gen* 1996; 125: 159–80.

19 Perl TM, Bedard L, Kosatsky T, Hockin JC, Todd ECD, Remis RS. An outbreak of toxic encephalopathy caused by eating mussels contaminated with domoic acid. *N Engl J Med* 1990; 322: 1775–80.

20 Teitelbaum JS, Zatorre RJ, Carpenter S, Gendron D, Evans AC, Gjedde A, Cashman N. Neurologic sequelae of domoic acid intoxication due to the ingestion of contaminated mussels. *N Engl J Med* 1990; 322: 1781–87.

21 Cendes F, Andermann F, Carpenter S, Zatorre RJ, Cashman NR. Temporal lobe epilepsy caused by domoic acid intoxication: evidence for glutamate receptor-mediated excitotoxicity in humans. *Ann Neurol* 1995; 37: 123–26.

22 Morris JG Jr. Natural toxins associated with fish and shellfish. In: Blasser MJ, Smith PD, Ravdin JI, et al (eds). Infections of the gastrointestinal tract. New York: Raven Press, 1995: 251–56.

23 Sakomoto Y, Lockey RF, Kranowski JJ. Shellfish and fish poisoning related to the toxic dinoflagellates. *South Med J* 1987; 80: 866–72.

24 Morrow LA, Robin N, Hodgson MJ, Kamis H. Assessment of attention and memory efficiency in persons with solvent neurotoxicity. *Neuropsychologia* 1992; 30: 911–22.

25 Stollery B, Flindt M. Memory sequelae of solvent intoxication. *Flindt J Work Environ Health* 1988; 14: 45–48.

26 Levin ED, Schmechel DB, Burkholder JM, et al. Persisting learning deficits in rats after exposure to *Pfiesteria Piscicida*. *Environ Health Perspec* 1997; 105: 2–7.

CASE REPORT

## Case report

# A nurse with a rash on her neck

H Aarset, U M Fagerli, S L Opsjøn, S Skarsvåg

A nurse aged 55 years had flu-like symptoms and a vesicular rash on her neck, about 4×4 cm. She thought that the rash might be caused by irritation from a label inside the collar of her coat. The next day she noticed lymph-node enlargement on both sides of her neck. Because she worked in a surgical department, she asked a surgeon about the lumps. The surgeon at once thought of the possibility of malignant lymphoma and removed one of the lymph nodes for histopathological investigation. The pathologist diagnosed a high-grade B-cell non-Hodgkin's lymphoma. Computed tomography of her thorax and abdomen was negative, and lactate dehydrogenase was normal. 2 weeks later she was sent to a University Hospital for further investigations and treatment. A bone-marrow biopsy specimen was normal. By that time her other lymph nodes had returned almost to normal. Microscopy of the lymph node removed showed a partly effaced structure caused by paracortical expansion and proliferation of blasts (figure A). In some areas, sinuses were preserved and dilated, suggesting an inflammatory reaction. Immunohistochemical investigation showed many blasts positive for anti-CD20 (figure B) and anti-CD30 (figure C) in the expanded paracortex. Differential diagnoses were T-cell-rich B-cell lymphoma, lymphocyte-predominant Hodgkin's disease, and virus lymphadenitis. Serological investigations did not show any sign of virus infection. PCR investigation of DNA extracted from sections of the lymph-node biopsy showed a polyclonal reaction for immunoglobulin genes (IgH) and T-cell receptor genes (TCRγ).

The patient said that she had shown her rash to an intern at the hospital where she worked, and he had told her it was herpes zoster. She did not tell the surgeon this. PCR investigations were positive for varicella zoster virus confirmed by hybridisation.[1] We concluded that her lymph-node changes were due to herpes-zoster lymphadenitis. When seen 1 month later she was well without any lymph-node enlargement.

Mistaking an infectious process in a lymph node for a malignant lymphoma is a pitfall well known to histopathologists. Epstein-Barr virus (EBV) causing Hodgkin-like changes with pleomorphic blast cells resembling Reed-Sternberg cells is probably the most often recognised and reported. With new types of lymphoma, there will be new pitfalls. The disorder we report mimicked both large-cell anaplastic lymphoma (CD30-positive blasts)



**Histology and immunohistochemistry of lymph node**
A: expanded paracortex with increased blasts (haematoxylin and eosin). B: blasts in paracortex positive for B-cell marker CD20 (DAKO L-26). C: blasts in paracortex positive for CD30 (DAKO Ber-H2).

and T-cell-rich B-cell lymphoma (CD20-positive blasts scattered in a diffusively expanded paracortex with lots of T-cells).[2] Virus infections in lymph nodes often cause characteristic, although not diagnostic, histopathological changes.[3] The histopathological diagnosis needs the support of either clinical features, serological evidence of the virus, electron microscopy, immunohistochemistry, in-situ hybridisation, or PCR investigations. Patients with virus lymphadenitis usually have a biopsy because of incomplete or thoughtless clinical investigation. In 14 of 20 cases of postvaccinial lymphadenitis the history of vaccination was overlooked during the preoperative evaluation even though the interval between vaccination and biopsy was only 7 to 15 days in half of the cases.[3] Herpes-simplex lymphadenitis is most often diagnosed in biopsy specimens from the groin in patients with undiagnosed herpes genitalis.[4] Our report emphasises the importance of a thorough clinical investigation and that the pathologist needs all the information about the patient. Corridor consultations are not the right way to deal with patients with enlarged lymph nodes.

**References**

1    Echevarria JM, Casas I, Tenorio A, et al. Detection of varicella-zoster virus-specific DNA sequences in cerebrospinal fluid from patients with acute aseptic meningitis and no cutaneous lesions. *J Med Virol* 1994; 43: 331–35.

2    Harris NL, Jaffe ES, Stein H, et al. A revised European-American classification of lymphoid neoplasms. *Blood* 1994; 84: 1362–92.

3    Hartsock RJ. Postvaccinial lymphadenitis. Hyperplasia of lymphoid tissue that simulates malignant lymphomas. *Cancer* 1968; 21: 632–49.

4    Gaffey MJ, Ben-Ezra JM, Weiss LM. Herpes simplex lymphadenitis. *Am J Clin Pathol* 1991; 95: 709–14.

*Lancet* 1998; **352:** 540

**Departments of Pathology** (H Aarset MD, S Skarsvåg PhD), **Oncology** (V M Fagerli MD), **and Microbiology** (S L Opsjøn MD), **University Hospital of Trondheim, N-7006 Trondheim, Norway**

**Correspondence to:** Dr H Aarset

**Ritchie Shoemaker**

| | |
|---|---|
| **From:** | bounce-14231207-6853820@listserv.unc.edu on behalf of Gary Greenberg [gngreenberg@gmail.com] |
| **Sent:** | Thursday, January 18, 2007 10:23 AM |
| **To:** | Occ-Env-Med-L |
| **Subject:** | [occ-env-med-l] NOAA / ES&T Jl: Pfiesteria toxin identified |

Found that the forum software blocked this, because of a URL containing characters it is told to block.

---------- Forwarded message ----------
From: Gary Greenberg <gngreenberg@gmail.com>
Date: Jan 11, 2007 2:04 AM

Science News — January 10, 2007
New Pfiesteria toxin identified

After nearly a decade of work, researchers have discovered a toxin produced by the dinoflagellate Pfiesteria piscicida.

http://pubs.acs.org/

After nearly a decade of work, researchers have discovered a toxin produced by the dinoflagellate Pfiesteria piscicida.

Something in the water killed billions of fish in eastern U.S. estuaries throughout the 1990s. When a group of scientists blamed the kills on blooms of the dinoflagellate Pfiesteria piscicida, they wrote the beginning to a detective story that would spawn bitter debate over the next 15 years.

Now, a key piece of evidence has emerged that could help bring an end to the controversy. In research published today on ES&T's Research ASAP website (DOI: 10.1021/es0612605), a team of chemists and toxicologists led by Peter Moeller of the National Oceanographic and Atmospheric Administration (NOAA) describe a newly identified ephemeral toxin produced by Pfiesteria. The key to its elusiveness over the past decade, they say, is that the toxin is produced rapidly and then vanishes quickly upon exposure to sunlight and other environmental cues.

"We would observe toxic activity, and then it would disappear," says Moeller, who spent more than 7 years characterizing the toxin using advanced analytical techniques. In the end, he resorted to working under red lights in the lab to keep the purified toxin stable long enough to study it.

During the peak of the crisis, a group of scientists led by JoAnn Burkholder of North Carolina State University described several species of the genus Pfiesteria. Burkholder published numerous papers on the high toxicity of Pfiesteria. State agencies scrambled to fund Pfiesteria monitoring projects, and the horrified public looked at fish covered in bloody lesions and wondered what the so-called "cell from hell" would do to swimmers and fishers. The scare cost the seafood industry about $43 million in revenues after one episode in Maryland alone, according to estimates by Doug Lipton of the University of Maryland. Burkholder's work, and her conflicts with industry and other scientists even spawned a popular book, And the Waters Turned to Blood.

Over the years, other groups published papers saying that Pfiesteria wasn't toxic at all. It was a parasitic fungus, or even just plain-Jane hypoxia, they said, that killed the fish. Or if it was Pfiesteria, it wasn't toxic; it was the animal-like algae's proclivity for feeding on fish skin. The oft-cited missing link was the lack of an identified toxin.

Meanwhile, the fish kills stopped after 1999. Burkholder attributes this change to the algae's sensitivity to sediment disturbance from hurricanes such as that year's Hurricane Fran. The uproar that had been dubbed "Pfiesteria hysteria" started to look more like "Pfiesteria fizzle". But debate continued within the scientific community even as the mainstream news media lost interest.

1

Now, Burkholder says the identification of the toxin will allow research to move forward. "It's like having a smoking gun," she says.

The key to identifying the toxin lay in knowing what to look for.
David Newman, chief of the natural products branch at the National Cancer Institute, provided an insight based on his 40 years of experience working with natural compounds. Moeller described to Newman the ephemeral nature of the toxin, noting that "it was only stable for a short time and relatively water soluble," says Newman. "And I asked him if he had ever thought about a metallated [metal-containing] toxin." In the end, Moeller's group identified congeners of the toxin that contain iron and copper. The molecules produce free radicals, which act "like a molecular welding torch" to wreak cellular havoc, Newman says.

However, even Moeller is careful regarding direct links between the toxin and fish kills. He purified the toxin for toxicological studies with Burkholder before it was fully characterized. "The confirmation of a toxin found as reported in this paper is that we have wild samples that are identical to our culture, so there's good evidence that it's the same toxin that killed fish. Now we have to go out into a wild bloom and identify it," Moeller says.

Others go further. "It may be toxic, but in order to kill billions of fish, there's got to be an awful lot of it and it's got to stick around long enough to kill the fish," says Robert Gawley of the University of Arkansas. Moeller acknowledges the short lifetime but says that free radicals are produced in large quantities and can act rapidly on cells.

"It's what everyone has been waiting for—the characterization of a toxin. It could open up new avenues of research and resolve many of the issues that remain, and many of the controversies," says Wolfgang Vogelbein of the Virginia Institute of Marine Science. In 2002, Vogelbein published research on Pfiesteria's toxicity in feeding behavior in Nature and on its Proceedings of the National Academy of Sciences. Both papers questioned the existence of toxigenic Pfiesteria species. The environmental relevance of the newly described toxin will need to be tested next, he says.

Moeller hopes that others will work to understand how the toxin behaves in the environment. He notes that the toxic strain he used is available to other researchers in a culture collection.

This is probably not the last time Pfiesteria will make the news.
Toxicologist Andrew Gordon of Old Dominion University sums it up nicely. "I don't think the controversy is solved by this publication, but it gives us a paper tiger to test," he says. —ERIKA ENGELHAUPT

= -- = -- = -- = -- = -- = --

FOR IMMEDIATE RELEASE
Jan. 10, 2007

MEDIA ADVISORY

http://www.publicaffairs.noaa.gov/advisories/adv137.html

PFIESTERIA TOXIN BREAKTHROUGH SUBJECT OF TELECONFERENCE BRIEFING

WHAT: Researchers from the NOAA National Centers for Coastal Ocean Science, the National Institute of Standards and Technology, the Medical University of South Carolina, and the College of Charleston
(S.C.) have formally isolated and characterized the toxin in the estuarine dinoflagellete Pfiesteria Piscicida and also have identified how the organism transforms from a non-toxic to toxic state. The findings will be published in the peer-reviewed science journal, Environmental Science and Technology, on January 11, 2007.

MEDIA TELECONFERENCE AVAILABILITY

WHEN: Thursday, Jan. 11, 2007, at 10:00 a.m.-10:45 a.m. EST Reporters will be able to ask questions via teleconference.
Call Ben Sherman, (301) 713-3066 ext. 191 or David Hall, ext. 178, for telephone call-in

number and conference password.

WHO: Peter Moeller, Ph.D., NOAA organic chemist researcher, NOAA Center for Coastal Environmental Health and Biomolecular Research, Charleston, S.C., Principal investigator and lead author of paper.

Relevant Web Sites:
NOAA National Centers for Coastal Ocean Science

NOAA Ocean Service

Media Contact:
Ben Sherman, NOAA Ocean Service, (301) 713-3066 ext. 178

= -- = -- = -- = -- = --

http://www.noaanews.noaa.gov/stories2007/s2775.htm

STUDY SHOWS PFIESTERIA TRIGGERED BY MULTIPLE COMPONENTS

Scientists Identify Mechanism for Pfiesteria Outbreaks and Discover an Aid for Harmful Algal Bloom Research Efforts

Jan. 16, 2007 — NOAA National Centers for Coastal Ocean Science scientists, along with colleagues from the National Institute of Standards and Technology, Medical University of South Carolina and College of Charleston have identified that it is metal-mediated free radical production that transform Pfiesteria piscicida and Pfiesteria Shumway from harmless dinoflagellates into toxic organisms that can cause estuarine fish kills. These free radicals are activated chemicals produced as a by-product of biological activity. (Click NOAA image for larger view of harmful algal bloom in Lake Erie taken on Sept. 15, 2006. Click here for high resolution version. Please credit "NOAA.")

The findings were published on the journal Environmental Science and Technology's Web site and are slated for print publication in the February 2007 issue of the peer reviewed journal of the American Chemical Society.

"NOAA is committed to supporting the research needed to find answers to the Pfiesteria puzzle," said retired Navy Vice Admiral Conrad C.
Lautenbacher, Jr., Ph.D., undersecretary of commerce for oceans and atmosphere and NOAA administrator. "The economic impact of harmful algal blooms in the United States averages $49 million yearly, but individual outbreaks can be extremely costly. The 1997 Pfiesteria bloom in Chesapeake Bay cost the Maryland seafood and recreational fishing industries almost $50 million in just a few months."

The team, led by Peter Moeller, Ph.D., of the NOAA Center for Coastal Environmental Health and Biomolecular Research in Charleston, S.C., identified new components, with emphasis on heavy metals, contributing to Pfiesteria toxin mortalities in certain estuarine fish species. The experiments were designed to isolate key components that lead to mortality in these fish.

Laboratory experiments were performed using sheepshead minnows—a species found in brackish conditions and tolerant of low-oxygenated water that may otherwise be inhospitable to other fish species. The experiments utilized variations in temperature, Pfiesteria bacteria, heavy metals commonly found in estuaries, brackish water and natural light.

"Definitive mortality rates in fish occurred within six hours under precise conditions of metals, temperature, light and Pfiesteria toxin," said Moeller, a NOAA research organic chemist. "After activation, the Pfiesteria toxins quickly decomposed rendering the toxin undetectable."

Moeller's collaborators at the National Institute of Standards and Technology and the Medical University of South Carolina were able to characterize the metal-containing toxin using five distinct instrumental methods: nuclear resonance spectroscopy; inductively coupled plasma mass spectrometry; liquid chromatography particle beam glow discharge mass

3

spectrometry; electron paramagnetic resonance spectroscopy, and x-ray absorption spectroscopy. The results showed that the high toxicity of the metal-containing toxins is due to metal-mediated free radical production.

This activity can explain Pfiesteria's toxicity, as well as the previously reported difficulty in observing the molecular target due to the ephemeral nature of radical species. These findings represent the first formal isolation and characterization of a radical forming toxic organic-ligated metal complex from an estuarine/marine dinoflagellate.

The findings add an increased understanding of how metals, commonly found in the estuarine and marine environment, interact with the biological systems in the environment and how those interactions potentially impact both marine animals and human health.

The discovery may not only help solve one of the more intriguing scientific puzzles of the 1990s but may also lead to a new way at looking at the toxicity of harmful algal blooms. These blooms are increasing globally and threatening human and marine health, as well as having significant economic impacts.

Moeller's team made the discovery after noting previous scientific research into the presence of free metallic radicals in the formation of toxins in other harmful algal blooms, including research that dates back to the 1920s.

"We found in looking at the literature as far back as the 1920s, that in previous research that it was the presence of a series of compounds and factors in most cases where there was a triggered toxicity of the organism," said Moeller. "We developed a hypothesis that heavy metals were the key compounds and that when combined with exposure to light and other environmental cues, they cause the formation of a toxin.
Once those precise variables change the toxin disappears."

Pfiesteria, originally identified in 1988 by North Carolina researchers JoAnn Burkholder and Ed Noga and characterized with assistance from Florida researcher Karen Steidinger, is believed to be the source of significant fish kills in the mid-Atlantic region, particularly in the Neuse River in North Carolina and the Chesapeake Bay's estuary systems during the mid-1990s.

Although it killed significant numbers of fish, it was determined that consuming fish affected by the toxin was not harmful to humans. It was, however, identified as a source of respiratory and skin rashes among fishers in the areas at the time of the fish mortality events.

NOAA, an agency of the U.S. Commerce Department, is celebrating 200 years of science and service to the nation. From the establishment of the Survey of the Coast in 1807 by Thomas Jefferson to the formation of the Weather Bureau and the Bureau of Commercial Fisheries in the 1870s, much of America's scientific heritage is rooted in NOAA. NOAA is dedicated to enhancing economic security and national safety through the prediction and research of weather and climate-related events and information service delivery for transportation, and by providing environmental stewardship of the nation's coastal and marine resources. Through the emerging Global Earth Observation System of Systems (GEOSS), NOAA is working with its federal partners, more than 60 countries and the European Commission to develop a global monitoring network that is as integrated as the planet it observes, predicts and protects.

Relevant Web Sites
NOAA Center for Coastal Environmental Health and Biomolecular Research

NOAA National Centers for Coastal Ocean Science

NOAA Harmful Algal Blooms


--
Gary N. Greenberg, MD MPH     Sysop / Moderator Occ-Env-Med-L MailList
Univ. N. Carolina School Public Health
Medical Director, Open Door Clinic at Urban Ministries of Wake Co
GNGreenberg@gmail.com               http://occhealthnews.net

---
Please remove this footer before replying to the forum.
Today's Sponsor: Integritas (http://www.integritas.com), makers of STIX Software for
Occupational Health & Safety, and Workers' Compensation managed care.

You are currently subscribed to Occ-Env-Med-L, a free announcement tool for Occupational &
Environmental Medicine.
The forum originated at Duke Univ., & is now managed at Univ. N.Carolina Your subscription
is sent to: Snk1955@aol.com To send a message to our entire community, please address it
to Occ-Env-Med-L@listserv.unc.edu To unsubscribe send a blank email to
leave-14231207-6853820U@listserv.unc.edu

# I Perspectives I Correspondence L

*The correspondence section is a public forum and, as such, is not peer-reviewed. EHP is not responsible for the accuracy, currency, or reliability of personal opinion expressed herein; it is the sole responsibility of the authors. EHP neither endorses nor disputes their published commentary.*

## Pfiesteria in Estuarine Waters: The Question of Health Risks

The conclusion of Morris et al. (2006) that "Exposure to *Pfiesteria* Species in Estuarine Waters Is Not a Risk Factor for Illness" is unsupported because *a*) a description of *Pfiesteria*–related fish kills in the Chesapeake estuaries during 1999–2002 was omitted; *b*) quantitative data on *Pfiesteria* were not collected; *c*) data on visual contrast sensitivity (VCS) were collected but not reported; *d*) a comprehensive list of other results was not presented; and *e*) data were lost due to a 30% attrition rate. These data are needed to justify or negate the conclusion.

Since the first reports of environmental *Pfiesteria*–related illness (Shoemaker 1997) and successful treatment (Shoemaker 1998), all reports were associated with concurrent *Pfiesteria*–related fish kills (Hudnell 2005). Numerous kills were reported in the Chesapeake and North Carolina estuaries through 1998 in association with *Pfiesteria*–like zoospore concentrations of 600–35,000 cells/mL water (Glasgow 2001). Grattan et al. (1998) previously reported relationships between impairment and increased time spent in Chesapeake estuaries. Although the degree of recovery could not be determined because premorbid data were unavailable, most of the untreated participants improved within 3–6 months. However, in 1999–2002 neither Maryland nor North Carolina reported *Pfiesteria* concentrations reaching 600 cells/mL and associated fish kills (Maryland Department of Natural Resources 2006; North Carolina Department of the Environment and Natural Resources 2006). Morris et al. (2006) used a polymerase chain reaction (PCR) method to detect gene sequences supposedly specific for *Pfiesteria piscicida* and *Pfiesteria shumwayae*, although the *P. shumwayae* genus may not be *Pfiesteria* (Litaker 2005; Marshall 2006). Detections of *Pfiesteria* were rare in watermen-collected samples (0.9–2.8%). The PCR method needs only a single cell or fragment for a "hit," and cell counts were not undertaken. There is no evidence, therefore, that *Pfiesteria* concentrations were sufficient to induce fish kills. Per a toxicology maxim, "the dose makes the poison"; a more appropriate conclusion is that exposure to estuarine *Pfiesteria* in the absence of *Pfiesteria*–related fish kills is not a risk factor for illness.

