UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

DENICOLE YOUNG and
VANESSA GHEE,

        Plaintiffs,

v.                                                              Case No.: 1:07cv983 (ESH)

LEWIS & TOMPKINS, P.C, et al.,

        Defendants.

## PRAECIPE

The Court has requested certain additional submissions for the June 16, 2008 Daubert hearing. Rather than duplicate previously filed papers and materials which are already in the Court's file, the Defendants respectfully refer the Court to (1) their previously submitted February 15, 2008 Memorandum of Points and Authorities In Support of Defendants' Motion to Exclude Opinion Testimony of Plaintiffs' Expert, Dr. Ritchie Shoemaker, and the Exhibit 6 (report of Defendants' toxicology expert, Dr. Scott D. Phillips), Exhibit 7 (Report of Defendants' expert internist, allergist, pulmonologist, and immunologist, Dr. S. Michael Phillips), Exhibit 9 (deposition transcript of Dr. Ritchie Shoemaker dated December 10, 2007), Exhibit 12 (excerpts from Dr. Shoemaker's book, Mold Warriors), and Exhibit 17 (Opinion by the Superior Court of the District of Columbia issued October 15, 2007) attached thereto; (2) their March 13, 2008 Reply to Plaintiffs' Memorandum in Opposition ("Defendants' Reply") and Exhibit 19 (Affidavit of Defendants' toxicology expert, Dr. Scott D. Phillips) and Exhibit 20 (Affidavit of Defendants' expert internist, allergist, pulmonologist, and immunologist, S. Michael Phillips) attached thereto; and (3) their June 11, 2008 Praecipe and its attachments, the Ohio trial court and appellate decisions regarding Dr. Shoemaker.

In addition, the Defendants' Motion and Reply further relies on the additional affidavit of Dr. S. Michael Phillips, attached hereto as Exhibit 22.

The Defendants assert that these materials support its position that the opinions of Dr. Ritchie Shoemaker regarding testimony on mold, mold toxin exposure, and the cause, nature and extent of Plaintiffs' damages as a result of the alleged exposure must be excluded because they fail under Daubert and this jurisdiction's standards for admissibility of expert testimony under Federal Rules of Civil Procedure 702.

          Respectfully submitted,

          CARR MALONEY P.C.


          /s/ Ali A. Beydoun
          Paul J. Maloney, # 362533
          Ali A. Beydoun, # 475413
          1615 L Street, N.W., Suite 500
          Washington, D.C. 20036
          (202) 310-5500 (telephone)
          (202) 310-5555 (facsimile)
          pjm@carrmaloney.com
          aab@carrmaloney.com
          Attorneys for Defendant
          Lewis & Tompkins, P.C.


          JORDAN, COYNE, SAVITS, L.L.P.


          /s/ Deborah Murrell Whelihan
          Deborah Murrell Whelihan, #412454
          1100 Connecticut Avenue, N.W., Suite 600
          Washington, D.C. 20036
          (202) 296-4747 (telephone)
          (202) 496-2800 (facsimile)
          Attorneys for Defendant
          William F. Burton, Esquire

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a copy of the foregoing was electronically served, on this 12th day of June, 2008 to:

Peter Grenier, Esquire
Michael Hibey, Esquire
Bode & Grenier
1150 Connecticut Avenue, N.W.
9th Floor
Washington, D.C. 20036

Deborah M. Whelihan, Esquire
Jordan Coyne & Savits, LLP
1100 Connecticut Avenue, N.W.
Suite 600
Washington, D.C. 20036

                                       /s/ Ali A. Beydoun_____
                                       Ali A. Beydoun

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| DENICOLE YOUNG and<br>VANESSA GHEE,<br><br>      Plaintiffs,<br><br>v.<br><br>LEWIS & TOMPKINS, P.C, et al.,<br><br>      Defendants. | :<br>:<br>:<br>:<br>:<br>:  Case No.: 1:07cv983 (ESH)<br>:<br>:<br>:<br>: |

## NOTICE OF FILING BULKY EXHIBITS

Please note that the exhibits to Defendants' Praecipe will be separately hand-delivered to the Court and counsel.

                                                             Respectfully submitted,

                                                             CARR MALONEY P.C.

                                                             /s/ Ali A. Beydoun_____
                                                             Paul J. Maloney, # 362533
                                                             Ali A. Beydoun, # 475413
                                                             1615 L Street, N.W., Suite 500
                                                             Washington, D.C.  20036
                                                              (202) 310-5500 (telephone)
                                                             (202) 310-5555 (facsimile)
                                                             pjm@carrmaloney.com
                                                             aab@carrmaloney.com
                                                             Attorneys for Defendant
                                                             Lewis & Tompkins, P.C.

JORDAN, COYNE, SAVITS, L.L.P.

/s/ Deborah Murrell Whelihan
Deborah Murrell Whelihan, #412454
1100 Connecticut Avenue, N.W., Suite 600
Washington, D.C. 20036
(202) 296-4747 (telephone)
(202) 496-2800 (facsimile)
Attorneys for Defendant
William F. Burton, Esquire

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing was electronically served, on this 12th day of June, 2008 to:

Peter Grenier, Esquire
Michael Hibey, Esquire
Bode & Grenier
1150 Connecticut Avenue, N.W.
9th Floor
Washington, D.C. 20036

Deborah M. Whelihan, Esquire
Jordan Coyne & Savits, LLP
1100 Connecticut Avenue, N.W.
Suite 600
Washington, D.C. 20036

/s/ Ali A. Beydoun
Ali A. Beydoun