UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DENICOLE YOUNG**, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 07-0983 (ESH) |
| **WILLIAM F. BURTON**, *et al.*, | ) |
| Defendant. | ) |

## ORDER

For the reasons set forth in the opinion accompanying this Order, defendants's motion for summary judgment [Dkt. 30] is **GRANTED**; and it is hereby

**ORDERED** that this case is dismissed with prejudice.

/s/
ELLEN SEGAL HUVELLE
United States District Judge

DATE:   September 8, 2008