Morris et al. (2006) did not report data on VCS, the only indicator of neurologic function known to reveal deficits after recent and long-past exposures to *Pfiesteria* (Hudnell 2005). A 1997 North Carolina study assessed health risks from chronic exposures to *Pfiesteria*–inhabited estuaries (Hudnell 1998). Although most exposed cohort members reported past contact with fish kills, only two reported contact within a year. Only VCS showed a statistically significant deficit in exposed watermen relative to controls (Hudnell 1998; Hudnell et al. 2001). The VCS deficit increased with hours spent at fish kills. The 30% VCS deficit was not significantly associated with group differences in age, education, smoking, alcohol consumption, exposure to bright sunlight, or other occupational exposures. The VCS results were confirmed in studies of Chesapeake watermen (Ingsrisawang et al. 2000; Turf et al. 1999). VCS deficits of about 60% were observed in symptomatic patients within a day of fish-kill contact, and fully resolved as symptoms dissipated during cholestyramine therapy to eliminate toxins (Shoemaker 2001; Shoemaker and Hudnell 2001). Given the substantial evidence indicating that VCS is a sensitive and reliable indicator of *Pfiesteria*-associated impairment, these results are needed to draw conclusions.

Morris et al. (2006) used an extensive neuropsychological-test battery and assessed 21 symptoms. However, the results of most statistical comparisons were not presented. Global statements, such as "in no instance was there a consistent pattern of responses" (Morris et al. 2006), rather than a table of the results, left readers unable to reach conclusions independently. The authors' statement that there were "isolated increases in RR [relative risk] for specific symptom categories" is clarified only by their example that "there was a significant increase in cognitive symptoms among exposed watermen during the active season ... and postseason ... in 2000" (Morris et al. 2006). Although all results need not be reported, a systematic description of primary outcomes is needed to independently reach conclusions.

Participant attrition rate was 30% (45), without explanation for 13. Six patients seeking medical care during the study period (at R.C.S.'s clinic) reported withdrawing from the study because treatment was withheld for what the patients believed to be persistent effects from long-past exposures to *Pfiesteria*-related fish kills. Each of the patients met the criteria for chronic possible estuary-associated syndrome (PEAS) following differential diagnosis, and responded

positively to cholestyramine therapy. However, a description of the ultimate health outcome of people exposed to *Pfiesteria* must await follow-up results from 37 PEAS previously reported cases (Shoemaker 2001, 2006). The results of Morris et al. (2006) may be due in part to the withdrawal of participants previously affected by *Pfiesteria* exposures.

In conclusion, the results of Morris et al. (2006) are insufficient to support their conclusion that "the routine, occupational exposure to estuarine waters in which *Pfiesteria* is known to be present does not represent a significant human health risk."

*R.C.S. owns stock in a website devoted to education about biotoxin-associated illnesses, including PEAS. W.L. is the father of L. Wilson, one of the authors of Morris et al. (2006), and his wife is involved in litigation regarding her Pfiesteria–related illness.*

**Ritchie C. Shoemaker**
Center for Research on Biotoxin
Associated Illnesses
Pocomoke, Maryland
E-mail: ritchieshoemaker@msn.com

**Wayne Lawson**
Somerset County (Maryland)
Waterman's Association (Retired)
Crisfield, Maryland

### REFERENCES

Glasgow HB, Burkholder JM, Mallin MA, Deamer-Melia NJ, Reed RE. 2001. Field ecology of toxic *Pfiesteria* complex species and a conservative analysis of their role in estuary fish kills. Environ Health Perspect 109(suppl 5):715–730.

Grattan LM, Oldach D, Perl TM, Lowitt MH, Matuszak DL, Dickson C, et al. 1998. Learning and memory difficulties after environmental exposure to waterways containing toxin producing *Pfiesteria* or *Pfiesteria*-like dinoflagellates. Lancet 352:532–539.

Hudnell HK. 1998. Human Visual Function in the North Carolina Study on *Pfiesteria piscicida*. U.S. EPA # 600-R-98-132. For the North Carolina Department of Health and Human Services and the North Carolina Task Force on Pfiesteria. Chapel Hill, NC:University of North Carolina School of Public Health.

Hudnell HK. 2005. Chronic biotoxin-associated illness: multiple-system symptoms, a vision deficit, and effective treatment. Neurotoxicol Teratol 27:733–743.

Hudnell HK, House D, Schmid J, Koltai D, Wilkins J, Stopford W, et al. 2001. Human visual function in the North Carolina Clinical Study on possible estuary-associated syndrome. J Toxicol Environ Health 52:575–594.

Ingsrisawang L, Turf ME, Johnson M, Hudnell K, Palpins LA, Turf EE. 2000. A study of Virginia watermen to examine the relationship between *Pfiesteria*-like organisms and visual contrast sensitivity [Abstract]. In: CDC National Conference on Pfiesteria: From Biology to Public Health, 18–20 October 2000, Stone Mountain, GA. Atlanta, GA:Centers for Disease Control and Prevention, 47.

Litaker RW, Steidinger KA, Mason PL, Landsberg JH, Shields JD, Reece KS, et al. 2005. The reclassification of *Pfiesteria shumwayae* (Dinophyceae): Pseudopfiesteria, gen nov. J Phycol 41:643–651.

Marshall HG, Hargraves PE, Burkholder JM, Parrow MW, Elbrachter M, Allen EH, et al. 2006. Taxonomy of *Pfiesteria* (Dinophyceae). Harmful Algae 5:481–496.

Maryland Department of Natural Resources. 2006. Harmful Algal Blooms in Maryland: HAB News Database. Available: http://mddnr.chesapeakebay.net/hab/hab_search.cfm (accessed 4 October 2006).

Morris JG Jr, Grattan LM, Wilson, LA, Meyer WA, McCarter R,

Bowers HA, et al. 2006. Occupational exposure to *Pfiesteria* species in estuarine waters is not a risk factor for illness. Environ Health Perspect 114:1038–1043.

North Carolina Department of the Environment and Natural Resources. 2006. Fish Kill Event Update. Available: http://www.esb.enr.state.nc.us/Fishkill/fishkillmain.htm [accessed 4 October 2006].

Shoemaker RC. 1997. Diagnosis of *Pfiesteria* human illness syndrome. Md Med J 46:521–523.

Shoemaker RC. 1998. Treatment of persistent *Pfiesteria*-human illness syndrome. Md Med J 47:64–66.

Shoemaker RC. 2001. Residential and recreational acquisition of possible estuary-associated syndrome: a new approach to successful diagnosis and treatment. Environ Health Perspect 109(suppl 5):791–796.

Shoemaker RC, Maizel MS. 2006. Eight year follow-up of patients with possible estuarine associated syndrome (PEAS): symptom reduction didn't result in cure [Abstract]. In: ASTMH 55th Annual Meeting Abstract Book. Northbrook, IL:American Society of Tropical Medicine and Hygiene, Abstract 83. Am J Trop Med Hyg 75(5):25.

Shoemaker RC, Hudnell HK. 2001. Possible estuary-associated syndrome: symptoms, vision and treatment. Environ Health Perspect 109:539–545.

Turf E, Ingsrisawang L, Turf M, Ball JD, Stutts M, Taylor J, et al. 1999. A cohort study to determine the epidemiology of estuary-associated syndrome. Va J Sci 50:299–310.

*Editor's note: In accordance with journal policy, Morris et al. were asked whether they wanted to respond to this letter, but they chose not to do so.*

Eight year follow-up of patients with Possible Estuarine Associated Syndrome (PEAS): symptom reduction didn't mean cure

Beginning in 1997, 50 patients with illness that met the case definition of the CDC for a toxigenic syndrome, termed PEAS, and 127 age/gender-matched controls were reported from one site in a series of papers. PEAS, a biotoxin-associated illness, not previously reported in the wild, but known to result from exposure to laboratory staff working with toxigenic cultures of *Pfiesteria piscicida,* was associated with significant media attention and concern regarding safety of fish and shellfish harvested from the Chesapeake Bay. Significant research funding followed, however without subsequent clear delineation of the mechanisms of human illness. Acute PEAS illness resolved in some patients with exposure, but others with exposure didn't acquire a typical, multisystem, multisymptom illness. Use of cholestyramine (CSM) provided symptom relief and correction of deficits in visual contrast sensitivity (VCS) in most patients with persistent illness symptoms. Several patients developed a chronic fatiguing illness despite use of CSM, refractory to all modalities that resulted in profound disability.

36 patients from the original cohorts of PEAS cases were recalled for follow-up evaluation, VCS and laboratory testing. 11 PEAS patients were dead and 3 were lost to follow-up. 119 controls were contacted; 2 were dead and 8 were lost to follow-up. 11 PEAS and 2 control patients had more than 12 symptoms; 11 PEAS patients and 15 controls had more than 6 but less than 12 symptoms. 6 PEAS patients and 22 controls had 3-6 symptoms. 8 PEAS and 80 controls had less than three symptoms.

Of the surviving PEAS patients with more than 6 symptoms, profound abnormalities in innate immune response were seen, with MSH deficiency; elevation of C3a and C4a; reduction of VEGF; elevation of MMP9, IL-1B and IL-10; and dysregulation of ACTH/cortisol and ADH/osmolality were documented. VCS deficits were not demonstrated. Marked elevation in unusual haplotypes of HLA DR by PCR were seen in cases compared to known controls.

PEAS was one of the first biotoxin associated illnesses in this clinic experience. In retrospect, proper case management would have included careful assessment and treatment of abnormalities in innate response could have improved outcome.

# Metal Complexes and Free Radical Toxins Produced by *Pfiesteria piscicida*

PETER D. R. MOELLER,[*,†]
KEVIN R. BEAUCHESNE,[†]
KEVIN M. HUNCIK,[†] W. CLAY DAVIS,[‡]
STEVEN J. CHRISTOPHER,[‡]
PAMELA RIGGS-GELASCO,[§] AND
ANDREW K. GELASCO[||]

*Toxin/Natural Products Chemistry Program, Center for Coastal Environmental Health and Biomolecular Research, National Oceanic and Atmospheric Administration – National Ocean Service, Hollings Marine Laboratory, Charleston, South Carolina 29412, National Institute of Standards and Technology, Hollings Marine Laboratory, Charleston, South Carolina 29412, Department of Chemistry, College of Charleston, Charleston, South Carolina 29424, and Department of Medicine, Nephrology Division, Medical University of South Carolina, and Research Service, Ralph H. Johnson VA Medical Center, Charleston, South Carolina 29425*

Metal-containing organic toxins produced by *Pfiesteria piscicida* were characterized, for the first time, by corroborating data obtained from five distinct instrumental methods: nuclear magnetic resonance spectroscopy (NMR), inductively coupled plasma mass spectrometry (ICP–MS), liquid chromatography particle beam glow discharge mass spectrometry (LC/PB-GDMS), electron paramagnetic resonance spectroscopy (EPR), and X-ray absorption spectroscopy (XAS). The high toxicity of the metal-containing toxins is due to metal-mediated free radical production. This mode of activity explains the toxicity of *Pfiesteria*, as well as previously reported difficulty in observing the molecular target, due to the ephemeral nature of radical species. The toxins are highly labile in purified form, maintaining activity for only 2–5 days before all activity is lost. The multiple toxin congeners in active extracts are also susceptible to decomposition in the presence of white light, pH variations, and prolonged heat. These findings represent the first formal isolation and characterization of a radical forming toxic organic-ligated metal complex isolated from estuarine/marine dinoflagellates. These findings add to an increased understanding regarding the active role of metals interacting with biological systems in the estuarine environment, as well as their links and implications to human health.

## Introduction

Association of the heterotrophic estuarine dinoflagellate *Pfiesteria* (Dinophyceae) with large-scale toxic effects such

* Corresponding author phone: (843)762-8867; fax: (843)762-8737; e-mail: Peter.Moeller@noaa.gov.
† National Oceanic and Atmospheric Administration – National Ocean Service.
‡ National Institute of Standards and Technology.
§ College of Charleston.
|| Medical University of South Carolina and Ralph H. Johnson VA Medical Center.

as major fish kills and impacts on mammalian health has led to intensive and sometimes controversial research (*1–4*). Sporadic fish kills (*5*), human memory loss (*6*), and other environmental and human health-related phenomena associated with *Pfiesteria* blooms have resulted in large economic consequences in tourism, commercial fishing, and trophic impacts (*7, 8*). A hydrophilic *Pfiesteria* toxin(s), isolated in 1997 but uncharacterized (*9, 10*), was shown to impact fish and mammalian health (*4, 8–11*).

Understanding the regulation of toxin production in *Pfiesteria* has been hindered because the environmental/molecular factors that influence toxin production are poorly understood, as is the case for many toxigenic microalgae. For example, although bacteria-free *Pfiesteria* can produce small amounts of toxin (*4*), bacteria and other organisms used as prey by *Pfiesteria* significantly enhance toxin production through unknown mechanisms (*4*) as in certain other toxigenic algae (*12–14*). *Pfiesteria* toxicity varies substantially both in nature and in culture (*4, 5, 8*). Major intraspecific variability in toxin production has been demonstrated in toxigenic microalgal species including *Pfiesteria* spp., as well as enhanced expression of toxicity under certain environmental conditions (*12, 15–17*). Thus, microalgal toxicity may not be a fixed component of metabolism, providing rationale for the previously reported "on/off" nature of toxin production (*12, 18–20*). Blooms of *Pfiesteria* have occurred in turbid eutrophic areas where nitrogen, phosphorus, trace metal concentrations/species, organic matter, and light can vary substantially (*5, 8, 21*). Nutrient availability, composition, or form, and interactions of these factors (e.g., nutrient ratios, light) can significantly affect algal growth and toxin production (*8, 22, 23*).

In addition to these complexities, unique challenges have been confronted in characterizing *Pfiesteria* toxins, especially the marked instability of the toxins in purified form (*10*; and Supporting Information for this manuscript). Here, using five distinct analytical techniques, we identified and characterized metal-containing organic toxins produced by *Pfiesteria piscicida*. We report the nature and a structure of this novel class of marine toxins.

## Materials and Methods

**Establishment of a non-axenic, algal-fed clonal culture** (*P. piscicida* CCMP1921), growth conditions, harvest of the organisms, and methods of toxin isolation were followed as previously described (*4, 10*, and Supporting Information). The cytotoxicity bioassay with rat pituitary cells (GH₄C₁ cell line; *10*) was chosen for screening because of its observed reactivity in parallel with toxicity to sheepshead minnows (*Cyprinodon variegatus*) (*4, 10*). As a blank control, 90 L of the same filtered natural seawater (salinity 37 ppt) used as culture media were prepared and analyzed (*4, 10*).

Due to molecular instability (Supporting Information), toxin purification from *Pfiesteria* cultures was conducted rapidly (2–3 days) to enable molecular structural work prior to degradation. Decomposition and subsequent loss of bioactivity were clearly evident in the toxicity assays, MS, and NMR spectra used to screen fractionated samples (*4*, and Supporting Information). Preliminary data suggested that natural white light (presumably short wavelengths) caused rapid decomposition of the toxins and loss of activity, as known for the toxins of certain other microalgae (e.g., *Prymnesium parvum*; *33–35*). Therefore, all chromatography was completed under red light to enhance molecular stability.

The following five analytical techniques were used to identify and characterize *Pfiesteria* toxins: (i) ¹³C NMR

10.1021/es0617993 CCC: $37.00     © xxxx American Chemical Society
Published on Web 01/10/2007



**FIGURE 1.** Characteristic $^1$H decoupled $^{13}$C NMR spectrum of an active fraction isolated and purified from 90 L of *P. piscicida* culture ($d_4$-MeOH).

spectral analysis of active fractions provided clues on the basic molecular skeleton of the observed suite of toxins (24). Electrospray ionization−mass spectrometry (ESI−MS) generated data for the mass range of the toxic substances (25) including information about molecular symmetry, since the mass indicated by the MS data was more than 2-fold higher than that predicted by the NMR experiments. (*ii*) Inductively coupled plasma mass spectrometry (ICP−MS) was used to analyze purified toxin fractions for total metal content (26). (*iii*) Toxin samples were analyzed by liquid chromatography particle beam glow discharge mass spectrometry (LC/PB−GDMS; 27) to determine the presence of organic ligands bound to a metal core. (*iv*) A duplicate set of freshly prepared active toxin samples was analyzed using electron paramagnetic resonance (EPR) spectroscopy/spin trapping in an effort to demonstrate and identify a free radical species that was metal-mediated in its formation. The spin trap 2-ethoxy-carbonyl-2-methyl-pyrroline-*N*-oxide (EMPO) has been used successfully to trap and identify oxygen, carbon, sulfur-based, and other short-lived radical species (28−31). Samples of the active toxins were treated with 20 mM EMPO immediately after re-suspending the dry, chromatographically purified samples in Chelex-treated water. The mixture of toxin and spin trap was transferred to an EPR flat cell sample holder and placed in the spectrometer cavity. The initial spectrum was measured within 3 min of the addition of the spin trap and every 30 min thereafter. Samples were either exposed to white light or protected from direct light following re-suspension and throughout data collection. (*v*) Finally, freshly prepared toxin samples were subjected to X-ray absorption spectroscopy (XAS) (32). This technique provided information about the local (< 4 Å) ligand environment and the oxidation state of metal centers in inorganic cofactors or compounds.

**Results**

**Nuclear Magnetic Resonance.** NMR analysis of purified *Pfiesteria* toxins demonstrated general characteristics of hydrocarbons bound to an undefined heteroatom(s) (Figure 1). The NMR spectra of other active fractions (see Supporting

Information) defined relatively simple molecular skeletons. In addition, they showed that active extracts contain multiple toxin congeners, demonstrated by multiple sets of similar NMR signals. This phenomenon is not surprising, as congeneric metabolite production is known in dinoflagellate biochemistry (12, 22). This finding has important consequences, however, as it highlights how local environmental conditions may influence the toxin biosynthesis, profile, and extracellular stability.

Initially these compounds were dismissed as artifacts of isolation, yet isolation of the same compounds repeated over a 6-year period could not be ignored (see Supporting Information). To confirm that the toxic compounds seen in the NMR spectra were not simply a result of large-scale culture workup, controls (seawater, algal food source) were taken through identical chromatographic processes and determined to be nonactive. Furthermore, characteristic $^{13}$C NMR resonances of toxins similar to those shown in Figure 1 were not observed without *Pfiesteria* culture. These experimental data confirmed that the toxins observed were indeed produced by *Pfiesteria piscicida* and not a natural seawater or process artifact. NMR and mass spectra demonstrated significant molecular decomposition of the active molecules over short periods of instrument time, highlighting our previous observations regarding toxin lability (Supporting Information).

The $^{13}$C NMR spectra fit structures that would be expected to exhibit a highly lipophilic nature, rather than the observed water or methanol solubility. Figure 2 shows the $^{13}$C NMR spectrum of a toxic fraction after several chromatographic purification steps. This congener originated from the parent fraction shown in Figure 1. There was a loss of double bond resonances (Figure 2 versus Figure 1), but the molecule retained the typical heteroatom (X) bound methylene carbon (−$CH_2$−, @70 ppm) as well as the typical highly saturated portion of the toxic molecules.

**Metal Determination/Identification: ICP−MS and LC/PB−GDMS Analyses.** High concentrations of both Fe and Cu were measured in active fractions using ICP−MS, with



**FIGURE 2.** $^1$H decoupled $^{13}$C NMR spectra of a highly purified toxic fraction from *P. piscicida*, after several chromatographic purification steps. This spectrum defines the heteroatom bound portion and remaining saturated hydrocarbon nature of the toxic molecule.

Cu typically the predominant metal (*Pfiesteria* toxin (*Pftx*): [Cu], 17.0 μg/g; [Fe], 1.5 μg/g). ICP–MS analysis of the blank control sample demonstrated significantly reduced concentrations of Cu compared to the purified toxic fractions (*control*: [Cu], 2.5 μg/g; [Fe], 0.5 μg/g, see Supporting Information). In addition, the ICP–MS data demonstrated that sulfur was present in the active fractions, providing data support that sulfur represented the heteroatom predicted in the $^{13}$C NMR spectra. Our attention turned to the significant concentrations of Cu present in these active samples, as a likely metal cofactor involved in toxicity. The importance, presence, and role of iron are not yet understood nor addressed in this report, although the intimate association between Cu and Fe with respect to the biogeochemical processes affecting trace metals in estuarine environments is a topic of considerable interest and research (*42, 43*).

LC/PB–GDMS confirmed that the *Pftx* had organic ligands that contain a series of methylene (–CH$_2$–) groups and that the molecule was rapidly decomposing. Analysis of toxin samples over a 4-h experimental period demonstrated several shifts in peak intensities. In addition, mass spectral analysis of the active compound using this technique revealed several fragmentation peaks demonstrating the loss of CH$_2$. These results confirmed both the presence and decomposition (see Supporting Information) of a saturated hydrocarbon species.

**XAS.** X-ray absorption spectroscopy confirmed the presence of Cu in the *Pfiesteria*-derived toxin samples. The near-edge spectrum indicated the presence of both Cu(II) and Cu(I). The edge energy of an illuminated sample was slightly lower than the edge energy of an identical sample maintained in darkness, suggesting a possible role for Cu in the light-induced formation of free radicals (see below). Copper extended X–ray absorption fine structure (EXAFS) was also carried out on an illuminated toxin sample. In addition to first shell interactions at 2.0 and 2.4 Å from low Z (primarily oxygen- and nitrogen-containing) ligands, the Fourier transform (FT) of these data indicated that a large scatterer was

present at ~2.6 Å. This interaction can be modeled with either a Cu–S interaction or a Cu–Cu interaction, with the Cu–S interaction providing a slightly better fit to the experimental data (Supporting Information). These data are consistent with the ICP–MS, NMR, and EPR (below), suggesting the presence of sulfur as the heteroatom linking the carbon ligands to the metal core. The presence of long-range interactions observed is a clear indication that the Cu is bound by complex ligand(s), and eliminated the possibility that copper was simply present as aqua-copper in the toxin samples.

**Radical Toxicity.** The observed photoreactivity suggested that the metal-containing toxins are responsible for generating toxic free radical species, likely via redox cycling of the metal center. A metal–ligand organic-radical would explain the high toxicity and provide insights into many of the controversial findings regarding toxin isolation. Precedence exists for similar toxins isolated from terrestrial sources, dependent on metal ions for their activity (*44–46*).

**EPR.** Similarly shaped spectra developed for light-exposed and light-protected samples over the first 4 h of exposure to EMPO (Figure 3A and B), persisting up to 20 h. The light-protected spectrum was significantly reduced in observed intensity, however, indicating much less radical formation in the absence of light. A chromatographically purified seawater control sample was also exposed to light after the addition of EMPO, and demonstrated none of the spectral features of the toxin-containing samples (Figure 3C). This is an important observation because ICP–MS and EPR spectroscopy of the samples (EPR data not shown) indicated the presence of copper in both the toxin samples and, to a much lesser extent, in the control sample. If the EPR signal had been due exclusively to a metal/oxygen reaction, then the control seawater sample would have had the same (although diminished) spectrum as that of the active samples.

The signal observed in both the light-exposed and light-protected toxin samples was due to the presence of an organic



**FIGURE 3.** Radical signal as monitored by EPR spin-trapping after 4 h for (A) a light-exposed sample, (B) a light-protected sample, and (C) the light-exposed seawater control. Samples were re-suspended in 300 μL of chelex-treated water, and the spin trap EMPO was added to a final concentration of 20 mM, prior to being transferred to a EPR flat cell, either under room fluorescent light (A and C) or in nearly complete darkness (B). Initial spectra were collected 3 min after adding trap; subsequent spectra were collected every 30 min. The light-exposed samples were continually exposed to white light while in the EPR cavity, whereas the light-protected samples did not receive light exposure.

radical (carbon-centered) species. This radical species was identified through simulation of both a 4-h sample and a 16-h sample (47). While simulation of these spectra indicated a complex mixture of species, major constituents of the signal are a carbon-centered radical ($A_N$ = 1.49 mT, $A_H{}^\beta$ = 2.14 mT) and potentially either a carbonate- or thiol-based radical species ($A_N$ = 1.47 mT, $A_H{}^\beta$ = 1.70 mT and $A_N$ = 1.41 mT, $A_H{}^\beta$ = 1.28 mT). A thiol-based radical would be consistent with a sulfur heteroatom present in the ligand to the copper in a copper–toxin complex. A copper complex of this toxin likely results in 1-electron chemistry, either directly on the ligand or with oxygen, resulting in a C-centered radical species

that can then undergo the rapid decomposition observed in other spectral techniques. It is also likely that the copper center undergoes redox cycling, thus providing a continuous source of radical species measured over the course of the EPR experiment. The role of the radical species formation in the resulting decomposition of the toxins, and therefore their rapid but short-lived efficacy, was monitored by time- and light-dependent EPR spectroscopy (Figure 4). The initial spectra of both the light-exposed and light-protected toxin samples are similar, but very different from the spectra that formed after 1 h. After 4 h the spectrum of the light-exposed toxin sample had the shape that it maintained throughout the remainder of the experiment. The intensity of the signal for the light-exposed sample continued to increase to a maximum at 8 h, and then declined. Similarly, the shape of the dark sample was stable after ~6 h.

By integrating the signal intensity at each time point, the relative signal intensity of each species and the seawater control were monitored over a 20-h experiment (Figure 5). The light-exposed sample significantly increased intensity over the first 8 h and then declined to its initial intensity, while the dark sample and the seawater control steadily increased at a reduced rate. While the radical signals were normalized to the integrated values of the seawater controls at $t = 0$ h, importantly, the controls had a spectral signature (shape) distinct from that derived from toxin samples, as shown in Figure 5. During the time course of the experiment, the intensity (not the shape) of the control spectrum increased by less than 40%. The dramatically different shape of the curve of the radical signal for the light-exposed toxin sample is interesting in view of the apparent photodegradation of *Pfiesteria* toxins. The rapid increase and decline of the trapped radical species would be consistent with the sometimes-rapid activity/toxicity of *Pfiesteria* (8), likely mediated by metal redox cycling, and with the reported rapid decomposition of the toxin (8) as observed by NMR and MS analysis.

## Discussion

In this study, toxins produced by *Pfiesteria piscicida* were chemically characterized by corroborating data obtained from several distinct instrumental methods. The toxins examined from *P. piscicida* are ligated copper compounds. Corroborative evidence of the toxin's general structure was determined by combining analysis with the spectral data



**FIGURE 4.** Light-dependent change in radical signal, monitored by EPR spin-trapping over 4 h. (A) Set of spectra showing an increase of the EPR signal upon exposure of the toxin sample to 20 mM EMPO and white light. (B) When protected from light, a similar change in signal occurred, but much less of the radical was formed and at a slower rate.



**FIGURE 5. Normalized spin quantification of the light-exposed (●) and light-protected (○) toxin samples and the light-exposed seawater control (■) over time. Initial ($t = 0$) spectra were collected 3 min after adding the trap; subsequent spectra were collected every 30 min. Integrated areas were normalized to the $t = 0$ control samples (means; error bars indicate ranges of integration measurements at each time point; $n = 3$).**



**FIGURE 6. Model of the *Pfiesteria* toxins, showing the key features observed in this study. The drawing shows a Cu ion (black) in a distorted tetrahedral environment (suitable for a Cu(I) or Cu(II) ion) complexed by at least two thiol-containing organic ligands (sulfur, yellow; carbon, blue). The green spheres represent either terminal ligands to the Cu ion, additional symmetry related organic ligands, or bridging atoms in a coupled dinuclear complex. The thiol-containing ligand represents the minimum structure as determined by ¹³C NMR spectroscopy. The extent of higher symmetry coordination (or H₂O coordination) or coordination geometry was not addressed in this study.**

obtained by NMR, ICP–MS, AA, EPR, and XAS. A generic structure for this class of compounds based on our data is shown in Figure 6, where the copper ion is complexed by two sulfur atoms from the organic ligands (shown in blue).

The ligand set described incorporates: (*i*) the ¹³C NMR data, (*ii*) the necessity for Cu with sulfur ligation, and (*iii*) a geometry that would be suitable for a Cu(I) ion. The oxidation state of the copper ion(s) in the toxin cannot be definitively assigned. EPR and XANES indicate some Cu(II) present in the toxic sample. This is either a result of the redox cycling of a mononuclear Cu(I) form of the active toxin, or an active species that contains antiferromagnetically coupled dinuclear Cu(II) ions. One of these examples is likely

to explain the measured diamagnetic NMR spectrum of the complex.

The variation of the ligands surrounding the metal ion would certainly depend on the organic matter present in the surrounding environment. The toxicity of these metal-containing organic compounds is due to carbon–sulfur–metal based radical production. This mode of activity explains the high toxicity as well as the difficulty in observing the parent toxin molecules due to the short-lived, reactive nature of the free radicals. The complex estuarine speciation and biogeochemistry of trace metals coupled with alterations in salinity, mineralization, the presence and nature of organic material, and seasonal variations of temperature, light intensity, and nutrients all would be expected to influence the formation and concentration of these metal-containing toxins (*43*). Free radical production has been implicated in an array of biologically damaging functions spanning from DNA damage and protein oxidation to lipid peroxidation (*48, 49*). Over-production of free-radical species can activate various signal transduction pathways, including apoptotic pathways leading to cell death. We hypothesize that the rapid, free-radical-mediated toxicity of *Pfiesteria* toxins may occur via production of a redox-cycling metal center and free radical(s) that can lead to specific reactions with "pro-toxins" which, in turn, can produce more active toxic species.

Similar inferences have been made for other toxins (*36–38*, and Supporting Information). For example, metal-mediated toxic activity involving *Prymnesium parvum* has been proposed (*39, 40*), wherein a synergistic relationship between the ichthyotoxin and various trace metals reduces the amount of toxin needed to cause mortality. Our results with *Pfiesteria* toxins parallel these findings. Such a molecular system would explain many of the variant findings from researchers working on *Pfiesteria* toxins (*4, 10, 41*). It would also explain inconsistencies in reports of toxin production by *Pfiesteria*, especially difficulty in obtaining toxin and/or toxic material (e.g., *41*) when appropriate environmental and handling conditions were not met to isolate or stabilize short-lived free radical species.

The *Pfiesteria* toxins examined in this study are susceptible to decomposition in the presence of white light, pH variations, and prolonged heat. It is likely that sunlight and metal exposure are the two primary environmental factors that combine to initiate *P. piscicida* toxicity during toxic algal blooms. Light exposure could initiate redox cycling of the metal ion(s) resulting in radical formation and release of the toxin species. It is this photochemistry that appears to be responsible for both generation of the radical toxic species as well as the eventual toxin disappearance. The presence of multiple toxin congeners (Supporting Information) in the active extracts seriously complicated chromatographic purifications. Different findings reported on *Pfiesteria* toxicity (*4, 10, 41*) likely have their basis in these problematic areas and may, in part, simply be echoing historical research on other algal toxins (*8, 15–18, 33, 50–55*). Some analogous difficulties have been reported, for example, in toxigenic cyanobacteria and diatoms (*56, 57*). *Pfiesteria* spp. have been shown to produce exotoxin(s) that are excreted or secreted into the surrounding marine environment (*4*). Small concentrations can be found intracellularly, but toxic activity is predominantly isolated from culture media (*4*). Although relatively uncommon, exotoxins have also been reported from other microalgae such as phytoflagellates *Prymesium parvum* (Haptophyceae) (*39, 40, 50*) and *Heterosigma akashiwo* (Raphidophyceae) (*36*). Several mechanistic similarities are evident among these unrelated species, including toxins that are bioactive against mammalian cell lines testing positive in their ability to alter cytosolic free calcium (*10, 12, 18, 36, 39, 40, 54*).

This study represents, to our knowledge, the first formal isolation and characterization of labile toxic copper complexes isolated from cultures of an estuarine microalga. Solving the complex nature of *Pfiesteria* toxins required an interdisciplinary approach using a battery of sophisticated chemical and physical techniques. These data highlight the involvement of naturally occurring coordinated metals and associated free radical production in the toxicity of *P. piscicida*. The speciation of Cu in estuarine water acts as a significant cofactor influencing the production of toxin by *P. piscicida*. However, the metal speciation would be expected to depend upon many environmental factors characteristic of estuarine waters. Considering reports of other estuarine microorganisms with toxins similar to those reported for *Pfiesteria*, we suggest that the findings from this research may represent a general phenomenon common to metal-rich estuaries, and a new paradigm for toxin research involving metal mediated bio-toxicity within brackish and marine environments.

## Acknowledgments

Thanks to R. Kenneth Marcus, Clemson University Department of Chemistry, for the use of the LC/PB-GDMS instrumentation. P.D.R.M. was supported in part by ECOHAB (GRANT ECO98-3-09) and in part by the National Ocean Service. P.R.G. was supported in part by the NIH (Grant P20 RR-016461 from the National Center for Research Resources). A.K.G. was supported in part by the NIH (#DK059950). The MUSC EPR spectrometer facility is a shared equipment resource supported by NIH/NCCR (#RR13656). Portions of this research was carried out at the Stanford Synchrotron Radiation Laboratory, a national user facility operated by Stanford University on behalf of the U.S. Department of Energy, Office of Basic Energy Sciences. The SSRL Structural Molecular Biology Program is supported by the Department of Energy, Office of Biological and Environmental Research, and by the National Institutes of Health, National Center for Research Resources, Biomedical Technology Program. Use of the National Synchrotron Light Source, Brookhaven National Laboratory, was supported by the U.S. Department of Energy, Office of Science, Office of Basic Energy Sciences, under Contract DE-AC02-98CH10886. We thank Dr. David Newman (National Cancer Institute) for important guidance and for providing information on naturally occurring free radical toxins. Thanks to Dr. Steve Morton and Laurinda Smith (National Ocean Service) for mass culture of *Pfiesteria piscicida*. Thanks to R. Kenneth Marcus, Clemson University Department of Chemistry, for the use of the LC/PB-GDMS instrumentation. This publication does not constitute an endorsement of any commercial product or intend to be an opinion beyond scientific or other results obtained by the National Oceanic and Atmospheric Administration (NOAA). No reference shall be made to NOAA, or this publication furnished by NOAA, to any advertising or sales promotion which would indicate or imply that NOAA recommends or endorses any proprietary product mentioned herein, or which has as its purpose an interest to cause the advertised product to be used or purchased because of this publication.

## Supporting Information Available

Information regarding the techniques and data generated in this report, and further instrumental descriptions and references. This material is available free of charge via the Internet at http://pubs.acs.org.

## Literature Cited

(1) Burkholder, J. M.; Noga, E. J.; Hobbs, C. W.; Glasgow, H. B.; Smith, S. A. New 'phantom' dinoflagellate is the causative agent of major estuarine fish kills. *Nature* 1992, *358*, 407–410. *Nature* 1992, *360*, 768.

(2) Burkholder, J. Ongoing controversy over *Pfiesteria*. *Science* 2004, *304* (5667), 46–47.

(3) Kaiser, J. The science of *Pfiesteria*: Elusive, subtle, and toxic. *Science* 2002, *298* (5592), 346–349.

(4) Burkholder, J. M.; Gordon, A. S.; Moeller, P. D.; Law, J. M.; Coyne, K. J.; Lewitus, A. J.; Ramsdell, J. S.; Marshall, H. G.; Deamer, M. J.; Cary, S. C.; Kempton, J. W.; Morton, S. L.; Rublee, P. A. Demonstration of toxicity to fish and to mammalian cells by *Pfiesteria* species: Comparison of assay methods and strains. *Proc. Natl. Acad. Sci., U.S.A.* 2005, *102*, 3471–3476.

(5) Glasgow, H. B.; Burkholder, J. M.; Mallin, M. A.; Deamer-Melia, N. J.; Reed, R. E. Field ecology of toxic *Pfiesteria* complex species and a conservative analysis of their role in estuarine fish kills. *Environ. Health Perspect.* 2001, *109* (Suppl 5), 715–730.

(6) Grattan, L. M.; Oldach, D.; Perl, T. M.; Lowett, M. H.; Matuszak, D. L.; Dickson, C.; Parrot, C.; Shoemaker, R. C.; Kauffman, C. L.; Wasserman, M. P.; Hebel, J. R.; Charache, P.; Morris, J. G., Jr. Learning and memory difficulties after environmental exposure to waterways containing toxin-producing Pfiesteria or Pfiesteria-like dinoflagellates. *Lancet* 1998, *352* (9127), 532–539.

(7) Whitehead, J. C.; Haab, T. C.; Parsons, G. R. Economic effects of Pfiesteria. *Ocean Coastal Manage.* 2003, *46* (9,10), 845–858.

(8) Burkholder, J. M.; Glasgow, H. B.; Deamer-Melia, N. J. Overview and present status of the toxic Pfiesteria complex (Dinophyceae). *Phycologia* 2001, *40*, 186–214.

(9) Fairey, E. R.; Edmunds, J. S.; Deamer-Melia, N. J.; Glasgow, H. B.; Johnson, F. M.; Moeller, P. D. R.; Burkholder, J. M.; Ramsdell, J. S. Reporter gene assay for fish-killing activity produced by *Pfiesteria piscicida*. *Environ. Health Perspect.* 1999, *107*, 711–714.

(10) Moeller, P. D. R.; Morton, S. L.; Mitchell, B. A.; Sivertsen, S. K.; Fairey, E. R.; Mikulski, T. M.; Glasgow, H. B.; Deamer-Melia, N. J.; Burkholder, J. M.; Ramsdell J. S. Current progress in isolation and characterization of toxins isolated from *Pfiesteria piscicida*. *Environ. Health Perspect.* 2001, *109* (Suppl 5), 739–743.

(11) Levin, E. D.; Blackwelder, W. P.; Glasgow, H. B.; Burkholder, J. M.; Moeller, P. D. R.; Ramsdell, J. S. Learning impairment caused by a toxin produced by *Pfiesteria piscicida* infused into the hippocampus of rats. *Neurotox. Teratol.* 2003, *25* (4), 419–426.

(12) Shilo, M. Formation and mode of action of algal toxins. *Bacteriol. Rev.* 1967, *31* (3), 180–193.

(13) Bein, S. J. A study of certain chromogenic bacteria isolated from "red tide" water with a description of a new species. *Bull. Mar. Sci. Gulf Caribbean* 1954, *4*, 110–119.

(14) Bates, S. S.; Douglas, D. J.; Doucette, G. J.; Leger, C. Enhancement of domoic acid production by reintroducing bacteria to axenic cultures of the diatom Pseudo-nitzschia multiseries. *Nat. Toxins* 1995, *3*, 428–435.

(15) Johansson, N.; Granéli, E. Influence of different nutrient conditions on cell density, chemical composition and toxicity of *Prymnesium parvum* (Haptophyta) in semi-continuous cultures. *J. Exp. Mar. Biol. Ecol.* 1999, *239* (2), 243–258.

(16) Sykes, J. E. *Bureau of Commercial Fisheries Symposium on Red Tide*; Report No. 521; U.S. Fish and Wildlife Service: Washington DC, 1965.

(17) Larsen, A.; Bryan, S. Growth rate and toxicity of *Prymnesium parvum* and *Prymnesium patelliferum* (Haptophyta) in response to changes in salinity, light and temperature. *Sarsia* 1998, *83*, 409–418.

(18) Skulberg, O. M.; Aune, T.; Underdahl, B. The phytoflagellate *Prymnesium parvum*: Account of toxicological knowledge. *Vatten* 1993, *49*, 155–160.

(19) Bomber, J. W.; Tindall, D. R.; Miller, D. M. Gentic variability in toxin potencies among seventeen clones of *Gambierdiscus toxicus* (Kinophyceae). *J. Phycol.* 1989, *25*, 617–625.

(20) Plumley, F. G. Marin algal toxins: Biochemistry, genetics and molecular biology. *Limnol. Oceanogr.* 1997, *42*, 1252–1264.

(21) Hackney, C. T.; Grimley, J.; Posey, M.; Alphin, T.; Hyland, J. *Sediment Contamination in North Carolina's Estuaries*; Final EMAP Report; U.S. Environmental Protection Agency: Washington, DC, 1998.

(22) Collins, M. Algal toxins. *Microbiol. Rev.* 1978, *42* (4), 725–746.

(23) Gilbert, P. M.; Burkholder, J. M.; Parrow, M. W.; Lewitus, A. J.; Gustafson, D. E. Direct uptake of nitrogen by *Pfiesteria piscicida* and *Pfiesteria shumwayae*, and nitrogen nutritional preferences. *Harmful Algae* 2006, *5* (4), 380–394.

(24) Macomber, R. S. *A Complete Introduction to Modern NMR Spectroscopy*. Wiley: New York, 1997.

(25) Pramanik, B. N.; Ganguly, A. K.; Gross, M. L. *Applied Electrospray Mass Spectrometry*; Practical Spectroscopy Series: Marcel Dekker: New York, 2002; p 32.

(26) B'Hymer, C.; Brisbin, J. A.; Sutton, K. L.; Caruso, J. A. New approaches for elemental speciation using plasma mass spectrometry. *Am. Lab.* 2000, *32*, 17–32.

(27) Davis, W. C.; Venzie, J. L.; Willis, B.; Coffee, R. L., Jr.; Arya, D. P.; Marcus, R. K. Particle beam glow discharge mass spectrometry: spectral characteristics of nucleobases. *Rapid Commun. Mass Spectrom.* 2003, *17* (15), 1749–1759.

(28) Olive, G.; Mercier, A.; Le Moigne, F.; Rockenbauer, A.; Tordo, P. 2-ethoxycarbonyl-2-methyl-3,4-dihydro-2H-pyrrole-1-oxide: evaluation of the spin trapping properties. *Free Radical Biol. Med.* 2000, *28* (3), 403–408.

(29) Stolze, K.; Udilova, N.; Nohl, H. Spin adducts of superoxide, alkoxyl, and lipid-derived radicals with EMPO and its derivatives. *Biol. Chem.* 2002, *383* (5), 813–20.

(30) Stolze, K.; Udilova, N.; Rosenau, T.; Hofinger, A.; Nohl, H. Spin adduct formation from lipophilic EMPO-derived spin traps with various oxygen- and carbon-centered radicals. *Biochem. Pharmacol.* 2005, *69* (2), 297–305.

(31) Zhang, H.; Joseph, J.; Vasquez-Vivar, J.; Karoui, H.; Nsanzumuhire, C.; Martásek, P.; Tordo, P.; Kalyanaraman, B. Detection of superoxide anion using an isotopically labeled nitrone spin trap: potential biological applications. *FEBS Lett.* 2000, *473* (1), 58–62.

(32) Konigsberger, D. C.; Prins, R.; Eds. *X-ray Absorption: Principles, Applications, Techniques of EXAFS, SEXAFS and XANES*; Wiley: New York, 1988.

(33) Larsen, A.; Eikrem, W.; Paasche, E. Growth and toxicity of *Prymnesium patelliferum* (Prymnesiophyceae) isolated from Norwegian Waters. *Can. J. Bot.* 1993, *71*, 1357–1362.

(34) Parnas, I.; Reich, K.; Bergmann, F. Photoinactivation of ichthyotoxin from axenic cultures of *Prymnesium parvum* Carter. *Appl. Microbiol.* 1962, *10*, 237–239.

(35) Reich, K.; Parnas, I. Effect of illumination on ichthyotoxin in an axenic culture of *Prymnesium parvum* Carter. *J. Protozool.* 1962, *9* (1), 38–41.

(36) Twiner, M. J.; Chidiac, P.; Dixon, S. J.; Trick, C. G. Extracellular organic compounds from the ichthyotoxic red tide alga (*Heterosigma akashiwo*) elevate cytosolic calcium and induce apoptosis in Sf9 cells. *Harmful Algae* 2005, *4* (4), 789–800.

(37) Jariv, I. The toxin of *Prymnesium parvum*. *Bull. Res. Council Israel* 1955, *5A*, 96.

(38) Maldonado, M. T.; Hughes, M. P.; Rue, E. L.; Wells, M. L. The effect of Fe and Cu on growth and domoic acid production by *Pseudo-nitzschia multiseries* and *Pseudo-nitzschia australis*. *Limnol. Oceanogr.* 2002, *47* (2), 515–526.

(39) Bergmann, F.; Parnas, I.; Reich, K. Observations on the mechanism of action and on the quantitative assay of ichthyotoxin from *Prymnesium parvum* Carter. *Toxicol. Appl. Pharmacol.* 1963, *5*, 637–649.

(40) Dafni, Z.; Shilo, M. The cytotoxic principle of the phytoflagellate *Prymnesium parvum*. *J. Cell Biol.* 1966, *28* (3), 461–471.

(41) Berry, J. P.; Reece, K. S.; Rein, K. S.; Baden, D. G.; Haas, L. W.; Ribeiro, W. L.; Shields, J. D.; Snyder, R. V.; Vogelbein, W. K.; Gawley, R. E. Are Pfiesteria species toxicogenic? Evidence against production of ichthyotoxins by *Pfiesteria shumwayae*. *Proc. Natl. Acad. Sci., U.S.A.* 2002, *99* (17), 10970–10975.

(42) Point, D. Speciation and Biogeochemistry of Trace Metals in the Adour Estuary. Ph.D. thesis, University of Pau, France, 2004.

(43) Santschi, P. H.; Lenhart, J. J.; Honeyman, B. D. Heterogeneous processes affecting trace contaminant distribution in estuaries: The role of natural organic matter. *Mar. Chem.* 1997, *58* (1–2), 99–125.

(44) Deng, J.; Newman, D. J.; Hecht, S. M. Use of COMPARE analysis to discover functional analogues of bleomycin. *J. Nat. Prod.* 2000, *63* (9), 1269–1272.

(45) Deng, J.; Newman, D. J.; Hecht, S. M. *Umbelactonyl cinnamate* derivatives from *Crypteronia paniculata* that mediate DNA strand scission. *J. Nat. Prod.* 2005, *68* (3), 465–467.

(46) Hecht, S. M. Bleomycin group anti-tumor agents. in *Anticancer Agents from Natural Products*; Cragg, G. M., Kingston, D. G. I., Newman, D. J., Eds.; Taylor & Francis: New York, 2005; pp 357–381.

(47) Duling, D. R. Simulation of multiple isotropic spin-trap EPR spectra. *J. Magn. Reson.* 1994, *B 104* (2), 105–110.

(48) McGown, A. J.; Ruiz-Ruiz. M. C.; Gorman, A. M.; Lopez-Rivas, A.; Cotter, T. G. Reactive oxygen intermediate(s) (ROI): Common mediator(s) of poly(ADP-ribose) polymerase (PARP) cleavage and apoptosis. *FEBS Lett.* 1996, *392* (3), 299–303.

(49) Halliwell, B.; Gutteridge, J. M. C.; Cross, C. E. Free radicals, antioxidants, and human disease: where are we now? *J. Lab. Clin. Med.* 1992, *119* (6), 598–620.

(50) Skovgaard, A.; Hansen, P. J. Food uptake in the harmful alga *Prymnesium parvum* mediated by excreted toxins. *Limnol. Oceanogr.* 2003, *48* (3), 1161–1166.

(51) Shimizu, Y. S. Microalgal metabolites. *Curr. Opin. Microbiol.* 2003, *6* (3), 236–243.

(52) Miller, T. R.; Belas, R. *Pfiesteria piscicida, P. shumwayae*, and other Pfiesteria-like dinoflagellates. *Res. Microbiol.* 2003, *154* (2), 85–90.

(53) Gordon, A. S.; Dyer, B. J.; Seaborn, D.; Marshall, H. G. Comparative toxicity of Pfiesteria spp.: prolonging toxicity of *P. piscicida* in culture and evaluation of toxin(s) stability. *Harmful Algae* 2003, *1* (1), 85–94.

(54) Dafni, Z. The cytotoxin of *Prymnesium parvum*. *J. Protozool.* 1964, *11*, Suppl. Article 128.

(55) Ulitzur, S.; Shilo, M. A sensitive assay system for determination of the ichthyotoxicity of *Prymnesium parvum*. *J. Gen. Microbiol.* 1964, *36*, 161–169.

(56) Meriluoto, J.; Codd, G. A., Eds. *Toxic: Cyanobacterial Monitoring and Cyanotoxin Analysis*; Åbo Akademi University Press: Turku, Finland, 2005; Vol. 65 (1).

(57) Lundholm, N.; Skov, J.; Pocklington, R.; Moestrup, Ø. Domoic acid, the toxic amino acid responsible for amnesic shellfish poisoning, now in *Pseudonitzschia seriata* (Bacillariophyceae) in Europe. *Phycologia* 1994, *33*, 475–478.

*Received for review July 28, 2006. Revised manuscript received November 17, 2006. Accepted November 22, 2006.*

ES0617993

The McGraw-Hill Companies

*NOTE:* Dr. Fauci's and Dr. Longo's works as editors and authors were performed outside the scope of their employment as U.S. government employees. These works represent their personal and professional views and not necessarily those of the U.S. government.

**Harrison's**
**PRINCIPLES OF INTERNAL MEDICINE**
Sixteenth Edition
**MANUAL OF MEDICINE**

Copyright © 2005, 2002, 1998, 1995, 1991, 1988 by *The McGraw-Hill Companies.* All rights reserved. Printed in the United States of America. Except as permitted under the United States Copyright Act of 1976, no part of this publication may be reproduced or distributed in any form or by any means, or stored in a data base or retrieval system, without the prior written consent of the author.

1 2 3 4 5 6 7 8 9 0   DOCDOC   0 9 8 7

ISBN 0-07-149847-8        **NON RETURNABLE**

This book was set in Times New Roman by Progressive Information Technologies. The editors were James Shanahan and Mariapaz Ramos Englis; the production supervisor was Catherine H. Saggese; the designer was Marsha Cohen. The index was prepared by Barbara Littlewood.
RR Donnelley was printer and binder.
Cover illustrations courtesy of Raymond J. Gibbons, MD;
George V. Kelvin; and Marilu Gorno-Tempini, MD.

**Library of Congress Cataloging-in-Publication Data**
Harrison's manual of medicine / editors, Dennis L. Kasper . . . [et al.].
    p. ; cm.
A distillation of clinical material from Harrison's principles of internal medicine, 16th ed.
Includes bibliographical references and index.
ISBN 0-07-144441-6
    1. Internal medicine—Handbooks, manuals, etc. I. Title: Manual of medicine. II. Kasper, Dennis L. III. Harrison, Tinsley Randolph, 1900– IV. Harrison's principles of internal medicine.
    [DNLM: 1. Clinical Medicine—Handbooks. 2. Internal Medicine—Handbooks.]
RC46.H333 2005 Suppl.
616—dc22                                2004065625

INTERNATIONAL EDITION ISBN 0-07-111930-2
Copyright © 2005. Exclusive rights by The McGraw-Hill Companies, Inc., for manufacture and export. This book cannot be re-exported from the country to which it is consigned by McGraw-Hill. The International Edition is not available in North America.

# CONTENTS

Contributors
Preface

## SECTION 1
## CARE OF THE HOSPITALIZED PATIENT

1 Initial Evaluation and Admission Orders for the General Medicine Patient 1
2 Assessment of Nutritional Status 2
3 Electrolytes/Acid-Base Balance 5
4 Enteral and Parenteral Nutrition 14
5 Transfusion and Pheresis Therapy 17
6 Principles of Critical Care Medicine
7 Respiratory Failure
8 Pain and Its Management
9 Procedures Commonly Performed by Internists
10 Diagnostic Imaging in Internal Medicine
11 Medical Evaluation of the Surgical Patient

## SECTION 2
## MEDICAL EMERGENCIES

12 Acute Respiratory Distress Syndrome (ARDS) 39
13 Cardiovascular Collapse and Sudden Death 41
14 Shock 44
15 Sepsis and Septic Shock 49
16 Acute Pulmonary Edema 53
17 Confusion, Stupor, and Coma 54
18 Stroke 58
19 Subarachnoid Hemorrhage 66
20 Increased Intracranial Pressure and Head Trauma 67
21 Hypoxic-Ischemic Encephalopathy 69
22 Status Epilepticus
23 Poisoning and Drug Overdose
24 Diabetic Ketoacidosis and Hyperosmolar Coma
25 Hypoglycemia
26 Infectious Disease Emergencies
27 Oncologic Emergencies
28 Anaphylaxis
29 Bites, Venoms, Stings, and Marine Poisonings
30 Hypothermia and Frostbite
31 Bioterrorism

## SECTION 3
## COMMON PATIENT PRESENTATIONS

32 Chest Pain 133
33 Abdominal Pain 136
34 Headache 139
35 Back and Neck Pain 147
36 Fever, Hyperthermia, Chills, and Rash 156
37 Pain or Swelling of Joints
38 Syncope and Faintness
39 Dizziness and Vertigo
40 Acute Visual Loss and Double Vision

v

inated shellfish. Flaccid paralysis and respiratory insufficiency may follow 2–12 h later. Treatment is supportive. If pts present within hours of ingestion, gastric lavage and stomach irrigation with 2 L of a 2% sodium bicarbonate solution may help. The pt should be monitored for respiratory paralysis for at least 24 h.

## Scombroid

*Etiology and Clinical Features*  Scombroid poisoning is a histamine intoxication due to inadequately preserved or refrigerated scombroid fish (e.g., tuna, mackerel, saury, needlefish, wahoo, skipjack, and bonito); it can also occur with exposure to nonscombroid fish, including sardines and herring. Within 15–90 min of ingestion, victims present with flushing, pruritus or urticaria, bronchospasm, GI symptoms, tachycardia, and hypotension. Symptoms generally resolve within 8–12 h.

### ℞ TREATMENT

Treatment consists of antihistamine ($H_1$ or $H_2$) administration.

## *Pfiesteria Poisoning*

*Etiology and Clinical Features*  *Pfiesteria*, a dinoflagellate identified in Maryland waters, releases a neurotoxin that kills fish within minutes. In people, exposure to *Pfiesteria* can cause a syndrome defined by the CDC as either of two groups of signs or symptoms: (1) memory loss/confusion or acute skin burning on contact with infested water; or (2) at least three of the following: headache, rash, eye irritation, upper respiratory irritation, muscle cramps, and GI symptoms. Neurocognitive defects improve within 3–6 months after cessation of exposure.

### ℞ TREATMENT

Milk of magnesia (1 tsp qd) followed by cholestyramine (1 scoop in 8 oz water qid) for 2 weeks has been a successful remedy in some cases.

## ARTHROPOD BITES AND STINGS
### Spider Bites

**RECLUSE SPIDER BITES**  Severe necrosis of skin and SC tissue follows a bite by the brown recluse spider. The spider is 7–15 mm in body length, has a 2- to 4-cm leg span, and has a dark violin-shaped spot on its dorsal surface. Spiders seek dark, undisturbed spots and bite only if threatened or pressed against the skin. The venoms contain enzymes that produce necrosis and hemolysis.

*Clinical Features*

• Initially the bite is painless or stings, but within hours the site becomes painful, pruritic, and indurated, with zones of ischemia and erythema.
• Fever and other nonspecific systemic symptoms may develop within 3 days of the bite.
• Lesions typically resolve within 2–3 days, but severe cases can leave a large ulcer and a depressed scar that take months to years to heal. Deaths are rare and are due to hemolysis and renal failure.

### ℞ TREATMENT

• Wound care, cold compress application, elevation and l tion of the affected limb, and administration of analgesics antibiotics, and tetanus prophylaxis should be undertaken as
• Dapsone administration within 48–72 h (50–100 mg PC deficiency has been ruled out) may halt progression of necro

**WIDOW SPIDER BITES**  *Etiology and Clinical Featu* widow spider is found in every U.S. state except Alaska but is in the Southeast. It measures up to 1 cm in body length and 5 is shiny black, and has a red hourglass marking on the ventral at widow spiders produce a potent neurotoxin that binds irreversib causes release and depletion of acetylcholine and other neurotr presynaptic terminals. Within 30–60 min, painful cramps sprea site to large muscles of the extremities and trunk. Extreme abdo rigidity and pain may mimic peritonitis, but the abdomen is nc features include salivation, diaphoresis, vomiting, hypertensio and myriad neurologic signs. Respiratory arrest, cerebral hemorr failure may occur.

### ℞ TREATMENT

Treatment consists of local cleansing of the wound, applicatio to slow the spread of the venom, and tetanus prophylaxis. An spasmodics, and other supportive care should be given. Equine available; rapid IV administration of 1 or 2 vials relieves pain ar saving. However, antivenom use should be reserved for severe ca respiratory arrest, refractory hypertension, seizures, or pregnanc anaphylaxis risk and serum sickness.

## Scorpion Stings

*Etiology and Clinical Features*  Among the venoms of scor United States, only the venom of the bark scorpion (*Centruroides* or *C. exilicauda*) is potentially lethal. The bark scorpion is yellow 7 cm long and is found in the southwestern United States and north Its neurotoxin opens sodium channels, and neurons fire repetitivel causes little swelling, but pain, paresthesia, and hyperesthesia are Cranial nerve dysfunction and skeletal muscle hyperexcitability dev hours. Symptoms include restlessness, blurred vision, abnormal eye r profuse salivation, slurred speech, diaphoresis, nausea, and vomitin cations include tachycardia, arrhythmias, hypertension, hypertherm myolysis, and acidosis. Manifestations peak at 5 h and subside with two, although paresthesias can last for weeks.

### ℞ TREATMENT

Aggressive supportive care should include pressure dressings and to decrease the absorption of venom. Continuous IV administrati azolam to decrease agitation and involuntary muscle movemen needed. The benefit of scorpion antivenom has not been establish rolled trials.

# EXHIBIT 7

# EXHIBIT 44

# C3a and C4a: Complement Split Products Identify Patients with Hyperacute Lyme Disease

**R. Shoemaker[1], P. Giclas[2], C. Crowder[3], D. House[1], and M.M. Glovsky[4]**

[1]Center for Research on Biotoxin Associated Illnesses, Pocomoke, MD, [2]National Jewish Research and Medical Center, Denver, CO, [3]UC Irvine, Irvine, CA, [4]Quest Diagnostics Nichols Institute, Department of Immunology, San Juan Capistrano, CA, all USA

**Summary:** Lyme disease, discovered more than 30 years ago, is the most prevalent arthropod-borne illness in the United States and Europe. Lyme disease is caused by a spirochete, *Borrelia burgdorferi*, and spread by the bite of ticks of the *Ixodes ricinus* complex [1]. Laboratory diagnosis of Lyme disease within the first few weeks of infection is inadequate because it requires the presence of antibody to *B burgdorferi*, confirmed by Western blot showing antibody reactivity to several proteins of the organism [2]. After infection, 2 to 3 weeks are required for antibody production and Western blot reactivity. Not all patients are positive by antibody measurement. Lyme disease generally manifests with flu-like symptoms of fever, malaise, headaches, arthralgia, and myalgia. A typical skin rash, erythema migrans chronicum (EMC), appears in < 50% of Lyme disease patients [3]. Both the innate and the adaptive immune responses are needed to control *B burgdorferi* infection [1]. To explore early innate immune responses in acute Lyme disease, we studied complement components and activation products in patients seen soon after tick bites. Patients presenting with typical Lyme symptoms 2 to 4 days after tick bite, with or without EM, were included. Control subjects were healthy individuals and patients with tick bites but no illness. Complement components and complexes, including C2, C3, C4, Factor B, C4d, and immune complexes (C1q binding and C3d containing), were similar in Lyme disease patients and control subjects. However, Lyme disease patients had significantly higher levels of C4a and C3a (split products of C4 and C3) than did control subjects ($p < .05$). All Lyme disease patients but only 3 control subjects had elevated levels of C3a, C4a, or both. Thus, testing for C3a and C4a should allow clinicians to detect Lyme disease in the acute stage and begin appropriate treatment.

**Keywords:** Lyme disease, complement diagnostic markers, C4a, C3a

## Introduction

Lyme disease, an increasingly common infectious disease, is caused by infection with the tick-borne spirochete *Borrelia burgdorferi*. Currently, no test is available to diagnose acute Lyme disease. Innate and acquired immune-mediated responses are important for eradicating the spirochete (Figure 1). Innate immune responses, especially complement, could serve as a marker of illness in patients seen shortly after a tick bite.

## Rationale for Use of Complement Split Product Assays to Aid in Diagnosis of Lyme Disease

- Plasma C3a and C4a rise rapidly after activation

© 2007 Hogrefe & Huber Publishers

Allergy Clin Immunol Int: J World Allergy Org, Supplement 2 (2007)

**2**                    Immune Effector Cells



*Figure 1.* Innate immune response to *Borrelia burgdorferi*. *B. burgdorferi* spirochetes activate complement in the plasma and generate C4a by the classical and lectin pathways. The alternative pathway is activated, possibly by spirochete membrane lipopolysaccharides, and generates the split products Bb and C3a from factor B and C3. C5a is also produced by cleavage of C5. Macrophages and B- and T-lymphocytes are activated and release proinflammatory cytokines.

- Elevated levels of C4a:
  - fall with successful treatment
  - are maintained absent treatment
  - are short-lived; ongoing high levels may reflect ongoing stimulus for production

*Relevance of C3a*
- Chemotactic for eosinophils
- Smooth muscle constriction

- Releases proinflammatory compounds from WBCs: oxidants, leukotrienes, enzymes
- Specific receptor (C3aR) on many cell types, including smooth muscle, adipocytes, endothelial cells in lung, brain, liver, kidney, some T-cells
- Amplification loop from alternative pathway generates large amounts C3a

*Relevance of C4a*
- Generated by cleavage of C4
- Formed by activation of classical pathway or lectin pathway, but NOT alternative pathway
- Weak anaphylatoxin
- *Purpose*

In this case-control study we investigated the utility of C3a and C4a measurement for detection of acute Lyme disease.

# Method

## Patients

Thirty-one consecutive patients with acute Lyme disease, 14 with and 17 without an erythema chronicum migrans (ECM) skin rash seen by a physician within 96 h of a tick bite, were matched with 20 consecutive tick-bite patients (2–4 days after bite) without Lyme disease symptoms or ECM and 37 apparently healthy patients undergoing routine physical examinations. Individuals with any of the following were excluded from the study: antibiotic usage at time of bite; previous tick bite or Lyme disease in the past 30 days; presence of other inflammatory conditions; previously elevated C3a or C4a; or diagnosed lupus or pancreatitis. This study was approved by an institutional review board and all participants provided informed written consent.

## Laboratory Methods

Factor B, C4, and C3 complement proteins were determined at Quest Diagnostics by nephelometry using specific anti-sera. Immune complexes binding C1q (Binding site, San Diego, CA) and containing C3d (IBL-Diagnostics, Hamburg, Germany) were tested with ELISA kits. C2 protein was determined by diffusion in antibody-impregnated agar gels. Levels of C3a des Arg (Quidel Labs, San Diego, CA) and C4a des Arg (Pharmingen BD, San Jose, CA) were determined with kits.

## In Vitro Testing

Pure cultures of *B burgdorferi* and *B hermsii* were added to normal human serum. C3a, C4a, and split products of factor B and C5 were measured at 60 minutes.

# Results

Levels of C2, C3, C4, and factor B did not differ significantly between patients with Lyme disease (with or without ECM) and control subjects (with or without tick bite); none of the subjects had decreased levels of these markers.

Patients with acute Lyme disease had significantly higher levels of C3a and C4a than did tick-bite and healthy control subjects (data not shown). All patients with acute Lyme disease had elevated levels of C3a (>368 ng/mL), C4a (>745 ng/mL), or both. Among ECM-positive patients with acute disease, 10 of 10 had increased C4a and 12 of 12 had increased C3a levels. Among ECM-negative patients with acute disease, 10 of 17 (59%) had elevated C3a and 13 of 15 (87%) had elevated C4a. None of the healthy controls and few of the tick-bite controls had elevated levels of C3a or C4a.

Addition of *B burgdorferi* or *B hermsii* to normal human serum led to *in vitro* activation of complement by both the classical and alternative pathways (data not shown).

# Conclusions

- C3a and C4a levels were significantly higher in patients with acute Lyme disease than in tick-bite and healthy control subjects.
- Elevated C3a or C4a levels were present in all patients with acute Lyme disease and absent in almost all control subjects.
  - C3 and C4 are generally decreased in SLE and other immune complex diseases but were normal in all patients with Lyme disease.
- C3a and C4a measurements are the only relevant tests currently available for differentiating patients with acute Lyme disease

**4**                                   Immune Effector Cells

from individuals with tick-bite without Lyme disease.

- *B burgdorferi* and *B hermsii* activate both the classical and alternative complement pathways in normal human serum, consistent with our findings of complement activation in patients with Lyme disease.

## References

1. Steer AC, Coburn J, Glickstein L: The emergence of Lyme disease. J Clin Invest 2004; 113:1093–1109.
2. Engstrom EM, Shoop E, Johnson RC: Immunoblot interpretation criteria for serodiagnosis of early Lyme disease. J Clin Micro 1995; 33:419–427.
3. Steer AC: Lyme disease. N Engl J Med 2001; 345:115–125.

M. Michael Glovsky

960 E. Green St. Pasadena, CA 91106, USA, [E-mail missing, please supply]

*Advances in Therapy*®    Volume 23 No. 1
January/February 2006

# Atovaquone Plus Cholestyramine in Patients Coinfected With *Babesia microti* and *Borrelia burgdorferi* Refractory to Other Treatment

**Ritchie C. Shoemaker, MD**
Center for Research on Biotoxin-Associated Illnesses
Pocomoke City, Maryland

**H. Kenneth Hudnell, PhD**
US Environmental Protection Agency
Research Triangle Park, North Carolina

**Dennis E. House, MS**
Center for Research on Biotoxin-Associated Illnesses
Pocomoke City, Maryland

**Amy van Kempen, MS**
**Gary E. Pakes, PharmD, for the COL40155 Study Team**
GlaxoSmithKline
Research Triangle Park, North Carolina

## ABSTRACT

Ten percent of US patients with Lyme disease are coinfected with *Babesia microti*. A double-blind, placebo-controlled, crossover trial enrolled 25 patients with confirmed *Borrelia burgdorferi/B microti* coinfection, abnormal visual contrast sensitivity (VCS), and persistent symptoms despite prior treatment with atovaquone and azithromycin. Patients were randomly assigned to atovaquone suspension or placebo plus cholestyramine for 3 weeks, were crossed over for 3 weeks, and then received open-label atovaquone and cholestyramine for 6 weeks. Symptoms and VCS scores were recorded at baseline and after weeks 3, 6, 9, and 12. Improvements in symptoms and VCS deficits were observed only after at least 9 weeks of treatment. At week 12, 5 patients were asymptomatic, and 16 had a notable reduction in the number of symptoms. The entire cohort demonstrated significant increases in VCS scores. Adverse effects were rare. Patients coinfected with *B burgdorferi* and *B microti* derive measurable clinical benefit from prolonged treatment with atovaquone and cholestyramine. Longer-term combination therapy may be indicated.

2006 Health Communications Inc
Transmission and reproduction of this material in whole or part without prior written approval are prohibited.

0875

Address reprint requests to
Ritchie C. Shoemaker, MD
Center for Research on
Biotoxin-Associated Illnesses
500 Market Street, Suite 102
Pocomoke, MD 21851

**Keywords:** babesiosis; Lyme disease; atovaquone; cholestyramine; visual contrast sensitivity

## INTRODUCTION

Lyme disease continues to be a significant vector-borne infectious disease in the United States, with nearly 24,000 new cases reported to the Centers for Disease Control and Prevention (CDC) in 2002 and more than 157,000 cases documented since 1982.[1,2] Most US cases occur in the wooded and grassy regions of the Northeast, where ixodid ticks infected with the spirochete *Borrelia burgdorferi* feed on deer, dogs, humans, and mice. The same vector is responsible for infections caused by the apicomplexan intraerythrocytic parasite *Babesia microti*. Reports of *Borrelia/Babesia* coinfection are multiplying as more people move into wooded areas to live, thereby increasing their exposure to infected ticks. Deer populations are on the rise, and reports of babesiosis suggest that the organism is expanding its endemic range from coastal areas inland and farther south. In Connecticut, 11% of people with Lyme disease are also infected with *Babesia*, and in the northern Midwest, coinfection has been observed in 9% to 16% of patients with Lyme disease.[3,4] Coinfection, which is generally manifested by more severe symptoms than occur with either disease by itself, represents a major therapeutic challenge.[4]

Patients with Lyme disease are usually treated with a 21-day course of doxycycline, amoxicillin, or cefuroxime axetil[5,6] that often relieves the flulike symptoms. Up to 60% of treated patients, however, eventually experience arthritic symptoms or a post-Lyme syndrome (PLS) of diffuse arthralgia, myalgia, fatigue, and cognitive dysfunction that is usually not amenable to antibiotic therapy.[7-10] Recent evidence suggests that PLS symptoms may be related to a neurotoxin produced by *Borrelia*.[11-13] Babesiosis is usually managed with azithromycin plus atovaquone suspension or quinine plus clindamycin for 7 to 10 days, or by exchange transfusion as a supplement in severe cases.[14,15] In 1 study of 58 patients with babesiosis,[16] 7 days of treatment with atovaquone (750 mg every 12 hours) plus azithromycin (500 mg on day 1; 250 mg daily thereafter) was as effective as, but better tolerated than, clindamycin (600 mg every 8 hours) plus quinine (650 mg every 8 hours). A cohort of patients in this study also had persistent symptoms after therapy had ended.

It is not known whether *Babesia* secretes a neurotoxin. A recent study demonstrating production of a neurotoxin by *Plasmodium falciparum*[17] and a veterinary trial[18] showing successful results of neurotoxin binding in horses coinfected with *B burgdorferi* and *Sarcocystis*, an apicomplexan genus closely related to *Babesia*, support the hypothesis that *Babesia* may also make neurotoxins. No studies have assessed the possibility of deficits in visual contrast sensitivity (VCS) in *Babesia*-infected patients. VCS testing with a noninvasive, portable device (Functional Acuity Contrast Test [FACT®]; Stereo Optical Co, Chicago, Ill) has uncovered deficits in patients with acute and chronic illnesses acquired after exposure to toxigenic dinoflagellates and water-damaged buildings with resident toxigenic organisms, including fungi, but not in patients who remained unexposed to biologically produced neurotoxins. VCS deficits have also been investigated in patients with Lyme disease.[11,19-21]

Novel pharmacologic approaches to the treatment of patients with PLS have been investigated.[22,23] Cholestyramine, a nonabsorbable polymer that binds salts from bile through anion exchange, has been used at doses approved for the treatment of hyper-cholesterolemia to bind to neurotoxins in patients with Lyme disease.[11] In a study of 111 patients with PLS,[21] cholestyramine significantly reduced symptoms and improved abnormally low mid–spatial frequency deficits in VCS. Early in treatment, however, 53% of patients experienced significant intensification of symptoms—a phenomenon not seen with other biotoxin exposures. Pretreatment of 125 subsequent patients with PLS using pioglitazone, a peroxisome proliferator–activated receptor agonist, reduced this reaction by 96%; plasma levels of the proinflammatory cytokine, tumor necrosis factor-α, were also reduced.[11] In another trial,[21] 241 patients with PLS who remained symptomatic despite antibiotic therapy received pioglitazone 45 mg daily for 10 days. Cholestyramine was begun on day 6 of this regimen and was continued until maximum symptom abatement and maximum improvement in VCS scores were rated (21–60 days). No antibiotics or other interventions were used during the study. With the pioglitazone/cholestyramine regimen, 92% of patients had at least a 50% reduction in symptoms; 83% had a reduction of 75%; 23% noted complete resolution; and 3.4% showed no improvement. VCS deficits before treatment and resolution with treatment were better correlated with symptom abatement than were other diagnostic markers. Symptoms intensified in only 2% of patients. No adverse events related to pioglitazone (eg, hypoglycemia, abnormal liver function values) were reported. An independent study in Germany confirmed these results.[24]

The present study investigated the efficacy of combined toxin-binding therapy with cholestyramine and atovaquone, but without pioglitazone or other antibiotics, in patients coinfected with *B microti* and *B burgdorferi* whose symptoms had not been reduced with atovaquone/azithromycin. The primary hypothesis was that such nonresponsive coinfected patients had an illness caused by biologically produced neurotoxins, whose eradication would be necessary for clinical improvement. The secondary hypothesis was that the *B microti* neurotoxin prevented clinical improvement compared with that seen in non-coinfected patients with PLS, and that Lyme coinfection prevented eradication of *B microti* with short courses of atovaquone and azithromycin. VCS scores and improvement in symptoms were used to assess response in a manner similar to that used in the investigators' earlier studies in patients with illnesses caused by Lyme ticks, dinoflagellates, and fungi.

## PATIENTS AND METHODS

### Patients

Patients who came to a single medical clinic for treatment of persistent illness after a tick bite were offered enrollment in this trial if comprehensive evaluation revealed case-defined simultaneous babesiosis and Lyme disease without confounding illnesses (Table 1). Study medications were provided at no charge, but no other financial incentives were offered.

| **Table 1.   Case Definition** |
| --- |

**1.** Potential for exposure to endemic areas for babesiosis and Lyme disease, with a single illness acquired after a tick bite

**2.** Multiple symptoms from multiple organ systems

**3.** Clinical evidence of a simultaneously acquired coinfection and not 2 separately acquired infections

**4.** Positive results for both organisms on tests performed by standard laboratories

**5.** No evidence of any confounding illnesses or exposure to biologically produced neurotoxins from water-damaged buildings or estuaries

**6.** Previous unsuccessful treatment with both appropriate antibiotics and a toxin-binding protocol

The following inclusion criteria applied: patient at least 18 years old; confirmed diagnostic tests (smear or polymerase chain reaction) for both *B microti* and *B burgdorferi* (Western blot); residence in or travel to areas with endemic populations for Lyme disease and *B microti*; no illness suggestive of either Lyme disease or babesiosis before onset of the acute illness; symptoms compatible with babesiosis (irregular fever, chills, headache, diaphoresis, myalgia, fatigue) and Lyme disease (erythema migrans rash; flulike illness with fever, chills, and myalgia; headache or stiff neck; arthralgias; arthritis); persistent symptoms (>6 from a standard list) after 3 or more weeks of treatment with doxycycline, amoxicillin, or cefuroxime axetil, followed by 3 or more weeks of azithromycin plus atovaquone, followed by at least 1 month of pioglitazone plus cholestyramine toxin-binding therapy; a VCS deficit; visual acuity at least 20/50; and no confounding exposures to biologically produced neurotoxins.

Exclusion criteria consisted of participation in other investigational drug protocols within 28 days before screening; a diagnosis of ehrlichiosis or allergy to atovaquone or cholestyramine; abnormal liver function values or phenylketonuria; treatment with rifampin or rifabutin within 28 days of study entry or at any time during the study; history of chronic solvent exposure, chronic alcoholism, or occupational exposure to metal fumes, dust, or petroleum products; acute illness separate from Lyme/*Babesia* coinfection that required immediate treatment; and diagnosis of complete biliary obstruction.

No medications other than study drugs were prescribed. Nineteen of the 25 patients had received more than 3 courses of atovaquone/azithromycin; only 1 patient had been treated for 3 weeks. At some point before study entry, 24 patients had received more than 3 weeks of oral antibiotics for Lyme disease, and 17 had been treated with intravenous antibiotics for at least 4 weeks. On at least 1 occasion, all patients were given adequate therapy for both Lyme and *Babesia* simultaneously. No correlation was noted between prior therapies and symptoms or VCS before the study began.

## Study Design

This double-blind, placebo-controlled, crossover study was conducted at the Center for Research on Biotoxin-Associated Illnesses, in Pocomoke City, Maryland, from February 19 through October 31, 2001. The protocol was reviewed and approved by the center's institutional review board and the US Food and Drug Administration. All patients provided informed consent before enrollment.

Patients were randomly assigned to treatment with atovaquone suspension 45 mL (750 mg) twice daily or matched placebo for 3 weeks, in combination with cholestyramine 9 g 4 times daily; they were then crossed over for 3 weeks. Atovaquone was supplied as Mepron® Suspension (GlaxoSmithKline, Research Triangle Park, NC) and cholestyramine as Questran® (Bristol-Myers Squibb, Princeton, NJ). Atovaquone was given at least 1 hour before or after administration of cholestyramine to avoid possible cholestyramine binding (and reduced bioavailability) of atovaquone. This 6-week period was followed by open-label treatment with both medications for 6 additional weeks.

Primary endpoints consisted of subjective clinical improvement, measured by reduction in the number and severity of symptoms, and objective improvement (increases) in VCS scores. Targeted symptoms and VCS scores were recorded at baseline and every 3 weeks thereafter through week 12. The FACT device was used to measure VCS scores. Secondary endpoints included safety and tolerability of treatment. So that adverse events could be reported, participants were asked open-ended questions about how they felt at each study visit.

## Statistical Analysis

Descriptive statistics were applied to changes in symptoms. Changes from baseline in VCS scores were analyzed by means of multivariate analyses of variance (MANOVA, with Wilks' $\lambda$ statistic) suitable for a repeated-measures test. $P$ values <.05 were deemed statistically significant.

## RESULTS

## Population

Of 25 enrolled patients, 21 completed the study. Noncompletion was due to cholestyramine intolerance (2), lack of improvement at week 9 (1), or reasons unrelated to the study (1). All completers were white; 15 (71%) were female. Patient mean age was 45.4 years (range, 30–54 y). At baseline, no differences were observed in number or severity of symptoms and VCS deficits between the placebo/cholestyramine group and the atovaquone/cholestyramine group. Cognitive function, measured with a symptom list used for patients with illnesses caused by other toxigenic organisms, did not differ between groups; neither did diagnostic test results used to confirm *Babesia*/Lyme coinfection.

## Efficacy

No notable symptom resolution or improvement in VCS scores occurred during the 6-week double-blind period or the subsequent 2 weeks of the open-label period. Nine weeks into the trial, however, most patients reported significant improvement in symptoms. At week 12, 16 patients noted at least a 50% reduction in symptoms, and 5 patients reported no symptoms or just 1 symptom. The most demonstrable improvement occurred in targeted symptoms related to cognitive dysfunction (eg, concentration difficulty, memory problem, confusion, disorientation), with moderate improvement in muscle ache, joint ache, and headache, and lesser improvement in fatigue (Table 2). The percentage of patients with more than 12 symptoms decreased from 27% at baseline to 0% at week 12 (Table 3). Week 12 VCS scores were significantly improved ($P<.05$) from baseline (Figure). No relapses were recorded. No significant reduction in cholesterol levels was noted during this short-term treatment with cholestyramine.

**Table 2.  Targeted Symptoms Monitored During the Study**

| Symptom | Baseline | Week 3 | Week 6 | Week 9 | Week 12 |
|---|---|---|---|---|---|
| Fatigue | 77 | 83 | 84 | 66 | 68 |
| Muscle ache | 77 | 55 | 68 | 47 | 36 |
| Joint pain | 68 | 66 | 57 | 52 | 40 |
| Headache | 54 | 55 | 52 | 42 | 27 |
| Memory problem | 54 | 44 | 52 | 28 | 13 |
| Light sensitivity | 45 | 40 | 31 | 28 | 9 |
| Weakness | 45 | 40 | 57 | 28 | 22 |
| Concentration difficulty | 45 | 44 | 36 | 23 | 4 |
| Cramp | 40 | 27 | 31 | 33 | 9 |
| Shortness of breath | 40 | 33 | 21 | 19 | 4 |
| Numbness | 36 | 33 | 21 | 4 | 4 |
| Tingling | 31 | 33 | 21 | 23 | 9 |
| Sinus problems | 31 | 27 | 15 | 14 | 4 |
| Tearing | 27 | 22 | 15 | 9 | 4 |
| Confusion | 22 | 22 | 21 | 9 | 4 |
| Metallic taste | 22 | 16 | 15 | 14 | 4 |
| Skin problem | 22 | 16 | 10 | 14 | 4 |
| Unusual pain | 22 | 0 | 0 | 0 | 0 |
| Cough | 22 | 22 | 15 | 9 | 0 |
| Disorientation | 18 | 11 | 5 | 4 | 0 |
| Vertigo | 18 | 22 | 15 | 9 | 0 |
| Abdominal pain | 13 | 11 | 15 | 4 | 4 |
| Blurred vision | 13 | 16 | 10 | 0 | 0 |
| Red eyes | 13 | 5 | 5 | 0 | 0 |
| Diarrhea | 4 | 5 | 5 | 0 | 0 |

**Table 3.    Patients With Symptoms at Each Stage of the Study**

| Stage | Patients, n | Symptoms/Patient, n | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | 0–1 | 2–3 | 4–5 | 6–7 | 8–9 | 10–11 | ≥12 |
| Baseline | 22 | 0 | 4 | 9 | 36 | 13 | 9 | 27 |
| Week 3 | 19 | 0 | 10 | 21 | 14 | 21 | 21 | 10 |
| Week 6 | 19 | 0 | 10 | 31 | 21 | 15 | 14 | 5 |
| Week 9 | 21 | 4 | 19 | 42 | 14 | 9 | 4 | 4 |
| Week 12 | 22 | 27 | 40 | 27 | 0 | 0 | 4 | 0 |

**Visual contrast sensitivity scores during the study.**



## Safety

A slight worsening of symptoms (primarily fatigue) was noted in some patients prior to improvement. Gastrointestinal adverse events generally decreased during the study; this could not be attributed solely to either atovaquone or cholestyramine.

## DISCUSSION

Results of this study indicate that at least 9 weeks of treatment with atovaquone plus cholestyramine is required to relieve symptoms and improve VCS in patients with antibiotic-resistant Lyme/babesiosis coinfection. Because the first 6 weeks of this study used a double-blind, placebo-crossover design, half the patients were given atovaquone during the first 3 weeks and placebo during the second 3 weeks (followed by 6 weeks of open-label atovaquone). The week 12 response of these patients did not differ from that of patients who received placebo during the first 3 weeks, followed by 9 continuous weeks of atovaquone. Thus, although it is possible that the critical factor in managing Lyme/babesiosis coinfection with atovaquone/cholestyramine is at least 6 weeks of uninterrupted treatment, the total duration of therapy appears to be more important.

In some patients, fatigue worsened slightly (by 6%–7%) before it improved. Incidences of joint pain, headache, vertigo, blurred vision, abdominal pain, and cough remained essentially unchanged between baseline and the end of week 3. Worsening of symptoms before improvement has been reported in patients with Lyme disease and can be prevented by initiation of pioglitazone a few days prior to use of cholestyramine.[11] Such temporary intensification of symptoms may have been related to a Jarisch-Herxheimer–like reaction, with increased serum levels of tumor necrosis factor or matrix metalloproteinase 9[11,25]; this occurs in approximately 15% of patients with early disseminated infection.[26] Although discontinuation of azithromycin before this study began may have prompted a resurgence of certain babesiosis symptoms, it may also have prompted gastrointestinal tolerance of treatment owing to the absence of azithromycin-related nausea, abdominal pain, and diarrhea or loose stools. No patient reported constipation—the primary adverse event seen with cholestyramine.

The use of cholestyramine in this study was unique in that the product labeling for this anion-binding resin lacks this indication.[27] The authors of this study believe, however, that cholestyramine is likely responsible for alleviating or lessening the severity of PLS symptoms through its binding to putative *Borrelia*-secreted toxins and elimination of them from the body in the feces. In a double-blind, placebo-controlled clinical trial that used VCS measurements,[28] cholestyramine reduced symptoms of a chronic neurotoxin-associated illness caused by *Pfiesteria piscicida* that met all CDC criteria for possible estuary-associated syndrome (PEAS). Two other studies[29,30] support the use of therapy with cholestyramine and the diagnostic use of VCS in patients exposed to water-damaged buildings with resident toxin-forming genera of fungi, so-called sick building syndrome. The same benefits of cholestyramine and VCS testing occurred in patients who became ill after consuming reef-dwelling fish contaminated with neurotoxins made by ciguatera.[31] Additional advantages associated with the use of cholestyramine to reduce VCS were reported in a small cohort of patients with a neurotoxin-associated illness caused by the cyanobacterium *Cylindrospermopsis*.[32] Cholestyramine is a valuable adjunct to vancomycin in the treatment of patients with *Clostridium difficile*–related colitis; it binds toxins A and B produced by that organism.[33-35]

VCS scores were used to evaluate improvement because they have correlated with abatement of clinical symptoms during cholestyramine treatment of neurotoxin-related PEAS,[28,36] sick building syndrome,[29,30] and cyanobacterial and dinoflagellate

illnesses.[28,31,32,36-38] An early study of patients with antibiotic-resistant chronic Lyme disease showed that more than 92% had VCS deficits, which were reversed in 98% of responders to cholestyramine and pioglitazone.[11] Findings of clinical improvement and reduced VCS deficits in the study population would support the hypothesis that *Babesia* organisms also make a neurotoxin. Mechanisms responsible for the VCS deficit and its correction by cholestyramine have not been delineated.

The atovaquone/cholestyramine regimen in this study was especially effective in relieving post--Lyme disease cognitive/neurologic symptoms reported by a high proportion of patients at baseline. In previous studies,[7-10] these symptoms were unresponsive to antibiotic therapy. Antibiotics used in Lyme disease and babesiosis kill *B burgdorferi* and *B microti* in the blood but cannot eliminate neurotoxins. Patients were amply and repeatedly treated with antibiotics for Lyme disease, with antibiotics and atovaquone for *Babesia*, and with toxin-binding protocols for antibiotic-resistant Lyme. Their delayed improvement in symptoms and VCS scores implies that *Babesia* also makes a neurotoxin that is removed much more slowly than are the putative Lyme neurotoxins. The "watershed" improvement evident after 9 weeks of atovaquone suggests that living *B microti* organisms, perhaps present in sanctuaries, were not eradicated by shorter courses of atovaquone with or without antibiotics in coinfected patients. Further, the incremental objective improvement in VCS after the watershed permits the conclusion that eradication of *B microti* was followed by elimination of its neurotoxin.

This study had several limitations. Investigators were aware that symptoms or VCS scores may have improved to some extent regardless of treatment, even though self-healing had not occurred after a long time. Cholestyramine binds to and decreases the absorption of vancomycin, tetracycline, penicillin G, warfarin, and thiazide diuretics. To minimize this possibility, atovaquone and cholestyramine were given at separate times, and at least 1 hour elapsed between doses (as is recommended for cholestyramine and vancomycin). Nevertheless, some binding of atovaquone by cholestyramine was possible and may have attenuated the clinical response. An interaction study is needed to determine the optimal dosing times of these agents. Prolonged use of cholestyramine may reduce absorption of the fat-soluble vitamins A, D, E, and K. If the present study had been extended, careful monitoring for signs or symptoms of vitamin deficiencies would have been needed. Because repeat peripheral smears or cultures for *B microti* were not performed, investigators cannot confirm that clinical and VCS improvements are correlated with eradication of *B microti*.

The present study also left other questions unanswered: Does *B microti*, similar to *B burgdorferi*, release a toxin? Does upregulation of anti-inflammatory cytokines triggered by *B burgdorferi* toxins interfere with atovaquone's lethal action on *B microti*? What is the role of proinflammatory cytokines in symptom induction and the course of coinfection? Is extravascular sequestration of viable *Babesia* organisms possible? What is the role of the extrachromosomal 35-kb plastid DNA—homologous to the DNA of *Euglena*—in maintaining viable *Babesia* organisms despite antibiotic therapy?

Use of the atovaquone/cholestyramine regimen for Lyme disease/babesiosis coinfection would be expected to obviate the need for parenteral antibiotics, thus avoiding their inconvenience, safety risks, and expense. Patients in the study had been ill for so long that they were willing to undergo multiple courses of antibiotics, both oral and

parenteral. Currently, parenteral antibiotics are often prescribed for recurring or recalcitrant Lyme symptoms and babesiosis when oral antibiotics prove ineffective.

## CONCLUSION

In view of the delayed clinical response observed in this study, longer-term evaluations of atovaquone/cholestyramine appear warranted. Efficacy and safety comparisons with currently recommended antibiotic regimens also may elucidate the ultimate place of atovaquone/cholestyramine in the treatment of patients with Lyme/babesiosis coinfection.

## ACKNOWLEDGMENTS

The results of this study were presented as Abstract 1149 at the 51st meeting of the American Society of Tropical Medicine and Hygiene, held from November 10 to 14, 2002, in Denver, Colorado. This study was funded by GlaxoSmithKline, Research Triangle Park, North Carolina, USA.

## REFERENCES

1. Bacon RM, Mead PS, Kool JL, Postema AS, Staples JE. Lyme disease—United States, 2001–2002. *MMWR Wkly.* 2004;53:365-369.
2. Centers for Disease Control and Prevention. Lyme disease. Epidemiology. Available at: http://www.cdc.gov/ncidod/dvbid/lyme/epi.htm. Accessed June 22, 2005.
3. Thompson C, Spielman A, Krause PJ. Coinfecting deer-associated zoonoses: Lyme disease, babesiosis, and ehrlichiosis. *Clin Infect Dis.* 2001;33:676-685.
4. Krause PJ, Telford S, Spielman A, et al. Concurrent Lyme disease and babesiosis: evidence for increased severity and duration of illness. *JAMA.* 2006;275:1657-1660.
5. Shapiro ED, Gerber MA. Lyme disease. *Clin Infect Dis.* 2000;31:533-542.
6. Wormser GP, Nadelman RB, Dattwyler RJ, et al. Practice guidelines for the treatment of Lyme disease. *Clin Infect Dis.* 2000;31(suppl 1):S1-S14.
7. Bujak DJ, Weinstein A, Dornbush RL. Clinical and neurocognitive features of the post Lyme syndrome. *J Rheumatol.* 1996;23:1392-1397.
8. Krupp LB, Hyman LG, Grimson R, et al. Study and treatment of post Lyme disease (STOP-LD). *Neurology.* 2003;60:1923-1930.
9. Steiner I. Treating post Lyme disease. Trying to solve one equation with too many unknowns. *Neurology.* 2003;60:1888-1889.
10. Weinstein A, Britchkov M. Lyme arthritis and post–Lyme disease syndrome. *Curr Opin Rheumatol.* 2002;14:383-387.
11. Shoemaker R, House D. Use of pioglitazone to prevent intensification of persistent symptoms following cholestyramine treatment of patients with post-Lyme syndrome [abstract]. *Diabetes.* 2002;51:A133.
12. Cartwright MJ, Martin SE, Donta ST. A novel neurotoxin (Bbtox 1) *Borrelia burgdorferi.* Presented at: Meeting of the American Society for Microbiology; May 1999; Chicago, Ill.
13. Hudnell HK. Chronic Lyme disease may be caused by toxins. Available at: Lyme Times/ www.lymedisease.org. Accessed June 25, 2005.
14. Kjemtrup AM, Conrad PA. Human babesiosis: an emerging tick-borne disease. *Int J Parasitol.* 2000;30:1323-1337.
15. Weiss LM. Babesiosis in humans: a treatment review. *Expert Opin Pharmacother.* 2002;3:1109-1115.
16. Krause PJ, Lepore T, Sikand VK, et al. Atovaquone and azithromycin for the treatment of babesiosis. *N Engl J Med.* 2000;343:1454-1458.

17. Gowda C. Natural antibodies to *Plasmodium falciparum* glycosylphospatidylinositol (GPI) in an area with seasonal malaria transmission [abstract]. *Am J Trop Med Hyg*. 2002;67:154.

18. Johnson L, Shoemaker RC. Treatment of horses with equine protozoal meningomyeloencephalitis (EPM) coinfected with *Borrelia burgdorferi*: a case series. Presented at: Third Annual Meeting, International Lyme and Associated Diseases Society; October 3, 2002; Princeton, NJ.

19. Shoemaker RC. MMP9, visual contrast sensitivity, C3A, C4A, and HLA DR: new diagnostic aids in acute and chronic Lyme disease. Presented at: 54th Annual Meeting of the American Society for Tropical Medicine and Hygiene; December 11–15, 2005; Washington, DC. Abstract/presentation 695.

20. Hartmann F, Müller-Marienburg H. Indifekter Neurotoxinnacgweis durch den visual contrast sensitivity test bei Patienten mit einer chronischen Boreliose. *Med Welt*. 2003;54:248-251.

21. Hudnell HK, Shoemaker RC. Sick building syndrome: possible association with exposure to mycotoxins from indoor air fungi. Available at: http://www.chronicneurotoxins.com/learn-more/latestAbstracts.cfm. Accessed July 24, 2005.

22. Pavia CS. Current and novel therapies for Lyme disease. *Expert Opin Investig Drugs*. 2003;12:1003-1016.

23. Schmidt P. New theory links neurotoxins with chronic fatigue syndrome, Lyme, MCS and other mystery illnesses. Available at: http://www.immunesupport.com/library/print.cfm. Accessed June 22, 2005.

24. Hartmann F, Müller-Marienburg H, Hopf-Seldel P. Uber die cholestyramine der chronischen Borreliose. *Medizin*. 2004;1:14-19.

25. Shoemaker RC. *Markers for Chronic, Biotoxin-Associated Illness*. Madison, Wisc: American Association for Chronic Fatigue Syndrome; 2004.

26. Steere AC, Hutchinson GJ, Rahn DW, et al. Treatment of the early manifestations of Lyme disease. *Ann Intern Med*. 1986;99:22.

27. Questran® (cholestyramine) Powder [package insert]. Princeton, NJ: Bristol-Myers Squibb; June 1999.

28. Shoemaker RC, Hudnell HK. Possible estuary-associated syndrome: symptoms, vision, and treatment. *Environ Health Perspect*. 2001;109:539-545.

29. Shoemaker RC, House D. A time study of sick building syndrome: chronic, biotoxin-associated illness from exposure to water-damaged buildings. *Neurotox Teratol*. 2005;27:29-46.

30. Shoemaker RC, Rash JM, Simon EW. Sick building syndrome in water-damaged buildings: generalization of the chronic, biotoxin associated illness paradigm to indoor toxigenic fungi. In: Eckardt J, ed. *Bioaerosols, Fungi, Bacteria, Mycotoxins and Human Health*. Albany, NY: Eastern New York Occupational & Environmental Health Center; 2005:66-77.

31. Shoemaker RC, Hudnell HK, House D. A new approach to chronic ciguatera illness and successful treatment with cholestyramine. *Am J Trop Med Hyg*. 2000;62(suppl):160-161.

32. Shoemaker RC, Hudnell HK. Exposure to freshwater lakes with resident toxigenic cyanobacteria, *Cylindrospermopsis*, is associated with a chronic illness. Poster presented at: Centers for Disease Control and Prevention National Conference on *Pfiesteria*; November 18, 2000; Stone Mountain, Ga.

33. Kyne L, Farrel RJ, Kelly CP. *Clostridium difficile*. *Gastroenterol Clin North Am*. 2001;30:753.

34. Gronczewski CA. *Clostridium difficile* colitis. *Emedicine* 2003. Available at: www.emedicine.com/med/topic3412.htm. Accessed July 12, 2005.

35. Kurtz CB, Cannon EP, Brezzani A, et al. GT160-246, a toxin binding polymer for treatment of *Clostridium difficile* colitis. *Antimicrob Agents Chemother*. 2001;45:2340.

36. Hudnell HK, House D, Schmid J, et al. Human visual function in the North Carolina clinical study on possible estuary-associated syndrome. *J Toxicol Environ Health*. 2001;62:575-594.

37. Shoemaker RC. Residential and recreational acquisition of possible estuarine associated syndrome: a new approach to successful diagnosis and treatment. *Environ Health Perspect*. 2001;109:791-796.

38. Shoemaker RC, House D. Characterization of chronic human illness associated with exposure to cyanobacterial harmful algal blooms predominated by *Microcystis*. Presented at: International Symposium on Cyanobacteria and Harmful Algal Blooms; September 6–7, 2005; Research Triangle Park, NC.

# EXHIBIT 8

# EXHIBIT 46

# Physicians Using Protocol

1

|   | Name of Contact | Contact Date | Phone Number |
|---|---|---|---|
| 1 | Anderson, Dave | 3/27/2006 | |
| 2 | Bardales, Alfonso | 10/20/2007 | no number |
| 3 | Berk, Scott | 5/3/2008 | |
| 4 | Berman, Eve | 11/23/2007 | 808-573-1677 |
| 5 | Bisenius, Margie | 6/4/2007 | 402-778-5490 |
| 6 | Buscher, David | 11/16/2007 | 425-284-4379 |
| 7 | Camp, Morgan | 1/31/2008 | 415-383-9903 |
| 8 | Camp, Morgan | 1/29/2008 | 731-668-7375 |
| 9 | Carnes, Harry | 4/17/2006 | 856-547-0811 |
| 10 | Casad, Dennis | 5/15/2007 | 707-778-7010 |
| 11 | Castro, Ed | 1/30/2008 | 276-677-3631 |
| 12 | Clark, Gail | 08/07 | 302-678-1086 |
| 13 | Cohen, Mindi | 3/27/2006 | |
| 14 | Corbin, Timothy | 2/28/2007 | 256-234-4295 |
| 15 | Corson | 11/8/2006 | no number |
| 16 | Delaney, F.G. | 7/12/2007 | 207-839-5551 |
| 17 | Dr. Murayama | 6/12/2006 | 212-253-2968 |
| 18 | Duncan, Tami | 3/2/2007 | 951-258-7398 |
| 19 | Eapen, MD | 4/17/2006 | 703-709-1119 |
| 20 | Fein, Leslie | 3/28/2006 | |
| 21 | Feldy | 1/21/2008 | 262-697-7000 |
| 22 | Fisch, Ardis | 3/1/2007 | 413-637-9991 |
| 23 | Fishburn, Mary Jo | 5/15/2007 | 4108211785 |
| 24 | Fishman, Norton | 3/27/2006 | |
| 25 | Forno, Francis | 3/27/2006 | 203-364-1936 |
| 26 | Gex, Leon | 10/17/2007 | 985-867-3573 |
| 27 | Geyer, Cynthia | 4/14/2006 | |
| 28 | Goldstein, Laurence | 4/18/2006 | |
| 29 | Gordon, Eric | 3/27/2006 | |
| 30 | Gordon, Jeoffrey | 3/27/2006 | |
| 31 | Greiner, Mary | 8/15/2007 | 734-822-6003 |
| 32 | Haynes, Amy | 6/14/2007 | 406-721-2147 |
| 33 | Heuser, Gunnar | 4/5/2006 | |
| 34 | Hinderberger, Peter | 3/27/2006 | |
| 35 | Hyman, Mark | | |
| 36 | Jones, Dalan | 10/30/2007 | 731-668-7375 |
| 37 | Kalidas, Kirti | 1/17/2008 | 407-355-9246 |
| 38 | Kelly, Michael | 5/19/2006 | 517-913-3900 |
| 39 | Lang, Howard | 3/28/2006 | 817-577-0480 |
| 40 | Lavender, Sheryl | 4/18/2006 | 561-241-4400 |
| 41 | Luttrell, Patty | 1/7/2008 | 928-774-0060 |
| 42 | Lynch, Darren | 6/8/2007 | 413-584-7787 |
| 43 | Martin, Mark | 8/31/2007 | 507-454-0646 |

# Physicians Using Protocol

2

| | | | |
|---|---|---|---|
| 44 | McDonald, Bob | | |
| 45 | Menon, Roji | 4/6/2006 | |
| 46 | Meyer, Paul | 3/12/2007 | 989-791-9100 |
| 47 | Mirken, Gabe | 4/7/2006 | |
| 48 | Monge-Meberg, Patricia | 5/14/2007 | 804-435-3103 |
| 49 | Mullins, Douglas | 3/27/2006 | 912-657-3380 |
| 50 | Nathan, Neil | 2/16/2006 | |
| 51 | Newman, Lisa | 1/25/2008 | 847-680-6333 |
| 52 | Ordman, Joan | no date | 410-654-6551 |
| 53 | Ortel, Cheryl | | |
| 54 | Palos, Dean | no date | 250-658-3353 |
| 55 | Parker, Charles | 3/27/2006 | |
| 56 | Pasquarello, Thomas | 5/14/2007 | 717-597-3151 |
| 57 | Pequignot, Thomas | 10/25/2007 | 260-672-3266 |
| 58 | Powers, Francis | 3/31/2006 | 570-326-8203 |
| 59 | Randall, Lanier | 4/16/2007 | 256-679-9106 |
| 60 | Rayner, Sally | 3/29/2006 | 404-409-5925 |
| 61 | Reisman, Steven | 6/9/2006 | 615-320-1174 |
| 62 | Riendeau, Claire | 3/31/2006 | 775-853-5337 |
| 63 | Rosenberg, Julie | 4/3/2007 | 301-770-6650 |
| 64 | Rothfeld, Glenn | 4/23/2007 | 781-641-1901 |
| 65 | Rozin, Spencer | 4/6/2006 | 770-709-0300 |
| 66 | Schenk, Paul | 4/18/2006 | 770-939-4473 |
| 67 | Shor, Sam | 5/3 | |
| 68 | Singleton, Ken | 3/27/2006 | |
| 69 | Sokoloff, Bruce | 1/26/2007 | 800-318-6825 |
| 70 | Streit, Steven | 1/9/2008 | 732-367-5330 |
| 71 | Stuppy | 11/16/2007 | 323-896-6420 |
| 72 | Tainter, Rebecca | 6/20/2007 | no number |
| 73 | Taylor, Robert | 3/27/2006 | 919-220-0691 |
| 74 | Tredici, Lucia | 11/19/2007 | 602-332-8233 |
| 75 | Waller, Neil | 3/30/2006 | 423-844-7000 |
| 76 | Weiner, Lowell | 4/20/2006 | 202-237-7000 |
| 77 | Well, Wendy | 9/5/2007 | 480-607-0299 |
| 78 | Williams, Roger | 6/2/2006 | 239-262-5226 |
| 79 | Wisniewski, Raymond | 3/14/2007 | 412-241-1600 |
| 80 | Zoldan, Jack | 1/15/2008 | 773-561-5673 |

2/19/2008

# Foreign Patients without ID

9/19/2007

| # | ID Code | Country |
|---|---------|---------|
| 1 | Sche C | Austria |
| 2 | Wilb K | Austria |
| 3 | Bruc R | BC |
| 4 | Cros C | BC |
| 5 | Papa A | BC |
| 6 | Rich D | BC |
| 7 | Butl S | BC |
| 8 | Desd B | Bosnia |
| 9 | Gwin S | Brazil |
| 10 | Nord M | Brazil |
| 11 | Agne P | Canada |
| 12 | Grah H | Canada |
| 13 | Laco C | Canada |
| 14 | Senz H | Canada |
| 15 | Land E | France |
| 16 | Nord D | Germany |
| 17 | Nord E | Germany |
| 18 | Nord I | Germany |
| 19 | Nord M | Germany |
| 20 | Nord N | Germany |
| 21 | Nord S | Germany |
| 22 | Kout C | Greece |
| 23 | Papp T | Greece |
| 24 | Rame R | Haiti |
| 25 | Rame T | Haiti |
| 26 | Grif J | Hong Kong |
| 27 | Bene S | Iceland |
| 28 | Gunn S | Iceland |
| 29 | Niel A | Iceland |
| 30 | Ragn R | Iceland |
| 31 | Siqu U | Iceland |
| 32 | Siqu P | Iceland |
| 33 | Siqu S | Iceland |
| 34 | Hugg G | India |
| 35 | Hugg R | India |
| 36 | Fell C | Ireland |
| 37 | Bern S | Israel |
| 38 | Rezn D | Israel |
| 39 | Madz C | Jamaica |
| 40 | Sina S | Japan |
| 41 | Sawa J | Lebanon |
| 42 | Fons E | Mexico |
| 43 | Fons K | Mexico |
| 44 | Fons M | Mexico |
| 45 | Fons R | Mexico |
| 46 | Shoe E | Mexico |
| 47 | Kris S | Norway |
| 48 | Frye B | Nova Scotia |

# Foreign Patients without ID

9/19/2007

| # | ID Code | Country |
|---|---------|---------|
| 49 | Frye J | Nova Scotia |
| 50 | Frye S | Nova Scotia |
| 51 | Blac T | Ont Canada |
| 52 | Main G | Ont Canada |
| 53 | Pale J | Ont Canada |
| 54 | Wood B | Ont Canada |
| 55 | Grah H | Ont Canada |
| 56 | Hear C | Ont Canada |
| 57 | Mans J | Ont Canada |
| 58 | Pyna J | Ont Canada |
| 59 | Stro J | Ont Canada |
| 60 | Bulm S | Ont Canada |
| 61 | Huds M | Ont Canada |
| 62 | Moff E | Ont Canada |
| 63 | Stro D | Ont Canada |
| 64 | Saun H | Ont Canada |
| 65 | Sier C | Ont Canada |
| 66 | Ahma I | Pakistan |
| 67 | Osor M | PR |
| 68 | Heis M | Sask Canada |
| 69 | Raci M | Serbia |
| 70 | Kauf H | St. John |
| 71 | Ing S | Taiwan |
| 72 | Brow C | Tortola |
| 73 | Cole V | Tortola |
| 74 | Geor C | Tortola |
| 75 | Lute D | Tortola |
| 76 | Revi L | Turkey |
| 77 | Carr S | UK |
| 78 | Jagg B | UK |
| 79 | Meag C | UK |
| 80 | Patt P | UK |
| 81 | Smit J | UK |
| 82 | Alle R | UK |

# Frye Challenge MD List

2/16/2007

| # | DATE | NAME | CONTACT # |
|---|------|------|-----------|
| 1 | 08/21/03 | Dr. Abramson | (301) 840-9733 (240) 453-6242 |
| 2 | 12/10/03 | Dr. Ammon, Harriet | (360) 407-6568 |
| 3 | 01/24/06 | Dr. Anderson | (231) 946-7463    (231) 228-4066 |
| 4 | 02/20/06 | Dr. Anderson,  Marvin | (231) 946-7463 Cell (231)633-3558 |
| 5 | 03/27/06 | Dr. Anderson, David | |
| 6 | 01/30/06 | Dr. Anderson, Marvin | (231) 228-4066 |
| 7 | 07/14/05 | Dr. Asmar, John | (850) 435-7151 |
| 8 | 05/03/06 | Dr. Berk, Scott | |
| 9 | 11/19/02 | Dr. Bickling | (302) 226-9064 |
| 10 | 08/17/06 | Dr. Black | |
| 11 | 11/09/06 | Dr. Bolton | Office(214)890-1199 Cell (207)468-2757 |
| 12 | 01/23/04 | Dr. Borbosa | |
| 13 | 04/21/03 | Dr. Bouser | (207) 774-5800 |
| 14 | 01/30/04 | Dr. Burklone | (610) 363-2200 |
| 15 | 11/11/04 | Dr. Callander | (919) 220-0691 |
| 16 | 05/03/06 | Dr. Carnes, Harry | |
| 17 | 06/15/06 | Dr. Caslow | (714) 565-1032 |
| 18 | 09/09/02 | Dr. Chruchy | (973) 890-4542 |
| 19 | 03/27/06 | Dr. Cohen, Mindi | |
| 20 | 12/13/06 | Dr. Coker | |
| 21 | 06/29/06 | Dr. Dykes | (337) 234-1729 |
| 22 | 04/17/06 | Dr. Eapen, MD | (703)709-1119 |
| 23 | 12/07/05 | Dr. Echsner | (850) 435-7118 |
| 24 | 01/23/07 | Dr. Eich | (757) 934-7252 |
| 25 | 12/02/05 | Dr. Etherton | (410) 334-2227 |
| 26 | 01/12/06 | Dr. Feig | |
| 27 | 03/28/06 | Dr. Fein, Leslie | |
| 28 | 01/04/05 | Dr. Feingold | (845) 208-3624 Cell(845)536-4192 |
| 29 | 10/29/04 | Dr. Ferguson | (816) 260-4431 |
| 30 | 03/27/06 | Dr. Fishman, Norton | |
| 31 | 02/19/04 | Dr. Fletcher, S | (703) 444-1974 |
| 32 | 02/26/03 | Dr. Forester | (318) 641-0981 |
| 33 | 09/09/02 | Dr. Forish | (415) 927-1701 |
| 34 | 03/27/06 | Dr. Forno, Francis | (203) 364-1936 |
| 35 | 12/09/02 | Dr. Frey, Steve | (480) 991-4555 |
| 36 | 02/13/06 | Dr. Gallagher | (504) 376-3658 |
| 37 | 09/25/02 | Dr. Gerdes | (303) 377-4611 |
| 38 | 09/30/02 | Dr. Gerdes, Kendall | (303) 377-8837 |

1

# Frye Challenge MD List

2/16/2007

| # | DATE | NAME | CONTACT # |
|---|------|------|-----------|
| 39 | 10/11/06 | Dr. Gervang, Bo | (425) 467-8054 |
| 40 | 04/14/06 | Dr. Geyer, Cynthia | |
| 41 | 03/08/06 | Dr. Gilman, Alan | Home(520)498-2349 Cell(941) 737-5763 |
| 42 | 05/26/04 | Dr. Golds | (212) 889-8575 |
| 43 | 01/03/06 | Dr. Goldstein | 800-998-9777ext.234 |
| 44 | 04/18/06 | Dr. Goldstein, Laurence | |
| 45 | 04/21/03 | Dr. Golen, Ralph | (206) 527-8966 |
| 46 | 01/26/07 | Dr. Gong, Vicker | (410) 422-5164 |
| 47 | 03/27/06 | Dr. Gordon, Eric | |
| 48 | 03/27/06 | Dr. Gordon, Jeoffrey | |
| 49 | 07/12/06 | Dr. Guiecie | |
| 50 | 03/02/06 | Dr. Gurski | (508) 885-4705 |
| 51 | 02/06/06 | Dr. Gurski, Deborah | (508) 885-4705 |
| 52 | 05/21/04 | Dr. Hait | (973) 697-8411 |
| 53 | 03/26/04 | Dr. Hall | (912) 369-5437 |
| 54 | 07/28/03 | Dr. Hall, David | (323) 258-1616 |
| 55 | 10/04/02 | Dr. Harbut, Michael | |
| 56 | 01/16/06 | Dr. Harding, Cheryl | (908) 399-0297 |
| 57 | 01/09/07 | Dr. Hasso | (714) 456-7412 |
| 58 | 10/10/06 | Dr. Hedman | (646) 229-0583 |
| 59 | 04/05/06 | Dr. Heuser, Gunnar | |
| 60 | 11/22/06 | Dr. Hinderberger, Peter | (410) 367-6263 |
| 61 | 07/25/05 | Dr. Hirsh, Dahila | (410) 299-1939 |
| 62 | 02/06/07 | Dr. Hirshbenien, Neil | (858) 546-8055 |
| 63 | 11/20/03 | Dr. Hoggen, Ann | (301) 953-2081 |
| 64 | 10/03/06 | Dr. Holtzman | (661) 235-5284 |
| 65 | 10/17/06 | Dr. Holtzman | |
| 66 | 01/05/04 | Dr. Hosbein | (530) 218-3514 |
| 67 | 02/03/04 | Dr. Hosebine | |
| 68 | 12/11/03 | Dr. Hunt, Russell | (615) 541-0400 |
| 69 | | Dr. Hyman, Mark | |
| 70 | 08/18/03 | Dr. Jernigan, David | , (316) 778-1719 |
| 71 | 12/11/03 | Dr. Journigon | (316) 204-9500 |
| 72 | 12/21/05 | Dr. Kalloo, Anthony | (410) 955-9697 |
| 73 | 01/23/04 | Dr. Kareth, Scott | |
| 74 | 10/19/04 | Dr. Kavoulich, Lynn | (914) 475-0013 |
| 75 | 05/19/06 | Dr. Kelly, Michael | (517) 913-3900 |
| 76 | 05/12/06 | Dr. Kempner | |
| 77 | 03/13/06 | Dr. Kimida | (425) 688-8818 |
| 78 | 08/20/03 | Dr. Kirn | (856) 327-1775 |
| 79 | 12/12/05 | Dr. Klocek | (410) 546-2288 |
| 80 | 02/03/03 | Dr. Klopp | (203) 791-3988 |

# Frye Challenge MD List

2/16/2007

| # | DATE | NAME | CONTACT # |
|---|------|------|-----------|
| 81 | 09/21/06 | Dr. Krackavich | (970) 927-4394 |
| 82 | 01/11/05 | Dr. Krebs | (570) 837-6163 |
| 83 | 08/28/03 | Dr. Kulates | Work(914)241-7143 Home(914)232-9265 |
| 84 | 08/01/03 | Dr. Kulates, Bob | Cell (914) 960-9685 |
| 85 | 03/28/06 | Dr. Lang, Howard | (817) 577-0480 |
| 86 | 04/05/06 | Dr. Lang, Robert | (203) 318-5200 |
| 87 | 04/18/06 | Dr. Lavender, Sheryl | (561) 241-4400 |
| 88 | 03/27/03 | Dr. Leathe, Michael | (989) 793-7779 |
| 89 | 09/19/06 | Dr. Lehninger | (239) 272-9888 |
| 90 | 12/06/05 | Dr. Leifer | (720) 339-7031 |
| 91 | 10/01/03 | Dr. Lewis, Anreder | (631) 653-6000 |
| 92 | 12/29/03 | Dr. Likin, Gerald | (847) 657-1700 |
| 93 | 01/08/04 | Dr. Lipson | (202) 296-3443 |
| 94 | 09/21/06 | Dr. Lynch | (413) 584-7787 |
| 95 | 02/20/03 | Dr. Marcalus | (410) 651-4099 |
| 96 | 02/12/03 | Dr. Martin | (626) 799-4500 |
| 97 | | Dr. McDonald, Bob | |
| 98 | 04/06/06 | Dr. Menon, Roji | |
| 99 | 08/11/05 | Dr. Merkel, Victoria | (703) 391-2035 |
| 100 | 04/11/06 | Dr. Michels, Mary | (410) 897-8485 |
| 101 | 04/05/06 | Dr. Miller | (610) 526-4587 |
| 102 | 08/01/03 | Dr. Milvihill | (858) 452-2615 |
| 103 | 04/07/06 | Dr. Mirken, Gabe | |
| 104 | 09/30/02 | Dr. Modezinski | (989) 785-4254 |
| 105 | 07/23/03 | Dr. Montaio | (850) 523-7242 |
| 106 | 09/14/06 | Dr. Montes | (301) 588-3832 |
| 107 | 01/27/05 | Dr. Montz, Ed | (610) 323-8818 |
| 108 | 03/27/06 | Dr. Mullins, Douglas | (912) 657-3380 |
| 109 | 06/12/06 | Dr. Murayama | (212) 253-2968 |
| 110 | 01/09/06 | Dr. Nagy | (508) 693-3048 |
| 111 | 11/10/03 | Dr. Napin, Brad | (808) 377-5360 |
| 112 | 04/05/06 | Dr. Nathan, Neil | (417) 869-7583 |
| 113 | 04/26/06 | Dr. Ocampo | (561) 239-4215 |
| 114 | 03/14/06 | Dr. Ocampo, Norina | (561) 487-5437 |
| 115 | 01/21/03 | Dr. Odell | (858) 483-3331 |
| 116 | 05/05/06 | Dr. Ortel, Cheryl | (410) 820-7040 |
| 117 | 11/21/02 | Dr. Ozanne, Roy | (920) 755-4013 |
| 118 | 06/13/06 | Dr. Pappafagos, Mike | (978) 749-0680      (978) |
| 119 | 03/27/06 | Dr. Parker, Charles | |
| 120 | 11/11/04 | Dr. Perkins, James | (248) 855-8707 |
| 121 | 03/31/06 | Dr. Powers, Francis | Office(570) 326-8203 |
| 122 | 05/31/06 | Dr. Prina | (303) 388-4256 |

# Frye Challenge MD List

2/16/2007

| # | DATE | NAME | CONTACT # |
|---|------|------|-----------|
| 123 | 06/06/06 | Dr. Pritchard | (520) 546-2321 |
| 124 | 01/17/06 | Dr. Profeta, Christine | |
| 125 | 12/18/06 | Dr. Rabineau | (707) 651-2722 |
| 126 | 06/29/06 | Dr. Randall | 800-424-2008 ext.1467 |
| 127 | 03/28/06 | Dr. Rayner | (410) 409-5925 |
| 128 | 10/12/05 | Dr. Rayner | |
| 129 | 03/29/06 | Dr. Rayner, Sally | (404) 409-5925 |
| 130 | 07/18/03 | Dr. Rea, William | (214) 368-4132 |
| 131 | 06/12/06 | Dr. Reisman | (615) 320-1175 |
| 132 | 06/09/06 | Dr. Reisman, Steven | (615) 320-1174 |
| 133 | 03/31/06 | Dr. Riendeau, Claire | (775) 853-5337 |
| 134 | 06/20/06 | Dr. Rinker, Tedde | (650) 367-1988 |
| 135 | 12/13/06 | Dr. Robino | (707) 651-4072 |
| 136 | 08/26/02 | Dr. Rors | (410) 997-5191 |
| 137 | 12/10/04 | Dr. Rosenbaum, Arnold | (401) 683-9968 |
| 138 | 11/08/04 | Dr. Rosenjweig | (215) 955-2221 |
| 139 | 12/20/02 | Dr. Rosenlaum | (734) 395-3305 |
| 140 | 08/07/03 | Dr. Ross | Office(410)997-5191 |
| 141 | 04/06/06 | Dr. Rozin, Spencer | (770) 709-0300 |
| 142 | 10/26/05 | Dr. Schaller | Cell (239) 272-3818 |
| 143 | 11/08/06 | Dr. Schendel,  Kevin | (410) 328-4309 |
| 144 | 04/18/06 | Dr. Schenk, Paul | (770) 939-4473 |
| 145 | 12/30/03 | Dr. Schwartzkolf | (717) 851-1388 |
| 146 | 02/04/04 | Dr. Scott | |
| 147 | 02/18/04 | Dr. Scott, Kevin | (703) 620-4300 |
| 148 | 08/24/05 | Dr. Secaller | (239) 272-3818 |
| 149 | 09/20/06 | Dr. Shave, David | (410) 749-1857 |
| 150 | 08/22/03 | Dr. Sherr | (213) 321-6567 |
| 151 | 05/03/06 | Dr. Shor, Sam | |
| 152 | 01/27/06 | Dr. Simpler | Home(410)880-6744 |
| 153 | 03/27/06 | Dr. Singleton, Ken | |
| 154 | 07/08/05 | Dr. Sobczak | (410) 641-0277 |
| 155 | 09/15/05 | Dr. Sohmer | (908) 526-3894 |
| 156 | 03/25/03 | Dr. Steele | (801) 226-2764 |
| 157 | 11/28/06 | Dr. Strickland | (316) 722-4800 |
| 158 | 03/27/06 | Dr. Taylor, Robert | (919) 220-0691 |
| 159 | 12/18/06 | Dr. Thomas | (760) 728-6090 |
| 160 | 11/22/06 | Dr. Tom | (260) 672-3266 |
| 161 | 01/12/06 | Dr. Tran | |
| 162 | 09/06/06 | Dr. Upchurch | (928) 713-1767 |
| 163 | 03/30/06 | Dr. Waller, Neil | (423) 844-7000 |
| 164 | 10/05/04 | Dr. Wang | (586) 447-4000 |
| 165 | 12/06/05 | Dr. Watts | (860) 448-6351 |

4

## Frye Challenge MD List

2/16/2007

| # | DATE | NAME | CONTACT # |
|---|------|------|-----------|
| 166 | 05/30/06 | Dr. Weiner | (301) 404-2211 |
| 167 | 12/22/04 | Dr. Weiner | (207) 828-8080 |
| 168 | 04/20/06 | Dr. Weiner, Loweli | (202) 237-7000 |
| 169 | 09/22/04 | Dr. Welham, Genny | (540) 368-8095 |
| 170 | 06/02/06 | Dr. Williams, Roger | (239) 262-5226 |
| 171 | 01/07/03 | Dr. Winthrop | Home(805)963-8044 |

| TYPE | X | PRODUCT | SHIP_DATE | COMPANY | ADD_1 | ADD_2 | CITY |
|------|---|---------|-----------|---------|-------|-------|------|
| SHOE | X | FACT NEAR | 3/24/2000 | Chico Hyperbaric Center | 1074 E Avenue | Suite O | Chico |
| SHOE | X | FACT NEAR | 4/27/2000 | | 10101 Colonial Drive | | Ellicott City |
| SHOE | X | FACT NEAR | 5/15/2000 | | 400 Newport Center Drive | Suite 502 | Newport Beach |
| SHOE | X | FACT NEAR | 5/15/2000 | | 120 Richardson Street | Suite B | Grass Valley |
| SHOE | X | FACT NEAR | 5/18/2000 | | 181 Andrieux Street | Suite 206 | Sonoma |
| SHOE | X | FACT NEAR | 5/26/2000 | Surprise Valley Health Care | 741 N Main Street | | Cedarville |
| SHOE | X | FACT NEAR | 5/31/2000 | | 925 S Cedar | | Spokane |
| SHOE | X | FACT NEAR | 5/31/2000 | Mangrove Medical Group | 1040 Mangrove Avenue | | Chico |
| SHOE | X | FACT NEAR | 2/28/2001 | Accent Eye Care Center | 404 E Ash Street | | Perry |
| SHOE | X | FACT NEAR | 3/13/2001 | | 3243 E Moore Road | | Saginaw |
| SHOE | X | FACT NEAR | 3/13/2001 | | 211 Talmeda Trail | | Maitland |
| SHOE | X | FACT NEAR | 3/13/2001 | | 13920 Palm Beach Blvd | | Fort Myers |
| SHOE | X | FACT NEAR | 3/14/2001 | | 8533 Pine Run "G" | | Ellicott City |
| ЭE | X | FACT NEAR | 3/28/2001 | | 3461 US Route 22 | | Branchberg |
| SHOE | X | FACT NEAR | 3/30/2001 | Natural Health Medical Center | 11695 National Blvd | | Los Angeles |
| SHOE | X | FACT NEAR | 4/20/2001 | | 1007 Heather Hill | | McLean |
| SHOE | X | FACT NEAR | 5/17/2001 | | 81 Highway 31 | | Flemington |
| SHOE | X | FACT NEAR | 5/18/2001 | | 1940 12TH Street | Suite A | Hood River |
| SHOE | X | FACT NEAR | 5/23/2001 | | 875 Walnut Street | Suite 370 | Cary |
| SHOE | X | FACT NEAR | 5/31/2001 | | 2501 E Southern Avenue | Suite 16 | Tempe |
| SHOE | X | FACT NEAR | 6/7/2001 | Life Family Practice | 8985 NE 134th Avenue | | Lady Lake |
| SHOE | X | FACT NEAR | 6/7/2001 | | 421 Savannah Road | | Lewes |
| SHOE | X | FACT NEAR | 6/7/2001 | | 424 Mulberry Street | | Milton |
| SHOE | X | FACT NEAR | 6/29/2001 | | 119 Metzger Road | | Red Hook |
| SHOE | X | FACT NEAR | 7/13/2001 | Nova Scotia Environmental Health Center | 3064 Highway 2 | | Fall River, NS |
| SHOE | X | FACT NEAR | 7/31/2001 | Hopkinton Drug Inc. | 52 Main Street | | Hopkinton |
| SHOE | X | FACT NEAR | 7/31/2001 | Bryn Mawr Medical Building | 830 Old Lancaster Road | North - Suite 100 | Bryn Mawr |
| SHOE | X | FACT NEAR | 7/31/2001 | | 30 Dover Street | | Easton |
| SHOE | X | FACT NEAR | 8/1/2001 | | 6070 Ridge Road | | Cazenovia |
| SHOE | X | FACT NEAR | 8/8/2001 | Great Smokies Medical Center | 1312 Patton Avenue | | Asheville |
| SHOE | X | FACT NEAR | 8/9/2001 | | 1086 Taylorsville Road | | Washington Crossing |
| SHOE | X | FACT NEAR | 8/13/2001 | | 404 A Donner Pass | | Saint Peters |
| SHOE | X | FACT NEAR | 8/13/2001 | Freedom Medical Center | 1675 N Freedom Blvd | Unit 11 E | Provo |
| SHOE | X | FACT NEAR | 8/27/2001 | | 118 Haywood Road | | Wilmington |
| SHOE | X | FACT NEAR | 9/25/2001 | | 4215 Rachel Blvd | | Spring Hill |
| SHOE | X | FACT NEAR | 9/26/2001 | | 18 Paoli Pike | | Paoli |
| ЭE | X | FACT NEAR | 9/26/2001 | | 15010 Punta Rossa #407 | | Fort Myers |
| SHOE | X | FACT NEAR | 10/17/2001 | | 84-1330 Manno Olu Ft | | Waianae |
| SHOE | X | FACT NEAR | 10/17/2001 | | 52 Echo Place | | Elmwood Park |
| SHOE | X | FACT NEAR | 11/5/2001 | | 127 North Street | | Bloomburg |
| SHOE | X | FACT NEAR | 11/27/2001 | | 115 Maresca Drive NE | | Dalton |

| STATE | ZIP | A/C | PHONE | CONTACT_F/ | L/N | TITLE |
|-------|-----|-----|-------|------------|-----|-------|
| CA | 95926 | 530 | 899-9361 | Mitch | Hoggard | PHD |
| MD | 21042 | 410 | 461-3873 | Alfred E | Chassee | Dr |
| CA | 92660 | 949 | 644-3565 | Susan | Cederstron | |
| CA | 95945 | 530 | 273-5690 | Margaret | Gorman | |
| CA | 95476 | 707 | 996-8455 | W C | Prehn | MD |
| CA | 96104 | 530 | 279-6111 | | | |
| WA | 99204 | 509 | 455-9467 | Cheryle | Hart | MD |
| CA | 95926 | 530 | 345-0064 | Barbara | Jones | |
| FL | 32347-2105 | 850 | 584-4412 | Michael A | Walby | OD |
| MI | 48601 | 517 | 757-0867 | Manford | Schwartz | DO |
| FL | 32751 | 407 | 857-1620 | Leonard | Schmidt | |
| FL | 33905 | 941 | 694-7887 | Peter | Lautenbach | MD |
| MD | 21043 | 301 | 713-3028 X135 | Larry W | Claflin | |
| | 08876 | 908 | 526-5424 | Kenette | Sohmer | MD |
| CA | 90064 | 310 | 479-2266 | Dr | Hoang | |
| VA | 22101 | 703 | 941-3603 | Manjit | Bajwa | |
| NJ | 08822 | 908 | 788-5050 | John | Dowing | DO |
| OR | 97031 | 541 | 387-5551 | Marcus | Braman | |
| NC | 27511 | 919 | 467-5770 | Joan | Nielson | MD |
| AZ | 85282 | 480 | 820-4297 | Scott | Rigden | MD |
| FL | 32159 | 352 | 750-4333 | Nelson | Kraucak | Dr |
| DE | 19958 | 302 | 645-2833 | Jerry | Groll | MD |
| DE | 19968 | 302 | 684-2002 | Charles G | Wagner | MD |
| NY | 12571 | 845 | 758-3349 | Ken | Rude | |
| CANADA | B2T 1K6 | 902 | 860-3032 | | | |
| MA | 01748-1214 | 508 | 435-4441 | Dennis | Katz | |
| PA | 19010 | 610 | 527-0990 | James B | Carty Jr | MD |
| MD | 21601 | 410 | 476-3945 | Robert M | McDonald | MD |
| NY | 13035 | 315 | 687-9454 | David | Cummings | |
| NC | 28806 | 828 | 252-9833 | Ray | Fisher | |
| PA | 18977 | 215 | 321-8321 | Phillip L | Bonnet | MD |
| MO | 63376 | 636 | 477-9824 | M Jane | Mentzel | |
| UT | 84604 | 801 | 373-8500 | Dr | Remington | |
| DE | 19807 | 302 | 652-4433 | James M | Prober | |
| FL | 34607 | 352 | 597-2240 | Calin V | Pop | MD |
| PA | 19301 | 610 | 725-9996 | Martin | Moulders | MD |
| | 33908 | 941 | 437-5459 | Edward L | McNeil | MD |
| HI | 96792 | 808 | 695-1128 | Richard H | Conrad | |
| NJ | 07407 | 201 | 796-0866 | Priscilla N | Uychich | |
| PA | 17815 | 570 | 387-9494 | Harold | Smith | MD |
| GA | 30721 | 706 | 259-3257 | Mack | Baker | |

| TYPE | X | PRODUCT | SHIP_DATE | COMPANY | ADD_1 | ADD_2 | CITY |
|------|---|---------|-----------|---------|-------|-------|------|
| SHOE | X | FACT NEAR | 12/5/2001 | | 45 Reese Road | | Millville |
| SHOE | X | FACT NEAR | 12/6/2001 | Comprehensive Medical Center | 1200 112th Avenue NE | Suite A100 | Bellevue |
| SHOE | X | FACT NEAR | 12/6/2001 | | 3801 N Campbell Avenue | Suite B | Tucson |
| SHOE | X | FACT NEAR | 12/6/2001 | | 280 W 11th Avenue | | Eugene |
| SHOE | X | FACT NEAR | 12/7/2001 | | 2486 Montgomery Avenue | | Cardiff |
| SHOE | X | FACT NEAR | 12/7/2001 | | 2211 Corinth Avenue | Suite 204 | Los Angeles |
| SHOE | X | FACT NEAR | 12/10/2001 | | 509 Olive Way | Med-Dent Bldg # 424 | Seattle |
| SHOE | X | FACT NEAR | 12/12/2001 | | 1818 W Lindsey | Building C-100 | Norman |
| SHOE | X | FACT NEAR | 12/18/2001 | | 750 Swift Blvd #1 | | Richland |
| SHOE | X | FACT NEAR | 12/20/2001 | | 8009 New LaGrange Road | Suite 3 | Louisville |
| SHOE | X | FACT NEAR | 1/18/2002 | | Sulzgasse 1 | | Vorstetten |
| SHOE | X | FACT NEAR | 1/24/2002 | National Integrated Health Asoc | 5225 Wisconsin Avenue | Suite 401 | Washington |
| SHOE | X | FACT NEAR | 2/6/2002 | | 2317 Randolph Road | | Charlotte |
| OE | X | FACT NEAR | 2/6/2002 | | 2401 Oakland Blvd | Suite 105 | Fort Worth |
| SHOE | X | FACT NEAR | 2/6/2002 | | 1818 W Lindsey | Building C-100 | Norman |
| SHOE | X | FACT NEAR | 2/12/2002 | | 2395 Tech Drive | Suite 3 | Bettendorf |
| SHOE | X | FACT NEAR | 2/13/2002 | | 1737 Chestnut Street | Apt 501 | Philadelphia |
| SHOE | X | FACT NEAR | 2/13/2002 | | 2448 E 81st Street | Suite 1600 | Tulsa |
| SHOE | X | FACT NEAR | 2/18/2002 | | 24 S Main Street | | Liberty |
| SHOE | X | FACT NEAR | 2/18/2002 | | 2111 Lexington Avenue | | Lawrenceville |
| SHOE | X | FACT NEAR | 2/18/2002 | | 853 S Norwalk Road | | Norwalk |
| SHOE | X | FACT NEAR | 2/18/2002 | | 1510 S Central Avenue | Suite 325 | Glendale |
| SHOE | X | FACT NEAR | 2/20/2002 | | 1044 Gilbert Street | | Flint |
| SHOE | X | FACT NEAR | 2/20/2002 | | 902 Wind River Lane | Suite 201 | Gaithersburg |
| SHOE | X | FACT NEAR | 2/20/2002 | | 122 Thurman Street | | Bluffton |
| SHOE | X | FACT NEAR | 2/20/2002 | Advanced Inegrative Center | 176 6th Avenue | | Greenville |
| SHOE | X | FACT NEAR | 2/25/2002 | | 2809 Donahue Ferry | | Pineville |
| SHOE | X | FACT NEAR | 2/25/2002 | | 245 Kentucky Street | | Petaluma |
| SHOE | X | FACT NEAR | 2/25/2002 | | 4412 Matlock Road | | Arlington |
| SHOE | X | FACT NEAR | 2/27/2002 | Body Bio | 45 Reese Road | | Millville |
| SHOE | X | FACT NEAR | 2/28/2002 | | 19 E Mission Street | | Santa Barbara |
| SHOE | X | FACT NEAR | 3/7/2002 | Luke Center for Integral medicine | 2115 SW 10th Street | | Topeka |
| SHOE | X | FACT NEAR | 3/13/2002 | | 3 Ripley Street | | Newton Centre |
| SHOE | X | FACT NEAR | 3/25/2002 | | 8069 Edwin Raynor Blvd | Suite E | Pasadena |
| SHOE | X | FACT NEAR | 3/28/2002 | | 1653 Hilltop Road | | Birchrunville |
| SHOE | X | FACT NEAR | 4/12/2002 | | 805 W Broadway | | Vancouver, BC |
| OE | X | FACT NEAR | 4/12/2002 | | 2116 S Sterling Avenue | | Independence |
| SHOE | X | FACT NEAR | 4/17/2002 | | 7 M Lassen Drive | Suite B116 | San Rafael |
| SHOE | X | FACT NEAR | 4/30/2002 | | 7301 E 2nd Street | Suite 106 | Scottsdale |
| SHOE | X | FACT NEAR | 5/14/2002 | | 24 Hondo Lane | | Santa Fe |
| SHOE | X | FACT NEAR | 5/14/2002 | The Cntr of Ocptnl Health & Envrnmtl Med | 7510 N Forest Drive | | North Charleston |

3

| STATE | ZIP | A/C | PHONE | CONTACT_F/ | L/N | TITLE |
|---|---|---|---|---|---|---|
| NJ | 08332 | 856 | 825-8338 | Patricia | Kane | |
| WA | 98004 | 425 | 688-8818 | Ninzaznian/Kimiai | | |
| AZ | 85719 | 520 | 323-6065 | | | |
| OR | 97401 | 541 | 683-4404 | Daniel | Hardt | |
| CA | 92007 | 760 | 943-7848 | Bryan | Stern | |
| CA | 90064 | 310 | 966-9194 | Hans | Bruenn | |
| WA | 98101-1743 | 206 | 622-2380 | John August | Rau | DDS/MA |
| OK | 73069 | 405 | 329-4457 | Howard | Hagglund | MD |
| WA | 99352 | 509 | 943-3934 | Geoffrey | Ames | MD |
| KY | 40222 | 502 | 412-1620 | Robert J | Zive | |
| GERMANY | 79279 | 011 | 49-7681-4915-29 | Sabine | Schliebusch | |
| DC | 20015 | 202 | 237-7000 | C | Waldschmit | |
| NC | 28207 | 704 | 334-8447 | Mark | O'Neal Speight | |
| | 76103 | 817 | 535-1585 | Randall | Heyes | |
| OK | 73069 | 405 | 329-4457 | Howard | Hagglund | MD |
| IA | 52722 | 563 | 449-8153 | Trent | Hagen | |
| PA | 19103 | 215 | 665-0770 | Russell | Silverman | MD |
| OK | 74136 | 918 | 477-9000 | G T | Colpits | DDS |
| MO | 64068 | 816 | NO** | J W | Willoughby II | |
| IL | 62439 | 618 | 943-6202 | Rachel A | Winters | MD |
| OH | 44857 | 419 | 668-9615 | Charles S | Resseger | DO |
| CA | 91204 | 818 | 244-0112 | Jung-Sook Sue | Johnson | MD |
| MI | 48532 | 810 | 733-3140 | Jerald | Natzke | |
| MD | 20878 | 301 | 840-0002 | Alan R | Vinitsky | MD |
| OH | 45817 | 419 | 358-4626 | Terry | Chappell | MD |
| PA | 16125 | 724 | 588-2600 | Roy E | Kerry | |
| LA | 71360 | 318 | 641-0865 | Jonathan S | Forester | MD |
| CA | 94952 | 707 | 778-3171 | Andrew | Davidson | MD |
| TX | 76018 | 817 | 468-7755 | Charles | Hamel | MD |
| NJ | 08332 | 856 | 825-8338 | Patricia | Kane | PHD |
| CA | 93101 | 805 | 563-8660 | Luc | Maes | |
| KS | 66604 | 785 | 232-3300 | John | Toth | MD |
| MA | 02459-2209 | 617 | 244-7188 | Martha | Stark | MD |
| MD | 21122 | 410 | 255-2700 | Patricia | Chambliss | MD |
| PA | 19421 | 610 | 469-9515 | Joyce | Challer | |
| CANADA | V5Z 1K1 | 604 | 876-9228 | Ara | Elmajian | DDS |
| | 64052 | 816 | 836-5010 | Bruce A | Stayton | MD |
| CA | 94903 | 415 | 472-1966 | Stuart | Green | |
| AZ | 85251 | 480 | 994-9512 | Stuart | Lanson | |
| NM | 87505 | 505 | 989-9700 | Daniel | Kinderlehrer | MD |
| SC | 29420 | 843 | 572-1600 | | | |

4

| TYPE | X | PRODUCT | SHIP_DATE | COMPANY | ADD_1 | ADD_2 | CITY |
|---|---|---|---|---|---|---|---|
| SHOE | X | FACT NEAR | 5/16/2002 | | 2464 Spartan Drive | | Kalamazoo |
| SHOE | X | FACT NEAR | 5/20/2002 | | Giffeyweg 5 | | Hamburg |
| SHOE | X | FACT NEAR | 5/30/2002 | | 2 Hamill Road | | Baltimore |
| SHOE | X | FACT NEAR | 5/30/2002 | Institut Fuer Neurobiologie Nach | Magirusstrasse 21 B | Dr Klinghardt Gmbh | Stuttgart |
| SHOE | X | FACT NEAR | 5/30/2002 | | 19 Cavendish Square | 21 Harcourt Heights | London |
| SHOE | X | FACT NEAR | 6/4/2002 | | 8 Roads End Road | | South Salem |
| SHOE | X | FACT NEAR | 6/20/2002 | | 11770 Bernardo Plaza Court | Suite 212 | San Diego |
| SHOE | X | FACT NEAR | 7/24/2002 | | 6100 Day Long Lane | Suite 207 | Clarksville |
| SHOE | X | FACT NEAR | 7/24/2002 | | 821 Nicklin Avenue | Suite 201 | Piqua |
| SHOE | X | FACT NEAR | 8/21/2002 | | 11 Independence Court | | Montville |
| SHOE | X | FACT NEAR | 8/21/2002 | | 11 Wentorf | | Muhlenteich |
| SHOE | X | FACT NEAR | 8/23/2002 | | 109 Redwood Avenue | | Corte Madera |
| SHOE | X | FACT NEAR | 9/6/2002 | | 71 S Main Street | | Casnovia |
| OE | X | FACT NEAR | 9/6/2002 | | 321 Main Street | | Wakefield |
| SHOE | X | FACT NEAR | 9/13/2002 | | 4109 S 179TH Street | | Seattle |
| SHOE | X | FACT NEAR | 9/23/2002 | | 71 S Main Street | | Casnovia |
| SHOE | X | FACT NEAR | 10/29/2002 | | 7076 Corporate Way | | Centerville |
| SHOE | X | FACT NEAR | 11/8/2002 | | 6100 Day Long Lane | Suite 207 | Clarkville |
| SHOE | X | FACT NEAR | 11/8/2002 | | 83 Whittaker Lane | Prestwich | Manchester |
| SHOE | X | FACT NEAR | 11/20/2002 | Jace Medical Group | 10843 Magnolia Blve | Suite #1 | North Hollywood |
| SHOE | X | FACT NEAR | 11/20/2002 | | 1 Fox Meadow Lane | | Head of the Harbor |
| SHOE | X | FACT NEAR | 11/20/2002 | | 1108 NE 200th | | Shoreline |
| SHOE | X | FACT NEAR | 1/22/2003 | | St 312 283 Alma Street | | Vancouver, BC |
| SHOE | X | FACT NEAR | 2/12/2003 | Athena Institute of Health | 15055 Los Gatos Blvd | Suite 250 | Gatos |
| SHOE | X | FACT NEAR | 2/19/2003 | | 4521 E Indian Bend Road | | Paradise Valley |
| SHOE | X | FACT NEAR | 3/11/2003 | | 6030 Bethelview Road | Suite 403 | Cumming |
| SHOE | X | FACT NEAR | 3/11/2003 | | 17 Canopus Hollow Road | | Putnam Valley |
| SHOE | X | FACT NEAR | 3/11/2003 | | 2001-12761 16th Avenue | | Surrey, BC |
| SHOE | X | FACT NEAR | 5/6/2003 | | Schulstrasse 31 Neulingen 3 | | BW |
| SHOE | X | FACT NEAR | 6/10/2003 | | 10 Center Street | | South Hampton |
| SHOE | X | FACT NEAR | 6/10/2003 | | 466 Forelands Road | | Annapolis |
| SHOE | X | FACT NEAR | 6/12/2003 | | 2222 NW Lovejoy | Suite 422 | Portland |
| SHOE | X | FACT NEAR | 6/12/2003 | | Kirchstr. 25 Arztpraxis Frickingen | | BW, 88699 |
| SHOE | X | FACT NEAR | 6/12/2003 | | Gartenstrasse 81 | Waldstrasse 77 Roth | Bavaria, D-91154 |
| SHOE | X | FACT NEAR | 7/31/2003 | | 3471 Regional Parkway | | Santa Rosa |
| SHOE | X | FACT NEAR | 8/7/2003 | Irvin Green & Associates Inc. | 5086 North Lane | | Orlando |
| OE | X | FACT NEAR | 8/19/2003 | | 31 Bailey Avenue | | Ridgegield |
| SHOE | X | FACT NEAR | 10/22/2003 | | Augsburger Strasse 392 | | Stuttgart |
| SHOE | X | FACT NEAR | 11/13/2003 | | 58 Courtland Avenue | | Asheville |
| SHOE | X | FACT NEAR | 11/13/2003 | | 24236 Park Granada | | Calabasas |
| SHOE | X | FACT NEAR | 11/13/2003 | | 448 Noble Street | | Kutztown |

5

| STATE | ZIP | A/C | PHONE | CONTACT_F/ | L/N | TITLE |
|-------|-----|-----|-------|------------|-----|-------|
| MI | 49004 | 616 | 344-6641 | Judy | Koster | RN |
| GERMANY | 22175 | 011 | 49-4064-552727 | Marenurte | Frueh | |
| MD | 21210-1815 | 410 | 433-6733 | Joseph | Zebley | MD |
| GERMANY | 70469 | 011 | 49-711-806-087 | Dr | Klinghardt | |
| ENGLAND | W1G 0PL | 011 | 44-207-580-2644 | David | Hefferon | |
| NY | 10590 | 914 | 533-2158 | John | Diamond | Dr |
| CA | 92128 | 858 | 385-8980 | Kurt | Woeller | DO |
| MD | 21029 | 410 | 997-7660 | Warren | Ross | MD |
| OH | 45356 | 937 | 778-1000 | Scott | Swabb | MD |
| NJ | 07045 | 973 | 890-4542 | Roman | Churcky | MD |
| GERMANY | 21465 | 011 | NO** | Ursula | Jastram | |
| CA | 94925 | 415 | 927-1701 | Richard | Forish | ND |
| MI | 49318 | 616 | 675-4882 | Catherine | Humphreys | |
| | 02879 | 401 | NO** | Peter | Himmel | |
| WA | 98188 | 206 | NO** | | | |
| MI | 49318 | 616 | 675-4882 | John S | Humphreys | |
| OH | 45459 | 937 | 438-2909 | John H | Boyles | MD |
| MD | 21029 | 410 | 997-5191 | Warren M | Ross | MD |
| ENGLAND | M25 1ET | 011 | 44-161-773-0123 | Raymond N | Perrin | DO |
| CA | 91601 | 818 | 505-8610 | Craig | Jace | ND |
| NY | 11780 | 630 | NO** | Filomena | Lombardi | |
| WA | 98155 | 206 | 367-7762 | David R | Anderson | |
| CANADA | V6R 4N6 | 604 | 222-2433 | Paula | Fainstat | DCND |
| CA | 95032 | 408 | 358-2511 | Andrew | Cook | |
| AZ | 85253 | 480 | 443-0050 | Philip | Melmed | |
| GA | 30040 | 770 | 205-6068 | Michael | Milton | |
| NY | 10579 | 845 | NO** | Janice | Lanza | |
| CANADA | V4A 1N2 | 604 | 538-3017 | Tim | Brown | |
| GERMANY | 75245 | 011 | NO** | Wolfgang | Klemann | |
| NY | 11968 | 631 | 283-3734 | Pat | Romanosky | |
| MD | 21401 | 410 | 573-5389 | Jacob E | Teitelbaum | |
| OR | 97210 | 503 | 274-9818 | Char | Glenn | MD |
| GERMANY | | 011 | 49-7554-98188 | Gabriele | Reinheimer | |
| GERMANY | | 011 | 49-9171-3097 | Werner | Kloepfer | |
| CA | 95403 | 707 | 524-9640 | Eric | Gordon | MD |
| FL | 32808 | 407 | 295-5755 | | | |
| | 06877 | 203 | 431-6165 | George | Zabrecky | PDC |
| GERMANY | 70327 | 011 | 49-711-332-208 | Ulrich | Schlipp | Dr Med |
| NC | 28801 | 828 | 253-9219 | Fred | Essig | |
| CA | 91302 | 818 | 222-3814 | Roy | Mankovitz | |
| PA | 19530 | 610 | 683-6420 | Sandra | Sorrels | |

6

| TYPE | X | PRODUCT | SHIP_DATE | COMPANY | ADD_1 | ADD_2 | CITY |
|------|---|---------|-----------|---------|-------|-------|------|
| SHOE | X | FACT NEAR | 11/13/2003 | | 10209 Venita Cove | | Austin |
| SHOE | X | FACT NEAR | 11/13/2003 | | Bahnhostrasse 11 A | | Nurnberg |
| SHOE | X | FACT NEAR | 11/13/2003 | | 400 W Montgomery | Suite 4 | Willis |
| SHOE | X | FACT NEAR | 11/13/2003 | | Luisentstrasse 18 | | Berlin |
| SHOE | X | FACT NEAR | 11/13/2003 | | Kilianstrasse 11 | | Nurnberg |
| SHOE | X | FACT NEAR | 11/13/2003 | | Mooslohstrasse 56 | | Weiden |
| SHOE | X | FACT NEAR | 8/20/2004 | | 5328 Brookview | | Edina |
| SHOE | X | FACT NEAR | 8/20/2004 | | 5050 El Camino Real Street | Suite 101 | Los Altos |
| SHOE | X | FACT NEAR | 8/20/2004 | | 21135 Whitfield Pl #107 | | Sterling |
| SHOE | X | FACT NEAR | 8/20/2004 | WLA VA Healthcare System Padrecc | 11301 Wilshire Blvd | Neurology Bldg 500/Rm 3051 | Los Angeles |
| SHOE | X | FACT NEAR | 8/20/2004 | | Achenfeldstr 19 Garmisch | Partenkirchen | Bavaria |
| SHOE | X | FACT NEAR | 8/20/2004 | | Stationstraat 196 Eernegem | | West Vlaanderen |
| SHOE | X | FACT NEAR | 8/20/2004 | | 1840 York Road | Suite F | Timonium |
| SHOE | X | FACT NEAR | 8/20/2004 | Health Associates Medical Group | 3301 Alta Arden | Suite 3 | Sacramento |
| SHOE | X | FACT NEAR | 8/20/2004 | | 50 New Cavendish Street | | London, ENGLAND |
| SHOE | X | FACT NEAR | 8/20/2004 | | 1847 Middle Country Road Centere | | New York |
| SHOE | X | FACT NEAR | 9/14/2004 | | 4 Staffa Cottages Tobermory | | Isle of Mull |
| SHOE | X | FACT NEAR | 9/23/2004 | | 4 Staffa Cottages Tobermory | | Isle of Mull |

7

| STATE | ZIP | A/C | PHONE | CONTACT_F/ | L/N | TITLE |
|-------|-----|-----|-------|-----------|-----|-------|
| TX | 78733 | 512 | NO** | | | |
| GERMANY | 90402 | 011 | 49-911-240-2622 | Axel | Kramer | Dr |
| TX | 77378 | 936 | 856-5517 | Linda | Martin | |
| GERMANY | D12209 | 011 | 49-307-739-2221 | R | Jensen | Dr |
| GERMANY | 90425 | 011 | 49- | Matthias | Meinhold | Dr |
| GERMANY | 92637 | 011 | 49-911-961-3232 | Med | Fleischmann | Dr |
| MN | 55424 | | | Todd | Holmes | |
| CA | 94022 | | | Tim | Guilford | |
| VA | 20165 | 703 | 421-7000 | Sarah S | Fletcher | |
| CA | 90073 | 301 | 268-3975 | Jose | Esguerra | |
| GERMANY | 82467 | 011 | 49-171-204-2295 | Arnulf | Bultmann | |
| BELGIUM | 8480 | 011 | 32-59-290520 | Fernand | Dubex | DO |
| MD | 21093 | 410 | 560-5661 | Colleen | Pietrowski | Dr |
| | 95825 | 916 | 489-4400 | | | |
| UK | W1G 8TI | 011 | 44-208-348-7444 | Ian | Hyams | Dr |
| NY | 11720 | 631 | 471-4637 | Geysa | Sarkany | |
| UK | PA75 6PL | 011 | 44-16883-02464 | Robert | Allen | |
| UK | PA75 6PL | 011 | 44-16883-02464 | Robert | Allen | |

8